UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 2:23-CV-71 |
| | ) | |
| JOHNSON CITY, TENNESSEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

On August 26, 2023, Plaintiffs filed a Motion to Amend Complaint. [Doc. 12]. Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure provides that a party may amend a pleading to which a responsive pleading is required once as a matter of course within 21 days after service of a responsive pleading. Here, Defendants filed their Answers to Plaintiffs' Complaint on August 25, 2023 [Docs. 10, 11] and August 28, 2023 [Doc. 15]. Because the Answers were filed less than 21 days ago, Plaintiffs are entitled to amend their complaint as a matter of course. Accordingly, Plaintiffs' Motion [Doc. 12] is **GRANTED**. Plaintiffs are **DIRECTED** to file their amended complaint on or before **September 8, 2023**.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge