UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| JANE DOE, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) 2:23-CV-71 |
| JOHNSON CITY, TENNESSEE, et al., | ) |
| Defendants. | ) |

**ORDER**

On September 8, 2023, Plaintiffs filed a Motion [Doc. 23] requesting leave to amend their Amended Complaint. Defendants did not respond to the Motion but instead moved the Court to hold another pending motion in abeyance until the Court determined whether it had jurisdiction to hear the case. [Doc. 26]. Defendants also criticized Plaintiffs' Motion for Leave to Amend the Amended Complaint in a separate filing. *See* [Doc. 33]. On October 4, 2023, the Court denied Defendant's request to hold a pending motion in abeyance. [Doc. 40].

Though Defendants' time to respond to Plaintiffs' motion to amend has passed, given the procedural history of this case, the Court finds it appropriate to provide Defendants with additional time to respond to the motion. If Defendants wish to file a response, they must do so on or before **Wednesday, October 18, 2023**. If Defendants do not file a response within that timeframe, the Court will presume they have no objection to Plaintiffs' motion. *See* E.D. Tenn. L.R. 7.2 (advising that "[f]ailure to respond to a motion may be deemed a waiver of any opposition to the relief sought.").

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge