UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| JANE DOE, et al., | ) |
| Plaintiffs, | ) 2:23-CV-71 |
| vs. | ) |
| JOHNSON CITY, TN, et al., | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on Plaintiff's Motion for Leave to File Document Under Seal [Doc. 44]. The Motion is **GRANTED**, and the Clerk is directed to file the Proposed Sealed Document [Doc. 45] under seal.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge