EXHIBIT 03

From: Heather Collins <heather@hmccivilrights.com>
Date: December 21, 2023 at 7:39:14 PM EST
To: Emily Taylor <etaylor@watsonroach.com>, Reid Spaulding <rspaulding@watsonroach.com>, Keith Grant <kgrant@rswlaw.com>, Lisa May <lisa@hbm-lawfirm.com>, "Kristin E. Berexa" <kberexa@fbb.law>, "Ben C. Allen" <ballen@fbb.law>, L Rufolo <lrufolo@rswlaw.com>, Daniel H Rader IV <danny@moorerader.com>
Cc: Elizabeth Kramer <elizabeth@eko.law>, Kevin Osborne <kevin@eko.law>, vanessa <vanessa@advocatesforsurvivors.com>, Ashley Walter <ashley@hmccivilrights.com>, Erica Russell <erica@hmccivilrights.com>
Subject: RE: Does v. Johnson City, et. al- Discovery to City

Caution! This message was sent from outside your organization.   Allow sender | Block sender

All,

Attached is a key to the discovery requests. A password will be sent separately.

# Heather Moore Collins

PRINCIPAL

615.724.1996

7000 Executive Center Dr. #320

Brentwood, TN 37027

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender (heather@hmccivilrights.com) immediately by electronic mail and delete this message and all copies and backups thereof. Thank you.