

ទឹក's Post                                          EXHIBIT 04



ព្រះ ទឹក
October 1

From Sean Williams

I lived in Johnson City, in a relationship and running my general contracting business that I started at 21 years old. I lived there over a decade without ever going out to any of the dozen bars right outside my downtown condominium. I became single around 2017 and decided that I needed to start meeting people and stop working so hard. Due to my luxury condo and willingness to spend money on others I became popular very quickly. My reputation, as a person with money that likes women and parties, and a 5000 sf garage filled with exotic cars, glass doors, and parties until daylight accelerated me to, for lack of a better term, "rock star" status.

Anyone who came downtown JC more than once became familiar with me or my parties. M▬ and I didn't know each other 20 min before her date and I witnessed her fall. After she came out of her coma, we connected on Facebook. I encouraged her to sue my insurance company to cover her extensive hospital bills, which she did not do within the 1 year statute of limitations. We had many conversations on messenger talking about the possibility of her date Albert drugging her because she had no memory of being upstairs and had only been in my garage and upstairs no more than 20 minutes, somehow remembering that she had nothing to eat or drink there after leaving the bars with her other friends.

We laughed about her thinking that she got drugged at my place when I had half the females in town trying to get into my parties. Her story changed and I was unfriended after the 1 year statute of limitations passed and Kat Dahl, the fired federal prosecutor with a chip on her shoulder, started her smear campaign.

The data found....

I have no charges related to the alleged data. If there was any of this data I would have already been charged. Detective Toma Sparks lied about the amount of cash in my safe and about the tiny amount of cocaine he planted in pro imity to my safe so he could legally take it knowing what was in it, lots of legal cash. When drugs are found near a safe, by law it is probable cause to take and search the safe. I admit I have had various amounts of cocaine about my place. But when I was tipped off about the search by my employee who was married to a city official, my roommate and I made sure there were nothing to be found. She knew from M▬s date's statement that it wasn't a crime scene. She simply fell out of of the window.

The search was a fishing e pedition. Sparks lied about attempts by me to wipe my phone remotely to hide the fact that it was illegally taken and searched revealing nothing. Any photography on my devices was limited to many photo and video shoots with various female friends together and alone,

 Write a comment...

## ฮัก's Post

all of which were of age.

Why I didn't turn myself in....

JCPD was obviously corrupt, that stole 419k, extorted my business and business partner, then teamed up after a police corruption lawsuit was filed by a whistleblower and threw me under the bus.

After the lawsuit, it became a public witch hunt, just as predicted. Karl Turner, the former police chief, was forced to resign because of all the protests, so Kat's get rich lawsuit seemed to be off to a good start.

Kat had a chip on her shoulder because she had been to my condominium before, after being picked up by my roommate with some other people from the bar. She was later told to leave abruptly by some girls that came by later, which is why she was pushing an indictment that no other official was willing to assist with.

Due to the circumstances, I am a felon for growing pot plants when I was 21 which makes it a felony for me to have something as simple as a bullet. As mentioned in her lawsuit against the JCPD, the circumstances did not justify an indictment. Regardless, Kat's lawsuit brought a microscope onto the JCPD corruption problem.

It wasn't about assaults. It was about drug money and extortion and Kat knew it.

The corruption....

A____ my e  and business partner, was paying officials at JCPD with money from my company for years because she got caught selling cocaine and the corrupt officers targeted her for e  tortion probably due to her association to me. When M____ fell, it created a problem. The corruption could potentially be e  posed.

A____ made $2000 a week payments to Sparks and other unnamed officers using bogus fraudulent 1099 names and forged owner's draws.

Sparks and other unnamed officers are now a half million dollars richer after taking my safe with 500k in it and returning it with only 81k. They successfully diverted attention from their corruption and onto me. A____ swept in and liquidated my company, stole the contents of my condo and garage, and opened a business taking all of my clients and contracts with her.

Alleged attempt to escape....

The attempted escape charge was made official the day of my hearing to suppress evidence of ammunition allegedly found in my safe. The hearing would identify that the safe was searched illegally, weeks after the incident, which was a loose concrete patch approximately 1 inch tall on the floor joint that had been glued back in place with toothpaste by a previous inmate.

 Write a comment...

### ទីក's Post                                                                    ✕

floor joint that had been glued back in place with toothpaste by a previous inmate.

The concrete sliver was located between cells and was used to slide commissary items such as Pop-Tarts back and forth. Me being moved to Washington county was an example of the efforts and conflict interests I was subjected to, including shutting off my ability to make or receive calls from my lawyer.

And putting me in lockdown isolation after I started using another inmate's phone account to call my lawyer. Requesting that he move me to a different jail which he did ASAP.

The Jane Does....

I can identify several of the Jane Does by the wording they used in the lawsuit.

Each motivated by one of the following:

Spite for being banned from my parties.
Status upgrade by associating themselves with me or insinuating that I was attracted to them.
Potential settlement money from the JCPD to avoid an expensive lawsuit.
Or simple fame or a moment in the spotlight.
Or in the case of the dead girl (who I've never met) the family just feels the need to blame someone for her terrible accident.

What they all have in common is that I was the perfect target.

..................

The above is what Sean provided 09.02.23. I kind of figured myself somehow the charges were coming and was half waiting on them, but I want to emphasize that he didn't believe anything could exist...

Because it didn't. That's a very bold statement he provided to me and Fox News if he knew himself to be guilty and knew the cops to have this evidence in their possession, on two separate fronts, no less.

And, if you'll notice, despite this evidence being available for 5 months, the charges for the women (or any women, despite saying there are 52 rapes) on the lawsuit against the city are still coincidentally absent. At this point, I don't know what their strategy is.

What I do know is that JCPD/correctional officers stole Sean's e tremely detailed notes on the girls in the lawsuit (against JC and its officers) when he was incarcerated in Washington County. That's right, lawsuit girls. The city manager was full of shit when she said they didn't know who you are.

Yes, he identified girls from Dahl's suit when he was free as well, and let me absolutely stress: No harm came to them.

 Write a comment...

Case 2:23-cv-00071-TRM-JEM   Document 97-4   Filed 12/22/23   Page 3 of 6   PageID #: 1324

## ទីក's Post

Right now, as potentially also evidenced by the city's answers to both lawsuits, it seems like they're going to try to have their cake and eat it too. But whether charges are filed or not, or when, the very real threat for the cops and any other officials of going to jail for drug trafficking and, I imagine, having every incarcerated individual's case reopened due to drug trafficking, planted evidence, e tortion, major theft, etc. and any other numerous resulting lawsuits is a far greater threat to the city than some girls who can quite easily be discredited/paid off/minimized.

The most important part of course though to everybody is that, no matter how absurd this all is, this evidence e ists. Just like that raped list e ists. Just like any drugs planted on anybody, ever, e ist.

So, going back to that very real threat of cops going to jail and a much, much more serious series of lawsuits (the Rampart scandal cost LA at least $70 million), let's discuss new technology that would make the previously laborious and extensive task of planting digital evidence, especially to this degree, practically unimaginable.

To which I present to you: our very own Department of Defense, who just released a statement (the same exact day those charges on the children were filed) on the *threat to national security* from AI generated deepfakes, which, according to other articles, are much easier to generate with an abundance of photos (which Sean did have, even of exes with their children).

And even more fittingly, an easy tell at the time some articles were written is the lack of blinking in any videos (as all 'victims' are claimed unconscious. As an added bonus to this, any still remaining allies can be told they were, in fact, a victim all along).

Oh yeah, AI can also generate nudes (not, again, that Sean didn't have them of appropriately aged girls). There are numerous cases currently where girls, even underage girls, are complaining that fake nudes of them are being shared across the internet.

28 underage girls in Spain right now, in fact, are going through this.

Oh, and I can't forget the $250,000 fine they also want to levy against him for each of the 3 counts of the child porn indictment. No additional ulterior motives here on collecting nearly a million dollars (on top of the immense amount already stolen). Move along, folks.

Keep in mind, again, that this is not a normal, purely local, resource constrained corruption case. This goes well beyond JCPD (as even Dahl s own lawsuit touches on in who all she contacted and was ignored by, including the local FBI) and is absolutely being backed as such. That s, again, why Sean went to the anti corruption unit in Kno ville, because even feds are involved in this.

So, why is it that while you all don t trust cops enough to not cover up rape, you can't even consider that they might have planted evidence or framed someone (both of which, cops have been proven to do on numerous occasions) even to this degree, someone who knew of and spoke on critical details around JCPD's drug trafficking and extortion/theft?

 Write a comment...

## ธีก's Post

the child porn indictment. No additional ulterior motives here on collecting nearly a million dollars (on top of the immense amount already stolen). Move along, folks.

Keep in mind, again, that this is not a normal, purely local, resource-constrained corruption case. This goes well beyond JCPD (as even Dahl's own lawsuit touches on in who all she contacted and was ignored by, including the local FBI) and is absolutely being backed as such. That's, again, why Sean went to the anti-corruption unit in Knoxville, because even feds are involved in this.

So, why is it that while you all don't trust cops enough to not cover up rape, you can't even consider that they might have planted evidence or framed someone (both of which, cops have been proven to do on numerous occasions) even to this degree, someone who knew of and spoke on critical details around JCPD's drug trafficking and extortion/theft?

...Because covering up rape got told to you first? Because you're friends with either the girls or friends of the girls and there's two degrees of separation around Johnson City? Because multiple girls (ALL SAFE, AGAIN, BTW) couldn't have possibly banded together to get money or exact revenge?

Because he ran from an ultra corrupt system and a sealed, unknown (and hence, extremely hard-to-fight) indictment where he was told he would be detained indefinitely for a fucking miniscule ammo charge–and then somehow supposed to run his business from jail?

Never mind that this case actually has some major stakes attached to removing Sean as a threat, whether that means by effective murder through the inmates in our prison system, or merely discrediting him as a monster for anything he has told higher level investigators about the *actual* corruption going on.

TLDR+/review:

Dude did not fucking have a list lying on a nightstand, or cocaine ne t to his safe, or damning digital hard drives, because he DID get tipped off about the search after M███ fell. JCPD forged a whole ass ̄raped ̄ list (which made it easy for Dahl and girls to build a case)

That's why JCPD kept laughing and blowing Dahl off. That's why they didn't want that list scrutinized. And if they'll write out a whole ass 'raped' list, they will–and will have zero reservations about it– fabricate anything else.

Likewise, he didn't try to escape. Considering a transfer to KY was in order within the week and his only known trial was in 2 months, I can't possibly see how any concrete sliver (between cells) could be considered a 'substantial step' toward escape no matter how it's presented.

They filed and added on an absolute last minute, 2 week old, bogus escape charge to bypass the hearing on the ammo and avoid it coming to light that it was an absolutely illegal search (that includes for any subsequent resulting 'evidence'), headed by one Toma Sparks.

 Write a comment...

### ទីក's Post

includes for any subsequent resulting 'evidence'), headed by one Toma Sparks.

Think about it.. they're giving Dahl and the girls an amazing amount of fodder for their lawsuits against the city, which if you read the city's answers to those lawsuits, they not only discount the girls but claim the city has done nothing wrong.

Now why would they do these two seemingly conflicting things or even do it period unless they were actually covering up something much bigger?

Their only intent is to silence and discredit (while I guess stealing a shit ton more money), nothing more.

Planting evidence in the US is practically normalized here. Nothing that astonishing about now planting digital evidence except that the technology and means may not have previously been so available. And apparently deepfakes are convincing enough now and enough of an actual problem, that even the Department of Defense considers them a threat.

👍😂😮 5                                                                                   78 comments  8 shares

Like                                Comment                                Share

                                                                                    Most relevant

**Case 2:23-cv-00071-TRM-JEM   Document 97-4   Filed 12/22/23   Page 6 of 6   PageID #: 1327**