IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

**JANE DOES 1-9,**

    **Plaintiffs,**

v.                                                           No: 2:23-cv-00071-TRM-JEM

**CITY OF JOHNSON CITY, TENNESSEE, et al.,**

    **Defendants.**

_____/

**<u>DECLARATION OF VANESSA BAEHR-JONES</u>**

I, VANESSA BAEHR-JONES, declare under penalty of perjury that the foregoing is true and correct:

1. I am over twenty-one years of age and am competent in all respects to give this Declaration. This Declaration is given freely and voluntarily. I have personal knowledge of the foregoing matter and could, and would, testify competently thereto under penalty of perjury.

2. I am lead counsel for Plaintiffs Jane Does 1-9 in the above-referenced case. I am a licensed attorney in good standing in the State of California (CABN 281715) and admitted to appear *pro hac vice* in this District.

3. On December 22, 2023, I emailed counsel for Defendants to inquire whether they would agree to a one-week extension of the deadline for Plaintiffs' reply brief in support of their Motion for Leave to Amend (ECF 93).

1

4. On December 22, 2023, I received an email from counsel for Defendant Johnson City, writing on behalf of all Defendants, stating:

> The Defendants are agreeable to your request for a one week extension. However, as a courtesy we ask that you delay service of your subpoena on Mr. Daigle until January 2, 2024 and adjust the time to respond to the subpoena accordingly. I don't know what his schedule is, but I imagine he is taking some time off this week like most of us hopefully are.

5. On December 22, 2023, I responded via email, asking counsel to clarify whether their consent to the extension request was contingent on delayed service of a subpoena to the Daigle Law Group. As of the filing of this declaration, I have not received a response.

6. My law offices are closed this week, the week of December 25, 2023, as are the offices of co-counsel, Heather M. Collins, Elizabeth Kramer, and Kevin Osborne.

This is the _27_ day of December 2023.

                                                          */s/ Vanessa Baehr-Jones*
                                                       **VANESSA BAEHR-JONES**

# CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been filed and served via the court's electronic filing system on December 27, 2023 to counsel of record:

| | |
|---|---|
| K. Erickson Herrin<br>HERRIN, McPEAK & ASSOCIATES<br>515 East Unaka Avenue<br>P. O. Box 629<br>Johnson City, TN 37605-0629<br>Email: lisa@hbm-lawfirm.com<br><br>Emily C. Taylor<br>WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.<br>P.O. Box 131<br>Knoxville, TN 37901-0131<br>Email: etaylor@watsonroach.com<br><br>*Attorneys to Defendants, Johnson City, Tennessee, Karl Turner, in his individual and official capacities, Captain Kevin Peters, in his official capacity, and Investigator Toma Sparks, in his official capacity* | Daniel H. Rader III<br>Daniel H. Rader IV<br>MOORE, RADER & YORK PC<br>46 N. Jefferson Avenue<br>P.O. Box 3347<br>Cookeville, TN 38502-3347<br>danrader@moorerader.com<br>danny@moorerader.com<br>*Counsel for Kevin Peters in his individual capacity*<br><br>Kristin Ellis Berexa<br>Ben C. Allen<br>FARRAR BATES BEREXA<br>12 Cadillac Drive, Suite 480<br>Brentwood, TN 37027-5366<br>kberexa@fbb.law<br>ballen@fbb.law<br>*Counsel for Toma Sparks in his individual capacity*<br><br>Keith H. Grant<br>Robinson, Smith & Wells, PLLC<br>633 Chestnut Street, Suite 700<br>Chattanooga, TN 37450<br>E-mail: kgrant@rswlaw.com<br>*Counsel for Justin Jenkins in his individual capacity* |

                                          */s Heather Moore Collins*
                                          Heather Moore Collins