IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

JANE DOES 1-9,

    Plaintiffs,

v.                                                                        No: 2:23-cv-00071-TRM-JEM

CITY OF JOHNSON CITY, TENNESSEE, et al.,

    Defendants.

_____/

**DECLARATION OF VANESSA BAEHR-JONES IN SUPPORT OF OPPOSITION TO DEFENDANT PETERS' MOTION TO COMPEL**

I, VANESSA BAEHR-JONES, declare under penalty of perjury that the foregoing is true and correct:

1. I am over twenty-one years of age and am competent in all respects to give this Declaration. This Declaration is given freely and voluntarily. I have personal knowledge of the foregoing matter and could, and would, testify competently thereto under penalty of perjury.

2. I am lead counsel for Plaintiffs Jane Does 1-9 in the above-referenced case. I am a licensed attorney in good standing in the State of California (CABN 281715) and admitted to appear pro hac vice in this District.

3. Attached as Exhibit A is a true and correct copy of the January 4, 2024 letter sent by Heather Collins to counsel for all Defendants.

4. During the December 15, 2023 status conference, I stated that due to safety and privacy concerns, a meet and confer would be necessary before providing the true identities of all the "Females" in the proposed second amended class complaint.

1

5. On Wednesday, January 10, 2024, Plaintiffs' counsel Elizabeth Kramer and I met and conferred with Defendant City's counsel Emily Taylor and K. Erickson Herrin and reached agreement that all JCPD personnel who are not named as defendants will sign Exhibit A to the protective prior to receiving confidential identities, with the exception of the Johnson City Risk Manager.

6. Attached as Exhibit B is a true and correct copy of the letter sent to counsel for all Defendants which I sent along with a confidential list of the full names of the individuals in the second amended class action complaint who are referred to as Females 1 through 14. (confidential list not attached).

7. Attached as Exhibit C is a true and correct copy of the January 11, 2024 email sent by counsel for Defendant Peters.

8. Attached as Exhibit D is a true and correct copy of the January 13, 2024 email sent by counsel for Plaintiffs in response to counsel for Defendant Peters' January 11, 2024.

9. Attached as Exhibit E is a true and correct copy of the January 15, 2024 email sent by counsel for Defendant Peters.

10. Attached as Exhibit F is a true and correct copy of the January 16, 2024 email sent by counsel for Plaintiffs.

11. Attached as Exhibit G is a true and correct copy of the January 17, 2024 email sent by counsel for Defendant Peters.

Dated this January 19, 2024.  /s Vanessa Baehr-Jones
Vanessa Baehr-Jones