IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| B.P., H.A., and S.H., individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 2:23-cv-71 |
| CITY OF JOHNSON CITY, TENNESSEE, a governmental entity, | ) ) ) ) | Judge McDonough |
| KARL TURNER, individually and in his official capacity as Chief of the Johnson City Police Department, | ) ) ) ) | Magistrate Judge Wyrick<br><br>JURY TRIAL DEMAND |
| KEVIN PETERS, individually and in his official capacity as Captain of the Johnson City Police Department, | ) ) ) ) ) | |
| TOMA SPARKS, individually and in his official capacity as Investigator of the Johnson City Police Department, | ) ) ) ) | |
| JUSTIN JENKINS, individually and in his official capacity as Investigator of the Johnson City Police Department, | ) ) ) ) | |
| JEFF LEGAULT, individually and in his official capacity as Investigator of the Johnson City Police Department, | ) ) ) ) | |
| BRADY HIGGINS, individually and in his official capacity as Investigator of the Johnson City Police Department, and | ) ) ) ) | |
| DOES 8-20, inclusive, | ) ) | |
| Defendants. | ) | |

## PARTIAL MOTION TO DISMISS THE SECOND AMENDED COMPLAINT FILED BY DEFENDANT TOMA SPARKS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Investigator Toma Sparks ("Inv. Sparks"), as a Defendant in this case, hereby moves this Court to dismiss Claim VI Equal Protection, 42 U.S.C. § 1983 Violation of Substantive Rights to Due Process. (D.E. 121 ¶¶ 382 - 88)

1. Plaintiffs fail to allege that they were deprived of a substantive due process right. Investigator Sparks took no affirmative actions that shock the conscience towards any of the Plaintiffs that would deprive any plaintiff of a constitutionally protected interest. The Plaintiffs do not have a constitutional interest in the investigation or prosecution of a third person. *See, Mitchell v. McNeil*, 487 F.3d 374, 378 (6th Cir. 2007); *White v. Greene County Sheriff's Dep't*, 2014 U.S. Dist. LEXIS 91484, *24 (E.D. Tenn. July 7, 2014).

2. The Plaintiffs do not have a right to be protected from the violent actions of a private third party. *See, DeShaney v. Winnebago County Dep't of Soc. Servs.*, 489 U.S. 189, 195 (1989). The factual actions alleged by the Plaintiffs do not meet the demanding burden of stating a claim for a state created danger where Inv. Sparks may have had a duty to protect them from a third party. *See generally, Jones v. Reynolds*, 438 F.3d 685 (6th Cir. 2006).

3. Alternatively, to the extent that Plaintiffs adequately allege a violation of their constitutional rights, the alleged violation was not based on clearly established law, and as such Inv. Sparks has qualified immunity. *Draw v. City of Lincoln Park*, 491 F.3d 550, 556 (6th Cir. 2007)

In support of such motion, Inv. Sparks relies upon the contemporaneously filed memorandum of law. In accordance with the Order of the Court entered on June 22, 2023, (D.E. 5), Inv. Sparks is contemporaneously filing a notice to certify that the parties have conferred and agree that there are no amendments to the Second Amended Class Action Complaint that will cure the issues raised in the instant Motion.

Based upon the foregoing, Inv. Sparks respectfully asks that this Court dismiss with prejudice the substantive due process claim raised against him in Count VI of the Second Amended Class Action Complaint.

Respectfully submitted,

*/s/ Benjamin C. Allen*
Kristin E. Berexa, BPR# 14833
Benjamin C. Allen, BPR #35923
**Farrar| Bates| Berexa**
12 Cadillac Drive, Suite 480
Brentwood, Tennessee 37027
(615) 254-3060
kberexa@fbb.law
ballen@fbb.law
*Counsel for Toma Sparks*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 15th day of May 2024, a true and correct copy of the foregoing has been forwarded via the Court's electronic notification system to:

Heather Moore Collins
Ashley Walter
HMC Civil Rights Law, PLLC
7000 Executive Center Dr.
Suite 320
Brentwood, TN 37027
615-724-1996
Email: heather@hmccivilrights.com
ashley@hmccivilrights.com
*Attorneys for Plaintiffs*

Vanessa Baehr-Jones
Advocates for Survivors of Abuse
4200 Park Blvd., No. 413
Oakland, CA 94602
Email:
vanessa@advocatesforsurvivors.com
*Pro Hac Vice Attorney for Plaintiffs*

Kevin Osborne
Elizabeth Kramer
Erickson Kramer Osborne LLP
44 Tehama St.
San Francisco, CA 94105
Email: kevin@eko.law
Email: elizabeth@eko.law
*Pro Hac Vice Attorneys for Plaintiffs*

Thomas J. Garland, Jr.
Milligan & Coleman, PLLP
230 W Depot St.
Greeneville, TN 37743
Email: tgarland@milligancoleman.com
*Attorney for the City of Johnson City, Tennessee, and Karl Turner, in his individual capacity*

Emily C. Taylor
Watson Roach Batson & Lauderback
P.O. Box 131
Knoxville, TN 37901-0131
(865) 637-1700
Email: etaylor@watsonroach.com
*Attorney for the City of Johnson City, Tennessee, and Karl Turner, in his Individual Capacity*

K. Erickson Herrin
Herrin McPeak & Associates
515 E. Unaka Avenue
P.O. Box 629
Johnson City, TN 37605-0629
(423) 929-7113
Email: lisa@hbm-lawfirm.com
*Attorney for the City of Johnson City, Tennessee, Karl Turner, in his individual and official capacities, Toma Sparks, in his official capacity, and Kevin Peters, in his official capacity*

Daniel H. Rader IV
André S. Greppin
Moore, Rader, Fitzpatrick and York, P.C.
46 N. Jefferson Avenue
Cookeville, TN 38501
(931) 526-3311
Email: danny@moorerader.com
Email: andre@moorerader.com
*Attorney for Kevin Peters*

Reid A. Spaulding
Watson, Roach, Batson & Lauderback, PLC
P O Box 131
Knoxville, TN 37901
Email: rspaulding@watsonroach.com
*Attorney for Johnson City, Karl Turner, in his individual and official capacities, Captain Kevin Peters, in his official capacity, Investigator Toma Sparks, in his official capacity and Justin Jenkins in his official capacity.*

| | |
|---|---|
| Keith H. Gant<br>Laura Beth Rufolo<br>Philip Aaron Wells<br>Robinson, Smith & Wells, PLLC<br>Suite 700, Republic Centre<br>633 Chestnut Street<br>Chattanooga, TN 37450<br>(423) 756-5051<br>*Attorneys for Justin Jenkin, Jeff Legault, and Brady Higgins* | Jonathan P. Lakey<br>Burch, Porter, & Johnson, PLLC<br>130 N. Court Ave.<br>Memphis, TN 38103<br>P: (901) 524-5000<br>E: jlakey@bpjlaw.com<br>*Attorney for the City of Johnson City, Tennessee* |

                                  */s/ Benjamin C. Allen*
                                    Benjamin C. Allen