IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| B.P., H.A., and S.H., individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiffs, | ) No: 2:23-cv-00071-TRM-JEM |
| v. | ) ) |
| CITY OF JOHNSON CITY, TENNESSEE, a government entity, et al. | ) ) ) |
| Defendants. | ) |

**NOTICE CERTIFYING COMPLIANCE WITH ORDER
GOVERNING MOTIONS TO DISMISS BY JUSTIN JENKINS**

In accordance with the Court's order on motions to dismiss (Doc. 5), undersigned counsel certifies that on March 11, 2024, he met and conferred with counsel for the Plaintiffs regarding the motion to dismiss (Doc. 129 & 130) filed on behalf of Justin Jenkins, in his individual capacity. Although Plaintiffs proposed a potential amendment to the Second Amended Class Action Complaint, no agreement was reached about whether the proposed amendment was permissible, or whether it would cure the issues raised Jenkins' motion to dismiss.

Respectfully submitted,

ROBINSON, SMITH & WELLS, PLLC


By:     s/ *Keith H. Grant*
       Keith H. Grant, BPR# 023274
       Laura Beth Rufolo, BPR# 015622
       Philip Aaron Wells, BPR# 036248
       Suite 700, Republic Centre
       633 Chestnut Street
       Chattanooga, TN 37450
       Telephone: (423) 756-5051
       Facsimile: (423) 266-0474
       *Attorneys for Justin Jenkins, in his individual capacity*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was filed electronically on March 24, 2024. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Robinson, Smith & Wells, PLLC

By:    s/  *Keith H. Grant*

cc:    K. Erickson Herrin
HERRIN, MCPEAK & ASSOCIATES
515 East Unaka Avenue
P.O. Box 629
Johnson City, TN 37605-0629
lisa@hbm-lawfirm.com

Emily C. Taylor
Reid Spaulding
WATSON, ROACH, BATSON & LAURDERBACK, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
etaylor@watsonroach.com
*Attorneys to Defendants, Johnson City, Tennessee, Karl Turner, Captain Kevin Peters and Investigator Toma Sparks.*

Daniel H. Rader III
Daniel H. Rader IV
MOORE, RADER & YORK PC
46 N. Jefferson Avenue
P.O. Box 3347
Cookeville, TN 38502-3347
danrader@moorerader.com
danny@moorerader.com
*Counsel for Kevin Peters in his individual capacity*

Kristin Ellis Berexa
Ben C. Allen
FARRAR BATES BEREXA
12 Cadillac Drive, Suite 480
Brentwood, TN 37027-5366
kbrexa@fbb.law
ballen@fbb.law

*Counsel for Toma Sparks in his individual capacity*

Vanessa Baehr-Jones
Advocates for Survivors of Abuse
4200 Park Blvd., No. 413
Oakland, CA 94602
vanessa@advocatesforsurvivors.com
*Pro Hac Vice Attorney for Plaintiffs*

Elizabeth Kramer
Kevin M. Osborne
Erickson Kramer Osborne LLP
44 Tehama St.
San Francisco, CA 94105
elizabeth@eko.law
kevin@eko.law
*Pro Hac Vice Attorney for Plaintiffs*

Heather Moore Collins
Ashley Walter
HMC Civil Rights Law, PLLC
7000 Executive Center Dr., Suite 300
Brentwood, TN 37027
heather@hmccivilrights.com
ashley@hmccivilrights.com
*Attorneys for Plaintiffs*

Jonathan Lakey
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103
jlakey@pbjlaw.com