| | |
|---|---|
| B.P., H.A., and S.H., individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiffs, | ) No: 2:23-cv-00071-TRM-JEM |
| v. | ) ) |
| CITY OF JOHNSON CITY, TENNESSEE, a government entity, et al. | ) ) ) ) |
| Defendants. | ) |

**STIPULATION OF EXTENSION OF TIME TO RESPOND TO
SECOND AMENDED CLASS ACTION COMPLAINT
E.D. TN. L. R. 12.1(a)**

Come Plaintiffs, B.P., H.A., and S.H., individually and on behalf of all others similarly situated, and Defendants, Jeff Legault and Brady Higgins, in their individual capacity, hereby appear by and through counsel, pursuant to E.D. TN. L. R. 12.1(a) and in accordance with the Amended Scheduling Order (Doc. 95) entered December 19, 2023, and announce to this Honorable Court that Defendants Jeff Legault and Brady Higgins shall have through the close of business on Monday, April 1, 2024, to respond to the allegations in the Plaintiffs' Second Amended Class Action Complaint, and in accordance with the Amended Scheduling Order, Plaintiffs will have through the close of business on May 1, 2024, to file their response(s) to Defendants' Rule 12 motions.

Respectfully submitted this 27th day of March, 2024.

Respectfully submitted,

s/*Keith H. Grant*
Keith H. Grant, BPR# 023274

Laura Beth Rufolo, BPR# 015622
Philip Aaron Wells, BPR# 036248
ROBINSON, SMITH & WELLS, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
Telephone: (423) 756-5051
Facsimile: (423) 266-0474
*Attorneys for Justin Jenkins, Jeff Legault and Brady Higgins, in their individual capacities*

*/s Heather Moore Collins w/permission*
Heather Moore Collins BPR # 026099
Ashley Shoemaker Walter BPR# 037651
HMC CIVIL RIGHTS LAW, PLLC
7000 Executive Center Drive, Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
*Attorneys for Plaintiffs*

*/s Vanessa Baehr-Jones w/permission*
Vanessa Baehr-Jones CABN # 281715
*Pro Hac Vice*
**Advocates for Survivors of Abuse PC**
4200 Park Boulevard No. 413
Oakland, CA 94602
(510) 500-9634
*Attorney for Plaintiffs*

*s/ Elizabeth Kramer w/permission*
Julie Erickson (California Bar # 293111)
Elizabeth Kramer (California Bar # 293129)
Kevin Osborne (California Bar #261367)
Pro Hac Vice
Erickson Kramer Osborne LLP
44 Tehama St.
San Francisco, CA 94105
415-635-0631
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing pleading was filed electronically on March 27, 2024. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

      This the 27th day of March, 2024.

      Robinson, Smith & Wells, PLLC

      By:    s/ *Keith H. Grant*

cc:    K. Erickson Herrin
       HERRIN, MCPEAK & ASSOCIATES
       515 East Unaka Avenue
       P.O. Box 629
       Johnson City, TN 37605-0629
       lisa@hbm-lawfirm.com

       Emily C. Taylor
       WATSON, ROACH, BATSON & LAURDERBACK, P.L.C.
       P.O. Box 131
       Knoxville, TN 37901-0131
       etaylor@watsonroach.com

       Jonathan P. Lakey, BPR # 016788
       BURCH, PORTER & JOHNSON, PLLC
       130 North Court Avenue
       Memphis, TN 38103
       Phone: (901) 524-5024
       Email: jlakey@bpjlaw.com

       Attorneys to Defendants, Johnson City, Tennessee, Karl Turner, Captain Kevin Peters and Investigator Toma Sparks.

       Daniel H. Rader III
       Daniel H. Rader IV
       MOORE, RADER & YORK PC
       46 N. Jefferson Avenue
       P.O. Box 3347
       Cookeville, TN 38502-3347
       danrader@moorerader.com
       danny@moorerader.com
       Counsel for Kevin Peters in his individual capacity

Kristin Ellis Berexa
Ben C. Allen
FARRAR BATES BEREXA
12 Cadillac Drive, Suite 480
Brentwood, TN 37027-5366
kbrexa@fbb.law
ballen@fbb.law
Counsel for Toma Sparks in his individual capacity