IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| B.P., H.A., and S.H., individually, and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>CITY OF JOHNSON CITY, TN., et al.,<br><br>　　Defendants. | No.: 2:23-cv-00071-TRM-JEM<br><br>PLAINTIFFS' DEMAND<br>JURY TRIAL |

### NOTICE OF SERVICE OF DEFENDANT CITY OF JOHNSON CITY, TENNESSEE'S RESPONSE TO PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

The Defendant, Johnson City, Tennessee, hereby appears, by and through counsel and provides this Court Notice that Defendant's Response to Plaintiffs' Second Request for Production of Documents and accompanying exhibit were provided to all counsel of record via e-mail on this the 28th day of March 2024.

Respectfully submitted this 28th day of March, 2024.

　　　　　　　　　　　　　　　　　　　　*s/ Emily C. Taylor*
　　　　　　　　　　　　　　　　　　　　Emily C. Taylor, BPR # 027157
　　　　　　　　　　　　　　　　　　　　**WATSON, ROACH, BATSON**
　　　　　　　　　　　　　　　　　　　**& LAUDERBACK, P.L.C.**
　　　　　　　　　　　　　　　　　　　P.O. Box 131
　　　　　　　　　　　　　　　　　　　Knoxville, TN  37901-0131
　　　　　　　　　　　　　　　　　　　Phone: (865) 637-1700
　　　　　　　　　　　　　　　　　　　Email: etaylor@watsonroach.com

*s/K. Erickson Herrin*
K. Erickson Herrin, BPR # 012110
**HERRIN, McPEAK & ASSOCIATES**
515 East Unaka Avenue
P. O. Box 629
Johnson City, TN  37605-0629
Phone: (423) 929-7113
Email: lisa@hbm-lawfirm.com

*s/Jonathan P. Lakey*
Jonathan P. Lakey, BPR # 016788
**BURCH, PORTER & JOHNSON, PLLC**
130 North Court Avenue
Memphis, TN 38103
Phone: (901) 524-5024
Email: jlakey@bpjlaw.com

*Attorneys to Defendants, Johnson City, Tennessee, Karl Turner, in his individual and official capacities, Captain Kevin Peters, in his official capacity, Investigator Toma Sparks, in his official capacity, Investigator Justin Jenkins, in his official capacity,* Investigator Jeff LeGault, *in his official capacity*, and Investigator Brady Higgins, *in his official capacity*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system:

| | |
|---|---|
| Heather Moore Collins<br>Ashley Shoemaker Walter<br>HMC CIVIL RIGHTS LAW, PLLC<br>7000 Executive Center Drive, Suite 320<br>Brentwood, TN  37027<br>heather@hmccivilrights.com<br>ashley@hmccivilrights.com<br>*Counsel for Plaintiffs* | Kristin Ellis Berexa<br>Ben C. Allen<br>FARRAR BATES BEREXA<br>12 Cadillac Drive, Suite 480<br>Brentwood, TN 37027-5366<br>kberexa@fbb.law<br>ballen@fbb.law<br>*Counsel for Toma Sparks in his individual capacity* |

Vanessa Baehr-Jones
ADVOCATES FOR SURVIVORS OF ABUSE, PC
4200 Park Boulevard No. 413
Oakland, CA 94602
vanessa@advocatesforsurvivors.com
*Counsel for Plaintiffs*

Kevin Osborne
Elizabeth Kramer
Julie Erickson
ERICKSON KRAMER OSBORNE, LLP
44 Tehama Street
San Francisco, CA 94105
kevin@eko.law
elizabeth@eko.law
julie@eko.law
*Counsel for Plaintiffs*

Daniel H. Rader III
Daniel H. Rader IV
André S. Greppin
MOORE, RADER & YORK PC
46 N. Jefferson Avenue
P.O. Box 3347
Cookeville, TN 38502-3347
danrader@moorerader.com
danny@moorerader.com
andre@moorerader.com
*Counsel for Kevin Peters in his individual capacity*

Keith H. Grant
Laura Beth Rufolo
Philip Aaron Wells
ROBINSON, SMITH & WELLS, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
kgrant@rswlaw.com
lrufolo@rswlaw.com
awells@rswlaw.com

Dated this 28th day of March, 2024.

*s/ Emily C. Taylor*
Emily C. Taylor, BPR # 027157
Phone: (865) 637-1700
Email: etaylor@watsonroach.com

3