IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

B.P., H.A., and S.H. individually, and
On behalf of all others similarly situated,

    Plaintiffs,

v.                                    No: 2:23-cv-00071-TRM-JEM

**CITY OF JOHNSON CITY, TENNESSEE, et al.,**

    Defendants.
_____/

## JOINT MOTION TO AMEND SCHEDULING ORDER

COME NOW Plaintiffs B.P., H.A., and S.H., individually and as proposed class representatives of all others similarly situated, ("Plaintiffs"), Defendants City of Johnson City, Tennessee, Karl Turner, Kevin Peters, Toma Sparks, Justin Jenkins, Jeff Legault, and Brady Higgins (together, "Defendants"), (collectively, the "Parties"), through their respective undersigned counsel, who request the following amendments to the case schedule.

On November 28, 2023, the Court issued a Scheduling Order. Doc 86. The Scheduling Order set a June 10, 2024 deadline for expert disclosures under Rule 26(a)(2)(B) and Rule 26(a)(2)(C), with rebuttals due by July 10, 2024. The Parties request an extension to file expert disclosures to August 13, 2024, with any rebuttals due by September 13, 2024.

On December 12, 2023, the Court amended the scheduling order in this matter. Doc. 95. The amended Order set deadlines for all dispositive motions under Rule 12 to be filed no later than April 1, 2024, and for any responses to those motions to be filed on or before May 1, 2024. To date, four Rule 12 motions have been filed. Plaintiffs will respond to all Rule 12 motions by May 1, 2024.

1

The existing deadlines concerning class certification are August 15, 2024 for the motion, and September 16, 2024 for the opposition. No deadline is set for reply. The Parties request that the Plaintiffs' motion be due October 9, 2024, Defendants' opposition be due by November 15, 2024, and Plaintiffs' reply in support of class certification be due by December 6, 2024.

No further changes to the case schedule are requested at this time.

Subject to the Court's approval, the second amended case schedule would be as follows:

| **Motion** | **Deadline** |
| --- | --- |
| Rule 12 Motions | April 1, 2024 |
| Responses to Rule 12 Motions | May 1, 2024 |
| Disclosure of any expert testimony | August 13, 2024 |
| Disclosure of rebuttal expert testimony | September 13, 2024. |
| Motion for Class Certification | October 9, 2024 |
| Final Witness List | November 4, 2024 |
| Response to Motion for Class Certification | November 15, 2024. |
| Discovery Cut Off | December 2, 2024 |
| Reply in support of Motion for Class Certification | December 6, 2024 |
| Rule 56 Motions for Summary Judgment | December 30, 2024 |
| Daubert Motions | December 30, 2024 |
| Pretrial Disclosures | March 3, 2025 |
| Motions in Limine | March 10, 2025 |
| Objections to admissibility of deposition testimony | March 24, 2025 |

| | |
|---|---|
| Stipulations of Fact | March 24, 2025 |
| Joint Proposal for Jury Instructions | March 24, 2025 |
| Trial Brief and joint proposed final pretrial order | March 24, 2025 |
| Identify deposition testimony that will be presented at trial | March 24, 2025 |
| Objections to deposition testimony | March 28, 2025 |
| Final Pretrial Conference | March 31, 2025 |
| Trial | April 14, 2025 |

Dated April 4, 2024.

Respectfully submitted,

Erickson Kramer Osborne LLP

*/s/ Elizabeth Kramer*
Elizabeth Kramer (*pro hac vice*)
Kevin Osborne (*pro hac vice*)
44 Tehama St.
San Francisco, CA 94105
415-635-0631
elizabeth@eko.law
kevin@eko.law


HMC Civil Rights Law, PLLC

*s/ Heather Moore Collins*
Heather Moore Collins (# 026099)
Ashley Shoemaker Walter (#037651)
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com

Advocates for Survivors of Abuse PC

*/s Vanessa Baehr-Jones*
Vanessa Baehr-Jones (*pro hac vice*)
4200 Park Boulevard No. 413
Oakland, CA 94602
510-500-9634
vanessa@advocatesforsurvivors.com

*Attorneys for Plaintiffs and the Proposed Classes*

*/s/ K. Erickson Herrin*
K. Erickson Herrin
HERRIN, McPEAK & ASSOCIATES
515 East Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
Email: lisa@hbm-lawfirm.com

*/s/ Emily C. Taylor*
Emily C. Taylor
Reid Spaulding
WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
Email: etaylor@watsonroach.com
Email: rspaulding@watsonroach.com
*Attorneys to Defendants, Johnson City, Tennessee,
Karl Turner, in his individual and
official capacities, Captain Kevin Peters, in his
official capacity, and Investigator Toma
Sparks, in his official capacity*


MOORE, RADER & YORK, P.C.

*/s/ Daniel H. Rader III*
DANIEL H. RADER III
DANIEL H. RADER IV / BPR #025998
ANDRÉ S. GREPPIN / BPR #036706
*Attorneys for Defendant Kevin Peters, in his
individual capacity*
46 North Jefferson Avenue
Cookeville, Tennessee 38501

4

Phone: (931) 526-3311
andre@moorerader.com

*Kristin Ellis Berexa*
Kristin Ellis Berexa
Ben C. Allen
FARRAR BATES BEREXA
12 Cadillac Drive, Suite 480
Brentwood, TN 37027-5366
kberexa@fbb.law
ballen@fbb.law
*Counsel for Toma Sparks in his individual capacity*

*/s/ Keith H. Grant*
Keith H. Grant
Laura Rufolo
Robinson, Smith & Wells, PLLC
633 Chestnut Street, Suite 700
Chattanooga, TN 37450
E-mail: kgrant@rswlaw.com
E-mail: lrufolo@rswlaw.com

*Counsel for Justin Jenkins in his individual capacity*

5

# CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been filed and served via the court's electronic filing system on April 4, 2024 to counsel of record:

| | |
|---|---|
| K. Erickson Herrin<br>HERRIN, McPEAK & ASSOCIATES<br>515 East Unaka Avenue<br>P. O. Box 629<br>Johnson City, TN 37605-0629<br>Email: lisa@hbm-lawfirm.com<br><br>Emily C. Taylor<br>Reid Spaulding<br>WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.<br>P.O. Box 131<br>Knoxville, TN 37901-0131<br>Email: etaylor@watsonroach.com<br>Email: rspaulding@watsonroach.com<br><br>*Attorneys to Defendants, Johnson City, Tennessee, Karl Turner, in his individual and official capacities, Captain Kevin Peters, in his official capacity, and Investigator Toma Sparks, in his official capacity* | Daniel H. Rader III<br>Daniel H. Rader IV<br>MOORE, RADER & YORK PC<br>46 N. Jefferson Avenue<br>P.O. Box 3347<br>Cookeville, TN 38502-3347<br>danrader@moorerader.com<br>danny@moorerader.com<br>*Counsel for Kevin Peters in his individual capacity*<br><br>Kristin Ellis Berexa<br>Ben C. Allen<br>FARRAR BATES BEREXA<br>12 Cadillac Drive, Suite 480<br>Brentwood, TN 37027-5366<br>kberexa@fbb.law<br>ballen@fbb.law<br>*Counsel for Toma Sparks in his individual capacity*<br><br>Keith H. Grant<br>Laura Rufolo<br>Robinson, Smith & Wells, PLLC<br>633 Chestnut Street, Suite 700<br>Chattanooga, TN 37450<br>E-mail: kgrant@rswlaw.com<br>E-mail: lrufolo@rswlaw.com<br><br>*Counsel for Justin Jenkins in his individual capacity* |

                                                    */s Heather Moore Collins*
                                                  Heather Moore Collins