# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | | |
|---|---|---|
| B.P., H.A., and S.H., individually, and on behalf of all others similarly situated, | ] ] ] | |
| Plaintiffs, | ] ] | No.: 2:23-cv-00071-TRM-JEM |
| v. | ] ] | PLAINTIFFS' DEMAND JURY TRIAL |
| CITY OF JOHNSON CITY, TN., et al., | ] ] | |
| Defendants. | ] | |

## NOTICE OF SERVICE OF DEFENDANT CITY OF JOHNSON CITY, TENNESSEE'S RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES AND THIRD AND FOURTH REQUESTS FOR PRODUCTION OF DOCUMENTS

The Defendant, Johnson City, Tennessee, hereby appears, by and through counsel and provides this Court Notice that Defendant's Response to Plaintiffs' First Set of Interrogatories and Third and Fourth Requests for Production of Documents and accompanying exhibits were provided to all counsel of record via e-mail on this the 5th day of April 2024.

Respectfully submitted this 5th day of April, 2024.

          CITY OF JOHNSON CITY, TN

          By: s/ Emily C. Taylor
          Emily C. Taylor, BPR # 027157
          **WATSON, ROACH, BATSON**
          **& LAUDERBACK, P.L.C.**
          P.O. Box 131
          Knoxville, TN 37901-0131
          Phone: (865) 637-1700
          Email: etaylor@watsonroach.com

K. Erickson Herrin, BPR # 012110  
**HERRIN, McPEAK & ASSOCIATES**  
515 East Unaka Avenue  
P. O. Box 629  
Johnson City, TN  37605-0629  
Phone: (423) 929-7113  
Email: lisa@hbm-lawfirm.com  

Jonathan P. Lakey, BPR # 016788  
**BURCH, PORTER & JOHNSON, PLLC**  
130 North Court Avenue  
Memphis, TN 38103  
Phone: (901) 524-5024  
Email: jlakey@bpjlaw.com  

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system:

| | |
|---|---|
| Heather Moore Collins<br>Ashley Shoemaker Walter<br>HMC CIVIL RIGHTS LAW, PLLC<br>7000 Executive Center Drive, Suite 320<br>Brentwood, TN  37027<br>heather@hmccivilrights.com<br>ashley@hmccivilrights.com<br>*Counsel for Plaintiffs* | Kristin Ellis Berexa<br>Ben C. Allen<br>FARRAR BATES BEREXA<br>12 Cadillac Drive, Suite 480<br>Brentwood, TN 37027-5366<br>kberexa@fbb.law<br>ballen@fbb.law<br>*Counsel for Toma Sparks in his individual capacity* |

Vanessa Baehr-Jones
ADVOCATES FOR SURVIVORS OF
ABUSE, PC
4200 Park Boulevard No. 413
Oakland, CA 94602
vanessa@advocatesforsurvivors.com
*Counsel for Plaintiffs*

Kevin Osborne
Elizabeth Kramer
Julie Erickson
ERICKSON KRAMER OSBORNE, LLP
44 Tehama Street
San Francisco, CA 94105
kevin@eko.law
elizabeth@eko.law
julie@eko.law
*Counsel for Plaintiffs*

Daniel H. Rader III
Daniel H. Rader IV
André S. Greppin
MOORE, RADER & YORK PC
46 N. Jefferson Avenue
P.O. Box 3347
Cookeville, TN 38502-3347
danrader@moorerader.com
danny@moorerader.com
andre@moorerader.com
*Counsel for Kevin Peters in his individual capacity*

Keith H. Grant
Laura Beth Rufolo
Philip Aaron Wells
ROBINSON, SMITH & WELLS, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
kgrant@rswlaw.com
lrufolo@rswlaw.com
awells@rswlaw.com

Dated this 5th day of April, 2024.

*s/ Emily C. Taylor*
Emily C. Taylor, BPR # 027157
Phone: (865) 637-1700
Email: etaylor@watsonroach.com

3