IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE GREENEVILLE DIVISION

| | | |
|---|---|---|
| B.P., H.A., and S.H., individually, and on Behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| VERSUS | ) ) | No. 2:23-cv-00071-TRM-CRW |
| CITY OF JOHNSON CITY, TENNESSEE, *et al* | ) ) ) | |
| Defendants. | ) | |

**<u>RENEWED MOTION FOR LEAVE TO FILE UNDER SEAL
SUBPOENAS PROPOUNDED TO ORIGINAL PLAINTIFFS</u>**

COMES NOW the Defendant, Kevin Peters, in his individual capacity, by and through counsel, and pursuant to LR 37.2 and 26.2(b), and ECF Rule 12.2, and moves the Court for leave to file copies of subpoenas under seal in connection with the pending Motion to Compel (Docket Entry 108) and Motion to Compel Compliance with Subpoenas (Docket Entry 152). These materials are filed under separate entry as a Proposed Sealed Document. The subpoenas at issue were issued to several of the original Jane Doe Plaintiffs along with the sister of Jane Doe 6, whose personal representative is an original Plaintiff. The subpoenas are directed to the actual names of the original Plaintiffs, whom the Court has permitted to proceed under pseudonym. (Docket Entry 7, 40). By virtue of the nature of the material sought, the subpoenas also contain in multiple locations names of several individuals with whom the person subpoenaed had communications.

As a practical matter, it would be substantially impossible to redact these subpoenas in a fashion where the Court could discern the material sought in order to consider the pending Motions. As a result, Defendant moves the Court for permission to file the subpoenas under seal.

All parties in this suit have received the subpoenas at issue by virtue of a Notice of Service dated February 12, 2024.

        Respectfully submitted,

        MOORE, RADER AND YORK, P. C.

        s/DANIEL H. RADER IV, BPR #025998
        DANIEL H. RADER IV / BPR #025998
        P. O. Box 3347
        Cookeville, TN 38502
        Phone: (931) 526-3311
        danny@moorerader.com
        Attorneys for Kevin Peters, individually

CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Ashley Walter
HMC Civil Rights Law, PLLC
7000 Executive Center Dr.
Brentwood, TN  37027
615-724-1996
Email:  ashley@hmccivilrights.com

Heather Moore Collins
HMC Civil Rights Law, PLLC
7000 Executive Center Dr.
Suite 320
Brentwood, TN  37027
615-724-1996
Email:  heather@hmccivilrights.com

Ms. Elizabeth A. Kramer
Mr. Kevin M. Osborne
Erickson, Kramer Osborne LLP
44 Tehama Street
San Francisco CA  94105
(415-635-0631)
Email:  elizabeth@eko.law
Email:  kevin@eko.law

Emily C. Taylor
Watson Roach Batson & Lauderback
P. O. Box 131
Knoxville, TN  37901-0131
865-637-1700
Email:  etaylor@watsonroach.com
*Attorney for the City of Johnson City, Tennessee, and Karl Turner, in his Individual Capacity*

Caroline Drinnon
HMC Civil Rights Law, PLLC
7000 Executive Center Dr.
Brentwood, TN  37027
615-724-1996
Email:  caroline@hmccivilrights.com

Vanessa Baehr-Jones
Advocates for Survivors of Abuse
4200 Park Blvd., No. 413
Oakland, CA  94602
Email: vanessa@advocatesforsurvivors.com
*Pro Hac Vice Attorney for Plaintiff*

Mr. Keith H. Grant
Mr. Philip Aaron Wells
Ms. Laura Beth Rufolo
Robinson, Smith & Wells
633 Chestnut Street
Suite 700 Republic Centre
Chattanooga, TN  37450
Email:  kgrant@rswlaw.com
Email:  awells@rswlaw.com
Email:  lrufolo@rswlaw.com

K. Erickson Herrin
Herrin McPeak & Associates
515 E. Unaka Avenue
P. O. Box 629
Johnson City, TN  37605-0629
(423-929-7113)
*Attorney for the City of Johnson City, Tennessee, Karl Turner, in his individual and official capacities, Toma Sparks, in his official capacity, and Kevin Peters, in his official capacity*

Thomas J. Garland, Jr.  
Milligan & Coleman, PLLP  
230 W Depot St.  
Greeneville, TN  37743  
Email:  tgarland@milligancoleman.com  
*Attorney for the City of Johnson City,*  
*Tennessee, and Karl Turner, in his*  
*Individual capacity*

Ms. Kristin E. Berexa  
Mr. Benjamin C. Allen  
Farrar Bates Berexa  
12 Cadillac Drive, Suite 480  
Brentwood, TN  37027  
615-254-3060  
Email:  kberexa@fbb.law  
ballen@fbb.law  
*Attorneys for Toma Sparks*

Vanessa Baehr-Jones  
Advocates for Survivors of Abuse PC  
4200 Park Boulevard No. 413  
Oakland, CA  94602  
510-500-9634  
Email: vanessa@advocatesforsurvivors.com

This the 18th day of April, 2024.

MOORE, RADER AND YORK, P. C.

s/DANIEL H. RADER IV, BPR 025998  
DANIEL H. RADER IV / BPR #025998  
P. O. Box 3347  
Cookeville, TN  38502  
(931-526-3311)  
danny@moorerader.com