IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| B.P., H.A., and S.H., individually, and on Behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) No: 2:23-cv-00071-TRM-CRW ) |
| v. | ) ) |
| CITY OF JOHNSON CITY, TENNESSEE, KARL TURNER, individually and in his official capacity as Chief of the Johnson City Police Department, KEVIN PETERS, individually and in his official capacity as Captain in the Johnson City Police Department, TOMA SPARKS, individually and in his official capacity as Detective in the Johnson City Police Department, JUSTIN JENKINS, individual and in his official capacity as Detective in the Johnson City Police Department, JEFF LEGAULT, individually and in his official capacity as Detective in the Johnson City Police Department, BRADY HIGGINS, individually and in his official capacity as Detective in the Johnson City Police Department, and DOES 8-20 inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

Comes Defendant, Karl Turner, in his individual capacity, by and through counsel, forwarded *Defendant Karl Turner's Responses to Plaintiffs' Second Set of Interrogatories and Requests for Production of Documents* to all parties and/or to counsel of record for all parties in regard to this case via Email Transmission on Friday, April 19, 2024.

Respectfully submitted,

s/K. Erickson Herrin
K. Erickson Herrin, BPR # 012110
HERRIN, McPEAK & ASSOCIATES
515 East Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
Phone: (423) 929-7113
Fax: (423) 929-7114
Email: lisa@hbm-lawfirm.com

s/ Emily C. Taylor
Emily C. Taylor, BPR # 027157
**WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.**
P.O. Box 131
Knoxville, TN 37901-0131
Phone: (865) 637-1700
Email: etaylor@watsonroach.com

*Attorneys to Defendants, Johnson City, Tennessee, Karl Turner, in his individual and official capacities, Captain Kevin Peters, in his official capacity, and Investigator Toma Sparks, in his official capacity*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing notice was filed electronically on April 19, 2024.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties.