# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| JANE DOE, *et. al.*, | ) |
|     *Plaintiffs*, | ) Case No. 2:23-cv-71 |
| v. | ) Judge Travis R. McDonough |
| JOHNSON CITY, TENNESSEE, *et al.*, | ) Magistrate Judge Jill E. McCook |
|     *Defendant*. | ) |

## ORDER

Before the Court is the parties' joint motion to amend the scheduling order (Doc. 149). In the motion, the parties seek an extension by which to file expert disclosures and motions relating to class certification. (*Id.* at 1–2.) Because the parties are in agreement on the proposed changes, which will not affect the April 14, 2025 trial date or any other deadline, the Court will **GRANT** the motion and reset the relevant deadlines as follows:

3. ***Disclosure and Discovery***:

    (d) ***Expert Testimony***: Disclosure of any expert testimony any party seeks to use to meet its burden of proof shall be made on or before **August 13, 2024**, in accordance with Rules 26(a)(2)(B) and 26(a)(2)(C) of the Federal Rules of Civil Procedure. Disclosure of rebuttal expert testimony shall be made by the parties on or before **September 13, 2024**. Rebuttal expert testimony challenges the opinions or methods of a previously disclosed expert and is no broader in scope.

4. ***Other Scheduling Matters***:

    (b) ***Class Certification***: Plaintiffs must file their motion for class certification by **October 9, 2024**, and Defendant must file its response by **November 15, 2024**.

All other deadlines remain unchanged.

**SO ORDERED.**

*/s/ Travis R. McDonough*
**TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE**