IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| B.P., H.A., and S.H., individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF JOHNSON CITY, TENNESSEE, a governmental entity,<br><br>KARL TURNER, individually and in his official capacity as Chief of the Johnson City Police Department,<br><br>KEVIN PETERS, individually and in his official capacity as Captain of the Johnson City Police Department,<br><br>TOMA SPARKS, individually and in his official capacity as Investigator of the Johnson City Police Department,<br><br>JUSTIN JENKINS, individually and in his official capacity as Investigator of the Johnson City Police Department,<br><br>JEFF LEGAULT, individually and in his official capacity as Investigator of the Johnson City Police Department,<br><br>BRADY HIGGINS, individually and in his official capacity as Investigator of the Johnson City Police Department, and<br><br>DOES 8-20, inclusive,<br><br>    Defendants. | No.   2:23-cv-71<br><br>Judge McDonough<br><br>Magistrate Judge McCook |

### NOTICE OF SERVICE

Please take notice that the Defendant, Toma Sparks, in his individual capacity, by and through counsel, forwarded Defendant Toma Sparks's Response to Plaintiffs' Second Set of Interrogatories and Requests for Production of Documents to all parties and/or counsel of record for the parties in regard to this case via Email Transmission on Thursday, April 25, 2024.

Respectfully submitted,

*/s/ Kristin E. Berexa*
Kristin E. Berexa, BPR# 14833
Benjamin C. Allen, BPR #35923
**Farrar| Bates| Berexa**
12 Cadillac Drive, Suite 480
Brentwood, Tennessee 37027
(615) 254-3060
kberexa@fbb.law
ballen@fbb.law
*Counsel for Toma Sparks*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 25th day of April, 2024, a true and correct copy of the foregoing has been forwarded via the Court's electronic notification system to:

Heather Moore Collins
Ashley Walter
HMC Civil Rights Law, PLLC
7000 Executive Center Dr.
Suite 320
Brentwood, TN 37027
615-724-1996
Email: heather@hmccivilrights.com
ashley@hmccivilrights.com
*Attorneys for Plaintiffs*

Vanessa Baehr-Jones
Advocates for Survivors of Abuse
4200 Park Blvd., No. 413
Oakland, CA 94602
Email:
vanessa@advocatesforsurvivors.com
*Pro Hac Vice Attorney for Plaintiffs*

Kevin Osborne
Elizabeth Kramer
Erickson Kramer Osborne LLP
44 Tehama St.
San Francisco, CA 94105
Email: kevin@eko.law
Email: elizabeth@eko.law
*Pro Hac Vice Attorneys for Plaintiffs*

Thomas J. Garland, Jr.
Milligan & Coleman, PLLP
230 W Depot St.
Greeneville, TN 37743
Email: tgarland@milligancoleman.com
*Attorney for the City of Johnson City, Tennessee, and Karl Turner, in his individual capacity*

Emily C. Taylor
Watson Roach Batson & Lauderback
P.O. Box 131
Knoxville, TN 37901-0131
(865) 637-1700
Email: etaylor@watsonroach.com
*Attorney for the City of Johnson City, Tennessee, and Karl Turner, in his Individual Capacity*

K. Erickson Herrin
Herrin McPeak & Associates
515 E. Unaka Avenue
P.O. Box 629
Johnson City, TN 37605-0629
(423) 929-7113
Email: lisa@hbm-lawfirm.com
*Attorney for the City of Johnson City, Tennessee, Karl Turner, in his individual and official capacities, Toma Sparks, in his official capacity, and Kevin Peters, in his official capacity*

Daniel H. Rader IV
André S. Greppin
Moore, Rader, Fitzpatrick and York, P.C.
46 N. Jefferson Avenue
Cookeville, TN 38501
(931) 526-3311
Email: danny@moorerader.com
Email: andre@moorerader.com
*Attorney for Kevin Peters*

Reid A. Spaulding
Watson, Roach, Batson & Lauderback, PLC
P O Box 131
Knoxville, TN 37901
Email: rspaulding@watsonroach.com
*Attorney for Johnson City, Karl Turner, in his individual and official capacities, Captain Kevin Peters, in his official capacity, Investigator Toma Sparks, in his official capacity and Justin Jenkins in his official capacity.*

4868-5884-1785, v. 1

<table>
<tr><td>

Keith H. Gant  
Laura Beth Rufolo  
Philip Aaron Wells  
Robinson, Smith & Wells, PLLC  
Suite 700, Republic Centre  
633 Chestnut Street  
Chattanooga, TN 37450  
(423) 756-5051  
*Attorneys for Justin Jenkin, Jeff Legault, and Brady Higgins*

</td><td>

Jonathan P. Lakey  
Burch, Porter, & Johnson, PLLC  
130 N. Court Ave.  
Memphis, TN 38103  
P: (901) 524-5000  
E: jlakey@bpjlaw.com  
*Attorney for the City of Johnson City, Tennessee*

 

   */s/ Kristin E. Berexa*        
    Kristin E. Berexa

</td></tr>
</table>