IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

JANE DOE1, JANE DOE 2, JANE DOE 3,
JANE DOE 4, JANE DOE 5, K.T. AND M.T.,
PERSONAL REPRESENTATIVES TO JANE
DOE 6, JANE DOE 7, JANE DOE 8, AND
JANE DOE 9,

     Plaintiffs,

v.              Case No. 2:23-cv-00071-TRM-JEM

CITY OF JOHNSON CITY, TENNESSEE, et al.

## NOTICE OF APPEARANCE

  Please enter my appearance as Counsel of record for the Non-Party, Alunda Rutherford, in the above-styled action.

            Respectfully submitted,

            /s/ Jerome Cochran_____
            Jerome Cochran (020446)
            Garza Law Firm
            118 East Watauga Avenue
            Johnson City, Tennessee 37601
            (423) 282-1041
            jcochran@garzalaw.com

            Counsel for Non-Party

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2024, I electronically filed the foregoing document with the Court's CM/ECF filing system. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

            /s/ Jerome Cochran_____
            Jerome Cochran