**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION**

| | | |
|---|---|---|
| B.P. et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:23-cv-00071-TRM-JEM |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF JOHNSON CITY, | ) | |
| TENNESSEE, et al., | ) | |
| | ) | |
| Defendants. | | |

_____

### PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITS

COME NOW Plaintiffs, by and through the undersigned counsel, and respectfully move the Court for an enlargement of page limits to respond to the Motions to Dismiss filed by Defendants Jenkins (ECF 129-130), Sparks (ECF 132-133), Peters (ECF 138-139), Legault (ECF 145-146), and Higgins (ECF 147-148). Rather than file five separate opposition briefs, Plaintiffs intend to file one omnibus opposition. To effectively do so, Plaintiffs request this Court enlarge the page limit by five (5) additional pages for a total of 30 pages. Defendants' counsel do not oppose this motion. As such, Plaintiffs now move for an Order granting enlargement of the page limitation for their brief from 25 pages to 30 pages.

Respectfully submitted,

*/s/ Heather Moore Collins*
Heather Moore Collins (#026099)
Ashley Shoemaker Walter (#037651)
**HMC Civil Rights Law, PLLC**
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com

1

ashley@hmccivilrights.com

—*and*—

*/s/ Vanessa Baehr-Jones*
Vanessa Baehr-Jones (California Bar #281715)
*Pro Hac Vice*
**Advocates for Survivors of Abuse PC**
4200 Park Boulevard No. 413
Oakland, CA 94602
510-500-9634
vanessa@advocatesforsurvivors.com

—*and*—

*/s/ Elizabeth Kramer*
Julie C. Erickson (California Bar # 293111)
Elizabeth A. Kramer (California Bar # 293129)
Kevin M. Osborne (California Bar #261367)
*Pro Hac Vice*
**Erickson Kramer Osborne LLP**
44 Tehama St.
San Francisco, CA 94105
415-635-0631
julie@eko.law
elizabeth@eko.law
kevin@eko.law

*Attorneys for the Plaintiffs and the Proposed Classes*

2

**CERTIFICATE OF SERVICE**

I HEREBY certify that a copy of the foregoing has been filed and served via the court's electronic filing system on April 30, 2024 to counsel of record:

K. Erickson Herrin
HERRIN, McPEAK & ASSOCIATES
515 East Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
Email: lisa@hbm-lawfirm.com

Emily C. Taylor
WATSON, ROACH, BATSON &
LAUDERBACK, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
Email: etaylor@watsonroach.com

*Attorneys to Defendants, Johnson City,
Tennessee, Karl Turner, in his individual and
official capacities, Captain Kevin Peters, in his
official capacity, and Investigator Toma
Sparks, in his official capacity*

Daniel H. Rader III
Daniel H. Rader IV
MOORE, RADER & YORK PC
46 N. Jefferson Avenue
P.O. Box 3347
Cookeville, TN 38502-3347
danrader@moorerader.com
danny@moorerader.com
*Counsel for Kevin Peters in his individual
capacity*

Kristin Ellis Berexa
Ben C. Allen
FARRAR BATES BEREXA
12 Cadillac Drive, Suite 480
Brentwood, TN 37027-5366
kberexa@fbb.law
ballen@fbb.law
*Counsel for Toma Sparks in his individual
capacity*

Keith H. Grant
Robinson, Smith & Wells, PLLC
633 Chestnut Street, Suite 700
Chattanooga, TN 37450
E-mail: kgrant@rswlaw.com
*Counsel for Justin Jenkins in his individual
capacity*

*/s/ Heather Moore Collins*
Heather Moore Collins

3