# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3A

**Case #:** 3:23-cv-71  **Date:** May 2, 2024

Doe, et al  **v.**  Johnson City, TN et al

**Present Before:** Jill E. McCook, United States Magistrate Judge

| Courtroom Deputy: | Court Reporter: | Law Clerk: |
|---|---|---|
| Mallory Dahl | ECRO | Lauryn Preheim |

| Attorney(s) for Plaintiff: | Attorney(s) for Defendant: | Additional Attorney(s) Present: |
|---|---|---|
| Elizabeth Kramer<br>Vanessa Baehr-Jones<br>Ashley Walter | Jonathan Lakey<br>Emily Taylor<br>Danny Rader<br>Kristin Brexa<br>Emily Taylor | |

**Proceedings:**

Parties present for a motion hearing to address motion to compel (doc. 108). Sealed exhibits 1-4 presented by defendant marked and admitted. Arguments heard. Court to enter order with findings.

**Dates set at this hearing:**
☐ Jury Trial  ☐ BenchTrial:

☐ Pretrial Conf.:
☐ Motion Hrng:
☐ Status Conf:

**Deadlines set at this hearing:**
☐ Status Report:
☐ Show Cause:
☐ Other:

**Time:** 9:30 -12:30  **to** 1:00 - 1:30

⊙ I, Mallory Dahl, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_ 223cv71 _ 050224 _