# EXHIBIT 2

**From:** "Whitlock, Tyler" █████████████████
**To:** "Williams, Mark" <████████████████████>, "PDA" <PDA@johnsoncitytn.org>
**Subject:** RE: Wanted by USMS
**Date:** Tue, 19 Apr 2022 17:26:37 +0000
**Importance:** Normal

---

I was just contacted by the **Female 4** who helped managed his properties. Sean has just froze their buisness account at Renaissance Bank on W King St by phone. There is a good chance he will be going there to offically close the account or try to get money from the account. If someone would please go by there ASAP and provide them with a photo of Sean and let them know to contact us if they see him.

He may he driven around by a N███ S███ V███ SS# ███████ in A black 4 door Mazda ███████.

Also in reference to this please extra patrol Ms. **Female 4**'s office at ███ E Market St and her home at ████ ███ Ave. She stated that he has gotten worse and is trying to separate herself from him but us afraid he may to find her.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Williams, Mark" ████████████████████
Date: 4/19/22 11:15 AM (GMT-05:00)
To: PDA   PDA@johnsoncitytn.org
Subject: Wanted by USMS

**Subject wanted by USMS on weapons charges**

Pics attached

For those who know Sean Williams, he has been at the Washington Co Courthouse in downtown Jonesborough this morning causing problems. WCSO is aware and where dispatched there to deal with him. It is not known if they made contact with him or not. Im not sure if he still owns the properties, but he lived in a condo at Main/Spring and owed the garage on. Buffalo St just across from the Red Meze restaurant.

Sent from my Verizon, Samsung Galaxy smartphone