# EXHIBIT 3

# SUBSTITUTE TRUSTEE'S NOTICE OF SALE WHEREAS, SEAN WILLIAMS

🔖 Save     ↗ Share

## Details for SUBSTITUTE TRUSTEE'S NOTICE OF SALE WHEREAS, SEAN WILLIAMS

Updated 19 hrs ago

SUBSTITUTE TRUSTEE'S NOTICE OF SALE WHEREAS, SEAN WILLIAMS, of Washington County, Tennessee, executed, acknowledged and delivered to R. RICK HART, Trustee, a certain Deed of Trust dated the 25th day of September, 2018, and of record in Roll 968, Images 230-238 and modified in Roll 1055, Image 2699, and Roll 1003, Images 688-697 in the Register's Office for Washington County, Tennessee, to secure a certain indebtedness owing to Renasant Bank, and more fully described therein; WHEREAS, on the 27th day of July, 2022, the holder of the note securing the indebtedness executed an appointment of Substitute Trustee nominating and appointing KENNETH CLARK HOOD, Substitute Trustee, instead of the said R. RICK HART, Trustee, said Substitution of Trustee recorded in Roll 1107, Image 1697 in the Register's Office for Washington County, Tennessee; WHEREAS, default has been made in the payment of said indebtedness, notice of default was given, and the same has become due and payable and the owner and holder of said indebtedness has declared the entire balance owing thereon due and payable, has given notice of acceleration, and has instructed the said Trustee to foreclose said Trust Deed and to advertise and sell the property therein and herein described, upon the terms and conditions set forth in said Trust Deed; NOW, THEREFORE, notice is hereby given that I will on the 26th day of August, 2022, at 1:45 p.m. prevailing standard time in Washington County, Tennessee, at the front entrance of the Washington County Courthouse in downtown Jonesborough, Tennessee, sell the following described real estate at public auction, for cash, to the highest bidder, and in bar of the equity of redemption, the statutory right o dower and homestead, but subject to all liens, encumbrances, easements, right

M

lines, restrictions, covenants, current and delinquent property taxes (ad valorem taxes), environmental claims, and the rights of any purchaser at a property tax sale and/or rights of redemption arising from a property tax sale, affecting the subject property which are not extinguished by the foreclosure of the subject deed of trust. The property to be sold is described as follows: Located, lying and being situated in the 9th Civil District of Washington County, Tennessee, and being more particularly described as follows: "BEGINNING on a PK nail set in the westerly margin of Buffalo Street common corner with Wexler Partnership (Roll 238, Image 1401); thence along the common boundary with same, and along the facing of the Free Service Tire Co. Building N. 78° 34' 31" W., a distance of 95.55 feet to the facing corner of the building location and common corner of Southern Railway Company; thence with same N. 11° 47' 08" E., a distance of 65.05 feet along the facing of the 116 Buffalo Street Building to the facing corner of the building location; remaining facing wall being a party wall with the property owned by the Johnson City Housing Authority; thence proceeding along the party wall S. 77° 30' 45" E., a distance of 73.01 feet to a point in the westerly margin of Buffalo Street; thence with same S. 13° 39' 02"E., a distance of 36.42 feet to a PK nail set; thence with a curve to the right with an arc length of 5.22 feet with a radius of 21.51 feet, a chord bearing and distance of S. 06° 42' 00" E., with a distance of 5.21 feet to a PK nail set; thence S. 00° 15' 03" W., a distance of 26.26 feet to the point of BEGINNING and containing 5,553 square feet, more or less, all according to survey of Charles T. Johnson, Jr.,. Tennessee Registered Land Surveyor No. 2405, from a plat dated 11-24-2014." Being the same property conveyed to Sean C. Williams by deed of Sylvia Wilson Speropulos et al dated December 10, 2014, and recorded on Roll 856, Image 959 of the Washington County, Tennessee, Registry. Further reference is made to a deed from Sean C. Williams to Glass & Concrete Contracting, LLC dated March 1, 2022 recorded in Roll 1097, Image 1077. The address of the Subject Property as shown on the tax records for Washington County, Tennessee, is 116 Buffalo Street, Johnson City, Tennessee, 37604. (Map 46N, Group O, Parcel 002.00) It will be the responsibility of the successful bidder to obtain possession of the property at his expense. The successful bidder shall be responsible for any damage, vandalism, theft, destruction, etc., to the property. This sale may be subject to valid filed or unfiled mechanic's and materialmen's liens. No representations are made as to the validity or enforceability of any memorandum of mechanic's liens or any suit to enforce the same. Interests in the property other than the Deed of Trust being foreclosed or matters affecting title known to the undersigned include the following: 1. State and County taxes are subject to classification and assessment of property as agricultural, forest, and open space land pursuant to Tennessee Code Annotated Section 67-5-1001, et. seq., as amended from time to time. 2. Taxes for the year 2022 are not yet due and payable but constitute a lien on t and county property taxes have been paid through the year 2020. State and cou are delinquent for the year 2021 in the amount of $825.76, but interest and pen M

accrue on this amount. The exact amount owing can be obtained from the local taxing authorities. Johnson City taxes for the year 2021 are paid in the sum of $627.00, receipt no. 28313. 3. Party Wall Agreement as recorded in Misc. Book 13, Page 104. 4. All property is subject to zoning ordinances which control the uses which may be made of the property. The undersigned makes no representation as to the uses which can be made of the premises in compliance with the applicable zoning ordinances. 5. Rights of parties in possession, if any. The sale will be made as Substitute Trustee only, without covenants of seizen or warranties of title, and subject to all liens, encumbrances, easements, rights-of-way, set-back lines, restrictions, covenants, current and delinquent property taxes (ad valorem taxes), environmental claims, and the rights of any purchaser at a property tax sale and/or rights of redemption arising from a property tax sale, affecting the subject property which are not extinguished by the foreclosure of the subject deed of trust. The proceeds derived from the sale of said property will be applied to the payment first to the expenses of this sale, including attorney's fees, then to the payment in full of the indebtedness including interest secured by said Trust Deed, and the balance, if any, to be paid to the parties legally entitled thereto. This sale may be postponed or adjourned from time to time without readvertising the sale, and may be dismissed and the sale not conducted. The acting Trustee or any Substitute Trustee is authorized to appoint an agent or an auctioneer to conduct the sale, and any sale so made shall have the same validity as if made by the original Trustee. The sale shall be for cash, to the highest bidder. Dated this the 29th day of July, 2022.

_____ KENNETH CLARK HOOD Substitute Trustee PUB:3T 8/12/2022, 8/9/2022, 8/16/2022



M