IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

B.P., et al.,

    Plaintiffs,

v.                                                             No: 2:23-cv-00071-TRM-JEM

CITY OF JOHNSON CITY, TENNESSEE, et al.,

    Defendants.
_____/

## MOTION TO FILE SEALED DOCUMENT

Plaintiffs move to file Exhibit 1 to the Declaration of Vanessa Baehr-Jones under seal. Sealed filing is appropriate here because Exhibit 1 contains financial records including bank account numbers, copies of checks, and personal identifying information for third parties. Moreover, these bank records have been designated "Confidential" pursuant to the Protective Order in this case.

                                         Respectfully submitted,

                                         HMC Civil Rights Law, PLLC

                                         */s/ Heather Moore Collins*
                                         Heather Moore Collins (# 026099)
                                         Ashley Shoemaker Walter (#037651)
                                         7000 Executive Center Dr., Suite 320
                                         Brentwood, TN 37027
                                         615-724-1996
                                         615-691-7019 FAX
                                         heather@hmccivilrights.com
                                         ashley@hmccivilrights.com

                                         Advocates for Survivors of Abuse PC

                                         */s/ Vanessa Baehr-Jones*

1

Vanessa Baehr-Jones CABN # 281715
*Pro Hac Vice*
**Advocates for Survivors of Abuse PC**
4200 Park Boulevard No. 413
Oakland, CA 94602
(510) 500-9634
vanessa@advocatesforsurvivors.com


<u>*/s/ Elizabeth Kramer*</u>
Julie Erickson (California Bar # 293111)
Elizabeth Kramer (California Bar # 293129)
Kevin Osborne (California Bar #261367)
Pro Hac Vice
Erickson Kramer Osborne LLP
44 Tehama St.
San Francisco, CA 94105
415-635-0631
julie@eko.law
elizabeth@eko.law
kevin@eko.law

Attorneys for Plaintiffs and Proposed Class

2

# CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been filed and served via the court's electronic filing system on May 14, 2024 to counsel of record:

| | |
|---|---|
| K. Erickson Herrin<br>HERRIN, McPEAK & ASSOCIATES<br>515 East Unaka Avenue<br>P. O. Box 629<br>Johnson City, TN 37605-0629<br>Email: lisa@hbm-lawfirm.com<br><br>Emily C. Taylor<br>WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.<br>P.O. Box 131<br>Knoxville, TN 37901-0131<br>Email: etaylor@watsonroach.com<br><br>*Attorneys to Defendants, Johnson City, Tennessee, Karl Turner, in his individual and official capacities, Captain Kevin Peters, in his official capacity, and Investigator Toma Sparks, in his official capacity* | Daniel H. Rader III<br>Daniel H. Rader IV<br>MOORE, RADER & YORK PC<br>46 N. Jefferson Avenue<br>P.O. Box 3347<br>Cookeville, TN 38502-3347<br>danrader@moorerader.com<br>danny@moorerader.com<br>*Counsel for Kevin Peters in his individual capacity*<br><br>Kristin Ellis Berexa<br>Ben C. Allen<br>FARRAR BATES BEREXA<br>12 Cadillac Drive, Suite 480<br>Brentwood, TN 37027-5366<br>kberexa@fbb.law<br>ballen@fbb.law<br>*Counsel for Toma Sparks in his individual capacity*<br><br>Keith H. Grant<br>Robinson, Smith & Wells, PLLC<br>633 Chestnut Street, Suite 700<br>Chattanooga, TN 37450<br>E-mail: kgrant@rswlaw.com<br>*Counsel for Justin Jenkins in his individual capacity* |

                                        */s/ Heather Moore Collins*
                                        Heather Moore Collins