| | |
|---|---|
| B.P., H.A., and S.H., individually, and on behalf of all others similarly situated, ) ) ) | |
| Plaintiffs, ) | No: 2:23-cv-00071-TRM-JEM |
| v. ) ) | |
| CITY OF JOHNSON CITY, TENNESSEE, a government entity, et al. ) ) ) ) | |
| Defendants. ) | |

## MOTION TO QUASH BY JUSTIN JENKINS AND BRADY HIGGINS, IN THEIR INDIVIDUAL CAPACITIES
## FED. R. CIV. P. 45

The Defendants, Justin Jenkins and Brady Higgins, in their individual capacities, hereby move to quash subpoenas issued by Plaintiffs on or about May 17, 2024, for Jenkins' financial records from Eastman Credit Union, Appalachian Community Federal Credit Union and Accounting Solutions, LLC, and for Higgins' financial records from Northeast Community Credit Union. Jenkins and Higgins submit the information sought by the subpoenas is not relevant, nor likely to lead to relevant, admissible evidence, given the nature of the Plaintiffs' claims and are, at best, a fishing expedition, and at worst, an attempt to harass Jenkins and Higgins.

In addition to the memorandum filed contemporaneously herewith, Jenkins and Higgins also rely upon the following exhibits:

        Ex. 1        Subpoenas sent by Plaintiffs' counsel

        Ex. 2        Jenkins' responses to Plaintiffs' first discovery

| | | |
|---|---|---|
| Ex. 3 | | Responses of Jenkins and Higgins to Plaintiffs' discovery |
| Ex. 4 | | May 13-16, 2024 emails between counsel re: financial documents |
| Ex. 5 | | 4/18/2024 email with attached subpoenas |
| Ex. 6 | | 5/16/2024 email re financial subpoenas |

For the reasons herein described and more particularly set forth in the accompanying memorandum, Jenkins and Higgins respectfully request that the Court enter an order quashing the subpoenas to entities referenced above and award sanctions to these Defendants for having to file this motion.

Respectfully submitted,

ROBINSON, SMITH & WELLS, PLLC

By:    s/ *Keith H. Grant*
       Keith H. Grant, BPR# 023274
       Laura Beth Rufolo, BPR# 015622
       Philip Aaron Wells, BPR# 036248
       Suite 700, Republic Centre
       633 Chestnut Street
       Chattanooga, TN 37450
       Telephone: (423) 756-5051
       Facsimile: (423) 266-0474
       *Attorneys for Justin Jenkins, Brady Higgins and Jeff Legault, in their individual capacity*

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing pleading was filed electronically on May 18, 2024. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                         Robinson, Smith & Wells, PLLC

                         By:    s/ *Keith H. Grant*

cc:    Heather Moore Collins
        Ashley Walter
        HMC Civil Rights Law, PLLC
        7000 Executive Center Dr.
        Suite 320
        Brentwood, TN 37027
        615-724-1996
        Email: heather@hmccivilrights.com

        Vanessa Baehr-Jones
        Advocates for Survivors of Abuse
        4200 Park Blvd., No. 413
        Oakland, CA 94602
        Email:vanessa@advocatesforsurvivors.com

        Elizabeth A. Kramer
        Kevin M Osborne
        Erickson Kramer Osborne LLP
        44 Tehama Street
        San Francisco, CA 94105
        Email: elizabeth@eko.law
        Email: kevin@eko.law

        K. Erickson Herrin
        HERRIN, MCPEAK & ASSOCIATES
        515 East Unaka Avenue
        P.O. Box 629
        Johnson City, TN 37605-0629
        lisa@hbm-lawfirm.com

        Emily C. Taylor
        WATSON, ROACH, BATSON & LAURDERBACK, P.L.C.
        P.O. Box 131

Knoxville, TN 37901-0131
etaylor@watsonroach.com
Attorneys for Defendants, Johnson City, Tennessee, Karl Turner, Captain Kevin Peters and Investigator Toma Sparks.

Daniel H. Rader III
Daniel H. Rader IV
MOORE, RADER & YORK PC
46 N. Jefferson Avenue
P.O. Box 3347
Cookeville, TN 38502-3347
danrader@moorerader.com
danny@moorerader.com
Counsel for Kevin Peters in his individual capacity

Kristin Ellis Berexa
Ben C. Allen
FARRAR BATES BEREXA
12 Cadillac Drive, Suite 480
Brentwood, TN 37027-5366
kbrexa@fbb.law
ballen@fbb.law
Counsel for Toma Sparks in his individual capacity