# Keith Grant

| | |
|---|---|
| **From:** | Linda Oxford <linda@eko.law> |
| **Sent:** | Thursday, April 18, 2024 2:08 PM |
| **To:** | danny@moorerader.com; Keith Grant; kberexa@fbb.law; Emily Taylor; danrader@moorerader.com; Ben C. Allen; andre@moorerader.com; Laura Beth; Aaron Wells; Jon Lakey; Jessica Dowd; Marie Chrisman; sandy@hbm-lawfirm.com; Maria Ashburn; Ashley Walter |
| **Cc:** | Vanessa Baehr-Jones; Heather Collins; Erica Russell; Elizabeth Kramer; Julie Erickson; Kevin Osborne |
| **Subject:** | B.P., et al. v. Johnson City, et al: Plaintiffs' Subpoenas |
| **Attachments:** | 24.04.18 Crowder RV Center Subpoena.pdf; 24.04.18 Eastman Subpoena.pdf; 24.04.18 T Mobile Subpoena.pdf; 24.04.18 FB Market Subpoena.pdf; 24.04.18 Appalachian Subpoena.pdf; 24.04.18 Accounting Solutions Subpoena.pdf; 24.04.18 Verizon Subpoena.pdf |

Dear counsel:

Please the attached subpoenas Plaintiffs' counsel is planning on serving. Kindly let us know if you have any objections to these subpoenas.

Thank you.

LINDA OXFORD
**ERICKSON KRAMER OSBORNE**
San Francisco, California
Direct: (415) 635-0631
www.eko.law

