# Keith Grant

| | |
|---|---|
| **From:** | Linda Oxford <linda@eko.law> |
| **Sent:** | Thursday, May 16, 2024 6:56 PM |
| **To:** | danny@moorerader.com; Emily Taylor; lisa@hbm-lawfirm.com; Jon Lakey; Ben C. Allen; Keith Grant; Aaron Wells; Laura Beth; kberexa@fbb.law; Jessica Dowd |
| **Cc:** | Elizabeth Kramer; Kevin Osborne; Julie Erickson; Vanessa Baehr-Jones; Heather Collins; Erica Russell |
| **Subject:** | B.P., et al. v. Johnson City, et al: Subpoenas |
| **Attachments:** | 24.05.16 Appalachian Subpoena.pdf; 24.05.16 Eastman Subpoena.pdf; 24.05.16 Accounting Solutions.pdf; 24.05.16 Northeast Subpoena.pdf |

Dear counsel:

Please see the attached subpoenas Plaintiffs' counsel intends on serving by certified mail tomorrow.

Thank you.

LINDA OXFORD
**ERICKSON KRAMER OSBORNE**
San Francisco, California
Direct: (415) 635-0631
www.eko.law

