# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3A

**Case #:** 2:21-cv-71   **Date:** May 21, 2024

Doe et al  v.  Johnson City, TN et al

**Present Before:** Jill E. McCook, United States Magistrate Judge

**Courtroom Deputy:** Mallory Dahl

**Court Reporter:** ECRO

**Law Clerk:** Lauryn Preheim

**Attorney(s) for Plaintiff:**
Elizabeth Kramer
Vanessa Baer-Jones
Heather Collins
Kevin Osborne

**Attorney(s) for Defendant:**
Jonathan Lakey
Emily Taylor
Danney Rader
Kristin Brexa
Eric Herrin
Laura Ruffolo

**Additional Attorney(s) Present:**

**Proceedings:**
Parties present for a video status conference. Arguments heard. Status discussed. Court to enter order.

**Dates set at this hearing:**
☐ Jury Trial  ☐ BenchTrial:
☐ Pretrial Conf.:
☐ Motion Hrng:
☐ Status Conf:

**Deadlines set at this hearing:**
☐ Status Report:
☐ Show Cause:
☐ Other:

**Time:** 9:30 a.m.  **to** 10:30 a.m.

⦿ I, Mallory Dahl, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_ 323cv71 _ 052124 _

Case 2:23-cv-00071-TRM-JEM   Document 197   Filed 05/21/24   Page 1 of 1   PageID #: 4175