UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| B.P., H.A., S.H., individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF JOHNSON CITY, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 2:23-CV-71-TRM-JEM<br>)<br>)<br>)<br>) |

## **ORDER**

This case is before the Court pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. Now before the Court is the parties' Joint Status Update [Doc. 189], filed on May 14, 2024, by counsel for Plaintiffs and Defendant Kevin Peters. On May 21, 2024, the Court held a video status conference [Doc. 197] to address any outstanding discovery issues following the Court's Order and the parties' meet and confer obligations [Doc. 187]. Attorneys Elizabeth Kramer, Vanessa Baehr-Jones, Heather Collins, and Kevin Osborne appeared on behalf of Plaintiffs, and Plaintiff H.A. was also present. Attorneys Jonathan Lakey, Emily Taylor, Daniel Rader, Kristin Berexa, Eric Herrin, and Laura Ruffolo appeared on behalf of Defendants City of Johnson City, Tennessee, Karl Turner, Kevin Peters, Toma Sparks, Justin Jenkins, Jeff Legault, and Brady Higgins.

At the conference, the Court **DIRECTED** the parties to request from the Clerk of Court the exhibits and exhibit list from the May 2 hearing and **ORDERED** Plaintiffs, as well as any other party seeking to seal or redact an exhibit, to file a position statement on the matter of sealing [*see* Doc. 187 p. 6] on or before **May 28, 2024**. Additionally, the parties are encouraged to meet and confer on this issue. Regarding the outstanding discovery related to Category One of

Defendant Peters's Request for Production, Plaintiffs are **ORDERED** to produce responsive documents along with any privilege log in compliance with Federal Rules of Civil Procedure no later than **May 31, 2024,** and to do so on a rolling basis.[1] Regarding the outstanding discovery related to Category Six, Plaintiffs are **ORDERED** to produce responsive documents and any privilege log in compliance with the Federal Rules of Civil Procedure, on or before **May 31, 2024.**

    **IT IS SO ORDERED.**

ENTER:

Jill E. McCook
United States Magistrate Judge

---

[1] Plaintiffs depositions are scheduled for prior to May 31, 2024. Given that, Defendant requested the Court hold open the depositions of Plaintiffs in case the production gives rise to additional lines of questioning. The Court declined that request but instructed that, if after reviewing the production Defendant believes it is appropriate to reopen a Plaintiff's deposition, then the parties **SHALL** meet and confer on the matter before filing any motion related to reopening the deposition.