STATE OF TENNESSEE

# Office of the Attorney General



**JONATHAN SKRMETTI**
ATTORNEY GENERAL AND REPORTER

P.O. BOX 20207, NASHVILLE, TN 37202
TELEPHONE (615)741-3491
FACSIMILE (615)741-2009

May 3, 2024

**VIA EMAIL AND CERTIFIED MAIL**
Heather Moore Collins
Ashley Walter
HMC Civil Rights Law, PLLC
7000 Executive Cetner Dr. Suite 320
Brentwood, TN 37027
heather@hmccivilrights.com
ashley@hmccivilrights.com

RE: *B.P., et al., v. City of Johnson City, TN, et al.*, No. 2:23-cv-00071 (E.D. Tenn)
Subpoena to District Attorney General Steven Finney

Dear Ms. Collins and Ms. Walter:

    I represent non-party District Attorney General Steven Finney regarding a subpoena you have issued for him to appear and testify in the above-referenced matter on July 17, 2024. Respectfully, General Finney objects to the subpoena under Fed. R. Civ. P. 26(b), 45(d). Any information General Finney has about ongoing criminal investigations is protected under law enforcement privilege and the deliberative process privilege. *United States v. Se. Eye Specialists, PLLC*, 586 F. Supp. 3d 787, 793 (M.D. Tenn. 2022).

    Further, a testimonial subpoena to a district attorney general may not be used to circumvent the protections of criminal investigative files. *See The Tennessean v. Metro Gov't of Nashville of Davidson Cnty*, 485 S.W.3d 857 (Tenn. 2016); *see also Sutton v. State*, No. 03C01-9702-CR-00067, 1999 WL 423005, at *6 (Tenn. Crim. App. June 25, 1999); Tenn. Op. Atty. Gen. No. 18-07 (Mar. 8, 2018). Finally, any information General Finney has about ongoing criminal investigations and/or victims of sexual assault is confidential. *Johnson v. CoreCivic, Inc.*, No. 18-CV-01051-STA-TMP, 2019 WL 2158239, at *2 n.2 (W.D. Tenn. Apr. 3, 2019).

Sincerely,

*s/Liz Evan*

**EXHIBIT 4**

ELIZABETH EVAN (BPR 37770)
Assistant Attorney General
Law Enforcement and
Special Prosecutions Division
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Phone: (615) 532-1600
Liz.Evan@ag.tn.gov

cc:
Elizabeth A. Kramer & Kevin M. Osborne
Erickson Kramer Osborne, LLP
44 Tehama Street
San Francisco, CA 94105
elizabeth@eko.law
kevin@eko.law
(415) 635-0631

Vanessa Baehr-Jones
Advocates for Survivors of Abuse
4200 Park Blvd. No. 413
Oakland, CA 94602
vanessa@advocatesforsurvivors.com