IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE GREENEVILLE DIVISION

| | |
|---|---|
| B.P., H.A., and S.H., individually, and on Behalf of all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| VERSUS ) ) | No. 2:23-cv-00071-TRM-CRW |
| CITY OF JOHNSON CITY, TENNESSEE, *et al* ) ) ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS FROM DISCOVERY

COMES NOW the Defendant, Kevin Peters, in his individual capacity, by and through counsel, and pursuant to LR 37.2 and 26.2(b), and ECF Rule 12.2, and moves the Court for leave to file text messages belatedly produced by now-named-Plaintiff B.P., bates stamped B.P. 000285 and B.P. 000286, along with Pages 208-210 of the deposition of B.P. discussing the timeline of meeting Female 1 and Sean Williams, bearing on her allegations in ¶¶ 23-37 of the Second Amended Complaint (DE 121, PageID# 1778-79). These materials were designated as Confidential under the Joint Protective Order (DE 94), and are likely sensitive to B.P.'s claims of alleged sexual assault and any potential prosecution of Sean Williams for same.

As a practical matter, it would be substantially impossible to redact these materials in a fashion where the Court could sufficiently discern the substance, in order to consider them relevant to the pending Motion and Reply (DE 196, 212).

The text messages are substantially contemporaneous with the date on which Plaintiff B.P.'s alleges she was sexually assaulted, and are communications with her friend who she alleges to have been present at the location, and are appropriate to be sealed from public view.

As a result, Defendant moves the Court for permission to file the limited materials under seal. All parties in this suit have this information.

        Respectfully submitted,

        MOORE, RADER AND YORK, P. C.

        s/DANIEL H. RADER IV, BPR #025998
        DANIEL H. RADER IV / BPR #025998
        P. O. Box 3347
        Cookeville, TN  38502
        Phone: (931) 526-3311
        danny@moorerader.com
        Attorneys for Kevin Peters, individually

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Ashley Walter
HMC Civil Rights Law, PLLC
7000 Executive Center Dr.
Brentwood, TN 37027
615-724-1996
Email: ashley@hmccivilrights.com

Caroline Drinnon
HMC Civil Rights Law, PLLC
7000 Executive Center Dr.
Brentwood, TN 37027
615-724-1996
Email: caroline@hmccivilrights.com

Heather Moore Collins
HMC Civil Rights Law, PLLC
7000 Executive Center Dr.
Suite 320
Brentwood, TN 37027
615-724-1996
Email: heather@hmccivilrights.com

Vanessa Baehr-Jones
Advocates for Survivors of Abuse
4200 Park Blvd., No. 413
Oakland, CA 94602
Email: vanessa@advocatesforsurvivors.com
*Pro Hac Vice Attorney for Plaintiff*

Ms. Elizabeth A. Kramer
Mr. Kevin M. Osborne
Erickson, Kramer Osborne LLP
44 Tehama Street
San Francisco CA 94105
(415-635-0631)
Email: elizabeth@eko.law
Email: kevin@eko.law

Mr. Keith H. Grant
Mr. Philip Aaron Wells
Ms. Laura Beth Rufolo
Robinson, Smith & Wells
633 Chestnut Street
Suite 700 Republic Centre
Chattanooga, TN 37450
Email: kgrant@rswlaw.com
Email: awells@rswlaw.com
Email: lrufolo@rswlaw.com

Emily C. Taylor
Watson Roach Batson & Lauderback
P. O. Box 131
Knoxville, TN 37901-0131
865-637-1700
Email: etaylor@watsonroach.com
*Attorney for the City of Johnson City, Tennessee, and Karl Turner, in his Individual Capacity*

K. Erickson Herrin
Herrin McPeak & Associates
515 E. Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
(423-929-7113)
*Attorney for the City of Johnson City, Tennessee, Karl Turner, in his individual and official capacities, Toma Sparks, in his official capacity, and Kevin Peters, in his official capacity*

Thomas J. Garland, Jr.
Milligan & Coleman, PLLP
230 W Depot St.
Greeneville, TN  37743
Email:  tgarland@milligancoleman.com
*Attorney for the City of Johnson City,
Tennessee, and Karl Turner, in his
Individual capacity*

Ms. Kristin E. Berexa
Mr. Benjamin C. Allen
Farrar Bates Berexa
12 Cadillac Drive, Suite 480
Brentwood, TN  37027
615-254-3060
Email:  kberexa@fbb.law
ballen@fbb.law
*Attorneys for Toma Sparks*

Vanessa Baehr-Jones
Advocates for Survivors of Abuse PC
4200 Park Boulevard No. 413
Oakland, CA  94602
510-500-9634
Email: vanessa@advocatesforsurvivors.com

 This the 10th day of June, 2024.

        MOORE, RADER AND YORK, P. C.

        s/DANIEL H. RADER IV, BPR 025998
         DANIEL H. RADER IV / BPR #025998
         P. O. Box 3347
         Cookeville, TN  38502
         (931-526-3311)
         danny@moorerader.com