# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### GREENEVILLE DIVISION

**B.P., et al.,**

       **Plaintiffs,**

**v.**                           **No: 2:23-cv-00071-TRM-JEM**

**CITY OF JOHNSON CITY, TENNESSEE, et al.,**

       **Defendants.**
_____/

## NOTICE OF LODGING DOCUMENTS UNDER SEAL

**TO THE COURT AND ITS ATTORNEYS OF RECORD:**

Plaintiffs hereby give notice that they are provisionally lodging an unredacted version of Plaintiffs' Response in Opposition to Steven Finney's Motion to Quash Subpoenas and For Protective Order ("Plaintiffs' Opposition") as well as Exhibits 1, 2, and 20 to the Declaration of Vanessa Baehr-Jones in support thereof under seal. Exhibit 1 is the final transcript in the deposition of Eric Daigle, taken on June 10, 2024. Exhibit 2 is the redacted transcript in the deposition of Cathy Ball, taken on June 3, 2024. Exhibit 20 is a redacted copy of the JCPD case notes in Female 3's case. Sealed filing is appropriate for the reasons set forth in the Declaration of Vanessa Baehr-Jones, namely, counsel for Defendants have indicated that they need additional time to review the deposition transcripts as the deadline for designating transcripts under the parties' Protective Order (ECF 94) has not yet run. Additionally, counsel for Defendant Johnson City has not agreed to de-designate any Johnson City Police Department reports relating to open criminal investigations into Sean Williams. As the unredacted version of Plaintiffs' Opposition contains information from Exhibits 1, 2, and 20, it must also be lodged under seal provisionally.

1

Plaintiffs therefore request the Court set a briefing schedule for any motions to seal which Defendants intend to bring, and in the interim, provisionally seal the unredacted version of Plaintiffs' Response as well as Exhibits 1, 2, and 20, which are filed in support of Plaintiffs' Opposition to Steven Finney's Motion to Quash (ECF 202).

Dated: June 14, 2024

Respectfully submitted,

Advocates for Survivors of Abuse PC

*/s/ Vanessa Baehr-Jones*
Vanessa Baehr-Jones CABN # 281715
*Pro Hac Vice*
Advocates for Survivors of Abuse PC
4200 Park Boulevard No. 413
Oakland, CA 94602
(510) 500-9634
vanessa@advocatesforsurvivors.com

*/s/ Elizabeth A. Kramer*
Julie C. Erickson (California Bar # 293111)
Elizabeth A. Kramer (California Bar # 293129)
Kevin M. Osborne (California Bar #261367)
*Pro Hac Vice*
Erickson Kramer Osborne LLP
44 Tehama St.
San Francisco, CA 94105
415-635-0631
julie@eko.law
elizabeth@eko.law
kevin@eko.law

HMC Civil Rights Law, PLLC

*/s/ Heather Moore Collins*
Heather Moore Collins (# 026099)
Ashley Shoemaker Walter (#037651)
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com

Attorneys for Plaintiffs and Proposed Classes

2

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been filed and served via the court's electronic filing system on June 14, 2024 to counsel of record:

| | |
|---|---|
| K. Erickson Herrin<br>HERRIN, McPEAK & ASSOCIATES<br>515 East Unaka Avenue<br>P. O. Box 629<br>Johnson City, TN 37605-0629<br>lisa@hbm-lawfirm.com<br>sandy@hbm-lawfirm.com<br><br>Emily C. Taylor<br>Maria Ashburn<br>WATSON, ROACH, BATSON &<br>LAUDERBACK, P.L.C.<br>P.O. Box 131<br>Knoxville, TN 37901-0131<br>etaylor@watsonroach.com<br>mashburn@watsonroach.com<br><br>*Attorneys to Defendants, Johnson City,*<br>*Tennessee, Karl Turner, in his individual and*<br>*official capacities, Captain Kevin Peters, in*<br>*his official capacity, and Investigator Toma*<br>*Sparks, in his official capacity*<br><br>Jonathan P. Lakey<br>Burch, Porter, & Johnson, PLLC<br>130 N. Court Ave.<br>Memphis, TN 38103<br>901-524-5000<br>jlakey@bpjlaw.com<br>mchrisman@bpjlaw.com<br><br>*Attorney to Defendant City of Johnson City,*<br>*Tennessee* | Daniel H. Rader III<br>Daniel H. Rader IV<br>MOORE, RADER & YORK PC<br>46 N. Jefferson Avenue<br>P.O. Box 3347<br>Cookeville, TN 38502-3347<br>danrader@moorerader.com<br>danny@moorerader.com<br>andre@moorerader.com<br><br>*Counsel for Kevin Peters in his individual*<br>*capacity*<br><br>Kristin Ellis Berexa<br>Ben C. Allen<br>FARRAR BATES BEREXA<br>12 Cadillac Drive, Suite 480<br>Brentwood, TN 37027-5366<br>kberexa@fbb.law<br>ballen@fbb.law<br>jdowd@fbb.law<br><br>*Counsel for Toma Sparks in his individual*<br>*capacity*<br><br>Keith H. Grant<br>Laura Beth Rufolo<br>Robinson, Smith & Wells, PLLC<br>633 Chestnut Street, Suite 700<br>Chattanooga, TN 37450<br>kgrant@rswlaw.com<br>lrufolo@rswlaw.com<br>awells@rswlaw.com<br><br>*Counsel for Justin Jenkins in his individual*<br>*capacity, Jeff Legault in his individual*<br>*capacity and Brady Higgins in his individual*<br>*capacity* |

*/s/ Elizabeth A. Kramer*
Elizabeth A. Kramer

3