# Exhibit 3



Cathy Ball, City Manager
Administration
City of Johnson City
601 E. Main St.
Johnson City, TN 37601
423.434.6002 | JohnsonCityTN.org

August 24, 2022

**_Via Hand Delivery_**

The Honorable Kenneth Baldwin
District Attorney General
115 E. Jackson Boulevard
Jonesborough, TN 37659

Dear General Baldwin:

    Kateri Dahl ("Dahl"), a former Special Assistant United States Attorney, has filed a Federal District Court Complaint against the City of Johnson City, Tennessee, and Chief Karl Turner, in his individual capacity. A copy of the Complaint is enclosed with this letter.

    The reason for this letter is that in her Complaint Dahl makes allegations of public corruption. She appears to allege that the Johnson City Police Department is corrupt, that Chief Turner is corrupt or at least certain officers are corrupt (and Chief Turner has attempted to cover up that corruption). The most factually specific allegations are in paragraph 98 of the Complaint. In that paragraph, Dahl alleges that a female, whom she refers to as "Jane Doe 8," has been in the condo of "Robert Voe" and has actually witnessed "exchanges of unknown things ... that seems inappropriate, and that she was fearful that 'Voe' was bribing law enforcement at Johnson City." Dahl goes on to allege that based upon detailed descriptions that Jane Doe 8 gave to Dahl, she (Dahl) can identify those officers.[1]

    Presumably, Dahl has already reported her evidence to your office. *However*, if Dahl has not reported her evidence to your office, then the purpose of this letter is to make your office aware of her allegations of public corruption and to request that either your office or the Tennessee Bureau of

---

[1] Dahl knows the identity of the female whom Dahl has designated "Jane Doe 8." At this time, Johnson City and Chief Turner do not know the identity of Jane Doe 8.

Investigation ("TBI") conduct a preliminary investigation to determine whether there is a basis to open a public corruption investigation based on the evidence in the possession of Attorney Dahl and her ability to identify Johnson City officers she is accusing of corruption. The City of Johnson City and Chief Turner will cooperate fully with your office and/or the TBI in any investigation considered warranted by your office based on the allegations made by Attorney Dahl.

We are copying Dahl's attorneys with this letter so that they will be aware of our request.

Sincerely,

Cathy Ball, City Manager
Johnson City, Tennessee

Karl Turner, Chief of Police
Johnson City Police Department

cc: Steve Finney, District Attorney Elect
District Attorney General
115 E. Jackson Boulevard
Jonesborough, TN 37659
*Via Hand Delivery*

Hugh A. Eastwood
7911 Forsyth Blvd., Ste. 300
St. Louis, MO 63105-3825
*Via USPS Regular Mail*

Alexis I. Tahinci
TAHINCI LAW FIRM PPLC
1227 Volunteer Pkwy., Ste. 528
Bristol, TN 37620
*Via USPS Regular Mail*