# Exhibit 4

Reply to:

☐ Washington County Office
Washington County Courthouse
P.O. Box 38
Jonesborough, TN 37659
Phone: (423) 753-5020
Fax:    (423) 753-4803

☐ Carter County Office
1500 West Elk Avenue, Suite 208
Elizabethton, TN 37643
Phone: (423) 547-5897
Fax:    (423) 547-5896



**STEVEN R. FINNEY**
DISTRICT ATTORNEY GENERAL
FIRST JUDICIAL DISTRICT

☐ Unicoi County Office
Unicoi County Courthouse
100 N. Main Street
P.O. Box 730
Erwin, TN 37650
Phone: (423) 743-1113
Fax:    (423) 743-1120

☐ Johnson County Office
301 West Main Street
Mountain City, TN 37683
Phone: (423) 727-3959
Fax:    (423) 727-3965

September 1, 2022

*Hand delivered*

Ms. Cathy Ball, City Manager
City of Johnson City
601 East Main Street
Johnson City, TN 37601



COPY
Hand delivered
chw. Little
9/1/2022

RE:    Dahl vs. Turner, et al

Dear Ms. Ball:

First, let me introduced myself. My name is Steven R. Finney, and I am the new elected district Attorney for the First Judicial District. I was sworn into office on September 1, 2022. I am writing in response to your letter of August 24, 2022.

I have reviewed paragraph 2 of your letter, and I would encourage the City attorneys to file discovery motions in the civil lawsuit to obtain any names or information pertaining to paragraph 98 of the original Complaint. I have no knowledge of any information being reported to my office by Ms. Dahl about any of this action.

Finally, as the District Attorney, I am the only person that can request a TBI investigation. There is no mechanism for a "preliminary investigation." I do not have enough information to request a TBI investigation at this point.

If Ms. Dahl and her attorneys wish to meet with me and my investigators about paragraph 98, I would gladly do so. At that point, then I would decide whether to move forward with a TBI investigation.

Ms. Cathy Ball, City Manager
City of Johnson City
September 1, 2022
Page Two

    I am copying Ms. Dahl's attorneys with this letter so they will be aware of my office's response to your letter.

                        Sincerely,

                        Steven R. Finney
                        District Attorney General

SRF/kh

cc:   Mr. Hugh A. Eastwood — Mailed 9-1-22 (ck)
      Ms. Alexis I. Tahinci  Mailed 9-1-22 (ck)