# Exhibit 5

| | |
|---:|:---|
| **From:** | "Ball, Cathy" <cball@johnsoncitytn.org> |
| **To:** | "Commission" <Commission@johnsoncitytn.org> |
| **Cc:** | "Sandos, Sunny" <SSandos@johnsoncitytn.org>, "Baker, Joy" <jbaker@johnsoncitytn.org>, "Shoun, Keisha" <kshoun@johnsoncitytn.org>, "Turner, Karl" <kturner@johnsoncitytn.org> |
| **Subject:** | FW: Letter from District Attorney General: Dahl vs. Turner, et al |
| **Date:** | Wed, 07 Sep 2022 21:05:45 +0000 |
| **Importance:** | High |
| **Attachments:** | 090122_Ltr_from_Steven_Finney_District_Atty_General.pdf |
| **Inline-Images:** | image001.png |

Commissioners,

Please see the attached letter from the US District Attorney. You may recall that Chief Turner and I sent a request for the DA to investigate the allegation of corruption on the part of JCPD made by Ms. Dahl in her lawsuit.

DA Finney states that he does not have enough information to move forward on an investigation.

WJHL will be reporting on this tonight.

Additionally, I did an on camera interview with WJHL and WCYB on the listening session. The session was an opportunity for folks to address the concerns with the way sexual assault cases were investigated by the JCPD.

Approximately eight individuals attended. Keisha and I were in attendance as well. The meeting lasted two hours.

Please let me know if you have additional questions.

Cathy

---

**From:** Greene, Beth <bgreene@johnsoncitytn.org>
**Sent:** Wednesday, September 7, 2022 3:11 PM
**To:** Ball, Cathy <cball@johnsoncitytn.org>
**Subject:** Letter from District Attorney General: Dahl vs. Turner, et al
**Importance:** High



Beth Greene
Executive Assistant, Administration
City of Johnson City, Tennessee
423.434.6002 o. / bgreene@johnsoncitytn.org