# Exhibit 6

Realtor.com® Real Estate...
★★★★★ 314,000+

Open app

# realtor.com

Johnson City, TN

Public View | Owner View



1/65

What's your equity? (It's easy to find out)

Off Market

**Studio**   **3.5** bath   **3,070** sqft

200 E Main St Unit 5,
Johnson City, TN 37604

**View on Map**

**Condos**
Property type

**1921**
Year built

**$800k in 2022**
Last sold

[ Share this home ]

[ Edit Facts ]

200 E Main St Unit 5, Johnson City, TN 37604

Owner View | Connect with agent

Case 2:23-cv-00071-TRM-JEM   Document 221-5   Filed 06/15/24   Page 2 of 11   PageID #: 4542

Sold on May 27, 2022 for

# $800,000

See your offers

## Connect with an agent

Get connected with an agent to find out what your home is worth and stay informed about how you can sell your home.



Find my agent

Valid for **200 E Main St Unit 5** only. Not yours? Sell a different property

### N/A
Nearby value comparison ⓘ

### N/A
Value change since last sold
ⓘ

### N/A
Median rent for nearby properties ⓘ

**200 E Main St Unit 5, Johnson City, TN 37604**

Case 2:23-cv-00071-TRM-JEM   Document 221-5   Filed 06/15/24   Page 3 of 11   PageID #: 4543



# Get your home value updates

Claim your home and get an email whenever there's an update to your home value.

I'm the owner, send me updates

## Property Details

**Property features**

**Bedrooms**
- Bedrooms: 0

**Other Rooms**
- Total Rooms: 10

**Bathrooms**
- Total Bathrooms: 3 / 1
- Full Bathrooms: 3
- 1/2 Bathrooms: 1

Show more

**Find out more about this property.**

Contact agent

200 E Main St Unit 5, Johnson City, TN 37604     

## Local Home Services
Advertisement

### Moving
Need a Mover? Get Free Moving Quotes and a Cost Estimate

**GET MOVING QUOTES**

## Similar Homes For Sale

Comparison of 200 E Main St Unit 5, Johnson City, TN 37604 with Nearby Homes:



**$245,000**
1 bed   1 bath   985 sqft
116 Tipton St Apt 202
Johnson City, TN 37604



**$324,900**
2 bed   1,272 sqft
200 E Main St Ste 401
Johnson City, TN 37604



**$249,000**
4 bed   1 bath   1,500
609 N Barton St
Johnson City, TN 37604

### Interested in any of these homes?
Have a local agent show you around.

Contact agent

200 E Main St Unit 5, Johnson City, TN 37604

 

Case 2:23-cv-00071-TRM-JEM    Document 221-5    Filed 06/15/24    Page 5 of 11    PageID #: 4545

## 🏠 Property History

### Price History

| Date | Event | Price |
| --- | --- | --- |
| 12/31/2023 | Listing Removed | - |
| 10/27/2023 | Listed | $725,000 |
| 05/23/2023 | Listing Removed | - |
| 02/27/2023 | Price Changed | $699,985 |
| 01/25/2023 | Listed | $725,000 |
| 05/27/2022 | Sold | $800,000 |
| 10/20/2015 | Sold | $225,100 |

Show more ⌄

### Tax History

| Year | Taxes | Total assessments |
| --- | --- | --- |
| 2021 | $4,466 | $115,120 |
| 2020 | $4,444 | $115,120 |
| 2019 | $4,444 | $115,120 |
| 2018 | $4,746 | $111,160 |
| 2017 | $4,746 | $111,160 |
| 2016 | $2,952 | $69,475 |

**200 E Main St Unit 5, Johnson City, TN 37604**

| Year | Taxes | Total assessments |
|------|-------|-------------------|
| 2015 | $2,674 | $69,475 |

Show more

## Home Inspiration



### Is Peel-and-Stick Wallpaper Actually Better?

Peel-and-stick wallpaper is touted for being cheaper, easier to install, and trendier than its traditional counterpart.

Read More

## Schools

**Nearby Schools**  Elementary  Middle  High  Private

| Rating* | School name | Grades | Type | Students | Reviews | Distance |
|---------|-------------|--------|------|----------|---------|----------|
| 7 | South Side Elementary School | K - 4 | Public | 323 | ★★★★★ 1 reviews | 0.6 mi |

200 E Main St Unit 5, Johnson City, TN 37604

\* School data provided by National Center for Education Statistics, Pitney Bowes, and GreatSchools Independent for reference only. GreatSchool Ratings compare a school's test performance to statewide results. To verify enrollment eligibility, contact the school or district directly.

## Neighborhood   Noise, Commute

**Facts about 200 E Main St Unit 5**

In the **Downtown Johnson City neighborhood** of **Johnson City, TN**

Commute time: **Add a commute**

**Noise level: Medium**
This home has a medium noise level for the surrounding area

Ask an agent

## Nearby Home Values

200 E Main St Unit 5, Johnson City, TN 37604

## Environmental risk

Case 2:23-cv-00071-TRM-JEM   Document 221-5   Filed 06/15/24   Page 8 of 11   PageID #: 4548

## Connect with an agent

Full name*

Email*

Phone*

Are you selling or buying?*

Connect

By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase. More...

## Editor's Picks

Trends

How Appalachia Has Become a Hot—Even Hip—Place To Live…

Real Estate News

The Fed's Latest Interest Rate Decision Could Affect…

Celebrity Real Estate

NBA Cribs: We've Got a Full-Court Press on…

Trends

'Full Hou $6.5M—



200 E Main St Unit 5, Johnson City, TN 37604      

Additional Information About 200 E Main St Unit 5, Johnson City, TN 37604

See 200 E Main St Unit 5, Johnson City, TN 37604, a condo located in the Downtown Johnson City neighborhood. View property details, similar homes, and the nearby school and neighborhood information. Use our heat map to find crime, amenities, and lifestyle data for 200 E Main St Unit 5.

The property-related information displayed on this page is obtained from public records and other sources.While such information is thought to be reliable, it is not guaranteed and should be independently verified. Properties labeled Not for Sale are classified as such either because we do not have a record of such properties currently being for sale or because we are not permitted, by contract, law, or otherwise, to designate such properties as currently for sale. For the most accurate and up to date status of this or any other property, please contact a REALTOR®.

**Nearby Cities**

Johnson City Homes for Sale

Bakersville Homes for Sale

Erwin Homes for Sale

See More

**Nearby ZIPs**

37604 Homes for Sale

37601 Homes for Sale

37650 Homes for Sale

See More

**Nearby Neighborhoods**

200 E Main St Unit 5, Johnson City, TN 37604

West Davis Park Homes for Sale

See More

       

| | | |
|---|---|---|
| About us | Careers | Accessibility |
| Feedback | Media room | Ad Choices |
| Advertise with us | Agent support | Privacy |
| Terms | Home Made | Tech Blog |
| Agent Blog | Sitemap | Do Not Sell or Share My Personal Information |

Get the app

 

© 1995-2024 National Association of REALTORS ® and Move, Inc. All rights reserved.

Case 2:23-cv-00071-TRM-JEM   Document 221-5   Filed 06/15/24   Page 11 of 11   PageID #: 4551