# Exhibit 7

Case 2:23-cv-00071-TRM-JEM   Document 221-6   Filed 06/15/24   Page 1 of 2   PageID #: 4552



1 of 64

3 bd | 4 ba | 3,070 sqft

200 E Main St #5, Johnson City, TN 37604

**Off market**

Zestimate®: **$708,200**   |   Rent Zestimate®: **$4,163**

Est. refi payment: $3,996/mo    **Refinance your loan**

**Home value** | Owner tools | Home details | Neighborhood details

**Get pre-qualified for a loan**
At Zillow Home Loans, we can pre-qualify you in as little as 3 minutes with no impact to your credit score.

**Start now**

An equal housing lender. NMLS #10287.

## Home value

Zestimate

# $708,200

   Zestimate range
$673,000 - $744,000