# Exhibit 8

## Sandos, Sunny

| | |
|---|---|
| **From:** | Sandos, Sunny |
| **Sent:** | Thursday, July 28, 2022 1:20 PM |
| **To:** | Eric Daigle |
| **Subject:** | RE: [EXTERNAL] DLG Consulting Agreement |
| **Attachments:** | JC signed agreement.pdf |

Eric,

Attached is a signed copy of the agreement.  The original has been placed in the mail.  When you receive the original, will you please scan and email me a fully executed copy for my files?

Thank you,
Sunny

**From:** Eric Daigle <eric.daigle@daiglelawgroup.com>
**Sent:** Thursday, July 28, 2022 10:36 AM
**To:** Sandos, Sunny <ssandos@johnsoncitytn.org>
**Subject:** RE: [EXTERNAL] DLG Consulting Agreement

Good Morning

I agree with the City's proposed revisions

Eric

**From:** Sandos, Sunny <ssandos@johnsoncitytn.org>
**Sent:** Thursday, July 28, 2022 10:01 AM
**To:** Eric Daigle <eric.daigle@daiglelawgroup.com>
**Subject:** RE: [EXTERNAL] DLG Consulting Agreement

[EXTERNAL SENDER]

Hello Eric,

It was a pleasure to speak with earlier this week.  Please find attached the City's proposed revisions to the agreement.  If these changes are agreeable with you, I will get an original signed and placed in the mail.

Thanks,
Sunny

1