# Exhibit 9

Non-Responsive

Policy — DA's protocol, revise policies
that are inconsistent
RMS — develop a policy that defines the
departments requirements for record
keeping this includes acquiring
utilizing a record management
software system

Training — Provide training on New/revised
All policies/protocols including the DA protocol
— Insure that all policies are consistent
with
— Develop

Supervision

Non-Responsive

## Policy

- DA Protocol - complete
- Records Management
- Consistent policy w/ state & federal law
- Accountability
- Internal Affairs investigations

## Training

- DA Protocol
- Records Management system
- Update policy & procedures (all policies)
- Investigation Best Practices for Victims & suspect
- Process for closing cases (consistent & in conjunct w/ DA's office)

## Leadership

- Hire and develop leaders that are committed to policy, training and accountability and transparency in investigating sexual assault
- Fund facilities and Family Justice Center resources that allow for victim friendly interview rooms
- Fund adequately Adequately recruit and fund staffing that supports the work load (including pay and pay and positions)

Ball000002

(16)  6/1/22

Non-Responsive

Debbie Dunn
Left CID - Kevin Peters
Ask chief about position - - What to hire
+ ask + hire -
before promote

Ball000003

Scott Pratl                                    6/2/22        (17)

1) Billy Church
2) Jenkins (Scottie)                    { Pratl
3) Kevin Peters                         { Jenkins
   ↓ bally →                                Feb

invetig      Feb 2021 - reprimand 2021

David Smith -
Adams -
Cara could not call Debbie.
Chief - How old person wants to work from
       home?
Protest at Parrish shp > hair down    ballistic
                                      helmet

ar/

an/

,

: -

an waste-

Non-Responsive

(86) 7/19/22

Non-Responsive

7/20/22 Dagle - (Daigle) - Law Group . Com
Jack Ryan -
No more than 3 weeks
Federal Law Enforcement Traing Center
Jacob Richards     Brunswick
GA
Talk w/ them
Todd Select - FBI
Jeff Blanta - Public Safety ETSU
Col
- Botelho
FBI -

Naturally

- Come forward
- We want to help you.
- Need you
- Family Justice Center

Commi on Accredation on Law Enforcnt
Agencies – National Associate
of Police Chief

○ Whistle Blower Law Suit
○ 3rd party Investate
○ Prices for handling complaints
○ 2agneis – Not substil

Whistle — Questions — Victims
Investarg

(88)  7/20/22

- Whistleblower

- Handling of rape victims

- Sean Williams

third party review - officer
involvm show -

Concern from victims - could have
be - serve me vict

20 %
Jerry Caldwell -

Ball000007

Major concern -

1 - Lack of transarancy
- Updates -
- suspend w/out pay - w/pay

Victims

Goal

Out in the open
See face - acting as grievance
let them tell me
One or two listening sessions

- Apprec
- Listen
Notes -

25 to -

Non-Responsive

Ball000008

(92)  7/26/22

2010    Consolidate operational firm

Address and ratify

DOJ  Consent Decree —

Oakland
Partner

time frame —
organizational studies
1) policies          industry/ legal
2) training          policy, state law
3) Actually do       & millhlaw?

                     Major

Failure/ successes          (accreditation)
(Eric Daigle)               (industry)
                            (rights of victim)
Make recommendation         (kits)
[municipal liability]       (medical trial?)

42 USC 1983
Monell liability — policy,
          pattern & practice

Ball000009

took serious enough     7/26/22   (93)

kick →
Bath for us to find out on problem
MODEL

University - level of annual cases
One DoJ - Missouli - Federal oversight
Misson - Monitoring team - federal judge
— reasonable # of investigate or random -
± 5% success rate

find
meet /
stnl  16
133 1 age            - police needs
15 sodn                consistent
15 sexual              same way
                        inconsistency
325    Jane 2018     { District
                      { Attorney

2-4 mnts, manage expectations >
End of  1) Data analysis and review (look cold)
the  { 2) Interview              monthly basis >
year { 3) report writing >
      ( 4) Presentation - from)
      5) Assist Dept > Technical Assistance

(94) 7/26/22

- Scope of agreement —
- attorney/client privilege
  from attorney's office
  law firm to law firm

Non-disclosure agreement

Survey anidees
(Digital)

Case management
access into systems]
IT - Remote desktop - VPN into the
   Computer
TBI - State crime statistics -
worked for TBI
(independent  now into)
# 50,000

Non-Responsive

Ball000011

**Ball, Cathy**

| From: | French, Ann Marie |
|---|---|
| Sent: | Thursday, August 4, 2022 1:47 PM |
| Subject: | NEWS RELEASE: City retains law firm to conduct special investigation |
| Attachments: | Firm hired for investigation.docx |

*Handwritten notes:*
- *Contract Dir~*
- *3 step*
- *Report back*

**Aug. 4, 2022**
**For immediate release**

**CONTACT:** Cathy Ball, city manager
423.434.6002

### City retains law firm to conduct special investigation

The City of Johnson City has entered into a contract with Connecticut-based Daigle Law Group to conduct an independent investigation of the Johnson City Police Department's handling of sexual assault cases. Daigle Law Group is a leading law firm specializing in management consulting services in support and development of effective and constitutional policing practices.

Led by Attorney Eric Daigle, the investigation will consist of three initial phases to determine if acts, policies, and practices of the Johnson City Police Department and/or its officers are consistent with acceptable practice in law enforcement. The first phase, which is currently under way, consists of reviewing sexual assault incident reports dating back to January 2018. Daigle will have access to all sexual assault reports from the past 4 and half years to determine how they were handled as compared to national standards set by the Commission on Accreditation for Law Enforcement Agencies (CALEA) as well as the District Attorney's Office and the JCPD's general orders. Daigle will interview Police personnel, victims and others as needed before developing a complete report of findings. The process is subject to modification as the investigation unfolds.

"I'm pleased that we were able to secure the services of a national expert on these matters, and we are committed to trusting their methods, process and recommendations," said City Manager Cathy Ball.

Daigle anticipates that the investigation will take five to six months to complete. The City will provide updates at the conclusion of each phase of the investigation.

### ###

*Handwritten: Federal/state that declined*

1

- truely indepent 3rd party
- Nationally know for expertise
  in this subjet matter
- We spoke to state & federal agencies
  and they declined.

- Firm not local / no connections

Ball000013

12/15/22    (82)

NR

Dagle — Not at the end of
                    phase I
   - Not all informate
Come here - concluding file reviews
   Conducted interviews
   DA  - new protocol

Non-Responsive

Ball000014

12/27/22  (94)

Check in w/ Chief Bell

- Let me know about investigation �'t

- Staffing
- Psycologists > for staff
- Resolution for coverage } 2 years
  conflicts →

$8,000 per person for gear

✗ Asked him for costs associated
  Monday 2/3/23
  (Fairmont

Building - $5M      $3M

Check in w/ Chief Turner
- Debbie B.
- 19 Officers down >
- 3 people >



12/28/22   (95)

D.A. Victims of violent
    SANE nurses
- Grant for dept + sheriffs
    office
→ 3 years no match
    Dept - Hot spots - PART / crimes
    down town
        • license
        • pole camera
        • overtime money
    - Grant →

Closed -

IACP

Present to DA

New guideline from DA -
    stringent set of guidelines
from Finney.        (Stove)
                    (Ben)  ✕

Ball000016

12/28/22 (96)

- Cases that he could not find. - Taped interview
- More thorough documentation
- Close case out

Interview Rooms - Not the most cordial interview.

Softer room.
- Sunny about report - ask for more documents.

---

Dagle
★ Put into play before the report is finalized.

Training
★ Improve - Remedy
implement - Call

Non-Responsive

Ball000017

Non-Responsive

① Training   - (person)

② Policies & Procedures
   ⓐ interview room d p
   ⓑ close out procedures
   ⓒ search warrants

③ Record Keeping - RMS - Digital

④ Staffing levels

⑤ Working → task force - steering committee
              employee working

Family Justice Cen

Non-Responsive

Ball000018

(12)   1/20/23

Don't trust each other

Andy Hodges

He will lie on officers

Youns
McKens
Sheppard

{ 2 people at the same time -
   Lie on officers

(CIT Training)

Asked to go to Patrol - honest with
   him
   Didn't like the way was talked to him.

No trust
Sit on desk
Don't make decisions
No interaction

LeGault
Crider (Twins)

- Treatment of victims
- Case interviewed   - Way a victim
   was treated -
   integrate her - sent home
   victim ended up homeless
   She was lying - sat in hospital

interview

Why didn't you run
Don't talk to um
Hotel Room for 2 days

Kevin

Closed out
didn't
write

Baby - Dec 23 - 2021
unresponsive    Ragland Died Dec 26
Dec 27 asked to view autopsy

Hear about suffering ⇒ brain and eye
Never asked if she was okay - needed anything
Needed help ⇒ never witnessed anyone else
                (going to be by yourself.)

Worked on case
talked to doctor - Work alone

CID Meeting - letters of commendation
(Nothing for baby Ragland)
Males got commendations
Offered help - are you okay.

___

Suggestions

Chief Turner  / Public Events
think he does not care
Code of Conduct
Needed a talking to ⇒ examples Affairs
In social Media ⟩

Not used as effectively as promptly

Punishment for later ⟩
take sides / takes a long time

(14)   1/20/23

No frahizote - Core

Lead by example
Competitni - matters to all
GO's time limits
90210 - NOT -
Focus on getting the job done first.
With all due respect.
✕ Seniority needs to mean something
Cars 2016
Hired on with tatoo
Patrick White
(Personal preferences)
(Uniforms)
(beard)
(cars)
(schedule)
_____
Chief Turner -   Next Week
     Feb 28 - 32
Dagle
Staffing levels in CID -

Ball000021

Non-Responsive

Non-Responsive

Captain Peters & Chief Turner

Trust issue - 2020.            he videoed
- should not put yourself did not come
                                down to help

Staff meeting -       Bagle

Investigate 2nd murd on Louisville
    need today or tomorrow    → Brady Higgs
Short - # of cases -              - Shane Red
                                 - Shaun Willer
Circle investig                  → Gary Wills
    increase in money they        - David Hilton
        Come back - one
Pay adjustment    12 invest      500 cases

10 of 12 -  1
No    1991        94 - CID    2002
                 2007 - 24 CID

- Training - Leadership   No Captains on
            Patrol that have been in CID.
(Quentin Jenkins) (Cava) →

(22) 1/25/23

- Lateral moves
- Training
- Policies & Procedures
- Review Files

Mitch
Anthill
Market Street Service

Growth Management Study
- Check up w/ Chief
Educate vs enforcement

PN
Christopher Robinson
David Woody
Eric Hyden)

Work on customer education

→ John Lewis          MMP!

⟨Crisis manager⟩

(PS)  PR "Safety"

Pichlune & Scott



Non-Responsive

— Check up w/ Chief
   Education vs enforcement

(P5)  PR - Safety

pn
Christopher Fabriano
David Woody
Eric Hyden ⟩
Work on customer service tix

⟶ John Lewis          MMP.1
⟨ Crisis manages ⟩

Pichlure + Scott

Ball000024

Body Cams

Positions - Training
Social
SANE

Finney - ETSU Space & Ballad
(Call him)
ETSU Hurses Finney - Cotley Ball

2

Training - In Service
Alert Training 4 days
child sex
vehicle - protect

{ Civilian
positions
Need to
add }

Social Wrk
Sane
PIO
2

Clevenger >
Snyder
Internships >
MMPI - for profession
(Blake) chief Tim R.

(John Hanes)
(meets w/him
- Watson

> RMS > ]
heads up >

(Retirement)

Ball000025



Imagine - flow chart
    Community - how they flow -

⇒ Flow chart - touch points - reports
        through procedure
    Juviniles - different space -
    Not under police department

⇒

Ball000026

**Non-Responsive**

Daigle - Some issues plus policies
training, perception is reality.
(30 to 40 pages) →
- policing - training - investigation.
- Rule B-6
- Daigle - Netfirst

Notes from
meeting w/
Daigle
6/26/23

**Non-Responsive**

Ball000027

② 6/26/23

7 days
72 ~~hh~~ hours
5 business days

Records request - manual and
form with records ↗ to p document records
technology:
repository:

[relevant]

~~open records~~

· inspection - No

Concern over negativity -
11 steps - - John Ames -

Non-Responsive

7

6/29/23

Non-Responsive

7/10/23

- bias - gender bias is
- Not interviewing suspect.
- Not gathering evidence
- shredding evidence

historically

- record keeping
- moving forward
- training
- locate of interviews - rape kits

- moving forward

closing investigati

Ball000029

(8) 7/10/23

- reasons for cases - Turner was chief

- Corruption      speaks, genuine

- Victims - not done right by them
- stuff - no leadership  - no fault
          train - train -   No incompete.

(#15)

legal issues
   Changes -
TIBVIS
Opinion →

- Victims
-

{ talking points from - report
  Victims

{ Police
   What are we going to do now

Ball000030

- reopened cases
- committ to moving forward

release / Thursday Friday -

Why does it mean to rel.

DA - Wednesday >
Thursday & Friday > Officer
7:30 CID

Tuesday
- Talking Point

- DA - Wed
- Outside - Tues or Wednesh.
  Counsil
- Counsil - one out

(9)  7/11/23

Singular and insistent
lawyers

10:30 Check In  –

⟨ Aug 8 ⟩
_____

Audit – for joint sexual assault
DoJ Investigation –

Meet w/ Ben Portland
Not stop every protestor

- I cannot speculate on why
- Not dealing with        Donald
                          Rusfield }

(Go to war with Army (2023)
                          pursuant
to just citizrns of earns control
        trust )

Keep out side

corrcct the Cultive

As you

Bus - Law and Order

- Officers day to day

General Finirs          CAC ⟩ ask question

Diaglt Smit

Positive / spin   Positive - implemented to change
                   shared portal

→ Training — Universit of        10% - Siqras
                South Carolina.        Blahe

training  - amend protocal
documertat of cull            One big part
                              is
Protocal
positive spin on what          ⟨ Protocal big deal
X Noverbu
Exceptional ⎡Clearance      ⟨
           ⎣ means
    cold case need to w.

Ball000033

(11)  7/12/23

Patrol - Secure Scenes
run stuff by him -
Alan Levine - **July 27**
7 on call >
2 years > —

Brenda Downs - Night Clerks

DUI. - Circuit - Magistrate
Appointment - Search Warrant
OZ per him

Non-Responsive

**Ball000034**
Ball000034

(33)  8/1/23



General Finney — Samantha

Pay —

Prosecutor  Zand 3 weeks —

Amy Whitt — forensic interviewer

**Ball000035**
Ball000035

expert - 1 to 2 days

Kids and witness interviewed
would like more space - blocked off -
full time officer - every day - person
there

┌─────────────┐
│ Police officer │
└─────────────┘

60,000          $ 55,136 — 55,136

UIDA Nef

Same system that Sullivan County Has

14 last year — No assists Exam
8 year before —      room.

20,000 paid employer w/ ETSU expert in
     child abuse

Need another room

2 Full time forensic interviews in other
   Counties —

Use them in prosecute in way and
   timely manner that DA needs

(35)   8/3/23

More experience

CIPIT Interview   4x a month

Forensic Interviews

< 4 slots a day for interviews

July - Sept - 1 part time

Connor -

Amy - 2 day due to health reason

   8 interviews


Jan -

15 hours a year - #1 training - Online -
   1 out of office

peer review quarterly -

Connor -    2 part time  1 full time

4th - 8 CoH , Sprauter, hardship ,

CPS

Meet education goals in the community
interviewers and advocates go hand in hand

- $90K VOCA - $40 lima
    Advocate - 1
  Room ⇒ another interview room
    400 more <sq>   interview room /
    property

- activity
  Sense of safety >   needs met ⇒
  5,000 SF   Free Standing   CPS colocate

  Professional building ⇒

  Free standing

  line of credit - (friendly)
      friendly - grandmother's spot
  atmosphere

  Family Justice Center - another center
  (2 full interview - rooms) 2 advocate

Ball000038
Ball000038

(37)    8/3/23

Not falling on ~~for~~ swords

Special victims unit

1st - sheriffs - Karl -

Cases - gone to trial

document -

Refusal - reinstate - strong - 15 minutes -
Interview before hand

— law enforcement need to keep
        into
↱ advocate - one interviewer
    all do just one interview
        advocate
I Interview only do interviews

1 prison full time ⟩

Corvin full time ⟩

Finney employees

Non-Responsive

28   10/11/23

TBI· FBI

Sex trafficing
Human Traffic
Assesment
K.D May 21
Gerald-Ray -


Non-Responsive

Ball000040



Non-Responsive

Our top priority is to save
Victims - appeal - lawers

Advocate of
Accurate picture of what the city
city -
Not accurate picture - access to everything.
Advocate -

Non-Responsive

Ball000041

Non-Responsive

620 cases — October
53 cases — reopen or follow up —
child

5 child ab
6 statung rape — conerdied
5 child
9 isamint
3 farm
3 sex effi
5 sex offenses —

number —

cleared 8 - 3 delete

— 8 da

2/
14 I - closed

Closed as unfounded –

Invantanint –

can't unfounded – not occured

53 – 21 – No following
        17
        4 – Info A

Review
    Info – only in 14
    800 cases – info only –

53 first –
Misc claim only – Info only

[ 53 first cases to look @
    – taken care of –
    Misc info

10 years > –

Freddle

Ball000043
Ball000043

2/14/24　(72)

Finney
Declaration
- True Bill
schnitao - is closed.
Cops in court
- 2 fmax - 3rd
(- Duties and employees)

Antitrust -
- none complaints
- federal threat
- Snilsher - tam
Search warrants →
deffrctown



Non-Responsive

**Ball000044**
Ball000044

Non-Responsive

Info folder
(2004-2013) (800)
2014 - 2021      600
                 (60)

Inform Only →    2007 -
Unusu

4 compla -
2 - extrical (exxqunc)

21 - do addunt folln
(Info A)

Ball000045
Ball000045

2/23/24
(79)

Austin TX 2018 SVU
875 ♀ (15 people)

Cases with sexual assault kits that
have not

Better informed
Advocate for victims

Non-Responsive

Ball000046

# July 21, 2022
## Thursday

| July 2022 | August 2022 |
|---|---|
| SuMo TuWe Th Fr Sa | SuMo TuWe Th Fr Sa |
| 1 2 | 1 2 3 4 5 6 |
| 3 4 5 6 7 8 9 | 7 8 9 10 11 12 13 |
| 10 11 12 13 14 15 16 | 14 15 16 17 18 19 20 |
| 17 18 19 20 21 22 23 | 21 22 23 24 25 26 27 |
| 24 25 26 27 28 29 30 | 28 29 30 31 |
| 31 | |

**THURSDAY**

**21**

| ← From Jul 18 | Tom Off | To Jul 29 → |
| ← From Jul 19 | Vice-Mayor Fowler Out of Country | To Jul 31 → |

**Daily Task List**

Arrange by: Due Date

7 AM

8

9

10



Non-Responsive

11

12 PM

1

2

3 — Hold for meeting with Sunny , Joy and Keisha

4

5   Non-Responsive

6

**Notes**

Ball, Cathy                                         1                                    5/10/2024 4:47 PM

7/21/22  (89)

Major concern -

1 - Lack of transparency
   - Updates
   - suspend w/out pay - w/ pay

Victims
Goal
Out in the open
See face - acting as grievance
let them tell me
One or two listening sessions

- Acknowledge
- Listen
- Notes -            25 to -

Non-Responsive

# August 3, 2022
## Wednesday

| August 2022 | September 2022 |
|---|---|
| SuMo TuWe Th Fr Sa | SuMo TuWe Th Fr Sa |
| 1 2 3 4 5 6 | 1 2 3 |
| 7 8 9 10 11 12 13 | 4 5 6 7 8 9 10 |
| 14 15 16 17 18 19 20 | 11 12 13 14 15 16 17 |
| 21 22 23 24 25 26 27 | 18 19 20 21 22 23 24 |
| 28 29 30 31 | 25 26 27 28 29 30 |

### WEDNESDAY
### 3

Dustin Off (Vacation)                                      To Aug 12 →

7 AM

8

9

10

11

12 PM

Non-Responsive

1

2

**Conference Call w/ Daigle;** Sandos, Sunny

3

Non-Responsive

4

5

6

### Daily Task List
Arrange by: Due Date

### Notes

Ball, Cathy                                                           1                                                    5/10/2024 4:48 PM

8/3/22   (103)

1) Updates.
2) inview victims

Non-Responsive

# January 19, 2023
Thursday

| January 2023 | February 2023 |
|---|---|
| Su Mo Tu We Th Fr Sa | Su Mo Tu We Th Fr Sa |
| 1 2 3 4 5 6 7 | 1 2 3 4 |
| 8 9 10 11 12 13 14 | 5 6 7 8 9 10 11 |
| 15 16 17 18 19 20 21 | 12 13 14 15 16 17 18 |
| 22 23 24 25 26 27 28 | 19 20 21 22 23 24 25 |
| 29 30 31 | 26 27 28 |



THURSDAY
19
← From Jan 16 Martin Luther King Jr. Student Art Exhibition (McKinney Cen To Jan 20 →

**Daily Task List**
Arrange by: Due Date

**Johnson City Staff / Eric Daigle**
Microsoft Teams Meeting; Ball, Cathy

**Notes**

Ball, Cathy

5/10/2024 4:15 PM

⑥   1/19/23

**Non-Responsive**

Dazle

1) DOCUMENTATION -

18 - 19 - 20 - Documents are horrible
        fragmented

staffing?

general (Notes) came in reports - hold
                        done.
        Late oct/nov- interview, frensic
        worst ever seen
        need the rest of case file -
    interviews
    really concerned about?   sexual assault
                                rape investigat
                                    -
[cannot get data]
        most concerning cases -
            - John victim interviews
    "This is terrible" case files
        are damaging - pulling together
            - lost in turnover -