1/19/23 (7)

5 or 6 years - popualen files
factured files
→ shred files ←

[ DA - protical investigations - Nov 2022
  DA has a protical

3 or 4 mechanism for case files - (RMS)
Record Managmend System

- Fully digital
- Invest in infrastructure - rightway
Protical - Best practices - State statute - undreadg.
        accrediation?
        National police
DA - State of TN

✗ Cases - minor adut more tha 4 years
       - minor — state takes over    ↓ 16
                                      - 16 to 18
                                      (4 years
                                       old)
Clos
       Victim did not want to participate!

                  Conclusions
1) Training
2) Case files by officers & pritom (bias)
   on bais        officer   victim right.
   prostitute              traing &

✗ (laziness) - arrest them
              No reason  blame procusin
              Not doing justice

⑧   1/19/23

Closed - convinced victim
   Leadship problem
      investigate - close case

Not participating - Who are you to
   decide this -

Love - victim was treated terrible
      cultural issues

No training
Mentorship

Victim as accused - will no
      psycology → cares be

Dunn was also same -
Operal - structure problem - did not
Good ole boys - decitive too sensitive

   Closed        ②
① Training - policies & procedures - DA
      much more strenignt            protocal

③ Interacte w/ DA - DA total us
      to close the case.
   Not want to cooperate - affidativ
                                    standard
   → just called DA
      - Absolute ammunity
④ Closed system X clewel - guidelines

1/19/23 9

5. 18 - 19 - 20 @ police dept
close case - independent
Not - pre inview rooms -
(go to them) - victim needs to
come.

6. suspect interviews - closed w/o talking
to suspect. Case is not strong.
- Always interview the suspect -
"Are you kidding me?"
Damaging

7. Search warrant - crime s
roofie - tests position - or does
a search warrant - Norm
Test for roofie. - Not once
How do we know it is legit

Organizationally not operating at the level

Internal - alleged misconduct

Lobbying -

Dept of justice - litigate -
What was need has not provided

18 to 20 → Report writing phase
- stuff that is bad is bad -

al

ti
and

io

(10)    1/19/23

Not bad intentially - basis
Not doing bad things intate
No one guided or lead
Not waking up wants to do bad

- Bigger Study

- Records management

- Policy & procedures need an overhaul

3 things
   ① Policy - Structed
   ② Training
   ③ Leadership

→ Records - management

---

C.I.P

Budget - Individual Dept        ✱ Pool study
                                   Way finding
✱ mountain bike trails    ✱ (Wayfinding        $250K
                              signs)       ✱ <gateway>

#500K from schools    (Wayfinding)        1/19/23   (11)
*Writing                       Restrooms
    Brown Case
    Dagle

- (Carver Reaveston) Shower & Lockers
- lighting for pavilions -

- 809 S Roan Street

Cava Lowe
special victims
July 21 - went to CID
Feb 22 - Need to go to patrol
CID held - told what to say  >  *
Not private & Not taken seriously
Don't care - evil man        - Never
Needed help - No traning  - Wanted to
    be good - Story was heard.
Not recommend anyone coming here            3, Truth be told
        Disregard victims
Victim oriented - fail people
37. Cases - highest #
< Don Sheppard> - evil
< Kevin and Don hate each other>

Mayor Grandy
Street Naming Policy - Policy was approved by Commission

# February 15, 2023
## Wednesday

February 2023

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    | 1  | 2  | 3  | 4  |
| 5  | 6  | 7  | 8  | 9  | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 |    |    |    |    |

March 2023

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    |    | 1  | 2  | 3  | 4  |
| 5  | 6  | 7  | 8  | 9  | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |    |



WEDNESDAY

15

7 AM — Non-Responsive

8

9

**Virtual Mtg w/Eric Daigle**
Zoom
Ball, Cathy

10

11

12 PM

1 — Non-Responsive

2

3 — Non-Responsive

4

5

6

Daily Task List

Arrange by: Due Date

Notes

Ball, Cathy

1

5/10/2024 4:38 PM

(64)    2/15/23



Eric Dagle - Sunny, Keisha, Jay,
                          Cathy

Dept take measures to address

meet

Walk a fine line - revictimize
                          any

policy / training        - high level

closing case
victim interviews

2/15/23 (65)

surface level findings
- Investigth position in tact
- This many cases this is a request.

Send reports- sufield (connecticut)
finding & recommendations

move recommend to blueprint for excellence
budget - New RMS

policy >

- { Encourage Police - Transparent
Identify -fix
Debrief - what
Honesty gets you through this
bad day / week /                    don't
Good times                          taint #5

———— Verbally - Sit - No changes - No minulipath
(Report)

Feb - going
4 weeks - Week of 6 realm
week of 13



(66) 2/15/23

Reported #
- investigate - quality of
don't rely on that kind of data

- did it correctly

arrest is DA -

- Call DA -

- Finney - Crisis Communi this report
Comment about the same time

① Deput - effects
② Communits -

① Chief walking out the door
- plans for next chief →
before we release the report

Lead by some one ]

2/15/23   (67)

Don't someone
- RFP - to hire someone
90 days - perfectly { 2 week
                      { resume
                      { interviews

{ Meet w/ different groups
{ 90 days                    IACP
{ first thirty days          Tennness Chief
Pool together quickly - don't streamline
- loyality - transparent
[ Challenging situtation ] stay with me.
Move
Success — clients - did not do
                              what he was
                              suppose to do.
( Happy ) - delay in when -



# March 8, 2023
## Wednesday

| March 2023 | April 2023 |
|---|---|
| SuMo TuWe Th Fr Sa | SuMo TuWe Th Fr Sa |
| 1 2 3 4 | 1 |
| 5 6 7 8 9 10 11 | 2 3 4 5 6 7 8 |
| 12 13 14 15 16 17 18 | 9 10 11 12 13 14 15 |
| 19 20 21 22 23 24 25 | 16 17 18 19 20 21 22 |
| 26 27 28 29 30 31 | 23 24 25 26 27 28 29 |
| | 30 |

WEDNESDAY

8

7 AM

8

9

10

11

12 PM

Non-Responsive

1

2

3

4   **Zoom Meeting w/Eric Daigle**
https://us02web.zoom.us/j/88030142401?pwd=QnRtS2RxZzlrOGFBeENEeTVFVVdIdz09
Greene, Beth

5

6

**Daily Task List**

Arrange by: Due Date

**Notes**

Ball, Cathy                                                    1                                      5/10/2024 4:39 PM

Non-Responsive

3/8/23  (112)

Sunny
Gary
Keisha
Callie

RMS -     #     (RFP) - Dispatch
        district attorney              - RMS
- licented technology -              - State system
⨉ send an email - within an hour or 2
    to see what they are using
Project manager - John Harmon -
- Pull info -
8 to 10 month >
- No system - drop box - paper files being
                                    destroyed
2 system until FOI period runs
No effective system - dont populate new system w/
    old files.
Not in a record management soft

(1/3)   3/8/23

Management
(Buffer)
    DA's protocol
    - New DA
    - Going to handled better happen - sent
    Melissa - Eric - overdue on
        an update
    6 new complaints
    - Opened complaints   - only 6 convicts

How do you share w/ victims -
    - Not that specific - Work product
Any cases that will need to be
opened up
    dur interviewing the folks in the
    department
Lawsuit (diffint than audit)
Damaging - did not - IA affairs
    that the officers did not not
    do what

3/8/23 (114)

Should have done an I/A
pattern & practice - monel -

Criminal ⟵ us ⟶ process
Policy - RMS - Clue cases -
Training

Biggest Challenge not doing IA
- get ready to up date the comuters
separate -
New chief starts out new ⟹
just got here - do what ever want
don't put during Interview ⟹
- Braden recommend to all cases -
go back over them - customer care
Victim cases
- Would not reane    326 sex
2018 - 2022
- Cleared exceptional means
- unfounded

(115)   3/8/23

21 - 22 cases

✱ identify some of the ones
that need to be re-looked
at

<u>start clean</u>
who is gonna to get it done.

took longer - not ready to issue
- don't have a command staff

who owns it?

(Attach to someone)

Wanter - taking actions
bring folks back with media message)
write the article and talking points.
mas-   don't get out of control - negotiate
impart - change everything -
We know - conversations - venture
get of it.>

DA's protocol - solves so many issues

- RMS-

116

DA's office is not at fault -   3/8/23

Scorched earth

protocol - communicate -
        another step - conversation

Revisit protocol - print -

Bristol   1.9863
Kingsp   1.9983

pep

Health insurance

                                    3/9/23

Non-Responsive

# April 25, 2023

Tuesday

| | April 2023 | May 2023 |
|---|---|---|
| | SuMo TuWe Th Fr Sa | SuMo TuWe Th Fr Sa |
| | 1 | 1 2 3 4 5 6 |
| | 2 3 4 5 6 7 8 | 7 8 9 10 11 12 13 |
| | 9 10 11 12 13 14 15 | 14 15 16 17 18 19 20 |
| | 16 17 18 19 20 21 22 | 21 22 23 24 25 26 27 |
| | 23 24 25 26 27 28 29 | 28 29 30 31 |
| | 30 | |



TUESDAY

25

← From Apr 24     Tom Out of Office: Jon Lane In Charge     To Apr 27 →

7 AM

8 — Non-Responsive

9

10 — **Hold for a meeting with Erik Daigle**
City Manager's Conference Room
Ball, Cathy

**Meeting: COJC Staff & Erik Daigle**
https://us02web.zoom.us/j/87506640993?p
Greene, Beth

11

12 PM — Non-Responsive

1

2

3

4

5

6

**Daily Task List**

Arrange by: Due Date

**Notes**

④ 4/24/23



Meeting with Daigle –
– Communicals plan
General orders –
– FYI Conference now – 11:00
    tim webster
    teresa koosa
    surfait level –
    pre meeting – just got report (
    Concerns with Interim reports –
        dritim chief –

4/24/23 ⑤

Daigle

Policy

Constitutional
Policing

doing it
correctly

Supervision

Training

Sexual
→ Assault

National Std.
Legislation - State
Victim Right + Assault

Training - the policy
Follow
Experiencial based

Supervisor
Accountable
✕ Failed in all three
Consistency
2017 University of Minnesota, Madison

Ⓒ 4/25/23

<u>Record</u> Dept Policy
Operational - lack of structure in Record
Keeping

356 - 11a - 11b
Case files are a disaster
8 months access to file -
2 different
videos - better work than we got credit for
Files all in one place
Attorney has more than we do - makes
for patrol - complicated investigate
trello cards

┌──────────┐
│   RMS    │        biggest
└──────────┘

Watson -
Video server - everything else -
notes - time line
Consistency - some scanned - Alot
All department share information - Quote
Ted Bundy

X <u>Policies</u>        ( -DA not innocent )

Realized that we need structure 4/28/23 ⑦

TH - CREA -

d

FTO in investigate

go thru cases →

- lock down - get vich to locate - secure the
site

' for

Policy - criminal invest, my crisis policy, subervian
- cannot discipline unless it is written down

[Training] - Patrol - 101 - DA & Most saw
detective sexual assault for patrol

department wide on DA Training
Test - Adult learning - understand sure

- Sgts - separate

Investigators know -

Bias in investigate - Go find the evidence
up to command     Control bias
staff

ste

credible witness - some investigate
patter or practice - culture
revictim the vict / skill set

Invisible - control bias   go find evidence
Truth is already - bias screws off page

TPAN -

⑧ 4/25/23

Crime scene management
   - No search warrant
   - No security
Whether you believe or not
   Don't do search warrants a lot
Interviews - victims & witness
   patrol interview victim & witness
   No documentation
Suspects did not get interviews - bias - never
   Contacted - not just evidence
5th Amendment
How did it happen
(Redirect the culture) < Benefit

Good investigations - check & balance
Implementation of DA - protocol
   before DA protocol & policies
   make structure →
Division -   7 bullets  With su
①• limited investigation always credible
   of victim - anti - crime sur find
   search warrant

4/25/23

(9)

Under aged - state becomes victim
- parents

Need to have case #'s
Mother - under - 10 years old w/ identified
suspct

• (2) victim interviews - criminal had - soft
interview rooms     (best of best) time
soft interview room - better victim services

(3) • suspect motives - did not occur - why should
we ruin the lives - last steps - suspect
months letter later

(4) • interview rooms
(5) • first 24 hours → are they overworked - why
culture or case loads - cell out system
Volume  —  CULTURE

(6) • DA's office     Declined prosecution   submit
available - protect yourself - report and send to
DA - case review

(7) • closing cases - TIBERS - regulation for
a long time - exceptional clearance
identify of one offered - Refuse to cooperate
mean - Vict refused to cooperate TIBERS
cases does not want to consent
X clear    prosecution can go forward
X clear

(10)   4/25/23

explains - did not meet the
requirements - command staff and 718 ORS
#'s game -

Internal affairs - investigate
Natimal standards

Investigate your own - unmade violate -
alligations of investigate - misconduct
New stories - glowing - internal or
external → external

- Any] criminal
Administrative investigat - appraisal
strammer -
Criminal first
affairs could tell their side of story
Lead

- Did you hear anything

Stigma]
Stream line → the (1A) - process -
- in phases >

Confidential – Subject to Protective Order

4/26/60

- Redo policy
  - statute of limitation
  - Federal

Non-Responsive