# Exhibit 10

86°                                                                                                              SIGN UP          WATCH NOW



**THE SEAN WILLIAMS CASE**

# Computer files show 52 Sean Williams alleged rapes

by: Jeff Keeling
Posted: Aug 22, 2023 / 04:31 PM EDT
Updated: Aug 25, 2023 / 03:02 PM EDT

SHARE     

JOHNSON CITY, Tenn. (WJHL) — Western Carolina University (WCU) police found devices with images and video of more than 50 rapes allegedly committed by Sean Williams in Johnson City after arresting him in late April, a search warrant affidavit filed in Jonesborough, Tenn. states.

**RELATED: Sean Williams pleads not guilty to attempted escape** ›

That warrant sought access to additional phones and computers that the Johnson City Police Department (JCPD) has held since seizing them in September 2020 during an investigation into a woman's near-fatal fall from Williams' fifth-floor downtown Johnson City apartment.

Two other warrants filed in June and July sought Williams' DNA and other physical evidence, citing probable cause that he committed two specific rapes — both allegedly recorded in video or images — in November 2019 and November 2020.

Case 2:23-cv-00071-TRM-JEM   Document 221-10   Filed 06/15/24   Page 2 of 11   PageID #: 4635



*A portion of First Judicial District Criminal Investigator Mike Little's affidavit requesting a search warrant of Sean Williams' computers and digital storage devices stored at Johnson City Police Department since 2020. (Photo: WJHL)*

Video or photo evidence was on the North Carolina devices that showed sexual assaults not just on those two women, but on three others who filed sexual assault complaints with JCPD between June and November 2020, according to the affidavit.

That may have been the tip of the iceberg.

"Within these files, your affiant has identified approximately 52 female victims which are depicted in digital images or videos being sexually assaulted by Williams," Tennessee First Judicial District Criminal Investigator Mike Little wrote in his May 31 request for a search warrant.

"These assaults all appear to occur while the female victims were in an obvious state of unconsciousness and are identifiable as having occurred at Williams's apartment at 200 E. Main Street in Johnson City…," the narrative continues.

Little's affidavit supporting a search warrant requested access to four phones, four computers and three memory cards of Williams's that the JCPD seized around Sept. 23, 2020.

Two additional affidavits requested permission to collect DNA and other physical information from Williams, who has been jailed since April 29, for possible use in two specific rape prosecutions.

Little's affidavit also argued probable cause that Williams allegedly sexually assaulted at least two children at his apartment.

Two separate federal civil lawsuits claim the 51-year-old Williams — who is currently jailed and facing federal charges — was a "serial rapist" whose victims encountered a JCPD that was negligent at best and corrupt at worst when it came to the downtown business owner.

READ NEXT >

Driver in fatal Wise Co. pursuit charged with homicide

READ NEXT >

Next story in 5                                               Cancel

The affidavit suggests there is probable cause the devices in Johnson City show evidence of aggravated rape, aggravated rape of a child, sexual exploitation of a minor and unlawful photography in violation of privacy.

Those computers, phones and memory cards, Little wrote, have been in the JCPD's possession since September 2020. That's when JCPD executed its own search warrant as it investigated Mikayla Evans's near-fatal fall from Williams's fifth-floor apartment window on Spring Street downtown.

The North Carolina files are alleged to include at least two series of digital images showing Williams sexually abusing an infant boy less than a year old and a girl less than eight years old.

That incident and JCPD's handling of it precipitated an ongoing string of events that included the April 2021 federal indictment of Williams for being a felon in possession of ammunition. The ammunition was discovered in Williams's safe during the Evans investigation.

## Chance encounter in a parking lot

While allegations of Williams's sexual predation first surfaced publicly in former U.S. Attorney Kat Dahl's June 2022 federal lawsuit, it appears to have taken a part-time campus police officer's chance encounter with Williams on the banks of the Tuckasegee River in Cullowhee, N.C. to blow the case open.

None of the multiple reports by women to JCPD had yielded a charge. Dahl, who pressed JCPD to more assertively investigate those allegations, eventually settled for the ammunition possession warrant.



Officers attempted to serve the federal warrant on Williams at his home on May 5, 2021 but were unsuccessful. He ended up a fugitive for nearly two years before WCU officer Charles Gooden arrested him during a routine patrol of a riverside parking area and boat ramp Western owns near its campus.

While News Channel 11 reported on WCU's discovery of 12 ounces of cocaine and 14 ounces of methamphetamine, police also seized about $100,000 cash and "multiple electronic devices and digital storage devices." Those included two thumb drives taped together "and fashioned so that the USB ends were opposing and both drives could be used."

As they investigated suspected drug trafficking due to the large amounts of drugs and cash Williams had on him, the investigators obtained a search warrant for the devices.

*Sean Williams booking photo from North Carolina April 29. (Jackson County Sheriff's Office)*

Once North Carolina police found evidence of apparent Johnson City sexual assaults and child pornography, they alerted Tennessee authorities. Little and FBI Special Agent Paul Durant traveled to North Carolina, where WCU Police Chief Steven Lillard reviewed some of the discovered images and files with Little and Durant.

One of the thumb drives allegedly contained more than 5,000 downloaded images of child pornography. Because of its relevance to what Little

READ NEXT >

Driver in fatal Wise Co. pursuit charged with homicide 

READ NEXT >

Next story in 5

Case 2:23-cv-00071-TRM-JEM   Document 221-10   Filed 06/15/24   Page 4 of 11   PageID #: 4637

Williams faces an early November federal trial on the felon in possession of ammunition charge and a second federal charge of attempted escape after he allegedly tried to escape from the Washington County jail in July. Those could bring a total of 15 years in federal prison, combined.

At the state level, aggravated rape is punishable by 15 to 60 years in prison. Aggravated rape of a child is punishable by life in prison without the possibility of parole. Sexual exploitation of a minor can carry a two to 12-year prison sentence, and a person can be charged for each individual image.

The affidavits and any follow-up from the search warrant, including potential charges, also may provide fodder for the several civil actions being pursued against Johnson City and its police department.

One of those is Dahl's suit, which claims she unsuccessfully urged then-Chief Karl Turner and the JCPD to investigate Williams for rape and sexual assault and that she "became concerned that Johnson City was intentionally refusing or recklessly failing to investigate or seize (Williams)…" Dahl claims JCPD ended her contract with the department in retaliation for her insistence that Williams be more thoroughly investigated.

Another is a federal whistleblower action that's being spearheaded by the non-profit Whistleblower Aid. Whistleblower Aid sought alleged victims to reach out to its attorneys and other staff in the immediate aftermath of Dahl's June 23, 2020 federal suit filing. The group could aid in at least two official complaints Dahl has filed with federal authorities, including the Department of Justice.

A third is a federal civil suit filed on behalf of nine alleged sexual assault victims of Williams. It was filed June 21, 2023 and launches with a stark claim: "For years, Sean Williams drugged and raped women in Johnson City, Tennessee, and for years, officers of the (JCPD) let him get away with it."

News Channel 11 reached out to First Judicial District Attorney General Steve Finney's office Tuesday to ask whether the DA is pursuing efforts to indict Williams and what the timeline for that might be.

Finney responded that due to the investigation being "very active" and "diligently investigated" by his office, his office chose not to comment now.

Copyright 2024 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

## Latest Video

**Driver in fatal Wise Co. pursuit charged with…**
9 mins ago

**'We haven't had the answers we need yet' | TB…**
3 hours ago

**Car show, baseball games, live music and more |…**
3 hours ago

**Texas Roadhouse shares more Father's Day recipes**
5 hours ago

**Texas Roadhouse shares Father's Day recipes**
5 hours a

More Videos

READ NEXT >

**Driver in fatal Wise Co. pursuit charged with homicide** 

READ NEXT >

Next story in 5



### Lego new releases to watch out for this summer
BUILDING SETS & BLOCKS  /  2 Hours Ago

This summer, LEGO is releasing some fun new LEGO sets. Find out more about which ones are coming out so you can pick the best one!



READ NEXT >

### Driver in fatal Wise Co. pursuit charged with homicide



READ NEXT >

Next story in 5



### Our DIY expert weighs in on the best Father's Day …

HOLIDAY  /  1 Day Ago

Our DIY expert, Beth Allen, shared gift picks for novice to pro DIY dads, as well as items that are essential for woodworking, yard and gardening tasks.

View All BestReviews

**TOP STORIES**

### The RNC is launching a massive effort to monitor …

READ NEXT >

Driver in fatal Wise Co. pursuit charged with homicide 

READ NEXT >

Next story in 5



**Aides' vehicle in a convoy carrying Mexico's next ...**

**Mexico's small, oft-questioned Green Party to become ...**

Top Stories

**MORE STORIES**

 The RNC is launching a massive effort to monitor ...

 Boeing says parts sold with falsified records are ...

 Blackburn talks social media, election during visit

 Aides' vehicle in a convoy carrying Mexico's next ...

 Mexico's small, oft-questioned Green Party to become ...

 Trump once defied the NRA to ban bump stocks. He ...

 G7 leaders agree to lend Ukraine billions backed ...

 Hulk Hogan won't rule out future in politics

More Stories

**WJHL | Tri-Cities News & Weather Video**

READ NEXT >

Driver in fatal Wise Co. pursuit charged with homicide 

READ NEXT >

Next story in 5

Case 2:23-cv-00071-TRM-JEM   Document 221-10   Filed 06/15/24   Page 8 of 11   PageID #: 4641

**Driver in fatal Wise Co. pursuit charged with...**
13 mins ago

**'We haven't had the answers we need yet' | TB...**
3 hours ago

**Car show, baseball games, live music and more |...**
3 hours ago

**Texas Roadhouse shares more Father's Day recipes**
5 hours ago

**Texas Roadhouse shares Father's Day recipes**
5 hours a

More Videos

### TRENDING STORIES

1  Driver in fatal Wise Co. pursuit charged with homicide

2  TBI unsure if Summer Wells was abducted or not

3  Digging up some fun at Pigeon Forge's newest attractions

4  TBI: Sullivan Co. deputy fatally shot armed man

5  TBI investigating fire at Warriors' Path Horse Stables

6  Parents of Summer Wells feel targeted by authorities

READ NEXT >

Driver in fatal Wise Co. pursuit charged with homicide 

READ NEXT >

Next story in 5

Case 2:23-cv-00071-TRM-JEM   Document 221-10   Filed 06/15/24   Page 9 of 11   PageID #: 4642

    

Weekend Events: Car show, baseball games, music, …
Don't Miss   3 hours ago

LIST: Juneteenth celebrations in the Tri-Cities
Don't Miss   2 days ago

This Weekend: Blue Plum, Smoky Mountain Terror, more
Don't Miss   1 week ago

Nominate: Tri-Cities Best Marina
Tri-Cities Best   4 days ago

What is happening in the Tri-Cities this weekend?
Local   2 weeks ago

When can you fish for free in Tennessee and Virginia?
Outdoors Appalachia   2 weeks ago

Weekend Events: Copper Road, water…
Don't Miss

**View All Don't Miss**

## BESTREVIEWS.COM - TOP PICKS TO MAKE EVERYONE HAPPY

 **Best Prime Day home deals 2024**
Holiday • 2 hours ago

 **Our DIY expert weighs in on the best Father's Day …**
Holiday • 1 day ago

 **Best Prime Day electronics deals 2024**
Holiday • 1 day ago

 **Best Prime Day kitchen and cookware deals 2024**
Holiday • 3 hours ago

 **Last-minute Father's Day gifts, tested and reviewed**
Holiday • 2 days ago

 **Cool gifts for Dad he'll love this Father's Day**
Holiday • 3 days ago

**View All BestReviews Picks**



News
Sports
Watch Newscasts
About Us

Weather
Daytime Tri-Cities
NewsNation Now

**READ NEXT >**

Driver in fatal Wise Co. pursuit charged with homicide

**READ NEXT >**

Next story in 5

Case 2:23-cv-00071-TRM-JEM   Document 221-10   Filed 06/15/24   Page 10 of 11   PageID #: 4643






**Stay Connected**

Privacy Policy

Terms Of Use

Covers

FCC Applications

Public File Assistance Contact

The Hill

NewsNation

BestReviews

Content Licensing

Nexstar Digital

Journalistic Integrity

Do Not Sell or Share My Personal Information

© 1998 - 2024 Nexstar Media Inc. | All Rights Reserved.

READ NEXT >

**Driver in fatal Wise Co. pursuit charged with homicide** 

READ NEXT >

Next story in 5