# Exhibit 11

Advocates for Survivors of Abuse Mail - Victim Compensation Funds

**Vanessa Baehr-Jones <vanessa@advocatesforsurvivors.com>**

# Victim Compensation Funds

**Vanessa Baehr-Jones** <vanessa@advocatesforsurvivors.com> Mon, Nov 20, 2023 at 4:23 PM
To: "Michael T. Little" <mtlittle@tndagc.org>

Hi Mike,

I wanted to follow up on this when you have a moment. Please let me know what your office might be able to provide so that my clients can apply for victim compensation where this relief may be available.

Also, I hope those leads I am reading about in the news prove fruitful... Best of luck with the search.

Have a Happy Thanksgiving,
Vanessa

On Mon, Oct 30, 2023 at 8:34 PM Vanessa Baehr-Jones <vanessa@advocatesforsurvivors.com> wrote:

> Thank you! Stay safe and good luck with the hunt.
>
> On Fri, Oct 27, 2023 at 12:59 PM Michael T. Little <mtlittle@tndagc.org> wrote:
>
>> Thank you, Vanessa. As we discussed, the manhunt for Williams is still very fluid and requiring a great deal of resources. I appreciate your patience and assure you that I will give this due attention at my earliest possible opportunity.
>>
>> And of course, the confidentiality of your clients' will always be protected to the very best of my ability.
>>
>> Regards,
>> Mike
>>
>> ---
>>
>> **From:** Vanessa Baehr-Jones <vanessa@advocatesforsurvivors.com>
>> **Sent:** Friday, October 27, 2023 2:01 PM
>> **To:** Michael T. Little <mtlittle@tndagc.org>
>> **Subject:** Victim Compensation Funds
>>
>> Dear Mike,
>>
>> Thank you for taking the time to speak with me yesterday. As we discussed, I would like to provide you with a list of my clients so that I can obtain the relevant investigative reports that they need to submit claims for victim compensation funds. I would ask that you not share this list of names with anyone outside of those already working on this matter who already know these individuals' identities. Please let me know if you need any additional information from me.
>>
>> 

https://mail.google.com/mail/u/0/?ik=97e9959266&view=pt&search=all&permthid=msg-a:r6578316306699650654&dsqt=1&simpl=msg-a:r65783163… 1/2