# Exhibit 16

**From:** "Ball, Cathy" <cball@johnsoncitytn.org>
**To:** "Chrystie L. Kyte"
**Cc:** "Church, Bill" <bchurch@johnsoncitytn.org>, City Manager <citymgr@johnsoncitytn.org>, "Dougherty, Eric" <edougherty@johnsoncitytn.org>, "Jenkins, Scott" <sjenkins@johnsoncitytn.org>
**Subject:** Re: [EXTERNAL] URGENT REQUEST
**Date:** Thu, 01 Jun 2023 17:06:03 +0000
**Importance:** Normal

Ms. Kyle,

Please tell the General that we will be available at this time. I will reserve a conference room for us to meet.

Thank you,
Cathy

On Jun 1, 2023, at 11:44 AM, Chrystie L. Kyte <clkyte@tndagc.org> wrote:

> **CAUTION: External Email** This email originated from outside of Johnson City's e-mail servers. DO NOT click links or open attachments unless you recognize the sender and know the content is safe.

General Finney has requested a meeting at the Johnson City Police Department with each of you tomorrow, Friday, June 2, 2023, at 1:30pm. This concerns the matter involving Sean Williams and General Finney needs to meet with you as soon as possible. Please respond at your earliest convenience to confirm that you are available. Thank you!

Chrystie Kyte
Administrative Assistant
First Judicial District Attorney General's Office
P.O. Box 38
Jonesborough, TN 37659

LEGAL CONFIDENTIAL: The information in this e-mail and in any attachment may contain information that is privileged either legally or otherwise. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify me and delete this message.

