# Exhibit 17



**From:** "Emily Taylor" <etaylor@watsonroach.com>
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Cc:** "Watson, Blake" <bwatson@johnsoncitytn.org>, "Maria Ashburn" <mashburn@watsonroach.com>, "Reid Spaulding" <rspaulding@watsonroach.com>, "Lisa May" <lisa@hbm-lawfirm.com>
**Subject:** Doe v. City of Johnson City/Sean Williams
**Date:** Thu, 01 Feb 2024 17:52:01 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png; image004.png

---

Ms. Kyte,

Blake Watson with Johnson City sent me your contact information and suggested that I reach out to you regarding a question I have for General Finney.

Erick Herrin and I are representing Johnson City in the Jane Doe lawsuit that was filed by some of Sean William's victims. We are working on responding to written discovery requests we have received from the Does' attorneys, and they have requested copies of all documents in the possession of JCPD regarding the Williams' investigation. It is my understanding that the investigation into Sean Williams is ongoing/active, and I believe your office is currently investigating some cases involving the Jane Does in my lawsuit. I wanted to see if General Finney could provide me with any guidance regarding what JCPD files can be produced without compromising the integrity of General Finney's investigation.

Can you have General Finney, or someone from his office, contact me? My email address is etaylor@watsonroach.com and my telephone number is 865-637-1700.

Thanks!

Emily

**Emily C. Taylor**
865-637-1700 (office)
865-525-2514 (fax)
etaylor@watsonroach.com





Watson, Roach, Batson & Lauderback, P.L.C.
P. O. Box 131
Knoxville, Tennessee 37901-0131

THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION UNDER THE COMMON INTEREST DOCTRINE, JOINT DEFENSE AGREEMENT OR ATTORNEY CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR THE PERSON(S) TO WHOM IT IS ADDRESSED. IT IS NOT TO BE DIVULGED IN PART OR IN WHOLE, NOR IS THE SUBSTANCE OF IT TO BE DIVULGED IN PART OR IN WHOLE, TO ANYONE OTHER THAN THE ADDRESSEE(S) WITHOUT THE EXPRESS PERMISSION OF THE SENDER. IF YOU HAVE RECEIVED THIS MESSAGE AND ARE NOT THE INTENDED RECIPIENT, PLEASE NOTIFY WATSON, ROACH, BATSON & LAUDERBACK, P.L.C. IMMEDIATELY AT 865-637-1700, AND DELETE THE MESSAGE FROM YOUR SYSTEM. UNITED STATES TREASURY REGULATIONS REQUIRE US TO INFORM YOU THAT NO STATEMENTS CONTAINED HEREIN NOR ANY ATTACHMENTS HERETO ARE INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY ANY PERSON FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER UNITED STATES FEDERAL TAX LAWS.

**From:** "Kimberly A. Hagy" ████████████████

**To:** "etaylor@watsonroach.com" <etaylor@watsonroach.com>

**Cc:** "Steven R. Finney" ████████████ , "Blake Watson " <bwatson@johnsoncitytn.org>, "Chrystie L. Kyte" ████████████████

**Subject:** Doe vs. City of Johnson City/Sean Williams

**Date:** Fri, 02 Feb 2024 19:34:28 +0000

**Importance:** Normal

**Attachments:** Letter_to_Emily_Taylor_(02-02-24).pdf

---

Caution! This message was sent from outside your organization.          Allow sender | Block sender

Ms. Taylor,

In response to your email of February 1st to Chrystie Kyte in our office, please see the attached letter from General Finney regarding Doe vs. City of Johnson City/Sean Williams.

Thank you,
Kim Hagy


*Kim Hagy*
Legal Assistant
District Attorney General's Office – 1st Judicial District
115 East Jackson Boulevard
P. O. Box 38
Jonesborough, TN 37659
████████████████

LEGAL CONFIDENTIAL:  The information in this e mail and in any attachment may contain information that is privileged either legal or otherwise.  It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e mail in error, please notifty me and delete this message.

☑ Washington County Office
115 W. Jackson Blvd.
Jonesborough, TN 37659
(423) 753-5020 office
(423) 753-4803 fax

☐ Carter County Office
1500 West Elk Avenue
Suite 208
Elizabethton, TN 37643
(423) 547-5897 office
(423) 547-5896 fax



**STEVEN R. FINNEY**
**District Attorney General**
**First Judicial District**

☐ Unicoi County Office
Unicoi County Courthouse
100 N. Main Street
P.O. Box 730
Erwin, TN 37650
(423) 743-1113 office
(423-743-1120 fax

☐ Johnson County Office
301 West Main Street
Mountain City, TN 37683
(423) 727-3959 office
(423) 727-3965 fax

February 2, 2024

*__VIA ELECTRONIC MAIL__*

Ms. Emily C. Taylor
Watson, Roach, Batson & Lauderback
Attorneys at Law
P. O. Box 131
Knoxville, TN 37901-0131

   RE: Doe vs. City of Johnson City/Sean Williams

Dear Ms. Taylor:

   I am in receipt of your e-mail of February 1, 2024 inquiring as to the status of cases being investigated by the First Judicial District Attorney General's Office pertaining to Sean Williams.

   As of today's date, all cases that originated in Johnson City are still being investigated and are active. Therefore, it is my opinion that the only documents that are subject to discovery are public records. Any other documents, recordings or physical evidence are not discoverable as this could impede the status of active criminal cases.

        Sincerely,

        Steven R. Finney
        District Attorney General

SRF/kh

**From:** "Chrystie L. Kyte" ████████████████
**To:** Emily Taylor <etaylor@watsonroach.com>
**Cc:** Maria Ashburn <mashburn@watsonroach.com>, "Barry P. Staubus" ████████████, Michael Stahl <Michael.Stahl@ag.tn.gov>, "Michael T. Little" ████████████, "Kimberly A. Hagy" ████████████
**Subject:** Jane Doe 1 et al v. City of Johnson City, Tennessee; et al. U.S. District Court Case No. 2:23-cv-00071-TRM-CRW
**Date:** Mon, 18 Mar 2024 15:21:24 +0000
**Importance:** Normal
**Attachments:** Emily_Taylor_Letter_03.18.2024.pdf

---

Caution! This message was sent from outside your organization.                    Allow sender | Block sender

Good morning,

General Finney asked that I forward the attached correspondence concerning Jane Doe 1 et al v. City of Johnson City, Tennessee. Please let me know if you have any questions.

Chrystie Kyte
Administrative Assistant
First Judicial District Attorney General's Office
P.O. Box 38
Jonesborough, TN 37659
████████████

LEGAL CONFIDENTIAL: The information in this e-mail and in any attachment may contain information that is privileged either legally or otherwise. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify me and delete this message.

*Reply to:*

☑ Washington County Office
Washington County Courthouse
P.O. Box 38
Jonesborough, TN 37659
Phone: (423) 753-5020
Fax:    (423) 753-4803

☐ Carter County Office
1500 West Elk Avenue, Suite 208
Elizabethton, TN 37643
Phone: (423) 547-5897
Fax:    (423) 547-5896



**STEVEN R. FINNEY**
**DISTRICT ATTORNEY GENERAL**
FIRST JUDICIAL DISTRICT

☐ Unicoi County Office
Unicoi County Courthouse
100 N. Main Street
P.O. Box 730
Erwin, TN 37650
Phone: (423) 743-1113
Fax:    (423) 743-1120

☐ Johnson County Office
301 West Main Street
Mountain City, TN 37683
Phone: (423) 727-3959
Fax:    (423) 727-3965

March 18, 2024

VIA E-MAIL
Emily C. Taylor
Watson Roach Attorneys at Law
P.O. Box 131
Knoxville, TN 37901-0131
Email: etaylor@watsonroach.com

> RE: Jane Doe 1 et al v. City of Johnson City, Tennessee; et al.
>     U.S. District Court No. 2:23-cv-00071-TRM-CRW

Dear Ms. Taylor:

In regards to your letter of March 8, 2004, in specific, Johnson City Police Department Case No. W21014774, my office has identified the victim and the accused. As a result of a conflict with my office, this case was referred to the Tennessee Bureau of Investigation and Barry Staubus, District Attorney General of the Second Judicial District.

All correspondences and requests concerning the above-referenced matter will need to go through General Staubus' office.

Sincerely,

Steve Finney
District Attorney General
First Judicial District

cc: Barry Staubus, District Attorney General, Second Judicial District
    Michael Stahl, Senior Assistant Attorney General

**From:** Maria Ashburn <mashburn@watsonroach.com>

**To:** ███████████████████████

**Cc:** ████████████████████████████████████████████,
"michael.stahl@ag.tn.gov" <michael.stahl@ag.tn.gov>, Lisa May <lisa@hbm-lawfirm.com>, Jon Lakey <jlakey@bpjlaw.com>, Emily Taylor <etaylor@watsonroach.com>

**Subject:** Jane Doe 1, et al. v. City of Johnson City, Tennessee, et al.

**Date:** Tue, 27 Feb 2024 21:04:31 +0000

**Importance:** Normal

**Attachments:** 2024-02-27_Letter_from_Emily_Taylor.pdf

**Inline-Images:** image001.png; image002.png; image003.png

---

General Finney:

Please see the attached letter from Emily Taylor.  Ms. Taylor will look forward to hearing back from you in this regard.

Thank you for your attention to this matter.

Sincerely,
**Maria Ashburn**
Assistant to Hanson R. Tipton and Emily C. Taylor
865-637-1700 (office)
865-525-2514 (fax)
mashburn@watsonroach.com



Website    V-Card

Watson, Roach, Batson & Lauderback, P.L.C.
P. O. Box 131
Knoxville, Tennessee 37901-0131

THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION UNDER THE COMMON INTEREST DOCTRINE, JOINT DEFENSE AGREEMENT OR ATTORNEY CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR THE PERSON(S) TO WHOM IT IS ADDRESSED.  IT IS NOT TO BE DIVULGED IN PART OR IN WHOLE, NOR IS THE SUBSTANCE OF IT TO BE DIVULGED IN PART OR IN WHOLE, TO ANYONE OTHER THAN THE ADDRESSEE(S) WITHOUT THE EXPRESS PERMISSION OF THE SENDER.  IF YOU HAVE RECEIVED THIS MESSAGE AND ARE NOT THE INTENDED RECIPIENT, PLEASE NOTIFY WATSON, ROACH, BATSON & LAUDERBACK, P.L.C. IMMEDIATELY AT 865-637-1700, AND DELETE THE MESSAGE FROM YOUR SYSTEM.  UNITED STATES TREASURY REGULATIONS REQUIRE US TO INFORM YOU THAT NO STATEMENTS CONTAINED HEREIN NOR ANY ATTACHMENTS HERETO ARE INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY ANY PERSON FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER UNITED STATES FEDERAL TAX LAWS.

John T. Batson, Jr.
Benjamin K. Lauderback
Hanson R. Tipton
Reid A. Spaulding*
Dan R. Pilkington
Emily C. Taylor
Courtney E. Read
Brian R. Bibb
Cliff B. Robins+



**WATSON ROACH**
ATTORNEYS AT LAW

WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.

1500 RIVERVIEW TOWER / 900 SOUTH GAY STREET
POST OFFICE BOX 131 / KNOXVILLE, TENNESSEE 37901-0131
865.637.1700 / 865.525.2514 (FAX)

w w w . w a t s o n r o a c h . c o m

Robert H. Watson, Jr. (1945-2014)
Jon G. Roach, Of Counsel

**Also Member:**
* Illinois Bar
+ Ohio Bar

February 27, 2024

**VIA E-MAIL**
Steven R. Finney
District Attorney General
First Judicial District
115 W. Jackson Boulevard
Jonesborough, TN 37659

        Re:    Jane Doe 1 et al. v. City of Johnson City, Tennessee; et al.
                 U.S. District Court No. 2:23-cv-00071-TRM-CRW

Dear General Finney:

        Pursuant to the instructions from Senior Assistant Attorney General Michael Stahl, I am writing you regarding which documents or materials may be relevant to the ongoing investigation into Sean Williams so that I can respond to written discovery requests propounded on the City of Johnson City by the Plaintiffs in the above-captioned matter. First, we intend to produce redacted case notes for all sexual assault investigations conducted by the JCPD from January 1, 2018 through December 31, 2022. It is my understanding that included with the case notes are case notes involving sexual assaults involving Wiliams that JCPD investigated. However, both victim and suspect names will be redacted from these records. Please let me know if your office has any objection to me providing the redacted case notes to the Does' attorneys as part of the City's discovery responses. If you would like to see the case notes before they are produced, I can provide you with a copy.

        Additional documents sought through discovery in this case relate to the investigation initiated after ███FEMALE 3███ fell out of Sean Williams's window. Can you please advise what, if any, documents from the ███FEMALE 3███ investigation are relevant to your ongoing investigation into Williams? It is unclear to me whether there is a pending investigation involving Ms. ██FEMALE 3██, and if so, what documents are pertinent to that investigation.

        Another category of documents sought through discovery in the <u>Doe</u> litigation are emails and text messages sent or received by JCPD officers involving sexual assault investigations, ███FEMALE 3███ case, and Sean Williams. Can you advise as to if these electronic communications

are relevant to your ongoing investigations and/or if we are prohibited from producing the information?

Finally, it is my understanding that certain sexual assault investigative files that had previously been closed by JCPD have been reopened by your office. These files include suspects other than Sean Williams. Some of these investigative materials are being sought as discovery in the above-captioned matter. Would it be possible for you to let us know which previously closed files your office has reopened so that we can determine which of the documents requested involve pending investigations. Once we have that information, I will coordinate with you regarding which documents may be relevant to your ongoing investigation.

As always, thank you for your assistance in this matter.

Very truly yours,

Emily C. Taylor

cc:     Michael M. Stahl (via e-mail)
        K. Erickson Herrin (via e-mail)
        Jon Lakey (via e-mail

**From:** Maria Ashburn <mashburn@watsonroach.com>
**To:** ███████████████████████████████
**Cc:** "Chrystie L. Kyte" ████████████████ , "Kimberly A. Hagy" ████████████████ ,
"michael.stahl@ag.tn.gov" <michael.stahl@ag.tn.gov>, Lisa May <lisa@hbm-lawfirm.com>, Jon Lakey <jlakey@bpjlaw.com>, Emily Taylor
<etaylor@watsonroach.com>
**Subject:** Jane Doe 1, et al. v. City of Johnson City
**Date:** Thu, 14 Mar 2024 19:36:33 +0000
**Importance:** High
**Attachments:** 2024-03-14_Letter_from_Emily_Taylor.pdf; 2024-03-12_(Doc._128)_Memo_and_Order_denying_Motion_for_Protective_Order.pdf
**Inline-Images:** image001.png; image002.png; image003.png

---

General Finney:

Attached please find Emily Taylor's letter and a recent Memorandum Opinion issued by United States Magistrate Judge Jill E. McCook. Ms. Taylor will look forward to hearing from you in this regard.

Thank you for your attention to this matter.

Sincerely,
**Maria Ashburn**
Assistant to Hanson R. Tipton and Emily C. Taylor
865-637-1700 (office)
865-525-2514 (fax)
mashburn@watsonroach.com



Website    V-Card

Watson, Roach, Batson & Lauderback, P.L.C.
P. O. Box 131
Knoxville, Tennessee 37901-0131

THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION UNDER THE COMMON INTEREST DOCTRINE, JOINT DEFENSE AGREEMENT OR ATTORNEY CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR THE PERSON(S) TO WHOM IT IS ADDRESSED. IT IS NOT TO BE DIVULGED IN PART OR IN WHOLE, NOR IS THE SUBSTANCE OF IT TO BE DIVULGED IN PART OR IN WHOLE, TO ANYONE OTHER THAN THE ADDRESSEE(S) WITHOUT THE EXPRESS PERMISSION OF THE SENDER. IF YOU HAVE RECEIVED THIS MESSAGE AND ARE NOT THE INTENDED RECIPIENT, PLEASE NOTIFY WATSON, ROACH, BATSON & LAUDERBACK, P.L.C. IMMEDIATELY AT 865-637-1700, AND DELETE THE MESSAGE FROM YOUR SYSTEM. UNITED STATES TREASURY REGULATIONS REQUIRE US TO INFORM YOU THAT NO STATEMENTS CONTAINED HEREIN NOR ANY ATTACHMENTS HERETO ARE INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY ANY PERSON FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER UNITED STATES FEDERAL TAX LAWS.



John T. Batson, Jr.
Benjamin K. Lauderback
Hanson R. Tipton
Reid A. Spaulding*
Dan R. Pilkington
Emily C. Taylor
Courtney E. Read
Brian R. Bibb
Cliff B. Robins+

WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.

1500 RIVERVIEW TOWER / 900 SOUTH GAY STREET
POST OFFICE BOX 131 / KNOXVILLE, TENNESSEE 37901-0131
865.637.1700 / 865.525.2514 (FAX)

w w w . w a t s o n r o a c h . c o m

Robert H. Watson, Jr. (1945-2014)
Jon G. Roach, Of Counsel

Also Member:
* Illinois Bar
+ Ohio Bar

March 14, 2024

**VIA E-MAIL**
Steven R. Finney
District Attorney General
First Judicial District
115 W. Jackson Boulevard
Jonesborough, TN 37659

      Re:    Jane Doe 1 et al. v. City of Johnson City, Tennessee; et al.
              U.S. District Court No. 2:23-cv-00071-TRM-CRW

Dear General Finney:

      Enclosed you will find a copy of an Order that was issued on Tuesday by Magistrate Judge McCook in the above-captioned matter. This Order pertains to the disclosure of investigative files and materials reviewed by Eric Daigle when he conducted his audit of the JCPD from August of 2022 through July of 2023. Mr. Daigle received and reviewed investigative materials for approximately 325 sexual assault files. These files include cases involving Sean Williams and potentially other cases that your office has reopened and/or are being investigated by your office.

      Magistrate Judge McCook has ordered Daigle and the City to release both the investigative files reviewed by Daigle and his work product by Tuesday March 19, 2024. You have indicated that you believe there is an investigative privilege as to some of the investigative materials. However, it appears that your office is the holder of that privilege. Please let us know by the close of business tomorrow if you intend to file a motion with the Court asserting that privilege. If we do not hear from you, we will proceed with producing the documents consistent with the Court's Order.

As always, thank you for your assistance in this matter.

Very truly yours,

Emily C. Taylor

ECT

Enclosure

cc:    Michael M. Stahl (via e-mail)
       K. Erickson Herrin (via e-mail)
       Jon Lakey (via e-mail)

**From:** Maria Ashburn <mashburn@watsonroach.com>
**To:** ███████████████████████████████
**Cc:** ███████████████████████████████ ████████████████████████████████████,
Emily Taylor <etaylor@watsonroach.com>
**Subject:** RE: Doe vs. City of Johnson City/Sean Williams
**Date:** Wed, 14 Feb 2024 21:55:07 +0000
**Importance:** Normal
**Attachments:** 2024-02-14_Letter_from_Emily_Taylor.pdf
**Inline-Images:** image001.png; image002.png; image003.png

---

General Finney:

Please see the attached letter from Emily Taylor in reply to your letter of February 2, 2024. Ms. Taylor will look forward to hearing back from you.

Thank you for your attention to this matter.

Sincerely,
**Maria Ashburn**
Assistant to Hanson R. Tipton and Emily C. Taylor
865-637-1700 (office)
865-525-2514 (fax)
mashburn@watsonroach.com



WATSON ROACH
ATTORNEYS AT LAW

Website    V-Card

Watson, Roach, Batson & Lauderback, P.L.C.
P. O. Box 131
Knoxville, Tennessee 37901-0131

THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION UNDER THE COMMON INTEREST DOCTRINE, JOINT DEFENSE AGREEMENT OR ATTORNEY CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR THE PERSON(S) TO WHOM IT IS ADDRESSED. IT IS NOT TO BE DIVULGED IN PART OR IN WHOLE, NOR IS THE SUBSTANCE OF IT TO BE DIVULGED IN PART OR IN WHOLE, TO ANYONE OTHER THAN THE ADDRESSEE(S) WITHOUT THE EXPRESS PERMISSION OF THE SENDER. IF YOU HAVE RECEIVED THIS MESSAGE AND ARE NOT THE INTENDED RECIPIENT, PLEASE NOTIFY WATSON, ROACH, BATSON & LAUDERBACK, P.L.C. IMMEDIATELY AT 865-637-1700, AND DELETE THE MESSAGE FROM YOUR SYSTEM. UNITED STATES TREASURY REGULATIONS REQUIRE US TO INFORM YOU THAT NO STATEMENTS CONTAINED HEREIN NOR ANY ATTACHMENTS HERETO ARE INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY ANY PERSON FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER UNITED STATES FEDERAL TAX LAWS.

---

**From:** Kimberly A. Hagy ███████████████ >
**Sent:** Friday, February 2, 2024 2:34 PM
**To:** Emily Taylor <etaylor@watsonroach.com>
**Cc:** Steven R. Finney ██████████████████ >; Blake Watson <bwatson@johnsoncitytn.org>; Chrystie L. Kyte

**Subject:** Doe vs. City of Johnson City/Sean Williams

**Caution! This message was sent from outside your organization.**     Allow sender | Block sender

Ms. Taylor,

In response to your email of February 1st to Chrystie Kyte in our office, please see the attached letter from General Finney regarding Doe vs. City of Johnson City/Sean Williams.

Thank you,
Kim Hagy


*Kim Hagy*
Legal Assistant
District Attorney General's Office    1st Judicial District
115 East Jackson Boulevard
P. O. Box 38
Jonesborough, TN 37659
███████████████

LEGAL CONFIDENTIAL:  The information in this e-mail and in any attachment may contain information that is privileged either legal or otherwise.  It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notifty me and delete this message.



John T. Batson, Jr.
Benjamin K. Lauderback
Hanson R. Tipton
Reid A. Spaulding*
Dan R. Pilkington
Emily C. Taylor
Courtney E. Read
Brian R. Bibb
Cliff B. Robins+

**WATSON ROACH**
ATTORNEYS AT LAW

WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.

1500 RIVERVIEW TOWER / 900 SOUTH GAY STREET
POST OFFICE BOX 131 / KNOXVILLE, TENNESSEE 37901-0131
865.637.1700 / 865.525.2514 (FAX)

www.watsonroach.com

Robert H. Watson, Jr. (1945-2014)
Jon G. Roach, Of Counsel

Also Member:
* Illinois Bar
+ Ohio Bar

February 14, 2024

**VIA E-MAIL**
Steven R. Finney
District Attorney General
First Judicial District
115 W. Jackson Boulevard
Jonesborough, TN 37659

      Re:    Jane Doe 1 et al. v. City of Johnson City, Tennessee; et al.
             U.S. District Court No. 2:23-cv-00071-TRM-CRW

Dear General Finney:

      Thank you for your letter dated February 2, 2024, regarding the status of cases being investigated by your office. It is my understanding that there are a number of cases pending against Sean Williams; however, my client does not have a list or otherwise have access to information that would help us determine what cases your office is investigating. If possible, can you provide us with a list of the pending cases involving Sean Williams that your office is investigating? That will help us determine which records may be discoverable.

      Additionally, we are reviewing our records to see if there are any documents that may be considered "public" as referenced in your letter. Do you have any further guidance on what you would consider a "public document."

      Thank you for your assistance in this matter.

                    Very truly yours,

                    Emily C. Taylor

ECT:mva

**From:** "Chrystie L. Kyte" ▮▮▮▮▮▮▮▮▮ >

**To:** Maria Ashburn <mashburn@watsonroach.com>, "Steven R. Finney" ▮▮▮▮▮▮▮▮▮

**Cc:** "Kimberly A. Hagy" ▮▮▮▮▮▮▮▮ , "michael.stahl@ag.tn.gov" <michael.stahl@ag.tn.gov>, Lisa May <lisa@hbm-lawfirm.com>, Jon Lakey <jlakey@bpjlaw.com>, Emily Taylor <etaylor@watsonroach.com>

**Subject:** RE: Jane Doe 1, et al. v. City of Johnson City, Tennessee, et al.

**Date:** Wed, 28 Feb 2024 15:21:07 +0000

**Importance:** Normal

**Inline-Images:** image001.png; image002.png; image003.png

---

Caution! This message was sent from outside your organization.          Allow sender | Block sender

Good morning,

General Finney asked that I respond on his behalf and thank you for sending this correspondence. General Finney stated that he will confer with General Stahl on this matter.

Chrystie Kyte
Administrative Assistant
First Judicial District Attorney General's Office
P.O. Box 38
Jonesborough, TN 37659

▮▮▮▮▮▮▮▮

---

**From:** Maria Ashburn <mashburn@watsonroach.com>
**Sent:** Tuesday, February 27, 2024 4:05 PM
**To:** Steven R. Finney ▮▮▮▮▮▮ >
**Cc:** Kimberly A. Hagy ▮▮▮▮▮▮ ; Chrystie L. Kyte ▮▮▮▮▮▮ ; michael.stahl@ag.tn.gov; Lisa May <lisa@hbm-lawfirm.com>; Jon Lakey <jlakey@bpjlaw.com>; Emily Taylor <etaylor@watsonroach.com>
**Subject:** Jane Doe 1, et al. v. City of Johnson City, Tennessee, et al.

General Finney:

Please see the attached letter from Emily Taylor. Ms. Taylor will look forward to hearing back from you in this regard.

Thank you for your attention to this matter.

Sincerely,
**Maria Ashburn**
Assistant to Hanson R. Tipton and Emily C. Taylor
865-637-1700 (office)
865-525-2514 (fax)
mashburn@watsonroach.com



WATSON ROACH
ATTORNEYS AT LAW

Website | V-Card

Watson, Roach, Batson & Lauderback, P.L.C.
P. O. Box 131
Knoxville, Tennessee 37901-0131

THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION UNDER THE COMMON INTEREST DOCTRINE,
JOINT DEFENSE AGREEMENT OR ATTORNEY CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR THE PERSON(S)
TO WHOM IT IS ADDRESSED.  IT IS NOT TO BE DIVULGED IN PART OR IN WHOLE, NOR IS THE SUBSTANCE OF IT
TO BE DIVULGED IN PART OR IN WHOLE, TO ANYONE OTHER THAN THE ADDRESSEE(S) WITHOUT THE
EXPRESS PERMISSION OF THE SENDER.  IF YOU HAVE RECEIVED THIS MESSAGE AND ARE NOT THE
INTENDED RECIPIENT, PLEASE NOTIFY WATSON, ROACH, BATSON & LAUDERBACK, P.L.C. IMMEDIATELY AT 865-
637-1700, AND DELETE THE MESSAGE FROM YOUR SYSTEM.  UNITED STATES TREASURY REGULATIONS
REQUIRE US TO INFORM YOU THAT NO STATEMENTS CONTAINED HEREIN NOR ANY ATTACHMENTS HERETO
ARE INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY ANY PERSON FOR THE PURPOSE OF
AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER UNITED STATES FEDERAL TAX LAWS.

LEGAL CONFIDENTIAL: The information in this e-mail and in any attachment may contain information that is
privileged either legally or otherwise. It is intended only for the attention and use of the named recipient. If you
are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or
any of its attachments. If you received this e-mail in error, please notify me and delete this message.

**From:** "Emily Taylor" <etaylor@watsonroach.com>
**To:** "Chrystie L. Kyte" ███████████████, "Maria Ashburn" <mashburn@watsonroach.com>, "Steven R. Finney"
**Cc:** "Kimberly A. Hagy" ███████████████, "michael.stahl@ag.tn.gov" <michael.stahl@ag.tn.gov>, "Lisa May" <lisa@hbm-lawfirm.com>, "Jon Lakey" <jlakey@bpjlaw.com>
**Subject:** RE: Jane Doe 1, et al. v. City of Johnson City, Tennessee, et al.
**Date:** Wed, 06 Mar 2024 17:08:35 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image002.png; image003.png

---

Ms. Kyte,

I am following up to see if you had heard from General Finney or General Stahl about my letter? Thanks for your assistance with this!

Emily

**From:** Chrystie L. Kyte ███████████████
**Sent:** Wednesday, February 28, 2024 10:21 AM
**To:** Maria Ashburn <mashburn@watsonroach.com>; Steven R. Finney ███████████
**Cc:** Kimberly A. Hagy ███████████; michael.stahl@ag.tn.gov; Lisa May <lisa@hbm-lawfirm.com>; Jon Lakey <jlakey@bpjlaw.com>; Emily Taylor <etaylor@watsonroach.com>
**Subject:** RE: Jane Doe 1, et al. v. City of Johnson City, Tennessee, et al.

> **Caution!** This message was sent from outside your organization.    Allow sender | Block sender

Good morning,

    General Finney asked that I respond on his behalf and thank you for sending this correspondence. General Finney stated that he will confer with General Stahl on this matter.

Chrystie Kyte
Administrative Assistant
First Judicial District Attorney General's Office
P.O. Box 38
Jonesborough, TN 37659
████████████████

---

**From:** Maria Ashburn <mashburn@watsonroach.com>
**Sent:** Tuesday, February 27, 2024 4:05 PM
**To:** Steven R. Finney ████████████
**Cc:** Kimberly A. Hagy ███████████████; Chrystie L. Kyte ███████████████; michael.stahl@ag.tn.gov; Lisa May <lisa@hbm-lawfirm.com>; Jon Lakey <jlakey@bpjlaw.com>; Emily Taylor <etaylor@watsonroach.com>
**Subject:** Jane Doe 1, et al. v. City of Johnson City, Tennessee, et al.

General Finney:

Please see the attached letter from Emily Taylor. Ms. Taylor will look forward to hearing back from you in this regard.

Thank you for your attention to this matter.

Sincerely,
**Maria Ashburn**
Assistant to Hanson R. Tipton and Emily C. Taylor
865-637-1700 (office)
865-525-2514 (fax)
mashburn@watsonroach.com



Website    V-Card

Watson, Roach, Batson & Lauderback, P.L.C.
P. O. Box 131
Knoxville, Tennessee 37901-0131

THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION UNDER THE COMMON INTEREST DOCTRINE, JOINT DEFENSE AGREEMENT OR ATTORNEY CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR THE PERSON(S) TO WHOM IT IS ADDRESSED.  IT IS NOT TO BE DIVULGED IN PART OR IN WHOLE, NOR IS THE SUBSTANCE OF IT TO BE DIVULGED IN PART OR IN WHOLE, TO ANYONE OTHER THAN THE ADDRESSEE(S) WITHOUT THE EXPRESS PERMISSION OF THE SENDER.  IF YOU HAVE RECEIVED THIS MESSAGE AND ARE NOT THE INTENDED RECIPIENT, PLEASE NOTIFY WATSON, ROACH, BATSON & LAUDERBACK, P.L.C. IMMEDIATELY AT 865-637-1700, AND DELETE THE MESSAGE FROM YOUR SYSTEM.  UNITED STATES TREASURY REGULATIONS REQUIRE US TO INFORM YOU THAT NO STATEMENTS CONTAINED HEREIN NOR ANY ATTACHMENTS HERETO ARE INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY ANY PERSON FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER UNITED STATES FEDERAL TAX LAWS.


LEGAL CONFIDENTIAL: The information in this e-mail and in any attachment may contain information that is privileged either legally or otherwise. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify me and delete this message.

**From:** "Chrystie L. Kyte" ███████████████████

**To:** Emily Taylor <etaylor@watsonroach.com>

**Cc:** "Kimberly A. Hagy" ████████████████, "michael.stahl@ag.tn.gov" <michael.stahl@ag.tn.gov>

**Subject:** RE: Jane Doe 1, et al. v. City of Johnson City, Tennessee, et al.

**Date:** Thu, 07 Mar 2024 18:24:05 +0000

**Importance:** Normal

**Attachments:** 20240307131949.pdf

**Inline-Images:** image001.png; image002.png; image003.png

---

> Caution! This message was sent from outside your organization.  Allow sender | Block sender

Ms. Taylor,

General Finney asked that I forward this email and the attached correspondence on his behalf. After corroborating with Michael Stahl, Senior Assistant Attorney General, concerning your letter dated February 27, 2024, the attached serves as General Finney's response.

Chrystie Kyte
Administrative Assistant
First Judicial District Attorney General's Office
P.O. Box 38
Jonesborough, TN 37659
███████████████

---

**From:** Emily Taylor <etaylor@watsonroach.com>
**Sent:** Wednesday, March 6, 2024 12:09 PM
**To:** Chrystie L. Kyte ██████████████; Maria Ashburn <mashburn@watsonroach.com>; Steven R. Finney
███████████
**Cc:** Kimberly A. Hagy ████████████; michael.stahl@ag.tn.gov; Lisa May <lisa@hbm-lawfirm.com>; Jon Lakey <jlakey@bpjlaw.com>
**Subject:** RE: Jane Doe 1, et al. v. City of Johnson City, Tennessee, et al.

Ms. Kyte,

I am following up to see if you had heard from General Finney or General Stahl about my letter? Thanks for your assistance with this!

Emily

---

**From:** Chrystie L. Kyte ████████████
**Sent:** Wednesday, February 28, 2024 10:21 AM
**To:** Maria Ashburn <mashburn@watsonroach.com>; Steven R. Finney ████████████
**Cc:** Kimberly A. Hagy ████████████; michael.stahl@ag.tn.gov; Lisa May <lisa@hbm-lawfirm.com>; Jon Lakey <jlakey@bpjlaw.com>; Emily Taylor <etaylor@watsonroach.com>
**Subject:** RE: Jane Doe 1, et al. v. City of Johnson City, Tennessee, et al.

Good morning,

General Finney asked that I respond on his behalf and thank you for sending this correspondence. General Finney stated that he will confer with General Stahl on this matter.

Chrystie Kyte
Administrative Assistant
First Judicial District Attorney General's Office
P.O. Box 38
Jonesborough, TN 37659

▇▇▇▇▇▇▇▇

---

**From:** Maria Ashburn <mashburn@watsonroach.com>
**Sent:** Tuesday, February 27, 2024 4:05 PM
**To:** Steven R. Finney ▇▇▇▇▇▇▇
**Cc:** Kimberly A. Hagy ▇▇▇▇▇▇▇; Chrystie L. Kyte ▇▇▇▇▇▇▇; michael.stahl@ag.tn.gov; Lisa May <lisa@hbm-lawfirm.com>; Jon Lakey <jlakey@bpjlaw.com>; Emily Taylor <etaylor@watsonroach.com>
**Subject:** Jane Doe 1, et al. v. City of Johnson City, Tennessee, et al.

General Finney:

Please see the attached letter from Emily Taylor. Ms. Taylor will look forward to hearing back from you in this regard.

Thank you for your attention to this matter.

Sincerely,
**Maria Ashburn**
Assistant to Hanson R. Tipton and Emily C. Taylor
865-637-1700 (office)
865-525-2514 (fax)
mashburn@watsonroach.com



Website     V-Card

Watson, Roach, Batson & Lauderback, P.L.C.
P. O. Box 131
Knoxville, Tennessee 37901-0131

THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION UNDER THE COMMON INTEREST DOCTRINE, JOINT DEFENSE AGREEMENT OR ATTORNEY CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR THE PERSON(S) TO WHOM IT IS ADDRESSED. IT IS NOT TO BE DIVULGED IN PART OR IN WHOLE, NOR IS THE SUBSTANCE OF IT TO BE DIVULGED IN PART OR IN WHOLE, TO ANYONE OTHER THAN THE ADDRESSEE(S) WITHOUT THE EXPRESS PERMISSION OF THE SENDER. IF YOU HAVE RECEIVED THIS MESSAGE AND ARE NOT THE INTENDED RECIPIENT, PLEASE NOTIFY WATSON, ROACH, BATSON & LAUDERBACK, P.L.C. IMMEDIATELY AT 865-637-1700, AND DELETE THE MESSAGE FROM YOUR SYSTEM. UNITED STATES TREASURY REGULATIONS REQUIRE US TO INFORM YOU THAT NO STATEMENTS CONTAINED HEREIN NOR ANY ATTACHMENTS HERETO ARE INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY ANY PERSON FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER UNITED STATES FEDERAL TAX LAWS.

LEGAL CONFIDENTIAL: The information in this e-mail and in any attachment may contain information that is privileged either legally or otherwise. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or

distribute the message and/or any of its attachments. If you received this e-mail in error, please notify me and delete this message.



*Reply to:*

☑ Washington County Office
Washington County Courthouse
P.O. Box 38
Jonesborough, TN 37659
Phone: (423) 753-5020
Fax:    (423) 753-4803

☐ Carter County Office
1500 West Elk Avenue, Suite 208
Elizabethton, TN 37643
Phone: (423) 547-5897
Fax:    (423) 547-5896

**STEVEN R. FINNEY**
DISTRICT ATTORNEY GENERAL
FIRST JUDICIAL DISTRICT

☐ Unicoi County Office
Unicoi County Courthouse
100 N. Main Street
P.O. Box 730
Erwin, TN 37650
Phone: (423) 743-1113
Fax:    (423) 743-1120

☐ Johnson County Office
301 West Main Street
Mountain City, TN 37683
Phone: (423) 727-3959
Fax:    (423) 727-3965

March 7, 2024

Emily C. Taylor
WATSON, ROACH, BATSON & LAUDERBACK, PLC
P.O. Box 131
Knoxville, TN 37901

> RE:    Jane Doe 1 et al. v. City of Johnson City, Tennessee, et al.
>        U.S. District Court No. 2:23-cv-00071-TRM-CRW

Dear Mrs. Taylor,

The First Judicial District Attorney General's Office is in receipt of your request for additional guidance regarding the release of documents requested by parties involved in the matter of *Jane Doe 1 et al. v. City of Johnson City, Tennessee, et al.*, U.S. District Court No. 2:23-cv-00071-TRM-CRW. Specifically, "whether there is a pending investigation involving **FEMALE 3** **FEMALE 3** and if so, what documents are pertinent to that investigation;" whether "electronic communications [sent or received by JCPD officers involving **FEMALE 3** case] are relevant to [that ongoing investigation];" and which sexual assault investigative files have been reopened, thereby constituting "pending investigations" for the purposes of discovery in the above styled matter?

Please be advised that there is a pending investigation involving **FEMALE 3** and, therefore, any request(s) for documents or materials relevant to the ongoing investigation of Ms. **FEMALE 3** are privileged under Tenn. R. Crim. P. 16, made applicable through Tenn. R. Civ. P. 26.02, *Tennessean v. Metropolitan Gov't of Nashville*, 485 S.W.3d 857, 870-71 (Tenn. 2016) (disclosure of criminal investigative records regarding a pending prosecution is dictated by Tenn. R. Crim. P. 16), and *State v. Harrison*, 270 S.W.3d 21, 35 (Tenn. 2008) (rules of criminal procedure can apply in civil contexts where the Tennessee Rules of Civil Procedure do not adequately balance the rights and interests of persons who are being prosecuted for criminal offenses). Moreover, any electronic communication sent or received by JCPD officers involving Ms. **FEMALE 3** case are similarly protected. Finally, to the extent the First Judicial District Attorney's Office has reopened certain sexual assault investigative files which might prohibit the release of documents pursuant to Rule 16, please provide the names of suspects other than Sean Williams which have been requested by

parties involved in the *Jane Doe* matter so that my office can instruct on the pending, or closed, status of those cases.

For any further questions or concerns regarding this matter please feel free to reach out to Chrystie Kyte at ███████████.

Sincerely,

STEVE FINNEY
District Attorney General
First Judicial District of TN

**From:** Maria Ashburn <mashburn@watsonroach.com>
**To:** "Steven R. Finney" ███████████
**Cc:** "Chrystie L. Kyte" ██████████████, "Kimberly A. Hagy" ███████████,
"michael.stahl@ag.tn.gov" <michael.stahl@ag.tn.gov>, Lisa May <lisa@hbm-lawfirm.com>, Jon Lakey <jlakey@bpjlaw.com>, Emily Taylor <etaylor@watsonroach.com>
**Subject:** RE: Jane Doe 1, et al. v. City of Johnson City, Tennessee, et al.
**Date:** Fri, 08 Mar 2024 21:03:11 +0000
**Importance:** Normal
**Attachments:** 2024-03-08_Letter_from_Emily_Taylor.pdf; Redacted_Case_Notes_Example.pdf
**Inline-Images:** image001.png; image002.png; image003.png

---

General Finney:

Attached please find Emily Taylor's correspondence with accompanying enclosure for your review.
Ms. Taylor will look forward to hearing from you in this regard.

Thank you for your attention to this matter.

Sincerely,
**Maria Ashburn**
Assistant to Hanson R. Tipton and Emily C. Taylor
865-637-1700 (office)
865-525-2514 (fax)
mashburn@watsonroach.com



| Website | V-Card |

Watson, Roach, Batson & Lauderback, P.L.C.
P. O. Box 131
Knoxville, Tennessee 37901-0131

THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION UNDER THE COMMON INTEREST DOCTRINE, JOINT DEFENSE AGREEMENT OR ATTORNEY CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR THE PERSON(S) TO WHOM IT IS ADDRESSED. IT IS NOT TO BE DIVULGED IN PART OR IN WHOLE, NOR IS THE SUBSTANCE OF IT TO BE DIVULGED IN PART OR IN WHOLE, TO ANYONE OTHER THAN THE ADDRESSEE(S) WITHOUT THE EXPRESS PERMISSION OF THE SENDER. IF YOU HAVE RECEIVED THIS MESSAGE AND ARE NOT THE INTENDED RECIPIENT, PLEASE NOTIFY WATSON, ROACH, BATSON & LAUDERBACK, P.L.C. IMMEDIATELY AT 865-637-1700, AND DELETE THE MESSAGE FROM YOUR SYSTEM. UNITED STATES TREASURY REGULATIONS REQUIRE US TO INFORM YOU THAT NO STATEMENTS CONTAINED HEREIN NOR ANY ATTACHMENTS HERETO ARE INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY ANY PERSON FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER UNITED STATES FEDERAL TAX LAWS.

---

**From:** Chrystie L. Kyte ███████████
**Sent:** Wednesday, February 28, 2024 10:21 AM
**To:** Maria Ashburn ███████████; Steven R. Finney ███████
**Cc:** Kimberly A. Hagy ███████████; michael.stahl@ag.tn.gov; Lisa May <lisa@hbm-lawfirm.com>; Jon Lakey

<jlakey@bpjlaw.com>; Emily Taylor <etaylor@watsonroach.com>
**Subject:** RE: Jane Doe 1, et al. v. City of Johnson City, Tennessee, et al.

---

Caution! This message was sent from outside your organization.        Allow sender | Block sender

---

Good morning,

General Finney asked that I respond on his behalf and thank you for sending this correspondence. General Finney stated that he will confer with General Stahl on this matter.

Chrystie Kyte
Administrative Assistant
First Judicial District Attorney General's Office
P.O. Box 38
Jonesborough, TN 37659

---

**From:** Maria Ashburn <mashburn@watsonroach.com>
**Sent:** Tuesday, February 27, 2024 4:05 PM
**To:** Steven R. Finney
**Cc:** Kimberly A. Hagy                    ; Chrystie L. Kyte                    ; michael.stahl@ag.tn.gov; Lisa May <lisa@hbm-lawfirm.com>; Jon Lakey <jlakey@bpjlaw.com>; Emily Taylor <etaylor@watsonroach.com>
**Subject:** Jane Doe 1, et al. v. City of Johnson City, Tennessee, et al.

General Finney:

Please see the attached letter from Emily Taylor. Ms. Taylor will look forward to hearing back from you in this regard.

Thank you for your attention to this matter.

Sincerely,
**Maria Ashburn**
Assistant to Hanson R. Tipton and Emily C. Taylor
865-637-1700 (office)
865-525-2514 (fax)
mashburn@watsonroach.com



Watson, Roach, Batson & Lauderback, P.L.C.
P. O. Box 131
Knoxville, Tennessee 37901-0131

THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION UNDER THE COMMON INTEREST DOCTRINE, JOINT DEFENSE AGREEMENT OR ATTORNEY CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR THE PERSON(S) TO WHOM IT IS ADDRESSED. IT IS NOT TO BE DIVULGED IN PART OR IN WHOLE, NOR IS THE SUBSTANCE OF IT TO BE DIVULGED IN PART OR IN WHOLE, TO ANYONE OTHER THAN THE ADDRESSEE(S) WITHOUT THE EXPRESS PERMISSION OF THE SENDER. IF YOU HAVE RECEIVED THIS MESSAGE AND ARE NOT THE INTENDED RECIPIENT, PLEASE NOTIFY WATSON, ROACH, BATSON & LAUDERBACK, P.L.C. IMMEDIATELY AT 865-637-1700, AND DELETE THE MESSAGE FROM YOUR SYSTEM. UNITED STATES TREASURY REGULATIONS REQUIRE US TO INFORM YOU THAT NO STATEMENTS CONTAINED HEREIN NOR ANY ATTACHMENTS HERETO

ARE INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY ANY PERSON FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER UNITED STATES FEDERAL TAX LAWS.

LEGAL CONFIDENTIAL: The information in this e-mail and in any attachment may contain information that is privileged either legally or otherwise. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify me and delete this message.

**From:** "Chrystie L. Kyte" 

**To:** "Ball, Cathy" <cball@johnsoncitytn.org>, "Steven R. Finney" ██████████

**Cc:** "Church, Bill" <bchurch@johnsoncitytn.org>, "Jenkins, Scott" <sjenkins@johnsoncitytn.org>, "Dougherty, Eric" <edougherty@johnsoncitytn.org>, "Shoun, Keisha" <kshoun@johnsoncitytn.org>

**Subject:** [EXTERNAL] RE: Media Heads Up

**Date:** Thu, 22 Jun 2023 18:33:23 +0000

**Importance:** Normal

---

**CAUTION: External Email** This email originated from outside of Johnson City's e-mail servers. DO NOT click links or open attachments unless you recognize the sender and know the content is safe.

---

Ms. Ball,

General Finney's response concerning your media release, "Because this release directly pertains to the pending lawsuit, the line from your statement of "and we will continue to work hand in hand with the District Attorney's office to do so," needs to be omitted from your statement.

Please let me know if you have any questions. Thank you.

Chrystie Kyte
Administrative Assistant
First Judicial District Attorney General's Office
P.O. Box 38
Jonesborough, TN 37659
██████████

---

**From:** Ball, Cathy <cball@johnsoncitytn.org>
**Sent:** Thursday, June 22, 2023 2:05 PM
**To:** Steven R. Finney ██████████
**Cc:** Church, Bill <bchurch@johnsoncitytn.org>; Jenkins, Scott <sjenkins@johnsoncitytn.org>; Dougherty, Eric <edougherty@johnsoncitytn.org>; Shoun, Keisha <kshoun@johnsoncitytn.org>
**Subject:** Media Heads Up

General Finney,

We are giving a media briefing at 3:00 PM today. I wanted to provide you with a copy of what I am planning to say. Please let me know if you have any questions.

My best,
Cathy

This email (including any attachments) is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, as confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Receipt by anyone other than the intended recipient does not constitute waiver or loss of the confidential or privileged nature of the communication. Please reply to the sender that you received the message in error, then delete it. Thank you.

LEGAL CONFIDENTIAL: The information in this e-mail and in any attachment may contain information that is privileged either legally or otherwise. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify me and delete this message.

**From:** "Kimberly A. Hagy" ▮▮▮▮▮▮▮▮▮▮
**To:** "Church, Bill" <bchurch@johnsoncitytn.org>
**Cc:** "Ball, Cathy" <cball@johnsoncitytn.org>, "christopher.wilhoit@tn.gov" <christopher.wilhoit@tn.gov>
**Subject:** [EXTERNAL] Sean Williams Investigation
**Date:** Tue, 27 Jun 2023 19:42:46 +0000
**Importance:** Normal
**Attachments:** Letter_to_JCPD_Chief_Church_(06-27-23).pdf

---

**\*\*CAUTION: External Email\*\*** This email originated from outside of Johnson City's e-mail servers. DO NOT click links or open attachments unless you recognize the sender and know the content is safe.

---

Chief Church,

Please see the attached letter from General Finney regarding the Sean Williams' investigation. At General Finney's request, I am also providing a copy of this letter to Ms. Ball and Agent Wilhoit. Should you have any questions, please feel free to contact General Finney.

Thank you,
Kim Hagy

*Kim Hagy*
Legal Secretary
District Attorney General's Office – 1st Judicial District
115 East Jackson Boulevard
P. O. Box 38
Jonesborough, TN 37659
▮▮▮▮▮▮▮▮▮▮

LEGAL CONFIDENTIAL: The information in this e mail and in any attachment may contain information that is privileged either legal or otherwise. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e mail in error, please notifty me and delete this message.

*Reply to:*

☒ Washington County Office
Washington County Courthouse
P.O. Box 38
Jonesborough, TN 37659
Phone: (423) 753-5020
Fax:    (423) 753-4803

☐ Carter County Office
1500 West Elk Avenue, Suite 208
Elizabethton, TN 37643
Phone: (423) 547-5897
Fax:    (423) 547-5896

☐ Unicoi County Office
Unicoi County Courthouse
100 N. Main Street
P.O. Box 730
Erwin, TN 37650
Phone: (423) 743-1113
Fax:    (423) 743-1120

☐ Johnson County Office
301 West Main Street
Mountain City, TN 37683
Phone: (423) 727-3959
Fax:    (423) 727-3965



**STEVEN R. FINNEY**
DISTRICT ATTORNEY GENERAL
FIRST JUDICIAL DISTRICT

June 27, 2023

### *VIA ELECTRONIC MAIL*

Mr. Billy Church, Chief
Johnson City Police Department
601 East Main Street
Johnson City, TN 37601

      RE:    Investigation of Sean Williams

Dear Chief Church:

      On June 2, 2023, I along with Abby Wallace, Assistant District Attorney, and Mike Little, D.A. Investigator, met with you, Eric Dougherty, Mike Adams, Cathy Ball, City Manager, and discussed the Williams' Investigation as to new evidence that was discovered as a result of the North Carolina investigation. Without going into detail, we described the magnitude of the situation. The crux of the conversation was that we wished to have a female investigator assist my office in interviews with potential victims if we could get them to come forward.

      Since that time, there has been a second lawsuit filed naming more members of the Johnson City Police Department as "John Doe" defendants. As a result, I called you on June 23, 2023 and informed you that my office would be taking over the state investigation and using a TBI female agent to work with Mike Little in interviewing female victims and witnesses. I further informed you that this was my decision not to use the Johnson City Police Department to protect the sanctity of the investigation and prosecution. I explained that if the Johnson City Police Department stayed involved and something went wrong, your department would get blamed and that my office was in collusion with the Johnson City Police Department.

Billy Church, Chief
Johnson City Police Department
June 27, 2023
Page Two

We discussed that my office would continue to actively work on all other cases with the Johnson City Police Department as we have been since the beginning of my tenure. We both agreed that it is about getting justice for the victims, and this is how I was going to do it.

This letter is not a slight on the police department and the great work you are doing. It is to avoid any conflict and/or any appearance of impropriety on any entity's part. Therefore, my decision is that my office along with assistance from the TBI will take over this investigation and further prosecution.

Sincerely,

Steven R. Finney
District Attorney General

SRF/kh

**From:** "Ball, Cathy" <cball@johnsoncitytn.org>
**To:** "srfinney ████████████████████████████
**Cc:** "Church, Bill" <bchurch@johnsoncitytn.org>
**Subject:** FW: Does Filing re: MOTION to Amend/Revise [21] Amended Complaint - Documents attached
**Date:** Wed, 13 Dec 2023 14:44:29 +0000
**Importance:** Normal
**Attachments:** DOC._93_MOTION_to_Amend-Revise_[21]_Amended_Complaint_field_12-12-23.pdf; DOC._93-1_MOTION_to_Amend-Revise_[21]_Amended_Complaint_field_12-12-23.pdf
**Inline-Images:** image002.jpg

---

General Finney,

This is the motion that was filed yesterday by the plaintiffs in the Doe case.

Cathy

From: Baker, Joy <jbaker@johnsoncitytn.org>
Sent: Wednesday, December 13, 2023 8:36 AM
To: Ball, Cathy <cball@johnsoncitytn.org>; Sandos, Sunny <ssandos@johnsoncitytn.org>; Watson, Blake <bwatson@johnsoncitytn.org>
Subject: Does Filing re: MOTION to Amend/Revise [21] Amended Complaint - Documents attached

From: Lisa May <lisa@hbm-lawfirm.com>
Sent: Wednesday, December 13, 2023 8:28 AM
To: Baker, Joy <jbaker@johnsoncitytn.org>
Subject: [EXTERNAL] Does Filing re: MOTION to Amend/Revise [21] Amended Complaint

**\*\*CAUTION: External Email\*\*** This email originated from outside of Johnson City's e-mail servers. DO NOT click links or open attachments unless you recognize the sender and know the content is safe.

Joy:

Please see attached *MOTION to Amend/Revise [21] Amended Complaint* that was filed on 12/12/23 at 9:42 PM.

Thanks,

*Lisa*

Lisa May
Legal Assistant to Erick Herrin
**HERRIN, McPEAK & ASSOCIATES**
P.O. Box 629
515 E. Unaka Avenue
Johnson City, TN 37605-0629
P: 423.929.7113 | F: 423.929.7114
E: **lisa@hbm-lawfirm.com**



**HERRIN, McPEAK**
**& ASSOCIATES**

*Attorneys at Law*

THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IT IS NOT THE INTENTION OF HERRIN, McPEAK & ASSOCIATES TO WAIVE THE ATTORNEY-CLIENT PRIVILEGE, THE ATTORNEY-WORK PRODUCT DOCTRINE OR ANY PROPRIETARY RIGHTS IN THE INFORMATION CONTAINED IN THIS EMAIL OR ITS ATTACHMENTS THERETO.

IRS CIRCULAR 230 DISCLOSURE: IRS Circular 230 requires us to state that, unless it is expressly stated above or in an attachment hereto, any opinions expressed with respect to a significant tax issue are not intended or written by us to be used, and cannot be used by the recipient, for the purpose of avoiding penalties that may be imposed on the recipient or any other person who may examine this correspondence in connection with a Federal tax matter.

**From:** "Ball, Cathy" <cball@johnsoncitytn.org>

**To:** ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

**Cc:** "Church, Bill" <bchurch@johnsoncitytn.org>, "Jenkins, Scott" <sjenkins@johnsoncitytn.org>, "Dougherty, Eric" <edougherty@johnsoncitytn.org>

**Subject:** FW: [EXTERNAL] NEW LAWSUIT

**Date:** Thu, 22 Jun 2023 00:50:06 +0000

**Importance:** Normal

**Attachments:** COMPLAINT_DOC_1_FILED_6-21-23.pdf; COMPLAINT_FILED_DOC_1-1_FILED_6-21-23.pdf; MEMO_IN_SUPPORT_OF_MOTION_TO_PROCEED_UNDER_PSFUDONYM_DOC._3_FILED_6-21-23.pdf; MOTION_TO_FILE_UNDER_PSEUDONYM_DOC_2_FILED_6-21-23.pdf; SWORN_DECLARATION_OF_HEATHER_MORE_COLLINS_DOC._2-1_FILED_6-21-23.pdf

**Inline-Images:** image001.jpg; image002.jpg

---

General Finney,

Thank you for your time this afternoon on the phone. The lawsuit we referenced in our conversation has been filed. I am providing you a copy for your information.

Again, thank you so much for the continued partnership with the JCPD.

Cathy

**From:** Keenan, Sheri <skeenan@johnsoncitytn.org>
**Sent:** Wednesday, June 21, 2023 6:20 PM
**To:** Trivette, Randy <rtrivette@johnsoncitytn.org>; Ball, Cathy <cball@johnsoncitytn.org>
**Subject:** FW: [EXTERNAL] NEW LAWSUIT



**Sheri Keenan**
Paralegal, Legal Department
City of Johnson City, Tennessee
423.434.6009 o. / 423.444.6760 c. / www.johnsoncitytn.org

The contents of this email may be PRIVILEGED and CONFIDENTIAL. This email is intended only for the use of the named recipient(s) to which this email is addressed. If you have received this email by mistake, please reply to this message and follow with its deletion. Any unauthorized use, dissemination or copying of this email or the information contained in it or attached to it, is strictly prohibited. Thank you for your cooperation and understanding.

**From:** Lisa May <lisa@hbm-lawfirm.com>
**Sent:** Wednesday, June 21, 2023 6:19 PM
**To:** Keenan, Sheri <skeenan@johnsoncitytn.org>
**Subject:** [EXTERNAL] NEW LAWSUIT

**\*\*CAUTION: External Email\*\*** This email originated from outside of Johnson City's e-mail servers. DO NOT click links or open attachments unless you recognize the sender and know the content is safe.



Lisa May
Legal Assistant to Erick Herrin
**HERRIN, McPEAK & ASSOCIATES**
P.O. Box 629
515 E. Unaka Avenue
Johnson City, TN 37605-0629
P: 423.929.7113 | F: 423.929.7114
E: **lisa@hbm-lawfirm.com**



**HERRIN, McPEAK**
**& ASSOCIATES**

*Attorneys at Law*

**THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IT IS NOT THE INTENTION OF HERRIN, McPEAK & ASSOCIATES TO WAIVE THE ATTORNEY CLIENT PRIVILEGE, THE ATTORNEY WORK PRODUCT DOCTRINE OR ANY PROPRIETARY RIGHTS IN THE INFORMATION CONTAINED IN THIS EMAIL OR ITS ATTACHMENTS THERETO.**

**IRS CIRCULAR 230 DISCLOSURE: IRS Circular 230 requires us to state that, unless it is expressly stated above or in an attachment hereto, any opinions expressed with respect to a significant tax issue are not intended or written by us to be used, and cannot be used by the recipient, for the purpose of avoiding penalties that may be imposed on the recipient or any other person who may examine this correspondence in connection with a Federal tax matter.**

**From:** "Ball, Cathy" <cball@johnsoncitytn.org>
**To:** "Wise, Joe" <jwise@johnsoncitytn.org>
**Subject:** FW: [EXTERNAL] Sean Williams Investigation
**Date:** Tue, 27 Jun 2023 20:39:01 +0000
**Importance:** Normal
**Attachments:** Letter_to_JCPD_Chief_Church_(06-27-23).pdf

---

**From:** Kimberly A. Hagy ███████████
**Sent:** Tuesday, June 27, 2023 3:43 PM
**To:** Church, Bill <bchurch@johnsoncitytn.org>
**Cc:** Ball, Cathy <cball@johnsoncitytn.org>; christopher.wilhoit@tn.gov
**Subject:** [EXTERNAL] Sean Williams Investigation

**\*\*CAUTION: External Email\*\*** This email originated from outside of Johnson City's e-mail servers. DO NOT click links or open attachments unless you recognize the sender and know the content is safe.

Chief Church,

Please see the attached letter from General Finney regarding the Sean Williams' investigation. At General Finney's request, I am also providing a copy of this letter to Ms. Ball and Agent Wilhoit. Should you have any questions, please feel free to contact General Finney.

Thank you,
Kim Hagy

*Kim Hagy*
Legal Secretary
District Attorney General's Office    1st Judicial District
115 East Jackson Boulevard
P. O. Box 38
Jonesborough, TN 37659
███████████████

LEGAL CONFIDENTIAL: The information in this e mail and in any attachment may contain information that is privileged either legal or otherwise. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e mail in error, please notifty me and delete this message.



*Reply to:*

☒ Washington County Office
Washington County Courthouse
P.O. Box 38
Jonesborough, TN 37659
Phone: (423) 753-5020
Fax:    (423) 753-4803

☐ Carter County Office
1500 West Elk Avenue, Suite 208
Elizabethton, TN 37643
Phone: (423) 547-5897
Fax:    (423) 547-5896

**STEVEN R. FINNEY**
DISTRICT ATTORNEY GENERAL
FIRST JUDICIAL DISTRICT

☐ Unicoi County Office
Unicoi County Courthouse
100 N. Main Street
P.O. Box 730
Erwin, TN 37650
Phone: (423) 743-1113
Fax:    (423) 743-1120

☐ Johnson County Office
301 West Main Street
Mountain City, TN 37683
Phone: (423) 727-3959
Fax:    (423) 727-3965

June 27, 2023

### *VIA ELECTRONIC MAIL*

Mr. Billy Church, Chief
Johnson City Police Department
601 East Main Street
Johnson City, TN 37601

      RE:    Investigation of Sean Williams

Dear Chief Church:

On June 2, 2023, I along with Abby Wallace, Assistant District Attorney, and Mike Little, D.A. Investigator, met with you, Eric Dougherty, Mike Adams, Cathy Ball, City Manager, and discussed the Williams' Investigation as to new evidence that was discovered as a result of the North Carolina investigation. Without going into detail, we described the magnitude of the situation. The crux of the conversation was that we wished to have a female investigator assist my office in interviews with potential victims if we could get them to come forward.

Since that time, there has been a second lawsuit filed naming more members of the Johnson City Police Department as "John Doe" defendants. As a result, I called you on June 23, 2023 and informed you that my office would be taking over the state investigation and using a TBI female agent to work with Mike Little in interviewing female victims and witnesses. I further informed you that this was my decision not to use the Johnson City Police Department to protect the sanctity of the investigation and prosecution. I explained that if the Johnson City Police Department stayed involved and something went wrong, your department would get blamed and that my office was in collusion with the Johnson City Police Department.

Billy Church, Chief
Johnson City Police Department
June 27, 2023
Page Two

        We discussed that my office would continue to actively work on all other cases with the
Johnson City Police Department as we have been since the beginning of my tenure.  We both
agreed that it is about getting justice for the victims, and this is how I was going to do it.

        This letter is not a slight on the police department and the great work you are doing.  It is
to avoid any conflict and/or any appearance of impropriety on any entity's part.  Therefore, my
decision is that my office along with assistance from the TBI will take over this investigation and
further prosecution.

                                        Sincerely,

                                        Steven R. Finney
                                        District Attorney General

SRF/kh

**From:** "Ball, Cathy" <cball@johnsoncitytn.org>
**To:** "Dougherty, Eric" <edougherty@johnsoncitytn.org>
**Subject:** Fwd: [EXTERNAL] URGENT REQUEST
**Date:** Thu, 01 Jun 2023 17:00:15 +0000
**Importance:** Normal

---

Begin forwarded message:

**From:** "Chrystie L. Kyte" ███████████████
**Date:** June 1, 2023 at 11:44:13 AM EDT
**To:** "Church, Bill" <bchurch@johnsoncitytn.org>, City Manager <citymgr@johnsoncitytn.org>
**Subject:** [EXTERNAL] URGENT REQUEST



**\*\*CAUTION: External Email\*\*** This email originated from outside of Johnson City's e-mail servers. DO NOT click links or open attachments unless you recognize the sender and know the content is safe.

General Finney has requested a meeting at the Johnson City Police Department with each of you tomorrow, Friday, June 2, 2023, at 1:30pm. This concerns the matter involving Sean Williams and General Finney needs to meet with you as soon as possible. Please respond at your earliest convenience to confirm that you are available. Thank you!

Chrystie Kyte
Administrative Assistant
First Judicial District Attorney General's Office
P.O. Box 38
Jonesborough, TN 37659
███████████████

LEGAL CONFIDENTIAL: The information in this e-mail and in any attachment may contain information that is privileged either legally or otherwise. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify me and delete this message.

**From:** "Ball, Cathy" <cball@johnsoncitytn.org>
**To:** "Chrystie L. Kyte" ████████████████
**Subject:** Fwd: Press Release and Cover Letter for Daigle Audit
**Date:** Tue, 18 Jul 2023 13:32:21 +0000
**Importance:** Normal
**Attachments:** Audit_letter_Cathy_Ball.docx; AuditReport_(002).docx
**Inline-Images:** image002.png

---

Christie,

I am not sure if the General is in the office. We had hoped to get his review of these documents prior to them going out. We had hope to send out in the next 30 min.

Thanks,
Cathy


Begin forwarded message:

**From:** "Ball, Cathy" <cball@johnsoncitytn.org>
**Date:** July 18, 2023 at 7:15:00 AM EDT
**To:** "Steve Finney ████████████████
**Cc:** "Church, Bill" <bchurch@johnsoncitytn.org>, "Jenkins, Scott" <sjenkins@johnsoncitytn.org>,
"Dougherty, Eric" <edougherty@johnsoncitytn.org>, "Carrier, Scott" <scarrier@johnsoncitytn.org>, "Shoun,
Keisha" <kshoun@johnsoncitytn.org>
**Subject: Press Release and Cover Letter for Daigle Audit**


General,

Good morning. We are planning to release the attached press release and cover letter for the Daigle Audit this morning. Do you mind reviewing these prior to their release?

Thanks so much for your help. I hope you have a great day.

Cathy




**Cathy D. Ball**
City Manager
City of Johnson City, Tennessee
423.434.6001 o. / 423.431.9459 c. / www.johnsoncitytn.org



Communications and Marketing
601 E. Main St. Johnson City, TN 37601
CoJCNews@JohnsonCityTN.org
423.434.6021

**July 18, 2023**
**For immediate release**

**CONTACT:**    Cathy Ball, city manager
                423.434.6002

### Audit report of sexual assault investigations details 8 key findings

The City of Johnson City on Tuesday released its Audit of Sex-Related Crimes, a 45-page review of 325 sexual assault-related investigations conducted by the Daigle Law Group (DLG). The firm was contracted by the City after hearing concerns from residents in the summer of 2022.

DLG, an independent third party and national expert, spent months researching the Johnson City Police Department's (JCPD) investigations of cases that took place between January 2018 and December 2022. The audit, which was specific to the processes and procedures used in investigations of this nature, included file review, interviews of personnel, and input from the community.

"We first want to acknowledge that victims of sexual assault have not always received the best possible treatment and care from our police department," said City Manager Cathy Ball. "The department's new leadership team is dedicated to continued changes toward compassionate and effective service so that all citizens know they are safe and protected."

The eight findings from the report are as follows:

Finding No. 1: The Records Management System and records process at JCPD is inadequate to support the effective operation of the Department.

Finding No. 2: The sexual assault investigations conducted by JCPD have material deficiencies that can hinder the ability to collect necessary evidence for a complete and accurate investigation.

Finding No. 3: JCPD's investigations were found to be inconsistent, ineffective, and incomplete.

Finding No. 4: JCPD process of closing investigations is flawed and inaccurate.



Finding No. 5: JCPD needs to ensure that all complaints of misconduct against the Department, including anonymous complaints, are timely investigated.

Finding No. 6: Supervision was insufficient to ensure full, fair and complete investigations.

Finding No. 7: Department policies and procedures do not meet industry standards and legal requirements to investigate sexual assault investigations.

Finding No. 8: Department training is insufficient to effectively conduct unbiased sexual assault and related investigations.

While awaiting the audit report, Johnson City prioritized this issue and changed how JCPD approaches sexual assault cases. City management met regularly with the firm's principal, Eric Daigle, throughout the process to learn what improvements could be made - along with what investments should be prioritized in the FY24 budget - so that action could be taken prior to the completion of the audit.

Steps implemented include:
1. Full implementation of, and training on, the District Attorney's new sexual assault investigation protocol, which has changed our criminal justice system significantly, making it better equipped to deliver justice for victims
2. Complete review of investigative policies and procedures
3. Creation of a comfortable space for use by victims as interviews are conducted
4. An additional $100,000 invested for training to ensure police officers are knowledgeable and understanding of the unique nature of sexual assault cases
5. $50,000 allocated for a new records management system that will help ensure that all cases are handled efficiently and expediently
6. Assessment of additional staffing needs

"We believe these steps to be significant, but only the beginning. We commit to demonstrating improvements in the areas where we have fallen short," Ball said.

Ball will make a formal report on the audit to the Board of Commissioners at its July 20 meeting. While not standard practice, the community is invited to offer public comment following the presentation.

"Anyone who wishes to do so will have the opportunity for their voice to be heard," Ball said.

Feedback on the report also is welcomed via email to citymgr@johnsoncitytn.org.

###



**Office of the City Manager**
City of Johnson City
601 E. Main St.
Johnson City, TN 37601
citymgr@johnsoncitytn.org
423 434 6002 | JohnsonCityTN.org

July 18, 2023


Dear Community Member,


After hearing concerns from residents in the summer of 2022, City administration determined that it must improve how the Johnson City Police Department (JCPD) handles sexual assault cases.

In August 2022, the City sought the assistance of the Daigle Law Group, an independent third party and national expert, to review the department's processes and procedures specific to sexual assault investigations spanning the period of January 2018 to December 2022. The review included the opportunity for community members to submit their concerns regarding how JCPD handles sexual assault cases directly to the Daigle firm.

What follows this letter is Johnson City's *Audit of Sex-Related Crimes*, by the Daigle Law Group, which details eight key findings and presents recommendations for remediation.

On behalf of City administration and the police command staff, we acknowledge that victims of sexual assault have not always received the best possible treatment and care from our police department. The department's new leadership team is dedicated to continued changes toward compassionate and effective service so that all citizens know they are safe and protected.

While awaiting the audit report, Johnson City prioritized this issue and changed how JCPD approaches sexual assault cases. City management met regularly with Mr. Daigle to learn what improvements could be made – along with what investments should be prioritized in the FY24 budget – so that action could be taken prior to the completion of the audit.

Steps implemented include:
1. Full implementation of, and training on, the District Attorney's new sexual assault investigation protocol, which has changed our criminal justice system significantly, making it better equipped to deliver justice for victims
2. Complete review of investigative policies and procedures
3. Creation of a comfortable space for use by victims as interviews are conducted
4. An additional $100,000 invested for training to ensure police officers are knowledgeable and understanding of the unique nature of sexual assault cases
5. $50,000 allocated for a new records management system that will help ensure that all cases are handled efficiently and expediently

6. Assessment of additional staffing needs

We believe these steps to be significant, but only the beginning. We commit to demonstrating improvements in the areas where we have fallen short. We will report our progress to the Board of Commissioners in six months.

Feedback on this report is welcomed and may be directed to: citymgr@johnsoncitytn.org.

Sincerely,


Cathy D. Ball, city manager

City of Johnson City

Kent Herrin (1919 – 1994)

K. Erickson Herrin
Samuel K. McPeak
Hunter S. Shepard



# HERRIN, McPEAK
# & ASSOCIATES

*Attorneys at Law*

515 East Unaka Avenue
P.O. Box 629
Johnson City, TN 37605-0629
Phone: (423) 929-7113
Fax: (423) 929-7114

---

September 1, 2023

**_Sent Via USPS Certified Mail_**

Vanessa Baehr-Jones
Advocates for Survivors of Abuse
4200 Park Boulevard No. 413
Oakland, California 94602
vanessa@advocatesforsurvivors.com

> *Re: Sean Williams Criminal Investigations*

Ms. Baehr-Jones:

As counsel to the City of Johnson City in the lawsuit you filed styled *Jane Does, et al. v. City of Johnson City, et al* I have been forwarded your correspondence to Bill Church, Johnson City's Chief of Police.

To avoid any possible appearance of impropriety the District Attorney's Office is handling the investigations involving Sean Williams without the involvement of Detective Sparks or any other member of the Johnson City Police Department. This decision was made on June 23, 2023. [It is possible Investigator Sparks made a case note entry or two into those files shortly after June 23rd simply to reflect his transfer of evidence or other comments necessary to his withdrawal from further participation.]

Since the City of Johnson City is a named party in the litigation you have initiated please direct all correspondence related to this litigation to me or Sunny Sandos, City Attorney and not to any City employee or representative directly.

Sincerely,

K. Erickson Herrin, BPR # 012110
**HERRIN, McPEAK & ASSOCIATES**
515 East Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
Phone: (423) 929-7113
Email: lisa@hbm-lawfirm.com

KEH/mlm
cc: Steve Finney, District Attorney (via email)

**From:** "Ball, Cathy" <cball@johnsoncitytn.org>
**To:** █████████████████████
**Cc:** "Church, Bill" <bchurch@johnsoncitytn.org>, "Jenkins, Scott"
<sjenkins@johnsoncitytn.org>, "Dougherty, Eric" <edougherty@johnsoncitytn.org>,
"Shoun, Keisha" <kshoun@johnsoncitytn.org>
**Subject:** Media Heads Up
**Date:** Thu, 22 Jun 2023 18:05:04 +0000
**Importance:** Normal
**Attachments:** Media_Briefing_6_22_23.docx

---

General Finney,

We are giving a media briefing at 3:00 PM today.  I wanted to provide you with a copy of what I am planning to say.  Please let me know if you have any questions.

My best,
Cathy

The City of Johnson City was made aware of a civil suit filed in Greeneville yesterday. We have not yet been formally served with this lawsuit. The claims made in this lawsuit will be addressed - and the facts will be presented - in civil court.

These allegations are not new. After they were first made a year ago, we heard from citizens who expressed concern about how our police department investigated sexual assaults. We took those concerns seriously and immediately hired a national expert, independent third-party law firm to review our processes and procedures.

We are expecting the final report from the Daigle Law Group in the next couple of weeks but we've had regular conversations with Mr. Daigle to begin understanding what we could be working on now and ensure those investments are made in the FY 2024 budget.

Additionally, upon taking office in fall 2022, General Finney provided a protocol to guide investigators throughout the First Judicial District in sexual assault cases. We are proud to partner with him to bring offenders to justice.

I have every confidence in the men and women of the Johnson City Police Department, in their integrity and the work they do. I assure you, these officers are diligent in ensuring the rights of victims are respected and those efforts are supported by this command staff.

We understand that individuals do not choose to become victims, and we know that it's difficult to discuss traumatic events. However, we encourage victims to report these crimes so that offenders may be brought to justice and we will continue to work hand in hand with the District Attorney's office to do so.

From: "Ball, Cathy" <cball@johnsoncitytn.org>
To: "Steve Finney ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Cc: "Church, Bill" <bchurch@johnsoncitytn.org>, "Jenkins, Scott" <sjenkins@johnsoncitytn.org>, "Dougherty, Eric" <edougherty@johnsoncitytn.org>, "Carrier, Scott" <scarrier@johnsoncitytn.org>, "Shoun, Keisha" <kshoun@johnsoncitytn.org>
Subject: Press Release and Cover Letter for Daigle Audit
Date: Tue, 18 Jul 2023 11:15:27 +0000
Importance: Normal
Attachments: Audit_letter_Cathy_Ball.docx; AuditReport_(002).docx
Inline-Images: image002.png

General,

Good morning.  We are planning to release the attached press release and cover letter for the Daigle Audit this morning.  Do you mind reviewing these prior to their release?

Thanks so much for your help.  I hope you have a great day.

Cathy



**Cathy D. Ball**
City Manager
City of Johnson City, Tennessee
423.434.6001 o. / 423.431.9459 c. / www.johnsoncitytn.org



Communications and Marketing
601 E. Main St. Johnson City, TN 37601
CoJCNews@JohnsonCityTN.org
423.434.6021

**July 18, 2023**
**For immediate release**

**CONTACT:**   Cathy Ball, city manager
                        423.434.6002

### Audit report of sexual assault investigations details 8 key findings

The City of Johnson City on Tuesday released its Audit of Sex-Related Crimes, a 45-page review of 325 sexual assault-related investigations conducted by the Daigle Law Group (DLG). The firm was contracted by the City after hearing concerns from residents in the summer of 2022.

DLG, an independent third party and national expert, spent months researching the Johnson City Police Department's (JCPD) investigations of cases that took place between January 2018 and December 2022. The audit, which was specific to the processes and procedures used in investigations of this nature, included file review, interviews of personnel, and input from the community.

"We first want to acknowledge that victims of sexual assault have not always received the best possible treatment and care from our police department," said City Manager Cathy Ball. "The department's new leadership team is dedicated to continued changes toward compassionate and effective service so that all citizens know they are safe and protected."

The eight findings from the report are as follows:

Finding No. 1: The Records Management System and records process at JCPD is inadequate to support the effective operation of the Department.

Finding No. 2: The sexual assault investigations conducted by JCPD have material deficiencies that can hinder the ability to collect necessary evidence for a complete and accurate investigation.

Finding No. 3: JCPD's investigations were found to be inconsistent, ineffective, and incomplete.

Finding No. 4: JCPD process of closing investigations is flawed and inaccurate.



Finding No. 5: JCPD needs to ensure that all complaints of misconduct against the Department, including anonymous complaints, are timely investigated.

Finding No. 6: Supervision was insufficient to ensure full, fair and complete investigations.

Finding No. 7: Department policies and procedures do not meet industry standards and legal requirements to investigate sexual assault investigations.

Finding No. 8: Department training is insufficient to effectively conduct unbiased sexual assault and related investigations.

While awaiting the audit report, Johnson City prioritized this issue and changed how JCPD approaches sexual assault cases. City management met regularly with the firm's principal, Eric Daigle, throughout the process to learn what improvements could be made - along with what investments should be prioritized in the FY24 budget - so that action could be taken prior to the completion of the audit.

Steps implemented include:
1. Full implementation of, and training on, the District Attorney's new sexual assault investigation protocol, which has changed our criminal justice system significantly, making it better equipped to deliver justice for victims
2. Complete review of investigative policies and procedures
3. Creation of a comfortable space for use by victims as interviews are conducted
4. An additional $100,000 invested for training to ensure police officers are knowledgeable and understanding of the unique nature of sexual assault cases
5. $50,000 allocated for a new records management system that will help ensure that all cases are handled efficiently and expediently
6. Assessment of additional staffing needs

"We believe these steps to be significant, but only the beginning. We commit to demonstrating improvements in the areas where we have fallen short," Ball said.

Ball will make a formal report on the audit to the Board of Commissioners at its July 20 meeting. While not standard practice, the community is invited to offer public comment following the presentation.

"Anyone who wishes to do so will have the opportunity for their voice to be heard," Ball said.

Feedback on the report also is welcomed via email to citymgr@johnsoncitytn.org.

###

JohnsonCityTN.org



**Office of the City Manager**
City of Johnson City
601 E. Main St.
Johnson City, TN 37601
citymgr@johnsoncitytn.org
423.434.6002 | JohnsonCityTN.org

July 18, 2023

Dear Community Member,

After hearing concerns from residents in the summer of 2022, City administration determined that it must improve how the Johnson City Police Department (JCPD) handles sexual assault cases.

In August 2022, the City sought the assistance of the Daigle Law Group, an independent third party and national expert, to review the department's processes and procedures specific to sexual assault investigations spanning the period of January 2018 to December 2022. The review included the opportunity for community members to submit their concerns regarding how JCPD handles sexual assault cases directly to the Daigle firm.

What follows this letter is Johnson City's *Audit of Sex-Related Crimes*, by the Daigle Law Group, which details eight key findings and presents recommendations for remediation.

On behalf of City administration and the police command staff, we acknowledge that victims of sexual assault have not always received the best possible treatment and care from our police department. The department's new leadership team is dedicated to continued changes toward compassionate and effective service so that all citizens know they are safe and protected.

While awaiting the audit report, Johnson City prioritized this issue and changed how JCPD approaches sexual assault cases. City management met regularly with Mr. Daigle to learn what improvements could be made – along with what investments should be prioritized in the FY24 budget – so that action could be taken prior to the completion of the audit.

Steps implemented include:
1. Full implementation of, and training on, the District Attorney's new sexual assault investigation protocol, which has changed our criminal justice system significantly, making it better equipped to deliver justice for victims
2. Complete review of investigative policies and procedures
3. Creation of a comfortable space for use by victims as interviews are conducted
4. An additional $100,000 invested for training to ensure police officers are knowledgeable and understanding of the unique nature of sexual assault cases
5. $50,000 allocated for a new records management system that will help ensure that all cases are handled efficiently and expediently

6. Assessment of additional staffing needs

We believe these steps to be significant, but only the beginning. We commit to demonstrating improvements in the areas where we have fallen short. We will report our progress to the Board of Commissioners in six months.

Feedback on this report is welcomed and may be directed to: citymgr@johnsoncitytn.org.

Sincerely,


Cathy D. Ball, city manager

City of Johnson City

**From:** "Chrystie L. Kyte" ███████████
**To:** "Ball, Cathy" <cball@johnsoncitytn.org>
**Subject:** RE: [EXTERNAL] RE: Media Heads Up
**Date:** Thu, 22 Jun 2023 18:51:10 +0000
**Importance:** High

---

Thank you!!

Chrystie Kyte
Administrative Assistant
First Judicial District Attorney General's Office
P.O. Box 38
Jonesborough, TN 37659
███████████

---

**From:** Ball, Cathy <cball@johnsoncitytn.org>
**Sent:** Thursday, June 22, 2023 2:47 PM
**To:** Chrystie L. Kyte ███████████; Steven R. Finney ███████████
**Cc:** Church, Bill <bchurch@johnsoncitytn.org>; Jenkins, Scott <sjenkins@johnsoncitytn.org>; Dougherty, Eric <edougherty@johnsoncitytn.org>; Shoun, Keisha <kshoun@johnsoncitytn.org>
**Subject:** RE: [EXTERNAL] RE: Media Heads Up

Thanks so much.  We have removed the requested portion from the statement.

---

**From:** Chrystie L. Kyte ███████████
**Sent:** Thursday, June 22, 2023 2:33 PM
**To:** Ball, Cathy <cball@johnsoncitytn.org>; Steven R. Finney ███████████
**Cc:** Church, Bill <bchurch@johnsoncitytn.org>; Jenkins, Scott <sjenkins@johnsoncitytn.org>; Dougherty, Eric <edougherty@johnsoncitytn.org>; Shoun, Keisha <kshoun@johnsoncitytn.org>
**Subject:** [EXTERNAL] RE: Media Heads Up

**\*\*CAUTION: External Email\*\*** This email originated from outside of Johnson City's e-mail servers.  DO NOT click links or open attachments unless you recognize the sender and know the content is safe.

---

Ms. Ball,

General Finney's response concerning your media release, "Because this release directly pertains to the pending lawsuit, the line from your statement of "and we will continue to work hand in hand with the District Attorney's office to do so," needs to be omitted from your statement.

Please let me know if you have any questions. Thank you.

Chrystie Kyte
Administrative Assistant
First Judicial District Attorney General's Office
P.O. Box 38
Jonesborough, TN 37659
███████████

**From:** Ball, Cathy <cball@johnsoncitytn.org>
**Sent:** Thursday, June 22, 2023 2:05 PM
**To:** Steven R. Finney ███████████████████
**Cc:** Church, Bill <bchurch@johnsoncitytn.org>; Jenkins, Scott <sjenkins@johnsoncitytn.org>; Dougherty, Eric <edougherty@johnsoncitytn.org>; Shoun, Keisha <kshoun@johnsoncitytn.org>
**Subject:** Media Heads Up

General Finney,

We are giving a media briefing at 3:00 PM today.  I wanted to provide you with a copy of what I am planning to say.  Please let me know if you have any questions.

My best,
Cathy

This email (including any attachments) is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510 2521, as confidential and may be legally privileged.  If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited.  Receipt by anyone other than the intended recipient does not constitute waiver or loss of the confidential or privileged nature of the communication. Please reply to the sender that you received the message in error, then delete it.  Thank you.
LEGAL CONFIDENTIAL: The information in this e-mail and in any attachment may contain information that is privileged either legally or otherwise. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify me and delete this message.

**From:** "Ball, Cathy" <cball@johnsoncitytn.org>
**To:** "Chrystie L. Kyte" ██████████████
**Cc:** "Church, Bill" <bchurch@johnsoncitytn.org>, City Manager <citymgr@johnsoncitytn.org>, "Dougherty, Eric" <edougherty@johnsoncitytn.org>, "Jenkins, Scott" <sjenkins@johnsoncitytn.org>
**Subject:** Re: [EXTERNAL] URGENT REQUEST
**Date:** Thu, 01 Jun 2023 17:06:03 +0000
**Importance:** Normal

Ms. Kyle,

Please tell the General that we will be available at this time. I will reserve a conference room for us to meet.

Thank you,
Cathy

On Jun 1, 2023, at 11:44 AM, Chrystie L. Kyte ███████████████ wrote:



**\*\*CAUTION: External Email\*\*** This email originated from outside of Johnson City's e-mail servers. DO NOT click links or open attachments unless you recognize the sender and know the content is safe.

General Finney has requested a meeting at the Johnson City Police Department with each of you tomorrow, Friday, June 2, 2023, at 1:30pm. This concerns the matter involving Sean Williams and General Finney needs to meet with you as soon as possible. Please respond at your earliest convenience to confirm that you are available. Thank you!

Chrystie Kyte
Administrative Assistant
First Judicial District Attorney General's Office
P.O. Box 38
Jonesborough, TN 37659
████████████

LEGAL CONFIDENTIAL: The information in this e-mail and in any attachment may contain information that is privileged either legally or otherwise. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify me and delete this message.

**From:** "Ball, Cathy" <cball@johnsoncitytn.org>
**To:** "srfinney ███████████████████
**Cc:** "Church, Bill" <bchurch@johnsoncitytn.org>, "Dougherty, Eric"
    <edougherty@johnsoncitytn.org>, "Watson, Blake" <bwatson@johnsoncitytn.org>
**Subject:** FW: [EXTERNAL] Does Proposed Amended Complaint
**Date:** Mon, 11 Dec 2023 23:08:34 +0000
**Importance:** Normal
**Embedded:** unnamed
**Inline-Images:** image002.jpg

---

General,

I appreciate the conversation today. I have attach the second amended complaint from the Doe case. The part I referenced on our phone call starts on page 37.

This is supposed to be filed by the plaintiff on Wednesday so there may be some changes.

Please let me know if you have any questions.

Cathy

**From:** Lisa May <lisa@hbm-lawfirm.com>
**Sent:** Saturday, December 9, 2023 3:21 PM
**To:** Ball, Cathy <cball@johnsoncitytn.org>; Baker, Joy <jbaker@johnsoncitytn.org>
**Subject:** [EXTERNAL] Does Proposed Amended Complaint

**\*\*CAUTION: External Email\*\*** This email originated from outside of Johnson City's e-mail servers. DO NOT click links or open attachments unless you recognize the sender and know the content is safe.

---

Cathy and Joy:

Attorney – Client Privilege

## Attorney – Client Privilege

Erick H.

*Lisa*

Lisa May
Legal Assistant to Erick Herrin
**HERRIN, McPEAK & ASSOCIATES**
P.O. Box 629
515 E. Unaka Avenue
Johnson City, TN 37605-0629
P: 423.929.7113 | F: 423.929.7114
E: **lisa@hbm-lawfirm.com**



**HERRIN, McPEAK
& ASSOCIATES**

*Attorneys at Law*

THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IT IS NOT THE INTENTION OF HERRIN, McPEAK & ASSOCIATES TO WAIVE THE ATTORNEY-CLIENT PRIVILEGE, THE ATTORNEY-WORK PRODUCT DOCTRINE OR ANY PROPRIETARY RIGHTS IN THE INFORMATION CONTAINED IN THIS EMAIL OR ITS ATTACHMENTS THERETO.

IRS CIRCULAR 230 DISCLOSURE: IRS Circular 230 requires us to state that, unless it is expressly stated above or in an attachment hereto, any opinions expressed with respect to a significant tax issue are not intended or written by us to be used, and cannot be used by the recipient, for the purpose of avoiding penalties that may be imposed on the recipient or any other person who may examine this correspondence in connection with a Federal tax matter.

**From:** Kevin Osborne <kevin@eko.law>
**To:** Emily Taylor <etaylor@watsonroach.com>, Lisa May <lisa@hbm-lawfirm.com>, "awells@rswlaw.com" <awells@rswlaw.com>, "kgrant@rswlaw.com" <kgrant@rswlaw.com>, "danny@moorerader.com" <danny@moorerader.com>, "lrufolo@rswlaw.com" <lrufolo@rswlaw.com>, "mashburn@watsonroach.com" <mashburn@watsonroach.com>, "andre@moorerader.com" <andre@moorerader.com>, "kberexa@fbb.law" <kberexa@fbb.law>, "Ben C. Allen" <ballen@fbb.law>, "rspaulding@watsonroach.com" <rspaulding@watsonroach.com>
**Cc:** Elizabeth Kramer <elizabeth@eko.law>, Vanessa Baehr-Jones <vanessa@advocatesforsurvivors.com>, Heather Collins <heather@hmccivilrights.com>
**Subject:** Does v. City of Johnson City, et al. - Amended Complaint
**Date:** Fri, 08 Dec 2023 07:53:57 +0000
**Importance:** Normal
**Attachments:** Second_Am._Class_Complaint.pdf; Ex_1.pdf
**Inline-Images:** EK+O_Sig.png

---

Counsel,

Please find attached plaintiffs' amended complaint and exhibit 1 thereto.

Regards,
Kevin

**KEVIN M. OSBORNE**
**ERICKSON KRAMER OSBORNE**
San Francisco, California
Direct: 415.539.9202
www.eko.law



Do not send privileged information from a device where there is a risk that a third party may gain access. If you are not the intended recipient of this email, please delete it and notify the sender.