# Exhibit 19



Kent Herrin (1919 – 1994)

K. Erickson Herrin
Samuel K. McPeak
Hunter S. Shepard

# HERRIN, McPEAK & ASSOCIATES

*Attorneys at Law*

515 East Unaka Avenue
P.O. Box 62
Johnson City, TN 37605-062
Phone: (423) 929-711
Fax: (423) 929-711

September 1, 2023

<u>Sent Via USPS Certified Mail</u>

Vanessa Baehr-Jones
Advocates for Survivors of Abuse
4200 Park Boulevard No. 413
Oakland, California 94602
vanessa@advocatesforsurvivors.com

      Re: Sean Williams Criminal Investigations

Ms. Baehr-Jones:

As counsel to the City of Johnson City in the lawsuit you filed styled *Jane Does, et al. v. City of Johnson City, et al* I have been forwarded your correspondence to Bill Church, Johnson City's Chief of Police.

To avoid any possible appearance of impropriety the District Attorney's Office is handling the investigations involving Sean Williams without the involvement of Detective Sparks or any other member of the Johnson City Police Department. This decision was made on June 23, 2023. [It is possible Investigator Sparks made a case note entry or two into those files shortly after June 23rd simply to reflect his transfer of evidence or other comments necessary to his withdrawal from further participation.]

Since the City of Johnson City is a named party in the litigation you have initiated please direct all correspondence related to this litigation to me or Sunny Sandos, City Attorney and not to any City employee or representative directly.

                          Sincerely,

                          K. Erickson Herrin, BPR # 012110
                          **HERRIN, McPEAK & ASSOCIATES**
                          515 East Unaka Avenue
                          P. O. Box 629
                          Johnson City, TN 37605-0629
                          Phone: (423) 929-7113
                          Email: lisa@hbm-lawfirm.com

KEH/mlm
cc: Steve Finney, District Attorney (via email)