# Exhibit 21

## PUBLIC RECORDS REQUEST FORM A

*The Tennessee Public Records Act (TPRA) grants Tennessee citizens the right to access open public records that exist at the time of the request. The TPRA does not require records custodians to compile information or create or recreate records that do not exist.*

**To:** Public Records Request Coordinator
Municipal and Safety Building, 601 East Main Street, Johnson City, Tennessee

**From:** Caroline Drinnon    7000 Executive Center Dr. Brentwood TN 37027
*[Requestor's Name and Address]*
615-210-0869    caroline@hmccivilrights.com
*[Requestor's Contact Information (Phone Number, Email)]*

**Is the requestor a Tennessee citizen?** ☑ Yes ☐ No (If Yes, proof must be provided)

**Request:** ☐ Inspection (The TPRA does not permit fees or require a written request for inspection only.[1])

☑ Copy/Duplicate

If costs for copies are assessed, the requestor has a right to receive an estimate. Do you wish to waive your right to an estimate and agree to pay copying and duplication costs in an amount not to exceed $_____? If so, initial here: _____

**Delivery preference:**   ☐ On-Site Pick-Up    ☐ USPS First-Class Mail
☑ Electronic    ☐ Other: _____

### Records Requested:

Provide a detailed description of the record(s) requested, including: (1) type of record; (2) timeframe or dates for the records sought; and (3) subject matter or key words related to the records. Under the TPRA, record requests must be sufficiently detailed to enable a governmental entity to identify the specific records sought. As such, your record request must provide enough detail to enable the records custodian responding to the request to identify the specific records you are seeking.

Please see attached document

_____ 05/01/2023
Signature of Requestor and Date Submitted        Signature of Public Records Request Coordinator and Date Received

---

[1] Note, Tenn Code Ann § 10-7-504(a)(20)(C) permits charging for redaction of private records of a utility.

05/01/2023 Records Request by Caroline Drinnon

- Records reflecting the number of complaints made by women over the age of 18 of sexual assault, sexual abuse, sexual battery, and unwanted sexual touching made to Johnson City Police Department from 2015 to the present
- Records reflecting the number of arrests made by Johnson City Police Department for violations of sexual assault, sexual abuse, sexual battery, and unwanted sexual touching from 2015 to the present
- Records reflecting how many of the arrests made by Johnson City Police Department for violations of sexual assault, sexual abuse, sexual battery, and unwanted sexual touching resulted in a conviction from 2015 to the present
- Records reflecting the number of charges of sexual assault, sexual abuse, sexual battery, and unwanted sexual touching brought by Johnson City that did not lead to a conviction from 2015 to the present
- Records reflecting any and all complaints made against Sean Christopher Williams to Johnson City Police Departments
- Records reflecting any and all reports made against Sean Christopher Williams by Johnson City Police Departments
- Records reflecting any charges brought against Sean Christopher Williams by Johnson City Police Department
- Records of any and all complaints to Johnson City Police Department filed by █████
- Records of any and all complaints to Johnson City Police Department filed by █████
- Records of any and all complaints to Johnson City Police Department filed by █████
- Records of any and all complaints to Johnson City Police Department filed by █████
- Records of any and all complaints to Johnson City Police Department filed by █████
- Records of any and all complaints to Johnson City Police Department filed by █████
- Records of any and all complaints to Johnson City Police Department filed by █████
- Records of any and all complaints to Johnson City Police Department filed by █████
- Records of any and all complaints to Johnson City Police Department filed by █████
- Records reflecting the number and names of any and all sex crimes investigators employed by Johnson City Police Department from 2015-present, broken down by each year
- Johnson City Police Department organizational structure chart from 2015-present