# EXHIBIT 1

(AUDIO TRANSCRIPTION)

3/17/24 Phone Call

Prepared by:
BRITTANY A. TEMPLES, LCR
Bridge Reporting
716 Spring Valley Rd.
Cookeville, TN 38501
(615) 714-7961

8     FEMALE 4: Here's the deal with me.  I just want
9  you to know this.  Never have I ever committed a
   12:16
10 goddamned crime.  I just want you to know.
11         H.A:  I don't think that you have.  I don't
12 think that you have.
   12:25

21     FEMALE 4:  Your attorney is the one that is
   12:50
22 bringing it up, and they're harassing me.
23         H.A:  They're harassing you?
   12:58
24     FEMALE 4:  Vanessa and -- Vanessa and her
25 counterpart have.  And I'm sick of it, H.A.

13:05
1     H.A: Wait. Kat -- Kat is not in our case at
2  all. Kat Dahl, you mean?
3     FEMALE 4: I said Vanessa.
13:13
4     H.A: You said her counterpart. Who's that?
5  What are you talking about?
6     FEMALE 4: Kevin.
13:17
7     H.A: Oh, Kevin. I thought you said Kat.

```
30:12   1         FEMALE4: Your lawyer -- your lawyer attacked me.
        2    You have no idea.
        3             H.A:  No.  I hear you.  And I'm sorry it went
        4    down that way.
        5         FEMALE4: And not only did she attack me -- and
30:18   6    that happened two months ago -- but her partner Kevin
        7    attacked me.  And I finally called him tonight and
        8    said, I don't want to have anything to do with you.
        9    Leave me alone.  Do not contact me again.
       10             H.A:  Yeah.
30:41  11         FEMALE4: But -- but do you understand what I'm
       12    saying to you?
```

2   **FEMALE 4:** That's fine. I actually tried to. I
3   didn't with Vanessa, because she was so hostile with
4   me, but I did with Kevin.
5        H.A: Right.

38:22
6   **FEMALE 4:** And guess what? The day after I talked
7   to Kevin, and I said, look, I will tell you whatever
8   you want to know, if I can help you in any form or
9   fashion. I was very professional with him, basically.
10       H.A: Sure. Sure.

39:00  20    FEMALE 4: And said -- he goes -- this is what he
       21    called and said to me. And this is your attorneys,
       22    representatives, by the way, okay, when I tell you
       23    this. He says to me, if there's anything you've ever
39:15  24    said before and you counter-speak in your deposition,
       25    it's going to be -- what did he say? It's going to be

        1    on record, and you're under oath. And then he like
        2    tried to intimidate me, and he said, maybe you need
        3    a -- maybe you need a criminal defense attorney.
39:38   4            And I said, I don't need a criminal defense
        5    attorney. I might need an attorney, because I don't
        6    speak legal language --
        7            H.A: Yeah. Right, right.
        8            FEMALE 4: -- but I don't need a criminal defense
        9    attorney. And then he -- he hammered down again, and
39:51  10    what he said to me was, don't you want immunity? Don't
       11    you want immunity, FEMALE 4? And I said, I don't need
       12    fucking immunity, buddy.

State of Tennessee   )
                     )
County of Putnam     )

    I, Brittany Temples, Court Reporter, with offices in Cookeville, Tennessee, hereby certify that I transcribed the foregoing audio file by machine shorthand to the best of my skills and abilities, and thereafter the same was reduced to typewritten form by me.

    I further certify that I am not related to any of the parties named herein, nor their counsel, and have no interest, financial or otherwise, in the outcome of the proceedings.

5/16/2024



Brittany Temples, LCR #099
Notary Public
State of Tennessee

My Commission Expires 3/28/2026
LCR Commission Expires 6/30/2024

*Brittany Temples, LCR*  118
brittany@bridgereporting.com
Case 2:23-cv-00071-TRM-JEM   Document 232-1   Filed 06/25/24   Page 8 of 8   PageID #: 5382