IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

B.P., et al.,

      **Plaintiffs,**

v.                                  No: 2:23-cv-00071-TRM-JEM

**CITY OF JOHNSON CITY,
TENNESSEE, et al.,**

      **Defendants.**

_____/

## NOTICE OF LODGING DOCUMENTS UNDER SEAL

Plaintiffs hereby give notice that they are provisionally lodging an unredacted version of Plaintiffs' Motion to Compel Production of (1) Defendants' Financial Records and (2) the Real Estate Contract Between City Manager Cathy Ball and Sean Williams ("Plaintiffs' Motion") as well as Exhibits 15, 20, 29, and Exhibit 32 to the Declaration of Vanessa Baehr-Jones in support thereof under seal.

- Exhibit 15 is a redacted copy of Defendant Kevin Peters' Response to Plaintiffs' Second Set of Interrogatories and Requests for Production of Documents.

- Exhibit 20 is a copy of Skyline Restoration and Maintenance LLC Renasant Bank records.

- Exhibit 29 is an excerpted copy of Kevin Peters' deposition transcript in the Kateri Dahl litigation, *Dahl v. Turner*, 2:22-cv-00072-KAC-JEM.

- Exhibit 32 is a redacted copy of Defendant Jeff Legault's Responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents.

1

Sealed filing is appropriate for the reasons set forth in the Declaration of Vanessa Baehr-Jones, namely, (1) Exhibit 15 has been designated "Confidential" by Defendant Peters and he has stated he will file a motion for contempt if Plaintiffs' counsel files the redacted version of this document publicly before holding a meet and confer regarding de-designation; (2) Exhibit 20 includes financial records with personal identifying information and account numbers; (3) Exhibit 29 is excerpted deposition testimony that remains "Confidential" in the *Dahl* litigation; and (4) Defendant Legault has not had a chance to review the redacted version of his Responses in time for the filing of this motion, and Plaintiffs are therefore filing this Exhibit under seal provisionally.

As the unredacted version of Plaintiffs' Motion contains information from Exhibits 15, 20, 29, and 32 it must also be lodged under seal provisionally.

Plaintiffs therefore request the Court set a briefing schedule for any motions to seal which Defendants intend to bring, and in the interim, provisionally seal the unredacted version of Plaintiffs' Motion as well as Exhibits 15, 20, 29, and 32, which are filed in support of Plaintiffs' Motion to Compel Production of (1) Defendants' Financial Records and (2) the Real Estate Contract Between City Manager Cathy Ball and Sean Williams.

Dated: June 27, 2024                    Respectfully submitted,

                                                       Advocates for Survivors of Abuse PC

                                                       */s/ Vanessa Baehr-Jones*
Vanessa Baehr-Jones CABN # 281715
*Pro Hac Vice*
Advocates for Survivors of Abuse PC
4200 Park Boulevard No. 413
Oakland, CA 94602
(510) 500-9634
vanessa@advocatesforsurvivors.com

*/s/ Julie C. Erickson*
Julie C. Erickson (California Bar # 293111)
Elizabeth A. Kramer (California Bar # 293129)
Kevin M. Osborne (California Bar #261367)
*Pro Hac Vice*
Erickson Kramer Osborne LLP
44 Tehama St.
San Francisco, CA 94105
415-635-0631
julie@eko.law
elizabeth@eko.law
kevin@eko.law

HMC Civil Rights Law, PLLC

*/s/ Heather Moore Collins*
Heather Moore Collins (# 026099)
Ashley Shoemaker Walter (#037651)
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com

Attorneys for Plaintiffs and Proposed Class

3

# CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been filed and served via the court's electronic filing system on June 27, 2024 to counsel of record:

| | |
|---|---|
| K. Erickson Herrin<br>HERRIN, McPEAK & ASSOCIATES<br>515 East Unaka Avenue<br>P. O. Box 629<br>Johnson City, TN 37605-0629<br>lisa@hbm-lawfirm.com<br>sandy@hbm-lawfirm.com<br><br>Emily C. Taylor<br>Maria Ashburn<br>WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.<br>P.O. Box 131<br>Knoxville, TN 37901-0131<br>etaylor@watsonroach.com<br>mashburn@watsonroach.com<br><br>*Attorneys to Defendants, Johnson City, Tennessee, Karl Turner, in his individual and official capacities, Captain Kevin Peters, in his official capacity, and Investigator Toma Sparks, in his official capacity*<br><br>Jonathan P. Lakey<br>Burch, Porter, & Johnson, PLLC<br>130 N. Court Ave.<br>Memphis, TN 38103<br>901-524-5000<br>jlakey@bpjlaw.com<br>mchrisman@bpjlaw.com<br><br>*Attorney to Defendant City of Johnson City, Tennessee* | Daniel H. Rader III<br>Daniel H. Rader IV<br>MOORE, RADER & YORK PC<br>46 N. Jefferson Avenue<br>P.O. Box 3347<br>Cookeville, TN 38502-3347<br>danrader@moorerader.com<br>danny@moorerader.com<br>andre@moorerader.com<br><br>*Counsel for Kevin Peters in his individual capacity*<br><br>Kristin Ellis Berexa<br>Ben C. Allen<br>FARRAR BATES BEREXA<br>12 Cadillac Drive, Suite 480<br>Brentwood, TN 37027-5366<br>kberexa@fbb.law<br>ballen@fbb.law<br>jdowd@fbb.law<br>msutton@fbb.law<br><br>*Counsel for Toma Sparks in his individual capacity*<br><br>Keith H. Grant<br>Laura Beth Rufolo<br>Robinson, Smith & Wells, PLLC<br>633 Chestnut Street, Suite 700<br>Chattanooga, TN 37450<br>kgrant@rswlaw.com<br>lrufolo@rswlaw.com<br>awells@rswlaw.com<br><br>*Counsel for Justin Jenkins in his individual capacity, Jeff Legault in his individual capacity and Brady Higgins in his individual capacity* |

                                      */s Julie C. Erickson*
                                      Julie C. Erickson