# Exhibit 8

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## GREENEVILLE DIVISION

B.P., H.A., and S.H., individually, and on behalf of all other similarly situated,

        Plaintiffs,

v.

City Of Johnson City, Tennessee, et al.,

        Defendants.

No: 2:23-cv-00071-TRM-JEM

---

### PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT JEFF LEGAULT

---

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, Plaintiffs hereby request that Defendant Jeff Legault respond and produce for inspection and copying, within thirty (30) days after service of these interrogatories and requests for production of documents.

## I. <u>DEFINITIONS</u>

1. "ASSETS" means all things of value to which an ownership interest can accrue including but not limited to real property, personal property, securities, and other financial instruments.

2. "COMMUNICATIONS" means written communications or records of oral communications of any kind that transmit information in the form of facts, ideas, opinions, questions, or otherwise. They include electronic communications such as emails, online messages, chat logs, mobile messages, talk-to-text messages, machine-generated messages, facsimiles, and

telephone communications; as well as letters, memoranda, exchanges of written or recorded information, in-person meetings, and events attended by Responding Party and its representative.

3. "DOCUMENT" means the term as used in Rule 34(a) of the Federal Rules of Civil Procedure. A draft or non-identical copy is a separate DOCUMENT within the meaning of this term.

4. "REGARDING" means referring to, reflecting, concerning, or being in a way logically or factually connected with the matter discussed.

5. "SEAN WILLIAMS" refers to the person named Sean Christopher Williams described in Plaintiffs' Complaint.

6. "YOU" and "YOUR" means Jeff Legault, and includes any trust or other fiduciary acting on his behalf.

## II. INSTRUCTIONS

1. Please produce the DOCUMENTS responsive to the numbered requests below that are in YOUR possession, custody, or control.

2. The relevant time period for these Requests is January 1, 2018, to present.

3. Construe the terms defined above and the individual requests for production and inspection broadly, to the fullest extent of their meaning.

4. If you file a timely objection to any portion of a request, definition, or instruction, produce DOCUMENTS responsive to the remaining portion.

5. If any DOCUMENT is withheld, in whole or in part, for any reason, including but not limited to any claim of privilege of any kind, work-product protection, trade secret, confidentiality, or any basis asserted under Tennessee Code Annotated § 10-7-504, please set forth separately with respect to each DOCUMENT: (a) a description of the privilege or grounds for confidentiality claimed; (b) the author(s) of the DOCUMENT (identifying who, if any, are attorneys); (c) the

recipient(s) of the DOCUMENT, including all persons who received copies of the DOCUMENT (identifying who, if any, are attorneys); (d) the subject or title of the DOCUMENT; (e) the date of creation and/or date the DOCUMENT was sent; (f) a description of the DOCUMENT as set forth in Rule 26(b)(5)(A)(ii) of the Federal Rules of Civil Procedure; (g) the Bates range of the DOCUMENT; (h) a redacted version of the DOCUMENT; and (i) the privilege log reference number. Please produce any privilege log or list in an Excel spreadsheet or other format capable of electronic sorting.

6.      Please produce any purportedly privileged DOCUMENT containing non-privileged material and redact only the portion purportedly privileged.

7.      Pursuant to Rule 34(b) of the Federal Rules of Civil Procedure, produce all electronically stored information in native format (including metadata) whenever possible, or in the format mutually agreed upon by the parties.

8.      Because these requests are ongoing, please promptly produce any DOCUMENT discovered or obtained after the service of these requests.

9.      Produce all DOCUMENTS in a Bates Stamped Format.

10.      If you are refusing to produce a DOCUMENT on the basis of privilege, please provide a Privilege Log.

11.      If you are responding to an interrogatory by referring Plaintiffs to a DOCUMENT, please identify any DOCUMENT with specificity and by Bates range.

### III.  INTERROGATORIES

1.      Identify all ASSETS valued over $10,000 bought or sold by YOU since January 1, 2018, including the date of the purchase or sale and the amount paid in consideration.

2.      Identify all title(s) YOU hold to property valued over $10,000.

3.      Identify all YOUR sources of income since January 1, 2018, including the annual amount of each source as reported on tax returns.

4.      Identify all accounting firms used to prepare YOUR tax returns since January 1, 2018, including the name and address of each firm.

5.      Identify all financial institutions where YOU have maintained accounts since January 1, 2018, including the name and address of each institution.

6.      Identify all investigations relating to SEAN WILLIAMS in which YOU participated, including the nature of the investigation, YOUR role in the investigation, all persons YOU interviewed, all search warrants YOU executed, the date or dates YOU worked on the investigation, and the name of the victim (or Jane Doe/Female identifier) if applicable.

7.      For all investigations identified in interrogatory number 6, identify YOUR supervisor at the time of the investigation.

## IV.  DOCUMENT REQUESTS

1.      All COMMUNICATIONS with Cathy Ball from January 1, 2018 to the present.

2.      All COMMUNICATIONS with Steven Finney from January 1, 2018 to the present.

3.      All COMMUNICATIONS with Scott Jenkins REGARDING SEAN WILLIAMS from January 1, 2018 to the present.

4.      All COMMUNICATIONS with Scott Jenkins REGARDING Kateri Dahl from January 1, 2018 to the present.

5.      All COMMUNICATIONS with Scott Jenkins REGARDING this litigation from January 1, 2018 to the present.

6. All non-privileged COMMUNICATIONS with Sunny Sandos REGARDING SEAN WILLIAMS from January 1, 2018 to the present.

7. All non-privileged COMMUNICATIONS with Sunny Sandos REGARDING Kateri Dahl from January 1, 2018 to the present.

8. All non-privileged COMMUNICATIONS with Sunny Sandos REGARDING this litigation from January 1, 2018 to the present.

9. All non-privileged COMMUNICATIONS with Erik Herrin.

10. All bank statements from January 1, 2018 to the present.

11. All records of phone calls and text or SMS messages for the following dates:

- September 19, 2020 and the following 5 days
- May 6, 2021 and the following 5 days
- April 29, 2023 and the following 5 days
- October 17, 2023 and the following 5 days
- November 20, 2023 and the following 5 days
- December 7, 2023 and the following 5 days

12. All records of phone calls and text or SMS messages exchanged with the following individuals:

- Alunda Rutherford
- SEAN WILLIAMS
- Cathy Ball
- Steve Finney
- Mitzi Emig
- Bart Mikitowicz

Dated: March 14, 2024

Respectfully submitted,

*s/ Elizabeth A. Kramer*
Elizabeth A. Kramer
Julie C. Erickson
Kevin M. Osborne
*Pro Hac Vice*
Erickson Kramer Osborne LLP
44 Tehama St.
San Francisco, CA 94105
415-635-0631
julie@eko.law
elizabeth@eko.law
kevin@eko.law
HMC Civil Rights Law, PLLC
Heather Moore Collins (# 026099)
Ashley Shoemaker Walter (#037651)
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com

Advocates for Survivors of Abuse PC
Vanessa Baehr-Jones
4200 Park Boulevard No. 413
Oakland, CA 94602
510-500-9634
vanessa@advocatesforsurvivors.com


*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY certify that a copy of the foregoing has been served via email on March 14, 2024 to counsel of record:

| | |
|---|---|
| K. Erickson Herrin<br>HERRIN, McPEAK & ASSOCIATES<br>515 East Unaka Avenue<br>P. O. Box 629<br>Johnson City, TN 37605-0629<br>Email: lisa@hbm-lawfirm.com<br><br>Emily C. Taylor<br>WATSON, ROACH, BATSON &<br>LAUDERBACK, P.L.C.<br>P.O. Box 131<br>Knoxville, TN 37901-0131<br>Email: etaylor@watsonroach.com<br><br>*Attorneys to Defendants, Johnson City,*<br>*Tennessee, Karl Turner, in his individual and*<br>*official capacities, Captain Kevin Peters, in*<br>*his official capacity, and Investigator Toma*<br>*Sparks, in his official capacity*<br><br>Jonathan P. Lakey<br>Burch, Porter, & Johnson, PLLC<br>130 N. Court Ave.<br>Memphis, TN 38103<br>901-524-5000<br>jlakey@bpjlaw.com<br>*Attorney to Defendant City of Johnson City,*<br>*Tennessee* | Daniel H. Rader III<br>Daniel H. Rader IV<br>MOORE, RADER & YORK PC<br>46 N. Jefferson Avenue<br>P.O. Box 3347<br>Cookeville, TN 38502-3347<br>danrader@moorerader.com<br>danny@moorerader.com<br>*Counsel for Kevin Peters in his individual*<br>*capacity*<br><br>Kristin Ellis Berexa<br>Ben C. Allen<br>FARRAR BATES BEREXA<br>12 Cadillac Drive, Suite 480<br>Brentwood, TN 37027-5366<br>kberexa@fbb.law<br>ballen@fbb.law<br>*Counsel for Toma Sparks in his individual*<br>*capacity*<br><br>Keith H. Grant<br>Laura Beth Rufolo<br>Robinson, Smith & Wells, PLLC<br>633 Chestnut Street, Suite 700<br>Chattanooga, TN 37450<br>E-mail: kgrant@rswlaw.com<br>*Counsel for Justin Jenkins in his individual*<br>*capacity, Jeff Legault in his individual*<br>*capacity and Brady Higgins in his individual*<br>*capacity* |

*/s Elizabeth A. Kramer*
Elizabeth A. Kramer