# Exhibit 18

From: "Smith, Alexander W" <███████████@dea.gov>
To: "Saulsbury, Will" <██████@johnsoncitytn.org>
Subject: [EXTERNAL] Sean Williams Info
Date: Wed, 31 Aug 2022 23:42:07 +0000
Importance: Normal

---

**CAUTION: External Email** This email originated from outside of Johnson City's e-mail servers. DO NOT click links or open attachments unless you recognize the sender and know the content is safe.

---

Williams has an account at Renasant Bank ( PPI ) that he used in 2020 to withdraw quite a bit of cash. He claimed to own a concrete business on the customer information. He also used telephone number 828-506-PPI and email ████ PPI ████. In 2017, he had a different account at Renasant Bank ( PPI ) associated with "Glass and Concrete Contracting LLC" and ███ Female 4 ███ (Johnson City).

He had an account with First Bank and Trust ( PPI ) but I can't tell if that one is still open. Looks like that branch thought he was laundering money at some point.

In 2015, he had an account with Sunset Bank (no account number shown). I think that location is now First Community Bank but I'm not sure if it was a buy out or a new bank took over. Williams dumped over $200,000 into his account there between 2014 and 2015. Potentially the same account, a different report showed business account PPI tied to the glass/concrete business.

Good luck man. Let me know if I can help further. You're welcome to stop by DEA any time to look at the docs where I found all this stuff.

Best,

Alex Smith, MA MAT
DEA/CDTF Intelligence Analyst
Johnson City Post of Duty
E: ████████████████
C: ██████████