# Exhibit 23

Case 2:23-cv-00071-TRM-JEM   Document 235-23   Filed 06/28/24   Page 1 of 3   PageID #: 6286

| Property Type: | 08 Commercial | | ASSESSOR OF PROPERTY - PROPERTY RECORD CARD | | | | |
|---|---|---|---|---|---|---|---|

**200 MAIN ST E #5**
Property Address
Ownership and Mailing Address

**BLOUNT INVESTMENTS LLC**
**3548 W MARKET ST**
**JOHNSON CITY TN 37604**

Subdivision **DOWNTOWN TOWERS**
BK **14**  PG **280**  BLOCK  LOT  TRACT
Alt Subdiv
BK  PG  BLOCK  LOT  TRACT
Additional  **LEVEL #5 3070 SQ FT**
Description
Dimensions

TAX YEAR **2024** | **090** | **046M** | F | **016.00** | C | **005**
**WASHINGTON** | JUR | CONTROL MAP | GROUP | PARCEL | PI | S/I
City **90371  Johnson City** | Map **046N**
SSD1 **372 Johnson City Redevelopment** | Dist **09**
SSD2

Updated **03/05/2024**
Printed **06/20/2024**

Total Land Units **1**
Deed Acres **0**
Calculated Acres **0**

Card: 1 of 2
Page: 1 of 2

## DWELLING DATA

| | | |
|---|---|---|
| Improv Type | Lower Level | |
| Stories | Heating/Air | |
| Exterior Wall | Attic | |
| Heating Fuel | | |
| Year Built | Eff Yr Built  Rooms | Bedrooms |
| Full Baths | Half Baths  Add'l Fixtures | Total Fixtures |
| Wood FP Stacks | Openings  Add'l Sty | PreFab  Add'l Sty |
| Info Src  Occ | Rental: Src  Year | Amount  Sched |
| Foundation | Floor Finish | |
| Floor System | Interior Finish | |
| Party Wall | Paint/Decor | |
| Struct. Frame | Bath Tile | |
| Roof Framing | Electrical | |
| Roof Cov/Deck | Shape | |
| Cab/Millwork | | |
| Quality | Condition | Class: |
| Prorate  Date | Factor  % Comp | Cost & Design **0** |
| Depr: Physical | Other Phys  Functional | External  % Good **100** |

Factors
| GFLA | Area | Story | Const | Grade | SFLA | Depr Yr | Eff Age | County Factor |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 2024 | | 1.00 |

| | Base Dwelling | Add'l Areas | Total | $/SqFt | % Complete | |
|---|---|---|---|---|---|---|
| RCN | | | | | Dwelling Factor | |
| RCNLD | | | | | Dwelling Value | |

AREAS: Lower Floor  First & Above  Area  % SFLA  Rate  RCN

## APPRAISED VALUES

| | |
|---|---|
| LAND | **4,300** |
| IMPROVEMENTS | **625,500** |
| TOTAL APPRAISAL | **629,800** |
| GREENBELT APR | |
| ASSESSMENT | **251,920** |
| ASSESSED @ | **40%** |
| APPROACH | **COST VALUE** |

Value Correlation
| | Value |
|---|---|
| COST | **629,800** |
| INCOME | |
| MARKET | |

## PARCEL DATA

| | |
|---|---|
| NBHD | **P10** |
| Review Flag | |
| Living Units | |
| Water/Sewer | **01 Public / Public** |
| Electricity | **01 Public** |
| Gas | **02 Public - Manufactured Gas** |
| Topo | **0 Level** |
| Road Type | **7 Curb/Gutter Paved** |
| Delete Next Year | |
| Greenbelt Review | **N** |
| Land Apr Date | **09/11/2008** By **18** |
| # Improvements | **1** |
| # Mobile Homes | **0** |
| NH Trend | **0 STABLE** |
| Other | |
| Land Use Code | **11** |
| Zoning | |

## GREENBELT

Year  Recorded
App#  Book/Pg

## OUTBUILDINGS and YARD ITEMS

| Code | Description | Yr Blt | Eff Yr | Area | Grade | Units | Add'l Description | Class | Rate | Cnd | RCN | %Good | Prort | Adj Fact | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Total OBY Value

## ENTRANCES

| Date | Code | ID |
|---|---|---|
| 02/01/2024 | 00 Pcl Review | 57 |

## BUILDING PERMITS

Date  Type  Status  Last Visit

## MARKET LAND

| # | Type | Table | Code | Acc | Front | Depth | Units | Rate | Infl | Fld | Topo | Loc | Size | Mkt | Dep | Adj Rate | Value | Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | U | ZZ | 01 | | 0 | 0 | 1 | 4,300.00 | | | | | | | 100 | 4,300.00 | 4,300 | |
| | | | | Totals: | | | 1 | | | | | | | | | | 4,300 | |

## AGRICULTURAL / GREENBELT LAND

| # | Mkt Line | Use Type | Soil Type | Access | Acres | Rate | Use Value |
|---|---|---|---|---|---|---|---|
| | | | | Totals: | | | |

## SALES

| Date | Book | Page | Price | Adj Price | V/I | Instr | A/R | Owner |
|---|---|---|---|---|---|---|---|---|
| 05/27/2022 | R1101 | I1535 | 800,000 | 800,000 | I | WD | P | BLOUNT INVESTMENTS LLC |
| 10/19/2015 | R884 | I2118 | 225,000 | 225,000 | I | WD | A | WILLIAMS SEAN C |
| 03/30/1998 | R135 | I779 | 220,000 | 220,000 | I | WD | A | TORBETT CRAIG L & LISA C |
| 02/28/1994 | R54 | I1972 | | | | | | 200 E MAIN STREET CORP |

## NOTES

**14.29% COMMON; PENTHOUSE SUITE; 2022 COMPLETE REMODEL ON MARKET FOR $725,000 ZONED B2; CMN & LAND EQUALLY DIVIDED**

Case 2:23-cv-00071-TRM-JEM   Document 235-23   Filed 06/28/24   Page 2 of 3   PageID #: 6287

CA330TN  State of Tennessee IMPACT System  402300  56.55

| | | | | | |
|---|---|---|---|---|---|
| 200 MAIN ST E #5 | | Subdivision **DOWNTOWN TOWERS** | TAX YEAR 2024 | 090 | 046M | F | 016.00 | C | 005 |
| | Property Address | BK **14** PG **280** BLOCK LOT TRACT | **WASHINGTON** | JUR CONTROL MAP GROUP PARCEL PI S/I |
| | Ownership and Mailing Address | Alt Subdiv | City **90371 Johnson City** | Map **046N** | Updated **03/05/2024** |
| **BLOUNT INVESTMENTS LLC** | | BK PG BLOCK LOT TRACT | SSD1 **372 Johnson City Redevelopmen** | Dist **09** | Printed **06/20/2024** |
| **3548 W MARKET ST** | | Additional **LEVEL #5 3070 SQ FT** | SSD2 | | |
| **JOHNSON CITY TN 37604** | | Description | Total Land Units **1** | Card: 2 of 2 |
| | | Dimensions | Deed Acres **0** | |
| | | | Calculated Acres **0** | Page: 2 of 2 |

## COMMERCIAL BUILDING DATA

| | | | | APPRAISED VALUES | |
|---|---|---|---|---|---|
| Bldg # | | Identical Units | | LAND | **4,300** |
| Yr Built **1921** | Effective Year **1994** | Market Adj | Proration | IMPROVEMENTS | **625,500** |
| Struct Code **12 Condo Com** | | C&D **1** | Date | TOTAL APPRAISAL | **629,800** |
| Grade **1+ Average +** | | Bldg Value **600,450** | Factor | GREENBELT APR | |
| Imp Name | | | Class | ASSESSMENT | **251,920** |
| Other Imps | | | Other Value | ASSESSED @ | **40%** |
| RCN **857,790** | RCNLD **600,450** | Value $/SqFt **195.59** | | APPROACH | **COST VALUE** |
| RCN $/SqFt **279.41** | %Complete | Area Sum **3,070** | | Value Correlation | Value |
| %Good **70** | Bldg Factor **1** | Bus Living Area **3,070** | | | |
| %Good Ovr | | Cost Value **600,450** | | COST | **629,800** |
| Info Src **3** | Occ **0** | Rental:Src | Year | Amount | Sched | INCOME | |
| | | | | | | MARKET | |

| | | | | |
|---|---|---|---|---|
| Foundation | **03 Spread Footing** | Floor Finish | **11 Carpet Combination** | |
| Floor System | **06 Structural Slab** | Interior Finish | **07 Drywall** | |
| Party Wall | **00 None** | Paint/Decor | **03 Average** | |
| Struct. Frame | **02 Masonry Pil/Stl** | Plumbing Fix | **11** | |
| Roof Framing | **07 Reinforced Concrete** | Bath Tile | **00 None** | |
| Roof Cov/Deck | **10 Built-Up Composition** | Electrical | **03 Average** | |
| Cab/Millwork | **03 Average** | Heating/Air | **08 Hvac Pkg** | |
| | | Shape | **01 Rectangle** | |

### PARCEL DATA

| | |
|---|---|
| NBHD | **P10** |
| Review Flag | |
| Living Units | |
| Water/Sewer | **01 Public / Public** |
| Electricity | **01 Public** |
| Gas | **02 Public - Manufactured Gas** |
| Topo | **0 Level** |
| Road Type | **7 Curb/Gutter Paved** |
| Delete Next Year | |
| Greenbelt Review | **N** |
| Land Apr Date | **09/11/2008** By **18** |
| # Improvements | **1** |
| # Mobile Homes | **0** |
| NH Trend | **0 STABLE** |
| Other | |
| Land Use Code | **11** |
| Zoning | |

### Commercial Interior/Exterior

| | | | | |
|---|---|---|---|---|
| | | Depr Yr **2024** | County Factor **1.00** | |
| Line **1** Section **01** From **05** To **05** | YrBlt | EffYr | Area **3,070** | |
| Use Type **12 Condo Com** | WallHt **12** | Exterior Wall **11 Common Brick** | | |
| Structural Frame **2 Masonry Pil/Stl** | | Perimeter **3** | Class | |
| Finish **100** Partition **1 Base, Rm Sz 40(** | Heat **2 Steam Heat Or** Air **1 Heating And Cooling** | | | |
| Plumbing **2 Normal** | Lighting **2 Normal** | Condition **A** Function **A** | | |
| Depr: Physical **30.00** Other Phys | Functional | External | % Good **70.00** | |
| VALUES Other Features | RCN **857,790** | SqFt Rate **256.34** | | |
| % Complete | User Adj **2.15** | Cost Value **600,450** | | |

### GREENBELT

| | |
|---|---|
| Year | Recorded |
| App# | Book/Pg |

## Commercial Features

| Line | Int/Ext | Structure Code | Dim 1 | Dim 2 | Units | Elev Stops | RCN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## OUTBUILDINGS and YARD ITEMS

| Code | Description | Yr Blt | Eff Yr | Area | Grade | Units | Add'l Description | Class | Rate | Cnd | RCN | %Good | Prort | Adj Fact | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CMN | Common Area | 1996 | 1996 | | 1 | C | 1 | | 25040 | UN | 25,040 | 100 | | 1 | 25,040 |

Total OBY Value **25,040**

### ENTRANCES

| Date | Code | ID |
|---|---|---|
| 02/01/2024 | 00 Pcl Review | 57 |

### BUILDING PERMITS

| Date | Type | Status | Last Visit |
|---|---|---|---|
| | | | |

## MARKET LAND

| # | Type | Table Code | Acc | Front | Depth | Units | Rate | Infl | Fld | Topo | Loc | Size | Mkt | Dep | Adj Rate | Value | Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals: | | | | | | | | | | | | | | | | | |

## AGRICULTURAL / GREENBELT LAND

| # | Mkt Line | Use Type | Soil Type | Access | Acres | Rate | Use Value |
|---|---|---|---|---|---|---|---|
| Totals: | | | | | | | |

## SALES

| Date | Book | Page | Price | Adj Price | V/I | Instr | A/R | Owner |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## NOTES

CA330TN  State of Tennessee - IMPACT System  402300  56.55