# Exhibit 28

Case 2:23-cv-00071-TRM-JEM   Document 235-29   Filed 06/28/24   Page 1 of 5   PageID #: 6634

Agency: **Johnson City Police Department**  RMS Case
Officer ID/Name:
Date: Case Number:

Narrative Title:

▮▮▮▮ - Forcible Rape

Vic - B▮▮ P▮▮ - ▮▮▮▮▮▮ - New Number is ▮▮▮▮

Wit - ▮▮▮▮▮▮ - ▮▮▮▮▮▮

Susp - Sean Williams - 200 E. Main St. JC

Narr - On 11/07/2019 at 18:00 hours, Officer Proffitt, S (638) responded to a Forcible Rape at Johnson City Medical Center. I met with the female victim who alleged this possibly occurred at 200 E Main St.

Case Notes - The victim has known the suspect for about two weeks. She and her friend, the witness listed, were at Applebee's last night drinking. They met up with a male named Sean and went to his apartment at 200 E. Main Street on the fifth floor. The victim stated he throws a lot of parties and has cocaine for everyone. She also said he offered her and the witness some but, they declined. The victim said throughout the night she drank six cranberry and vodkas and one Miller Light tall boy. She said she drank the liquor at Applebee's and the beer at Sean's. She stated she and Sean shared the beer. She said he took her to his bedroom and she began to feel extremely lethargic. She blacked out and doesn't remember anything else until she woke up this morning at 10:30. She woke up in his bed beside him and states she doesn't remember how she got there and doesn't really know him that well. She didn't know his last name. She stated she knows another girl who claimed to be date raped by him and he photographs a lot of nude girls in his apartment. She is not sure if he had sex with her or not but, she did not consent to having sex. She went to an urgent care clinic this morning to ask for a drug test to see what was in her system since she claims to abstain from drugs. She said the urine drug screen showed benzos. She went to JCMC for a rape kit. I collected the rape kit and her clothing she was wearing last night. She has not showered since the incident.

The male Sean, she described to me and where he lives, I believe to possibly be Sean Williams, who I am familiar with from other calls involving him. She said he had curly hair, glasses, was tall and thin and around 40 years old.
I told her she would probably have to identify him through a photo lineup later on.
The rape kit and clothing were placed in evidence.
Please forward to CID.

11-08-19 - I received and reviewed the case today.

11-08-19 - Night shifts have been busy with assisting with current homicide investigation.

11-13-19 - Reviewed case. MSG

11-13-19 - I called the vicitm. There was no answer. The mailbox was full. I was unable to leave a message. I called the witness. She did not answer. I left her a message and asked that she call me about B.P. case. I also advised her that I needed to speak with B.P. and her mailbox was full to see if she had any contact with her.

11-13-19 - I received a message back from ▮▮▮▮. She stated that B▮▮ has another phone number now but she didn't leave me the number. I called her again but she did not answer. I left ▮▮▮▮ a message and asked her to call me back and leave me B▮▮ number. ▮▮▮▮ called me back and gave me B▮▮'s new number. I asked ▮▮▮▮ if she could come in tomorrow morning and give me a statement. She advised she got off at 0800 and she would come in after that. I asked if B▮▮ was able to come in too. She said that she would bring her with her if she wasn't working. If she was working ▮▮▮▮ said she would come on in by herself. She also stated that she went with B▮▮ to a walk in clinic because she didn't feel right. ▮▮▮▮ stated that the did a blood test on B▮▮ and it came back positive for Benzos. She stated that B▮▮ did not take any drugs that she was aware of, but they had been drinking alcohol earlier that night and also while at Sean's apartment. She stated there were other people there also doing cocaine, but she states that she and B▮▮ did not take any drugs, they only drank alcohol. ▮▮▮▮ said that B▮▮ went into Sean's bedroom with him and she went to the couch to go to sleep. ▮▮▮▮ said the next morning B▮▮ had to be at work early so she went into the bedroom to wake B▮▮ up. ▮▮▮▮ said that B▮▮ was fully clothed, but she was really sleepy. ▮▮▮▮ said she tried to wake B▮▮ up several times but she would not wake up. ▮▮▮▮ told Sean that B▮▮ needed to get up to go to work. They tried to get her to get up again, but she wouldn't, so ▮▮▮▮ went back to the couch to lay down. B▮▮ later woke up and came into the living room. She and ▮▮▮▮ then left. B▮▮ told her she felt weird and asked her to take her to an urgent care. ▮▮▮▮ did and that is where B▮▮ had the blood test done. Later that day B▮▮ wanted to go to the hospital in case she had been raped. ▮▮▮▮ said that B▮▮ didn't really think anything happened but she wanted to go get checked just in case.

| Agency: | Johnson City Police Department | RMS Case | Page 2 of 2 |
|---|---|---|---|
| Officer ID/Name: | | | |
| Date: | | Case Number: ▓▓▓▓ | |
| Narrative Title: | | | |

From www.alcohol.org:

Effects of Combining Alcohol And Benzodiazepine
Alcohol and benzodiazepine have a synergistic depressant effect on the central nervous system. Perhaps more worrisome is the fact that memory impairment is far more likely when these substances are combined. High doses or prolonged abuse of benzodiazepines can result in significantly impaired memory, mood swings, and behavioral changes. People who abuse these drugs often find that they develop a tolerance to their effects. They have to take more to achieve the same high, in other words. Another alternative employed by addicts is to combine alcohol with their drugs. While this certainly helps them achieve the desired sensations of calm or euphoria, the potentially dangerous side effects of both alcohol and benzodiazepine are more pronounced when these drugs are combined.

According to an article in the journal "Alcohol Research & Health," alcohol and benzodiazepine have a synergistic depressant effect on the central nervous system. Perhaps more worrisome is the fact that memory impairment is far more likely when these substances are combined. During blackout periods, you may engage in risky behavior, such as driving a vehicle or walking down a busy street. You could say or do things you'll later regret, apart from the physical damage of abusing drugs and alcohol.

11-14-19 - Neither the witness, ▓▓▓▓, or the victim, B▓▓▓ p▓▓, came into the police department this morning for the scheduled meeting at 0800 to give written statements about the incident. Also, neither of them called to say anything about not coming in. I called the victim on her new number that ▓▓▓▓ provided. There was no answer. I left B▓▓ a message and asked her to call me about her case. The victim called me back and advised she would come in tomorrow after 1530 and bring ▓▓▓▓ with her if she was available. I also asked her to bring her drug screen paperwork with her when she comes in tomorrow.

11-15-19 - The victim and witness did not show up again today to provide me with statements. Neither of them called in to let me know they would not be coming in.

11-15-19 - I will be out of the office from November 16th until November 26th at 0730.

11-21-19 - Reviewed case. MSG

11-27-19 - The victim and the witness have not shown up for two appointments that have been set for them to come in and give me statements. Neither of them have called to cancel or reschedule. I attempted calling the victim today.

Writer requests that the case be closed by unfounded. There is no evidence a forcible rape ever occurred and the victim and witness have both not shown up for two scheduled appointments to come in and provide written statements. No property was stolen.

03/24/21 The results of the sexual assault kit were received. It indicates that male DNA was found on the vaginal/cervical swabs, vaginal swabs, and underwear of the victim.

Agency: Johnson City Police Department
Officer ID/Name: 643 \ Sparks, T
Date: 3/25/2021 10:24:57AM

RMS Case

Case Number: ███████

Narrative Title: **Sparks Notes**

3/25/21 @ 10:25 hours— I tried to contact B███ P███, ███████ but no contact was made and I left a message.

3/25/21 @ 10:37 hours— B███ contacted me back. She said the reason she didn't come in and give a statement was because she had heard some things about Sean Williams. She said that she was scared. I explained to her that a DNA profile was found from the sexual assault kit. ███████████████████████████████████████████████████████████████████████ I asked her if she wanted to go through with the prosecution on the case if a suspect could be identified. I told her that if she did I would have to get a search warrant for Seans DNA and send it off to the TBI Lab to see if his DNA was a match to the DNA profile found in the sexual assault kit. She said that she wanted to call her father before she made a decision.

3/25/21 @ 13:20 hours— B███ contacted me back and said that she does want to prosecute the case. I asked her to get the medical paperwork from the urgent care and come into headquarters to give a written statement. I asked her to have ██████ come and give a statement. I told that I would call her on Monday 03/29/21.

4/13/21 @ 12:49 hours— I spoke with B███ and she said that she couldn't come in until 4/20/21 due to work. She said that she would bring ███████ with her.

4/22/21 @ 10:05 hours— I tried to contact B███ P███ but no contact was made and I left a message.

| | | |
|---|---|---|
| Agency: | Johnson City Police Department | RMS Case |
| Officer ID/Name: | | |
| Date: | | Case Number: |

Page 1 of 1

**Narrative Title: Case Notes**

The victim has known the suspect for about two weeks. She and her friend, the witness listed, were at Applebee's last night drinking. They met up with a male named Sean and went to his apartment at 200 E. Main Street on the fifth floor. The victim stated he throws a lot of parties and has cocaine for everyone. She also said he offered her and the witness some but, they declined. The victim said throughout the night she drank six cranberry and vodkas and one Miller Light tall boy. She said she drank the liquor at Applebee's and the beer at Sean's. She stated she and Sean shared the beer. She said he took her to his bedroom and she began to feel extremely lethargic. She blacked out and doesn't remember anything else until she woke up this morning at 10:30. She woke up in his bed beside him and states she doesn't remember how she got there and doesn't really know him that well. She didn't know his last name. She stated she knows another girl who claimed to be date raped by him and he photographs a lot of nude girls in his apartment. She is not sure if he had sex with her or not but, she did not consent to having sex. She went to an urgent care clinic this morning to ask for a drug test to see what was in her system since she claims to abstain from drugs. She said the urine drug screen showed benzos. She went to JCMC for a rape kit. I collected the rape kit and her clothing she was wearing last night. She has not showered since the incident.

The male Sean, she described to me and where he lives, I believe to possibly be Sean Williams, who I am familiar with from other calls involving him. She said he had curly hair, glasses, was tall and thin and around 40 years old.
I told her she would probably have to identify him through a photo lineup later on.
The rape kit and clothing were placed in evidence.
Please forward to CID.