# Exhibit 30

**B.P., et al.: Billable Hours for Mot. to Compel Financial Records (Baehr-Jones)**

| Date | Time Billed (1/10 of an hour) | Explanation |
|---|---|---|
| 6/20/2024 | 3.5 | Draft facts section and circulate for review |
| 6/21/2024 | .3 | Input edits to facts section |
| 6/25/2024 | 1.7 | Draft additions to facts section |
| 6/26/2024 | 2.5 | Conduct legal research and draft argument section; circulate for review |
| 6/26/2024 | 3.5 | Phone call with paralegal; exhibit prep |
| 6/27/2024 | .5 | Draft additions to facts and argument section |
| 6/27/2024 | .5 | Finalize motion to seal, finalize brief and filing |
| **TOTAL:** | **12.5** | **@ $750/hour = $9,375 Attorneys' Fees** |