# Exhibit 33

| | | |
|---|---|---|
| Agency: | Johnson City Police Department | RMS Case |
| Officer ID/Name: | 720 \ Higgins, B | |
| Date: | 7/20/2022 8:54:27AM | Case Number: ▮ |

Narrative Title: ▮ - Higgins

On 07/16/2022 I received and reviewed this case.

Victim- Female 8 ▮ (DOB ▮) ▮ - ▮

Suspect- Sean Williams (DOB ▮) 200 E Main St

INCIDENT NARRATIVE-----On 07/15/2022 at 14:00 hours, I was advised that the listed victim was at headquarters to report a sexual assault that occurred between October 2020 and December 2021 at the listed address.

CASE NOTES-----The victim advised that she had become acquainted with the subject after meeting through a mutual friend. She stated the suspect offered her a job to clean his apartment which she agreed upon. She stated while cleaning, he told her to stop, that he would just pay for her company. She stated they started hanging out more frequent and more socially. She stated during this time there was a lot of cocaine and alcohol use. She stated in November of 2020, she was asleep when she woke up to him having intercourse with her. She stated she told him to stop but he persisted to keep going. She stated she was then sexually assaulted on multiple other occasions from that date till December of 2021 ▮ while she was asleep and she believed drugged

On 07/15/2022 Female 8 ▮ came to the Police Department to report a sexual assault. Female 8 ▮ stated she had met Williams through a mutual friend ▮ She stated they made an agreement for him to hire her to clean his apartment. She stated after cleaning a couple days he told her to quit that she was too pretty for that and that he would pay her to just hang out and run errands. She stated while at his residence that there was a lot of drug and alcohol use. She stated that eventually she started using cocaine with the other subjects. She stated in November of 2020 that she was sleeping in Williams's bed when she woke up to him having sex with her. She stated she told him to quit that she had to go to work. She stated he was persistent to continue. She stated she did not consent to having sex with him. ▮ She stated that she continued to work for Williams and run errands for his business. She stated on multiple other occasions that she had awakened to being sexually assaulted by Williams ▮ She stated that she felt drugged during those times as she felt she had no control over her motions. She stated she felt she was given something other than cocaine though that's all she remembers taking. She stated that in January of 2021 she had opened Williams' phone that was in the bed and observed several photos of Williams and what appeared to be children. She stated she recognized the subject in the photos as Williams based off his "manscaping" and living room décor. She stated the phone died and she immediately left the residence. She stated she did go back on a couple more occasions due to being addicted to cocaine and lifestyle. She stated she has had no more contact with him since. She stated she believes him to be in Asheville or Florida.
07/25/2022 at 1335 hours, I left a voicemail for ADA Robin Ray in regards to setting an appointment in regards to prosecution of this case.
At 1345 hours, ADA Robin Ray called back stating she was available at 1430 on Wednesday 07/27/2022.
07/27/2022 A/Sgt Sparks and I met with ADA Ray in regards to this case. She stated to get the medical records from the hospital to corroborate the victims statements and to speak with the family to see if they have been advised of any of the incidents.
07/28/2022 at 1122 hours, I attempted to contact Female 8 by phone to get the medical records. I left a voicemail for call back.
08/04/2022 at 0810 hours, I contacted Female 8 by phone. I asked that she had her mother contact me in regards to obtaining her statement of her welfare during this time. ▮ She would not advise the fathers name stating that he would not cooperate with police. She stated she would forward my information to her mother and have her call me when she gets back from Colorado. I asked about the medical records and she stated she had forgot about getting those but would do so as soon as she is not sick.
08/04/2022 a subpoena was obtained and signed by Judge Street for Female 8 ▮ medical records.
08/04/2022 at 1110 hours, I served Kristi Ballderson with Ballad Health the subpoena.
08/12/2022 I received the medical records from Ballad Health.
During review of the medical records shows she was admitted in the hospital on 01/02/2022 for stomach pains and colitis. After being admitted into the hospital for several days she started complaining of chest pains. A toxicology shows she tested positive for cocaine, benzodiazepines. ▮

08/19/2022 at 0940 hours, I contacted Female 8 by phone to attempt to schedule a follow up interview to discuss her medical records along with her statement. She stated she just woke up and she would be unable to come in this date due to having to pick up her kids later. She then agreed to come in Wednesday, 08/24/2022 at 1200 hours,
A IDICORE search shows her mother as ▮. I attempted to contact the following numbers associated with her with no contact: ▮. No voicemails were set up to leave a message.

| Agency: | Johnson City Police Department | RMS Case |
|---|---|---|
| Officer ID/Name: | 720 \ Higgins, B | |
| Date: | 7/20/2022  8:54:27AM | Case Number: |

Narrative Title: W22008341- Higgins

08/24/2022 Female 8 did not show up to the scheduled interview.
09/01/2022 at 1600 hours, I attempted to contact Female 8 by phone. I left a voicemail for call back.
09/07/2022 at 1645 hours, I attempted to contact Female 8 by phone. The voicemail box is full.
09/13/2022 at 1438 hours, Inv. Sparks and I attempted to make contact with Female 8 at her residence ▇▇▇▇ No contact was made. I left a card for call back in the door.
09/15/2022 at 1058 hours, Inv. Clark and I made contact with Female 8 at her residence at ▇▇▇▇. I asked if she would still come to the Police Department to follow up with this investigation. She stated she was scared and asked if she was in trouble. I advised her she was not in trouble though I still had to follow up with her in regards to the medical records. I asked why she would be scared and why she thought she was in trouble and she stated that he hasn't been caught is why she was scared. She stated she would come in Monday 09/19/2022 between 1200-1300 hours. I asked if she spoke to her mother and she stated that she has and that she told her I had called her. I asked that she call me still so I can speak with her in regards to the investigation. She stated her mother, ▇▇▇▇, phone number was ▇▇▇▇. I asked that she contact her and have her call me.

09/19/2022 I spoke with Female 8 at the Police Department. ▇▇▇▇ I asked about speaking with her mother ▇▇▇▇ and she would only give me the phone number and would not give me an address.
12/07/202 at 1012 hours, I attempted to contact ▇▇▇▇ (▇▇▇▇ mother) by phone ▇▇▇▇ to corroborate her statements of impairment. There is no voicemail set up to leave a message.
A TLO search for phone numbers and addresses for ▇▇▇▇ showed a phone number of ▇▇▇▇. I contacted a male, ▇▇▇▇, at that phone number. He stated he did not know a ▇▇▇▇.
12/07/2022 Inv. Willis and I attempted to make contact with ▇▇▇▇ at ▇▇▇▇ No contact was made. I left a card for call back. We attempted to make contact at ▇▇▇▇. We made contact with ▇▇▇▇ which stated she used to live there. He stated he was dating her daughter ▇▇▇▇. He stated her phone number was ▇▇▇▇ and he would contact her to have her call me. He stated she was currently living on ▇▇▇▇. Investigators then attempted to make contact at ▇▇▇▇ Apt 2. No contact was made. I left a card for call back.
12/13/2022 at 0830 hours, I attempted to contact Female 8 by phone to follow-up with her in regards to this case. I left a voicemail for call back.
At 0835 hours, I attempted to contact ▇▇▇▇ by phone. There is no voicemail set up to leave a message.

▇▇▇▇ (large redaction)

12/13/2022 medical records and statements were scanned into RMS by Dawn Bible.

At 1720 hours, ▇▇▇▇ called in to speak with me. He stated that during this time that Female 8 had an order of protection against him and he did not have much contact with her. He stated they would exchange custody occasionally but his mother took care of that due to the protection order. He stated he had custody 95% of the time and did not speak with her other than about the welfare of the child. He stated that he does not want to get into her affairs and would prefer to stay that way.

12/13/2022 at 1733 hours, I emailed my notes to ADA Ray.
12/19/2022 Inv. Mckinney and I reviewed this case with ADA Ray. She stated after reviewing this case that there is insufficient evidence to corroborate her statements and we would not be able to move forward with this case.
At 1705 hours, I contacted Female 8 by phone to advise her of speaking with ADA Ray. She stated she understood and would call with further infomation. ▇▇▇▇ I advised her to call if she has any other information that would assist in the investigation or of the whereabouts of Sean Williams.

Agency: **Johnson City Police Department**
Officer ID/Name: **720 \ Higgins, B**
Date: **7/20/2022  8:54:27AM**

RMS Case

Case Number:

Narrative Title: ▮▮▮▮▮▮ **- Higgins**

03/16/2023 I advised supervision of the details of this case and after speaking with ADA Ray prosecution was declined. Request case be closed by Exceptional Means as the District Attorneys Office has declined prosecution of the following: Sean Williams, W/M, DOB ▮▮▮▮▮▮ of 200 E Main St. This is a non-property offense.
03/17/2023 Case file turned into Dawn Bible to be filed.