IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

B.P., et al.,

    **Plaintiffs,**

v.                                              No: 2:23-cv-00071-TRM-JEM

**CITY OF JOHNSON CITY, TENNESSEE, et al.,**

    **Defendants.**

_____/

## NOTICE REGARDING PLAINTIFFS' RESPONSE TO DEFENDANT JENKINS' MOTION TO QUASH SUBPOENAS DUCES TECUM ON FINANCIAL INSTITUTIONS

Pursuant to ECF 231, Plaintiffs hereby notify this Court that their Response [ECF 205] to Defendant Jenkins' Motion to Quash no longer requires redactions. The updated, unredacted Response is filed as an attachment to this Notice.

Dated June 28, 2024.               Respectfully submitted,

                                         HMC Civil Rights Law, PLLC

                                         */s/ Heather Moore Collins*

                                         Heather Moore Collins (# 026099)
                                         Ashley Shoemaker Walter (#037651)
                                         7000 Executive Center Dr., Suite 320
                                         Brentwood, TN 37027
                                         615-724-1996
                                         615-691-7019 FAX
                                         heather@hmccivilrights.com
                                         ashley@hmccivilrights.com


                                         Advocates for Survivors of Abuse PC

                                         */s/ Vanessa Baehr-Jones*

1

Vanessa Baehr-Jones (*pro hac vice*)
4200 Park Boulevard No. 413
Oakland, CA 94602
510-500-9634
vanessa@advocatesforsurvivors.com


Erickson Kramer Osborne, LLP

*/s/ Julie Erickson*
Elizabeth Kramer (*pro hac vice*)
Kevin Osborne (*pro hac vice*)
Julie Erickson (*pro hac vice*)
44 Tehama St.
San Francisco, CA 94105
415-635-0631
elizabeth@eko.law
kevin@eko.law

*Attorneys for Plaintiffs and the Proposed Classes*

# CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been filed and served via the court's electronic filing system on June 28, 2024 to counsel of record:

| | |
|---|---|
| K. Erickson Herrin<br>HERRIN, McPEAK & ASSOCIATES<br>515 East Unaka Avenue<br>P. O. Box 629<br>Johnson City, TN 37605-0629<br>Email: lisa@hbm-lawfirm.com<br><br>Emily C. Taylor<br>Reid Spaulding<br>WATSON, ROACH, BATSON &<br>LAUDERBACK, P.L.C.<br>P.O. Box 131<br>Knoxville, TN 37901-0131<br>Email: etaylor@watsonroach.com<br>Email: rspaulding@watsonroach.com<br><br>*Attorneys to Defendants, Johnson City, Tennessee, Karl Turner, in his individual and official capacities, Captain Kevin Peters, in his official capacity, and Investigator Toma Sparks, in his official capacity* | Daniel H. Rader III<br>Daniel H. Rader IV<br>MOORE, RADER & YORK PC<br>46 N. Jefferson Avenue<br>P.O. Box 3347<br>Cookeville, TN 38502-3347<br>danrader@moorerader.com<br>danny@moorerader.com<br>*Counsel for Kevin Peters in his individual capacity*<br><br>Kristin Ellis Berexa<br>Ben C. Allen<br>FARRAR BATES BEREXA<br>12 Cadillac Drive, Suite 480<br>Brentwood, TN 37027-5366<br>kberexa@fbb.law<br>ballen@fbb.law<br>*Counsel for Toma Sparks in his individual capacity*<br><br>Keith H. Grant<br>Laura Rufolo<br>Robinson, Smith & Wells, PLLC<br>633 Chestnut Street, Suite 700<br>Chattanooga, TN 37450<br>E-mail: kgrant@rswlaw.com<br>E-mail: lrufolo@rswlaw.com<br><br>*Counsel for Justin Jenkins in his individual capacity* |

                                        */s Heather Moore Collins*
                                        Heather Moore Collins