# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| B.P., H.A., and S.H., individually, and on behalf of all others similarly situated, | ] ] ] |
| Plaintiffs, | ] No.: 2:23-cv-00071-TRM-JEM ] |
| v. | ] PLAINTIFFS' DEMAND ] JURY TRIAL |
| CITY OF JOHNSON CITY, TN., et al., | ] ] |
| Defendants. | ] |

## NOTICE OF SERVICE OF DEFENDANT CITY OF JOHNSON CITY, TENNESSEE'S RESPONSE TO PLAINTIFFS' SIXTH REQUESTS FOR PRODUCTION OF DOCUMENTS

The Defendant, Johnson City, Tennessee, hereby appears, by and through counsel and provides this Court Notice that Defendant's Response to Plaintiffs' Sixth Requests for Production of Documents and accompanying exhibits were provided to all counsel of record via e-mail on this the 3rd day of July, 2024.

Respectfully submitted this 3rd day of July, 2024.

        CITY OF JOHNSON CITY, TN

        By: s/ Emily C. Taylor
        Emily C. Taylor, BPR # 027157
        **WATSON, ROACH, BATSON**
        **& LAUDERBACK, P.L.C.**
        P.O. Box 131
        Knoxville, TN  37901-0131
        Phone: (865) 637-1700
        Email: etaylor@watsonroach.com

K. Erickson Herrin, BPR # 012110  
**HERRIN, McPEAK & ASSOCIATES**  
515 East Unaka Avenue  
P. O. Box 629  
Johnson City, TN 37605-0629  
Phone: (423) 929-7113  
Email: lisa@hbm-lawfirm.com  

Jonathan P. Lakey, BPR # 016788  
**BURCH, PORTER & JOHNSON, PLLC**  
130 North Court Avenue  
Memphis, TN 38103  
Phone: (901) 524-5024  
Email: jlakey@bpjlaw.com  

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system:

| | |
|---|---|
| Heather Moore Collins<br>Ashley Shoemaker Walter<br>HMC CIVIL RIGHTS LAW, PLLC<br>7000 Executive Center Drive, Suite 320<br>Brentwood, TN 37027<br>heather@hmccivilrights.com<br>ashley@hmccivilrights.com<br>*Counsel for Plaintiffs* | Kristin Ellis Berexa<br>Ben C. Allen<br>FARRAR BATES BEREXA<br>12 Cadillac Drive, Suite 480<br>Brentwood, TN 37027-5366<br>kberexa@fbb.law<br>ballen@fbb.law<br>*Counsel for Toma Sparks in his individual capacity* |
| Vanessa Baehr-Jones<br>ADVOCATES FOR SURVIVORS OF ABUSE, PC<br>4200 Park Boulevard No. 413<br>Oakland, CA 94602<br>vanessa@advocatesforsurvivors.com<br>*Counsel for Plaintiffs* | Daniel H. Rader III<br>Daniel H. Rader IV<br>André S. Greppin<br>MOORE, RADER & YORK PC<br>46 N. Jefferson Avenue<br>P.O. Box 3347<br>Cookeville, TN 38502-3347<br>danrader@moorerader.com<br>danny@moorerader.com<br>andre@moorerader.com<br>*Counsel for Kevin Peters in his individual capacity* |

| | |
|---|---|
| Kevin Osborne<br>Elizabeth Kramer<br>Julie Erickson<br>ERICKSON KRAMER OSBORNE, LLP<br>44 Tehama Street<br>San Francisco, CA 94105<br>kevin@eko.law<br>elizabeth@eko.law<br>julie@eko.law<br>*Counsel for Plaintiffs* | Keith H. Grant<br>Laura Beth Rufolo<br>Philip Aaron Wells<br>ROBINSON, SMITH & WELLS, PLLC<br>Suite 700, Republic Centre<br>633 Chestnut Street<br>Chattanooga, TN 37450<br>kgrant@rswlaw.com<br>lrufolo@rswlaw.com<br>awells@rswlaw.com<br>*Counsel for Justin Jenkins, Jeff Legault, and Brady Higgins, in their individual capacities* |

Dated this 3rd day of July, 2024.

*s/ Emily C. Taylor*
Emily C. Taylor, BPR # 027157
Phone: (865) 637-1700
Email: etaylor@watsonroach.com