UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| B.P., H.A., S.H., individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF JOHNSON CITY, *et al.*,<br><br>Defendants. | No. 2:23-CV-71-TRM-JEM |

# **O R D E R**

This case is before the Court pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiffs' Notice of Lodging Documents Under Seal [Doc. 222]. The motion seeks to redact Plaintiffs' Response in Opposition to Steven Finney's Motion to Quash Subpoenas and for Protective Order [SEALED Doc. 223], and it seeks to seal/redact Exhibits 1, 2, and 20 to the Declaration of Vanessa Baehr-Jones [SEALED Docs. 223-1 to 223-3]. For grounds, Plaintiffs state that Defendants designated the exhibits as confidential [Doc. 222].

On July 3, 2024, the Court entered an order directing Defendants to respond to the motion by July 9, 2024 [Doc. 247]. Defendants responded to the motion requesting that the Court allow the exhibits to remain sealed [Doc. 258]. On the same day, July 9, 2024, District Attorney General Steven Finney filed a Notice of Withdrawal of Motion to Quash Subpoenas [Doc. 257]. Specifically, he and Plaintiffs agreed to limit the subpoenas for his call records, and they also "agreed to a protective order governing Plaintiffs' deposition of General Finney, scheduled July 17, 2024, and any future deposition of this office personnel" [*Id*. at 1 (citation omitted)].

The following day, on July 10, 2024, the Court entered Plaintiffs and District Attorney General Finney's Protective Order Governing the Testimony of Personnel in the District Attorney General's Office for the First Judicial District [Doc. 260]. "Because of this agreement, General Finney withdr[e]w his opposition to the deposition subpoena" [Doc. 257 p. 2], which mooted his motion to quash [Doc. 202].

On July 15, 2024, Plaintiffs filed their Reply in Support of Notice of Lodging Documents Under Seal [Doc. 268]. They assert that the Court should deny Defendants' request to seal the exhibits and "order Plaintiffs to re-file Exhibits 1, 2, and 20 to [Doc. 221] on the public docket" [Doc. 268 p. 5].

While Plaintiffs seek an order requiring Plaintiffs to refile the exhibits in the public record, they do not explain why such is necessary given that there is no pending matter relating to these documents before the Court. The Court therefore **DENIES AS MOOT** the request [**Doc. 222**]. In accordance with Rule 12.2 of the Electronic Case Filing Rules and Procedures of the United States District Court for the Eastern District of Tennessee, the Clerk's Office **SHALL DELETE** Plaintiffs' Response in Opposition to Steven Finney's Motion to Quash Subpoenas and for Protective Order [**Doc. 223**] and Exhibits 1, 2, and 20 to the Declaration of Vanessa Baehr-Jones [**Docs. 223-1 to 223-3**]. To the extent the parties rely on the proposed sealed documents in future filings, the Court will adjudicate whether the documents should be sealed at that time.

**IT IS SO ORDERED.**

ENTER:

*/s/ Jill E. McCook*
Jill E. McCook
United States Magistrate Judge