IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE GREENEVILLE DIVISION

| | | |
|---|---|---|
| B.P., H.A., and S.H., individually, and on Behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| VERSUS | ) ) | No. 2:23-cv-00071-TRM-CRW |
| CITY OF JOHNSON CITY, TENNESSEE, *et al* | ) ) ) | |
| Defendants. | ) | |

## MOTION TO SEAL EXCERPTS OF DEPOSITION OF B.P.

COME NOW the Defendants, Kevin Peters and Toma Sparks, in their individual capacities, by and through counsel, and pursuant to LR 37.2 and 26.2(b), and ECF Rule 12.2, and move the Court to permit filing under seal of certain excerpts of the Deposition of B.P., a named Plaintiff in this cause. In support of this Motion to Seal, the excerpts attached relate directly to the circumstances of B.P.'s alleged sexual assault, and the details she reported thereafter. This material is potentially significant in connection with the potential prosecution of Sean Williams for alleged crimes perpetrated by him against B.P., and it is appropriate that this material be sealed from public view. The movant would state and show unto the Court that there is good cause to file these materials under seal in accordance with the Court's Rules. Undersigned counsel has consulted with counsel for Plaintiff B.P., offered to file the material under seal or publicly, and counsel for B.P. confirmed that B.P. requested that the material be remained sealed. Undersigned would further state and show unto the Court that the material cannot be redacted in a fashion that it can be filed on the public docket in a manner that would permit the Court to understand it and appropriately preserve the confidentiality of the material, and the material

cannot be redacted in a fashion where it can be publicly filed. All material that *can* be filed publicly in connection with these Defendants' Response has been appropriately filed publicly.

WHEREFORE, in consideration of the foregoing, these Defendants move the Court to permit these excerpts from the deposition of B.P. to be filed under seal in support of Defendants' Response.

Respectfully submitted,

MOORE, RADER AND YORK, P. C.

s/DANIEL H. RADER IV, BPR #025998
  DANIEL H. RADER IV / BPR #025998
  P. O. Box 3347
  Cookeville, TN  38502
  Phone: (931) 526-3311
  danny@moorerader.com
  Attorneys for Kevin Peters, individually

CERTIFICATE OF SERVICE

        I hereby certify that a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Ashley Walter
HMC Civil Rights Law, PLLC
7000 Executive Center Dr.
Brentwood, TN 37027
615-724-1996
Email: ashley@hmccivilrights.com

Caroline Drinnon
HMC Civil Rights Law, PLLC
7000 Executive Center Dr.
Brentwood, TN 37027
615-724-1996
Email: caroline@hmccivilrights.com

Heather Moore Collins
HMC Civil Rights Law, PLLC
7000 Executive Center Dr.
Suite 320
Brentwood, TN 37027
615-724-1996
Email: heather@hmccivilrights.com

Vanessa Baehr-Jones
Advocates for Survivors of Abuse
4200 Park Blvd., No. 413
Oakland, CA 94602
Email: vanessa@advocatesforsurvivors.com
*Pro Hac Vice Attorney for Plaintiff*

Ms. Elizabeth A. Kramer
Mr. Kevin M. Osborne
Erickson, Kramer Osborne LLP
44 Tehama Street
San Francisco CA 94105
(415-635-0631)
Email: elizabeth@eko.law
Email: kevin@eko.law

Mr. Keith H. Grant
Mr. Philip Aaron Wells
Ms. Laura Beth Rufolo
Robinson, Smith & Wells
633 Chestnut Street
Suite 700 Republic Centre
Chattanooga, TN 37450
Email: kgrant@rswlaw.com
Email: awells@rswlaw.com
Email: lrufolo@rswlaw.com

Emily C. Taylor
Watson Roach Batson & Lauderback
P. O. Box 131
Knoxville, TN 37901-0131
865-637-1700
Email: etaylor@watsonroach.com
*Attorney for the City of Johnson City, Tennessee, and Karl Turner, in his Individual Capacity*

K. Erickson Herrin
Herrin McPeak & Associates
515 E. Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
(423-929-7113)
*Attorney for the City of Johnson City, Tennessee, Karl Turner, in his individual and official capacities, Toma Sparks, in his official capacity, and Kevin Peters, in his official capacity*

Thomas J. Garland, Jr.
Milligan & Coleman, PLLP
230 W Depot St.
Greeneville, TN 37743
Email: tgarland@milligancoleman.com
*Attorney for the City of Johnson City,
Tennessee, and Karl Turner, in his
Individual capacity*

Ms. Kristin E. Berexa
Mr. Benjamin C. Allen
Farrar Bates Berexa
12 Cadillac Drive, Suite 480
Brentwood, TN 37027
615-254-3060
Email: kberexa@fbb.law
ballen@fbb.law
*Attorneys for Toma Sparks*

Vanessa Baehr-Jones
Advocates for Survivors of Abuse PC
4200 Park Boulevard No. 413
Oakland, CA 94602
510-500-9634
Email: vanessa@advocatesforsurvivors.com

  This the 17th day of July, 2024.

          MOORE, RADER AND YORK, P. C.

          s/DANIEL H. RADER IV, BPR 025998
          DANIEL H. RADER IV / BPR #025998
          P. O. Box 3347
          Cookeville, TN 38502
          (931-526-3311)
          danny@moorerader.com