IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE GREENEVILLE DIVISION

| | |
|---|---|
| B.P., H.A., and S.H., individually, and on Behalf of all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| VERSUS ) ) | No. 2:23-cv-00071-TRM-CRW |
| CITY OF JOHNSON CITY, TENNESSEE, *et al* ) ) | |
| Defendants. ) | |

## NOTICE OF SEALED FILING

COMES NOW the Defendant, Kevin Peters and Toma Sparks, in their individual capacity, by and through counsel, and pursuant to LR 37.2 and 26.2(b), and ECF Rule 12.2, and gives notice of the filing of the attached excerpts of the deposition of B.P. These excerpts are filed under seal due to the content of same, which relate to the circumstances of her alleged sexual assault. They cannot be redacted in a fashion where they can be filed publicly.

Respectfully submitted,

MOORE, RADER AND YORK, P. C.

s/DANIEL H. RADER IV, BPR #025998
DANIEL H. RADER IV / BPR #025998
P. O. Box 3347
Cookeville, TN 38502
Phone: (931) 526-3311
danny@moorerader.com
Attorneys for Kevin Peters, individually

CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Ashley Walter<br>HMC Civil Rights Law, PLLC<br>7000 Executive Center Dr.<br>Brentwood, TN 37027<br>615-724-1996<br>Email: ashley@hmccivilrights.com | Caroline Drinnon<br>HMC Civil Rights Law, PLLC<br>7000 Executive Center Dr.<br>Brentwood, TN 37027<br>615-724-1996<br>Email: caroline@hmccivilrights.com |
| Heather Moore Collins<br>HMC Civil Rights Law, PLLC<br>7000 Executive Center Dr.<br>Suite 320<br>Brentwood, TN 37027<br>615-724-1996<br>Email: heather@hmccivilrights.com | Vanessa Baehr-Jones<br>Advocates for Survivors of Abuse<br>4200 Park Blvd., No. 413<br>Oakland, CA 94602<br>Email: vanessa@advocatesforsurvivors.com<br>*Pro Hac Vice Attorney for Plaintiff* |
| Ms. Elizabeth A. Kramer<br>Mr. Kevin M. Osborne<br>Erickson, Kramer Osborne LLP<br>44 Tehama Street<br>San Francisco CA 94105<br>(415-635-0631)<br>Email: elizabeth@eko.law<br>Email: kevin@eko.law | Mr. Keith H. Grant<br>Mr. Philip Aaron Wells<br>Ms. Laura Beth Rufolo<br>Robinson, Smith & Wells<br>633 Chestnut Street<br>Suite 700 Republic Centre<br>Chattanooga, TN 37450<br>Email: kgrant@rswlaw.com<br>Email: awells@rswlaw.com<br>Email: lrufolo@rswlaw.com |
| Emily C. Taylor<br>Watson Roach Batson & Lauderback<br>P. O. Box 131<br>Knoxville, TN 37901-0131<br>865-637-1700<br>Email: etaylor@watsonroach.com<br>*Attorney for the City of Johnson City, Tennessee, and Karl Turner, in his Individual Capacity* | K. Erickson Herrin<br>Herrin McPeak & Associates<br>515 E. Unaka Avenue<br>P. O. Box 629<br>Johnson City, TN 37605-0629<br>(423-929-7113)<br>*Attorney for the City of Johnson City, Tennessee, Karl Turner, in his individual and official capacities, Toma Sparks, in his official capacity, and Kevin Peters, in his official capacity* |

Thomas J. Garland, Jr.
Milligan & Coleman, PLLP
230 W Depot St.
Greeneville, TN 37743
Email: tgarland@milligancoleman.com
*Attorney for the City of Johnson City, Tennessee, and Karl Turner, in his Individual capacity*

Ms. Kristin E. Berexa
Mr. Benjamin C. Allen
Farrar Bates Berexa
12 Cadillac Drive, Suite 480
Brentwood, TN 37027
615-254-3060
Email: kberexa@fbb.law
ballen@fbb.law
*Attorneys for Toma Sparks*

Vanessa Baehr-Jones
Advocates for Survivors of Abuse PC
4200 Park Boulevard No. 413
Oakland, CA 94602
510-500-9634
Email: vanessa@advocatesforsurvivors.com

    This the 17th day of July, 2024.

                  MOORE, RADER AND YORK, P. C.

                  s/DANIEL H. RADER IV, BPR 025998
                  DANIEL H. RADER IV / BPR #025998
                  P. O. Box 3347
                  Cookeville, TN 38502
                  (931-526-3311)
                  danny@moorerader.com