IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE GREENEVILLE DIVISION

| | | |
|---|---|---|
| B.P., H.A., and S.H., individually, and on Behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| VERSUS | ) ) | No. 2:23-cv-00071-TRM-CRW |
| CITY OF JOHNSON CITY, TENNESSEE, *et al* | ) ) ) | |
| Defendants. | ) | |

### RESPONSE TO PLAINTIFFS' MOTION TO SEAL

COMES NOW the Defendant, Kevin Peters in their individual capacity, and for response to the Court's Order (DE 269), and to Plaintiff's Motion to Seal (DE 233), would state and show to the Court that the filings by Plaintiff were not properly or sufficiently redacted to be able to file them on the public docket. There are two documents at issue: Exhibit 15 (interrogatory responses), and Exhibit 29 (deposition excerpts).

Concerning Exhibit 15, this Defendant proposed additional redactions to Plaintiffs' counsel to correct what appear to have been errors by Plaintiffs in their initial redaction effort, which corrections would enable this to be filed on the public docket. But Plaintiffs did not substantively respond or address the requested redactions despite email request and in-person request at unrelated depositions. The redactions were not burdensome; Plaintiffs redacted names of non-parties in some portion of the documents, but inexplicably did not redact the exact same names in other portions, making Plaintiffs' own redactions ineffectual. These redactions were presumably for the protection of these non-parties. It is clear that Plaintiffs were in such a hurry to file that they refused Defendant's meet and confer requests and failed to proofread their own redactions. This follows this Defendant's multiple objections in June to Plaintiffs' failure to meet

and confer, while Plaintiffs knew that undersigned counsel was out of the country on vacation. The material *can* be redacted to enable it to be filed publicly, but Plaintiffs have failed to respond to Defendants' request to do so and respond to the additional redactions identified.

This Defendant requests that the Court order Plaintiffs to re-file the Exhibit 15 material with the additional redactions that Defendant requested concerning the non-party names, in order that they be consistent. In the alternative, Defendant requests that the material remain sealed, or the material not be filed at all.

With respect to Exhibit 29, these excerpts of this Defendant's deposition from the *Dahl* litigation were apparently designated confidential by the parties in the *Dahl* litigation. Defendant Peters is not and was not a party to the *Dahl* litigation, and was not involved in that designation. Defendant Peters would state that the pages do not appear to have any confidential information that would prevent the pages from being filed publicly, but Defendant Peters does not have standing to de-designate material that is protected by the Protective Order in the *Dahl* litigation. Defendant Peters does not object to this material being filed publicly.

Respectfully submitted,

MOORE, RADER AND YORK, P. C.

s/DANIEL H. RADER IV, BPR #025998
DANIEL H. RADER IV / BPR #025998
P. O. Box 3347
Cookeville, TN 38502
Phone: (931) 526-3311
danny@moorerader.com
Attorneys for Kevin Peters, individually

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Ashley Walter
HMC Civil Rights Law, PLLC
7000 Executive Center Dr.
Brentwood, TN  37027
615-724-1996
Email:  ashley@hmccivilrights.com

Caroline Drinnon
HMC Civil Rights Law, PLLC
7000 Executive Center Dr.
Brentwood, TN  37027
615-724-1996
Email:  caroline@hmccivilrights.com

Heather Moore Collins
HMC Civil Rights Law, PLLC
7000 Executive Center Dr.
Suite 320
Brentwood, TN  37027
615-724-1996
Email:  heather@hmccivilrights.com

Vanessa Baehr-Jones
Advocates for Survivors of Abuse
4200 Park Blvd., No. 413
Oakland, CA  94602
Email: vanessa@advocatesforsurvivors.com
*Pro Hac Vice Attorney for Plaintiff*

Ms. Elizabeth A. Kramer
Mr. Kevin M. Osborne
Erickson, Kramer Osborne LLP
44 Tehama Street
San Francisco CA  94105
(415-635-0631)
Email:  elizabeth@eko.law
Email:  kevin@eko.law

Mr. Keith H. Grant
Mr. Philip Aaron Wells
Ms. Laura Beth Rufolo
Robinson, Smith & Wells
633 Chestnut Street
Suite 700 Republic Centre
Chattanooga, TN  37450
Email:  kgrant@rswlaw.com
Email:  awells@rswlaw.com
Email:  lrufolo@rswlaw.com

Emily C. Taylor
Watson Roach Batson & Lauderback
P. O. Box 131
Knoxville, TN  37901-0131
865-637-1700
Email:  etaylor@watsonroach.com
*Attorney for the City of Johnson City, Tennessee, and Karl Turner, in his Individual Capacity*

K. Erickson Herrin
Herrin McPeak & Associates
515 E. Unaka Avenue
P. O. Box 629
Johnson City, TN  37605-0629
(423-929-7113)
*Attorney for the City of Johnson City, Tennessee, Karl Turner, in his individual and official capacities, Toma Sparks, in his official capacity, and Kevin Peters, in his official capacity*

Thomas J. Garland, Jr.
Milligan & Coleman, PLLP
230 W Depot St.
Greeneville, TN  37743
Email:  tgarland@milligancoleman.com
*Attorney for the City of Johnson City,
Tennessee, and Karl Turner, in his
Individual capacity*

Ms. Kristin E. Berexa
Mr. Benjamin C. Allen
Farrar Bates Berexa
12 Cadillac Drive, Suite 480
Brentwood, TN  37027
615-254-3060
Email:  kberexa@fbb.law
ballen@fbb.law
*Attorneys for Toma Sparks*

Vanessa Baehr-Jones
Advocates for Survivors of Abuse PC
4200 Park Boulevard No. 413
Oakland, CA  94602
510-500-9634
Email: vanessa@advocatesforsurvivors.com

  This the 19th day of July, 2024.

        MOORE, RADER AND YORK, P. C.

        s/DANIEL H. RADER IV, BPR 025998
        DANIEL H. RADER IV / BPR #025998
        P. O. Box 3347
        Cookeville, TN  38502
        (931-526-3311)
        danny@moorerader.com