

| 2097 | Phone | Ball Cathy * | | Timestamp:<br>4/6/2022 6:43:39 PM(UTC-4) | Direction:<br>Incoming<br>Body:<br>This is good. Thanks.<br><br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type:<br>SMS<br>SMSC:<br>+19039321411<br>Folder:<br>Inbox | ✓ |



| 2101 | Phone | | Ball Cathy * | Timestamp: 4/6/2022 4:22:57 PM(UTC-4) | Direction: Outgoing<br>Body:<br>Cathy,<br>I will email you the crime stats you asked for. Don't be alarmed by the number.<br>All incidents that were reported are listed. Many are not criminal acts.<br>We can reduce the distance from 1 mile to a lesser range if you desire.<br>You can also drill down to list only specific crimes as well.<br>Let me know if we need to provide additional information.<br>Karl<br><br>Participants:<br><br>| Participant | Delivered | Read | Played |<br>| +1... Ball Cathy | | | |<br><br>Source Extraction: Advanced Logical<br>Status: Sent<br>Message Type: SMS<br>Folder: Sent | ✓ |

957

| 2103 | Phone | | Ball Cathy * | Timestamp:<br>4/6/2022 3:16:25<br>PM(UTC-4) | Direction: Outgoing<br>Body: Yes ma'am<br>Participants:<br>Participant / Delivered / Read / Played<br>+1 [redacted] Ball Cathy<br>Source Extraction: Advanced Logical<br>Status: Sent<br>Message Type: SMS<br>Folder: Sent | ✓ |

| 2105 | Phone | +[redacted]<br>Ball Cathy * | | Timestamp:<br>4/6/2022 3:15:41<br>PM(UTC-4) | Direction: Incoming<br>Body: Any chance you could run me a crime report for East Main Street #5 in downtown. I am looking at buying it.<br>Source Extraction: Advanced Logical<br>Status: Read<br>Message Type: SMS<br>SMSC: +19039321410<br>Folder: Inbox | ✓ |

958