**From:** "Turner, Karl" <kturner@johnsoncitytn.org>
**To:** "Ball, Cathy" <cball@johnsoncitytn.org>
**Subject:** FW: Crime reports 200 E Main St 1 mile radius
**Date:** Wed, 06 Apr 2022 20:25:44 +0000
**Importance:** Normal
**Attachments:** 200_E_Main_St_-_CY2020_-_1_mile_radius.xlsx; 200_E_Main_St_-_CY2021_-_1_mile_radius.xlsx
**Inline-Images:** image001.png; image003.png

---

Cathy,

These stats are for a one mile radius form 200 East Main Street. We can adjust this distance if you desire. Please let me know if you need additional information.

Karl

**From:** Bowman, Stephen <sbowman@johnsoncitytn.org>
**Sent:** Wednesday, April 6, 2022 3:46 PM
**To:** Turner, Karl <kturner@johnsoncitytn.org>
**Subject:** Crime reports 200 E Main St 1 mile radius

Chief Turner,

Each file year attached has a little over 5000 incidents within a 1 mile radius of 200 E Main St. The files have filters at the top of each column to search for a specific incident type.

I will come up and visit just a minute to explain further.

Thank you,
Steve



**Officer Stephen Bowman**
Johnson City Police Department
City of Johnson City, Tennessee
423.434.6160 o. / www.johnsoncitytn.org



EXHIBIT 53
WIT:
DATE: 8-4-2-
JEFF RUSK COURT REPORTING