UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| B.P., H.A., S.H., individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 2:23-CV-71-TRM-JEM |
| CITY OF JOHNSON CITY, *et al.*, | ) ) | |
| Defendants. | ) ) | |

**O R D E R**

This case is before the Court pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

This matter is before the Court on a *sua sponte* review. There have been approximately fifteen motions to seal filed in this case. The Court understands that this case involves a great deal of confidential information, but the parties have unnecessarily complicated the sealing process [*See, e.g.*, Docs. 211, 216, 224, 239, 247, 269].

To streamline the sealing process moving forward, the Court **ORDERS** the parties to meet and confer prior to filing the opposing party's designated confidential information in CM/ECF. This process will ensure that motions seeking redactions or sealing are consistent with the designating party's requests. Motions to seal shall state that the filing party has complied with the meet and confer process and that the designating party has determined that its redactions or sealing requests are appropriate.

The Court further **DIRECTS** the parties to the Memorandum and Order Regarding Sealing Confidential Information, which explains the procedure for filing motions to seal:

> 2.      In the event a party moves to file under seal information which has been designated as confidential by someone else

1

(*e.g.*, another party or a non–party), the party who has designated the information as confidential will have fourteen days from service of the motion to seal to file: (a) a response indicating whether that party supports the motion to seal, and (b) if the response is in the affirmative, any declarations or other papers supporting such response.

3.  A proposed redacted document (the document with the confidential information redacted from it) should be filed as an attachment to the motion to seal or response to the motion to seal, as is appropriate under the circumstances. An unredacted document (the document containing the confidential information) shall be filed using the *Proposed Sealed Document* event, with all proposed redacted portions (confidential portions) of the document highlighted using a legible text highlight color, to enable the Court to identify and review those confidential portions of the document that the moving party is asking to be sealed, *i.e.* redacted from the public record permanently.

[Doc. 6 p. 3 (emphasis omitted)].

The Court **ORDERS** the parties to file placeholders in place of any briefs or exhibits that are subject to any motion to seal. If the parties do not comply with the above procedure, the Court will summarily deny the motion to seal or unseal the documents, whichever is appropriate.

**IT IS SO ORDERED.**

ENTER:

Jill E. McCook
United States Magistrate Judge

2