IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| B.P., H.A., and S.H., individually, and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF JOHNSON CITY, et al., <br><br> Defendants. | No. 2:23-cv-00071-TRM-JEM <br><br> Judge McDonough <br><br> Magistrate Judge McCook |

## AFFIDAVIT

Michael Little, after being duly sworn, states that the following is true to the best of his knowledge and belief:

1. My name is Michael Little. I am a criminal investigator employed by the First Judicial District Attorney General's Office.

2. On May 22, 2023, I received a copy of the contents of a digital storage device which was taken from Sean Williams at the time of his arrest in Sylva, North Carolina, on or about April 29, 2023.

3. I personally reviewed the aforementioned digital evidence which contained a substantial amount of video and still images. Many of these videos and still images appear to depict Sean Williams engaging in sexual assaults against numerous women and child victims inside of his residence in Johnson City, Tennessee on various dates.

4. From these videos, I have identified videos and/or still images which I believe to contain Plaintiffs B.P. and H.A.

5. I have discovered a total of approximately 67 individuals who have either been confirmed as being or were likely to have been victims of sexual assaults by Sean Williams. This is based upon a review of all digital evidence contained within the aforementioned digital storage device taken from Sean Williams at the time of his arrest in Sylva, North Carolina.

And further affiant sayeth not.

MICHAEL LITTLE
Criminal Investigator

Subscribed to and sworn before me this 16th day of July, 2024.

Notary Public:

My Commission Expires
August 3, 2026

2