IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

B.P., H.A., and S.H. individually, and
On behalf of all others similarly situated,

    Plaintiffs,

v.                               No: 2:23-cv-00071-TRM-JEM

**CITY OF JOHNSON CITY, TENNESSEE, et al.,**

    **Defendants.**
_____/

## JOINT MOTION TO AMEND SCHEDULING ORDER

COME NOW Plaintiffs B.P., H.A., and S.H., individually and as proposed class representatives of all others similarly situated, ("Plaintiffs"), Defendants City of Johnson City, Tennessee, Karl Turner, Kevin Peters, Toma Sparks, Justin Jenkins, Jeff Legault, and Brady Higgins (together, "Defendants"), (collectively, the "Parties"), through their respective undersigned counsel, who request the following amendments to the case schedule.

On April 4, 2024 the Court amended the scheduling order in this matter. Doc. 162. The amended Order set deadlines for Expert Disclosures to be filed no later than August 13, 2024, and for any Rebuttal Expert Disclosures to be filed on or before September 13, 2024. The Parties request that the Expert Disclosures be due by October 30, 2024 and the Rebuttal Expert Disclosures be due by November 29, 2024.

The existing deadline for the Final Witness List is November 4, 2024. The Parties request that the Final Witness List be due by December 15, 2024.

No further changes to the case schedule are requested at this time.

Subject to the Court's approval, the third amended case schedule would be as follows:

1

| Motion | Deadline |
|---|---|
| Expert Disclosures | October 30, 2024 |
| Rebuttal Expert Disclosures | November 29, 2024 |
| Final Witness List due | December 15, 2024 |

Dated August 5, 2024.

Respectfully submitted,

Erickson Kramer Osborne LLP

*/s/ Elizabeth Kramer*
Elizabeth Kramer (*pro hac vice*)
Kevin Osborne (*pro hac vice*)
44 Tehama St.
San Francisco, CA 94105
415-635-0631
elizabeth@eko.law
kevin@eko.law


HMC Civil Rights Law, PLLC

*s/ Heather Moore Collins*
Heather Moore Collins (# 026099)
Ashley Shoemaker Walter (#037651)
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com

Advocates for Survivors of Abuse PC

*/s Vanessa Baehr-Jones*
Vanessa Baehr-Jones (*pro hac vice*)
4200 Park Boulevard No. 413
Oakland, CA 94602
510-500-9634
vanessa@advocatesforsurvivors.com

*Attorneys for Plaintiffs and the Proposed Classes*

2

/s/ K. Erickson Herrin
K. Erickson Herrin
HERRIN, McPEAK & ASSOCIATES
515 East Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
Email: rachel@hbm-lawfirm.com

/s/ Emily C. Taylor
Emily C. Taylor
Reid Spaulding
WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
Email: etaylor@watsonroach.com
Email: rspaulding@watsonroach.com

*Attorneys to Defendants, Johnson City, Tennessee, Karl Turner, in his individual and official capacities, Captain Kevin Peters, in his official capacity, and Investigator Toma Sparks, in his official capacity*

MOORE, RADER & YORK, P.C.

/s/ Daniel H. Rader IV
DANIEL H. RADER IV / BPR #025998
DANIEL H. RADER III / BPR #002835
ANDRÉ S. GREPPIN / BPR #036706
46 North Jefferson Avenue
Cookeville, Tennessee 38501
Phone: (931) 526-3311
danny@moorerader.com
danrader@moorerader.com
andre@moorerader.com

*Attorneys for Defendant Kevin Peters, in his individual capacity*

/s/ Kristin Ellis Berexa
Kristin Ellis Berexa
Ben C. Allen
FARRAR BATES BEREXA
12 Cadillac Drive, Suite 480
Brentwood, TN 37027-5366
kberexa@fbb.law
ballen@fbb.law

3

*Counsel for Toma Sparks in his individual capacity*

/s/ Aaron Wells
Aaron Wells
Keith H. Grant
Laura Rufolo
Robinson, Smith & Wells, PLLC
633 Chestnut Street, Suite 700
Chattanooga, TN 37450
E-mail: awells@rswlaw.com
E-mail: kgrant@rswlaw.com
E-mail: lrufolo@rswlaw.com

*Counsel for Justin Jenkins, Brady Higgins and Jeff Legault in their individual capacities*

4

# CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been filed and served via the court's electronic filing system on August 5, 2024 to counsel of record:

| | |
|---|---|
| K. Erickson Herrin<br>HERRIN, McPEAK & ASSOCIATES<br>515 East Unaka Avenue<br>P. O. Box 629<br>Johnson City, TN 37605-0629<br>rachel@hbm-lawfirm.com<br><br><br>Emily C. Taylor<br>Maria Ashburn<br>WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.<br>P.O. Box 131<br>Knoxville, TN 37901-0131<br>etaylor@watsonroach.com<br>mashburn@watsonroach.com<br><br>*Attorneys to Defendants, Johnson City, Tennessee, Karl Turner, in his individual and official capacities, Captain Kevin Peters, in his official capacity, and Investigator Toma Sparks, in his official capacity*<br><br>Jonathan P. Lakey<br>Burch, Porter, & Johnson, PLLC<br>130 N. Court Ave.<br>Memphis, TN 38103<br>901-524-5000<br>jlakey@bpjlaw.com<br>mchrisman@bpjlaw.com<br><br>*Attorney to Defendant City of Johnson City, Tennessee* | Daniel H. Rader III<br>Daniel H. Rader IV<br>MOORE, RADER & YORK PC<br>46 N. Jefferson Avenue<br>P.O. Box 3347<br>Cookeville, TN 38502-3347<br>danrader@moorerader.com<br>danny@moorerader.com<br>andre@moorerader.com<br><br>*Counsel for Kevin Peters in his individual capacity*<br><br>Kristin Ellis Berexa<br>Ben C. Allen<br>FARRAR BATES BEREXA<br>12 Cadillac Drive, Suite 480<br>Brentwood, TN 37027-5366<br>kberexa@fbb.law<br>ballen@fbb.law<br>jdowd@fbb.law<br>msutton@fbb.law<br><br>*Counsel for Toma Sparks in his individual capacity*<br><br>Keith H. Grant<br>Laura Beth Rufolo<br>Robinson, Smith & Wells, PLLC<br>633 Chestnut Street, Suite 700<br>Chattanooga, TN 37450<br>kgrant@rswlaw.com<br>lrufolo@rswlaw.com<br>awells@rswlaw.com<br><br>*Counsel for Justin Jenkins in his individual capacity, Jeff Legault in his individual capacity and Brady Higgins in his individual capacity* |

*/s/ Elizabeth A. Kramer*
Elizabeth A. Kramer
