☐ Washington County Office
115 W. Jackson Blvd.
Jonesborough, TN 37659
(423) 753-5020 office
(423) 753-4803 fax

☐ Carter County Office
1500 West Elk Avenue
Suite 208
Elizabethton, TN 37643
(423) 547-5897 office
(423) 547-5896 fax

**STEVEN R. FINNEY**
**District Attorney General**
**First Judicial District**

☐ Unicoi County Office
Unicoi County Courthouse
100 N. Main Street
P.O. Box 730
Erwin, TN 37650
(423) 743-1113 office
(423-743-1120 fax

☐ Johnson County Office
301 West Main Street
Mountain City, TN 37683
(423) 727-3959 office
(423) 727-3965 fax

July 3, 2024

**VIA E-MAIL**
Jeff Keeling
WJHL News Channel 11

    RE:    REQUEST FOR INTERVIEW

Dear Jeff,

    I appreciate that you reached out on June 26th with a request for an interview regarding recent filings in the ongoing Sean Williams civil litigation. You are correct in what you stated in your request that the degree to which I can comment is limited at this particular time due to the ongoing nature of the investigation. This being said, I have always done my best to operate with as much transparency as possible and will continue to do so to the very best of my ability.

    Along with my staff, I remain fully committed to seeking justice for the women and children who were victimized by Sean Williams. I know that this has been an extremely difficult situation for them. Since the District Attorney's Office for the First Judicial District took the lead on this case in June of 2023, my office has worked in conjunction with the Tennessee Bureau of Investigation and the Federal Bureau of Investigation, devoting countless hours to the investigations associated with Mr. Williams. These efforts will continue until justice is realized. My commitment to this has been and will continue to be unwavering. Any statement or inference to the contrary is simply untrue.

    With multiple federal cases pending against Mr. Williams in at least two states, it is unfortunate that state prosecutions cannot proceed until all federal charges have been adjudicated. This is due to the fact that the federal government took Mr. Williams into their custody shortly after his North Carolina arrest in 2023. Because of this, they have the authority to proceed first, and we will not be able to take custody of him to answer any state charges until they are finished. This being the case, there could be potential procedural complications should the state move forward with criminal charges against Mr. Williams at this point. So as to avoid

any new complications in what is an already very complex case, it is the best decision to simply wait. Please rest assured that as I stated earlier, my commitment to seeking justice for the victims of Sean Williams is absolute.

    As I said earlier, there is no doubt that for the victims in this case, this has been a very difficult time. I can speak with absolute certainty, that once all matters involving Sean Williams have concluded, it will be undeniable that no aspect of the investigation by my office was conducted in any way which could have betrayed public trust or be shown to have acted in any manner which sought to deprive justice for any victim.

Sincerely,

Steven R. Finney
District Attorney General