IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

JANE DOE 1, JANE DOE 2, JANE DOE 3,
JANE DOE 4, JANE DOE 5, K.T. and M.T.,
Personal Representatives to JANE DOE 6,
JANE DOE 7, JANE DOE 8, and JANE DOE 9,
Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　No: 2:23-cv-00071-TRM-CRW
　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS DEMAND JURY TRIAL

a government entity,

KARL TURNER, individually and in his
official capacity as Chief of the
Johnson City Police Department,

KEVIN PETERS, individually and in his
official capacity as Captain in the
Johnson City Police Department,

TOMA SPARKS, individually and in his
official capacity as Detective in the
Johnson City Police Department,

JUSTIN JENKINS, individually and in his
official capacity as Investigator in the
Johnson City Police Department,

and
DOES 6-20, inclusive,
Defendants.

## NOTICE OF APPEARANCE

Without waiving any defenses whatsoever, the undersigned attorney hereby enters an appearance on behalf of defendant Justin Jenkins in his individual capacity, in the above-captioned matter and serves notice that he and the law firm of O'Neil Parker & Williamson, PLLC, represent the defendant in this cause of action.

Respectfully submitted this 14 day of August, 2024

/s Gary M. Prince
Gary M. Prince, BPR # 010091
*Attorney for Justin Jenkins, Individually o/b/h Southern States Police Benevolent Association*
**O'NEIL PARKER & WILLIAMSON, PLLC**
7610 Gleason Drive, Suite 200
Knoxville, Tennessee 37919
(865) 546-7190 (phone)
(865) 546-0789 (fax)

## CERTIFICATE OF SERVICE

I do hereby certify that on June 19, 2014, an exact copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. A copy was mailed this same date by U.S. Mail to:

Mitchell Hunt
c/o Wilson County Jail
105 E. High Street
Lebanon, TN 37087

/s Jeffrey R. Thompson
for O'Neil, Parker & Williamson