# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| B.P., H.A., and S.H., individually, and on behalf of all others similarly situated,  ) ) ) | |
| Plaintiffs,  ) ) | No. 2:23-cv- 00071-KAC-JEM |
| v.  ) ) | |
| CITY OF JOHNSON CITY, et al.,  ) ) | |
| Defendants.  ) | |

## NOTICE OF APPEARANCE

Please take notice that Mary Elizabeth McCullohs, with the Office of the Attorney General and Reporter, hereby enters an appearance as counsel of record for Non-Party, the District Attorney General's Office for the First Judicial District.

        Respectfully submitted,

        JONATHAN SKRMETTI
        ATTORNEY GENERAL AND REPORTER

        By: */s/ Mary Elizabeth McCullohs*
        Mary Elizabeth McCullohs, TN BPR No. 026467
        Senior Assistant Attorney General
        Office of the Attorney General
        P.O. Box 20207
        Nashville, TN 37202-0207
        (615) 741-8126
        mary.mccullohs@ag.tn.gov
        *Attorney for Non-Party, the District Attorney*
        *General's Office for the First Judicial District*

# CERTIFICATE OF SERVICE

I hereby certify that, on August 28, 2024, a true and correct copy of the forgoing *Notice of Appearance* was served via CM/ECF upon the following:

**Vanessa Baehr-Jones**
Advocates for Survivors of Abuse
4200 Park Blvd. No. 413
Oakland, CA 94602

**Julie C. Erickson**
**Elizabeth A. Kramer**
**Kevin M. Osborne**
Erickson Kramer Osborne, LLP
44 Tehama Street
San Francisco, CA 94105

**Heather Moore Collins**
**Ashley Shoemaker Walter**
HMC Civil Rights Law, PLLC
7000 Executive Center Dr. Suite 320
Brentwood, TN 37027
*Attorneys for the Plaintiffs and the Proposed Classes*

**Kristin Ellis Berexa**
**Ben C. Allen**
Farrar Bates Berexa
12 Cadillac Drive, Suite 480
Brentwood, TN 37027-5366
*Attorneys for Toma Sparks in his individual capacity*

**Keith H. Grant**
**Laura Beth Rufolo**
**Philip Aaron Wells**
Robinson, Smith & Wells, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
*Attorneys for Jeff Legault, in his individual capacity*

**K. Erickson Herrin**
Herrin, Booze & McPeak
P.O. Box 629
Johnson City, TN 37605-0629

**Emily C. Taylor**
**Reid Spaulding**
Watson, Roach, Batson, & Lauderback, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
*Attorneys for Johnson City, TN, Karl Turner, Kevin Peters and Toma Sparks*

**Jonathan Lakey**
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103
*Attorney for Johnson City, TN*

*/s/ Mary Elizabeth McCullohs*

2

Case 2:23-cv-00071-TRM-JEM   Document 304   Filed 08/28/24   Page 2 of 2   PageID #: 7707