

EXHIBIT 3

| From: | Emily Taylor |
|---|---|
| To: | Vanessa Baehr-Jones |
| Cc: | JCPDteam; danny; Kristin E. Berexa; Rachel Nottingham; kgrant; L Rufolo; Aaron Wells; Ben C. Allen; Maria Ashburn; jlakey |
| Subject: | Re: BP, HA, and SH v. City of Johnson City et al.: Plaintiffs" AT&T Subpoena |
| Date: | Monday, August 12, 2024 4:02:04 PM |

Vanessa,

I do not intend to file a motion regarding the ATT Subpoena which, to my knowledge, is not a number associated with the City or JCPD.

Thanks,

Emily

---

**From:** Vanessa Baehr-Jones <vanessa@advocatesforsurvivors.com>
**Sent:** Monday, August 12, 2024 3:48 PM
**To:** Emily Taylor <etaylor@watsonroach.com>
**Cc:** JCPDteam <JCPDteam@hmccivilrights.com>
**Subject:** Re: BP, HA, and SH v. City of Johnson City et al.: Plaintiffs' AT&T Subpoena

Caution! This message was sent from outside your organization.     Allow sender | Block sender | Report

Emily,

I appreciate your time today. Just to recap, I stated during the meet and confer that we were no longer comfortable going through the City for third party subpoenas because of numerous examples now where we have received untimely and incomplete discovery from the City. I agreed to designate any phone records we receive from these subpoenas confidential initially and then work with the City on redacting any personal, nonrelevant data before de-designating any portion of the call logs. You stated that the City would be filing a motion for protective order regarding the JCPD issued phone numbers and Hilton's personal cell phone number, but not regarding the phone number (███)███-██16. Although this did not come up, I assume you likewise will not be moving regarding the ATT subpoena which is also for a non-JCPD phone number.

Have a good evening,
Vanessa

On Mon, Aug 12, 2024 at 12:04 PM Emily Taylor <etaylor@watsonroach.com> wrote:
> Yes. That is better for me as well.
>
> **From:** Vanessa Baehr-Jones <vanessa@advocatesforsurvivors.com>
> **Sent:** Monday, August 12, 2024 2:58 PM
> **To:** Emily Taylor <etaylor@watsonroach.com>

**Subject:** Re: BP, HA, and SH v. City of Johnson City et al.: Plaintiffs' AT&T Subpoena

Emily,

Could we push this back to 12:15? Best number for me is (510) 500-9634.

Thanks,
Vanessa

On Mon, Aug 12, 2024 at 11:45 AM Emily Taylor <etaylor@watsonroach.com> wrote:
> Vanessa -
>
> I don't think anyone else will be joining us. Send me the best number to reach you, and I will contact you directly.
>
> Thanks,
>
> Emily
>
> ---
> **From:** Vanessa Baehr-Jones <vanessa@advocatesforsurvivors.com>
> **Sent:** Monday, August 12, 2024 1:07 PM
> **To:** Emily Taylor <etaylor@watsonroach.com>
> **Cc:** Erica Russell <erica@hmccivilrights.com>; danny <danny@moorerader.com>; jlakey <jlakey@bpjlaw.com>; Kristin E. Berexa <kberexa@fbb.law>; kgrant <kgrant@rswlaw.com>; Ben C. Allen <ballen@fbb.law>; andre@moorerader.com <andre@moorerader.com>; L Rufolo <lrufolo@rswlaw.com>; Aaron Wells <awells@rswlaw.com>; Marie Chrisman <mchrisman@bpjlaw.com>; Maggie Sutton <msutton@fbb.law>; Maria Ashburn <mashburn@watsonroach.com>; Sandy Vite <sandy@hbm-lawfirm.com>; Heather Collins <heather@hmccivilrights.com>; Elizabeth Kramer <elizabeth@eko.law>; Kevin Osborne <kevin@eko.law>; Julie Erickson <julie@eko.law>; Linda Oxford <linda@eko.law>; Ashley Walter <ashley@hmccivilrights.com>; Iliana Arbeed <iliana@eko.law>
> **Subject:** Re: BP, HA, and SH v. City of Johnson City et al.: Plaintiffs' AT&T Subpoena
>
> Emily,
>
> I am available for a meet and confer at 3 pm Eastern today.
>
> Can you circulate a conference line if you anticipate others joining?
>
> Thanks,
> Vanessa
>
> Sent from my iPhone
>
>> On Aug 12, 2024, at 9:57 AM, Emily Taylor <etaylor@watsonroach.com> wrote:

Vanessa,

Respectfully, this is not a true third-party subpoena as to three of the numbers. The subpoena also seeks information that you have not requested in a discovery request. If you do not intend to honor our prior agreement regarding Verizon records for JCPD employees, I request a meet and confer before you issue the subpoena. I am available this afternoon between 3pm and 5pm ET or tomorrow morning between 10am ET and 1pm ET.

Thank you,

Emily

---

**From:** Vanessa Baehr-Jones <vanessa@advocatesforsurvivors.com>
**Sent:** Monday, August 12, 2024 12:49 PM
**To:** Emily Taylor <etaylor@watsonroach.com>
**Cc:** Erica Russell <erica@hmccivilrights.com>; danny <danny@moorerader.com>; jlakey <jlakey@bpjlaw.com>; Kristin E. Berexa <kberexa@fbb.law>; kgrant <kgrant@rswlaw.com>; Ben C. Allen <ballen@fbb.law>; andre@moorerader.com <andre@moorerader.com>; L Rufolo <lrufolo@rswlaw.com>; Aaron Wells <awells@rswlaw.com>; Marie Chrisman <mchrisman@bpjlaw.com>; Maggie Sutton <msutton@fbb.law>; Maria Ashburn <mashburn@watsonroach.com>; Sandy Vite <sandy@hbm-lawfirm.com>; Heather Collins <heather@hmccivilrights.com>; Elizabeth Kramer <elizabeth@eko.law>; Kevin Osborne <kevin@eko.law>; Julie Erickson <julie@eko.law>; Linda Oxford <linda@eko.law>; Ashley Walter <ashley@hmccivilrights.com>; Iliana Arbeed <iliana@eko.law>
**Subject:** Re: BP, HA, and SH v. City of Johnson City et al.: Plaintiffs' AT&T Subpoena

Emily,

Thank you for the offer but we will be serving this subpoena and all other third party subpoenas issued on behalf of Plaintiffs ourselves going forward.

-Vanessa

Sent from my iPhone

> On Aug 11, 2024, at 1:46 PM, Emily Taylor <etaylor@watsonroach.com> wrote:

Plaintiffs' Counsel:

Three of these numbers are either personal or work phones for three JCPD employees. Pursuant to our prior agreement regarding the Verizon records, I request that you allow me to send the subpoena out on Monday for the following numbers:

1. ███-███-█91 (JC issued phone)
2. ███-███-█69 (JC issued phone)
3. ███-███-█63 (Personal Phone for David Hilton)

Pursuant to our agreement, I will designate the JCPD issued records "Confidential" and the personal records "Attorney's Eyes Only." Given that we are only dealing with a few numbers, it shouldn't take me more than a few days to get the records to you once I receive them.

While the 4th is not a JCPD number (to my knowledge), I am happy to include that one on my subpoena to save you from having to send one out as well.

Let me know if you are agreeable to this, and I will make sure the subpoena goes out on Monday.

Thanks,

Emily

**Emily C. Taylor**
865-637-1700 (office)
865-525-2514 (fax)
etaylor@watsonroach.com
<image004.png>
<image005.png><image006.png><image007.png>

Watson, Roach, Batson, Rowell & Lauderback, P.L.C.
P. O. Box 131
Knoxville, Tennessee 37901-0131

THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION UNDER THE COMMON INTEREST DOCTRINE, JOINT DEFENSE AGREEMENT OR ATTORNEY CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR THE PERSON(S) TO WHOM IT IS ADDRESSED. IT IS NOT TO BE DIVULGED IN PART OR IN WHOLE, NOR IS THE SUBSTANCE OF IT TO BE DIVULGED IN PART OR IN WHOLE, TO ANYONE OTHER THAN THE ADDRESSEE(S) WITHOUT THE EXPRESS PERMISSION OF THE SENDER. IF YOU HAVE RECEIVED THIS MESSAGE AND ARE NOT THE INTENDED RECIPIENT, PLEASE NOTIFY WATSON, ROACH, BATSON, ROWELL & LAUDERBACK, P.L.C. IMMEDIATELY AT 865-637-1700, AND DELETE THE MESSAGE FROM YOUR SYSTEM. UNITED STATES TREASURY REGULATIONS REQUIRE US TO INFORM

YOU THAT NO STATEMENTS CONTAINED HEREIN NOR ANY ATTACHMENTS HERETO ARE INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY ANY PERSON FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER UNITED STATES FEDERAL TAX LAWS.

**From:** Erica Russell <erica@hmccivilrights.com>
**Sent:** Friday, August 9, 2024 12:11 PM
**To:** danny <danny@moorerader.com>; Emily Taylor <etaylor@watsonroach.com>; jlakey <jlakey@bpjlaw.com>; Kristin E. Berexa <kberexa@fbb.law>; kgrant <kgrant@rswlaw.com>; Ben C. Allen <ballen@fbb.law>; andre@moorerader.com; L Rufolo <lrufolo@rswlaw.com>; Aaron Wells <awells@rswlaw.com>; Marie Chrisman <mchrisman@bpjlaw.com>; Maggie Sutton <msutton@fbb.law>; Maria Ashburn <mashburn@watsonroach.com>; Sandy Vite <sandy@hbm-lawfirm.com>
**Cc:** vanessa <vanessa@advocatesforsurvivors.com>; Heather Collins <heather@hmccivilrights.com>; Elizabeth Kramer <elizabeth@eko.law>; Kevin Osborne <kevin@eko.law>; Julie Erickson <julie@eko.law>; Linda Oxford <linda@eko.law>; Ashley Walter <ashley@hmccivilrights.com>; Iliana Arbeed <iliana@eko.law>
**Subject:** BP, HA, and SH v. City of Johnson City et al.: Plaintiffs' AT&T Subpoena

Good morning,

Attached please find a subpoena to AT&T for service on Monday, August 12.

Thank you,

<image001.png>
<image010.png>

**Erica Russell**
OFFICE MANAGER & SR. PARALEGAL
615.724.1996
7000 Executive Center Dr. #320
Brentwood, TN 37027

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify

the sender (erica@hmccivilrights.com) immediately by electronic mail and delete this message and all copies and backups thereof. Thank you.

--

## Vanessa Baehr-Jones
Founding Partner
Advocates for Survivors of Abuse
4200 Park Boulevard #413
Oakland, California 94602
(510) 500-9634
www.advocatesforsurvivors.com

THIS E-MAIL IS INTENDED ONLY FOR THE ADDRESSEE SHOWN ABOVE. IT MAY CONTAIN INFORMATION WHICH IS PRIVILEGED AND CONFIDENTIAL, OR OTHERWISE PROTECTED FROM DISCLOSURE. ANY REVIEW, DISSEMINATION, OR USE OF THIS TRANSMISSION OR ITS CONTENTS BY PERSONS OTHER THAN THE ADDRESSEE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND DELETE THIS TRANSMISSION. THANK YOU.