IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| B.P., H.A., and S.H., individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 2:23-cv-71 |
| CITY OF JOHNSON CITY, TENNESSEE, a governmental entity, et al. | ) ) ) ) | Judge McDonough |
| Defendants | ) ) | Magistrate Judge McCook |

**NOTICE OF SERVICE OF DEFENDANT TOMA SPARKS'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION**

The Defendant, Toma Sparks, hereby appears, in his individual capacity, by and through counsel and provides this Court Notice that Defendant's Response to Plaintiffs' First Set of Requests for Admission was provided to all counsel of record via e-mail on this 12th day of September 2024.

RESPECTFULLY submitted this 12th day of September 2024.

/s/ Kristin E. Berexa

Kristin E. Berexa, BPR# 14833
Benjamin C. Allen, BPR #35923
**Farrar| Bates| Berexa**
12 Cadillac Drive, Suite 480
Brentwood, Tennessee 37027
(615) 254-3060
kberexa@fbb.law
ballen@fbb.law
*Counsel for Toma Sparks*

# CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this the 12th day of September 2024, a true and correct copy of the foregoing has been forwarded via the Court's electronic notification system to:

Heather Moore Collins
Ashley Walter
HMC Civil Rights Law, PLLC
7000 Executive Center Dr.
Suite 320
Brentwood, TN 37027
615-724-1996
Email: heather@hmccivilrights.com
ashley@hmccivilrights.com
*Attorneys for Plaintiffs*

Vanessa Baehr-Jones
Advocates for Survivors of Abuse
4200 Park Blvd., No. 413
Oakland, CA 94602
Email:
vanessa@advocatesforsurvivors.com
*Pro Hac Vice Attorney for Plaintiffs*

Kevin Osborne
Elizabeth Kramer
Erickson Kramer Osborne LLP
44 Tehama St.
San Francisco, CA 94105
Email: kevin@eko.law
Email: elizabeth@eko.law
*Pro Hac Vice Attorneys for Plaintiffs*

Thomas J. Garland, Jr.
Milligan & Coleman, PLLP
230 W Depot St.
Greeneville, TN 37743
Email: tgarland@milligancoleman.com
*Attorney for the City of Johnson City, Tennessee, and Karl Turner, in his individual capacity*

Emily C. Taylor
Watson Roach Batson & Lauderback
P.O. Box 131
Knoxville, TN 37901-0131
(865) 637-1700
Email: etaylor@watsonroach.com
*Attorney for the City of Johnson City, Tennessee, and Karl Turner, in his Individual Capacity*

K. Erickson Herrin
Herrin McPeak & Associates
515 E. Unaka Avenue
P.O. Box 629
Johnson City, TN 37605-0629
(423) 929-7113
Email: lisa@hbm-lawfirm.com
*Attorney for the City of Johnson City, Tennessee, Karl Turner, in his individual and official capacities, Toma Sparks, in his official capacity, and Kevin Peters, in his official capacity*

Daniel H. Rader IV
André S. Greppin
Moore, Rader, Fitzpatrick and York, P.C.
46 N. Jefferson Avenue
Cookeville, TN 38501
(931) 526-3311
Email: danny@moorerader.com
Email: andre@moorerader.com
*Attorney for Kevin Peters*

Reid A. Spaulding
Watson, Roach, Batson & Lauderback, PLC
P O Box 131
Knoxville, TN 37901
Email: rspaulding@watsonroach.com
*Attorney for Johnson City, Karl Turner, in his individual and official capacities, Captain Kevin Peters, in his official capacity, Investigator Toma Sparks, in his official capacity and Justin*

*Jenkins in his official capacity.*

| | |
|---|---|
| Keith H. Gant<br>Laura Beth Rufolo<br>Philip Aaron Wells<br>Robinson, Smith & Wells, PLLC<br>Suite 700, Republic Centre<br>633 Chestnut Street<br>Chattanooga, TN 37450<br>(423) 756-5051<br>*Attorneys for Justin Jenkin, Jeff Legault, and Brady Higgins* | Jonathan P. Lakey<br>Burch, Porter, & Johnson, PLLC<br>130 N. Court Ave.<br>Memphis, TN 38103<br>P: (901) 524-5000<br>E: jlakey@bpjlaw.com<br>*Attorney for the City of Johnson City, Tennessee*<br><br>  */s/ Kristin E. Berexa*<br>   Kristin E. Berexa |