IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

```
B.P., H.A., and S.H., individually,        *
and on behalf of all others                *
similarly situated,                        *
          Plaintiffs,                      *
                                           *
VS.                                        *
                                           *
CITY OF JOHNSON CITY, TENNESSEE;           *
KARL TURNER, individually, and in his      *
official capacity as Chief of the          *
Johnson City Police Department;            *
KEVIN PETERS, individually, and in his     *    CASE NO.
official capacity as Captain in the        *  2:23-cv-00071-TRM-JEM
Johnson City Police Department;            *
TOMA SPARKS, individually, and in his      *
official capacity as Investigator in       *
the Johnson City Police Department;        *
JUSTIN JENKINS, individually, and in       *
his official capacity as Investigator      *
in the Johnson City Police Department;     *
JEFF LEGAULT, individually, and in his     *
official capacity as Investigator in       *
the Johnson City Police Department;        *
BRADY HIGGINS, individually, and in his    *
official capacity as Investigator in       *
the Johnson City Police Department;        *
and DOES 8-20, inclusive,                  *
          Defendants.                      *
```

PRETRIAL DISCOVERY DEPOSITION OF

# B. P.

(Taken May 23, 2024)

***THIS STYLE PAGE CONTINUES***

---

## COURT REPORTING AND VIDEO SERVICES

P. O. Box 7481                                TELEPHONE: (423) 230-8000
Kingsport, TN 37664                           REBECCA@COURTREP.NET

22 Q. Okay. Do you know who Kevin Peters is?
23 A. I have seen the name, but I don't know him personally.
24 Q. Do you know what he does?
25 A. I believe he was the chief of police or is.

B. P.                                                   DIRECT - RADER

| | |
|---|---|
| 1 | Q. Do you know anything about anything that he is |
| 2 | personally alleged to have done in connection with the |
| 3 | lawsuit that you filed? |
| 4 | A. I do not. |
| 5 | Q. I will represent to you that he is not and never was |
| 6 | the chief of police. Do you have any idea what his job |
| 7 | is? |
| 8 | A. I must have had it wrong, so no. |
| 9 | Q. Do you have any idea what his job ever was? |
| 10 | A. No. |
| 11 | Q. Can you name any fact with respect to Mr. Peters of |
| 12 | anything that he did wrong at any time? |
| 13 | MS. KRAMER: Objection. |
| 14 | A. No. |
| 15 | Q. Can you identify any witness of any kind that has |
| 16 | information that Mr. Peters did anything wrong at any |
| 17 | time? |
| 18 | A. No. |
| 19 | Q. Can you identify any document or other form of evidence |
| 20 | that bears on whether or not Mr. Peters did wrong at |
| 21 | any time? |
| 22 | MS. KRAMER: Objection. |
| 23 | A. No. |
| 24 | Q. Can you identify any witness who has any evidence at |
| 25 | all that any member of the Johnson City Police |

B. P.                                                                                                                                               DIRECT - RADER

1     Department at any time took money or accepted money
2     from Mr. Williams?
3 MS. KRAMER: Objection.
4 A. No.
5 Q. Can you identify any witness with knowledge that anyone
6     from the Johnson City Police Department is corrupt in
7     any way?
8 MS. KRAMER: Objection.
9 A. No.
10 Q. Can you identify any document or other evidence that
11     suggests that anyone from the Johnson City Police
12     Department took money from Mr. Williams?
13 MS. KRAMER: Objection.
14 A. No.
15 Q. Can you identify any document or other evidence that
16     anyone from the Johnson City Police Department is
17     corrupt in any way?
18 MS. KRAMER: Objection.
19 A. No.

B. P.                                             DIRECT - RADER

# C E R T I F I C A T E

I, Rebecca Overbey, Licensed Court Reporter in and for the State of Tennessee, do hereby certify that the foregoing deposition of B. P. was taken at the time and place and for the purpose as stated in the Caption; that the witness was duly sworn by me before deposing; that the said deposition was recorded electronically and was later transcribed to typewriting, using computer technology; and that the foregoing is a true and accurate transcript of the proceedings to the best of my knowledge, ability and understanding.

WITNESS my hand and official seal at my office in Kingsport (Sullivan County) Tennessee on this the 3rd day of June, 2024.

Rebecca Overbey
LICENSED COURT REPORTER
State of Tennessee
LCR #078

My License Expires:

June 30, 2026

***CERTIFIED ONLY IF AFFIXED SEAL IS GREEN***