IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

B.P., et al.,

    Plaintiffs,

v.                                                   No: 2:23-cv-00071-TRM-JEM

CITY OF JOHNSON CITY, TENNESSEE, et al.,

    Defendants.
_____/

## NOTICE OF LODGING DOCUMENTS UNDER SEAL

### TO THE COURT AND ITS ATTORNEYS OF RECORD:

Plaintiffs hereby give notice that they are provisionally lodging under seal Exhibits 4, 12, 13, and 16 to the Declaration of Vanessa Baehr-Jones in support of Plaintiffs' Opposition to Kevin Peters' Motion to Quash and for Protective Order (ECF 310) ("Plaintiffs' Opposition").

Sealed filing is appropriate with respect to Exhibit 4 as it contains financial records and personal identifying information for JCPD officer Justin Jenkins. Plaintiffs have met and conferred with Jenkins' counsel regarding de-designating redacted versions of these bank records but have not been able to reach an agreement. Plaintiffs' counsel anticipates filing a motion to de-designate should the parties be unable to resolve this dispute.

Exhibit 12 is a copy of the video taken of JCPD officers opening Williams' safe in September 2020. Exhibit 13 contains property receipts from the search of Williams' property in September 2020 as part of Female 3's case. Counsel for the City has represented in prior filings that all evidence in Female 3's case must remain under seal; Plaintiffs' counsel disagrees. Exhibit 16 contains phone records produced by Karl Turner, which counsel has marked "Attorneys' Eyes Only." Plaintiffs are filing these exhibits provisionally under seal because, as

set forth in the accompanying declaration, counsel for Defendants have designated Exhibit 12, 13, and 16 as "Confidential," or "Attorneys' Eyes Only," and have not agreed to file redacted versions publicly. Plaintiffs' counsel has attempted to meet and confer with counsel for the City but has not yet been able to resolve this dispute.

Sealed filing is appropriate for the reasons set for the in the Declaration of Vanessa Baehr-Jones, namely, these exhibits have been designated "confidential" by Defendants. Plaintiffs therefore request the Court provisionally seal Exhibits 4, 12, 13, and 16.

Dated: September 17, 2024

Respectfully submitted,

Advocates for Survivors of Abuse PC

*/s/ Vanessa Baehr-Jones*
Vanessa Baehr-Jones CABN # 281715
*Pro Hac Vice*
Advocates for Survivors of Abuse PC
4200 Park Boulevard No. 413
Oakland, CA 94602
(510) 500-9634
vanessa@advocatesforsurvivors.com

*/s/ Elizabeth A. Kramer*
Julie C. Erickson (California Bar # 293111)
Elizabeth A. Kramer (California Bar # 293129)
Kevin M. Osborne (California Bar #261367)
*Pro Hac Vice*
Erickson Kramer Osborne LLP
44 Tehama St.
San Francisco, CA 94105
415-635-0631
julie@eko.law
elizabeth@eko.law
kevin@eko.law

HMC Civil Rights Law, PLLC

*/s/ Heather Moore Collins*
Heather Moore Collins (# 026099)
Ashley Shoemaker Walter (#037651)
7000 Executive Center Dr., Suite 320

Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com

*Attorneys for Plaintiffs and Proposed Classes*

# CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been filed and served via the court's electronic filing system on September 17, 2024 to counsel of record:

| | |
|---|---|
| K. Erickson Herrin<br>HERRIN, McPEAK & ASSOCIATES<br>515 East Unaka Avenue<br>P. O. Box 629<br>Johnson City, TN 37605-0629<br>rachel@hbm-lawfirm.com<br><br>Emily C. Taylor<br>Maria Ashburn<br>WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.<br>P.O. Box 131<br>Knoxville, TN 37901-0131<br>etaylor@watsonroach.com<br>mashburn@watsonroach.com<br><br>*Attorneys to Defendants, Johnson City, Tennessee, Karl Turner, in his individual and official capacities, and Investigator Toma Sparks, in his official capacity*<br><br>Jonathan P. Lakey<br>Burch, Porter, & Johnson, PLLC<br>130 N. Court Ave.<br>Memphis, TN 38103<br>901-524-5000<br>jlakey@bpjlaw.com<br>mchrisman@bpjlaw.com<br><br>*Attorney to Defendant City of Johnson City, Tennessee* | Daniel H. Rader III<br>Daniel H. Rader IV<br>MOORE, RADER & YORK PC<br>46 N. Jefferson Avenue<br>P.O. Box 3347<br>Cookeville, TN 38502-3347<br>danrader@moorerader.com<br>danny@moorerader.com<br><br>*Counsel for Kevin Peters in his individual capacity*<br><br>Kristin Ellis Berexa<br>Ben C. Allen<br>FARRAR BATES BEREXA<br>12 Cadillac Drive, Suite 480<br>Brentwood, TN 37027-5366<br>kberexa@fbb.law<br>ballen@fbb.law<br>jdowd@fbb.law<br>msutton@fbb.law<br>gpatton@fbb.law<br><br>*Counsel for Toma Sparks in his individual Capacity*<br><br>Keith H. Grant<br>Laura Beth Rufolo<br>Robinson, Smith & Wells, PLLC<br>633 Chestnut Street, Suite 700<br>Chattanooga, TN 37450<br>kgrant@rswlaw.com<br>lrufolo@rswlaw.com<br>awells@rswlaw.com<br><br>*Counsel for Jeff Legault in his individual capacity* |

/s/ *Vanessa Baehr-Jones*
Vanessa Baehr-Jones