# Exhibit 3

```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF TENNESSEE
                   GREENEVILLE DIVISION


B.P., H.A., and S.H.,            )
individually, and on behalf of   )
all others similarly             )
situated,                        )
                                 )
            Plaintiffs,          )
                                 )
                                 )
v.                               )   No. 2:23-CV-00071
                                 )         TRM-JEM
City of Johnson City,            )
Tennessee, et al,                )
                                 )
            Defendants.          )



         *  *  *  *  *  *  *  *  *  *  *  *  *  *  *


             VIDEO DEPOSITION OF MATTHEW GRYDER

                      August 7, 2024



          CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



===========================================================
             JEFF RUSK COURT REPORTING & VIDEO

             Jeffrey D. Rusk, RPR, LCR, CLVS
                805 Eleanor Street, N.E.
                Knoxville, Tennessee  37917
                     (865) 246-7656
                   Jeff@JeffRusk.com
```

```
 1    APPEARANCES:

 2    FOR THE PLAINTIFFS:

 3    Vanessa Baehr-Jones, Esq.
      4200 Park Boulevard No. 413
 4    Oakland, California  94602
      Vanessa@AdvocatesForSurvivors.com
 5


 6    Elizabeth A. Kramer, Esq.
      Kevin Osborne, Esq.
 7    Julie Erickson, Esq (via Zoom)
      Erickson Kramer Osborne, LLP
 8    44 Tehama Street
      San Francisco, California  94105
 9    Elizabeth@eko.com

10    Heather M. Collins, Esq. (via Zoom)
      Collins & Hunter
11    7000 Executive Center Drive
      Suite 320
12    Brentwood, Tennessee  37027
      heather@hmccivilrights.com
13

14    FOR THE DEFENDANTS:

15    For Johnson City, Tennessee, Karl Turner, Kevin
      Peters, and Toma Sparks in their official
16    capacities:

17    Emily Taylor, Esq.
      Watson Roach Batson & Lauderback
18    1500 Riverview Tower
      900 South Gay Street
19    Knoxville, Tennessee  37902
      ETaylor@WatsonRoach.com
20

21    K. Erickson Herrin, Esq.
      Herrin McPeak & Associates
22    515 East Unaka Avenue
      Johnson City, Tennessee  37605
23    Lisa@hbm-lawfirm.com

24


25
```

```
 1   For Kevin Peters in his individual capacity:

 2   Andre Greppin, Esq.
     -- and --
 3   Daniel H. Rader, IV, Esq. (via Zoom)
     Moore Rader Fitzpatrick & York
 4   46 North Jefferson Avenue
     Cookeville, Tennessee  38501
 5   Danny@MooreRader.com


 6


 7   For Justin Jenkins, Brady Higgins, and Jeff Legault
     in their individual capacities:
 8
     Aaron Wells, Esq.
 9   Robinson Smith & Wells
     Republic Centre
10   633 Chestnut Street
     Suite 700
11   Chattanooga, Tennessee  37450
     AWells@rswlaw.com
12


13   For City of Johnson City, Tennessee:

14   Jonathan P. Lakey, Esq. (via Zoom)
     Burch, Porter & Johnson, PLLC
15   130 North Court Avenue
     Memphis, Tennessee  38103
16   JLakey@bpjlaw.com


17


18   For Toma Sparks in his individual capacity:

19   Kristin Ellis Berexa
     Farrar Bates Berexa
20   12 Cadillac Drive
     Suite 480
21   Brentwood, Tennessee  37027
     KBerexa@fbb.law
22


23   Videographer:  Chris Rusk


24


25
```

 1  has access to that, as they do my home address.
 2        Q.      Okay.  I'm just going to keep
 3  going.
 4                What's your personal cell phone
 5  number?
 6        A.      It's ████████ 9775.
 7        Q.      What about your work?
 8        A.      ████████ 4139.
 9        Q.      And what about your FBI phone
10  number?
11        A.      ████████ 6038.
12        Q.      What about Mike Adams' FBI phone
13  number?  Do you know that?
14        A.      No, I don't.
15        Q.      Did you bring your phone with you
16  today?
17        A.      No, I did not.
18        Q.      Are you able to look during a break
19  at your phone?
20        A.      I don't have it here.
21        Q.      Okay.  Do you know whether Mike
22  Adams and Joe Jaynes still have their FBI-issued
23  cell phones?
24        A.      No, Mike Adams does not.
25        Q.      Okay.

1      A.      And I'm not sure about Joe Jaynes.
2  I don't know.
3      Q.      How do you know that Mike Adams
4  doesn't have his FBI phone number anymore?
5      A.      Because he left the task force,
6  went back to the Washington County Sheriff's Office,
7  and he's retiring next week.
8              It's not the Mike Adams that works
9  for the police department.
10     Q.      Oh, okay.
11     A.      It's confusing.  This Mike Adams,
12 his first name is Herbert.  His middle name is
13 Michael, but he goes by Mike.
14     Q.      And you said he went back to which
15 sheriff office?
16     A.      Washington County.
17     Q.      And when was he a TFO with you at
18 FBI?
19     A.      I think he started in 2012, and I'm
20 not certain when he left.
21     Q.      Okay.  Do you use any messaging
22 apps on your personal cell phone?
23     A.      Yes.
24     Q.      What are those?
25     A.      I use Signal.  Occasionally

 1  Facebook Messenger.
 2          Q.      What do you use Signal for?
 3          A.      To communicate with friends.
 4          Q.      For what purpose?  Like why not
 5  just use the regular texting app?
 6          A.      That's just the app that they use.
 7          Q.      Do you text other JCPD officers on
 8  Signal?
 9          A.      I do.
10          Q.      When do you do that?
11          A.      I'm sorry.  I don't understand the
12  question.
13          Q.      When would -- like for what purpose
14  would you do that?
15          A.      To communicate.
16          Q.      Okay.  Which officers do you text
17  on Signal?
18          A.      Andy Clevenger.  Michael Barron.
19  They're both friends of mine.
20          Q.      Anyone else?
21          A.      Not as far as JCPD officers, no.
22          Q.      Do you use your personal cell phone
23  for work purposes at times?
24          A.      It's not my practice to use my
25  personal phone for work.  I do talk to people I work

```
 1   with on my personal phone and occasionally, you
 2   know, we're coworkers, the conversations are about
 3   work.
 4          Q.      And do you text folks from your
 5   personal cell phone at work about work?
 6          A.      I don't text people that I work
 7   with from my personal cell phone at work, from work.
 8   That's --
 9          Q.      Sorry.  That's a bad question.
10                  Do you ever use -- you said you
11   sometimes talk about work matters in the course of
12   talking to another -- in talking to JCPD officers,
13   JCPD officers who might have called you on your
14   personal cell phone.
15                  Does that ever happen in text
16   messages that come to your personal cell phone?
17          A.      That's not my practice.  I -- I
18   can't say.  Has it ever happened?  I don't know.
19   It's possible.  It could have happened.
20          Q.      How long have you been a JCPD
21   officer?
22          A.      For 25 years.
23          Q.      And what did you do before that?
24          A.      I worked security before that.
25          Q.      And what kind of assignments have
```