| | |
|---|---|
| **Subject:** | Re: B.P., et al. v. City of Johnson City, et al. |
| **Date:** | Tuesday, September 17, 2024 at 8:43:05 PM Pacific Daylight Time |
| **From:** | Elizabeth Kramer <elizabeth@eko.law> |
| **To:** | Daniel H Rader IV <danny@moorerader.com>, Keith Grant <kgrant@rswlaw.com>, Emily Taylor <etaylor@watsonroach.com>, Maria Ashburn <mashburn@watsonroach.com>, Heather Collins <heather@hmccivilrights.com>, Ashley Walter <ashley@hmccivilrights.com>, Vanessa Baehr-Jones <vanessa@advocatesforsurvivors.com>, Andre Greppin <andre@moorerader.com>, Laura Beth <lrufolo@rswlaw.com>, jlakey <jlakey@bpjlaw.com>, Aaron Wells <awells@rswlaw.com>, Ben C. Allen <ballen@fbb.law>, Kristin E. Berexa <kberexa@fbb.law>, Rachel Nottingham <rachel@hbm-lawfirm.com>, Marie Chrisman <mchrisman@bpjlaw.com>, msutton@fbb.law <msutton@fbb.law> |
| **CC:** | Erica Runnels <erica@hmccivilrights.com>, Linda Oxford <linda@eko.law>, Julie Erickson <julie@eko.law>, Kevin Osborne <kevin@eko.law> |
| **Attachments:** | image001.png, image002.png |

The filing with the Court had no redactions from me.

I affirmatively redacted the content for this conferral because you made redactions to portions of the messages before producing them, and I thought it would narrow the dispute. Do you have a proposal for redactions?

Please let me know if you think a call would be helpful. I will otherwise note your position to the Court based on your email below, or whatever you send next.

Thanks,
Elizabeth

---

**From:** Daniel H Rader IV <danny@moorerader.com>
**Date:** Tuesday, September 17, 2024 at 2:29 PM
**To:** Elizabeth Kramer <elizabeth@eko.law>, Keith Grant <kgrant@rswlaw.com>, Emily Taylor <etaylor@watsonroach.com>, Maria Ashburn <mashburn@watsonroach.com>, Heather Collins <heather@hmccivilrights.com>, Ashley Walter <ashley@hmccivilrights.com>, Vanessa Baehr-Jones <vanessa@advocatesforsurvivors.com>, Andre Greppin <andre@moorerader.com>, Laura Beth <lrufolo@rswlaw.com>, jlakey <jlakey@bpjlaw.com>, Aaron Wells <awells@rswlaw.com>, Ben C. Allen <ballen@fbb.law>, Kristin E. Berexa <kberexa@fbb.law>, Rachel Nottingham <rachel@hbm-lawfirm.com>, Marie Chrisman <mchrisman@bpjlaw.com>, msutton@fbb.law <msutton@fbb.law>
**Cc:** Erica Runnels <erica@hmccivilrights.com>, Linda Oxford <linda@eko.law>, Julie Erickson <julie@eko.law>, Kevin Osborne <kevin@eko.law>
**Subject:** Re: B.P., et al. v. City of Johnson City, et al.

Well first, from the email yesterday afternoon, why are you blacking out the content of the text messages so that the Court cannot see that the text messages have nothing to do with your clients, the claims in this case, or anything else that is even remotely relevant? (Or at least noting for the court that

the content has nothing to do with your case in the substance of your brief?). Why not inform the court that there were text messages, on a single day in December 2018, a year prior to B.P.'s report, that have nothing to do with any of the people in this case? Why make the implied misrepresentation to the Court about the communication between Mr. Peters and his longtime former co-worker?

As I see it, the text messages are about an event unrelated to any of the claims in this case. So I see no reason to de-designate them at all. Just because something is exchanged in discovery does not give you license to file it. Let's start here.

Daniel H. Rader IV
Moore, Rader & York P.C.
46 N. Jefferson Ave.
Cookeville, TN 38501
931-526-3311
931-526-3092 (fax)

**From:** Elizabeth Kramer <elizabeth@eko.law>
**Date:** Tuesday, September 17, 2024 at 3:58 PM
**To:** Daniel H Rader IV <danny@moorerader.com>, Keith Grant <kgrant@rswlaw.com>, Emily Taylor <etaylor@watsonroach.com>, Maria Ashburn <mashburn@watsonroach.com>, Heather Collins <heather@hmccivilrights.com>, Ashley Walter <ashley@hmccivilrights.com>, Vanessa Baehr-Jones <vanessa@advocatesforsurvivors.com>, Andre Greppin <andre@moorerader.com>, Laura Beth <lrufolo@rswlaw.com>, jlakey <jlakey@bpjlaw.com>, Aaron Wells <awells@rswlaw.com>, "Ben C. Allen" <ballen@fbb.law>, "Kristin E. Berexa" <kberexa@fbb.law>, Rachel Nottingham <rachel@hbm-lawfirm.com>, Marie Chrisman <mchrisman@bpjlaw.com>, "msutton@fbb.law" <msutton@fbb.law>
**Cc:** Erica Runnels <erica@hmccivilrights.com>, Linda Oxford <linda@eko.law>, Julie Erickson <julie@eko.law>, Kevin Osborne <kevin@eko.law>
**Subject:** Re: B.P., et al. v. City of Johnson City, et al.

Danny,
I am happy to meet and confer and am available now. Alternatively, if you want to propose further redactions, please do so (I'm not sure what else there would be to discuss in a meet and confer).

Thanks,
Elizabeth

Elizabeth A. Kramer
**ERICKSON KRAMER OSBORNE**
San Francisco, California
Direct: (510) 919-2347

[www.eko.law](www.eko.law)



Do not send privileged information from a device where there is a risk that a third party may gain access. If you are not the intended recipient of this email, please delete it and notify the sender.

**From:** Daniel H Rader IV <[danny@moorerader.com](danny@moorerader.com)>
**Date:** Tuesday, September 17, 2024 at 1:49 PM
**To:** Elizabeth Kramer <[elizabeth@eko.law](elizabeth@eko.law)>, Keith Grant <[kgrant@rswlaw.com](kgrant@rswlaw.com)>, Emily Taylor <[etaylor@watsonroach.com](etaylor@watsonroach.com)>, Maria Ashburn <[mashburn@watsonroach.com](mashburn@watsonroach.com)>, Heather Collins <[heather@hmccivilrights.com](heather@hmccivilrights.com)>, Ashley Walter <[ashley@hmccivilrights.com](ashley@hmccivilrights.com)>, Vanessa Baehr-Jones <[vanessa@advocatesforsurvivors.com](vanessa@advocatesforsurvivors.com)>, Andre Greppin <[andre@moorerader.com](andre@moorerader.com)>, Laura Beth <[lrufolo@rswlaw.com](lrufolo@rswlaw.com)>, jlakey <[jlakey@bpjlaw.com](jlakey@bpjlaw.com)>, Aaron Wells <[awells@rswlaw.com](awells@rswlaw.com)> Ben C. Allen <[ballen@fbb.law](ballen@fbb.law)>, Kristin E. Berexa <[kberexa@fbb.law](kberexa@fbb.law)>, Rachel Nottingham <[rachel@hbm-lawfirm.com](rachel@hbm-lawfirm.com)>, Marie Chrisman <[mchrisman@bpjlaw.com](mchrisman@bpjlaw.com)>, [msutton@fbb.law](msutton@fbb.law) <[msutton@fbb.law](msutton@fbb.law)>
**Cc:** Erica Runnels <[erica@hmccivilrights.com](erica@hmccivilrights.com)>, Linda Oxford <[linda@eko.law](linda@eko.law)>, Julie Erickson <[julie@eko.law](julie@eko.law)>, Kevin Osborne <[kevin@eko.law](kevin@eko.law)>
**Subject:** Re: B.P., et al. v. City of Johnson City, et al.

I continue to object to the public filing of Peters's confidential information without a meet and confer. I believe the protective order survives dismissal. If you disagree, please advise so that I can inform my client that he is no longer bound by the order.

To the extent it is to be filed, I would object to these redactions.


Daniel H. Rader IV
Moore, Rader & York P.C.
46 N. Jefferson Ave.
Cookeville, TN 38501
931-526-3311
931-526-3092 (fax)


**From:** Elizabeth Kramer <[elizabeth@eko.law](elizabeth@eko.law)>

**Date:** Tuesday, September 17, 2024 at 3:06 PM
**To:** Keith Grant <kgrant@rswlaw.com>, Emily Taylor <etaylor@watsonroach.com>, Maria Ashburn <mashburn@watsonroach.com>, Heather Collins <heather@hmccivilrights.com>, Ashley Walter <ashley@hmccivilrights.com>, Vanessa Baehr-Jones <vanessa@advocatesforsurvivors.com>, Daniel H Rader IV <danny@moorerader.com>, Andre Greppin <andre@moorerader.com>, Laura Beth <lrufolo@rswlaw.com>, jlakey <jlakey@bpjlaw.com>, Aaron Wells <awells@rswlaw.com>, "Ben C. Allen" <ballen@fbb.law>, "Kristin E. Berexa" <kberexa@fbb.law>, Rachel Nottingham <rachel@hbm-lawfirm.com>, Marie Chrisman <mchrisman@bpjlaw.com>, "msutton@fbb.law" <msutton@fbb.law>
**Cc:** Erica Runnels <erica@hmccivilrights.com>, Linda Oxford <linda@eko.law>, Julie Erickson <julie@eko.law>, Kevin Osborne <kevin@eko.law>
**Subject:** Re: B.P., et al. v. City of Johnson City, et al.

Thanks all. Here is a further redacted Exhibit 4. Please advise by 5pm Eastern if there are any remaining objections to a public filing.

Best,
Elizabeth

---

**From:** Keith Grant <kgrant@rswlaw.com>
**Date:** Tuesday, September 17, 2024 at 8:10 AM
**To:** Emily Taylor <etaylor@watsonroach.com>, Elizabeth Kramer <elizabeth@eko.law>, Maria Ashburn <mashburn@watsonroach.com>, Heather Collins <heather@hmccivilrights.com>, Ashley Walter <ashley@hmccivilrights.com>, Vanessa Baehr-Jones <vanessa@advocatesforsurvivors.com>, danny <danny@moorerader.com>, Andre Greppin <andre@moorerader.com>, Laura Beth <lrufolo@rswlaw.com>, jlakey <jlakey@bpjlaw.com>, Aaron Wells <awells@rswlaw.com>, Ben C. Allen <ballen@fbb.law>, Kristin E. Berexa <kberexa@fbb.law>, Rachel Nottingham <rachel@hbm-lawfirm.com>, Marie Chrisman <mchrisman@bpjlaw.com>, msutton@fbb.law <msutton@fbb.law>
**Cc:** Erica Runnels <erica@hmccivilrights.com>, Linda Oxford <linda@eko.law>, Julie Erickson <julie@eko.law>, Kevin Osborne <kevin@eko.law>
**Subject:** RE: B.P., et al. v. City of Johnson City, et al.

While these numbers don't appear to involve my clients, I agree with Emily they should be redacted. I don't see anything else that needs to be redacted.

Keith H. Grant
Attorney at Law
Robinson, Smith & Wells, PLLC
633 Chestnut Street, Suite 700
Chattanooga, TN 37450
Phone: 423-756-5051

Fax: 423-266-0474
E-mail: [kgrant@rswlaw.com](mailto:kgrant@rswlaw.com)

This is a confidential communication protected by the attorney-client privilege and the work product doctrine. If you are not the intended recipient of this communication, please delete it immediately without opening any attachments. Please notify the sender by reply e-mail that you received this e-mail or contact us at 423-756-5051.

**From:** Emily Taylor <[etaylor@watsonroach.com](mailto:etaylor@watsonroach.com)>
**Sent:** Tuesday, September 17, 2024 10:35 AM
**To:** Elizabeth Kramer <[elizabeth@eko.law](mailto:elizabeth@eko.law)>; Maria Ashburn <[mashburn@watsonroach.com](mailto:mashburn@watsonroach.com)>; Heather Collins <[heather@hmccivilrights.com](mailto:heather@hmccivilrights.com)>; Ashley Walter <[ashley@hmccivilrights.com](mailto:ashley@hmccivilrights.com)>; Vanessa Baehr-Jones <[vanessa@advocatesforsurvivors.com](mailto:vanessa@advocatesforsurvivors.com)>; danny <[danny@moorerader.com](mailto:danny@moorerader.com)>; Andre Greppin <[andre@moorerader.com](mailto:andre@moorerader.com)>; Laura Beth <[lrufolo@rswlaw.com](mailto:lrufolo@rswlaw.com)>; jlakey <[jlakey@bpjlaw.com](mailto:jlakey@bpjlaw.com)>; Aaron Wells <[awells@rswlaw.com](mailto:awells@rswlaw.com)>; Keith Grant <[kgrant@rswlaw.com](mailto:kgrant@rswlaw.com)>; Ben C. Allen <[ballen@fbb.law](mailto:ballen@fbb.law)>; Kristin E. Berexa <[kberexa@fbb.law](mailto:kberexa@fbb.law)>; Rachel Nottingham <[rachel@hbm-lawfirm.com](mailto:rachel@hbm-lawfirm.com)>; Marie Chrisman <[mchrisman@bpjlaw.com](mailto:mchrisman@bpjlaw.com)>; [msutton@fbb.law](mailto:msutton@fbb.law)
**Cc:** Erica Runnels <[erica@hmccivilrights.com](mailto:erica@hmccivilrights.com)>; Linda Oxford <[linda@eko.law](mailto:linda@eko.law)>; Julie Erickson <[julie@eko.law](mailto:julie@eko.law)>; Kevin Osborne <[kevin@eko.law](mailto:kevin@eko.law)>
**Subject:** Re: B.P., et al. v. City of Johnson City, et al.

Elizabeth,

I believe the phone numbers, or at least part of the phone numbers, should be redacted from these before publicly filing. That is the only redactions that I believe that need to be made.

Thanks,

Emily

**From:** Elizabeth Kramer <[elizabeth@eko.law](mailto:elizabeth@eko.law)>
**Sent:** Monday, September 16, 2024 4:30 PM
**To:** Maria Ashburn <[mashburn@watsonroach.com](mailto:mashburn@watsonroach.com)>; Heather Collins <[heather@hmccivilrights.com](mailto:heather@hmccivilrights.com)>; Ashley Walter <[ashley@hmccivilrights.com](mailto:ashley@hmccivilrights.com)>; Vanessa Baehr-Jones <[vanessa@advocatesforsurvivors.com](mailto:vanessa@advocatesforsurvivors.com)>; danny <[danny@moorerader.com](mailto:danny@moorerader.com)>; Andre Greppin <[andre@moorerader.com](mailto:andre@moorerader.com)>; L Rufolo <[lrufolo@rswlaw.com](mailto:lrufolo@rswlaw.com)>; Emily Taylor <[etaylor@watsonroach.com](mailto:etaylor@watsonroach.com)>; jlakey <[jlakey@bpjlaw.com](mailto:jlakey@bpjlaw.com)>; Aaron Wells <[awells@rswlaw.com](mailto:awells@rswlaw.com)>; kgrant <[kgrant@rswlaw.com](mailto:kgrant@rswlaw.com)>; Ben C. Allen <[ballen@fbb.law](mailto:ballen@fbb.law)>; Kristin E. Berexa <[kberexa@fbb.law](mailto:kberexa@fbb.law)>; Rachel Nottingham <[rachel@hbm-lawfirm.com](mailto:rachel@hbm-lawfirm.com)>; Marie Chrisman <[mchrisman@bpjlaw.com](mailto:mchrisman@bpjlaw.com)>; [msutton@fbb.law](mailto:msutton@fbb.law) <[msutton@fbb.law](mailto:msutton@fbb.law)>
**Cc:** Erica Runnels <[erica@hmccivilrights.com](mailto:erica@hmccivilrights.com)>; Linda Oxford <[linda@eko.law](mailto:linda@eko.law)>; Julie Erickson <[julie@eko.law](mailto:julie@eko.law)>; Kevin Osborne <[kevin@eko.law](mailto:kevin@eko.law)>
**Subject:** Re: B.P., et al. v. City of Johnson City, et al.

Defense counsel,
My apologies for not sending these ahead of the filing last week. Please advise if there are any objections to these being publicly filed, or if you have any proposed redactions.

The brief is also attached for your reference.


Thank you,
Elizabeth



Elizabeth A. Kramer
**ERICKSON KRAMER OSBORNE**
San Francisco, California
Direct: (510) 919-2347
www.eko.law



Do not send privileged information from a device where there is a risk that a third party may gain access. If you are not the intended recipient of this email, please delete it and notify the sender.