![Eastman Credit Union logo]

EASTMAN CREDIT UNION
ECU BESIDE YOU

P.O. Box 1989
Kingsport, TN 37662
RETURN SERVICE REQUESTED

p 800.999.2328 | www.ecu.org

Member Number: ████
Statement Date: 06/30/22

Make Your Current Home Your Perfect Home

ecu.org/homeequity

JUSTIN P JENKINS
115 JULIE LN UNIT 115
JOHNSON CITY TN 37601-1144

## SUMMARY OF ACCOUNTS

| ACCOUNTS | ACCOUNT NUMBER | BALANCE | YTD DIV |
|---|---|---|---|
| Beyond Free Checking Account | | | |
| Primary Share Account | | | |
| Beyond Free Checking Account | | | |
| Beyond Free Checking Account | | | |
| **TOTAL ACCOUNTS** | | $████ | $████ |

** YTD Dividends listed in the Summary of Accounts are for the accounts listed only. Accounts closed during this statement period are included on this statement and will not appear on future statements.

| LOANS | ACCOUNT NUMBER | BALANCE | YTD INT |
|---|---|---|---|
| Construction | ████ | ████ | ████ |
| Used Autos CE | XXXXXXX69328 | 11,000.00 | 0.00 |
| **TOTAL LOANS** | | ████ | $0.00 |

AUDIT VERIFICATION: PLEASE EXAMINE YOUR STATEMENT CAREFULLY! ECU'S AUDIT COMMITTEE IS CONDUCTING ITS ANNUAL VERIFICATION OF MEMBER ACCOUNTS. REPORT ANY DISCREPANCIES TO ECU INTERNAL AUDIT DEPARTMENT, P O BOX 1989, KINGSPORT, TN 37662 OR EMAIL US AT ECUAUDIT@ECU.ORG.

## DETAIL OF TRANSACTIONS

**Primary Share Account:** ████

| Trans Date | Eff Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| 06-01 | | Starting Balance | | | ████ |
| 06-30 | | Credit Dividend | ████ | | ████ |

The total number of days in this cycle 30
The amount of Dividends earned this cycle is $0.62
The Annual Percentage Yield Earned for this account is 0.30%

---------- Dividend Rate Summary ----------

| Date | Rate |
|---|---|
| 06-01-2022 | 0.300% |

*Want your statement earlier? View them online with e-statements! Sign-up today at www.ecu.org.*



| Primary Share Account: ▮ (Continued) |
|---|

Did you know that you can make your current home your perfect home with an ECU home equity loan? Need another room? Want to remodel the kitchen or just need repairs? Whatever your situation, we've got a loan for that! Whether you have a lot of equity in your home or just a little, Eastman Credit Union has a home equity loan option that is right for you. Visit ecu.org/homeequity to learn more or apply today!

| Beyond Free Checking Account: ▮ |
|---|

| Trans Date | Eff Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| 06-01 | | Starting Balance | | | |
| 06-01 | | | | ▮ | ▮ |
| 06-03 | | | | ▮ | ▮ |
| 06-06 | | | | | ▮ |
| 06-10 | | | ▮ | | ▮ |
| 06-14 | | | | ▮ | ▮ |
| 06-15 | | | | ▮ | ▮ |
| 06-17 | | | ▮ | | ▮ |
| 06-22 | | | | ▮ | ▮ |
| 06-23 | | | ▮ | | ▮ |
| 06-23 | | | ▮ | | ▮ |
| 06-23 | | | ▮ | | ▮ |
| 06-30 | | | | ▮ | ▮ |
| 06-30 | | | ▮ | | ▮ |

**Draft Summary**

| Date | Number | Amount | Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

* next to number indicates skipped numbers
(E) Electronic Check

The total number of days in this cycle 30
The amount of Dividends earned this cycle is $0.21
The Annual Percentage Yield Earned for this account is 0.05%

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

**Deposits, Dividends and Other Credits**

| Date | Amount | Date | Amount | | |
|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

Total Deposits and Other Credits

**Withdrawals, Fees and Other Debits**

| Date | Amount |
|---|---|
| 06/14 | ▮ |

Total Fees          0          0.00
Total Withdrawals and Other Debits
Total Number of Checks Cleared

*Want your statement earlier? View them online with e-statements! Sign-up today at www.ecu.org.*



| Beyond Free Checking Account: ▮ Continued) |
|---|

---------- Dividend Rate Summary ----------

| Date | Rate |
|---|---|
| 06-01-2022 | 0.050% |

| Beyond Free Checking Account: ▮ |
|---|

| Trans Date | Eff Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| 06-01 | | ▮ | | | ▮ |
| 06-17 | | ▮ | | ▮ | ▮ |
| 06-27 | | ▮ | ▮ | | ▮ |
| 06-29 | | ▮ | | ▮ | ▮ |
| 06-30 | | ▮ | ▮ | | ▮ |

The total number of days in this cycle 30
The amount of Dividends earned this cycle is $0.06
The Annual Percentage Yield Earned for this account is 0.05%

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

**Deposits, Dividends and Other Credits**

| Date | Amount | Date | Amount |
|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ |
| Total Dividends | | ▮ | ▮ |
| Total Deposits and Other Credits | | ▮ | ▮ |

**Withdrawals, Fees and Other Debits**

| Date | Amount | Date | Amount |
|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ |
| Total Fees | | 0 | 0.00 |
| Total Withdrawals and Other Debits | | ▮ | ▮ |
| Total Number of Checks Cleared | | 0 | 0.00 |

---------- Dividend Rate Summary ----------

| Date | Rate |
|---|---|
| 06-01-2022 | 0.050% |

| Beyond Free Checking Account: ▮ |
|---|

| Trans Date | Eff Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

*Want your statement earlier? View them online with e-statements! Sign-up today at www.ecu.org.*


| Beyond Free Checking Account: ███ (Continued) |
|---|

### Draft Summary

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ |

\* next to number indicates skipped numbers
(E) Electronic Check

The total number of days in this cycle 30
The amount of Dividends earned this cycle is $4.74
The Annual Percentage Yield Earned for this account is 0.15%

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

### Deposits, Dividends and Other Credits

| Date | Amount |
|---|---|
| ███ | ███ |

| | | |
|---|---|---|
| Total Dividends |  |  |
| Total Deposits and Other Credits | 0 | 0.00 |

### Withdrawals, Fees and Other Debits

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |

| | | |
|---|---|---|
| Total Fees | 0 | 0.00 |
| Total Withdrawals and Other Debits | 4 | 7,400.00 |
| Total Number of Checks Cleared | 4 | 6,182.00 |

---------- Dividend Rate Summary ----------

| Date | Rate |
|---|---|
| 06-01-2022 | 0.150% |

| Used Autos CE: XXXXXXX69328 |
|---|

| Trans Date | Eff Date | Transaction Description | Amount | Principal | Interest Charge | Fee | Balance Subject to Interest Rate** |
|---|---|---|---|---|---|---|---|
| 06-02 | ███ | New Loan Disbursement | 11,000.00 | 11,000.00 | 0.00 | 0.00 | 11,000.00 |

Closing Date of the billing cycle was 06-30-2022; New Balance 11,000.00

**FEES**
Total Fees Charged for Statement Period       0.00
Total Fees Charged Year-to-Date               0.00

**INTEREST CHARGED**
Total Interest Charged for Statement Period   0.00
Total Interest Charged Year-to-Date           0.00

Interest Rate Summary

| Effective Date | Annual Percentage Rate | Days in Period | Daily Periodic Rate |
|---|---|---|---|
| 06-02-2022 | 2.990% | 29 | - |

---

*Want your statement earlier? View them online with e-statements! Sign-up today at www.ecu.org.*



| Construction: ▮▮▮▮▮▮▮▮▮▮ | | | | | | |
|---|---|---|---|---|---|---|
| **Trans Date** / **Eff Date** | **Transaction Description** | **Amount** | **Principal** | **Interest Charge** | **Fee** | **Balance Subject to Interest Rate**** |
| ▮ ▮ | | | | | | ▮ |
| Closing Date of the billing cycle was 06-30-2022; New Balance ▮ | | | | | | |

### Interest Rate Summary

| Effective Date | Annual Percentage Rate | Days in Period | Daily Periodic Rate |
|---|---|---|---|
| 06-01-2022 | 5.000% | 30 | 0.013699% |

**** INTEREST CHARGE CALCULATION:** *The balance used to compute interest charges is the unpaid balance each day after payments and credits to that balance have been subtracted and any additions to the balance have been made.*

Attention: Members with Traditional, Traditional Beneficiary, Roth and Roth Beneficiary IRAs:

Federal regulations require us to provide notice regarding withholding elections on your IRA distributions. You may incur tax penalties under the estimated tax payment rules if your payments of the estimated tax and withholding are insufficient. Your withholding election remains in effect for any subsequent distributions unless you change or revoke the election. If you want your current withholding election to remain unchanged, no action is required. You may change or revoke your election at any time. If you want to change your withholding election, complete the appropriate form provided by your financial organization. Withholding from IRA payments, when combined with other withholding, MAY relieve you from payment of estimated income taxes. However, your withholding election does not affect the amount of income tax you pay.

***Want your statement earlier? View them online with e-statements! Sign-up today at www.ecu.org.***