IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| B.P., H.A., and S.H., individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiffs, | ) No: 2:23-cv-00071-TRM-JEM |
| v. | ) ) |
| CITY OF JOHNSON CITY, TENNESSEE, a government entity, et al. | ) ) ) |
| Defendants. | ) |

## MOTION TO FILE SEALED DOCUMENT

Justin Jenkins, a non-party, pursuant to the Court's order regarding sealing confidential information (Doc. 6.) hereby moves the Court to file redacted versions of Exhibits 1 through 5 to Jenkins' Motion to Strike and for Sanctions. Redacted copies are being filed with this motion, as well as with the motion to strike. Unredacted copies of said documents are being filed under seal herewith, with the redacted portions highlighted (in yellow) pursuant to the Court's Order.

As grounds therefor, Jenkins would show Exhibits 1 through 5 contain personal and confidential financial information. Jenkins' financial information is currently designated as "Highly Confidential Information - Attorney's Eyes Only" under the Amended Joint Protective Order. See Doc. 255, Page ID #6989. Jenkins' has not redacted those portions of his financial records that directly pertain to the motion to strike and for sanctions.

Courts in this Circuit routinely seal exhibits that contain confidential financial information. See Total Quality Logistics LLC v. Riffe, No. 1:19-cv-23, 2020 U.S. Dist. LEXIS 181325, at *2 (S.D. Ohio Sept. 30, 2020) (sealing exhibits containing personal bank account information and

Page 1 of  4

Case 2:23-cv-00071-TRM-JEM   Document 339   Filed 09/19/24   Page 1 of 4   PageID #: 8304

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| B.P., H.A., and S.H., individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiffs, | ) No: 2:23-cv-00071-TRM-JEM |
| v. | ) ) |
| CITY OF JOHNSON CITY, TENNESSEE, a government entity, et al. | ) ) ) |
| Defendants. | ) |

## MOTION TO FILE SEALED DOCUMENT

Justin Jenkins, a non-party, pursuant to the Court's order regarding sealing confidential information (Doc. 6.) hereby moves the Court to file redacted versions of Exhibits 1 through 5 to Jenkins' Motion to Strike and for Sanctions. Redacted copies are being filed with this motion, as well as with the motion to strike. Unredacted copies of said documents are being filed under seal herewith, with the redacted portions highlighted (in yellow) pursuant to the Court's Order.

As grounds therefor, Jenkins would show Exhibits 1 through 5 contain personal and confidential financial information. Jenkins' financial information is currently designated as "Highly Confidential Information - Attorney's Eyes Only" under the Amended Joint Protective Order. See Doc. 255, Page ID #6989. Jenkins' has not redacted those portions of his financial records that directly pertain to the motion to strike and for sanctions.

Courts in this Circuit routinely seal exhibits that contain confidential financial information. See Total Quality Logistics LLC v. Riffe, No. 1:19-cv-23, 2020 U.S. Dist. LEXIS 181325, at *2 (S.D. Ohio Sept. 30, 2020) (sealing exhibits containing personal bank account information and

financial information); Exec. Jet Mgmt. Inc. v. Longbow Enters. LLC, No 1:21-cv–74, 2021 U.S. Dist. LEXIS 206824, at *1 (S.D. Ohio Apr. 1, 2021) (sealing exhibits because, among other reasons, the exhibits contained information relating to the parties' private bank account information.)

For these reasons, Jenkins' respectfully requests that the Court enter an order allowing the filing of the redacted versions of Exhibits 1 through 5 to Jenkins' Motion to Strike and for Sanctions.

Respectfully submitted by:

ROBINSON, SMITH & WELLS, PLLC

By:    s/ *Keith H. Grant*
     Keith H. Grant, BPR# 023274
     Laura Beth Rufolo, BPR# 015622
     Philip Aaron Wells, BPR# 036248
     Suite 700, Republic Centre
     633 Chestnut Street
     Chattanooga, TN 37450
     Telephone: (423) 756-5051
     Facsimile: (423) 266-0474
     *Attorneys for Justin Jenkins, Brady Higgins*
     *and Jeff Legault, in their individual capacity*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was filed electronically on September 19, 2024. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Robinson, Smith & Wells, PLLC

By:    s/ *Keith H. Grant*

cc: Heather Moore Collins
    Ashley Walter
    HMC Civil Rights Law, PLLC
    7000 Executive Center Dr.
    Suite 320
    Brentwood, TN 37027

615-724-1996
Email: heather@hmccivilrights.com

Vanessa Baehr-Jones
Advocates for Survivors of Abuse
4200 Park Blvd., No. 413
Oakland, CA 94602
Email:vanessa@advocatesforsurvivors.com

Elizabeth A. Kramer
Kevin M Osborne
Julie Erickson
Erickson Kramer Osborne LLP
44 Tehama Street
San Francisco, CA 94105
Email: elizabeth@eko.law
Email: kevin@eko.law
Email: Julie@eko.law

K. Erickson Herrin
HERRIN, MCPEAK & ASSOCIATES
515 East Unaka Avenue
P.O. Box 629
Johnson City, TN 37605-0629
lisa@hbm-lawfirm.com

Emily C. Taylor
WATSON, ROACH, BATSON & LAURDERBACK, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
etaylor@watsonroach.com
Attorneys to Defendants, Johnson City, Tennessee, Karl Turner, Captain Kevin Peters and Investigator Toma Sparks.

Daniel H. Rader III
Daniel H. Rader IV
MOORE, RADER & YORK PC
46 N. Jefferson Avenue
P.O. Box 3347
Cookeville, TN 38502-3347
danrader@moorerader.com
danny@moorerader.com
Counsel for Kevin Peters in his individual capacity

Kristin Ellis Berexa
Ben C. Allen
FARRAR BATES BEREXA
12 Cadillac Drive, Suite 480
Brentwood, TN 37027-5366
kbrexa@fbb.law
ballen@fbb.law
Counsel for Toma Sparks in his individual capacity

Jonathan P. Lakey
Burch, Porter & Johnson, PLLC
130 N. Court Avenue
Memphis, TN 38103
901-524-5000
Email: jlakey@bpjlaw.com