

**EASTMAN CREDIT UNION®**
ECU BESIDE YOU

P.O. Box 1989
Kingsport, TN 37662
RETURN SERVICE REQUESTED

**p 800.999.2328 | www.ecu.org**

Play Now, Pay Later with an ECU RV &
Powersports Loan

JUSTIN P JENKINS
115 JULIE LN UNIT 115
JOHNSON CITY TN 37601-1144

## SUMMARY OF ACCOUNTS

| ACCOUNTS | ACCOUNT NUMBER | BALANCE | YTD DIV |
|---|---|---|---|
| Beyond Free Checking Account | | | |
| Primary Share Account | | | |
| Beyond Free Checking Account | | | |
| Beyond Free Checking Account | | | |
| **TOTAL ACCOUNTS** | | | |

\*\* YTD Dividends listed in the Summary of Accounts are for the accounts listed only. Accounts closed during this statement period are included on this statement and will not appear on future statements.

| LOANS | ACCOUNT NUMBER | BALANCE | YTD INT |
|---|---|---|---|
| Construction | | | |
| Used Autos CE | XXXXXXX69328 | 10,826.13 | 26.13 |
| **TOTAL LOANS** | | | |

Set the course for adventure with an ECU RV & Powersports loan! Whether it's a new camper or a new motorcycle, now is the time to take a leap and live out your dreams. Play now and pay later with no payment for 90 days. Visit ecu.org/fun to apply today

## DETAIL OF TRANSACTIONS

**Primary Share Account:** ▮▮▮▮

| Trans Date | Eff Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| ▮ | | ▮▮▮ | ▮ | ▮ | ▮ |

The total number of days in this cycle 31
The amount of Dividends earned this cycle is ▮
The Annual Percentage Yield Earned for this account is 0.30%

---------- Dividend Rate Summary ----------

| Date | Rate |
|---|---|
| 07-01-2022 | 0.300% |

*Want your statement earlier? View them online with e-statements! Sign-up today at www.ecu.org.*





**Primary Share Account:** ▮▮▮▮▮▮▮ (Continued)

Need to free up space, eliminate unnecessary theft and security risks or get rid of old, outdated, and useless files?  ECU Shred Days are back for the fall! For a schedule, visit ecu.org/shred.

**Beyond Free Checking Account:** ▮▮▮▮▮▮▮

| Trans Date | Eff Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|



**Draft Summary**

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|

* next to number indicates skipped numbers
(E) Electronic Check

The total number of days in this cycle 31
The amount of Dividends earned this cycle is $0.25
The Annual Percentage Yield Earned for this account is 0.05%

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

**Deposits, Dividends and Other Credits**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|

Total Dividends
Total Deposits and Other Credits

**Withdrawals, Fees and Other Debits**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|

Total Fees                                   0                    0.00
Total Withdrawals and Other Debits
Total Number of Checks Cleared

*Want your statement earlier? View them online with e-statements! Sign-up today at www.ecu.org.*

Case 2:23-cv-00071-TRM-JEM   Document 339-3   Filed 09/19/24   Page 2 of 5   PageID #: 8331

Eastman Credit Union



**Beyond Free Checking Account: ████████ Continued)**

---------- Dividend Rate Summary ----------

| Date | Rate |
|------|------|
| 07-01-2022 | 0.050% |

**Beyond Free Checking Account: ███████████**

| Trans Date | Eff Date | Description | Deposit | Withdrawal | Balance |
|------|------|------|------|------|------|
| 07-01 | | Starting Balance | | | ██ |
| 07-01 | | W/D July Truck Payment | | -200.00 | |
| 07-26 | | ██████████ | ██ | | |
| 07-29 | | ██████████ | | ██ | ██ |
| 07-29 | 07-31 | | ██ | ██ | |

The total number of days in this cycle 31
The amount of Dividends earned this cycle is $0.06
The Annual Percentage Yield Earned for this account is 0.05%

| | Total For This Period | Total Year-to-Date |
|------|------|------|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

Deposits, Dividends and Other Credits

| Date | Amount | Date | Amount |
|------|------|------|------|
| ██ | ███ | ██ | ███ |
| Total Dividends | ▉ | ███ | |
| Total Deposits and Other Credits | ▉ | ████ | |

Withdrawals, Fees and Other Debits

| Date | Amount | Date | Amount |
|------|------|------|------|
| 07/01 | 200.00 | ███ | ████ |
| Total Fees | 0 | 0.00 | |
| Total Withdrawals and Other Debits | | ████ | 0.00 |
| Total Number of Checks Cleared | 0 | 0.00 | |

---------- Dividend Rate Summary ----------

| Date | Rate |
|------|------|
| 07-01-2022 | 0.050% |

**Beyond Free Checking Account: ███████**

| Trans Date | Eff Date | Description | Deposit | Withdrawal | Balance |
|------|------|------|------|------|------|
| ██ | | ████████ | | ██ | ██ |
| ██ | ██ | ████████ | | ██ | |
| | | ██████ | ██ | ██ | |

*Want your statement earlier? View them online with e-statements! Sign-up today at www.ecu.org.*



EASTMAN
CREDIT
UNION
ECU BESIDE YOU

Member Number: ███████
Statement Date: 07/31/22
Page 4 of 5

## Beyond Free Checking Account: ███████ (Continued)

**Draft Summary**

| Date | Number | Amount |
|------|--------|--------|
| ██ | | ████ |

\* next to number indicates skipped numbers
(E) Electronic Check

The total number of days in this cycle 31
The amount of Dividends earned this cycle is $3.69
The Annual Percentage Yield Earned for this account is 0.15%

| | Total For This Period | Total Year-to-Date |
|--|----------------------|--------------------|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

**Deposits, Dividends and Other Credits**

| Date | Amount |
|------|--------|
| ██ | ██ |

Total Dividends ██ ██
Total Deposits and Other Credits 0 0.00

**Withdrawals, Fees and Other Debits**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ██ | ██ | ██ | ██ | ██ | ██ |

Total Fees 0 0.00
Total Withdrawals and Other Debits ██ ██
Total Number of Checks Cleared ██ ██

---------- Dividend Rate Summary ----------

| Date | Rate |
|------|------|
| 07-01-2022 | 0.150% |

## Used Autos CE: XXXXXXX69328

| Trans Date | Eff Date | Transaction Description | Amount | Principal | Interest Charge | Fee | Balance Subject to Interest Rate** |
|------------|----------|------------------------|--------|-----------|-----------------|-----|-----------------------------------|
| 07-01 | | Starting Balance | | | | | 11,000.00 |
| 07-01 | | Regular Payment | -200.00 | 173.87 | 26.13 | 0.00 | 10,826.13 |

Closing Date of the billing cycle was 07-31-2022; New Balance 10,826.13

**FEES**

| | |
|--|--|
| Total Fees Charged for Statement Period | 0.00 |
| Total Fees Charged Year-to-Date | 0.00 |

**INTEREST CHARGED**

| | |
|--|--|
| Total Interest Charged for Statement Period | 26.13 |
| Total Interest Charged Year-to-Date | 26.13 |

**Interest Rate Summary**

| Effective Date | Annual Percentage Rate | Days in Period | Daily Periodic Rate |
|----------------|------------------------|----------------|---------------------|
| 07-01-2022 | 2.990% | 31 | - |

---

***Want your statement earlier? View them online with e-statements! Sign-up today at www.ecu.org.***



**EASTMAN CREDIT UNION**
ECU BESIDE YOU

Construction: █████████

| Trans Date | Eff Date | Transaction Description | Amount | Principal | Interest Charge | Fee | Balance Subject to Interest Rate** |
|---|---|---|---|---|---|---|---|
| ██ | ██ | ████████ | ██ | ██ | ██ | ██ | ██ |

Closing Date of the billing cycle was 07-31-2022; New Balance █████

### Interest Rate Summary

| Effective Date | Annual Percentage Rate | Days in Period | Daily Periodic Rate |
|---|---|---|---|
| 07-01-2022 | 5.000% | 31 | 0.013699% |

**\*\* INTEREST CHARGE CALCULATION:** *The balance used to compute interest charges is the unpaid balance each day after payments and credits to that balance have been subtracted and any additions to the balance have been made.*

Did you know that ECU offers several mortgage options with up to 100% financing?  We may also be able to finance all or a portion of your closing costs!  There's even an option to include additional funds for renovations or upgrades.  Whatever your need, ECU can customize a mortgage just for you.  Visit ecu.org/mortgage to learn more or apply today.

*Want your statement earlier? View them online with e-statements! Sign-up today at www.ecu.org.*
Case 2:23-cv-00071-TRM-JEM   Document 339-3   Filed 09/19/24   Page 5 of 5   PageID #: 8334
Eastman ████████