


P.O. Box 1989
Kingsport, TN 37662
RETURN SERVICE REQUESTED

p 800.999.2328 | www.ecu.org

Member Number: [redacted]
Statement Date: 08/31/22


Play Now, Pay Later with an ECU RV & Powersports Loan

JUSTIN P JENKINS
115 JULIE LN UNIT 115
JOHNSON CITY TN 37601-1144

## SUMMARY OF ACCOUNTS

| ACCOUNTS | ACCOUNT NUMBER | BALANCE | YTD DIV |
|---|---|---|---|
| Beyond Free Checking Account | [redacted] | [redacted] | [redacted] |
| Primary Share Account | [redacted] | [redacted] | [redacted] |
| Beyond Free Checking Account | [redacted] | [redacted] | [redacted] |
| Beyond Free Checking Account | [redacted] | [redacted] | [redacted] |
| **TOTAL ACCOUNTS** | | $[redacted] | $[redacted] |

** YTD Dividends listed in the Summary of Accounts are for the accounts listed only. Accounts closed during this statement period are included on this statement and will not appear on future statements.

| LOANS | ACCOUNT NUMBER | BALANCE | YTD INT |
|---|---|---|---|
| Construction | [redacted] | [redacted] | [redacted] |
| Used Autos CE | XXXXXXX69328 | 0.00 | 79.81 |
| Dealer Direct Used Auto | XXXXXXX18549 | 15,189.04 | 0.00 |
| **TOTAL LOANS** | | [redacted] | [redacted] |

*Want your statement earlier? View them online with e-statements! Sign-up today at www.ecu.org.*






Summer is almost over, but that doesn't mean the fun has to end!
With an ECU RV & Powersports Loan, you can get that new camper for a weekend away or that motorcycle for a drive on the backroads. Whatever your idea of fun, ECU is here to get you there! Visit ecu.org/fun to get started.

## DETAIL OF TRANSACTIONS

### Primary Share Account:

| Trans Date | Eff Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| 08-01 | | Starting Balance | | | |
| 08-31 | | Deposit Payoff Excess Transfer from Loan 114269328 | 2.61 | | |
| 08-31 | | Credit Dividend | | | |

The total number of days in this cycle 31
The amount of Dividends earned this cycle is $0.28
The Annual Percentage Yield Earned for this account is 0.30%

---------- Dividend Rate Summary ----------

| Date | Rate |
|---|---|
| 08-01-2022 | 0.300% |

***Want your statement earlier? View them online with e-statements! Sign-up today at www.ecu.org.***





**Primary Share Account: (Continued)**

Play Now, Pay Later with an ECU RV & Powersports Loan

**Beyond Free Checking Account:**

| Trans Date | Eff Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|



Draft Summary

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|

* next to number indicates skipped numbers
(E) Electronic Check

***Want your statement earlier? View them online with e-statements! Sign-up today at www.ecu.org.***





## Beyond Free Checking Account: [redacted] (Continued)

The total number of days in this cycle 31
The amount of Dividends earned this cycle is $0.25
The Annual Percentage Yield Earned for this account is 0.05%

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

**Deposits, Dividends and Other Credits**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Total Dividends [redacted] [redacted]
Total Deposits and Other Credits [redacted] [redacted]

**Withdrawals, Fees and Other Debits**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Total Fees 0 0.00
Total Withdrawals and Other Debits [redacted] [redacted]
Total Number of Checks Cleared [redacted] [redacted]

---------- Dividend Rate Summary ----------

| Date | Rate |
|---|---|
| 08-01-2022 | 0.050% |

## Beyond Free Checking Account: [redacted]

| Trans Date | Eff Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] | [redacted] |

The total number of days in this cycle 31
The amount of Dividends earned this cycle is $[redacted]
The Annual Percentage Yield Earned for this account is 0.05%

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

**Deposits, Dividends and Other Credits**

| Date | Amount | Date | Amount |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |

Total Dividends [redacted] [redacted]
Total Deposits and Other Credits [redacted] [redacted]

**Withdrawals, Fees and Other Debits**

***Want your statement earlier? View them online with e-statements! Sign-up today at www.ecu.org.***





## Beyond Free Checking Account: (Continued)

| Date | Amount | Date | Amount |
|---|---|---|---|
| 08/01 | 200.00 | | |

| | | |
|---|---|---|
| Total Fees | 0 | 0.00 |
| Total Withdrawals and Other Debits | | |
| Total Number of Checks Cleared | 0 | 0.00 |

---------- Dividend Rate Summary ----------

| Date | Rate |
|---|---|
| 08-01-2022 | 0.050% |

## Beyond Free Checking Account:

| Trans Date | Eff Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|

Draft Summary

| Date | Number | Amount | Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|---|---|---|

* next to number indicates skipped numbers
(E) Electronic Check

The total number of days in this cycle 31
The amount of Dividends earned this cycle is $7.43
The Annual Percentage Yield Earned for this account is 0.18%

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

Deposits, Dividends and Other Credits

| Date | Amount | Date | Amount |
|---|---|---|---|

Total Dividends
Total Deposits and Other Credits

Withdrawals, Fees and Other Debits

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|



***Want your statement earlier? View them online with e-statements! Sign-up today at www.ecu.org.***





Beyond Free Checking Account:  (Continued)

| | | |
|---|---|---|
| Total Fees | 0 | 0.00 |
| Total Withdrawals and Other Debits | | |
| Total Number of Checks Cleared | | |

---------- Dividend Rate Summary ----------

| Date | Rate | Date | Rate |
|---|---|---|---|
| 08-01-2022 | 0.100% | 08-16-2022 | 0.200% |

Used Autos CE: XXXXXXX69328

| Trans Date | Eff Date | Transaction Description | Amount | Principal | Interest Charge | Fee | Balance Subject to Interest Rate** |
|---|---|---|---|---|---|---|---|
| 08-01 | | Starting Balance | | | | | 10,826.13 |
| 08-01 | | Regular Payment | -200.00 | 172.51 | 27.49 | 0.00 | 10,653.62 |
| 08-31 | | Account Payoff | -10,679.81 | 10,653.62 | 26.19 | 0.00 | 0.00 |

Closing Date of the billing cycle was 08-31-2022; New Balance 0.00

FEES

| | |
|---|---|
| Total Fees Charged for Statement Period | 0.00 |
| Total Fees Charged Year-to-Date | 0.00 |

INTEREST CHARGED

| | |
|---|---|
| Total Interest Charged for Statement Period | 53.68 |
| Total Interest Charged Year-to-Date | 79.81 |

Interest Rate Summary

| Effective Date | Annual Percentage Rate | Days in Period | Daily Periodic Rate |
|---|---|---|---|
| 08-01-2022 | 2.990% | 31 | - |

Dealer Direct Used Auto: XXXXXXX18549

| Trans Date | Eff Date | Transaction Description | Amount | Principal | Interest Charge | Fee | Balance Subject to Interest Rate** |
|---|---|---|---|---|---|---|---|
| 08-24 | | Starting Balance | | | | | 0.00 |
| 08-24 | 08-13 | Eff. 08-13 New Loan Disbursement | 15,189.04 | 15,189.04 | 0.00 | 0.00 | 15,189.04 |

Closing Date of the billing cycle was 08-31-2022; New Balance 15,189.04

Interest Rate Summary

| Effective Date | Annual Percentage Rate | Days in Period | Daily Periodic Rate |
|---|---|---|---|
| 08-24-2022 | 3.540% | 8 | - |

Construction:

| Trans Date | Eff Date | Transaction Description | Amount | Principal | Interest Charge | Fee | Balance Subject to Interest Rate** |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Closing Date of the billing cycle was 08-31-2022; New Balance

***Want your statement earlier? View them online with e-statements! Sign-up today at www.ecu.org.***





**Construction: [redacted] (Continued)**

Interest Rate Summary

| Effective Date | Annual Percentage Rate | Days in Period | Daily Periodic Rate |
|---|---|---|---|
| 08-01-2022 | 5.000% | 31 | 0.013699% |

** **INTEREST CHARGE CALCULATION:** *The balance used to compute interest charges is the unpaid balance each day after payments and credits to that balance have been subtracted and any additions to the balance have been made.*

Need to free up space, eliminate unnecessary theft and security risks or get rid of old, outdated, and useless files? ECU Shred Days are back for Fall 2022. For a complete schedule, visit www.ecu.org/events and Filter by Topic: Shred Days.

***Want your statement earlier? View them online with e-statements! Sign-up today at www.ecu.org.***