9/22/2020     CAD Call 20117162 History

## Call 20117162 Details

Refresh: 30 sec.

File: **20049998**   Date: **09/19/20**   Opr: **o9477**   POD: **6**
Location: **200 E MAIN ST #500; DOWNTOWN TOWERS**   Juris: **JC**
Type: **1085**   Svc: **P**   Agcy: **JCPD**   Area: **7**   Dist: **7**   Zn: **PD**   Bt: **42A**
**Serving Warrant**   In Progress? **0**   Priority: **1**   How Recd? **5**
Last name: **OFFICER**   First: **SEXTON, KEITH**   Phone:

Address: **SPRING ST/TIPTON ST**    BOLO   HAZ   EL   PH 29   Fire

| # | Remarks | DOW | Time | Oper | POD |
|---|---|---|---|---|---|
| 1 | Knox box: On Spring St. Side. Lock Only For | Sat | 10:08:11 | o9477 | 6 |
| 2 | Electrical Shunt. | Sat | 10:08:11 | o9477 | 6 |
| 3 | Unit 220 is Hold Checks. | Sat | 10:15:19 | o9477 | 6 |
| 4 | 220 ADV HIM ADN 43 WILL BE OUT WITH CID AT THE | Sat | 10:15:46 | o9477 | 6 |
| 5 | RESD TRYING TO SERVE 1085 | Sat | 10:15:46 | o9477 | 6 |
| 6 | Unit 220 is Hold Checks. | Sat | 10:31:00 | o9477 | 6 |
| 7 | Unit 220 is Hold Checks. | Sat | 10:47:19 | o9477 | 6 |
| 8 | Unit 220 is Hold Checks. | Sat | 11:02:24 | o9477 | 6 |
| 9 | Unit 220 is Hold Checks. | Sat | 11:17:53 | o9491 | 7 |
| 10 | Unit 220 is Hold Checks. | Sat | 11:32:59 | o9477 | 6 |
| 11 | WANTING TO WASH THE THE SIDEWALK DOWN | Sat | 13:27:04 | o9396 | 11 |
| 12 | Knox box: On Spring St. Side. Lock Only For | Sat | 13:27:16 | o9396 | 11 |
| 13 | Electrical Shunt. | Sat | 13:27:16 | o9396 | 11 |
| 14 | 609: HB | Sat | 19:44:16 | o9521 | 7 |

ADD REMARK

Cross Streets    Unit Recommendation
**SPRING ST**
**S ROAN ST**

| Unit Name | Received | Dispatch | Arrived | Cleared | Clearance | Backup Units |
|---|---|---|---|---|---|---|
| **609** JENKINS, JUSTIN | 10:08 | EVNT | 10:08 | 19:44 | R | 602 611 220 243 |

## Unit History

| Unit | Name | Status | Time | Location | Operator | Remarks |
|---|---|---|---|---|---|---|
| 220 | Sexton, Keith | ARRIVD | 10:08:11 | 200 E MAIN ST #500; DO | o9477 | Serving Warrant |
| 243 | McCurry, Robert | DISP | 10:08:46 | 200 E MAIN ST #500; DO | o9477 | Backup |
| 243 | McCurry, Robert | ARRIVD | 10:08:46 | 200 E MAIN ST #500; DO | o9477 | Backup |
| 220 | Sexton, Keith | HoldC | 10:15:19 | 200 E MAIN ST #500; DO | o9477 | Serving Warrant |
| 220 | Sexton, Keith | HoldC | 10:31:00 | 200 E MAIN ST #500; DO | o9477 | Serving Warrant |
| 609 | Jenkins, Justin | DISP | 10:39:20 | 200 E MAIN ST #500; DO | o9477 | Backup |

Case 2:23-cv-00071-TRM-JEM   Document 346-2   Filed 09/24/24   Page 1 of 2   PageID #: 8575
199.248.214.11/cgi-bln/snweb?CAD.CH.HTML+20117162
CITY-0076721

9/22/2020     CAD Call 20117162 History

| Unit | Name | Status | Time | Location | | |
|---|---|---|---|---|---|---|
| 602 | Hilton, David | DISP | 10:42:02 | 200 E MAIN ST #500; DO | o9477 | Backup |
| 602 | Hilton, David | ARRIVD | 10:42:02 | 200 E MAIN ST #500; DO | o9477 | Backup |
| 611 | Sparks, Toma | DISP | 10:42:04 | 200 E MAIN ST #500; DO | o9477 | Backup |
| 611 | Sparks, Toma | ARRIVD | 10:42:04 | 200 E MAIN ST #500; DO | o9477 | Backup |
| 220 | Sexton, Keith | HoldC | 10:47:19 | 200 E MAIN ST #500; DO | o9477 | Serving Warrant |
| 220 | Sexton, Keith | HoldC | 11:02:24 | 200 E MAIN ST #500; DO | o9477 | Serving Warrant |
| 220 | Sexton, Keith | HoldC | 11:17:53 | 200 E MAIN ST #500; DO | o9491 | Serving Warrant |
| 220 | Sexton, Keith | HoldC | 11:32:59 | 200 E MAIN ST #500; DO | o9477 | Serving Warrant |
| 220 | Sexton, Keith | ARRIVD | 11:33:16 | 200 E MAIN ST #500; DO | o9477 | Serving Warrant |
| 220 | Sexton, Keith | CLEAR | 12:53:41 | | o9491 | |
| 243 | McCurry, Robert | CLEAR | 14:10:17 | | o9396 | |
| 602 | Hilton, David | CLEAR | 16:19:37 | | o9477 | |
| 609 | Jenkins, Justin | CLEAR | 19:44:16 | | o9521 | |
| 611 | Sparks, Toma | CLEAR | 19:44:16 | | o9521 | |

[ Close ] [ Print ]     as of: 09/22/2020 10:49