**EASTMAN CREDIT UNION**
ECU BESIDE YOU

P.O. Box 1989
Kingsport, TN 37662

p 800.999.2328 | www.ecu.org

| Member Number | Statement Date |
| --- | --- |
| ███████ | 01-31-2020 |
| **Summary at a Glance** | |
| Total Deposits | ███████ |
| Total Loans | ███████ |

JUSTIN P JENKINS
████████████████

# Summary of Accounts

| Account | Ending Balance | YTD Div | Loans | Ending Balance | YTD Fin. Charge |
| --- | --- | --- | --- | --- | --- |
| Primary Share Account | ███ | ███ | Used Autos CE | ███ | ███ |
| Beyond Free Checking Account | ███ | ███ | Dealer Direct Used Auto | ███ | ███ |
| Beyond Free Checking Account | ███ | ███ | VA - 30 Year Fixed Mortgage | ███ | ███ |
| Total | ███ | | Total | ███ | |

**\*\* YTD Dividends listed in the Summary of Accounts are for the accounts listed only. Accounts closed during this statement period are included on this statement and will not appear on future statements.**

We are proud to announce a $14 million Extraordinary Dividend paid to qualifying ECU members for your loyalty in doing business with us in 2019. Your share was deposited into your Share (savings) account in January 2020. You received a minimum payment of $3.00 plus approximately $5.08 for every $100 you earned in dividends on deposits or paid in interest on loans. For tax reporting purposes, the Extraordinary Dividend deposit for 2019 that was posted to your account in January 2020 will be included on your IRS 1099-INT form for 2020.

### Primary Share Account ████████



| Trans Date | Eff Date | Description | Deposit | Withdrawals | Balance |
| --- | --- | --- | --- | --- | --- |
| ███ | | ████████████████ | ███ | | ███ |
| 01-27 | | Deposit ████ | 103.04 | | ███ |
| | | | | | ███ |

The total number of days in this cycle 31
The amount of Dividends earned this cycle is ████
The Annual Percentage Yield Earned for this account is 0.30%

---------- **Dividend Rate Summary** ----------

| Date | Rate |
| --- | --- |
| 01-01-2020 | 0.300% |

Don't miss the boat! Aren't you ready to hit the lake or the mountains? ECU can help with great rates on loans for boats, campers, jet skis and more! You can even postpone your payment for up to 3 months! Visit www.ecu.org to learn more about our RV and Powersports loans.

**Want your statements earlier? View them online with e-statements. Sign up today @ www.ecu.org.**
Case 2:23-cv-00071-TRM-JEM   Document 346-3   Filed 09/24/24   Page 1 of 39   PageID #: 8577
Eastman 000011

**EASTMAN CREDIT UNION**
ECU BESIDE YOU

## Beyond Free Checking Account ████████

| Trans Date | Eff Date | Description | Deposit | Withdrawals | Balance |
|---|---|---|---|---|---|
| 01-01 | | Starting Balance | | | |
| | | ███████████ | ███ | | ███ |
| | | ███████████ | ███ | | ███ |
| | | ███████ | | | |
| | | ██████ | | | ███ |

The total number of days in this cycle 31
The amount of Dividends earned this cycle is $███
The Annual Percentage Yield Earned for this account is 0.05%

| Summary of Overdraft and Returned Item Fees | | |
|---|---|---|
| | Total for This Period | Total Year-to-Date |
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

**Deposits, Dividends and Other Credits**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| | | | ███ | | ███ | ███ | ███ |
| **Total Dividends** | | | | | | | |
| **Total Deposits and Other Credits** | | ███ | ███ | | | | |

---------- Dividend Rate Summary ----------
| Date | Rate |
|---|---|
| 01-01-2020 | 0.050% |

## Used Autos CE ████████

| Trans Date | Eff Date | Description | Transaction Amount | Principal | Interest | Fee | *Balance Subject to Interest Rate |
|---|---|---|---|---|---|---|---|
| 01-01 | | Previous Balance | | | | | 18,464.34 |
| 01-13 | | Account Payoff | -18,536.90 | 18,464.34 | 72.56 | | 0.00 |

**Closing date of the billing cycle was 01-31-2020; New Balance 0.00**

**Fees**
| | |
|---|---|
| Total Fees Charged for Statement Period | 0.00 |
| Total Fees Charged Year-to-Date | 0.00 |

**Interest Charged**
| | |
|---|---|
| Total Interest Charged this Statement Period | 72.56 |
| Total Interest Charged Year-to-Date | 72.56 |

**Interest Rate Summary**
| Effective Date | Annual Percentage Rate | Days in Period | Daily Periodic Rate |
|---|---|---|---|
| 01-01-2020 | 3.5900% | 13 | - |

**Want your statements earlier?  View them online with e-statements.  Sign up today @ www.ecu.org.**

Eastman 000013

**EASTMAN CREDIT UNION** — ECU BESIDE YOU

| Member Number | Statement Date |
|---|---|
| ■■■■■■ | 07-31-2020 |



## Beyond Free Checking Account ■■■■

| Trans Date | Eff Date | Description | Deposit | Withdrawals | Balance |
|---|---|---|---|---|---|
| | | | | | |
| 07-13 | | Deposit | 885.00 | | |

### Drafts for Beyond Free Checking Account ■■■■

| Date | Draft Number | Amount | Date | Draft Number | Amount | Date | Draft Number | Amount |
|---|---|---|---|---|---|---|---|---|

* denotes break in sequence

The total number of days in this cycle 31
The amount of Dividends earned this cycle is $0.04
The Annual Percentage Yield Earned for this account is 0.06%

| Summary of Overdraft and Returned Item Fees | | |
|---|---|---|
| | Total for This Period | Total Year-to-Date |
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

### Deposits, Dividends and Other Credits

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 07-13 | 885.00 | | | | | | |

**Total Dividends**
**Total Deposits and Other Credits**

**Want your statements earlier?  View them online with e-statements.  Sign up today @ www.ecu.org.**



Eastman 000086

**EASTMAN CREDIT UNION**
ECU BESIDE YOU

## Beyond Free Checking Account ████████



| Trans Date | Eff Date | Description | Deposit | Withdrawals | Balance |
|---|---|---|---|---|---|
| 09-14 | | Deposit | 5,000.00 | | |

### Drafts for Beyond Free Checking Account ████████

| Date | Draft Number | Amount | Date | Draft Number | Amount | Date | Draft Number | Amount |
|---|---|---|---|---|---|---|---|---|

* denotes break in sequence

The total number of days in this cycle 30
The amount of Dividends earned this cycle is $0.07
The Annual Percentage Yield Earned for this account is 0.05%

| Summary of Overdraft and Returned Item Fees | | |
|---|---|---|
| | Total for This Period | Total Year-to-Date |
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

### Deposits, Dividends and Other Credits

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| | | 09-14 | 5,000.00 | | | | |

**Total Dividends**
**Total Deposits and Other Credits**



Case 2:23-cv-00071-TRM-JEM   Document 346-3   Filed 09/24/24   Page 4 of 39   PageID #: 8580



| Member Number | Statement Date |
|---|---|
| ▉▉▉▉▉ | 09-30-2020 |

## Dealer Direct Used Auto ▉▉▉▉▉

| Trans Date | Eff Date | Description | Transaction Amount | Principal | Interest | Fee | *Balance Subject to Interest Rate |
|---|---|---|---|---|---|---|---|
| 09-01 | | Previous Balance | | | | | 34,221.23 |
| 09-25 | | Account Payoff | -34,308.89 | 34,221.23 | 87.66 | | 0.00 |

### Interest Rate Summary

| Effective Date | Annual Percentage Rate | Days in Period | Daily Periodic Rate |
|---|---|---|---|
| 09-01-2020 | 3.7500% | 25 | - |

## Dealer Direct New Auto ▉▉▉▉▉

| Trans Date | Eff Date | Description | Transaction Amount | Principal | Interest | Fee | *Balance Subject to Interest Rate |
|---|---|---|---|---|---|---|---|
| 09-22 | | Previous Balance | | | | | 0.00 |
| 09-22 | 09-12 | Eff. 09-12 New Loan Disbursement | 45,236.22 | 45,236.22 | | | 45,236.22 |

### Interest Rate Summary

| Effective Date | Annual Percentage Rate | Days in Period | Daily Periodic Rate |
|---|---|---|---|
| 09-22-2020 | 2.9900% | 9 | - |

## VA - 30 Year Fixed Mortgage ▉▉▉▉▉

| Trans Date | Eff Date | Description | Transaction Amount | Principal | Interest | Fee | *Balance Subject to Interest Rate |
|---|---|---|---|---|---|---|---|
| ▉▉ | ▉▉▉▉ | | ▉▉ | | | | ▉▉▉ |
| ▉▉▉▉ | | | | | | | |

### Interest Rate Summary

| Effective Date | Annual Percentage Rate |
|---|---|
| 09-01-2020 | 3.8750% |

## 15 Year Adj HELOC ▉▉▉▉▉

| Trans Date | Eff Date | Description | Transaction Amount | Principal | Interest | Fee | *Balance Subject to Interest Rate |
|---|---|---|---|---|---|---|---|
| 09-01 | | Previous Balance | | | | | 0.00 |

### Interest Rate Summary

| Effective Date | Annual Percentage Rate |
|---|---|
| 09-01-2020 | 4.0000% |

**Want your statements earlier?  View them online with e-statements.  Sign up today @ www.ecu.org.**

Eastman 000046

Case 2:23-cv-00071-TRM-JEM   Document 346-3   Filed 09/24/24   Page 5 of 39   PageID #: 8581

| Member Number | Statement Date |
|---|---|
| ██████████ | 01-31-2021 |

**EASTMAN CREDIT UNION**
ECU BESIDE YOU

## Beyond Free Checking Account ████████



| Trans Date | Eff Date | Description | Deposit | Withdrawals | Balance |
|---|---|---|---|---|---|
| 01-29 | | Deposit | 2,000.00 | | |

### Drafts for Beyond Free Checking Account ████████

| Date | Draft Number | Amount | Date | Draft Number | Amount | Date | Draft Number | Amount |
|---|---|---|---|---|---|---|---|---|

* denotes break in sequence

The total number of days in this cycle 31
The amount of Dividends earned this cycle is $0.12
The Annual Percentage Yield Earned for this account is 0.05%

| Summary of Overdraft and Returned Item Fees | | |
|---|---|---|
| | Total for This Period | Total Year-to-Date |
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

### Deposits, Dividends and Other Credits

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|

**Want your statements earlier?  View them online with e-statements.  Sign up today @ www.ecu.org.**
Case 2:23-cv-00071-TRM-JEM   Document 346-3   Filed 09/24/24   Page 6 of 39   PageID #: 8582
Eastman 000062



**EASTMAN
CREDIT
UNION**

ECU BESIDE YOU

---

---------- Dividend Rate Summary ----------

| Date | Rate |
|---|---|
| 01-01-2021 | 0.050% |

---

## Dealer Direct New Auto ██████

| Trans Date | Eff Date | Description | Transaction Amount | Principal | Interest | Fee | *Balance Subject to Interest Rate |
|---|---|---|---|---|---|---|---|
| ██ | | ████ | | | | | ████ |

### Interest Rate Summary

| Effective Date | Annual Percentage Rate | Days in Period | Daily Periodic Rate |
|---|---|---|---|
| 01-01-2021 | 2.9900% | 31 | - |

---

## VA - 30 Year Fixed Mortgage ██████

| Trans Date | Eff Date | Description | Transaction Amount | Principal | Interest | Fee | *Balance Subject to Interest Rate |
|---|---|---|---|---|---|---|---|
| 01-05 | 01-04 | Eff. 01-04 Account Payoff | -158,036.98 | 157,469.99 | 566.99 | | 0.00 |
| ██ | █████████ | ██████████████ | ████ | | | | ██ |

Escrow Balance: 0.00

### Interest Rate Summary

| Effective Date | Annual Percentage Rate |
|---|---|
| 01-01-2021 | 3.8750% |

---

## 15 Year Adj HELOC ██████

| Trans Date | Eff Date | Description | Transaction Amount | Principal | Interest | Fee | *Balance Subject to Interest Rate |
|---|---|---|---|---|---|---|---|
| 01-01 | | Previous Balance | | | | | 0.00 |
| 01-05 | 01-04 | Eff. 01-04 Account Payoff | 0.00 | | | | 0.00 |

### Interest Rate Summary

| Effective Date | Annual Percentage Rate |
|---|---|
| 01-01-2021 | 4.0000% |

---

Kickstart Adventure with ECU! Aren't you ready hit the road or get on the water? ECU can help with great rates on loans for motorcycles, boats, campers, jet skis and more! You can even postpone your payment for up to 3 months! Visit www.ecu.org to learn more about our RV and Powersports loans.

**Want your statements earlier? View them online with e-statements. Sign up today @ www.ecu.org.**

Case 2:23-cv-00071-TRM-JEM   Document 346-3   Filed 09/24/24   Page 7 of 39   PageID #: 8583

Eastman 000004

**EASTMAN CREDIT UNION**

ECU BESIDE YOU

P.O. Box 1989
Kingsport, TN 37662

p 800.999.2328 | www.ecu.org

| Member Number | Statement Date |
|---|---|
| ███████ | 06-30-2021 |

**Summary at a Glance**

| | |
|---|---|
| Total Deposits | $4,324.20 |
| Total Loans | $82,623.29 |

JUSTIN P JENKINS
████████████

# Summary of Accounts

| Account | Ending Balance | YTD Div | Loans | Ending Balance | YTD Fin. Charge |
|---|---|---|---|---|---|
| Primary Share Account |  |  | Dealer Direct New Auto |  |  |
| Beyond Free Checking Account | | | Used RV CE | | |
| Beyond Free Checking Account | | | New RV CE | | |
| Total | | | Total | | |

**\*\* YTD Dividends listed in the Summary of Accounts are for the accounts listed only. Accounts closed during this statement period are included on this statement and will not appear on future statements.**

AUDIT VERIFICATION: PLEASE EXAMINE YOUR STATEMENT CAREFULLY! ECU'S AUDIT COMMITTEE IS CONDUCTING ITS ANNUAL VERIFICATION OF MEMBER ACCOUNTS. REPORT ANY DISCREPANCIES TO ECU INTERNAL AUDIT DEPARTMENT, P O BOX 1989, KINGSPORT, TN 37662 OR EMAIL US AT ECUAUDIT@ECU.ORG.

## Primary Share Account ████████

| Trans Date | Eff Date | Description | Deposit | Withdrawals | Balance |
|---|---|---|---|---|---|
| 06-01 | | Starting Balance | | | ███ |
| 06-30 | | Descriptive Deposit 112628435 Jenkins | 18,350.00 | | ███ |
| 06-30 | | Descriptive Withdrawal CHeck to James Hall | | -18,350.00 | ███ |
| 06-30 | | Credit Dividend | ███ | | ███ |

The total number of days in this cycle 30
The amount of Dividends earned this cycle is ███
The Annual Percentage Yield Earned for this account is 0.30%

---------- **Dividend Rate Summary** ----------

| Date | Rate |
|---|---|
| 06-01-2021 | 0.300% |

At ECU, we love helping members find the right mortgage loan to fit their budget and lifestyle. Whether you want to build, buy, or upgrade your home, ECU is there for you every step of the way with up to 100% financing, great rates and so much more. Home Loans…it's what we do!

Visit www.ecu.org/mortgage to apply today!

**Want your statements earlier? View them online with e-statements. Sign up today @ www.ecu.org.**
Eastman 000080
Case 2:23-cv-00071-TRM-JEM   Document 346-3   Filed 09/24/24   Page 8 of 39   PageID #: 8584


**Dealer Direct Used Auto: XXXXXXX████(Continued)**

Closing Date of the billing cycle was 10-31-2022; New Balance 15,014.17

| | | Interest Rate Summary | | |
|---|---|---|---|---|
| Effective Date | Annual Percentage Rate | Days in Period | Daily Periodic Rate | |
| 10-01-2022 | 3.540% | 31 | - | |

**Used RV CE: XXXXXXX████**

| Trans Date | Eff Date | Transaction Description | Amount | Principal | Interest Charge | Fee | Balance Subject to Interest Rate** |
|---|---|---|---|---|---|---|---|
| 10-27 | | Starting Balance | | | | | 0.00 |
| 10-27 | | New Loan Disbursement | 14,500.00 | 14,500.00 | 0.00 | 0.00 | 14,500.00 |

Closing Date of the billing cycle was 10-31-2022; New Balance 14,500.00

**FEES**

| | | |
|---|---|---|
| Total Fees Charged for Statement Period | 0.00 | |
| Total Fees Charged Year-to-Date | 0.00 | |

**INTEREST CHARGED**

| | | |
|---|---|---|
| Total Interest Charged for Statement Period | 0.00 | |
| Total Interest Charged Year-to-Date | 0.00 | |

| | | Interest Rate Summary | | |
|---|---|---|---|---|
| Effective Date | Annual Percentage Rate | Days in Period | Daily Periodic Rate | |
| 10-27-2022 | 4.000% | 5 | - | |

**Construction: XXXXXXX78732**

| Trans Date | Eff Date | Transaction Description | Amount | Principal | Interest Charge | Fee | Balance Subject to Interest Rate** |
|---|---|---|---|---|---|---|---|
| 10-01 | | Starting Balance | | | | | |
| 10-03 | | Regular Payment | ████ | ████ | ████ | ██ | ████ |
| 10-11 | | Principal Disbursement | | | | | |

Closing Date of the billing cycle was 10-31-2022; New Balance 171,635.67

| | | Interest Rate Summary | | |
|---|---|---|---|---|
| Effective Date | Annual Percentage Rate | Days in Period | Daily Periodic Rate | |
| 10-01-2022 | 5.000% | 31 | 0.013699% | |

**\*\* INTEREST CHARGE CALCULATION:** *The balance used to compute interest charges is the unpaid balance each day after payments and credits to that balance have been subtracted and any additions to the balance have been made.*

***Want your statement earlier? View them online with e-statements! Sign-up today at www.ecu.org.***

| EASTMAN CREDIT UNION | Member Number | Statement Date |
|---|---|---|
| ECU BESIDE YOU | ▮▮▮▮▮ | 05-31-2021 |



## Beyond Free Checking Account ▮▮▮▮▮

| Trans Date | Eff Date | Description | Deposit | Withdrawals | Balance |
|---|---|---|---|---|---|
| ▮▮ | | ▮▮▮▮ | | ▮▮ | |
| ▮▮ | | ▮▮ | ▮▮ | | |
| ▮▮ | | ▮▮▮▮ | | ▮▮ | |
| 05-07 | | Deposit | 1,000.00 | | ▮▮ |
| ▮▮ | | ▮▮▮ | | | ▮▮ |
| ▮▮ | | ▮▮▮ | | ▮▮ | ▮▮ |
| ▮▮ | | ▮▮ | | ▮▮ | ▮▮ |
| ▮▮ | | ▮▮ | | | |
| ▮▮ | | ▮▮ | | | |
| ▮▮ | | ▮▮ | ▮▮ | | ▮▮ |
| ▮▮ | | Deposit | 2,000.00 | ▮▮ | 3,767.14 |
| 05-27 | | ▮▮ | | ▮▮ | ▮▮ |
| ▮▮ | ▮ | ▮▮ | | ▮▮ | ▮▮ |

### Drafts for Beyond Free Checking Account ▮▮▮▮

| Date | Draft Number | Amount | Date | Draft Number | Amount | Date | Draft Number | Amount |
|---|---|---|---|---|---|---|---|---|
| ▮▮ | ☐ | ▮▮ | ▮▮ | ☐ | ▮▮ | ▮▮ | ☐ | ▮▮ |

* denotes break in sequence

The total number of days in this cycle 31
The amount of Dividends earned this cycle is $0.12
The Annual Percentage Yield Earned for this account is 0.05%

| Summary of Overdraft and Returned Item Fees | | |
|---|---|---|
| | Total for This Period | Total Year-to-Date |
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

### Deposits, Dividends and Other Credits

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | 05-27 | 2,000.00 | ▮▮ | ▮▮ |

**Total Dividends** 1 0.12
**Total Deposits and Other Credits** 5 6,394.21

### Withdrawals, Fees and Other Debits

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ |



**Want your statements earlier?** View them online with e-statements. Sign up today @ www.ecu.org.

EASTMAN
CREDIT
UNION
ECU BESIDE YOU

| Member Number | Statement Date |
|---|---|
| ███████ | 06-30-2021 |

## Beyond Free Checking Account ███████



| Trans Date | Eff Date | Description | Deposit | Withdrawals | Balance |
|---|---|---|---|---|---|
| 06-14 | | Deposit | 2,000.00 | | |

Drafts for Beyond Free Checking Account ███████

| Date | Draft Number | Amount | Date | Draft Number | Amount | Date | Draft Number | Amount |
|---|---|---|---|---|---|---|---|---|
| ███ | ☐ | ███ | ███ | | | | | |

* denotes break in sequence

The total number of days in this cycle 30
The amount of Dividends earned this cycle is $0.07
The Annual Percentage Yield Earned for this account is 0.05%

| Summary of Overdraft and Returned Item Fees | | |
|---|---|---|
| | Total for This Period | Total Year-to-Date |
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

**Deposits, Dividends and Other Credits**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 06-14 | 2,000.00 | ███ | | | | | |

**Total Dividends**
**Total Deposits and Other Credits**

Want your statements earlier?  View them online with e-statements.  Sign up today @ www.ecu.org.

Case 2:23-cv-00071-TRM-JEM   Document 346-3   Filed 09/24/24   Page 11 of 39   PageID #: 8587

Eastman 000081





**EASTMAN CREDIT UNION**
ECU BESIDE YOU

| Member Number | Statement Date |
|---|---|
| ███████ | 07-31-2021 |

## Dealer Direct New Auto ██████████

| Trans Date | Eff Date | Description | Transaction Amount | Principal | Interest | Fee | *Balance Subject to Interest Rate |
|---|---|---|---|---|---|---|---|
| ███ | | ████████ | ███ | | | ███ | ████ |

### Interest Rate Summary

| Effective Date | Annual Percentage Rate | Days in Period | Daily Periodic Rate |
|---|---|---|---|
| 07-01-2021 | 2.9900% | 31 | - |

## Used RV CE ████████

| Trans Date | Eff Date | Description | Transaction Amount | Principal | Interest | Fee | *Balance Subject to Interest Rate |
|---|---|---|---|---|---|---|---|
| ███ | | ████████ | | | | | ████ |

Closing date of the billing cycle was 07-31-2021; New Balance ██████

**Fees**

| | |
|---|---|
| Total Fees Charged for Statement Period | 0.00 |
| Total Fees Charged Year-to-Date | 0.00 |

**Interest Charged**

| | |
|---|---|
| Total Interest Charged this Statement Period | 0.00 |
| Total Interest Charged Year-to-Date | 0.00 |

### Interest Rate Summary

| Effective Date | Annual Percentage Rate | Days in Period | Daily Periodic Rate |
|---|---|---|---|
| 07-01-2021 | 3.8400% | 31 | - |

## New RV CE ██████████

| Trans Date | Eff Date | Description | Transaction Amount | Principal | Interest | Fee | *Balance Subject to Interest Rate |
|---|---|---|---|---|---|---|---|
| 07-02 | | Account Payoff | -22,903.44 | 22,900.00 | 3.44 | | 0.00 |

Closing date of the billing cycle was 07-31-2021; New Balance 0.00

**Fees**

| | |
|---|---|
| Total Fees Charged for Statement Period | 0.00 |
| Total Fees Charged Year-to-Date | 0.00 |

**Interest Charged**

| | |
|---|---|
| Total Interest Charged this Statement Period | 3.44 |
| Total Interest Charged Year-to-Date | 3.44 |

### Interest Rate Summary

| Effective Date | Annual Percentage Rate | Days in Period | Daily Periodic Rate |
|---|---|---|---|
| 07-01-2021 | 2.7400% | 2 | - |

Case 2:23-cv-00071-TRM-JEM   Document 346-3   Filed 09/24/24   Page 12 of 39   PageID #: 8588

# EASTMAN CREDIT UNION
## ECU BESIDE YOU

## Beyond Free Checking Account ███████



| Trans Date | Eff Date | Description | Deposit | Withdrawals | Balance |
|---|---|---|---|---|---|
| ██ | | ███████ | | ████ | ████ |
| ██ | | ███████ | ████ | | ████ |
| ██ | | ██████████ | ████ | | ████ |
| ██ | | ████████ | | ████ | ████ |
| ██ | | ████████ | | ████ | ████ |
| 08-16 | | Deposit | 2,000.00 | | |
| ██ | | ████████ | | | ████ |
| ██ | | ███████ | | | ████ |
| ██ | | ██████████ | ████ | | |
| ██ | | ████ | | | ████ |
| ██ | | ██ | | ████ | |
| ██ | | █████████ | | | ████ |
| ██ | | ██████ | ████ | | ████ |

**Drafts for Beyond Free Checking Account** ████

| Date | Draft Number | Amount | Date | Draft Number | Amount | Date | Draft Number | Amount |
|---|---|---|---|---|---|---|---|---|
| ██ | ☐ | ██ | ██ | ☐ | ██ | ██ | ☐ | ██ |

* denotes break in sequence

The total number of days in this cycle 31
The amount of Dividends earned this cycle is $0.04
The Annual Percentage Yield Earned for this account is 0.06%

| Summary of Overdraft and Returned Item Fees | | |
|---|---|---|
| | Total for This Period | Total Year-to-Date |
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

**Deposits, Dividends and Other Credits**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| ██ | ██ | 08-16 | 2,000.00 | ██ | ██ | ██ | ██ |

**Total Dividends**
**Total Deposits and Other Credits**



**Want your statements earlier? View them online with e-statements. Sign up today @ www.ecu.org.**



**EASTMAN CREDIT UNION**
ECU BESIDE YOU

## Beyond Free Checking Account ██████

| Trans Date | Eff Date | Description | Deposit | Withdrawals | Balance |
|---|---|---|---|---|---|
| 09-10 | | Deposit | 1,000.00 | | |

**Drafts for Beyond Free Checking Account** ██████

| Date | Draft Number | Amount | Date | Draft Number | Amount | Date | Draft Number | Amount |
|---|---|---|---|---|---|---|---|---|

* denotes break in sequence

The total number of days in this cycle 30
The amount of Dividends earned this cycle is $0.07
The Annual Percentage Yield Earned for this account is 0.05%

| Summary of Overdraft and Returned Item Fees | | |
|---|---|---|
| | Total for This Period | Total Year-to-Date |
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

**Deposits, Dividends and Other Credits**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| | | 09-10 | 1,000.00 | | | | |

**Total Dividends**
**Total Deposits and Other Credits**

Case 2:23-cv-00071-TRM-JEM   Document 346-3   Filed 09/24/24   Page 14 of 39   PageID #: 8590



**EASTMAN CREDIT UNION**
ECU BESIDE YOU

| Member Number | Statement Date |
|---|---|
| ███████ | 11-30-2021 |

## Beyond Free Checking Account ██████████



| Trans Date | Eff Date | Description | Deposit | Withdrawals | Balance |
|---|---|---|---|---|---|
| 11-02 | | Deposit | 1,000.00 | | |

### Drafts for Beyond Free Checking Account ██████████

| Date | Draft Number | Amount | Date | Draft Number | Amount | Date | Draft Number | Amount |
|---|---|---|---|---|---|---|---|---|
| | ☐ | | | ☐ | | | ☐ | |
| | ☐ | | | | | | | |

\* denotes break in sequence

The total number of days in this cycle 30
The amount of Dividends earned this cycle is $0.11
The Annual Percentage Yield Earned for this account is 0.05%

| Summary of Overdraft and Returned Item Fees | | |
|---|---|---|
| | Total for This Period | Total Year-to-Date |
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

**Want your statements earlier? View them online with e-statements. Sign up today @ www.ecu.org.**

Eastman 000706

EASTMAN
CREDIT
UNION
ECU BESIDE YOU

| Member Number | Statement Date |
|---|---|
| ███████ | 01-31-2022 |

## Beyond Free Checking Account ███████



| Trans Date | Eff Date | Description | Deposit | Withdrawals | Balance |
|---|---|---|---|---|---|
| 01-24 | | Deposit | 400.00 | | |

### Drafts for Beyond Free Checking Account ███████

| Date | Draft Number | Amount | Date | Draft Number | Amount | Date | Draft Number | Amount |
|---|---|---|---|---|---|---|---|---|

* denotes break in sequence

The total number of days in this cycle 31
The amount of Dividends earned this cycle is $0.13
The Annual Percentage Yield Earned for this account is 0.05%

| Summary of Overdraft and Returned Item Fees | | |
|---|---|---|
| | Total for This Period | Total Year-to-Date |
| Total Overdraft Fees | 0.00 | 0.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

Want your statements earlier? View them online with e-statements. Sign up today @ www.ecu.org.

Case 2:23-cv-00071-TRM-JEM   Document 346-3   Filed 09/24/24   Page 16 of 39   PageID #: 8592

Eastman 000016

EASTMAN
CREDIT
UNION
ECU BESIDE YOU

| Member Number | Statement Date |
|---|---|
| ███████ | 01-31-2022 |

**---------- Dividend Rate Summary ----------**

| Date | Rate |
|---|---|
| 01-01-2022 | 0.050% |

---

## Dealer Direct New Auto ███████

| Trans Date | Eff Date | Description | Transaction Amount | Principal | Interest | Fee | *Balance Subject to Interest Rate |
|---|---|---|---|---|---|---|---|
| 01-01 | | Previous Balance | | | | | 38,374.91 |
| 01-03 | | Regular Payment | -600.00 | 496.26 | 103.74 | | 37,878.65 |
| 01-25 | | Account Payoff | -37,946.91 | 37,878.65 | 68.26 | | 0.00 |

**Interest Rate Summary**

| Effective Date | Annual Percentage Rate | Days in Period | Daily Periodic Rate |
|---|---|---|---|
| 01-01-2022 | 2.9900% | 25 | - |

---

## Used RV CE ███████

| Trans Date | Eff Date | Description | Transaction Amount | Principal | Interest | Fee | *Balance Subject to Interest Rate |
|---|---|---|---|---|---|---|---|
| ███ | | ███████ | ████ | ████ | ███ | | ████ |
| ███ | | ███████ | | | | | ███ |

**Closing date of the billing cycle was 01-31-2022; New Balance 0.00**

**Fees**

| | |
|---|---|
| Total Fees Charged for Statement Period | 0.00 |
| Total Fees Charged Year-to-Date | 0.00 |

**Interest Charged**

| | |
|---|---|
| Total Interest Charged this Statement Period | 98.38 |
| Total Interest Charged Year-to-Date | 98.38 |

**Interest Rate Summary**

| Effective Date | Annual Percentage Rate | Days in Period | Daily Periodic Rate |
|---|---|---|---|
| 01-01-2022 | 3.8400% | 24 | - |

---

## New RV CE ███████

| Trans Date | Eff Date | Description | Transaction Amount | Principal | Interest | Fee | *Balance Subject to Interest Rate |
|---|---|---|---|---|---|---|---|
| 01-01 | | Previous Balance | | | | | 27,030.21 |
| 01-06 | | Regular Payment | -285.00 | 169.03 | 115.97 | | 26,861.18 |
| 01-18 | | Account Payoff | -26,899.59 | 26,861.18 | 38.41 | | 0.00 |

**Closing date of the billing cycle was 01-31-2022; New Balance 0.00**

**Fees**

| | |
|---|---|
| Total Fees Charged for Statement Period | 0.00 |
| Total Fees Charged Year-to-Date | 0.00 |

---

**Want your statements earlier?  View them online with e-statements.  Sign up today @ www.ecu.org.**

Case 2:23-cv-00071-TRM-JEM   Document 346-3   Filed 09/24/24   Page 17 of 39   PageID #: 8593

Eastman 000015



**EASTMAN
CREDIT
UNION®**
ECU BESIDE YOU

**Deposits, Dividends and Other Credits**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 04-22 | 1.00 | | | | | | |

| | | |
|---|---|---|
| **Total Dividends** | **0** | **0.00** |
| **Total Deposits and Other Credits** | **1** | **1.00** |
| **Total Fees** | **0** | **0.00** |
| **Total Withdrawals and Other Debits** | **0** | **0.00** |
| **Total Number of Checks Cleared** | **0** | **0.00** |

---------- **Dividend Rate Summary** ----------

| Date | Rate |
|---|---|
| 04-22-2022 | 0.050% |

## 5/1 ARM First Mortgage ████████

| Trans Date | Eff Date | Description | Transaction Amount | Principal | Interest | Fee | *Balance Subject to Interest Rate |
|---|---|---|---|---|---|---|---|
| ███ | | ██████ | ████ | ████ | ███ | | ███ |
| 04-27 | | Principal Receipt | -33,746.53 | 33,746.53 | | | 55,406.72 |
| 04-28 | | Principal Receipt | -30,834.00 | 30,834.00 | | | 24,572.72 |

Escrow Balance: 0.00

### Interest Rate Summary

| Effective Date | Annual Percentage Rate |
|---|---|
| 04-01-2022 | 4.2500% |

Need to free up space, eliminate unnecessary theft and security risks or get rid of old, outdated, and useless files?  ECU Shred Days are here! For a complete schedule, visit www.ecu.org/shred.

**Want your statements earlier?  View them online with e-statements.  Sign up today @ www.ecu.org.**

Case 2:23-cv-00071-TRM-JEM   Document 346-3   Filed 09/24/24   Page 18 of 39   PageID #: 8594

Eastman 000810



## Beyond Free Checking Account: XXXXXXX▮▮▮▮ (Continued)

| | |
|---|---|
| Total Fees | ▮▮▮▮▮ |
| Total Withdrawals and Other Debits | |
| Total Number of Checks Cleared | |

---------- Dividend Rate Summary ----------

| Date | Rate | Date | Rate |
|---|---|---|---|
| 08-01-2022 | 0.100% | 08-16-2022 | 0.200% |

## Used Autos CE: XXXXXXX▮▮▮▮

| Trans Date | Eff Date | Transaction Description | Amount | Principal | Interest Charge | Fee | Balance Subject to Interest Rate** |
|---|---|---|---|---|---|---|---|
| | | | | | | | 10,826.13 |
| | | | | | | | 10,653.62 |
| 08-31 | | Account Payoff | -10,679.81 | 10,653.62 | 26.19 | 0.00 | 0.00 |

Closing Date of the billing cycle was 08-31-2022; New Balance 0.00

### FEES

| | |
|---|---|
| Total Fees Charged for Statement Period | 0.00 |
| Total Fees Charged Year-to-Date | 0.00 |

### INTEREST CHARGED

| | |
|---|---|
| Total Interest Charged for Statement Period | ▮▮▮▮ |
| Total Interest Charged Year-to-Date | |

### Interest Rate Summary

| Effective Date | Annual Percentage Rate | Days in Period | Daily Periodic Rate |
|---|---|---|---|
| 08-01-2022 | 2.990% | 31 | - |

## Dealer Direct Used Auto: XXXXXXX▮▮▮▮

| Trans Date | Eff Date | Transaction Description | Amount | Principal | Interest Charge | Fee | Balance Subject to Interest Rate** |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Closing Date of the billing cycle was 08-31-2022; New Balance ▮▮▮▮

### Interest Rate Summary

| Effective Date | Annual Percentage Rate | Days in Period | Daily Periodic Rate |
|---|---|---|---|
| 08-24-2022 | 3.540% | 8 | - |

## Construction: XXXXXXX▮▮▮▮

| Trans Date | Eff Date | Transaction Description | Amount | Principal | Interest Charge | Fee | Balance Subject to Interest Rate** |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Closing Date of the billing cycle was 08-31-2022; New Balance ▮▮▮▮

*Want your statement earlier? View them online with e-statements! Sign-up today at www.ecu.org.*


EASTMAN CREDIT UNION
ECU BESIDE YOU

**Primary Share Account: XXXXXX██████ (Continued)**

Did you know that ECU offers several options with up to 100% financing? We may also be able to finance all or a portion of your closing costs! There is even an option to include additional funds for renovations or upgrades. Whatever you need, ECU can customize a mortgage just for you.

Visit ecu.org/mortgage to learn more, or apply today.



**Beyond Free Checking Account: XXXXXXX██████**

| Trans Date | Eff Date | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| 10-27 | | Deposit | 5,500.00 | | |

**Draft Summary**

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|

* next to number indicates skipped numbers
(E) Electronic Check

The total number of days in this cycle 31
The amount of Dividends earned this cycle is $0.29
The Annual Percentage Yield Earned for this account is 0.05%

*Want your statement earlier? View them online with e-statements! Sign-up today at www.ecu.org.*

```
Date: 05-27-2021
Time:12:09:04 PM (ET)
Branch:Johnson City Broyles Driv
Teller#: 84274142
CB#: 217
Seq #: 2989

Member #: ██████████
Justin Patrick Jenkins

Cash Received: $2,000.00

Acct #: ██████████
Beyond Free Checking Account
Deposit
Transaction Amt: $2,000.00

Current Balance: ██████████
Available Balance: ██████████
```

**EASTMAN CREDIT UNION**
ECU BESIDE YOU

ECU Beyond Free
Checking…No hassles.
No fees.  No gimmicks.

Eastman Credit Union
800-999-2328
www.ecu.org

_____
_____
_____

| Memo: | Authentication:     Picture ID Scanned |
|---|---|

Eastman 000191

```
Date: 09-10-2021
Time:03:53:54 PM (ET)
Branch:Johnson City Broyles Driv
Teller#: 84232517
CB#: 218
Seq #: 3057

Member #: ███████
Justin Patrick Jenkins

Cash Received: $1,000.00

Acct #: ████████
Beyond Free Checking Account
Deposit
Transaction Amt: $1,000.00

Current Balance: ███████
Available Balance: ████████
```



**EASTMAN CREDIT UNION**
ECU BESIDE YOU

Invest in your future
with an
ECU student loan!


Eastman Credit Union
800-999-2328
www.ecu.org
_____
_____
_____

Memo:

Authentication:    Picture ID Scanned

```
Date: 12-20-2021
Time:08:39:18 AM (ET)
Branch:Johnson City Broyles Driv
Teller#: 84232517
CB#: 218
Seq #: 3112

Member #: ███████
Justin Patrick Jenkins

Cash Received: $4,000.00
Checks Received: $1,898.23

Acct #: ███████
Beyond Free Checking Account
Deposit
Transaction Amt: $2,898.23

Current Balance: ███████
Available Balance: ███████
```

**EASTMAN CREDIT UNION**
ECU BESIDE YOU

Watch your money grow
with ECU's
great certificate
rates!

Eastman Credit Union
800-999-2328
www.ecu.org

_____
_____
_____

Memo:

Authentication:     Picture ID Scanned

Eastman 000195

```
Date: 05-07-2021
Time:08:05:47 AM (ET)
Branch:Johnson City Broyles Driv
Teller#: 84274142
CB#: 220
Seq #: 2981

Member #: ██████████
Justin Patrick Jenkins

Cash Received: $1,000.00

Acct #: ██████████
Beyond Free Checking Account
Deposit
Transaction Amt: $1,000.00

Current Balance: ██████████
Available Balance: ██████████
```

**EASTMAN CREDIT UNION**
ECU BESIDE YOU

ECU Beyond Free
Checking…No hassles.
No fees.  No gimmicks.

Eastman Credit Union
800-999-2328
www.ecu.org

_____
_____
_____

| Memo: | Authentication:     Picture ID Scanned |
|---|---|

Eastman 000095

```
Date: 08-20-2021
Time:10:03:14 AM (ET)
Branch:Johnson City Broyles Driv
Teller#: 84205061
CB#: 220
Seq #: 3045

Member #: ████████
Justin Patrick Jenkins

Cash Received: $380.00
Checks Received: $130.00

Acct #: ████████
Beyond Free Checking Account
Deposit
Transaction Amt: $500.00

Cash Back: $10.00

Current Balance: ████████
Available Balance: ████████
```

**EASTMAN CREDIT UNION**
ECU BESIDE YOU

Move in with an ECU
mortgage loan…
great rates, quick
response and
friendly service!

Eastman Credit Union
800-999-2328
www.ecu.org

_____
_____
_____

| Memo: | Authentication:     Picture ID Scanned |
|-------|----------------------------------------|

Eastman 000190

```
Date: 01-27-2020
Time: 02:50:43 PM (ET)
Branch: Johnson City Broyles Drive Branch
Teller#: 84257136
CB#: 221
Seq #: 2549

Member #: ████████
Justin Patrick Jenkins

Cash Received: $103.04

Acct #: ████████
Primary Share Account
Deposit
Transaction Amt: $103.04

Current Balance: ████████
Available Balance: ████████
```

**EASTMAN CREDIT UNION**
ECU BESIDE YOU

Invest in your future
with an
ECU student loan!

Eastman Credit Union
800-999-2328
www.ecu.org

_____
_____
_____

| Memo: | Authentication:   Picture ID Scanned |
|-------|----------------------------------------|

Eastman 002001

```
Date: 07-13-2020
Time:10:32:28 AM (ET)
Branch:Johnson City State of Franklin Branch
Teller#: 84260554
CB#: 874
Seq #: 2852

Member #: ███████
Justin Patrick Jenkins

Cash Received: $885.00

Acct #: ███████
Beyond Free Checking Account
Deposit
Transaction Amt: $885.00

Current Balance: ███████
Available Balance: ███████
```

**EASTMAN CREDIT UNION**
ECU BESIDE YOU

```
ECU Beyond Free
Checking…No hassles.
No fees.  No gimmicks.

Eastman Credit Union
800-999-2328
www.ecu.org

_____
_____
_____
```

| Memo: | Authentication:    Picture ID Scanned |
|-------|---------------------------------------|

Eastman 000207

```
Date: 06-28-2021
Time:09:16:50 AM (ET)
Branch:Boones Creek Branch
Teller#: 84294960
CB#: 1224
Seq #: 3008

Member #: ▮▮▮▮▮▮▮
Justin Patrick Jenkins

Cash Received: $620.00
Checks Received: $402.23

Acct #: ▮▮▮▮▮▮
Beyond Free Checking Account
Deposit
Transaction Amt: $1,022.23

Current Balance: ▮▮▮▮▮▮
Available Balance: ▮▮▮▮▮▮
```

**EASTMAN CREDIT UNION**
ECU BESIDE YOU

Get moving with ECU's
great rates on
new and used auto
loans.  Plus, you can
postpone your payment
for three months!


Eastman Credit Union
800-999-2328
www.ecu.org

_____
_____
_____

| Memo: | Authentication:    Picture ID Scanned |
|---|---|

```
Date: 11-18-2021
Time:01:06:58 PM (ET)
Branch:Boones Creek Branch
Teller#: 84294960
CB#: 1224
Seq #: 2681

Member #: ███████
Justin Patrick Jenkins

Cash Received: $2,000.00

Acct #: ████████
Beyond Free Checking Account
Deposit
Transaction Amt: $520.00

Current Balance: ████████
Available Balance: ████████
```

**EASTMAN CREDIT UNION**
ECU BESIDE YOU

Get moving with ECU's
great rates on
new and used auto
loans.  Plus, you can
postpone your payment
for three months!

Eastman Credit Union
800-999-2328
www.ecu.org

_____
_____
_____

Memo:

Authentication:     Picture ID Scanned

```
Date: 09-14-2020
Time:08:54:03 AM (ET)
Branch:Boones Creek Branch
Teller#: 84417028
CB#: 1225
Seq #: 2883

Member #: ████████
Justin Patrick Jenkins

Cash Received: $5,000.00

Acct #: ████████
Beyond Free Checking Account
Deposit
Transaction Amt: $5,000.00

Current Balance: ████████
Available Balance: ████████
```

**EASTMAN CREDIT UNION**
ECU BESIDE YOU

Watch your money grow
with ECU's
great certificate
rates!

Eastman Credit Union
800-999-2328
www.ecu.org

_____
_____
_____

| Memo: | Authentication: | Picture ID Scanned |
|---|---|---|

Eastman 000217

```
Date: 11-02-2021
Time:09:01:25 AM (ET)
Branch:Gray Branch
Teller#: 84236467
CB#: 1697
Seq #: 3089

Member #: ██████████
Justin Patrick Jenkins

Cash Received: $1,000.00

Acct #: ████████
Beyond Free Checking Account
Deposit
Transaction Amt: $1,000.00

Current Balance: ██████████
Available Balance: ██████████
```

**EASTMAN CREDIT UNION**
ECU BESIDE YOU

```
Get moving with ECU's
great rates on
new and used auto
loans.  Plus, you can
postpone your payment
for three months!




Eastman Credit Union
800-999-2328
www.ecu.org
_____
_____
_____
```

Memo:

Authentication:      Picture ID Scanned

Eastman 000227

```
Date: 06-14-2021
Time:08:07:14 AM (ET)
Branch:Gray Branch
Teller#: 84137584
CB#: 1698
Seq #: 3002

Member #: ████████
Justin Patrick Jenkins

Cash Received: $2,000.00

Acct #: ████████
Beyond Free Checking Account
Deposit
Transaction Amt: $2,000.00

Current Balance: ████████
Available Balance: ████████
```

**EASTMAN CREDIT UNION**
ECU BESIDE YOU

Get moving with ECU's
great rates on
new and used auto
loans.  Plus, you can
postpone your payment
for three months!

Eastman Credit Union
800-999-2328
www.ecu.org

_____
_____
_____

| Memo: | Authentication: |
|---|---|
| | Picture ID Scanned |

Eastman 000225

```
Date: 08-16-2021
Time:11:20:21 AM (ET)
Branch:Gray Branch
Teller#: 84137584
CB#: 1698
Seq #: 3039

Member #: ███████
Justin Patrick Jenkins

Cash Received: $2,000.00

Acct #: ███████
Beyond Free Checking Account
Deposit
Transaction Amt: $2,000.00

Current Balance: ███████
Available Balance: ████████
```



EASTMAN CREDIT UNION
ECU BESIDE YOU

Move in with an ECU
mortgage loan…
great rates, quick
response and
friendly service!

Eastman Credit Union
800-999-2328
www.ecu.org

_____
_____
_____

Memo:

Authentication:      Picture ID Scanned

```
Date: 10-27-2022
Time:09:35:01 AM (ET)
Branch:Johnson City State of Fra
Teller#: 84209664
CB#: 415
Seq #: 3249

Member #: █████████
Justin Patrick Jenkins

Cash Received: $5,500.00

Acct #: █████████
Beyond Free Checking Account
Deposit
Transaction Amt: $5,500.00

Current Balance: █████████
Available Balance: █████████
```

EASTMAN CREDIT UNION
ECU BESIDE YOU

Watch your money grow
with ECU's
great certificate
rates!

Eastman Credit Union
800-999-2328
www.ecu.org

_____
_____
_____

Memo:

Authentication:    Picture ID Scanned

```
Date: 05-31-2022
Time:12:06:48 PM (ET)
Branch:Johnson City State of Fra
Teller#: 84348859
CB#: 422
Seq #: 2607

Member #: ███████
Justin Patrick Jenkins

Cash Received: $140.00
Checks Received: $4,344.81

Acct #: ███████
Primary Share Account
Deposit
Transaction Amt: $4,484.81

Current Balance: ███████
Available Balance: ███████
```

**EASTMAN CREDIT UNION**
ECU BESIDE YOU

Watch your money grow
with ECU's
great certificate
rates!

Eastman Credit Union
800-999-2328
www.ecu.org
_____
_____
____

Memo:

Authentication:     Picture ID Scanned

Eastman 000242

```
Date: 01-24-2022
Time:10:14:58 AM (ET)
Branch:Boones Creek Branch
Teller#: 84546599
CB#: 1223
Seq #: 3137

Member #: ████████
Justin Patrick Jenkins

Cash Received: $400.00

Acct #: ████████
Beyond Free Checking Account
Deposit
Transaction Amt: $400.00

Current Balance: ████████
Available Balance: ████████
```

**EASTMAN CREDIT UNION**
ECU BESIDE YOU

Move in with an ECU
mortgage loan…
great rates, quick
response and
friendly service!

Eastman Credit Union
800-999-2328
www.ecu.org

_____
_____
_____

| Memo: | Authentication: | Picture ID Scanned |

Eastman 000246



**DEPOSIT**

Cashbox Number 1229      Transaction Number 3140

Account Number ▆▆▆▆

Transaction Amount 25.16      tMagic Id# 49960312237535

Date/Time 31 -Jan- 2022 10:25

**Eastman Credit Union 264279350**
**1/31/2022**
**10:25:45**
**TMID 49960312237535**
**Boones Creek**

1/31/2022 ItmNbr 6000162075 Dep Amt $25.16-      Back of 1/31/2022 ItmNbr 6000162075 Dep Amt $25.16-





1/31/2022 ItmNbr 6000162080 Chk #39684 Amt $25.16      Back of 1/31/2022 ItmNbr 6000162080 Chk #39684 Amt $25.16

**ACCOUNT PAYOFF**

Cashbox Number  2352

Transaction Number  2524

Account Number  ████████

Transaction Amount  34,308.89

tMagic Id#  43552692053792

Date/Time  25 -Sep- 2020 02:56

**Eastman Credit Union 264279350**
**9/25/2020**
**14:56:42**
**TMID 43552692053792**
**Consumer Lending**

9/25/2020 ItmNbr 6000020025 Dep  Amt $34,308.89-    Back of 9/25/2020 ItmNbr 6000020025 Dep  Amt $34,308.89-

**DEPOSIT**

Cashbox Number  2352

Transaction Number  2567

Account Number  ████████

Transaction Amount  63.11

tMagic Id#  43552692053792

Date/Time  25 -Sep- 2020 02:56

**Eastman Credit Union 264279350**
**9/25/2020**
**14:56:42**
**TMID 43552692053792**
**Consumer Lending**

9/25/2020 ItmNbr 6000020030 Dep  Amt $63.11-    Back of 9/25/2020 ItmNbr 6000020030 Dep  Amt $63.11-







9/25/2020 ItmNbr 6000020035 Chk #28990  Amt $34,372.00    Back of 9/25/2020 ItmNbr 6000020035 Chk #28990  Amt $34,372.00



**BATCH HEADER** 06299

06299

1/25/2022 ItmNbr 6000280005 Chk Amt $981,284.67 | Back of 1/25/2022 ItmNbr 6000280005 Chk Amt $981,284.67

**ACCOUNT PAYOFF**

Cashbox Number 2863   Transaction Number 2548

Account Number

Transaction Amount 37,946.91   tMagic Id# 47820252244449

Date/Time 25 -Jan- 2022 12:21

Eastman Credit Union 264279350
1/25/2022
12:21:01
TMID 47820252244449
Abingdon Meadows Branch

1/25/2022 ItmNbr 6000280010 Dep Amt $37,946.91- | Back of 1/25/2022 ItmNbr 6000280010 Dep Amt $37,946.91-

**DEPOSIT**

Cashbox Number 2863   Transaction Number 2599

Account Number

Transaction Amount 27.93   tMagic Id# 47820252244449

Date/Time 25 -Jan- 2022 12:21

Eastman Credit Union 264279350
1/25/2022
12:21:01
TMID 47820252244449
Abingdon Meadows Branch

1/25/2022 ItmNbr 6000280015 Dep Amt $27.93- | Back of 1/25/2022 ItmNbr 6000280015 Dep Amt $27.93-

**OFFICIAL CHECK**
ISSUING BRANCH 2741459-DAMASCUS
DATE January 25, 2022

PAY TO THE
ORDER OF   EASTMAN CREDIT UNION   $37,974.84

Thirty-Seven Thousand Nine Hundred Seventy-Four and 84/100ths Dollars

TRUIST HH   **$37,974.84**

AUTHORIZED SIGNATURE

MEMO:PURCHASER 111290013 JUSTIN JENKINS TUNDRA

Eastman Credit Union 264279350
1/26/2022
12:20:52
TMID 47820252244449
Abingdon Meadows Branch

1/25/2022 ItmNbr 6000280020 Chk #1004138718 Amt $37,974.84 | Back of 1/25/2022 ItmNbr 6000280020 Chk #1004138718 Amt $37,974.84