

☐ Covered Borrower Under Military Lending Act

# Loan and Security Agreements and Disclosure Statement

| LOAN DATE | ACCOUNT NUMBER | LOAN NUMBER | GROUP POLICY NUMBER | MATURITY DATE |
|---|---|---|---|---|
| 06/02/2022 | ███████ | 9328 | ███████ | 06/01/2027 |
| LOAN TYPE | LOAN PURPOSE | | | |
| Used Auto CE | Purchase | | | |

| BORROWER 1 (Name & Address) | BORROWER 2 (Name & Address) |
|---|---|
| Justin Patrick Jenkins<br>███████<br>███████ | |

## TRUTH IN LENDING DISCLOSURE ('e' means an estimate)

| ANNUAL PERCENTAGE RATE<br>The cost of Your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost You. | Amount Financed<br>The amount of credit provided to You or on Your behalf. | Total of Payments<br>The amount You will have paid after You have made all payments as scheduled. | Total Sale Price<br>The total cost of Your purchase on credit is $ _____ which includes Your downpayment of $ _____ . |
|---|---|---|---|---|
| 2.991 % | $ 855.79 | $ 11,000.00  e | $ 11,855.79  e | |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | | When Payments Are Due | |
|---|---|---|---|---|
| 59 | $ 197.60 | Monthly | Beginning | 07/01/2022 |
| 1 | $ 197.39 | e | | 06/01/2027 |

**Prepayment:** If You pay off early You will not have to pay a penalty.
**Required Deposit:** The Annual Percentage Rate does not take into account Your required deposit, if any.
**Demand:** ☐ This obligation has a demand feature.
☐ All disclosures are based on an assumed maturity of one year.

**Property Insurance:** You may obtain property insurance from anyone You want that is acceptable to the Credit Union.

| Filing Fees | Non-Filing Insurance |
|---|---|
| $ 0.00 | $ |

**Late Charge:** A late charge of the lesser of 5.00% or the maximum allowed by law will be assessed against all past due amounts if Your payment is not received within fifteen (15) days of the due date.

**Security:** Collateral securing other loans with the Credit Union may also secure this Loan. You are giving a security interest in Your shares and dividends and, if any, Your deposits and interest in the Credit Union; and the Property described below:

| Collateral | Property/Model/Make | Year | I.D. Number | Type | Value | Key Number |
|---|---|---|---|---|---|---|
| Auto | Toyota Tundra | 2006 | ███████ | | $13,150.00 | |

Other (Describe)
Pledge of Shares _____ in Account No. _____ _____ in Account No. _____

See Your contract documents for any additional information about nonpayment, default, and any required repayment in full before the scheduled date.

## ITEMIZATION OF THE AMOUNT FINANCED ('e' means an estimate)

| Itemization of Amount Financed of<br>$ 11,000.00  e | Amount Given to You Directly<br>$ N/A | Amount Paid on Your Account<br>$ N/A  e | Prepaid Finance Charge<br>$ 0.00 |
|---|---|---|---|

**Amounts Paid to Others on Your Behalf:** (If an amount is marked with an asterisk (*) We will be retaining a portion of the amount.)

| | | | | |
|---|---|---|---|---|
| $ 11,000.00 | To AUTONATION | | $ | To |
| $ | To | | $ | To |
| $ | To | | $ | To |
| $ | To | | $ | To |
| $ | To | | $ | To |
| $ | To | | $ | To |
| $ | To | | $ | To |
| $ | To | | $ | To |
| $ | To | | $ | To |
| $ | To | | $ | To |
| $ | To | | *$ | To |
| $ | To | | *$ | To |

LOANLINER®
© CUNA Mutual Group 1980, 1990, 2012, 05, 06, 09, 10, 13
All Rights Reserved

04107640-NZF02-C-1-062221 (NZF021-E)