UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JANE DOE, *et. al.*, | ) |
|     *Plaintiffs*, | ) Case No. 2:23-cv-71 |
| v. | ) Judge Travis R. McDonough |
| JOHNSON CITY, TENNESSEE, *et al.*, | ) Magistrate Judge Jill E. McCook |
|     *Defendant*. | ) |

**ORDER**

Before the Court is the parties' joint motion to amend the briefing schedule for Plaintiffs' motion for class certification. (Doc. 369.) The parties also request permission to file additional pages in their briefs. (*Id.*) For good cause shown, the parties' motion (Doc. 369) is **GRANTED**. The Court hereby **ORDERS** that:

1. The Plaintiffs' motion for class certification shall be filed on or before **October 15, 2024**.

2. Defendants' response in opposition to the motion for class certification shall be filed on or before **November 22, 2024**.

3. Plaintiffs' reply in support of the motion for class certification shall be filed on or before **December 6, 2024**.

4. Plaintiffs are authorized to file their opening brief in support of their motion for class certification in excess of the page limit prescribed by Local Rule 7.1(b) up to and including 30 pages, excluding the table of contents, the table of authorities, exhibits, declarations, the proof of service, or signature pages.

5. Defendants are authorized to file their response brief in opposition to the motion for class certification in excess of the page limit prescribed by Local Rule 7.1(b) up to and including 30 pages, excluding the table of contents, the table of authorities, exhibits, declarations, the proof of service, or signature pages.

**SO ORDERED.**

                                                                                 /s/ *Travis R. McDonough*
                                                                                 **TRAVIS R. MCDONOUGH**
                                                                                 **UNITED STATES DISTRICT JUDGE**