1　　　　　　　　　I believe I'm -- on how pregnant
2　she was, I'm thinking 28 weeks.  The baby died as a
3　result of that assault.  So we were fairly busy with
4　that.
5　　　　Q.　　　Were you the lead investigator on
6　that case?
7　　　　A.　　　I was not.
8　　　　Q.　　　Who was the lead investigator on
9　that case?
10　　　　A.　　　Investigator Stout.
11　　　　Q.　　　Okay.  What was your role?
12　　　　A.　　　Being at the Forensics Academy, I
13　did a lot of the crime scene, things like that, and
14　really just whatever else he needed to assist him.
15　That could be running down witnesses, interviewing
16　people.  I don't remember specifics of what I did,
17　but --
18　　　　Q.　　　How many investigators in CID were
19　working on that investigation?
20　　　　A.　　　I'd probably be estimating.  I
21　don't -- I don't know.  The whole squad.  Probably
22　both squads.
23　　　　Q.　　　And who -- you said that you had
24　been to the Forensics Academy.
25　　　　　　　　　Can you describe what that training

1  is?

2       A.      It's 10 weeks long.  You cover

3  basically every aspect of crime scene investigation,

4  from photography, to fingerprinting, to bloodstain

5  pattern analysis, to evidence collection, evidence

6  storage, post-blast explosive reconstruction.  I'm

7  sure I'm leaving something out, but that's a

8  general --

9       Q.      **How many people in JCPD receive**

10 **that kind of training?**

11      A.      I'm guessing maybe five or six have

12 been.

13      Q.      **So only five or six in the**

14 **department?**

15      A.      Yes.

16      Q.      **When did you receive that training?**

17      A.      Probably about my second year of

18 CID.  So it would have been 2006-ish.  Somewhere in

19 there.

20      Q.      **Remind me when you started in CID**

21 **again.**

22      A.      2004.

23      Q.      **And how long is the training?**

24      A.      10 weeks.

25      Q.      **10 weeks.  You might have said**

```
 1   that.
 2          A.      Yeah.
 3          Q.      As part of that training, do you
 4   have training on how to manage evidence that's been
 5   collected --
 6          A.      Yes.
 7          Q.      -- from a search warrant?
 8          A.      Yes.
 9          Q.      Can you tell me what the process is
10   for inventorying items that have been collected as
11   part of a search warrant?
12          A.      Generally on a search warrant,
13   you'll have somebody who is their -- their main job
14   is taking notes.
15                  As we talked about before, you'll
16   have somebody in a specific room.  When they find
17   something, before they manipulate it, they'll call
18   the photographer there to picture it, number it as
19   evidence, put an evidence marker with it, picture it
20   again.
21                  Whoever is taking the notes will
22   write down what room it was in, what it is, who
23   found it, where it was found, things like that.
24          Q.      And they'll put an initial or
25   something so you know who that officer is on the
```

```
 1   form.
 2                       I'm sorry.  Let me ask that a
 3   better way.
 4                       The officer who is making those
 5   notes, how will those be documented?
 6        A.        They will handwrite that on a -- on
 7   a pad just like that on the scene.  Then that will
 8   be transferred over to the evidence lab we talked
 9   about.
10        Q.        Okay.
11        A.        And made it into an official
12   document there.
13        Q.        And do you remember like what the
14   title of that document is that JCPD uses?  Is it an
15   evidence log?
16        A.        Evidence log.
17        Q.        Evidence log.  Okay.
18                       Is it important to inventory every
19   item seized?
20        A.        Yes.
21        Q.        Why is that?
22        A.        Just for accuracy of the record.
23   You also don't want to have things you seize that
24   aren't listed on the return for the search warrant
25   and things like that.
```

```
 1          Q.     What about cash that's seized?  Is
 2   it important to inventory that?
 3          A.     Yes.
 4          Q.     And what is the process for
 5   inventorying cash?
 6          A.     The ones I've been involved in
 7   before, we would lay all the cash out, count it,
 8   photograph it as it's laid out showing all the
 9   bills.  You would have -- you would package it back
10   up, have somebody else do the same, at least twice,
11   probably.  If it's a lot, you know, you're probably
12   going to have three people do the same and make sure
13   everybody's totals match.
14          Q.     And is that documented somewhere?
15          A.     When it's photographed, it will be
16   done then, and it's also listed on the evidence log
17   and the property receipt.  When it's put down in
18   evidence, it will say how much ever cash was taken.
19   It will have the amount listed on the property
20   receipt.
21          Q.     And will it have the initials of
22   each of the officers that counted it?
23          A.     Probably not initials, but we would
24   list actually the full name on there.
25          Q.     And why is that important?
```

```
 1        A.      Accuracy of the count, to be sure
 2   that everybody is in agreement.  So if we seize this
 3   much money, everybody agrees this is much -- how
 4   much money we seized.  This is how much money was
 5   put in evidence.
 6        Q.      So turning back to -- sorry.  I
 7   went down some of the training issues.
 8                So coming back to November of
 9   2019 --
10        A.      I don't have anything.
11        Q.      I know.  And I'm just going to ask
12   you -- still just asking you just in general.
13                Did you ever interview -- oh, so
14   sorry.  You said -- you stated -- we got to you were
15   busy when the initial file came to you.
16                What did you do next, once you
17   actually -- once you turned to the file?
18        A.      Attempted to call the victim in the
19   case.  Her phone number was not a good number.  It
20   was unable to leave a message on it or anything.
21   Same day called the witness, and we kind of went
22   back and forth a few times.  There was no answer.  I
23   left a message.  She eventually called me back so I
24   could speak with her, and she said the victim had a
25   different phone number now.
```