

Vanessa Baehr-Jones <vanessa@advocatesforsurvivors.com>

## B.P. et al v. City of Johnson City - Confidentiality Designations

**Mary E. McCullohs** <Mary.McCullohs@ag.tn.gov>                                   Tue, Oct 8, 2024 at 12:34 PM
To: Elizabeth Kramer <elizabeth@eko.law>
Cc: Vanessa Baehr-Jones <vanessa@advocatesforsurvivors.com>, Heather Collins <heather@hmccivilrights.com>, Julie Erickson <julie@eko.law>, Emily Taylor <etaylor@watsonroach.com>

Ms. Kramer,

The First Judicial District Attorney's Office continues to assert an investigatory privilege related to the ongoing and active investigations of Sean Williams.

**Mary Elizabeth McCullohs**

Senior Assistant Attorney General

Law Enforcement and Special Prosecutions Division

p. 615.741.8126

---

**From:** Elizabeth Kramer <elizabeth@eko.law>
**Sent:** Tuesday, October 8, 2024 12:35 PM
**To:** Mary E. McCullohs <Mary.McCullohs@ag.tn.gov>
**Cc:** Vanessa Baehr-Jones <vanessa@advocatesforsurvivors.com>; Heather Collins <heather@hmccivilrights.com>; Julie Erickson <julie@eko.law>; Emily Taylor <etaylor@watsonroach.com>
**Subject:** Re: B.P. et al v. City of Johnson City - Confidentiality Designations

Ms. McCullohs,

I am following up on my October 2 email to you. Please advise by COB tomorrow if the DA's Office is maintaining its instruction to the City regarding Sean Williams' victims' case files.

As explained below, we do not think the Protective Order allows the City to maintain the confidentiality designation of these documents (when redacted) based on that instruction, and particularly given the Court's recent order directly on point (attached again for your convenience).

If we do not hear back, we will assume that the DA's instruction on this issue is no longer in effect.

Respectfully,

Elizabeth

Case 2:23-cv-00071-TRM-JEM   Document 377-2   Filed 10/09/24   Page 1 of 3   PageID #: 9090

Elizabeth A. Kramer

**ERICKSON KRAMER OSBORNE**

San Francisco, California

Direct: (510) 919-2347

www.eko.law



Do not send privileged information from a device where there is a risk that a third party may gain access. If you are not the intended recipient of this email, please delete it and notify the sender.

---

**From:** Elizabeth Kramer <elizabeth@eko.law>
**Date:** Wednesday, October 2, 2024 at 5:31 PM
**To:** Mary.McCullohs@ag.tn.gov <Mary.McCullohs@ag.tn.gov>
**Cc:** Vanessa Baehr-Jones <vanessa@advocatesforsurvivors.com>, Heather Collins <heather@hmccivilrights.com>, Julie Erickson <julie@eko.law>, Emily Taylor <etaylor@watsonroach.com>
**Subject:** B.P. et al v. City of Johnson City - Confidentiality Designations

Ms. McCullohs,

I represent the Plaintiffs in the civil rights class action against Johnson City. I am copying defense counsel for the City Emily Taylor on this email.

As you may know, the City has designated Sean Williams' victims' case files "Confidential" under the Protective Order in our lawsuit based on an instruction from the District Attorney's office. The City is asserting this designation even if the victim PII and sensitive details about their assaults are redacted from the documents prior to any public filing.

We litigated this issue with respect to Mikayla Evans' case files, and the Court ruled yesterday that the documents at issue be unsealed. See attached.

We believe that documents produced by the City from Sean Williams' victims' case files can be filed publicly with appropriate redactions. As Plaintiffs' counsel, we would be filing this material only as needed to advocate for the rights of sexual assault survivors, and with careful protection of their privacy and dignity.

We do not think the Protective Order allows the City to maintain the confidentiality designation of these documents (when redacted) based on an instruction from the DA's Office.

Please advise if your office is continuing to instruct the City not to de-designate.

Thank you and regards,

Elizabeth

Elizabeth A. Kramer

**ERICKSON KRAMER OSBORNE**

San Francisco, California

Direct: (510) 919-2347

www.eko.law



Do not send privileged information from a device where there is a risk that a third party may gain access. If you are not the intended recipient of this email, please delete it and notify the sender.

Case 2:23-cv-00071-TRM-JEM    Document 377-2    Filed 10/09/24    Page 3 of 3    PageID #: 9092