UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| B.P., H.A., and S.H., individually, and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>City of Johnson City, Tennessee, et al.,<br><br>Defendants. | No. 2:23-cv-00071-TRM-JEM |

## DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' MOTION TO DEPOSE SEAN WILLIAMS AND TO HAVE DEPOSITION TIME SPLIT EQUALLY BETWEEN THE PARTIES

___

The Defendants, the City of Johnson City, Turner, Legault and Sparks ("Defendants"), jointly respond to Plaintiffs' Motion to Depose Sean Williams, who is currently in the custody of federal law enforcement.

On October 4, 2024, Plaintiffs filed their motion to depose Sean Williams ("Williams"), and in support of their motion, Plaintiffs' counsel, Vaness Baehr Jones, filed a declaration indicating that she had met and conferred with counsel for Defendants regarding this deposition previously in April of 2024. (D.E. No. 370 and 371). When the issue was first addressed last spring, Defendants suggested that the deposition for Williams should wait until after the completion of his criminal proceeding, which at that time was set for August 2024. Plaintiffs never filed the motion to depose, and there was never any further discussion regarding the motion.

Plaintiffs' counsel never again reached out to defense counsel before filing their

1

October 4th motion to depose Williams. If Plaintiffs' counsel had contacted defense counsel before filing this motion, defense counsel would have agreed to the motion to depose Williams, as his criminal trial has now been continued and discovery deadlines are approaching in the civil litigation[1].

Thus, Defendants do not oppose Plaintiffs' Motion to Depose Sean Williams. However, Defendants do request that each side be provided an equal amount of time to depose Williams if this motion is granted.

Respectfully submitted,

/s/ Kristin E. Berexa
Kristin Ellis Berexa, BPR# 14833
Benjamin C. Allen, BPR #35923
**Farrar| Bates| Berexa**
12 Cadillac Drive, Suite 480
Brentwood, Tennessee 37027
(615) 254-3060
kberexa@fbb.law
ballen@fbb.law
*Counsel for Toma Sparks*

/s/ K. Erickson Herrin
K. Erickson Herrin
**HERRIN, McPEAK & ASSOCIATES**
515 East Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
Email: lisa@hbm-lawfirm.com

---

[1] Although Defendants do not oppose Plaintiffs' Motion to Depose Sean Williams, Defendants certainly deny the factual allegations set forth in the motion regarding any alleged corruption on the part of these Defendants.

/s/ Emily C. Taylor
Emily C. Taylor
**WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.**
P.O. Box 131
Knoxville, TN 37901-0131
etaylor@watsonroach.com
rspaulding@watsonroach.com
*Attorneys to Defendants, Johnson City, Tennessee, Karl Turner, in his individual and official capacities, Captain Kevin Peters, in his official capacity, and Investigator Toma Sparks, in his official capacity*


/s/ Keith H. Grant
Keith H. Grant
Laura B. Rufolo
**ROBINSON, SMITH & WELLS, PLLC**
633 Chestnut Street, Suite 700
Chattanooga, TN 37450
kgrant@rswlaw.com
lrufolo@rswlaw.com
*Counsel for Justin Jenkins in his individual capacity*


/s/ Jonathan P. Lakey
Jonathan P. Lakey
**BURCH, PORTER, & JOHNSON, PLLC**
130 N. Court Ave.
Memphis, TN 38103
P: (901) 524-5000
jlakey@bpjlaw.com
*Attorney for the City of Johnson City, Tennessee*

3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 10th day of October 2024, a true and correct copy of the foregoing has been forwarded via the Court's electronic notification system to:

Heather Moore Collins
Ashley Walter
HMC Civil Rights Law, PLLC
7000 Executive Center Dr.
Suite 320
Brentwood, TN 37027
615-724-1996
Email: heather@hmccivilrights.com
ashley@hmccivilrights.com
*Attorneys for Plaintiffs*

Vanessa Baehr-Jones
Advocates for Survivors of Abuse
4200 Park Blvd., No. 413
Oakland, CA 94602
Email:
vanessa@advocatesforsurvivors.com
*Pro Hac Vice Attorney for Plaintiffs*

Kevin Osborne
Elizabeth Kramer
Erickson Kramer Osborne LLP
44 Tehama St.
San Francisco, CA 94105
Email: kevin@eko.law
Email: elizabeth@eko.law
*Pro Hac Vice Attorneys for Plaintiffs*

Thomas J. Garland, Jr.
Milligan & Coleman, PLLP
230 W Depot St.
Greeneville, TN 37743
Email: tgarland@milligancoleman.com
*Attorney for the City of Johnson City, Tennessee, and Karl Turner, in his individual capacity*

Emily C. Taylor
Watson Roach Batson & Lauderback
P.O. Box 131
Knoxville, TN 37901-0131
(865) 637-1700
Email: etaylor@watsonroach.com
*Attorney for the City of Johnson City, Tennessee, and Karl Turner, in his Individual Capacity*

K. Erickson Herrin
Herrin McPeak & Associates
515 E. Unaka Avenue
P.O. Box 629
Johnson City, TN 37605-0629
(423) 929-7113
Email: lisa@hbm-lawfirm.com
*Attorney for the City of Johnson City, Tennessee, Karl Turner, in his individual and official capacities, Toma Sparks, in his official capacity, and Kevin Peters, in his official capacity*

Daniel H. Rader IV
André S. Greppin
Moore, Rader, Fitzpatrick and York, P.C.
46 N. Jefferson Avenue
Cookeville, TN 38501
(931) 526-3311
Email: danny@moorerader.com
Email: andre@moorerader.com
*Attorney for Kevin Peters*

Jonathan P. Lakey
Burch, Porter, & Johnson, PLLC
130 N. Court Ave.
Memphis, TN 38103
P: (901) 524-5000
E: jlakey@bpjlaw.com
*Attorney for the City of Johnson City, Tennessee*

Keith H. Gant
Laura Beth Rufolo
Philip Aaron Wells
Robinson, Smith & Wells, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
E: lrufolo@rswlaw.com
kgant@rswlaw.com
(423) 756-5051
*Attorneys for Justin Jenkin*

                                         */s/ Kristin E. Berexa*
                                            Kristin Ellis Berexa