




SPARKS000039