```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF TENNESSEE
                   GREENEVILLE DIVISION


B.P., H.A., and S.H.,           )
individually, and on behalf of  )
all others similarly            )
situated,                       )
                                )
              Plaintiffs,       )
                                )
                                )
v.                              )    No. 2:23-CV-00071
                                )            TRM-JEM
City of Johnson City,           )
Tennessee, et al,               )
                                )
              Defendants.       )


           * * * * * * * * * * * * * * * *


           VIDEO DEPOSITION OF MATTHEW GRYDER

                    August 7, 2024



      CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER


===========================================================
           JEFF RUSK COURT REPORTING & VIDEO

            Jeffrey D. Rusk, RPR, LCR, CLVS
               805 Eleanor Street, N.E.
              Knoxville, Tennessee  37917
                    (865) 246-7656
                   Jeff@JeffRusk.com
```

```
 1   it gets reviewed by the records manager.
 2         Q.      And what is the records manager
 3   looking for?
 4         A.      To see if it meets the Tennessee
 5   Incident Based Reporting System guidelines.
 6         Q.      Okay.  So you reviewed the B.P.
 7   case to close it, correct?
 8         A.      Yes.
 9         Q.      Did you close B.P.'s case by
10   exceptional means?
11         A.      I think that was the one that was
12   closed as unfounded.
13                 Is that correct?
14         Q.      What does unfounded mean?
15         A.      It means that there was no evidence
16   that a crime actually occurred.
17         Q.      But at that time, you were still
18   waiting for the results from the rape kit, correct?
19         A.      Yes.
20         Q.      And ultimately the results from the
21   rape kit came back with male DNA on it, correct?
22         A.      Yes.
23         Q.      And then there was a search warrant
24   done for Sean Williams' DNA, correct?
25         A.      I think so, yes.
```