| Audit_Trail_Link_ | Source_Table_ID_ | Source_Table_Link_ | AuditLocation_ | DateStamp_ | UserID_ | UserFirstName_ |
|---|---|---|---|---|---|---|
| -2083898670 | 40 | 696048 | JC-FQCF9N2 | 11/8/2019 | BRICHARDSON | B |
| -2083898669 | 40 | 696048 | JC-FQCF9N2 | 11/8/2019 | BRICHARDSON | B |
| -2083898668 | 40 | 696048 | JC-FQCF9N2 | 11/8/2019 | BRICHARDSON | B |
| -2083898666 | 40 | 696048 | JC-FQCF9N2 | 11/8/2019 | BRICHARDSON | B |
| -2083898660 | 40 | 696048 | JC-FQCF9N2 | 11/8/2019 | BRICHARDSON | B |
| -2083898597 | 40 | 696048 | JC-FQCF9N2 | 11/8/2019 | BRICHARDSON | B |
| -2083898596 | 40 | 696048 | JC-FQCF9N2 | 11/8/2019 | BRICHARDSON | B |
| -2083898593 | 40 | 696048 | JC-FQCF9N2 | 11/8/2019 | BRICHARDSON | B |
| -2083896910 | 40 | 696048 | JC-FQCF9N2 | 11/8/2019 | BRICHARDSON | B |
| -2083896909 | 40 | 696048 | JC-FQCF9N2 | 11/8/2019 | BRICHARDSON | B |
| -2083845306 | 40 | 696048 | JC-HYJL7X2 | 11/13/2019 | MGRYDER | M |
| -2083845305 | 40 | 696048 | JC-HYJL7X2 | 11/13/2019 | MGRYDER | M |
| -2083843965 | 40 | 696048 | JC-FQCF9N2 | 11/13/2019 | BRICHARDSON | B |
| -2083843964 | 40 | 696048 | JC-FQCF9N2 | 11/13/2019 | BRICHARDSON | B |
| -2083841624 | 40 | 696048 | JC-FQCF9N2 | 11/13/2019 | BRICHARDSON | B |
| -2083841622 | 40 | 696048 | JC-FQCF9N2 | 11/13/2019 | BRICHARDSON | B |
| -2083841260 | 40 | 696048 | JC-FQCF9N2 | 11/13/2019 | BRICHARDSON | B |
| -2083841173 | 40 | 696048 | JC-FQCF9N2 | 11/13/2019 | BRICHARDSON | B |
| -2083840831 | 40 | 696048 | JC-FQCF9N2 | 11/13/2019 | BRICHARDSON | B |
| -2083840210 | 40 | 696048 | JC-FQCF9N2 | 11/13/2019 | BRICHARDSON | B |
| -2083840180 | 40 | 696048 | JC-FQCF9N2 | 11/13/2019 | BRICHARDSON | B |
| -2083834085 | 40 | 696048 | JC-FQCF9N2 | 11/14/2019 | BRICHARDSON | B |
| -2083833543 | 40 | 696048 | JC-FQCF9N2 | 11/14/2019 | BRICHARDSON | B |
| -2083833143 | 40 | 696048 | JC-FQCF9N2 | 11/14/2019 | BRICHARDSON | B |
| -2083833139 | 40 | 696048 | JC-FQCF9N2 | 11/14/2019 | BRICHARDSON | B |
| -2083833101 | 40 | 696048 | JC-FQCF9N2 | 11/14/2019 | BRICHARDSON | B |
| -2083828543 | 40 | 696048 | JC-FQCF9N2 | 11/14/2019 | BRICHARDSON | B |
| -2083828515 | 40 | 696048 | JC-FQCF9N2 | 11/14/2019 | BRICHARDSON | B |
| -2083828506 | 40 | 696048 | JC-FQCF9N2 | 11/14/2019 | BRICHARDSON | B |
| -2083828479 | 40 | 696048 | JC-FQCF9N2 | 11/14/2019 | BRICHARDSON | B |
| -2083815351 | 40 | 696048 | JC-FQCF9N2 | 11/15/2019 | BRICHARDSON | B |
| -2083815348 | 40 | 696048 | JC-FQCF9N2 | 11/15/2019 | BRICHARDSON | B |
| -2083744098 | 40 | 696048 | JC-HYJL7X2 | 11/21/2019 | MGRYDER | M |
| -2083744096 | 40 | 696048 | JC-HYJL7X2 | 11/21/2019 | MGRYDER | M |

| | | | | | |
|---|---|---|---|---|---|
| -2083681334 | 40 | 696048 JC-FQCF9N2 | 11/27/2019 | BRICHARDSON | B |
| -2083681261 | 40 | 696048 JC-FQCF9N2 | 11/27/2019 | BRICHARDSON | B |
| -2083679620 | 40 | 696048 JC-FQCF9N2 | 11/27/2019 | BRICHARDSON | B |
| -2083679310 | 40 | 696048 JC-FQCF9N2 | 11/27/2019 | BRICHARDSON | B |
| -2083679307 | 40 | 696048 JC-FQCF9N2 | 11/27/2019 | BRICHARDSON | B |
| -2083679197 | 40 | 696048 JC-FQCF9N2 | 11/27/2019 | BRICHARDSON | B |
| -2083679195 | 40 | 696048 JC-FQCF9N2 | 11/27/2019 | BRICHARDSON | B |
| -2083679192 | 40 | 696048 JC-FQCF9N2 | 11/27/2019 | BRICHARDSON | B |
| -2083679092 | 40 | 696048 JC-FQCF9N2 | 11/27/2019 | BRICHARDSON | B |
| -2083625528 | 40 | 696048 JC-HYJL7X2 | 12/3/2019 | MGRYDER | M |
| -2083625436 | 40 | 696048 JC-HYJL7X2 | 12/3/2019 | MGRYDER | M |
| -2083625388 | 40 | 696048 JC-HYJL7X2 | 12/3/2019 | MGRYDER | M |
| -2083625386 | 40 | 696048 JC-HYJL7X2 | 12/3/2019 | MGRYDER | M |
| -2083625383 | 40 | 696048 JC-HYJL7X2 | 12/3/2019 | MGRYDER | M |
| -2083625357 | 40 | 696048 JC-HYJL7X2 | 12/3/2019 | MGRYDER | M |
| -2083458429 | 40 | 696048 SBOWMAN-D | 12/17/2019 | SBOWMAN | S |
| -2081781093 | 40 | 696048 JC-8XMXN23 | 6/2/2020 | JHAMES | J |
| -2081709486 | 40 | 696048 JC-FLPDDV2 | 6/9/2020 | KPETERS | K |
| -2081566810 | 40 | 696048 JC-D063DV2 | 6/24/2020 | DHILTON | D |
| -2080051849 | 40 | 696048 JC-HZ2Q7X2 | 11/30/2020 | TSPARKS | T |
| -2078999869 | 40 | 696048 JC-D063DV2 | 3/24/2021 | DHILTON | D |
| -2078999702 | 40 | 696048 JC-D063DV2 | 3/24/2021 | DHILTON | D |
| -2078989273 | 40 | 696048 JC-HZ2Q7X2 | 3/25/2021 | TSPARKS | T |
| -2078818779 | 40 | 696048 JC-HZ2Q7X2 | 4/13/2021 | TSPARKS | T |
| -2074192278 | 40 | 696048 JC-D063DV2 | 6/30/2022 | DHILTON | D |
| -2074192277 | 40 | 696048 JC-D063DV2 | 6/30/2022 | DHILTON | D |
| -2074192275 | 40 | 696048 JC-D063DV2 | 6/30/2022 | DHILTON | D |
| -2074152997 | 40 | 696048 JC-5Y0CHQ2 | 7/5/2022 | DTALLMADGE | D |
| -2074152335 | 40 | 696048 JC-HL6MQG2 | 7/5/2022 | SDYKES | S |
| -2074151779 | 40 | 696048 JC-FLPDDV2 | 7/5/2022 | KPETERS | K |
| -2074151778 | 40 | 696048 JC-FLPDDV2 | 7/5/2022 | KPETERS | K |
| -2074149984 | 40 | 696048 JC-D063DV2 | 7/5/2022 | DHILTON | D |
| -2074149684 | 40 | 696048 JC-HZ2Q7X2 | 7/5/2022 | TSPARKS | T |
| -2074148800 | 40 | 696048 JC-HZ2Q7X2 | 7/5/2022 | TSPARKS | T |
| -2074148799 | 40 | 696048 JC-HZ2Q7X2 | 7/5/2022 | TSPARKS | T |

| | | | | | |
|---|---|---|---|---|---|
| -2074148448 | 40 | 696048 JC-8XMXN23 | 7/5/2022 | JHAMES | J |
| -2074148369 | 40 | 696048 JC-8XMXN23 | 7/5/2022 | JHAMES | J |
| -2074148166 | 40 | 696048 JC-D063DV2 | 7/5/2022 | DHILTON | D |
| -2074129152 | 40 | 696048 JC-FLPDDV2 | 7/7/2022 | KPETERS | K |
| -2074129151 | 40 | 696048 JC-FLPDDV2 | 7/7/2022 | KPETERS | K |
| -2073997573 | 40 | 696048 JC-MXL94159CF | 7/20/2022 | DSHEPARD | D |
| -2072591828 | 40 | 696048 SBOWMAN-D | 12/7/2022 | SBOWMAN | S |
| -2072277150 | 40 | 696048 JC-8XMXN23 | 1/12/2023 | JHAMES | J |
| -2072251245 | 40 | 696048 JC-8XMXN23 | 1/14/2023 | JHAMES | J |
| -2072235958 | 40 | 696048 JC-8XMXN23 | 1/17/2023 | JHAMES | J |
| -2072235641 | 40 | 696048 JC-8XMXN23 | 1/17/2023 | JHAMES | J |
| -2072234492 | 40 | 696048 JC-HZ2Q7X2 | 1/17/2023 | TSPARKS | T |
| -2072207550 | 40 | 696048 JC-8XMXN23 | 1/19/2023 | JHAMES | J |
| -2072057836 | 40 | 696048 JC-8XMXN23 | 1/31/2023 | JHAMES | J |
| -2072055984 | 40 | 696048 JC-FLPDDV2 | 1/31/2023 | KPETERS | K |
| -2072055150 | 40 | 696048 JC-2TH34Z2 | 1/31/2023 | dbible | Dawn |
| -2072047671 | 40 | 696048 JC-8XMXN23 | 2/1/2023 | JHAMES | J |
| -2072047644 | 40 | 696048 JC-HL6MQG2 | 2/1/2023 | SDYKES | S |
| -2072045232 | 40 | 696048 JC-FLPDDV2 | 2/1/2023 | KPETERS | K |
| -2072045125 | 40 | 696048 JC-8XMXN23 | 2/1/2023 | JHAMES | J |
| -2071984664 | 40 | 696048 JC-HZ2Q7X2 | 2/7/2023 | TSPARKS | T |
| -2071062759 | 40 | 696048 JC-MXL94159CV | 5/11/2023 | SPROFFITT | S |
| -2071060896 | 40 | 696048 JC-HZ2Q7X2 | 5/11/2023 | TSPARKS | T |
| -2071060893 | 40 | 696048 JC-HZ2Q7X2 | 5/11/2023 | TSPARKS | T |
| -2071060889 | 40 | 696048 JC-HZ2Q7X2 | 5/11/2023 | TSPARKS | T |
| -2071060869 | 40 | 696048 JC-HZ2Q7X2 | 5/11/2023 | TSPARKS | T |
| -2071024852 | 40 | 696048 JC-HZ2Q7X2 | 5/16/2023 | TSPARKS | T |
| -2071024851 | 40 | 696048 JC-HZ2Q7X2 | 5/16/2023 | TSPARKS | T |
| -2071018102 | 40 | 696048 JC-D063DV2 | 5/17/2023 | MGRYDER | M |
| -2071006616 | 40 | 696048 JC-HZ2Q7X2 | 5/18/2023 | TSPARKS | T |
| -2070802057 | 40 | 696048 JC-HZ2Q7X2 | 6/12/2023 | TSPARKS | T |
| -2070802050 | 40 | 696048 JC-HZ2Q7X2 | 6/12/2023 | TSPARKS | T |
| -2070786563 | 40 | 696048 JC-HZ2Q7X2 | 6/13/2023 | TSPARKS | T |
| -2070698538 | 40 | 696048 JC-HZ2Q7X2 | 6/22/2023 | TSPARKS | T |
| -2070698029 | 40 | 696048 JC-MXL9415LFT | 6/22/2023 | GWills | G |

| | | | | | |
|---|---|---|---|---|---|
| -2070698028 | 40 | 696048 | JC-MXL9415LFT | 6/22/2023 GWills | G |
| -2070654175 | 40 | 696048 | JC-HZ2Q7X2 | 6/26/2023 TSPARKS | T |
| -2070654174 | 40 | 696048 | JC-HZ2Q7X2 | 6/26/2023 TSPARKS | T |
| -2070645477 | 40 | 696048 | JC-HZ2Q7X2 | 6/27/2023 TSPARKS | T |
| -2070645474 | 40 | 696048 | JC-HZ2Q7X2 | 6/27/2023 TSPARKS | T |
| -2070645470 | 40 | 696048 | JC-HZ2Q7X2 | 6/27/2023 TSPARKS | T |
| -2070645450 | 40 | 696048 | JC-HZ2Q7X2 | 6/27/2023 TSPARKS | T |
| -2070641525 | 40 | 696048 | JC-MXL9415LFT | 6/28/2023 GWills | G |
| -2070641522 | 40 | 696048 | JC-MXL9415LFT | 6/28/2023 GWills | G |
| -2070641518 | 40 | 696048 | JC-MXL9415LFT | 6/28/2023 GWills | G |
| -2070641489 | 40 | 696048 | JC-MXL9415LFT | 6/28/2023 GWills | G |
| -2070641486 | 40 | 696048 | JC-MXL9415LFT | 6/28/2023 GWills | G |
| -2070566819 | 40 | 696048 | JC-MXL94159B6 | 7/5/2023 MADAMS | M |
| -2070556977 | 40 | 696048 | SBOWMAN-D | 7/6/2023 SBOWMAN | S |
| -2070244921 | 40 | 696048 | JC-HZ2Q7X2 | 8/8/2023 TSPARKS | T |
| -2070244919 | 40 | 696048 | JC-HZ2Q7X2 | 8/8/2023 TSPARKS | T |
| -2070165887 | 40 | 696048 | JC-HZ2Q7X2 | 8/17/2023 TSPARKS | T |
| -2068269869 | 40 | 696048 | JC-MXL9415LFT | 3/5/2024 GWills | G |
| -2068209260 | 40 | 696048 | JC-3D2DNW3 | 3/12/2024 SBOWMAN | S |
| -2068129947 | 40 | 696048 | JC-MXL94159B6 | 3/21/2024 MADAMS | M |
| -2068129654 | 40 | 696048 | JC-MXL94159B6 | 3/21/2024 MADAMS | M |
| -2068126011 | 40 | 696048 | JC-MXL94159B6 | 3/21/2024 MADAMS | M |