| Audit_Trai | Source_Ta | Source_Ta | AuditLocat | DateStamp_ | UserID_ | UserFirstN | UserMiddl | UserLastNa | ChangeTyp |
|---|---|---|---|---|---|---|---|---|---|
| -2.1E+09 | 40 | 723082 | PWSQL1 | 6/2/2020 | WATSONIN | WATSON | | INCIDENT | EDIT |
| -2.1E+09 | 40 | 723082 | PWSQL1 | 6/2/2020 | WATSONIN | WATSON | | INCIDENT | Add |
| -2.1E+09 | 40 | 723082 | JC-FLPDDV | 6/2/2020 | KPETERS | K | | PETERS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-FLPDDV | 6/2/2020 | KPETERS | K | | PETERS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-FLPDDV | 6/2/2020 | KPETERS | K | | PETERS | EDIT |
| -2.1E+09 | 40 | 723082 | JC-FLPDDV | 6/2/2020 | KPETERS | K | | PETERS | EDIT |
| -2.1E+09 | 40 | 723082 | JC-FLPDDV | 6/2/2020 | KPETERS | K | | PETERS | EDIT |
| -2.1E+09 | 40 | 723082 | JC-FLPDDV | 6/2/2020 | KPETERS | K | | PETERS | EDIT |
| -2.1E+09 | 40 | 723082 | JC-5XYFHQ | 6/3/2020 | DCAREY | D | | CAREY-DUI | Viewed |
| -2.1E+09 | 40 | 723082 | JC-5XYFHQ | 6/3/2020 | DCAREY | D | | CAREY-DUI | Viewed |
| -2.1E+09 | 40 | 723082 | JC-5XYFHQ | 6/3/2020 | DCAREY | D | | CAREY-DUI | Viewed |
| -2.1E+09 | 40 | 723082 | JC-5XYFHQ | 6/3/2020 | DCAREY | D | | CAREY-DUI | Viewed |
| -2.1E+09 | 40 | 723082 | JC-5XYFHQ | 6/3/2020 | DCAREY | D | | CAREY-DUI | Viewed |
| -2.1E+09 | 40 | 723082 | JC-5XYFHQ | 6/3/2020 | DCAREY | D | | CAREY-DUI | EDIT |
| -2.1E+09 | 40 | 723082 | JC-FLPDDV | 6/5/2020 | KPETERS | K | | PETERS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-FLPDDV | 6/5/2020 | KPETERS | K | | PETERS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-FLPDDV | 6/5/2020 | KPETERS | K | | PETERS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-FLPDDV | 6/9/2020 | KPETERS | K | | PETERS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-FLPDDV | 6/9/2020 | KPETERS | K | | PETERS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-FLPDDV | 6/9/2020 | KPETERS | K | | PETERS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-5XYFHQ | 6/10/2020 | DCAREY | D | | CAREY-DUI | Viewed |
| -2.1E+09 | 40 | 723082 | JC-HYJL7X2 | 6/10/2020 | MGRYDER | M | | GRYDER | Viewed |
| -2.1E+09 | 40 | 723082 | JC-5XYFHQ | 6/11/2020 | DCAREY | D | | CAREY-DUI | Viewed |
| -2.1E+09 | 40 | 723082 | JC-FLPDDV | 6/11/2020 | KPETERS | K | | PETERS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-5XYFHQ | 6/11/2020 | DCAREY | D | | CAREY-DUI | Viewed |
| -2.1E+09 | 40 | 723082 | JC-5XYFHQ | 6/12/2020 | DCAREY | D | | CAREY-DUI | Viewed |
| -2.1E+09 | 40 | 723082 | JC-5XYFHQ | 6/12/2020 | DCAREY | D | | CAREY-DUI | Viewed |
| -2.1E+09 | 40 | 723082 | JC-5XYFHQ | 6/15/2020 | DCAREY | D | | CAREY-DUI | Viewed |
| -2.1E+09 | 40 | 723082 | JC-FLPDDV | 6/16/2020 | KPETERS | K | | PETERS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-5XYFHQ | 6/22/2020 | DCAREY | D | | CAREY-DUI | Viewed |
| -2.1E+09 | 40 | 723082 | JC-D063DV | 6/24/2020 | DHILTON | D | | HILTON | Viewed |
| -2.1E+09 | 40 | 723082 | JC-D063DV | 6/24/2020 | DHILTON | D | | HILTON | Viewed |
| -2.1E+09 | 40 | 723082 | JC-5XYFHQ | 7/1/2020 | DCAREY | D | | CAREY-DUI | Viewed |
| -2.1E+09 | 40 | 723082 | JC-5XYFHQ | 7/1/2020 | DCAREY | D | | CAREY-DUI | Viewed |
| -2.1E+09 | 40 | 723082 | JC-5XYFHQ | 7/1/2020 | DCAREY | D | | CAREY-DUI | EDIT |
| -2.1E+09 | 40 | 723082 | JC-5XYFHQ | 7/1/2020 | DCAREY | D | | CAREY-DUI | EDIT |
| -2.1E+09 | 40 | 723082 | JC-5XYFHQ | 7/1/2020 | DCAREY | D | | CAREY-DUI | EDIT |
| -2.1E+09 | 40 | 723082 | JC-5XYFHQ | 7/1/2020 | DCAREY | D | | CAREY-DUI | EDIT |
| -2.1E+09 | 40 | 723082 | JC-D063DV | 7/15/2020 | DHILTON | D | | HILTON | Viewed |
| -2.1E+09 | 40 | 723082 | JC-D063DV | 8/17/2020 | DHILTON | D | | HILTON | Viewed |
| -2.1E+09 | 40 | 723082 | JC-D063DV | 8/17/2020 | DHILTON | D | | HILTON | EDIT |
| -2.1E+09 | 40 | 723082 | JC-D063DV | 8/17/2020 | DHILTON | D | | HILTON | EDIT |
| -2.1E+09 | 40 | 723082 | JC-D063DV | 8/17/2020 | DHILTON | D | | HILTON | EDIT |
| -2.1E+09 | 40 | 723082 | JC-D063DV | 8/17/2020 | DHILTON | D | | HILTON | EDIT |
| -2.1E+09 | 40 | 723082 | JC-8XMXN | 9/21/2020 | JHAMES | J | | HAMES | Viewed |
| -2.1E+09 | 40 | 723082 | JC-8XMXN | 9/21/2020 | JHAMES | J | | HAMES | Viewed |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| -2.1E+09 | 40 | 723082 | JC-8XMXN | 9/21/2020 | JHAMES | J | HAMES | Viewed |
| -2.1E+09 | 40 | 723082 | JC-8XMXN | 9/21/2020 | JHAMES | J | HAMES | EDIT |
| -2.1E+09 | 40 | 723082 | JC-HZ2Q7X | 11/30/2020 | TSPARKS | T | SPARKS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-HZ2Q7X | 12/15/2020 | TSPARKS | T | SPARKS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-HZ2Q7X | 4/30/2021 | TSPARKS | T | SPARKS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-HZ2Q7X | 5/4/2021 | TSPARKS | T | SPARKS | Viewed |
| -2.1E+09 | 40 | 723082 | CHILL-N | 6/2/2021 | CHILL | CONNIE | HILL | Viewed |
| -2.1E+09 | 40 | 723082 | JC-D063DV | 6/30/2022 | DHILTON | D | HILTON | Viewed |
| -2.1E+09 | 40 | 723082 | JC-D063DV | 6/30/2022 | DHILTON | D | HILTON | Viewed |
| -2.1E+09 | 40 | 723082 | JC-FLPDDV | 7/3/2022 | KPETERS | K | PETERS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-FLPDDV | 7/5/2022 | KPETERS | K | PETERS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-FLPDDV | 7/5/2022 | KPETERS | K | PETERS | Printed |
| -2.1E+09 | 40 | 723082 | JC-HZ2Q7X | 7/5/2022 | TSPARKS | T | SPARKS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-D063DV | 7/5/2022 | DHILTON | D | HILTON | Viewed |
| -2.1E+09 | 40 | 723082 | JC-8XMXN | 7/5/2022 | JHAMES | J | HAMES | Viewed |
| -2.1E+09 | 40 | 723082 | JC-8XMXN | 7/5/2022 | JHAMES | J | HAMES | Printed |
| -2.1E+09 | 40 | 723082 | JC-FLPDDV | 7/7/2022 | KPETERS | K | PETERS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-FLPDDV | 7/7/2022 | KPETERS | K | PETERS | Printed |
| -2.1E+09 | 40 | 723082 | JC-FLWBDV | 9/12/2022 | BCHURCH | B | CHURCH | Viewed |
| -2.1E+09 | 40 | 723082 | JC-8XMXN | 1/12/2023 | JHAMES | J | HAMES | Viewed |
| -2.1E+09 | 40 | 723082 | JC-8XMXN | 1/19/2023 | JHAMES | J | HAMES | Viewed |
| -2.1E+09 | 40 | 723082 | JC-8XMXN | 1/31/2023 | JHAMES | J | HAMES | Viewed |
| -2.1E+09 | 40 | 723082 | JC-FLPDDV | 1/31/2023 | KPETERS | K | PETERS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-D063DV | 1/31/2023 | DHILTON | D | HILTON | Viewed |
| -2.1E+09 | 40 | 723082 | JC-D063DV | 1/31/2023 | DHILTON | D | HILTON | Viewed |
| -2.1E+09 | 40 | 723082 | JC-8XMXN | 1/31/2023 | JHAMES | J | HAMES | Viewed |
| -2.1E+09 | 40 | 723082 | JC-HZ2Q7X | 1/31/2023 | TSPARKS | T | SPARKS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-FLPDDV | 1/31/2023 | KPETERS | K | PETERS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-D063DV | 1/31/2023 | DHILTON | D | HILTON | Viewed |
| -2.1E+09 | 40 | 723082 | JC-HZ2Q7X | 2/7/2023 | TSPARKS | T | SPARKS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-HZ2Q7X | 5/16/2023 | TSPARKS | T | SPARKS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-MXL941 | 5/17/2023 | GWills | G | WILLS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-MXL941 | 6/22/2023 | GWills | G | WILLS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-HZ2Q7X | 6/26/2023 | TSPARKS | T | SPARKS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-FFZ26X | 7/15/2023 | MHOLLIS | M | HOLLIS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-HZ2Q7X | 8/8/2023 | TSPARKS | T | SPARKS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-HZ2Q7X | 8/8/2023 | TSPARKS | T | SPARKS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-HZ2Q7X | 8/8/2023 | TSPARKS | T | SPARKS | Viewed |
| -2.1E+09 | 40 | 723082 | JC-D063DV | 10/23/2023 | MGRYDER | M | GRYDER | Viewed |
| -2.1E+09 | 40 | 723082 | JC-8XMXN | 12/13/2023 | JHAMES | J | HAMES | Viewed |
| -2.1E+09 | 40 | 723082 | JC-MXL941 | 3/29/2024 | MADAMS | M | ADAMS | Viewed |