OFFICER'S RETURN AND INVENTORY
OF PROPERTY SEIZED

The attached warrant came to hand as issued, and was executed on this day _____ of _____ 20___, by searching the person(s) and premises herein described, and taking therefrom the following evidence which was seized:

OFFICER EXECUTING SEARCH WARRANT

OFFICIAL

# SEARCH WARRANT

## FIRST JUDICIAL DISTRICT

## STATE OF TENNESSEE

## COUNTY OF WASHINGTON

VS

Liberty Safe, S/N L001581400 - Owned by Sean Williams

## JUDGMENT ON SEARCH WARRANT

Due and proper return having been made of the warrant, the property seized as described in the said return shall be retained, subject to the orders of the CRIMINAL COURT Of WASHINGTON COUNTY and the attached warrant, affidavit, and return shall be filed in the office of the Clerk of said Court.

This _____ day of _____ 20___

_____
JUDGE, CRIMINAL COURT
Washington, County Tennessee

# SEARCH WARRANT

## STATE OF TENNESSEE
## COUNTY OF WASHINGTON

Proof by affidavit having been made before me by Inv. Toma Sparks of the Johnson City Police Department, who is a law enforcement officer as defined in TCA §39-11-106, that there is probable cause to believe that Liberty Safe, S/N L001581400 - Owned by Sean Williams is in possession and control of certain evidence of a crime, to wit: violations of Tennessee State law as set forth in the Tennessee Code Annotated to include, but not limited to:

TCA 39-13-201 (Attempted Criminal homicide)

The following items contain/s evidence of a crime in violation of Tennessee State law:

Liberty Safe, Serial Number L001581400

The aforementioned evidence is located at

The Johnson City Police Department located at 601 E Main St, Johnson City, TN 37601

You are therefore hereby commanded to make immediate search and/or examination of:

Liberty Safe, Serial Number L001581400

The aforementioned evidence should be preserved until such time this Honorable Court may weigh its evidentiary value in this investigation.

### I HEREBY DELIVER THIS SEARCH WARRANT FOR EXECUTION TO:

Inv. Toma Sparks

at 10:59 o'clock AM, on this 23 day of Sept, 2020

JUDGE, CRIMINAL COURT
Washington County, Tennessee

PAGE 2 OF 5

Initials: Judge    Affiant ToS   Date: 9/23/20

# AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

**STATE OF TENNESSEE**
**COUNTY OF WASHINGTON**

Inv. Toma Sparks  Of the Johnson City Police Department, who is a law enforcement officer as defined in TCA §39-11-106, personally appeared before The Honorable Judge _Lisa Rice_ CRIMINAL COURT , Washington County, State of Tennessee, and now makes oath in due form of law that there is probable cause to believe that Liberty Safe, S/N L001581400 - Owned by Sean Williams is in the possession and under the control of certain evidence of a crime, to wit: violations of state laws as set forth in Tennessee General Statute

TCA 39-13-201 (Attempted Criminal homicide)

and that evidence of said crimes will be found

Liberty Safe, Serial Number L001581400

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT
### STATE OF TENNESSEE
### COUNTY OF WASHINGTON

## Introduction and Affiant Background

1. I am a sworn law enforcement officer as described in Tenn. Code Ann. 39-11-106. I am a commissioned, Tennessee P.O.S.T. certified law enforcement officer and am empowered to conduct investigations of and to make arrests for offenses enumerated in Title 39 of the Tennessee Code Annotated.

2. I am currently assigned as a Criminal Investigator with the City of Johnson City, Johnson City Police Department. I have been employed by the Johnson City Police Department since October 2007 and have been assigned to the Criminal Investigations Division since March 2019. I make this sworn affidavit pursuant to an official criminal investigation in violation of Tennessee State law.

3. The information contained in this affidavit is based on my personal observations, observations of other law enforcement officers, my review of official police and government reports, and consultation with other witnesses and law enforcement officers involved in this investigation.

4. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

PAGE 3 OF 5  Initials: Judge  Affiant TcS  Date: 9/23/20

Case 2:23-cv-00032-JRG-CRW-JEM Document 66-2 Filed 07/02/2021 Page 3 of 5 PageID #: 154
Case 2:23-cv-00071-CRW-JEM Document 39-7 Filed 10/16/24 Page 3 of 5 PageID #: 9304

## The Relevant Facts and Probable Cause

On Saturday, September 19, 2020, at approximately 2:34 a.m. officers of the Johnson City Police Department were flagged down at 200 E Main St in Downtown Johnson City, Tennessee in reference to a female that fell from a fifth story window. Officers found Mikayla Evans on the ground, unresponsive.

Officers made contact with Sean Williams, who lives at 200 E Main St, Suite 500, Johnson City, Tennessee 37604. Williams told officers that Evans was inside his apartment. He stated that Evans was sitting in an open window sill and fell backwards out of the window. Williams told officers that another male was at the apartment, but he didn't know his name and that the male had left after Evans fell from the window.

Sean Williams showed Inv. Toma Sparks a video clip from the interior camera facing the entrance door to the apartment, and exterior camera facing the elevators from the entrance to the apartment. The video of the exterior camera shows Mikayla Evans, Sean Williams, and the other male enter the residence. He also showed Inv. Sparks a video clip of the interior camera showing Sean Williams and the other male exiting the residence after Mikalya Evans fell from the window. The video showed the other male walking out of the apartment with Sean Williams and getting into the elevator. When the other male was exiting the apartment he could be seen with his hands on his head. The other male did not stay and speak with officers or emergency personnel. While officers were inside the apartment, it was noted that there are video cameras inside the residence. Officers also noted that there were two video cameras that were directed towards the window that Mikayla Evans fell from. Sean Williams told Inv. Sparks that the camera's in the living room and kitchen area that would show the victim fall out the window didn't record anything on September 19, 2020. Sean Williams showed Inv. Sparks the video clips from his cell phone.

During the interview with Sean Williams, he told Inv. Justin Jenkins that he could text him the video. Inv. Jenkins asked him to email it, but he said that he would rather text it and because Inv. Jenkins had an Android phone it would not work well. Sean Williams eventually asked for an attorney. Investigator's seized his phone and powered it off. The phone was powered back on after he left to put it in airplane mode. When the phone was powered on, it had a message displaying that it was lost, which would suggest that Sean Williams has access to other devices in the residence that could be connected to the camera system.

On September 19th, 2020, at approximately 10:08 hours, officers executed a search warrant at 200 E Main St, Suite 500, Johnson City, TN 37604. During the search officers noticed that the video cameras that were inside the residence prior to the search have been taken down. Officers located a Liberty Safe, serial number L001581400 and has the word Revere on the lower front. The safe was located inside a bedroom.

During the search, a small plastic baggy containing a white powder substance was located in the same bedroom as the safe. The baggy was sitting on the back edge of a bookshelf, behind a ceramic art piece. It appeared to be hidden there. Also, during the search, an empty holster was located on the bed in the bedroom where the safe was located. The holster contained a handgun magazine. Sean Williams criminal history shows that he is a convicted felon.

The safe was transported to the Johnson City Police Department located at 601 E Main St, Johnson City, TN 37601. The Liberty Safe, serial number L001581400 was secured in the police departments evidence room. Inv. Jeff Legault performed a free air sniff around the safe with his canine partner, Pico. Pico is a narcotic trained police canine trained on the odors of methamphetamine, cocaine, heroin, and marijuana. Pico was certified in March of 2020 by the National Police Working Dog Association. Pico alerted to the presence of narcotics.

ITEMS TO BE SEIZED

1. Video surveillance cameras
2. Video surveillance storage devices
3. Any electronic device capable of connecting to the camera system, including but not limited to: Cell phones, computers, tablets, and personal digital assistants.
4. Any illegal narcotics
5. Any drug ledgers
6. Any currency
7. Any firearms

PAGE 4 OF 5

Case 2:23-cv-00032-JRG-CRW-JEM Document 39-7 Document 66-2 Filed 07/28/23 Page 4 of 5 Page 4 of 5 PageID #: 155
PageID #: 9305

Initials: Judge Affiant TCS Date: 9/23/20

## Description of Potential Charges

TCA 39-13-201 (Attempted Criminal homicide)

## Conclusion

Your affiant believes the facts set forth in this affidavit show there are reasonable grounds and probable cause to believe the property located

Liberty Safe, Serial Number L001581400

Therefore, based on the facts set forth in this application and affidavit, I respectfully request this Honorable Court to issue a search warrant on Liberty Safe, S/N L001581400 - Owned by Sean Williams to provide information and /or evidence used to aid in the criminal prosecution of the case on Liberty Safe, S/N L001581400 - Owned by Sean Williams

**I SWEAR THE FOREGOING IS TRUE UNDER PENALTY OF PERJURY.**

_____  09/23/2020
AFFIANT                    DATE

Sworn to and subscribed before me this __23__ day of __Sept,__ 20 __20__

_____
JUDGE, CRIMINAL COURT
Washington County, Tennessee

PAGE 5 OF 5

Case 2:23-cv-00032-JRG-CRW Document 86-2 Filed 07/23/24 Page 5 of 5 PageID #: 156
Case 2:23-cv-00017-JRG-JEM Document 91-7 Filed 10/16/24 Page 5 of 5 PageID #: 9306

Initials: Judge ___ Affiant ___ Date: 9/23/20