**From:** "Hilton, David" <dhilton@johnsoncitytn.org>
**To:** "Turner, Karl" <kturner@johnsoncitytn.org>, "Botelho, Debbie" <Dbotelho@johnsoncitytn.org>, "Howell, Matt" <mhowell@johnsoncitytn.org>, "Rice, Brian" <brice@johnsoncitytn.org>, "Peters, Kevin" <kpeters@johnsoncitytn.org>, "Shepard, Don" <dshepard@johnsoncitytn.org>, "Gryder, Matt" <mgryder@johnsoncitytn.org>
**Subject:** 09/19/20 Call out - W20011316
**Date:** Sat, 19 Sep 2020 19:46:00 +0000
**Importance:** Normal
**Inline-Images:** image001.png; image003.png

---

On 09/19/20 at approximately 0234 hours, Platoon 1 officers were flagged down in reference to a female that fell from a fifth story window. Officers found the victim, 32 year old Mikayla Evans, unresponsive on the ground at 200 E Main St (corner of Main//Spring). Officers also made contact with Sean Williams and he said that she fell from the window in his apartment. Inv. Sparks and Inv. Jenkins responded. They went to the scene and spoke to Williams. Williams was somewhat uncooperative at the scene. He was taken to CID and he asked for an attorney several times, but would then re-initiate contact with them. He said that he would tell them what happened, but would not answer any questions. He had given a version of what happened at the scene, but would not give a written statement at CID. He had video surveillance inside the residence and had showed some video from his phone to Inv. Sparks. The video showed Williams, victim, and another male enter the apartment and about ten minutes later Williams and the unknown ran out of the apartment. Williams went to check on the victim. (We later identified the other male as Albert Homer Watts). They did not see any signs of a struggle inside the apartment, but did notice several cameras inside. When he showed Inv. Sparks the camera footage, he showed him that there was no footage on the cameras that could have captured her falling out of the window.

While Inv. Sparks and Inv. Jenkins were attempting to interview Williams, his phone was seized. He asked to leave and he was allowed to leave. Inv. Sparks called me at this time and I responded. A roommate came to the apartment as they were leaving the scene the first time.

Two witnesses were interviewed that were with the victim earlier in the night. They said that the victim ran into Bert Love, later determined to be Albert Watts, at the Asian at Best Western. The two used to date. The victim left and went to the Wonderland Bar and Bert was going to meet her there, but he could not find the bar.

Inv. Jenkins and Inv. Chapman went to Kingsport and located Albert Watts. He agreed to come in for an interview and immediately said that she just fell out of the window. He was cooperative and when they got to CID he gave an interview and gave consent for us to do a phone extraction on his cell phone next week. He said that when he couldn't find the Wonderland Bar, he called the victim and she met him in that area, he said that he didn't know where he was. He said that she told him that she just met a guy at the Garage (the one on Buffalo St//Tipton that Sean Williams owns) and he wants her to come up to his apartment to have a drink. He said that they went to the Garage for a minute because she wanted to show him a swing that inside the apartment. He said that they then went with Williams to his apartment. He said that he does not know Williams and Williams said the same thing. He said that they went in and he was admiring the nice apartment that Williams had. He said that the victim went to the bathroom and when she came out she went over and sat on the window sill. He said that she leaned back as if she didn't know the window was open and she began to try to grab ahold of the window sill and the wall to prevent herself from falling. He said that both he and Williams tried to grab her, but they were too late. He said that they ran out of the apartment and by the time they got to her a crowd had formed. He said that he panicked and left. His version of events were consistent with Williams version.

Inv. Sparks obtained a search warrant for Williams residence at 200 E Main St, Suite 500, to search for video surveillance, devices, and trace evidence of a struggle. We seized several computers, cameras, phones, and a safe. We also found a small bag of what is believed to be cocaine. The safe was large so I got the jail truck with a lift and Sharrell

came in with a furniture dolly and we brought it in. More search warrants will be needed for the safe and electronics. Inv. Chapman dusted the window and sill that she fell out of for prints and got two poor quality latents.

We just checked on the victim again and she just got out of surgery and her vitals were stable, she was very unstable earlier and they didn't know if she would survive. She had several broken bones in her limbs, fractured pelvis, and fractured skull. They did not say anything else about internal bleeding and we were advised earlier that she does not have a brain bleed. Hopefully she will recover and can shed some light on this.

I am sending out a press release as well.



**Sgt. David Hilton**
Johnson City Police Department
City of Johnson City, Tennessee
423.434.6114 o. / www.johnsoncitytn.org

Think green: Only print this e-mail and any attachment if necessary.