## DECEMBER 8, 2020 DAHL SECRET RECORDING

RE:   DAHL v. CHIEF KARL TURNER
and CITY OF JOHNSON CITY

# DAHL RECORDINGS

## *CONFIDENTIAL*

---

*COURT REPORTING AND VIDEO SERVICES*

P. O. Box 7481
Kingsport, TN 37664

TELEPHONE:  (423) 230-8000
REBECCA@COURTREP.NET

# T A B L E   O F   C O N T E N T S

## DAHL RECORDINGS

PAGE

RECORDING 1105 - DAHL/TURNER/PETERS ......................  3

RECORDING 1106 - DAHL/LEGAULT ...........................  64

RECORDING 1108 - DAHL/TURNER/PETERS ......................  98

RECORDING 1109 - DAHL/TURNER ............................ 131

RECORDING 1110 - DAHL/LEGAULT ........................... 145

RECORDING 1111 - DAHL/GRYDER ............................ 168

RECORDING 1113 - DAHL/GRYDER ............................ 176

CERTIFICATE ............................................. 178

***CONFIDENTIAL***

2

```
 1     ***RECORDING 1105 - DAHL/CHIEF KARL TURNER/KEVIN PETERS***
 2    MS. DAHL:  Hi, I'm here to see Chief Turner.
 3    UNKNOWN FEMALE:  Well, he is not here yet.  You can come in
 4        and wait on him or...
 5    MS. DAHL:  Sure, that's fine.
 6    UNKNOWN FEMALE:  All right.  [INAUDIBLE]  Let me -- let me
 7        think that one over.
 8    MS. DAHL:  Okay.
 9    UNKNOWN FEMALE:  You can sit here or I can put you in his
10        office, whichever you prefer.
11    MS. DAHL:  Sure, I'll hang out back there.
12    UNKNOWN FEMALE:  Okay.  [INAUDIBLE]  Come on in, that way if
13        you've got something you need to take of, you can.
14    MS. DAHL:  I've got you.  Thank you.
15    UNKNOWN FEMALE:  You're welcome.  He says that he's still in
16        the meeting [INAUDIBLE] will be here ASAP.
17    MS. DAHL:  Okay, that's fine.
18    UNKNOWN FEMALE:  So I don't know how long he'll be.
19    MS. DAHL:  Okay.
20    UNKNOWN FEMALE:  Do you want something to drink?  Do you want
21        a water?
22    MS. DAHL:  No, I'm good, but thank you.
23    UNKNOWN FEMALE:  Okay.
24                        ***LONG PAUSE***
25    MR. TURNER:  Kat, how are you?

                     ***CONFIDENTIAL***

                            3
```

Case 2:23-cv-00022-KAT-JEM  Document 66-1  Filed 08/16/24  Page 3 of 100  PageID #: 9311

```
1   MS. DAHL:  I'm good.  How are you?

2   MR. TURNER:  I'm fine.  I'm sorry.

3   MS. DAHL:  That's all right.

4   MR. TURNER:  They swore we'd be out by 4:00.  They lied.

5   MS. DAHL:  Yeah, well, that's how it usually goes.

6   MR. TURNER:  [INAUDIBLE] we just stay until it's over.  We

7       don't have a choice.

8   MS. DAHL:  I completely understand.

9   MR. TURNER:  Kat, do you mind if I..

10  MS. DAHL:  Oh, no, you're good.

11  MR. TURNER:  Do I need a mask?

12  MS. DAHL:  I'm going to keep my on just because I've been

13      trying to be...

14  MR. TURNER:  You sound like you've got a cold.

15  MS. DAHL:  ...really cautious with my asthma, so...

16  MR. TURNER:  Do you have asthma?

17  MS. DAHL:  I do.  I do, which makes this whole situation a

18      pain, that's for sure.  Every time I think, oh, you know,

19      my chest is little bit tight, is it COVID or is it

20      something I've lived with my whole life.

21  MR. TURNER:  Do you have to carry an inhaler and that kind of

22      thing?

23  MS. DAHL:  Yeah.

24  MR. TURNER:  Do you?

25  MS. DAHL:  Yeah.  Oh, yeah.  I've had it since, I think, like,
```

***CONFIDENTIAL***

4

```
 1      the first or second grade, so it's a pain, but yeah.

 2   MR. TURNER:  I thought you grow out of that sometimes.

 3   MS. DAHL:  You do.  I apparently was not one of the lucky

 4      ones.

 5   MR. TURNER:  Maybe you're not done growing yet.  Look at it

 6      that way.

 7   MS. DAHL:  There you go.

 8   MR. TURNER:  Maybe there's still hope.  Let's talk about the

 9      Williams case for a minute.

10   MS. DAHL:  Yeah, yeah.

11   MR. TURNER:  I know apparently, I guess, you have some

12      concerns about it or...

13   MS. DAHL:  Yeah.  So when I was first approached about it back

14      in I guess it would be, like, three or four weeks ago now,

15      they approached me about felon in possession case with the

16      ammunition.  And upon being told the details of the case,

17      I kind of became concerned that simply prosecuting for,

18      you know, felon in possession, you know, I'm happy to do

19      it if no other avenue -- if there's no other avenue

20      available, but it appears to me that this is something

21      that should be explored more fully with, you know, as far

22      as the rape charges themselves and whether or not this

23      individual has anything on his computer.  The whole baby

24      doll in the safe makes me think that, you know, this very

25      well could be an individual who has child porn on his
```

***CONFIDENTIAL***

5

| | |
|---|---|
| 1 | computer or something of that nature. I wouldn't be |
| 2 | surprised if there were many more victims other than the |
| 3 | 20 on the list, you know, because the two that came |
| 4 | forward were not on the list. So, you know, God knows how |
| 5 | many people there actually are. And, you know, I did the |
| 6 | math on sentencing. He would only get about four or five |
| 7 | years with his history for a felon in possession case. |
| 8 | MR. TURNER: Uh-huh (Affirmative). |
| 9 | MS. DAHL: I mean, if he really does have that number of |
| 10 | victims, it's my opinion that he should be doing 20 or 30. |
| 11 | MR. TURNER: Yeah. And I'm not familiar with everything on |
| 12 | the rape side of it. I know -- I think there's a journal |
| 13 | with people's names on it that... |
| 14 | MS. DAHL: Yeah. |
| 15 | MR. TURNER: ...we suspect may be rape victims, but I don't |
| 16 | know for sure in that regard. |
| 17 | MS. DAHL: Right. |
| 18 | MR. TURNER: Regardless of what he wrote on the note or |
| 19 | whatever it was on. I'm not sure. I think that came |
| 20 | about when they were doing the search with the girl that |
| 21 | fell out of the window. |
| 22 | MS. DAHL: Right. |
| 23 | MR. TURNER: And we didn't have anything to charge him with |
| 24 | there as well. |
| 25 | MS. DAHL: Right. |

***CONFIDENTIAL***

6

```
 1   MR. TURNER:  But I think we seized his safe and some -- maybe
 2       the ammunition came as a part of that search.
 3   MS. DAHL:  Yes, yes.
 4   MR. TURNER:  And so I guess that was -- even though there was
 5       no charges and we don't suspect he did anything with the
 6       girl that fell out of the window...
 7   MS. DAHL:  Right.
 8   MR. TURNER:  ...I don't think we'll ever know for sure.  I
 9       mean, even she didn't remember a lot of it, I think, after
10       the fact.
11   MS. DAHL:  Right.
12   MR. TURNER:  Just due to her injuries and her treatment, I
13       guess.  She remembers falling, I think, but she didn't
14       implicate him in any way.
15   MS. DAHL:  Right, right.
16   MR. TURNER:  But I think some of the other things -- and, you
17       know, he's popped up before on us as far as traffic things
18       and just some minor stuff like that.  Now, I think there's
19       also some discussion of drug sales, but...
20   MS. DAHL:  Right.
21   MR. TURNER:  ...from what I understand, it's not anybody in
22       the area.  It would have to be somebody he knows that he
23       could sell to.  I don't think...
24   MS. DAHL:  Right.
25   MR. TURNER:  You know, an informant that he doesn't know, I
```

***CONFIDENTIAL***

7

| 1 | don't think he's going to sell to them. I just think that |
| 2 | he's -- you know, his family must have some money. I |
| 3 | think he's more of a social drug user. He probably sells |
| 4 | maybe to people that he's friends with... |
| 5 | MS. DAHL:  Right. |
| 6 | MR. TURNER:  ...more than making money. |
| 7 | MS. DAHL:  Right. |
| 8 | MR. TURNER:  The rape thing is, you know, the bigger concern. |
| 9 | MS. DAHL:  Right, right. |
| 10 | MR. TURNER:  And again, I think some of the victims that came |
| 11 | and made statements initially weren't cooperative after |
| 12 | that. |
| 13 | MS. DAHL:  Right. |
| 14 | MR. TURNER:  And again, I may be corrected on some of this |
| 15 | because I'm not -- I don't get a chance to keep up with |
| 16 | cases like Kevin does. |
| 17 | MS. DAHL:  Right, right. |
| 18 | MR. TURNER:  But I think there's drug use involved before the |
| 19 | rape. |
| 20 | MS. DAHL:  Yeah. |
| 21 | MR. TURNER:  You know, if he does have sex with somebody who |
| 22 | is unwilling or he's coerced them in some way, I think |
| 23 | there's drug use. You know, there's some talk about maybe |
| 24 | having someone in law enforcement try to go undercover, |
| 25 | but I don't think he's going to do anything unless they |

***CONFIDENTIAL***

8

```
 1      use drugs with him.  That's our concern there.
 2   MS. DAHL:  Yeah, right.
 3   MR. TURNER:  We could be wrong there, but I don't know.
 4   MS. DAHL:  Right, right.  Well, you know, I was kind of
 5      trying, you know, to push for them to get a search warrant
 6      on the computer because if he does have, you know,
 7      something, you know, of the nature of, like, child porn or
 8      whatever, you know, that would be a kind of ace in the
 9      hole type of situation, you know.  At that point, I think,
10      you know, we could go after him for a significant amount
11      of time depending on what's on there.  The other thing
12      that I had explored...
13   MR. TURNER:  The probable cause on the search warrant, just I
14      think where we ran into some issues...
15   MS. DAHL:  Right.
16   MR. TURNER:  ...someone had made a statement about they heard
17      from somebody else something was there.  That was my
18      understanding about the search warrant here just recently.
19   MS. DAHL:  With...
20   MR. TURNER:  Toma.
21   MS. DAHL:  As far as with the drugs or with...
22   MR. TURNER:  I think it was the drugs.
23   MS. DAHL:  Yeah.  So this last...
24   MR. TURNER:  That he had drugs maybe in his garage or
25      somewhere, or a gun in his garage...
```

***CONFIDENTIAL***

9

```
 1   MS. DAHL:  Yes.

 2   MR. TURNER:  ...but that was somebody that they were saying

 3       that they heard it from a third party.

 4   MS. DAHL:  So there was this latest victim where she -- she

 5       saw cocaine and used cocaine in his garage and I believe

 6       in his apartment as well, so she had firsthand knowledge

 7       of the drugs.  While she was hanging out in his garage,

 8       someone came by and she said that this person wasn't

 9       really well known to him, that it sounded like he was just

10       someone that was out drinking in the area, and he walked

11       by and saw them hanging out, started chitchatting and

12       whatnot.  And so they start talking and she said that the

13       conversation turned to firearms.  And his friend that -- I

14       don't know if he -- he's, like, the close friend that I

15       think is a roommate.  I'm not sure if he's, like, an

16       official roommate or if he just stays over a lot.  But his

17       friend that was there said, you know, something to the

18       effect of, well guns, you know, we've got lots of guns.

19       Do you want to see an AR-15?  And she said she saw him

20       lead this -- you know, this guy over to the back of the

21       garage to look at the guns.  And so one of the avenues

22       that I was trying to explore is there actually is a

23       Federal date rape statute.  And I don't know, I think as

24       far as charges go, it's not the best, but I was trying to

25       explore it from the standpoint of a search warrant because
```

***CONFIDENTIAL***

10

```
 1        there's been -- this last victim did mention that she did
 2        a line of cocaine with him, and then she got sleepy, and
 3        that's when she went up to, you know, go to sleep in his
 4        apartment.  The victim's advocate that was with her
 5        mentioned that she had another person come to her and
 6        talk, you know, or come forward about this guy and said
 7        that she was attacked, and she mentioned something similar
 8        as well that she did a line of cocaine in the garage and
 9        she blacked out.  Now, the last victim speculated, well,
10        you know, he puts GHB in his cocaine.  I looked it up.
11        I've never heard of this method.  Usually GHB is used with
12        alcohol.  But theoretically, I think it's possible because
13        GHB can come in a powder form and, you know, the fact that
14        two different sources kind of repeated this very weird
15        detail of, well, I did a line of cocaine and then I
16        blacked out, when cocaine is an upper, you know, and
17        usually doesn't cause you to black out.  It makes me think
18        that, you know, if we were able to get the right, you
19        know, circumstances lined up or the right testimony, maybe
20        we could get a search warrant, you know, under this
21        Federal date rape statute.  So that's kind of one of the
22        angles that I was trying to explore.
23   MR. TURNER:  Did you and Wayne discuss the search warrant?
24   MS. DAHL:  We did, we did.  He's kind of where I'm at at the
25        moment in that it's kind of 50/50 at this point, you know.
```

***CONFIDENTIAL***

11

Case 2:22-cr-00002-KJM Document 66-1 Filed 06/10/24 Page 11 of 100 Page ID #: 9319

```
1        We've got the latest victim and her statement.  We've got
2        the victim's advocate who mentioned she heard another...
3   MR. TURNER:  I think this latest victim is -- there's some
4        issues with her.
5   MS. DAHL:  There are.
6   MR. TURNER:  And we'll discuss those.
7   MS. DAHL:  Yeah, yeah.  I think there are issues with her.  I
8        think she -- you know, granted, I'm not a psychiatrist, so
9        I can't make an official diagnosis or anything, but she
10       struck me as someone that is very possibly mentally ill.
11       If I had to hazard a guess, you know, paranoid
12       schizophrenic, someone of that nature.  Someone that has,
13       you know, paranoid delusions that are kind -- that are
14       based in reality, because that's what I got from listening
15       to her talk is that she was very lucid when she was
16       describing the attack.  And all of the Facebook messages
17       support her narrative.  It's just that when she gets off
18       topic, you know, she started -- she starts to go off the
19       rails.  And so, you know, just from kind of the stuff that
20       I've done with, like, homeless work and stuff like that,
21       she very much struck me as someone that is probably
22       mentally ill, and that's probably why he chose her as a
23       victim.
24   MR. TURNER:  I don't know if ████████████████████████
25       if she used cocaine with him or not.  She was intoxicated,
```

***CONFIDENTIAL***

12

```
 1      I know, but I don't know if...
 2   MS. DAHL:  Yeah.
 3   MR. TURNER:  I don't know if that might be part of the memory
 4        issues with her as well.  I don't know that for a fact.
 5   MS. DAHL:  Right.
 6   MR. TURNER:  I'm just speculating.  It may have been she was
 7        just very intoxicated.
 8   MS. DAHL:  Right.
 9   MR. TURNER:  And the fact that ███████████████  might
10        tend to affect your memory when you hit the concrete.
11   MS. DAHL:  Right, right.  Well, they told me that they were
12        waiting on her toxicology report.
13   MR. TURNER:  The ██████████████████████
14   MS. DAHL:  Yes.  And that they drew blood from this latest
15        victim and that they were going to test it as well.  And
16        so I think depending on what comes back in those reports,
17        that might, you know, be something that maybe pushes this
18        from it's a 50/50 shot over towards...
19   MR. TURNER:  Yeah.  Well, I think, first, TBI got involved
20        somehow or there was a request for TBI to get involved
21        somehow.
22   MS. DAHL:  Yeah, because I had asked -- so I called Wayne when
23        this first happened, and I kind of explained the whole
24        crazy situation.  And he said, you know, well, let me make
25        a few calls, because he had never heard of this with the
```

***CONFIDENTIAL***

13

```
 1    amount of victims.  And so he, you know, then got back to
 2    me because TBI has this other case that has a lot of very
 3    weird similarities to this case.  They're working some
 4    sort of rape slash human trafficking case that had just
 5    kind of a couple of weird details that were similar with
 6    someone that, you know, mentioned a cult-like atmosphere
 7    in TBI's case.  And then you have this girl mentioning
 8    this -- you know, this cult and that Sean Williams is
 9    involved in satanism.  It's very bizarre.  And, you know,
10    I was -- I was more or less inclined to think that, like I
11    said, her ranting about satanism and cults was, you know,
12    something -- is a cause or a symptom of her being unwell.
13    But it is odd in the fact that she -- in connection with
14    all of this, she kept bringing up this ▓▓▓▓▓▓▓▓▓▓
15    individual.  And the victim's advocate took me aside and
16    said this isn't the first time ▓▓▓▓▓▓▓▓▓▓ name came
17    up.  Well, ▓▓▓▓▓▓▓▓▓ is friends with the guy at the
18    center of this TBI probe.  So there's just -- there's just
19    weird details like that where it's probably nothing.  It's
20    probably, you know, an Occam's razor situation where, you
21    know, the simplest, you know, explanation is probably the
22    correct one.  She's probably just unwell and it's probably
23    just a coincidence, but it was still enough to make me go,
24    huh.
25    MR. TURNER:  Or they may run in similar circles.  I don't
```

***CONFIDENTIAL***

14

1     know.

2     MS. DAHL: Right, right.

3     MR. TURNER: She might run in similar circles with a group

4          here and a group there. I don't know.

5     MS. DAHL: Right.

6     MR. TURNER: We met with the TBI and, of course, they offered

7          to assist us in any way. I'll get Kevin to come up in a

8          minute. He can fill in some blanks for you and stuff.

9     MS. DAHL: Okay.

10    MR. TURNER: But I think it's a decision on how they want to

11         try to work the case with him. There's a couple of

12         different ways that Kevin has talked about. One is to

13         charge him with the -- what we've got on him now.

14    MS. DAHL: Right.

15    MR. TURNER: And try to work back from that to see if that

16         influences him to cooperate in any way. That's our big

17         gamble there.

18    MS. DAHL: Right.

19    MR. TURNER: The other is we talked about we've got -- I think

20         we just purchased it. We've got two pole cams that we

21         were talking about maybe putting one up downtown and doing

22         some traffic stops and seeing if we can get anything or

23         anybody that's close to him...

24    MS. DAHL: Right.

25    MR. TURNER: ...where they're going to work for us.

***CONFIDENTIAL***

15

```
 1   MS. DAHL:  Right.

 2   MR. TURNER:  Again, a big gamble, but...

 3   MS. DAHL:  Right, right.

 4   MR. TURNER:  ...you know, those are the -- you know, we don't

 5        have anybody I think that -- there's no other way to get

 6        in unless it's somebody he knows, I don't think.

 7   MS. DAHL:  Right.

 8   MR. TURNER:  Or, you know, I mean, he may be picking up

 9        acquaintances or people that he meets out at, you know,

10        night clubs or whatever...

11   MS. DAHL:  Right.

12   MR. TURNER:  ...obviously, but those are kind of the two

13        avenues we're looking at.  I think they've got a subpoena

14        on some of his phone records, which we'll be looking at.

15   MS. DAHL:  Okay.

16   MR. TURNER:  I don't know what that's for.  I think they did

17        that last week, so I don't think they've got the phone

18        records back.  They've been trying to get some records to

19        see -- again, Kevin will have to fill in those blanks for

20        us.  But that's kind of where we're at.

21   MS. DAHL:  Okay.

22   MR. TURNER:  You know, even the -- even the list, I don't know

23        if that's girls he's raped or girls he's had consensual

24        sex with and he calls it whatever he calls it.

25   MS. DAHL:  Right.
```

***CONFIDENTIAL***

16

```
 1    MR. TURNER:  I mean, all we know is there's a piece of paper
 2         with some first names on it.
 3    MS. DAHL:  Right.  Now, I'm pretty sure...
 4    MR. TURNER:  Now, it's a big red flag, believe me.  If it's
 5         his rape list...
 6    MS. DAHL:  Right.
 7    MR. TURNER:  ...that might be a red flag, but that...
 8    MS. DAHL:  Right.
 9    MR. TURNER:  Again, there's no 100 percent certainty in that.
10    MS. DAHL:  Right.
11    MR. TURNER:  But I think that with some statements made by
12         victims really gives you cause for concern.
13    MS. DAHL:  Right, right.  Well, and I've already got -- I was
14         doing a little bit of digging on Facebook.  I've already
15         got an idea, at least to a high, you know, degree of
16         certainty who two of the people on that list are.  One is
17         by the name of ████████ which I thought that's a pretty
18         uncommon name.  It turns out it's his ex-girlfriend.  Curt
19         said that she used to work at the deli downtown and that
20         she used to bad mouth him and say that, well, he was
21         abusive.  So with her being the ex-girlfriend and there's
22         pictures of them all online and everything like that, and
23         she's on the list, I'm pretty sure it's the same ████████
24         I've never heard that first name before.
25    MR. TURNER:  ████████
```

***CONFIDENTIAL***

17

```
 1   MS. DAHL:  ▪▪▪▪▪
 2   MR. TURNER:  ▪▪▪▪▪
 3   MS. DAHL:  Yeah.  And the second one is there's a  ▪▪▪▪  on
 4       the list, and so I was looking at some of the addresses
 5       that he has, and he has an address that comes back to
 6       Cullowhee, North Carolina.
 7   MR. TURNER:  Yeah, I think his family is from North Carolina.
 8   MS. DAHL:  Yeah.
 9   MR. TURNER:  They're in the concrete business.
10   MS. DAHL:  Yeah.  And so he -- from what I can tell, it was
11       his mother's house that was in Cullowhee, but his mother
12       and his step-dad were living in Florida.  So I think that
13       what happened was they were renting this house out to
14       college kids because through kind of, like, my Google
15       search was able to kind of piece together that this house
16       was being rented as, like, an unofficial frat house for
17       one of the Western Carolina, you know, frats that got
18       kicked off campus.  And it initially kind of piqued my
19       interest when I saw this address because it's ten minutes
20       away from the campus and, you know, he likes to prey on
21       young women.
22   MR. TURNER:  What campus?
23   MS. DAHL:  Western Carolina University.  And so I kind of
24       started digging into this, and when I was running this
25       North Carolina address, you know, and kind of looking into
```

***CONFIDENTIAL***

18

it, there popped up a Vertex Building Services that was
connected to this address. And so I ran the D-U-N-S
number on Vertex Building Services and it came back -- the
agent listed came back as a ▓▓▓▓▓▓▓▓▓▓ Well,
▓▓▓▓▓▓▓▓▓▓ has a daughter named ▓▓▓▓ who is in
North Carolina and is friends with him on Facebook. So I
think that's probably -- there's a -- you know, it's an
uncommon name as well, then there's the connection to
this, you know, business in North Carolina that her mom
would have been involved with, you know, at an address
that is connected back to him. So it's stuff like that.
There's a -- and there's several more that kind of made me
pause as far as, like, names that matched the list that
correspond to people that he's friends with on Facebook.
One of them posted kind of a very concerning thing. It
was, like, back in 2018, something to the effect of, you
know, it was essentially a "me too" post where she was
saying, you know, my abuser is still out there, yada,
yada, yada. So that kind of made me raise an eyebrow,
too. But I think that this ▓▓▓▓▓▓ is probably definitely
the one that's on the list. I'm fairly certain this
▓▓▓▓▓ could be this, you know, ▓▓▓▓▓▓▓▓▓▓▓ that I
found in North Carolina. So there are people out there
that could potentially correspond to people on this list,
you know, that if, you know, they decide to reach out to.

***CONFIDENTIAL***

19

Case 2:23-cv-00002-KTJM-EN Document 66-1 Filed 06/20/18 Page 19 of 19 PageID #:
Page ID# 9327

```
 1  MR. TURNER:  Yeah.  And, you know, like the [REDACTED]  I mean, if
 2       something happened, it may not have even been in Johnson
 3       City.  It could have been in North Carolina.
 4  MS. DAHL:  Right.
 5  MR. TURNER:  And so, you know, that may be -- I mean, I don't
 6       know if she's made a complaint to a department over there
 7       or not.
 8  MS. DAHL:  Right.
 9  MR. TURNER:  I don't know where it could be.
10  MS. DAHL:  Right.
11  MR. TURNER:  It could have been in Unicoi County, or
12       Elizabethton, or I don't know where, so...
13  MS. DAHL:  Right, right.
14  MR. TURNER:  She may have reported something that we're
15       unaware of.
16  MS. DAHL:  Right.
17  MR. TURNER:  But I think a Federal statute might help as far
18       as prosecution of that case because -- you know, again,
19       we're assuming a lot.  There's a list.
20  MS. DAHL:  Right.
21  MR. TURNER:  You're assuming this has happened or there's a
22       lot of red flags that maybe point in that direction, but
23       it doesn't mean they're all in Johnson City...
24  MS. DAHL:  Right.
25  MR. TURNER:  ...despite the fact he lives here, I guess.
```

***CONFIDENTIAL***

20

1  MS. DAHL:  Right, right.  Well, and, you know, if we could
2      get, you know, as far as like a search warrant -- for
3      purposes of a search warrant, if we could try to verify
4      whether or not people on this list are victims, that would
5      certainly bolster, you know, the case for a search warrant
6      as well.
7  MR. TURNER:  Uh-huh (Affirmative).
8  MS. DAHL:  Even if it's just -- even if we're able to just
9      track down, you know, one or two of them.  One or two of
10     them saying, yeah, he did, and, you know, getting them to
11     make a statement, that could very well weigh heavily in
12     our favor.
13 MR. TURNER:  Uh-huh (Affirmative), yeah.  As long as we get
14     one or two that give a statement and we don't get one or
15     two that goes back and tells him that, hey, the police are
16     looking at you, you know.
17 MS. DAHL:  Right, right, right.  That's the whole where you
18     would want to...
19 MR. TURNER:  Everything is a roll of the dice, I think, at
20     times.
21 MS. DAHL:  Right.  Tread lightly for sure.
22 MR. TURNER:  I think that's why we're kind of waiting on the
23     phone records to see.  And again, I'll let Kevin talk
24     about what they were subpoenaing and what they were kind
25     of looking for from that first.

***CONFIDENTIAL***

21

```
1   MS. DAHL:  Yeah.
2   MR. TURNER:  But you know if you have any concerns about a
3       case or something, you can come to me.
4   MS. DAHL:  Okay.  I appreciate that, yeah.
5   MR. TURNER:  You do realize that.
6   MS. DAHL:  Yeah.  You know, this wasn't out of concern, this
7       was more of I was alarmed at, I guess, the potential sheer
8       number of victims, you know, in this case.  Because, I
9       mean, if that really is the case that he has upwards of 20
10      plus victims, then I would be extremely concerned as to
11      whether or not this individual would ever escalate or
12      whether or not he would, you know, accidentally kill
13      someone if he's drugging them.  So -- and the baby doll
14      thing really...
15  MR. TURNER:  What was that, now?  I've not heard of that.
16  MS. DAHL:  So they found in his safe, in addition to kind of,
17      you know, the ammunition and odds and ends, papers and
18      whatnot, they found an assortment of sex toys, and they
19      found a baby doll that had a hole in it at the bottom.
20      And that kind of really made me pause because that's
21      actually a theme in pretty disturbing cases, you know,
22      BTK, several serial rapists, several serial killers have
23      been found with baby dolls which they have -- or dolls of
24      some sort which they've kind of acted out their, you know,
25      sick fantasies on.
```

***CONFIDENTIAL***

22

```
 1  MR. TURNER:  I was going to say, there's a lot of sick people
 2      in the world.
 3  MS. DAHL:  Yeah.  So it's not unheard of for something like
 4      that in cases that involve serial offenders, and that --
 5      that detail really concerned me as a major red flag, and
 6      made me wonder about, like, the whole, you know,
 7      possibility of, you know, interest in kids, or child porn,
 8      or something of that nature.
 9  MR. TURNER:  You know when I talked about a couple of
10      different ways to try to make some end roads in this case,
11      you know, if we do start stopping cars and things like
12      that, he's going to know.  I mean, they're going to go
13      back and tell him, you know.
14  MS. DAHL:  Right.
15  MR. TURNER:  So once that starts, I mean...
16  MS. DAHL:  Right.
17  MR. TURNER:  ...either we get somebody that's going to do
18      something for us...
19  MS. DAHL:  Right.
20  MR. TURNER:  ...good for us and help us in that regard or he's
21      going to know.
22  MS. DAHL:  Right.
23  MR. TURNER:  You know, even when
24      he had Jim Bowman representing him.
25  MS. DAHL:  Right.
```

***CONFIDENTIAL***

23

Case 2:23-cv-00002-KJM-JEN  Document 66-1  Filed 06/10/24  Page 23 of 100  Page ID #: 9331

```
 1   MR. TURNER:  Most victims don't go to that length, you know.
 2   MS. DAHL:  Yeah.
 3   MR. TURNER:  I mean, if something -- if somebody got
 4       accidentally injured on my property, I'm not going to go
 5       hire a criminal defense attorney.  I might go hire a civil
 6       attorney to help me, but, you know.
 7   MS. DAHL:  Yeah, yeah.  Well, or put a steel plate over their
 8       door.
 9   MR. TURNER:  Yeah, or, you know, not release my video footage
10       or things like that.
11   MS. DAHL:  Yeah.
12   MR. TURNER:  I mean, like I said, there's lots of red flags
13       with this guy.
14   MS. DAHL:  Yeah.
15   MR. TURNER:  And, you know, we're not out to get anybody, but
16       we're out to arrest people who commit crimes.
17   MS. DAHL:  Yeah.
18   MR. TURNER:  And so...
19   MS. DAHL:  Well...
20   MR. TURNER:  ...there's a lot of concern we have with him.
21   MS. DAHL:  Yeah.
22   MR. TURNER:  Again, I'm not out to target anybody unless
23       you're committing a bunch of crimes then, yeah, you ought
24       to be targeted.
25   MS. DAHL:  Well, I think this guy is a clear and present
```

***CONFIDENTIAL***

24

```
 1       danger to the -- like, honestly, I think he's an ongoing
 2       danger to the community.
 3   MR. TURNER:  If -- if, in fact, he has drugged women and taken
 4       advantage of them, that's probably going to be what he
 5       does in the future.
 6   MS. DAHL:  Right.
 7   MR. TURNER:  I mean, if it's worked in the past...
 8   MS. DAHL:  Right.
 9   MR. TURNER:  ...don't change a winning game plan, you know...
10   MS. DAHL:  Right.
11   MR. TURNER:  ... is probably going to be his thought process,
12       which is...
13   MS. DAHL:  Right.  Well, and what else was I -- there was
14       something else that I was reading about.  The doll thing
15       really kind of concerned me, and the list concerned me,
16       you know.  I guess theoretically it could be just him
17       listing partners and he has a sick label put on it.
18   MR. TURNER:  Right.  And that's what I told Kevin.  I said,
19       this may be people he had consensual sex with, but he
20       calls it whatever he calls it.
21   MS. DAHL:  Right.
22   MR. TURNER:  I don't know.
23   MS. DAHL:  And that's the only plausible explanation that I
24       could possibly think of, but that combined with, you know,
25       the victims that have already come forward, eh...
```

***CONFIDENTIAL***

25

Case 2:23-cv-00002-KJN Document 66-1 Filed 01/16/24 Page 25 of 100 Page ID #:
Page ID 9333

1   MR. TURNER: Some people may like to enhance their thug status
2     with their friends or something. I don't know.
3   MS. DAHL: That's true.
4   MR. TURNER: There's no telling. What do I know, you know.
5   MS. DAHL: What I'm curious too as to where they found this
6     list because it -- it weirded me out that someone would
7     even, you know, make that, you know. Because if you were
8     just going to brag to your friends, you would...
9   MR. TURNER: I wouldn't call it the rape list.
10  MS. DAHL: Right. You would just -- or you would just brag to
11    your friends, you wouldn't write it down.
12  MR. TURNER: Or if I had a black book, as they used to call
13    them, you know...
14  MS. DAHL: Yeah.
15  MR. TURNER: ...it wouldn't -- I don't think I would call it
16    the rape list, but that's just me.
17  MS. DAHL: Right, right. Well, to me, that is a little bit
18    odd or concerning just because -- and, you know, granted
19    maybe I have read too much, you know, true crime and all
20    of that, but it seems like someone that's pretty arrogant,
21    you know.
22  MR. TURNER: Well, he's pretty arrogant. He's -- he's pretty
23    narcissistic, I would say. I can get my wife to evaluate
24    him...
25  MS. DAHL: Yeah.

***CONFIDENTIAL***

26

```
 1   MR. TURNER:  ...but I think he would be high on the
 2       narcissistic scale.
 3   MS. DAHL:  Right, right.  Well, and, you know, someone like
 4       that -- you know, because I ran -- there was a
 5       psychiatrist friend of mine and I asked him about like,
 6       you know the baby doll and the steel plate.  And he was --
 7       even he was disturbed by, you know, this.  And he said,
 8       the only time I have ever heard of, like, a steel plate in
 9       front of a door thing was I once had a client whose uncle
10       was involved with the mob, but that's the only time I've
11       ever heard of a steel -- someone installing a steel plate
12       over the door.  Which, you know, I guess, yeah, if you
13       were in the mob, that would be common practice, but
14       someone like this...
15   MR. TURNER:  He may have concerns about the police entering
16       his residence, or other people entering his residence, or
17       both.
18   MS. DAHL:  Yeah, yeah.  Well, and when I was going back
19       through -- because Will sent me a couple of reports too,
20       you know, from all of his encounters with law enforcement.
21       There was one report that kind of made me scratch my head
22       too because he reported a burglary and it sounded like
23       whoever burgled him, he knew them.  And they -- I think
24       they -- it said he -- they busted into his safe and they
25       stole, like, his passport and some papers, but they also
```

***CONFIDENTIAL***

27

Case 2:23-cv-00072-KAT-JEM Document 66-1 Filed 06/14/24 Page 27 of 100 PageID #: 9335

```
 1    stole two cameras and, like, the SIM cards.  And it made
 2    me just raise an eyebrow because if you're going to burgle
 3    someone's house, why do you just steal two cameras and not
 4    anything -- any other electronics, or cash, or whatever.
 5    You go for, like, two cameras?  And the reason I just kind
 6    of -- and maybe I'm reading too much into this, but, you
 7    know, the one victim mentioned that he likes to photograph
 8    women.  And I don't know if he's photographing them
 9    willingly or if he's photographing victims, but the camera
10    connection there kind of made me pause as well.  And this
11    was, I think, a couple of years ago, but, you know, I
12    thought that's weird.  Your house is burgled and all they
13    steal is two cameras, you know.  So that, I thought, was
14    pretty bizarre.  There's all sorts of weird, you know,
15    details in this that I sit here and think, all right,
16    well, is this a red herring or is this, you know,
17    something legitimate, but...
18    MR. TURNER:  Well, I don't think we're going to know until we
19        get a little bit farther along in the ordeal.
20    MS. DAHL:  Yeah.
21    MR. TURNER:  It's going to be -- it's going to take some time.
22    MS. DAHL:  Yeah.
23    MR. TURNER:  Let me get Kevin to come up here if you have a
24        second.
25    MS. DAHL:  Yeah, yeah.
```

***CONFIDENTIAL***

28

```
 1   MR. TURNER:  [PHONE CALL - VOICE MAIL PICKS UP]

 2       He's not here.  Did you have a good Thanksgiving?

 3   MS. DAHL:  I did.  I just stuck around here, to be honest, you

 4       know.  We had just finished up or wrapped up Grand Jury,

 5       our only Grand Jury this year.

 6   MR. TURNER:  Well, it's better than nothing, I guess.

 7   MS. DAHL:  I guess.  But because I had been around so many

 8       people, I decided to stick around here.

 9   MR. TURNER:  [PHONE CALL] Hey, Petey, can you come on up to

10       the office?  All right.

11   MS. DAHL:  You know, because █████████████████████████████

12       ████████████████████

13   MR. TURNER:  You have to be careful around them, yeah.

14   MS. DAHL:  Yeah.

15   MR. TURNER:  We didn't -- we didn't have -- ███████████ he goes

16       to Florida during the winter, but my ███████████ and my

17       ████████████   ████████████████████ so there's two stops on

18       Christmas and that kind of thing.

19   MS. DAHL:  Yeah.

20   MR. TURNER:  But we didn't get together on Thanksgiving just

21       because they're trying to be careful.

22   MS. DAHL:  Yeah, it's crazy.  Well, and I've had a heck of a

23       time trying to get my parents to, you know, exercise

24       caution because my dad is firmly in the mind set of, oh,

25       it's just the flu.  I'm sitting here like, ██████████████
```

***CONFIDENTIAL***

29

```
 1
 2
 3                     So trying to get them to, you know,
 4    exercise caution with this has been, like, herding cats.
 5  MR. TURNER:  Yeah.  I'm not sure how serious my dad takes it.
 6    I guess he does, but at the same time, maybe when you get
 7    to be 83 or something you're, like, I'm not doing all of
 8    this stuff, you know.
 9  MS. DAHL:  That's how one of our judges is.              up
10    until recently was holding, you know, in-person hearings.
11    And              was born -- I'm pretty sure born
12
13  MR. TURNER:  I don't know how much of that is I'm too old to
14    do all of this stuff, if it happens, you know, I'll deal
15    with it.
16  MS. DAHL:  You know, I would probably have the same outlook at
17    that -- if I live to be, like, 95 and a pandemic comes
18    along, I would probably be of the mind set if it takes me,
19    it takes me.
20  MR. TURNER:  Yeah.
21  MS. DAHL:  Hey.
22  MR. PETERS:  Hey, how are you?
23  MS. DAHL:  I'm good.  How are you?
24  MR. PETERS:  All right.
25  MR. TURNER:  Kevin, we were talking about the case and, of
```

***CONFIDENTIAL***

30

```
1    course, I let Kat know that, you know, she can come to me
2    or you if there's any concerns.
3    MR. PETERS:  Okay.
4    MR. TURNER:  She said that the TBI was kind of working a case
5        similar.  I think there were some circumstances similar,
6        but anyway, we'll get to that.  The victim that came and
7        gave us a statement, what was her name?
8    MR. PETERS:  ████████████
9    MR. TURNER:  That's the one that there's some problems with
10       her.
11   MR. PETERS:  Yeah.
12   MS. DAHL:  Yeah.
13   MR. PETERS:  It starts with an ██████ I forget what her --
14       ███████████████████ or something like that.
15   MS. DAHL:  Yeah, yeah.
16   MR. TURNER:  We talked about it, Petey, but maybe you can
17       share with Kat some of the issues with her as far as
18       credibility.
19   MR. PETERS:  Yeah.  Did Toma tell you everything we found off
20       her phone dump?
21   MS. DAHL:  No.
22   MR. PETERS:  Okay.  ██████████████████████████████████
23   ███████████████████████████████████████████████████████
24   MS. DAHL:  Right.
25   MR. PETERS:  ████████████████████████████████████████
```

***CONFIDENTIAL***

31

```
 1
 2
 3
 4
 5
 6
 7
 8   MR. TURNER:  Man, she is narcissistic, isn't she?
 9   MR. PETERS:  Yeah.
10   MS. DAHL:  Yeah.
11   MR. PETERS:  Yeah, very much so.  Of course, then the whole --
12
13   MS. DAHL:  Yeah.
14   MR. PETERS:  ...up there when we can --
15
16
17   MR. TURNER:  Yeah, we've got
18
19   MR. PETERS:  Yeah.
20   MS. DAHL:  Oh, interesting.
21   MR. TURNER:  There's problems.
22   MR. PETERS:  Yeah, we had
23
24
25   MS. DAHL:  Oh, gosh.  Well, she definitely struck me as
```

***CONFIDENTIAL***

32

```
 1      someone that's not well.

 2  MR. PETERS:  No, she's not well at all.

 3  MS. DAHL:  So, well...

 4  MR. TURNER:  And, you know, I told you what you told me,

 5      Kevin, we can do -- you know, we can look at him two ways,

 6      charge him and try to work back from the -- from the

 7      ammunition charge, or cameras, surveillance, traffic

 8      stops, whatever, try to get somebody that knows him...

 9  MR. PETERS:  Yeah.

10  MR. TURNER:  ...to see if anything comes from that.

11  MR. PETERS:  Well, I mean, either way, if we go ahead and do

12      the charges on him for the ammo, we're still going to do

13      the cameras.  We're still going to put up the pole cams

14      down there to see what we can get.  We'll still stop

15      people leaving from down there to see if we can...

16  MS. DAHL:  Right.

17  MR. PETERS:  ...find anything like that.

18  MS. DAHL:  Right.

19  MR. TURNER:  We had a subpoena last week on his phone records?

20  MR. PETERS:  Well, the subpoena was to make sure that

21

22

23

24              Toma is doing that for

25
```

***CONFIDENTIAL***

33

```
 1  MS. DAHL:  Yeah.

 2  MR. PETERS:  So we are doing that.  And, you know, I

 3       personally -- and I don't know everything, that's for darn

 4       sure, but the only thing -- the only way I can see us

 5       working this case from this point on is probably the drug

 6       angle.

 7  MS. DAHL:  Right.

 8  MR. PETERS:  And hopefully if we do get him on something like

 9       that, then it will free up some girls coming forward.

10  MS. DAHL:  Right.

11  MR. PETERS:  But unfortunately, I just don't see this girl...

12  MR. TURNER:  I don't -- I don't think he sells to anybody

13       unless it's somebody he knows.

14  MR. PETERS:  Yeah.

15  MR. TURNER:  I think that he's a drug user and he probably

16       gives drugs to people who are partying with him...

17  MS. DAHL:  Right.

18  MR. TURNER:  ...and he uses, you know, more than he does

19       anything to sell.  And he may -- if you -- Kevin and I

20       have been friends for 30 years.  So, Kevin, hey, I need

21       some mar' -- you know, some coke or something.  Yeah, I'll

22       sell it to you, you know.

23  MS. DAHL:  Right.

24  MR. PETERS:  Yeah.

25  MR. TURNER:  I'll give you a good deal on it because you're my
```

***CONFIDENTIAL***

34

```
 1        friend.  I think that may be it, but I don't think he's
 2        out selling drugs to make money, do you?
 3   MR. PETERS:  No.  Well, no.  I don't think that's his main
 4        source of income.  Now, it may be.  I don't know what all
 5        he's involved in.
 6   MR. TURNER:  Yeah, who knows.
 7   MR. PETERS:  The problem we're going to have with him is he's
 8        a little bit tech savvy.
 9   MS. DAHL:  Yeah.
10   MR. PETERS:  Because when we had
11
12
13   MS. DAHL:  Right.
14   MR. PETERS:  And so I'm sure he's done it with that computer,
15        too.  And that computer is a whole 'nother issue that we
16        really don't have any reason to get a subpoena or anything
17        for it because it's don't pertain to the case and it was
18        in our custody when this incident happened.
19   MS. DAHL:  Right.
20   MR. PETERS:  I don't think we could get -- be able to even get
21        a search warrant on it at this point.
22   MS. DAHL:  I mean, the likelihood of anything being on the
23        hard drive?  Because if anything is on the hard drive, he
24        wouldn't be able to wipe that remotely.
25   MR. PETERS:  I don't know if he would be able to or not.
```

***CONFIDENTIAL***

35

```
 1      Again, I'm not that tech savvy.  Evidently he's a lot more
 2      tech savvy than I am, so...
 3  MS. DAHL:  Right.  Because if it's -- if it's stored on the
 4      cloud, he would be able to wipe it remotely.
 5  MR. PETERS:  Yeah.
 6  MS. DAHL:  But if it's saved to the hard drive of the
 7      computer, then there would be, you know, photos or
 8      something, you know, of that nature on there.
 9  MR. TURNER:  If he's as narcissistic as he seems to be, he
10      probably thinks nothing is going to happen to him now or
11      it already would have with this girl.  I don't think he's
12      going to...
13  MR. PETERS:  Yeah.  I mean, I can't believe he's not even come
14      down here and asked for that computer yet because we've
15      had it for a while now evidently, so...
16  MS. DAHL:  Well, and I just, you know, wonder about -- you
17      know, because I kind of told Chief Turner about my
18      concerns about whether or not this would be the type of
19      individual to have, like, child porn on his computer just
20      based on like...
21  MR. PETERS:  I don't know.
22  MS. DAHL:  ...the baby doll and stuff like that.
23  MR. PETERS:  Yeah.
24  MS. DAHL:  Or even just photos of firearms.  He seems like the
25      type of peacock that would take pictures of firearms, or
```

***CONFIDENTIAL***

36

1   drugs, or cash, and all of the things that, you know, go
2   along with being a, you know...
3   MR. TURNER: Scumbag.
4   MS. DAHL: Yeah.
5   MR. PETERS: He may very well have that. I mean, yeah, that
6   would be great if we could get it. If somebody can find
7   the nexus for us to get the search warrant for the
8   computer, hey, I'm more than willing to do it.
9   MS. DAHL: Yeah, yeah. Well, I mean, we have the ammunition.
10  You know, I guess, yes, it would be a little bit stale
11  with a couple of months having gone by, but you could make
12  the argument that, well, if the photos are there, they're
13  still going to be there.
14  MR. PETERS: Uh-huh (Affirmative).
15  MS. DAHL: You know, the issue with something being stale is
16  what is the likelihood that it's going to be there when
17  we've got the computer. And if it's on the hard drive,
18  then it's there. You've got the ammunition that was in
19  his safe, and you've got -- you know he had cameras and,
20  you know, SIM cards, and things like that. You know,
21  making the argument that you're looking for photos of
22  firearms might be one to make. And then whatever else you
23  find on there is fair game.
24  MR. PETERS: Well, we can -- I mean, you tell us how to write
25  it up, we'll write it up.

***CONFIDENTIAL***

37

```
 1    MS. DAHL:  Okay.

 2    MR. PETERS:  I have no problems going after him.

 3    MS. DAHL:  Okay.  Yeah, you know, I would really like to --

 4         and who knows, maybe it's one of these that you strike out

 5         on and there's nothing on his computer, but to me that

 6         seems like one of the most, you know, low risk

 7         possibilities.  Because if you gamble on a search warrant

 8         for his house and there's nothing there, then you've kind

 9         of missed your shot.

10    MR. PETERS:  Uh-huh (Affirmative).

11    MS. DAHL:  But if nothing is on the computer, well, then no

12         harm, no foul.  But if something is on the computer, then

13         that could then kick the door open for an in-person search

14         warrant.

15    MR. TURNER:  You know, the problem with him, he's got that

16         garage, then he's got his house over here.

17    MR. PETERS:  Yeah.

18    MR. TURNER:  Drugs could be in either one, guns could be in

19         either one.

20    MR. PETERS:  Well, we think the guns are probably -- well, the

21         guns are probably both places, but we think the majority

22         of them are in the garage because that's what she said.

23    MS. DAHL:  Right.

24    MR. PETERS:  The guy came in and they took him back there and

25         showed him, you know.  I don't know.  I can't see them
```

***CONFIDENTIAL***

38

```
 1        laying out.  They would have to be in a safe or something
 2        because they could get broke in -- a garage can get broke
 3        into real easy.  And I find it hard to believe he's just
 4        -- because evidently what she said, this guy just walked
 5        in off the street and they're showing these guys the guns.
 6        Would you go grab somebody walking down the middle of the
 7        street and say come on in my house, I'm going to show you
 8        my guns?
 9   MR. TURNER:  And the thing about it is, you don't know who was
10        with him.  It could be me, Kevin, two or three other
11        people and they would say, well hell, those are my guns,
12        those aren't his guns.
13   MR. PETERS:  Yeah.
14   MS. DAHL:  Right.
15   MR. TURNER:  You know, that kind of thing.  So I doubt if he's
16        by himself a lot.  He's probably got friends he hangs out
17        with.
18   MR. PETERS:  Yeah, yeah, there's definitely friends.
19   MR. TURNER:  There's two or three.
20   MR. PETERS:  I mean, that ████ is always around him or seems
21        to be.
22   MS. DAHL:  Right, right.  Well, one of the things that I was
23        telling Chief Turner about is this idea of trying to get
24        in through this Federal date rape statute in that if he is
25        drugging people, you know, that's -- I don't think it's
```

***CONFIDENTIAL***

39

1    the strongest statute as far as prosecuting or charging

2    him with it, but using it as an avenue to get a search

3    warrant might be something to explore. But I think it

4    depends on, you know, they did the toxicology of ▮▮▮▮

5    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ They said that they drew the

6    blood of this latest girl. Depending on how that comes

7    back, there might be enough for a search warrant in that

8    way, too.

9  MR. PETERS: Okay.

10  MS. DAHL: But I would have to see, you know, what comes back

11    on the search warrants.

12  MR. PETERS: But if we did a search warrant on that -- and

13    this is just me asking. I'm not arguing.

14  MS. DAHL: Yeah.

15  MR. PETERS: If we -- the guns wouldn't fall in the scope of

16    the search warrant as far as getting into the safe and

17    stuff, right?

18  MS. DAHL: Well, unless you did a search warrant for any safes

19    looking for date rape drugs, depending on where he keeps

20    them. It's -- this thing is hardly ever used, this

21    statute.

22  MR. PETERS: Yeah.

23  MS. DAHL: So trying to figure -- like, trying to do any

24    research on this has been short of -- has been extremely

25    difficult because it is -- when I say it's hardly used, I

***CONFIDENTIAL***

40

```
 1    really mean it's hardly used.  Like, there were a total of
 2    four cases that pop up nationwide that have used this.
 3    And I don't think I would be comfortable, unless the
 4    evidence became, you know, overwhelmingly clear cut,
 5    actually charging him with this statute, but using it as
 6    an avenue to get in might be something.  But as far as,
 7    you know, precedent for something like that, there is not
 8    a lot of precedent.  This would be kind of some what we
 9    used to term back in one of our -- one of the immigration
10    clinics, creative lawyering.  So...
11 MR. TURNER:  You know, Kat, it's our job to walk up to the
12    line.  I mean, honestly, it's our job to push the envelope
13    as far as we can.
14 MS. DAHL:  Yeah.
15 MR. TURNER:  Because the defense does the same, don't they,
16    and that's kind of -- doesn't that equal the balance?
17 MS. DAHL:  Yeah.
18 MR. TURNER:  I mean, if we don't push the line, then sometimes
19    the courts can't tell us...
20 MS. DAHL:  Right.
21 MR. TURNER:  ...you stepped over the line.
22 MS. DAHL:  Well, and, you know, maybe you break new ground and
23    pave the way...
24 MR. TURNER:  There you go.
25 MS. DAHL:  ...for this to be used more often.
```

***CONFIDENTIAL***

41

1    MR. TURNER: So who knows.  It's -- everything is on the table

2         right now.

3    MS. DAHL: Right.

4    MR. TURNER: Petey, what do you want to -- do you want to look

5         at getting some cameras up and see if that pans out here

6         in the next week or two?

7    MR. PETERS: Yeah.  John, he looked at the cameras today to

8         get the SIM card for them.  That's the only thing holding

9         us up on them.  We've got the cameras in, we've just got

10        to get the SIM cards so we'll have the internet to run

11        them off of.  And he said that once he knows which SIM

12        cards to order, he said they'll send them overnight.  So

13        the next issue is just going to be finding a place to put

14        them down there.  The housing that we have in these pole

15        cams are different than the housing we had in the other

16        ones.  These don't look like something that goes up on a

17        transformer as much as maybe on the side of a building.

18        So we're just going to have to scout a good location, and

19        I'll get SI -- SIS started on scouting locations and maybe

20        putting cameras up down there.  Because I figure we just

21        -- if we've got them both, we might as well just put one

22        on his place and put the rest of them -- put the other one

23        down there somewhere that we can see Capone's and Numan's

24        where we're having these issues.

25   MR. TURNER: His residence is on the fifth floor, so we're not

***CONFIDENTIAL***

42

Case 2:22-cr-00002-KJM Document 66-1 Filed 05/16/24 Page 42 of 100 Page ID #:
Page ID 9350

1    going to get anything on that building.

2    MR. PETERS: Yeah, we won't -- no.

3    MR. TURNER: So it's basically on the garage.

4    MR. PETERS: The garage. And like I said, that's where the

5        girl said the guns were, and that's where they're spending

6        a lot of time on Friday and Saturday nights in that

7        garage.

8    MS. DAHL: Yeah.

9    MR. PETERS: So if there's going to be any drugs or anything

10       like that, I'm sure that's where it's going to take place

11       is in that garage because he flings open those glass doors

12       and people just kind of seem to mill or come over from

13       Tipton Street and everything. So -- and I think that's

14       where he's luring some of these girls in and everything.

15   MS. DAHL: Yeah. Well, and, I mean, this was several weeks

16       ago, but I was coming back from The Label and I noticed --

17       I think it was          if he's...

18   MR. TURNER: We needed to know that, Kat was at The Label.

19       What day was that?

20   MS. DAHL: There was this guy, like, he was sketchy looking.

21       I mean, that's the best way to describe him. He was kind

22       of dark complexion, dark hair, and, you know, he made me

23       sit up and take notice because he just looked like he was

24       trying to be incognito, but doing a really poor job at it.

25       And he went into that place. And I think when I described

***CONFIDENTIAL***

43

Case 2:23-cv-00002-KAC-JEM Document 66-1 Filed 07/16/24 Page 43 of 100 PageID #: 9351

```
 1     him to I think it was Will, he said, yeah, that's ████
 2     And, you know, he was going in and out of the garage,
 3     so...
 4  MR. PETERS: ████ seems to have free range over there, so...
 5  MS. DAHL: Yeah, yeah, yeah. It's -- it's a weird crew over
 6     there.
 7  MR. PETERS: Yeah, it definitely is, but I think, you know,
 8     right now, I mean, I just -- the only way I can see
 9     working this case is working backwards to forwards or work
10     the drug angle, I mean.
11  MS. DAHL: Yeah. My only concern is, well, if I charge him
12     with the ammo, he's going to get out.
13  MR. PETERS: Yeah.
14  MS. DAHL: You know, even in Federal court, he's going to get
15     out on bond. He doesn't have enough of a significant
16     criminal history for...
17  MR. TURNER: And he's got the money to make bond.
18  MR. PETERS: Oh, yeah.
19  MS. DAHL: Yeah, right. And he's going to get some fancy
20     lawyer. He's not going to get, you know, FDS. And
21     especially with COVID going on, it would be a real tough
22     uphill battle keeping him in custody with what we have.
23     And so I would be concerned that if I charge him now, he's
24     going to get spooked and you're not going to get anything.
25  MR. TURNER: Let's see what we get from the cameras then.
```

***CONFIDENTIAL***

44

```
 1    MR. PETERS:  Yeah.  I mean, I'm fine with that.

 2    MS. DAHL:  Okay.  And can you see what you can get on the

 3         toxicology, and the computer, and the cameras and see if

 4         we can start the process for a search warrant on the

 5         computer and the cameras that they've got?

 6    MR. PETERS:  Well, now, I will tell you with toxicology, we're

 7         going to probably be a while on that...

 8    MS. DAHL:  Really?

 9    MR. PETERS:  ...with TBI turnaround, yeah.

10    MS. DAHL:  Okay.

11    MR. PETERS:  Yeah.  We're probably looking at months.

12    MR. TURNER:  Weeks, yeah.

13    MS. DAHL:  Oh, wow.

14    MR. PETERS:  Yeah.  That's not going to be -- I mean, because

15         we would have to -- I mean, I can see if somebody from the

16         DA's office will do a letter for us to expedite it, but...

17    MR. TURNER:  Even then you're weeks probably.

18    MR. PETERS:  Yeah.

19    MS. DAHL:  Wow.

20    MR. TURNER:  By weeks, I mean 10 to 12.

21    MR. PETERS:  Yeah.

22    MS. DAHL:  Oh, Lord.  Well, what about the cameras and the

23         computer, starting the process on a search warrant for

24         those?

25    MR. PETERS:  The computer, I understand.  The cameras?
```

***CONFIDENTIAL***

45

```
 1   MS. DAHL:  Toma told me he had -- like they had confiscated,
 2        like, the SIM cards for...
 3   MR. PETERS:  Okay.  Okay, yeah, we have SIM cards.
 4   MS. DAHL:  Yeah.
 5   MR. PETERS:  Yeah.  We don't have no cameras, but we've got
 6        SIM cards.
 7   MS. DAHL:  Yeah.  So the computer and the SIM cards, trying to
 8        get a search warrant for anything off of there, that might
 9        be...
10   MR. PETERS:  Well, why don't we do this then.  Why don't we
11        get you and Toma together...
12   MS. DAHL:  Okay.
13   MR. PETERS:  ...and you can help him with wording that.
14   MS. DAHL:  Okay, yeah.
15   MR. PETERS:  Because whichever way is best to word it and
16        everything.
17   MS. DAHL:  Yeah.
18   MR. PETERS:  And then we'll go from there.
19   MS. DAHL:  Okay, yeah, absolutely.
20   MR. PETERS:  And we'll see.
21   MS. DAHL:  You know, if we strike out on the computer, then we
22        strike out on the computer, but there's no -- you know, we
23        don't spook him or...
24   MR. PETERS:  Uh-huh (Affirmative).
25   MS. DAHL:  ...blow anything up to where he would, you know,
```

***CONFIDENTIAL***

46

```
 1        stop doing -- we wouldn't get anything off of it, so...

 2    MR. PETERS:  Now, the SIM cards will be pretty easy, but now,

 3        the computer itself, we'll have to send it off to see if

 4        we can get ████████ to -- he's not doing any of that

 5        anymore, but he can get it maybe hurried for us.

 6    MS. DAHL:  Okay.

 7    MR. TURNER:  Somebody with the FBI?

 8    MR. PETERS:  Yeah.

 9    MS. DAHL:  Well, and I was telling -- because I was doing a

10        little bit of research on it, I was telling Chief Turner

11        how the reason the baby doll thing concerns me is that

12        it's actually kind of a theme in serial offenders.  It has

13        popped up in several serial killers, several serial

14        rapists that have been found with dolls in their

15        possession as, you know, I guess a way for them to kind of

16        act out their issues, to put it mildly.  But it's actually

17        something that's a pretty established theme...

18    MR. PETERS:  Uh-huh (Affirmative).

19    MS. DAHL:  ...in some of these cases.  Like even BTK had --

20        was found with a doll in his possession.  So that just

21        makes me wonder, well, and the testimony that -- that was

22        the other thing.  And who knows if this -- there are

23        definitely credibility issues with this latest girl, but

24        one of the things that she mentioned was -- and I think

25        someone else mentioned this as well, is that I guess he
```

***CONFIDENTIAL***

47

Case 2:22-cv-00027-KJM-EN Document 66-1 Filed 07/16/24 Page 47 of 100 Page ID #: 9355

```
 1       struggles to have sex, and that's also a pretty common
 2       theme with serial offenders is that, you know, they --
 3       they struggle to perform in some way, so that kind of made
 4       me pause as well.
 5   MR. PETERS:  Now, this girl is the first one we've had -- of
 6       course, we've only had two reports filed, but this one --
 7       well, three reports filed.  But this girl, she's the only
 8       one that has said anything about that.  She just said he
 9       had done so much drugs.  Now, the other ones reported that
10       he raped them, so...
11   MS. DAHL:  Yeah.
12   MR. TURNER:  But didn't we have a cooperation problem with
13       some of the other ones?
14   MR. PETERS:  Oh, yeah.  They -- they wouldn't return our phone
15       calls, yeah.  That's why I'm saying if we work it
16       backwards and we get him to where we can get him on drugs,
17       or the guns, or something like that, then these girls may
18       come back knowing he's going to go away for that for a
19       while and be willing to cooperate to where we can do
20       something.
21   MS. DAHL:  Yeah, yeah.
22   MR. TURNER:  Yeah, they may be scared to cooperate while he's
23       out.
24   MR. PETERS:  Yeah.
25   MS. DAHL:  Right, right.  Well, he does have guns so, you
```

***CONFIDENTIAL***

48

```
 1    know.
 2    MR. PETERS:  And in that sense, you know, we can work it
 3         backwards and maybe get all the rapes on him, just
 4         depending.
 5    MS. DAHL:  Okay, yeah.  Sounds good.  Well, yeah, I will -- I
 6         will get in touch with Toma this week and help him with
 7         the wording on it.
 8    MR. PETERS:  Okay.
 9    MS. DAHL:  I'm sure there's some -- I'll ask Tom, too, if he
10         has any experience with specifically searching a computer
11         for photos of firearms and if there's any, you know,
12         language that could be tailored to that specific situation
13         that we could use.
14    MR. TURNER:  And Kat, while you're here, I want to give you
15         your Christmas present.
16    MS. DAHL:  Thank you.
17    MR. TURNER:  You're welcome.  If you'll -- you can go ahead
18         and open it, if you like.
19    MS. DAHL:  Okay.
20    MR. TURNER:  If you'll ignore the Morris Baker Funeral Home
21         and Cremation on the side of it.
22    MS. DAHL:  Oh.
23    MR. TURNER:  That really shows, you know, that we care here at
24         the department.  And here, let me...
25    MS. DAHL:  Oh.
```

***CONFIDENTIAL***

49

```
 1   MR. TURNER:  You know, you may want to leave it in your car
 2        because it does have the handy dandy flashlight thing on
 3        there in case you need it.
 4   MS. DAHL:  Oh, okay.  Wonderful.  Well, you know, that will be
 5        helpful, too, for...
 6   MR. TURNER:  That's the gift that keeps on giving.
 7   MR. PETERS:  We look forward to those every year.
 8   MS. DAHL:  Yeah.
 9   MR. TURNER:  Yeah.
10   MS. DAHL:  Well, that will be helpful too if...
11   MR. TURNER:  We meant to have Johnson City Police Department
12        on those, but instead it came out Morris Baker Funeral
13        Home.
14   MS. DAHL:  Well, you know, if we go back to teaching classes
15        over at Walters State in the new year, I can use this to
16        shine in the eyes of anybody that falls asleep.
17   MR. TURNER:  It's a handy stylus, pen, and flashlight.
18   MS. DAHL:  Yeah.  I love it.  I'll use it to -- you know.
19   MR. TURNER:  I know you'll cherish it forever.
20   MS. DAHL:  Yeah.  I'll use it to harass the guys that are
21        falling asleep on me in constitutional law.
22   MR. TURNER:  There you go.
23   MS. DAHL:  Yeah, I love it.  Well, great, it sounds like
24        you've got a plan going.  I'll -- I'll get with him on
25        getting a search warrant together for the computer and the
```

***CONFIDENTIAL***

50

```
 1    SIM cards.

 2    MR. PETERS:  Okay.

 3    MS. DAHL:  That would be the -- that would be the ace in the

 4        hole if he has something on there, you know.  That would

 5        be my dream come true.

 6    MR. TURNER:  So we're going to write the search warrant

 7        looking for evidence of firearms to go with the ammunition

 8        we already have.  Is that...

 9    MS. DAHL:  Yes.  Yeah.  And anything else is just...

10    MR. PETERS:  Gravy.

11    MS. DAHL:  Yeah, yeah.  And, I mean, he's a weirdo.  God knows

12        what's on there, so...

13    MR. PETERS:  Yeah, he's a weirdo.  There ain't no doubt about

14        that.

15    MR. TURNER:  Nothing on social media of him with firearms or

16        anything like that?

17    MS. DAHL:  No.  I did manage to find his Snapchat, and that

18        was one thing that this girl mentioned is that he

19        communicates a lot via -- to these girls via Snapchat

20        because it disappears.

21    MR. PETERS:  Yeah.

22    MS. DAHL:  You know, that makes sense.  So I don't know how

23        much use that would be trying to either set up a dummy

24        Snapchat account or, you know, trying to do a search

25        warrant on his Snapchat, but...
```

***CONFIDENTIAL***

51

```
1   MR. PETERS:  Well, we've tried Snapchat before.  Without a
2       preservation letter as far as them capturing from that
3       moment on, you can't get it.
4   MS. DAHL:  Yeah, yeah.
5   MR. PETERS:  Because, like you said, it just disappears, it's
6       gone.
7   MS. DAHL:  Yeah.
8   MR. PETERS:  And that's -- that's another thing, that's why
9       everybody was using it because there's no trace.
10  MS. DAHL:  He has sig' -- well, and the other thing that I
11      thought was interesting too because -- and this is just me
12      playing around on my phone.  If you put in someone as a
13      contact, it will automatically pop up on different apps,
14      like so and so is also on Snapchat, so and so is also on
15      this.  And it popped up, you know, because I put his
16      number, or what I thought was his number, into my phone
17      and it popped up that he uses Signal, too, so -- which is
18      frustrating because even if you did have his phone, it's
19      likely that he uses Signal or Snapchat for any -- what he
20      would, like, deem incriminating, you know, conversations.
21      Signal is encrypted end to end, and you can set text
22      messages to be -- you know, to erase themselves after a
23      mere matter of minutes, so Signal is a pain in the ass.
24  MR. PETERS:  Yeah.  I don't even know what you're talking
25      about, to be honest.
```

***CONFIDENTIAL***

52

| 1 | MR. TURNER: I've never heard of Signal. |
| 2 | MS. DAHL: So the only reason I know about Signal... |
| 3 | MR. PETERS: I told you, we're not tech savvy. |
| 4 | MS. DAHL: So the only reason I know Signal is because it is |
| 5 | the app of choice for people -- you know, Hill staffers |
| 6 | or, you know, government staffers in Washington to leak |
| 7 | stuff to the press. |
| 8 | MR. PETERS: Oh, okay. |
| 9 | MS. DAHL: That is the thing. |
| 10 | MR. TURNER: I don't even have a Facebook account, so you're |
| 11 | talking to the wrong person here. Petey is more advanced |
| 12 | than I am. |
| 13 | MR. PETERS: I'm not very advanced. |
| 14 | MS. DAHL: Well, Signal, in terms of discovery, is a giant |
| 15 | pain because it's basically a text messaging app, but it's |
| 16 | encrypted end to end, which means that getting anything |
| 17 | from Signal itself would probably be just as difficult as |
| 18 | getting something from Apple, if not more. And the other |
| 19 | thing is that there are settings on Signal where you can |
| 20 | set the text messages to disappear after a minute, after |
| 21 | five minutes, after a day, after, you know, a week. And |
| 22 | depending on the setting that you have, it just self |
| 23 | destructs after, you know, the set amount of time. So if |
| 24 | he's got a Signal app where he's texting about drugs or |
| 25 | whatever that's set to destruct after every five minutes, |

***CONFIDENTIAL***

53

1   even if you get a search warrant and they preserve

2   everything, there's likely not to even be anything there.

3   So and all of that to say, if he's got Signal, he's

4   definitely into some, you know, shady stuff. And getting

5   any text messages off of his phone would probably be an

6   exercise in futility anyway, so...

7   MR. TURNER: You don't remember Mission Impossible. You're

8       too young for Mission Impossible.

9   MS. DAHL: I do. Well, I have seen it. It's been a while.

10  MR. PETERS: Self destruct.

11  MR. TURNER: You know, the tape recorder thing that starts

12      going up in smoke.

13  MS. DAHL: Yeah, yeah. Basically that, but text messaging,

14      so...

15  MR. PETERS: It sounds like we may have to work this the old

16      fashioned way.

17  MR. TURNER: Yeah.

18  MS. DAHL: Yeah, yeah, exactly. But who knows, maybe he has

19      something on the hard drive of his computer or his SIM

20      cards.

21  MR. PETERS: Let's hope.

22  MS. DAHL: That would be ideal.

23  MR. PETERS: Lord, I hope he does.

24  MR. TURNER: You know, why do you need a social media account

25      that erases itself? It's either you're going to use it

***CONFIDENTIAL***

54

```
 1      for criminal activity or you're going to cheat on your
 2      spouse or something.
 3   MR. PETERS:  Yeah.
 4   MR. TURNER:  It's one of the two, otherwise who needs it?
 5   MS. DAHL:  Or kids misbehaving, you know, teenagers that don't
 6      want mom and dad to see, that's the other, I think.
 7   MR. TURNER:  Yeah, I guess.  But none of those are good
 8      reasons to have it, so...
 9   MS. DAHL:  Yeah, yeah.
10   MR. PETERS:  No.
11   MS. DAHL:  Exactly.
12   MR. TURNER:  All right, Kat...
13   MR. PETERS:  That's the first time I had heard of Signal,
14      so...
15   MS. DAHL:  Yeah.
16   MR. TURNER:  What day was it you were at The Label?  What time
17      did you leave?
18   MS. DAHL:  Let's see, this is...
19   MR. TURNER:  Kevin, have you got any questions you want to
20      ask?
21   MR. PETERS:  And who was you there with, and did you go over
22      to the garage on Buffalo Street?
23   MS. DAHL:  Yeah.  This was a couple of weeks ago.
24   MR. TURNER:  Did you send any Snapchats, or posts, or
25      messages, or...
```

***CONFIDENTIAL***

55

```
 1   MS. DAHL:  I'm too old for Snapchat.

 2   MR. TURNER:  I guess I'm too old for a lot of things, Facebook

 3       included.

 4   MS. DAHL:  I hardly ever use Facebook anymore, but -- I'm just

 5       kind of over it.  I'm over all of the social media, to be

 6       honest.

 7   MR. TURNER:  Well, we can see what comes up from the garage

 8       then if we get those cameras up.

 9   MS. DAHL:  Yeah.

10   MR. TURNER:  Or we can just do good old fashioned surveillance

11       on it and stop a few.

12   MR. PETERS:  I think we'll have the cameras up by next week,

13       no problem.  I mean, that's definitely no problem.

14       Hopefully they can maybe even get them up this week, but

15       by next week for sure we'll have them up.

16   MS. DAHL:  Okay, cool.  I was looking...

17   MR. PETERS:  Unless we run into a problem with the SIM cards.

18   MS. DAHL:  I was looking at the -- you know, because they've

19       got those lofts downtown.  I thought, well, you could just

20       do an old fashioned window style, find someone with a

21       loft.

22   MR. PETERS:  Does [INAUDIBLE] live down there?

23   MR. TURNER:  I don't know.  He wouldn't let us in.  He

24       probably goes over there.

25   MR. PETERS:  Yeah, he probably does.
```

***CONFIDENTIAL***

56

```
 1   MS. DAHL:  Find someone that's willing to let you sit in their
 2        living room with a pair of binoculars.
 3   MR. PETERS:  Yeah.
 4   MR. TURNER:  I do know ████████████ who has got one up there
 5        on ██████████████ Do you remember seeing that article in
 6        the paper about the ██████████ Well, it's...
 7   MR. PETERS:  Yeah.
 8   MR. TURNER:  It's on ████████████ isn't it?
 9   MR. PETERS:  The ████████████
10   MR. TURNER:  No, his -- his apartment there.
11   MR. PETERS:  Oh, I don't know.
12   MS. DAHL:  Oh, is this the guy with, like, ████████████
13   ████████████████████████████████████████████
14   ████████████████████████████████████████████
15   MR. TURNER:  Uh-huh (Affirmative).
16   MS. DAHL:  I remember that ██████████
17   MR. PETERS:  No, that --
18   ██████████
19   MR. TURNER:  Is that the building he's in?
20   MR. PETERS:  ████████████████████████████████
21   ████████████████████████
22   MS. DAHL:  ██████
23   MR. TURNER:  ██████
24   MR. PETERS:  ████████████████████████████
25   ██████████
```

***CONFIDENTIAL***

57

```
 1   MS. DAHL:  I saw that ████████
 2   MR. PETERS:  Yeah, so he would be ████████████████████
 3   MS. DAHL:  Oh, man.
 4   MR. TURNER:  I wonder if he knows Williams.
 5   MR. PETERS:  I don't know.  I don't know.
 6   MS. DAHL:  Yeah.  I remember thinking -- because doesn't he
 7        ████████████████  that's downtown, too?
 8   MR. PETERS:  I don't know.
 9   MS. DAHL:  I thought that was the connection.  I might be
10        wrong.
11   MR. TURNER: ████████████████████████████████████
12        ████████████████████████████████████████
13   MS. DAHL:  Oh.  Well, there is a ████████████████  and I
14        remember being disappointed ████████████████████████
15        ████████████████████████████████  and I got them
16        confused when we went.
17   MR. TURNER:  Kat...
18   MR. PETERS:  Are you seeing -- are you seeing a pattern here?
19   MR. TURNER:  ...when were you at the ████████ downtown?
20   MS. DAHL:  Okay.  Well, this was with ██████  She's, you know,
21        a defense attorney, and we were talking work.
22   MR. PETERS:  I am seeing a pattern.
23   MR. TURNER:  Are there any...
24   MR. PETERS:  What about that new rooftop bar down there?  Have
25        you been to it?
```

***CONFIDENTIAL***

58

```
 1   MS. DAHL: I have not, but one of my coworkers has.

 2   MR. TURNER: Are there any -- are any of the bars...

 3   MR. PETERS: I was just wondering what it was like.  I have

 4       heard some rumors.

 5   MR. TURNER: Are any of the bars you're frequenting down

 6       there, Kat, █████████████████████

 7   MS. DAHL: Oh, no.  That's -- that's what's coming.

 8   MR. TURNER: Okay.  Well, let's go at him that way and let's

 9       see what happens.

10   MS. DAHL: Okay.  Good deal.

11   MR. TURNER: Like you said, we've always got the ammunition to

12       fall back on if you can't get him with nothing else.

13   MS. DAHL: Yeah.

14   MR. PETERS: Yeah.

15   MR. TURNER: If that's all we've got, that's all we've got.

16   MS. DAHL: Right.  I would like to see him go away for 20 or

17       30 though.  That would be nice.

18   MR. PETERS: Well, I would, too.  And I guess if we got him on

19       the ammo and even just got him on Federal probation, if

20       he's using drugs he can piss hot at some point in time,

21       so...

22   MS. DAHL: That's true.  That is very true.

23   MR. TURNER: It would be nice.  What does putting a gun on him

24       do?

25   MS. DAHL: Probably with his, it would depend on what kind of
```

***CONFIDENTIAL***

59

```
 1    gun, how many guns, whether the guns were found with any
 2    drugs.
 3    MR. TURNER:  Let's just say it's guns.  What's that going to
 4        do for us?
 5    MS. DAHL:  Possibly push it to seven or eight, just off the
 6        top of my head.
 7    MR. PETERS:  We'll never have to worry with him.
 8    MR. TURNER:  I won't.
 9    MR. PETERS:  I won't either.  That's what I'm saying.
10    MR. TURNER:  Unless he runs over me downtown while I'm walking
11        or something.
12    MS. DAHL:  Yeah, I thought his car was, like, a Lamborghini,
13        or a Ferrari, or something.
14    MR. TURNER:  It's not.
15    MR. PETERS:  It's a kit car.
16    MR. TURNER:  It's a kit car.
17    MS. DAHL:  Yeah.
18    MR. PETERS:  Yeah, he thinks it's a Lotus, but it's a kit car.
19    MR. TURNER:  It's not even a real Lotus.  He's just saying
20        that.
21    MS. DAHL:  That's really funny to me.
22    MR. PETERS:  He paid 45,000 for it.  They've got the bill of
23        sale or seen a picture of the bill of sale anyway.
24    MS. DAHL:  More than mine is worth.  Yeah, he had me fooled.
25        I'm apparently not a car person because I thought it was
```

***CONFIDENTIAL***

60

Case 2:23-cv-00002-KJM-JEN   Document 66-1   Filed 06/20/14   Page 60 of 100   Page ID #:
Page ID 9368

1    something fancy.

2    MR. TURNER: Well, I'm sure it's lots of fun, but it's not a

3    real Lotus. He's an idiot.

4    MS. DAHL: Yeah.

5    MR. PETERS: Yeah, he is. I'll give you that. He needs to go

6    back to North Carolina or somewhere.

7    MS. DAHL: Yeah.

8    MR. PETERS: He can be their problem.

9    MR. TURNER: He's been here too long. So when the garage door

10    is open...

11    MR. PETERS: He's invested in downtown.

12    MR. TURNER: Yeah. When the garage door is open, the traffic

13    starts, huh?

14    MS. DAHL: He's got that, like, swing of his in there. That

15    was something that they mentioned, one of the girls.

16    MR. PETERS: Yeah, and that's -- she mentioned that and said

17    -- in the text messages where she sent the other girl

18    down there. She said get her on that swing, she'll like

19    that.

20    MS. DAHL: Yeah. Talk about a cast of weirdos, that's all I

21    can say.

22    MR. TURNER: All right, Petey. I'm going to go ride a bicycle

23    like I said I was going to.

24    MR. PETERS: I find that hard to believe.

25    MR. TURNER: What?

***CONFIDENTIAL***

61

```
1    MR. PETERS:  I thought Matt was going to stay and ride with
2       you.  You do know where they went, right?
3    MR. TURNER:  They went to get ice cream.
4    MR. PETERS:  Yeah.
5    MR. TURNER:  Frozen yogurt.
6    MR. PETERS:  I tried to bribe him this afternoon with powdered
7       doughnuts.  He said, I'm on a diet.  I said, bull crap,
8       you went and got ice cream last week.  He said, well, we
9       actually went and got it again today, too.
10   MR. TURNER:  Debbie fell right in there with him.
11   MR. PETERS:  He's so full of shit.
12   MS. DAHL:  Goodness.  Well...
13   MR. TURNER:  When does Toma -- is he off Friday or...
14   MR. PETERS:  Yeah, he's off Friday.  He'll be here tomorrow
15       and Thursday.
16   MS. DAHL:  Okay, great.
17   MR. TURNER:  And he'll come in next week.
18   MR. PETERS:  Monday through Thursday next week.
19   MS. DAHL:  Great.  I will get with him and then we'll figure
20       out how best to do the search warrant.
21   MR. PETERS:  Sounds good to me.
22   MS. DAHL:  Cool.  Good deal.  I appreciate it.
23   MR. TURNER:  Enjoy that pen.
24   MR. PETERS:  You might want to go out this door because she
25       locks this one up, I think.
```

***CONFIDENTIAL***

62

Case 2:23-cr-00002-KJM Document 66-1 Filed 06/14/24 Page 62 of 100 Page ID #: 9370

1  MR. TURNER: Enjoy that pen, Kat.  I hope you get a lot of
2     good use out of it.
3  MS. DAHL:  Oh, yes.  I will cherish it.  Thanks, guys.
                    THIS CONCLUDES THE TRANSCRIPT OF
                 RECORDING 1105 - DAHL/TURNER/PETERS
                            ******

***CONFIDENTIAL***

# C E R T I F I C A T E

I, Rebecca Overbey, Licensed Court Reporter in and for
the State of Tennessee, do hereby certify that the
foregoing is a true and complete

### TRANSCRIPT OF DAHL RECORDINGS

the same transcribed to the best of my ability and
understanding at the request of counsel from recordings
given to me.  I, Rebecca Overbey, was not present, nor did
I have an agent present for these conversations.

WITNESS my hand and official seal at my office in
Kingsport, (Sullivan County) Tennessee on this the 23rd day
of January, 2023.

Rebecca Overbey
LICENSED COURT REPORTER
State of Tennessee
LCR #078

My License Expires:

___June 30, 2024___

***CERTIFIED ONLY IF AFFIXED SEAL IS GREEN***

Case 2:23-cv-00071-KAC-JEM Document 66-1 Filed 06/10/24 Page 64 of 100 PageID #: 9372

**MAY 19, 2021 DAHL SECRET RECORDING**

RE:  DAHL v. CHIEF KARL TURNER
and CITY OF JOHNSON CITY

# DAHL RECORDINGS

## *CONFIDENTIAL*

*COURT REPORTING AND VIDEO SERVICES*

P. O. Box 7481
Kingsport, TN  37664

TELEPHONE:  (423) 230-8000
REBECCA@COURTREP.NET

1    ***RECORDING 1108 - DAHL/CHIEF KARL TURNER/KEVIN PETERS***

2    MS. DAHL:  Hi, I'm here to see Chief Turner.  I'm the SAUSA.

3    UNKNOWN FEMALE:  Okay.  Just give me your temperature and you

4        can come in.

5    MS. DAHL:  Okay.

6    UNKNOWN FEMALE:  Thank you, darling.

7    MS. DAHL:  Thank you.  Hey.

8    UNKNOWN FEMALE:  Hello.

9    MS. DAHL:  I'm here to see Chief Turner.

10   UNKNOWN FEMALE:  Oh, yeah.  Come on in.

11   MS. DAHL:  Thanks.  Hi, there.

12   MR. TURNER:  Hi, Kat, how are you?

13   MS. DAHL:  I'm good.  How are you?

14   MR. TURNER:  I'm fine.

15   MS. DAHL:  Goodness.

16   MR. TURNER:  Vegas, work, vacation.  It's not bad, is it?

17   MR. PETERS:  No, not bad at all.

18   MR. TURNER:  And I needed a vacation.  How about you?

19   MS. DAHL:  Yes, I would.  That's probably at the top of my

20       list of things that I would like right now, especially

21       with some of these upcoming trials.  So, you wanted to

22       talk about some of the case statuses, correct?

23   MR. TURNER:  Yeah.  Kevin, do you have your list or...

24   MR. PETERS:  Yeah, I've got it.

25   MS. DAHL:  Okay.

***CONFIDENTIAL***

98

| | |
|---|---|
| 1 | MR. TURNER: We can try to figure out where we're at. |
| 2 | MR. PETERS: Do you have it? |
| 3 | MS. DAHL: Yeah. |
| 4 | MR. TURNER: [INAUDIBLE] |
| 5 | MS. DAHL: I had -- when I was looking at some of these, on |
| 6 | some of them, because I just had the case number, it was |
| 7 | hard for me to track them down just because it's not how I |
| 8 | store things on my laptop, and so I was having to go back |
| 9 | through, like, files and match up the cases numbers about |
| 10 | what you were asking about, so there's several that I'm |
| 11 | missing. |
| 12 | MR. TURNER: Okay. We can fill in the blanks, I think. |
| 13 | MS. DAHL: Great. |
| 14 | MR. TURNER: How's everything in Greeneville? |
| 15 | MS. DAHL: It's doing great, you know. We're picking back up |
| 16 | finally, so it's starting to... |
| 17 | MR. TURNER: They've had a couple of Federal Grand Juries |
| 18 | haven't they? |
| 19 | MS. DAHL: Yeah. We've had -- we had one in March and one in |
| 20 | April, and then another one -- we've had one since March, |
| 21 | so three now. I've got... |
| 22 | MR. TURNER: And Kat, we can -- did you send this to -- does |
| 23 | Kat have a copy with the names? |
| 24 | MS. DAHL: I have -- yeah, that's the one I brought with me. |
| 25 | MR. PETERS: Not with the names on them, I don't think. |

***CONFIDENTIAL***

99

1    MS. DAHL:   Oh.

2    MR. TURNER:   Yeah.   We can get the names for you.

3    MR. PETERS:   I just put the names on them because I just went

4         through them one day and put the names on them to see who

5         it was.

6    MS. DAHL:   That would -- well, that would be very much

7         appreciated because...

8    MR. PETERS:   Let me go make you a copy then.

9    MS. DAHL:   Great.

10   MR. TURNER:   Two copies.

11   MS. DAHL:   Good, good, good.

12   MR. TURNER:   That will help us streamline things.

13   MS. DAHL:   Yeah.

14   MR. TURNER:   How's Wayne?   I've just talked to him on the

15        phone a couple of times.

16   MS. DAHL:   He's good.   He's doing real well.   I think

17        everybody is kind of relieved to be slowly getting back to

18        normal.

19   MR. TURNER:   And we've got a new U.S. Attorney down there,

20        don't we?

21   MS. DAHL:   No.   We've still got an acting U.S.

22   MR. TURNER:   Do you?

23   MS. DAHL:   Uh-huh (Affirmative).   It's my understanding that

24        historically we haven't had that position filled until

25        about the end of the year.

***CONFIDENTIAL***

100

1    MR. TURNER:  It must take a while.

2    MS. DAHL:  It does.  You know, when I was up in D.C., we were

3        -- they were filling -- you know, granted we work for the

4        State department and whatnot, but -- we work for the State

5        department, but we were filling the empty ambassador

6        positions -- they were probably filling them right up

7        until -- we were trying to fill them up until the last

8        year of the last administration.

9    MR. TURNER:  We hate to see Mr. Overbey go.

10   MS. DAHL:  Right.

11   MR. TURNER:  But I guess that happens.

12   MS. DAHL:  Yep.  Such is the circle of life up there.  Okay.

13       So on the last three down there, Sean Williams, Xavius

14       Williams, and Dakota Shasteen, those have all been

15       indicted.  Cheyenne Lowry on the next page has been

16       indicted.

17   MR. TURNER:  Hang on just a second.  Petey, you've got those

18       grouped together some way there.

19   MR. PETERS:  I don't have that.  I don't know who wrote -- who

20       did that.

21   MR. TURNER:  4774.  Okay.  So the last three are indicted.

22   MS. DAHL:  Uh-huh (Affirmative).

23   MR. PETERS:  Yeah.  I don't know who did that.  I don't know

24       if I did that.  That don't look like mine.

25   MS. DAHL:  Correct.

***CONFIDENTIAL***

101

1   MR. TURNER: And who did you say on the next page? Cheyenne
2   Lowry?

3   MS. DAHL: Cheyenne Lowry and Jonathan Johnson. Those have
4   both been indicted as well.

5   MR. TURNER: Okay.

6   MS. DAHL: And then of the remaining ones, [POTENTIAL CRIMINAL
7   DEFENDANT 1] -- [POTENTIAL CRIMINAL DEFENDANT 1],
8   [POTENTIAL CRIMINAL DEFENDANT 2], [POTENTIAL CRIMINAL
9   DEFENDANT 3], and I think [POTENTIAL CRIMINAL DEFENDANT 4]
10   were kind of, like, on my list of clearing, you know, a
11   backlog. So, like, as far as, you know, prioritizing,
12   those have been kind of, like, on my next round.

13   MR. PETERS: Okay. Say that again. Who?

14   MS. DAHL: So -- well, [POTENTIAL CRIMINAL DEFENDANT 5],
15   [POTENTIAL CRIMINAL DEFENDANT 1], [POTENTIAL CRIMINAL
16   DEFENDANT 2], [POTENTIAL CRIMINAL DEFENDANT 3], and
17   [POTENTIAL CRIMINAL DEFENDANT 4] were all on my list of to
18   go, like, for the next round or next couple of rounds.
19   And as for the rest of them, so they're all on my, like,
20   waiting in the wings list more or less, just because when
21   we were not having Grand Jury, I was really having to
22   fight for slots. And so any time we had a complaint or
23   anytime SIS would call me and say, hey, this guy has got
24   to go now, all of these that we just had kind of E-mailed
25   to me or just, like, casually handed, like hey, can you

***CONFIDENTIAL***

102

1     take a look at this, got pushed further down the priority

2     list.

3     MR. TURNER: So is [POTENTIAL CRIMINAL DEFENDANT 5] -- this is

4     for the next Grand Jury.

5     MS. DAHL: Uh-huh (Affirmative).

6     MR. TURNER: We're looking at [POTENTIAL CRIMINAL DEFENDANT

7     5].

8     MS. DAHL: Yes, [POTENTIAL CRIMINAL DEFENDANT 5], [POTENTIAL

9     CRIMINAL DEFENDANT 1].

10    MR. TURNER: [POTENTIAL CRIMINAL DEFENDANT 1]. Okay.

11    MS. DAHL: [POTENTIAL CRIMINAL DEFENDANT 2].

12    MR. TURNER: [POTENTIAL CRIMINAL DEFENDANT 2]. I see that,

13    yeah.

14    MS. DAHL: [POTENTIAL CRIMINAL DEFENDANT 3].

15    MR. PETERS: She's the second list.

16    MS. DAHL: And then [POTENTIAL CRIMINAL DEFENDANT 4].

17    MR. PETERS: That's on the second page.

18    MR. TURNER: [POTENTIAL CRIMINAL DEFENDANT 4].

19    MR. PETERS: Now, is there another case on [POTENTIAL CRIMINAL

20    DEFENDANT 4] also?

21    MS. DAHL: I don't know.

22    MR. PETERS: Because didn't -- we got him -- this is a 2000

23    case or a '20 case, 2020. We just got him not too long

24    again -- ago again.

25    MS. DAHL: I only have the 2020 case.

***CONFIDENTIAL***

103

1   MR. PETERS: Okay.

2   MS. DAHL: Or the report, at least.

3   MR. PETERS: I need to check on that because we got him not

4       long ago again.

5   MS. DAHL: Oh, well, happy days. And I kind of did an

6       informal poll of the office as well just to kind of get

7       some idea of where everybody's case stats were at. And I

8       talked to -- I talked to Andrew. I talked to Greg, and

9       Tom, and Megan. So, granted, this is just kind of -- this

10      is just kind of in passing. I want you to kind of have

11      context for all of this as well. And they all told me --

12      and Christian Lampe as well. They all told me that since

13      we entered lock down, so I guess March of 2020, their case

14      -- total number of indictments has generally numbered

15      under 20, some of them hovering around 10 -- as few as 10.

16      And I counted up the number of cases I have indicted since

17      lock down, which was at 17, so...

18   MR. PETERS: Let me ask you something, Kat. This is just for

19      my own -- I ask this because of my own ignorance, let me

20      put it that way.

21   MS. DAHL: Uh-huh (Affirmative).

22   MR. PETERS: I see where Stillwagon contacted you. Legault

23      sent me an E-mail on Christopher Johnson and Chad Whitson.

24   MS. DAHL: Uh-huh (Affirmative).

25   MR. PETERS: Now, we're in the process of getting Barron a TFO

***CONFIDENTIAL***

104

1      position with the ATF.

2   MS. DAHL:  Okay.

3   MR. PETERS:  So if those -- let's say if Barron picked up that

4      case -- and I'm not saying that's going to happen because

5      he's not gone through everything.

6   MS. DAHL:  Uh-huh (Affirmative).

7   MR. PETERS:  But if he picked up that case as a TFO through

8      the ATF...

9   MS. DAHL:  Uh-huh (Affirmative).

10   MR. PETERS:  ...would that go to anybody or is that still

11      going to go to you?

12   MS. DAHL:  It still goes to me.

13   MR. PETERS:  Okay.  So, for example, the subpoena I was

14      working on was born out of -- it was one of these

15      revocation hearings for a guy that had violated his

16      parole, but they had discovered that the IP address, you

17      know, at his house was -- someone at that IP address was

18      downloading child porn.

19   MR. TURNER:  Not him.  Not me.  I hadn't had a party that

20      night.

21   MS. DAHL:  And so what started out as a revocation case became

22      an FBI investigation into this guy, Darren Leonard.  And

23      because I was handling the revocation, I'm now helping FBI

24      out on this.  So it's technically not something that came

25      from you guys, it was born out of this other thing, but

***CONFIDENTIAL***

105

1  that's kind of how that landed in my lap.  So yes, long
2  story short, does not matter, you can still give me cases.
3  MR. TURNER:  Petey, wasn't one of these a guy did a robbery
4    afterwards or...
5  MR. PETERS:  I think that's [POTENTIAL CRIMINAL DEFENDANT 4].
6  MR. TURNER:  [POTENTIAL CRIMINAL DEFENDANT 4].
7  MR. PETERS:  [POTENTIAL CRIMINAL DEFENDANT 4] done a robbery,
8    then we -- like I said, I've got to look at that one
9    because we've arrested him again since 2020.  It was just
10   a month or a couple of months ago where he got -- with
11   another gun and I think he done a robbery.  I think that's
12   [POTENTIAL CRIMINAL DEFENDANT 4].
13  MR. TURNER:  Okay.
14  MR. PETERS:  I'm pretty sure.
15  MR. TURNER:  So he's on deck.
16  MS. DAHL:  Uh-huh (Affirmative).  He's on deck.  And then it's
17    just a matter of working through the list kind of
18    backwards, you know, as we're now kind of chugging along.
19    And then of course, you know, the list kind of changes
20    because SIS calls me up and they're like, hey, you know,
21    we need so and so to go now.  Like Kirt just gave me one
22    that he wants to complaint later this week, and so that
23    might bump someone else off the list depending on, you
24    know, the amount of time I can get at Grand Jury, the
25    amount of cases that I, you know, can feasibly amount in

***CONFIDENTIAL***

106

| | |
|---|---|
| 1 | June, et cetera. |
| 2 | MR. PETERS: And June is the next one? |
| 3 | MS. DAHL: Uh-huh (Affirmative). |
| 4 | MR. PETERS: So let's say there is another case on [POTENTIAL |
| 5 | CRIMINAL DEFENDANT 4]. |
| 6 | MS. DAHL: Uh-huh (Affirmative). |
| 7 | MR. PETERS: Will you do those separate or can you do them |
| 8 | together? |
| 9 | MS. DAHL: I can do it together. |
| 10 | MR. PETERS: Okay. |
| 11 | MS. DAHL: Yeah. Same indict' -- same defendant. |
| 12 | MR. PETERS: So we just need to -- I need to find out the day |
| 13 | and get you that stuff. |
| 14 | MS. DAHL: Yeah, that makes it easy because it's the same |
| 15 | person. |
| 16 | MR. TURNER: I guess our -- I'll support it, Kat, and maybe |
| 17 | CID needs to look at the cases. We need to look at who |
| 18 | might be our most violent offenders or who we think is -- |
| 19 | and I know that's a guess sometimes when you're dealing |
| 20 | with people that are using drugs and selling drugs. |
| 21 | MS. DAHL: Uh-huh (Affirmative). |
| 22 | MR. TURNER: But I know we've got two robberies on there that |
| 23 | I guess they've already committed robbery or it was a |
| 24 | robbery -- a gun case where they committed robbery. Is |
| 25 | that right, Kevin? |

***CONFIDENTIAL***

107

1  MR. PETERS: Uh-huh (Affirmative).

2  MR. TURNER: So those two have already shown a propensity for

3      violence, I guess.

4  MS. DAHL: Yeah.

5  MR. TURNER: You know, if you want to prioritize them, that

6      might be something to take into consideration, I would

7      guess.

8  MS. DAHL: Okay. Yeah, it would be...

9  MR. TURNER: And it's a guess at best, you know. I mean, I

10     don't know what somebody is going to do no more than

11     anybody else.

12  MS. DAHL: Right. You can only make your best judgment based

13     on the facts you've got.

14  MR. TURNER: Yeah.

15  MS. DAHL: But yes, it would be really helpful for me if they

16     kind of look over their cases and start kind of ranking

17     them by which ones are a priority and which ones, you

18     know, when we get to it, we get to it, more or less. So,

19     you know, category of like, you know, just first tier,

20     this one has got to go now.

21  MR. TURNER: Okay.

22  MS. DAHL: Second tier, I want you to, you know, look at this

23     when you get a chance, but, like, not a priority. And

24     then third tier, like, eh, look at this when you -- you

25     know.

***CONFIDENTIAL***

108

| 1 | MR. TURNER: I've never been to Federal Grand Jury, |
| 2 | thankfully. Are you allotted so much time or is that... |
| 3 | MS. DAHL: So it depends on, like, what everybody else has got |
| 4 | in the office. Sometimes we've got other attorneys either |
| 5 | -- on the rare occasion, like, let's say maybe 30 -- 20 or |
| 6 | 30 percent of the time we'll have some random, like, |
| 7 | people from D.C. that sometimes need, like, Grand Jury |
| 8 | time. That doesn't seem to happen very often. And then |
| 9 | every once in a while depending on, like, if someone has |
| 10 | got a case that needs to go immediately from one of the |
| 11 | other offices, they'll sometimes have time as well. So |
| 12 | really it just kind of -- it varies, you know, from Grand |
| 13 | Jury to Grand Jury. So last month, we had some people |
| 14 | down from D.C. that were taking up some time. |
| 15 | MR. TURNER: Okay. |
| 16 | MS. DAHL: And, you know, depending on if someone is |
| 17 | indicting, like, a 30 person conspiracy where, you know, |
| 18 | they might have one case, but it takes an hour, versus, |
| 19 | you know, I might have five or six cases and it takes, |
| 20 | like, 30 minutes. So it just -- it's really hard to |
| 21 | predict. I can generally say that conservatively |
| 22 | speaking, it's a good bet that I can get in at least 30 |
| 23 | minutes, if not an hour, you know, for most Grand Juries. |
| 24 | Now, depending on if it's, like, a multi -- I would say an |
| 25 | hour -- I would budget probably an hour for, like, three |

***CONFIDENTIAL***

109

1  cases that have multiple defendants.  And then I could
2  probably do three single count defendants in 30 minutes.
3  And so I could do five or six of those in an hour.  It
4  just kind of widely varies.
5  MR. PETERS:  What about Dalvin Robinson?  We've got him this
6  week.
7  MS. DAHL:  He's indicted.
8  MR. PETERS:  He's already indicted.
9  MS. DAHL:  Yes.
10  MR. PETERS:  So we don't have to worry about him.
11  MS. DAHL:  Yes.  He's got his initial appearance set for later
12  this month.
13  MR. PETERS:  Well, let me ask you this then because you said
14  something there that kind of raised something up to me
15  that if somebody calls, somebody might have to be bumped
16  off the list or something like that.
17  MS. DAHL:  Uh-huh (Affirmative).
18  MR. PETERS:  And I know how some of those guys are down there,
19  Stillwagon and a couple of them.  Their cases are the most
20  important thing going on.
21  MS. DAHL:  Yeah.
22  MR. PETERS:  So would it be easier if all of this went through
23  Jeff rather than them individually calling you?
24  MS. DAHL:  That -- that could work.  That could potentially
25  kind of help even things out because, I'll be honest, you

\*\*\*CONFIDENTIAL\*\*\*

110

|    |                                                                      |
|----|----------------------------------------------------------------------|
| 1  | know, like Jeff, and Will, and, you know, Kirt probably              |
| 2  | most of all, you know, they've all got my cell phone                 |
| 3  | number and they text or call me anytime they want to.  And           |
| 4  | so it is sometimes a case of, you know, the squeaky wheel            |
| 5  | gets the grease, and...                                              |
| 6  | MR. PETERS:  Because I know Stillwagon wants all of his cases         |
| 7  | done right now, right this second.                                   |
| 8  | MS. DAHL:  Yes.                                                       |
| 9  | MR. PETERS:  So I know that surprises you.                           |
| 10 | MS. DAHL:  Uh-huh (Affirmative).                                     |
| 11 | MR. TURNER:  He's usually not like that.                            |
| 12 | MR. PETERS:  No.  Well, I'll do that then.  I'll talk to Jeff        |
| 13 | and just have them start -- and Jeff can go through you on           |
| 14 | which cases are the most important...                               |
| 15 | MS. DAHL:  Okay.                                                     |
| 16 | MR. PETERS:  ...and which ones we need done right then.              |
| 17 | MS. DAHL:  Yeah, yeah.  If he would provide me some context of       |
| 18 | like, this one, you know, needs to go now, and this one             |
| 19 | you know, take it or leave it, more or less, and anything           |
| 20 | in between, so...                                                    |
| 21 | MR. TURNER:  Okay.                                                   |
| 22 | MR. PETERS:  Are you good with that?                                 |
| 23 | MR. TURNER:  Yeah, I'm fine with it.  You know, I mean, we've        |
| 24 | got '19 cases and '20 -- we've got 2019 and 2020 cases,             |
| 25 | but I know they've not had a Grand Jury, but they need to           |

***CONFIDENTIAL***

111

1     go sometime.

2     MS. DAHL: Well, I'll...

3     MR. TURNER: And again, you know, I would rather have somebody
4         who, you know, has got an aggravated assault or a robbery
5         go before somebody that's just, you know, a drug case.

6     MS. DAHL: Right, right. Yeah, I would generally agree with
7         that as well, you know, the violent offenders are probably
8         -- probably number one on the list.

9     MR. TURNER: Did you say Robinson, Petey? Is he the one here?

10    MR. PETERS: Dalvin. No, no.

11    MR. TURNER: Okay.

12    MR. PETERS: He's the one that hit Daughterty down there at
13        the county and then we've been chasing him.

14    MR. TURNER: Yeah.

15    MR. PETERS: [INAUDIBLE] got him up here on felon in
16        possession Monday -- Monday or Tuesday -- Monday.

17    MR. TURNER: That's the one we were looking for, wasn't it,
18        for a while?

19    MR. PETERS: Uh-huh (Affirmative), yeah, yeah. They got him
20        up there Monday. Jeff on his daily had said something
21        about he worked on some stuff on it, so I just didn't know
22        if he had already been indicted or..

23    MS. DAHL: He has, and he's awaiting his initial appearance on
24        the 27th.

25    MR. PETERS: We don't have to worry about indicting him then.

***CONFIDENTIAL***

112

1   He's good.

2   MS. DAHL: He's ready to go.

3   MR. TURNER: Kat, did you play softball or anything in high

4       school?

5   MS. DAHL: So I was on the swim team briefly.

6   MR. TURNER: Swim team?

7   MS. DAHL: But unfortunately was mostly a performing arts

8       nerd.

9   MR. TURNER: You didn't play softball or anything?

10  MS. DAHL: I didn't. I did not. The closest I came to a team

11      sport was volleyball.

12  MR. TURNER: Did you play softball when you were a child in

13      your neighborhood?

14  MS. DAHL: Yeah.

15  MR. TURNER: You did?

16  MS. DAHL: Yeah.

17  MR. TURNER: Did you have a good arm?

18  MS. DAHL: No. Hence why I turned to swimming.

19  MR. TUNER: Well, we noticed a broken window down there at

20      Sean Williams' garage. I just wanted to know if I needed

21      to read you your rights before we continue on.

22  MS. DAHL: No.

23  MR. PETERS: I was wondering where you were going with that.

24  MS. DAHL: No.

25  MR. PETERS: I was wondering.

***CONFIDENTIAL***

113

```
 1  MS. DAHL:  No.

 2  MR. TURNER:  We were just down there the other day.

 3  MR. PETERS:  I know.  I've got a lot of things on my -- going

 4      on.

 5  MS. DAHL:  I'm pretty sure...

 6  MR. TURNER:  Kevin said, Kat might have thrown that rock

 7      through there.

 8  MS. DAHL:  I'm pretty sure if it was me, I would be down there

 9      with pom-poms and strobe lights.

10  MR. TURNER:  You know, we have a camera, so...

11  MS. DAHL:  Right, right, exactly.

12  MR. TURNER:  I was just wondering if you were out there.

13  MS. DAHL:  Yeah.  You know, I think if I decided to throw

14      something at his garage, it would probably be bigger than

15      a rock.  And he is kind of -- he's gone, as far as the

16      marshals are aware at this point.  He was supposed to turn

17      himself in and then freaked out.

18  MR. PETERS:  He's fighting that.

19  MS. DAHL:  Freaked out and is God knows where.

20  MR. TURNER:  Well, he'll turn up.  Don't worry.

21  MS. DAHL:  Yeah.

22  MR. TURNER:  He'll turn up.

23  MS. DAHL:  Yeah.

24  MR. PETERS:  I think what we're having is a lot of

25      communication problems.
```

***CONFIDENTIAL***

114

| | |
|---|---|
| 1 | MS. DAHL: Uh-huh (Affirmative). |
| 2 | MR. PETERS: Things are not getting back to us. |
| 3 | MS. DAHL: Okay. |
| 4 | MR. PETERS: So I'm not trying to cause you any more work or |
| 5 | anything like that, but let's say this June indictment |
| 6 | goes in. |
| 7 | MS. DAHL: Uh-huh (Affirmative). |
| 8 | MR. PETERS: Can you just send me an E-mail on who got |
| 9 | indicted and then that way I can get in with the Chief and |
| 10 | we know where we stand on these cases and everything? |
| 11 | MS. DAHL: Sure, sure. |
| 12 | MR. PETERS: Because evidently the information is not flowing |
| 13 | to us. |
| 14 | MS. DAHL: Okay, yeah. I'm fine with that. Well, and, you |
| 15 | know, I presume you guys have my cell phone number as |
| 16 | well, you know. Feel free to call or text anytime. I |
| 17 | know Kirt and company take a little advantage of that |
| 18 | offer, so... |
| 19 | MR. PETERS: Yeah. |
| 20 | MR. TURNER: And sometime along the line, Kat, we'll -- we |
| 21 | will update the commission on your position. It usually |
| 22 | helps if we can, you know, not go into specifics or names, |
| 23 | but we can say I have indicted for, you know, a gun charge |
| 24 | or robbery, you know. |
| 25 | MS. DAHL: Yeah. |

***CONFIDENTIAL***

115

1   MR. TURNER: But we can just kind of give them a little

2     synopsis of, you know, what you're doing and how it is

3     benefitting Johnson City. It's always good for the

4     commission to hear that...

5   MS. DAHL: Yeah.

6   MR. TURNER: ...because part of, you know the grant money,

7     they approved it to pay your salary and that type of

8     thing, so it's just -- you know.

9   MS. DAHL: Right.

10   MR. TURNER: There's no real formal evaluation that I do, so

11     it's just an update for the city manager to do that.

12   MS. DAHL: I've got you,

13   MR. TURNER: So we'll do that maybe in the summer sometime.

14   MS. DAHL: Okay. Sounds good. Yeah, just let me know when

15     and I can kind of put together something on, you know, a

16     summary of "X" amount of cases and all of that.

17   MR. TURNER: Yeah, that's fine. They don't want to hear too

18     much. They don't -- they want to get it over with, so,

19     you know...

20   MS. DAHL: That's fair. That's fair.

21   MR. TURNER: Mr. Overbey came -- he came down, I think maybe

22     when Tom McCauley was -- that might have been the last

23     time.

24   MR. PETERS: Yeah.

25   MR. TURNER: Because we got into COVID after that, but...

***CONFIDENTIAL***

116

| | |
|---|---|
| 1 | MS. DAHL: Right, right. |
| 2 | MR. TURNER: ...he had a chance to speak to the commission |
| 3 | about, you know, our Special U.S. Attorney, and what it |
| 4 | means for his office and for Johnson City. That's always |
| 5 | good for them to hear that. |
| 6 | MS. DAHL: Oh, yeah, absolutely. |
| 7 | MR. TURNER: All right, Petey. Have we got any other... |
| 8 | MR. PETERS: No, no. |
| 9 | MR. TURNER: ...concerns about who is on the list? Like I |
| 10 | said, I remember that one I think who committed a robbery |
| 11 | or something after we had a case on him. |
| 12 | MR. PETERS: Yeah. I'm pretty sure that was [POTENTIAL |
| 13 | CRIMINAL DEFENDANT 4]. I know we've got more cases on |
| 14 | him, but I'll -- I'll get that today and I'll give it to |
| 15 | you. |
| 16 | MS. DAHL: Okay. |
| 17 | MR. PETERS: Since you're already going to indict him. He's |
| 18 | been a thorn for a while. We just need to take care of |
| 19 | him once and for all. |
| 20 | MS. DAHL: Right, right, right. |
| 21 | MR. TURNER: I was surprised Sean Williams didn't take the |
| 22 | Pantera with him -- I mean the kit car with him. |
| 23 | MR. PETERS: It's still sitting down there. |
| 24 | MS. DAHL: The blue car is gone, which I thought was |
| 25 | interesting, that belongs to his friend, like the Ford |

***CONFIDENTIAL***

117

```
 1    LTD.

 2    MR. PETERS:  Yeah, Alvie?

 3    MS. DAHL:  No, I think it -- so it belongs to this other guy

 4        named Samuel Graham.

 5    MR. PETERS:  Oh, I don't know.  I haven't heard of him.

 6    MS. DAHL:  I have no idea.

 7    MR. TURNER:  He probably didn't want them running the tag on

 8        something and find out it's him.

 9    MR. PETERS:  Yeah.

10    MR. TURNER:  As far as...

11    MS. DAHL:  Yeah.

12    MR. TURNER:  ...I can lay low if I'm in somebody else's car.

13    MS. DAHL:  Yeah, yeah.

14    MR. TURNER:  He'll probably lie about who he is if he gets

15        stopped or something.

16    MS. DAHL:  I'm sure.  I'm sure the marshals will eventually

17        pick him up.

18    MR. TURNER:  He'll turn up.

19    MS. DAHL:  I got a call from Spurrell.  Apparently he was

20        suicidal when he went on the run and was saying or, like,

21        telling Don that, well, he's going to get some -- you

22        know, he said he's just going to kill himself.

23    MR. TURNER:  I'm going to call Don and say, Don, you know

24        Williams is going to get a huge sentence, don't you?

25    MR. PETERS:  I thought Spurrell -- Bowman was his attorney.
```

***CONFIDENTIAL***

118

```
 1   MS. DAHL:  Apparently he's been talking to both and, like,
 2        didn't formally retain either, so...
 3   MR. PETERS:  The last time we got with him it was Bowman.
 4   MS. DAHL:  Yeah.  Apparently he was making multiple calls to
 5        multiple attorneys.
 6   MR. PETERS:  Apparently we've got him on the run and a little
 7        uneasy.
 8   MR. TURNER:  Yeah.  I was about to play tennis with Spurrell
 9        the other night.  I could have mentioned something.
10   MR. PETERS:  Maybe you could have hit him in the chest.
11   MR. TURNER:  Spurrell is a pretty good player.
12   MR. PETERS:  Is he?
13   MR. TURNER:  Yeah, he is.  That doesn't mean I couldn't hit
14        him in the chest.  I could try.  I'm not that good.  My
15        aim is not that good.  I could ask him about that.  Do you
16        know that Sean Williams guy?  Have you ever heard of him?
17        He's looking down the barrel.
18   MS. DAHL:  Yeah.
19   MR. TURNER:  He ain't going to kill himself.  He likes his
20        damn self too much.
21   MR. PETERS:  Yeah.
22   MR. TURNER:  Hell far.  He ain't going to kill himself.
23   MS. DAHL:  Yeah, yeah.
24   MR. TURNER:  There's too many college girls out there in the
25        world.
```

***CONFIDENTIAL***

119

Case 2:22-cv-00072-KAC-JEM  Document 66-1  Filed 06/24/14  Page 23 of 87 PageID #: Page ID 88 9395

1  MS. DAHL:  Yep, absolutely.  I think he has too high of an
2      opinion of himself.
3  MR. TURNER:  Oh, yeah.  He's skated by in life on probably
4      lots of things.
5  MS. DAHL:  I know.
6  MR. TURNER:  He just needs to calm down.  He'll get over it.
7  MR. PETERS:  Oh, I think I see it now.  Bristol -- Bristol --
8      Diante Bristol is the one that's got the robbery.  It's
9      got robbery beside his name.  I didn't see that a minute
10     ago.
11 MR. TURNER:  Yeah, he and Jeremiah Griggs and April...
12 MS. PETERS:  Yeah.  I'll have to -- I don't remember them by
13     name.  I'll have to look those up.
14 MS. DAHL:  I'll put a star by him.
15 MR. PETERS:  I'll have to see what those are.
16 MR. TURNER:  I don't know if it was a robbery case or he's
17     done a robbery after.
18 MR. PETERS:  I would have put that out there because it was
19     involving a robbery.  But, now, [POTENTIAL CRIMINAL
20     DEFENDANT 4] has got a robbery too since -- since that
21     case.
22 MR. TURNER:  Jeremiah Griggs, I don't know him, do you?
23 MR. PETERS:  I don't either.
24 MR. TURNER:  I don't know who a lot of these are.  What's the
25     range for Mr. Williams?

***CONFIDENTIAL***

120

| | |
|---|---|
| 1 | MS. DAHL: Well, probably not great with it just being an |
| 2 | ammunition case and with him having very minimal criminal |
| 3 | history. He's probably looking at -- I think when I ran |
| 4 | the guidelines, like, two to three years, maybe four. |
| 5 | Now, of course, there's always the possibility for an |
| 6 | upward departure, you know, depending on the facts with, |
| 7 | you know, the assault cases in his past. That's something |
| 8 | that I could potentially look into pursuing as well. But |
| 9 | just from the ammunition, he's only looking at two or |
| 10 | three years, I would say. |
| 11 | MR. TURNER: Two or three years? |
| 12 | MR. PETERS: We're living rent free in his mind right now. |
| 13 | That's worth it. |
| 14 | MR. TURNER: I wouldn't have to worry about him. |
| 15 | MR. PETERS: No, I wouldn't either. Just the aggravation |
| 16 | we're causing him right now is worth it, and we got him |
| 17 | out of Johnson City. |
| 18 | MR. TURNER: Two or three years, Kat, I'll be at the lake |
| 19 | every day hopefully, so... |
| 20 | MS. DAHL: Yeah, yeah. |
| 21 | MR. TURNER: That would be good. Yeah, whatever we can get |
| 22 | with him, that would be great. |
| 23 | MS. DAHL: Yeah, yeah. |
| 24 | MR. PETERS: I think we've achieved our desired outcome |
| 25 | already. |

***CONFIDENTIAL***

121

| | |
|---|---|
| 1 | MR. TURNER: If he stays gone a year and then they get him, I |
| 2 | really won't have to worry about him. |
| 3 | MR. PETERS: That's even better. |
| 4 | MR. TURNER: Then he maybe gets a couple of years and I'm done |
| 5 | with him. |
| 6 | MS. DAHL: Yeah, yeah. |
| 7 | MR. PETERS: Then we'll go down and throw rocks at the |
| 8 | windows. |
| 9 | MR. TURNER: Yeah. I can put him on my protest list. |
| 10 | MR. PETERS: Yeah. |
| 11 | MR. TURNER: People I'm going to protest when I retire. I've |
| 12 | got a pretty good list. |
| 13 | MS. DAHL: Oh, I'm sure. |
| 14 | MR. TURNER: I can exercise my first amendment rights after I |
| 15 | retire. |
| 16 | MS. DAHL: Yeah, there's a few that would probably be on my |
| 17 | list as well. |
| 18 | MR. TURNER: All right. So Petey, we're going to kind of |
| 19 | prioritize? |
| 20 | MR. PETERS: Yeah, and I think that's going to be a better way |
| 21 | of doing it is just one person communicating with her on |
| 22 | cases that we need done. Get Jeff -- get Sergeant Legault |
| 23 | to do it. I think that's going to -- that way people |
| 24 | aren't being bumped up more important just because |
| 25 | Stillwagon wants them bumped. |

***CONFIDENTIAL***

122

CaSa2e22-23-00002-KATRJE-NEMDocDneunr66+1391Flled 0E/ll60/240/1B2ge 26Pafg8690Pafg#0D #:
PageID3941 9398

1  MR. TURNER:  Yeah.  Kat, I don't want to put you in the
2      position to have to ignore Stillwagon all the time.
3  MR. PETERS:  I ain't saying nothing bad about Stillwagon, just
4      Stillwagon thinks his cases are the most important thing
5      going on and he's eager.
6  MR. TURNER:  You know, I'd rather have somebody that's
7      passionate than somebody than somebody that...
8  MR. PETERS:  Oh, he's passionate, yeah.
9  MR. TURNER:  ...you've got to kick in the butt to do
10      something.
11  MR. PETERS:  I mean, I'm glad to have him.
12  MS. DAHL:  That's very true, very true
13  MR. TURNER:  Legault can ignore him instead.
14  MS. DAHL:  That's fair.  Yeah, he's -- he's the one that's
15      definitely blowing up my phone probably the most,
16      weekends, holidays.
17  MR. PETERS:  Yeah, I think that will work.
18  MR. TURNER:  Legault -- Legault will take care of that, too.
19  MR. PETERS:  Yeah.
20  MR. TURNER:  You know, I don't mind him calling you if he
21      needs advice or things like that, but otherwise...
22  MS. DAHL:  Oh, I don't care.  I told all of them that, you
23      know, that's what the cell phone is there for, you know,
24      so -- and the more that they -- you know, the more that
25      they text me or call me, that's, you know, easier for me

***CONFIDENTIAL***

123

Case 2:22-cv-00002-KAC-JEM Document 66-1 Filed 06/24/14 Page 27 of 69 PageID #:
Page 3929399

```
 1        too to kind of keep tabs, just especially when we're still
 2        in this kind of weird hybrid bouncing between, you know,
 3        tele-work and office work, you know.  We're, I think, I
 4        would say, I'm 50 to 60 -- 60 to 70 percent in the office,
 5        back to, but still tele-working, like, maybe two days a
 6        week.  So when they text me, you know, that helps me as
 7        well.
 8   MR. PETERS:  All right.
 9   MR. TURNER:  Anything else going on with SIS that you can
10        share with Kat?  I don't know of anything pending.
11   MR. PETERS:  No, I mean, there's always cases going on, but I
12        don't know if they've got anything big right now.
13   MR. TURNER:  All that marijuana was in State court, wasn't it?
14   MR. PETERS:  Uh-huh (Affirmative).
15   MS. DAHL:  It was.
16   MR. PETERS:  Yeah.
17   MS. DAHL:  Jackson is probably going to go to trial next month
18        -- well, possibly next month.  His attorney just filed
19        another continuance, but he's -- I'm 99 percent sure he's
20        going to go to trial.
21   MR. TURNER:  Jackson, is that the one...
22   MS. DAHL:  "Q".
23   MR. PETERS:  Emory.  That's the one we took to Chattanooga --
24        gave a free ride to Chattanooga and then he come back up
25        here.
```

***CONFIDENTIAL***

124

Case 2:22-cv-00027-KAC-JEM Document 66-1 Filed 06/24/13 Page 28 of 39 PageID #: Page ID 9400

```
 1    MR. TURNER:  Isn't he the one -- didn't they get him down
 2         around the river or something or was that another guy I'm
 3         thinking of?
 4    MR. PETERS:  No, you're thinking of Gary Williams that got out
 5         on the river and then was going to drown and we had to go
 6         get him.  Yeah, that was Gary Williams.  No, Jackson is
 7         from Chattanooga.  He's a thorn in our side.  He was the
 8         one that had information on the...
 9    MR. TURNER:  Yeah, the murder.
10    MR. PETERS:  The murder.  And we got out of jail, and took him
11         to Chattanooga, and left him down there, and then he come
12         right back up here.
13    MS. DAHL:  Well, he's looking at at least 15 because he's a
14         career criminal.
15    MR. PETERS:  That's good.  He needs to go.
16    MS. DAHL:  And with his guideline range, if he goes to trial,
17         he could be looking at, like, 25, so...
18    MR. TURNER:  He's not going to take a deal though, huh?
19    MS. DAHL:  No, no.  I offered -- I offered him 16, and I think
20         he's going to go to trial.  Which if he goes to trial,
21         then he's going to get probably around 25, and I'm
22         probably going to ask for a upward departure to make it
23         around -- you know, tack on as much time as I can get, so
24         -- and I wouldn't be surprised if he got a serious upward
25         departure granted with everything that's in his
```

***CONFIDENTIAL***

125

1    background. We've got, you know, suspected homicide,

2    we've got suspected rape, we've got the dog killing, you

3    know.

4    MR. TURNER: He's done all kinds of crap, hasn't he?

5    MS. DAHL: Uh-huh (Affirmative).

6    MR. PETERS: He's the one that complained on SIS that we had

7    to get Keller to -- you know.

8    MR. TURNER: Yeah, yeah.

9    MS. DAHL: He was going to contact...

10   MR. PETERS: After he had already sent a letter saying if you

11   don't do this, I'm going to complain on you.

12   MS. DAHL: Yeah, that's him.

13   MR. TURNER: Yeah. He's the one that said they planted drugs

14   on him or something, wasn't it?

15   MR. PETERS: Yeah, they were going around planting guns and

16   drugs on people.

17   MS. DAHL: Yeah, that's him. He's a lovely, lovely person.

18   So, I think after -- because, you know, with sentencing

19   you can bring in just about anything and I was going to

20   drag out probably everything that's in his background, and

21   even bonus points for, you know, at that point I'll be

22   able to put on the CI who can tell the judge all about how

23   he murdered her dog. She's very upset about it. I'm sure

24   that will not play well either.

25   MR. TURNER: That was like a Godfather moment, wasn't it? He

***CONFIDENTIAL***

126

| | |
|---|---|
| 1 | was sending a message or something? |
| 2 | MR. PETERS: I guess. |
| 3 | MS. DAHL: Yeah. He's a real piece of work. Well, if you |
| 4 | have anything else for me, you know, please let me know. |
| 5 | MR. TURNER: Well, we're just trying to figure out where we're |
| 6 | at and make sure that the Grand Jury is going to go again. |
| 7 | The CDC is allowing all kinds of good stuff to happen. |
| 8 | MS. DAHL: Yes, finally. We're allowed in the office without |
| 9 | masks. Now, we're still having to wear them in court, but |
| 10 | in our office, we're allowed to not wear masks anymore if |
| 11 | you're fully vaccinated, a caveat. |
| 12 | MR. TURNER: Well, Kat, do you need anything from us? |
| 13 | MS. DAHL: No, I think that's about it. |
| 14 | MR. TURNER: Well, thank you. We're glad we got those |
| 15 | indicted and some coming up. |
| 16 | MS. DAHL: Yeah, yeah. I'm relieved that we're finally kind |
| 17 | of clawing our way back to some semblance of normalcy. |
| 18 | MR. PETERS: Sounds good to me. It looks like we're on the |
| 19 | right track here. |
| 20 | MR. TURNER: You know, I talked to Ashley Ellenburg -- |
| 21 | remember that group we took a picture of down in the |
| 22 | breezeway? |
| 23 | MR. PETERS: Yeah. |
| 24 | MR. TURNER: She said a lot of them got released from Red |
| 25 | Onion Prison, ended up on a bus to Kingsport, and |

***CONFIDENTIAL***

127

```
1       Kingsport said they've got free shit in Johnson City, and
2       here they are.
3   MR. PETERS:   Imagine that.  That's all we needed.
4   MR. TURNER:   So they made a bus trip from Virginia, I guess,
5       to Kingsport and here.
6   MS. DAHL:   Oh, goodness.
7   MR. TURNER:   I don't know how they got let out, but anyway...
8   MS. DAHL:   Huh.
9   MR. PETERS:   Well, that girl that Shane polygraphed yesterday
10      for the jail used to work at Red Onion.  I wouldn't hire
11      her.
12  MR. TURNER:   That bad?
13  MR. PETERS:   Well, she quit up there because evidently there
14      was an internal going on, so she just quit going to work.
15      They kept trying to bring her in for the internal.  But
16      when Shane pressed her on what the internal was, she goes,
17      well, it was either for my friend that works there who was
18      sleeping with one of the inmates, or my husband who was
19      selling drugs
20  MS. DAHL:   Oh, boy.
21  MR. PETERS:   It's her ex-husband now, but it was her husband
22      at the time.
23  MR. TURNER:   So it was either for her sleeping with an inmate
24      or her ex-husband selling drugs.
25  MR. PETERS:   For her friend she said was sleeping with an
```

***CONFIDENTIAL***

128

1    inmate.

2    MR. TURNER: But it was actually for her.

3    MR. PETERS: Yeah, there you go.

4    MR. TURNER: Yeah.

5    MR. PETERS: I believe I would stay away from her if I was

6    you.

7    MS. DAHL: Lord, have mercy.

8    MR. TURNER: Kat, thank you.

9    MS. DAHL: Yeah, absolutely. Well, let me know if you...

10    MR. TURNER: We'll try to put a filter up a little bit.

11    MR. PETERS: Yeah, maybe we can start prioritizing.

12    MS. DAHL: A Stillwagon spam filter.

13    MR. TURNER: Yeah. I mean, I don't care if they text you on

14    the case or something, but you can only prosecute so many

15    at a time, I guess, if it's Grand Jury, right?

16    MS. DAHL: Correct, correct. Unless you guys want to tack on

17    a travel budget for me to go up to Knoxville and

18    Chattanooga on a regular basis.

19    MR. TURNER: Tell McCauley to give up his time. We know he's

20    not doing anything.

21    MS. DAHL: Will do. I'll just start giving my...

22    MR. TURNER: We'll blame it on Tom. Let's blame something on

23    Tom.

24    MR. PETERS: He needs it.

25    MR. TURNER: Tom, quit taking up all the time of the Grand

***CONFIDENTIAL***

129

Case 2:22-cv-00027-KAC-JEM Document 66-1 Filed 06/10/24 Page 33 of 36 PageID #: Page 398 9405

1    Jury so we can get some cases closed.

2    MS. DAHL:  All his.

3    MR. PETERS:  You know he's just in there telling stories

4        anyway.

5    MS. DAHL:  Yeah.  All his multi -- fancy multi count

6        conspiracies.  All right.  Well, let me know if you guys

7        need anything or, you know, whatnot.  If you have any

8        pressing issues or...

9    MR. TURNER:  We'll check on those robbery cases.

10   MS. DAHL:  Great.  Yeah, just let me know.

11   MR. PETERS:  Yeah.  I'm going to check on this one for sure

12       because I know he's got more stuff since then.

13   MS. DAHL:  Yeah, yeah.  Well, he's next to go, so good deal.

14   MR. TURNER:  All right.  Thank you, Kat.

15   MS. DAHL:  All right.  Thank you.

16   MR. TURNER:  Goodbye.

17   MS. DAHL:  Do you want this open or closed?

18   MR. TURNER:  If you'll just close it, please.  Thank you.

19   MS. DAHL:  Excuse me, sorry.

20   UNKNOWN FEMALE:  Would you like a bottle of water or

21       anything?

22   MS. DAHL:  A bottle of water would actually be wonderful.

23   UNKNOWN FEMALE:  Or we've got green tea, too.

24   MS. DAHL:  Oh, thank you.

25   UNKNOWN FEMALE:  It's kind of warm out there today.

***CONFIDENTIAL***

130

1  MS. DAHL: I know. I said that. I was, like, well, we've had

2     such a cool spring that this is a shock to the system.

3  UNKNOWN FEMALE: I know. I know, it is. Yeah, it is.

4  MS. DAHL: You have a good one.

THIS CONCLUDES THE TRANSCRIPT OF

RECORDING 1108 - DAHL/TURNER/PETERS

******

***CONFIDENTIAL***

131

<u>C E R T I F I C A T E</u>

I, Rebecca Overbey, Licensed Court Reporter in and for the State of Tennessee, do hereby certify that the foregoing is a true and complete

TRANSCRIPT OF DAHL RECORDINGS

the same transcribed to the best of my ability and understanding at the request of counsel from recordings given to me. I, Rebecca Overbey, was not present, nor did I have an agent present for these conversations.

WITNESS my hand and official seal at my office in Kingsport, (Sullivan County) Tennessee on this the 23rd day of January, 2023.

Rebecca Overbey
LICENSED COURT REPORTER
State of Tennessee
LCR #078

My License Expires:

June 30, 2024

***CERTIFIED ONLY IF AFFIXED SEAL IS GREEN***