| Audit_Trai | Source_Ta | Source_Ta | AuditLocat | DateStamp | UserID_ | UserFirstN | UserMiddl | UserLastNa | ChangeTyp | Source_Table_N | FieldName_ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| -2.1E+09 | 2 | 374396 | JCPD-SQL1 | 7/18/2022 | WATSONI | WATSON | | INCIDENT | Add | RMS_Case | |
| -2.1E+09 | 2 | 374396 | JCPD-SQL1 | 7/18/2022 | WATSONI | WATSON | | INCIDENT | EDIT | RMS_Case | Incident_Link_Num |
| -2.1E+09 | 2 | 374396 | JCPD-SQL1 | 7/18/2022 | WATSONI | WATSON | | INCIDENT | EDIT | RMS_Case | Rape_Case |
| -2.1E+09 | 2 | 374396 | SBOWMAI | 7/19/2022 | SBOWMAI | S | | BOWMAN | EDIT | RMS_Case | Validated |
| -2.1E+09 | 2 | 374396 | JC-D063DV | 7/19/2022 | DHILTON | D | | HILTON | EDIT | RMS_Case | Investigate |
| -2.1E+09 | 2 | 374396 | JC-D063DV | 7/19/2022 | DHILTON | D | | HILTON | EDIT | RMS_Case | Mgmt_Status_Date |
| -2.1E+09 | 2 | 374396 | JC-D063DV | 7/19/2022 | DHILTON | D | | HILTON | EDIT | RMS_Case | Validated |
| -2.1E+09 | 2 | 374396 | JC-D063DV | 7/19/2022 | DHILTON | D | | HILTON | EDIT | RMS_Case | Folder_Link |
| -2.1E+09 | 2 | 374396 | JC-D063DV | 7/19/2022 | DHILTON | D | | HILTON | EDIT | RMS_Case | Folder_Number |
| -2.1E+09 | 2 | 374396 | SBOWMAI | 7/19/2022 | SBOWMAI | S | | BOWMAN | EDIT | RMS_Case | Validated |
| -2.1E+09 | 2 | 374396 | JC-MXL941 | 3/16/2023 | BHiggins | B | | HIGGINS | EDIT | RMS_Case | Validated |
| -2.1E+09 | 2 | 374396 | JC-MXL941 | 3/16/2023 | BHiggins | B | | HIGGINS | EDIT | RMS_Case | Folder_Link |
| -2.1E+09 | 2 | 374396 | JC-MXL941 | 3/16/2023 | BHiggins | B | | HIGGINS | EDIT | RMS_Case | Folder_Number |
| -2.1E+09 | 2 | 374396 | JC-MXL941 | 3/17/2023 | lsaults | L | | Saults | EDIT | RMS_Case | Validated |
| -2.1E+09 | 2 | 374396 | JC-D063DV | 3/22/2023 | MGRYDER | M | | GRYDER | EDIT | RMS_Case | Validated |
| -2.1E+09 | 2 | 374396 | JC-D063DV | 3/22/2023 | MGRYDER | M | | GRYDER | EDIT | RMS_Case | Mgmt_Status_Date |
| -2.1E+09 | 2 | 374396 | JC-D063DV | 3/22/2023 | MGRYDER | M | | GRYDER | EDIT | RMS_Case | Case_Closed |
| -2.1E+09 | 2 | 374396 | JC-D063DV | 3/22/2023 | MGRYDER | M | | GRYDER | EDIT | RMS_Case | Folder_Link |
| -2.1E+09 | 2 | 374396 | JC-D063DV | 3/22/2023 | MGRYDER | M | | GRYDER | EDIT | RMS_Case | Folder_Number |
| -2.1E+09 | 2 | 374396 | JC-MXL941 | 3/23/2023 | lsaults | L | | Saults | EDIT | RMS_Case | Validated |

| BeforeValue | AfterValue | Jurisdiction | Confidential | Juvenile_ | Rape_Case_ |
|---|---|---|---|---|---|
| Record Added | | TN0900100 | FALSE | FALSE | TRUE |
| ber | 372454 | TN0900100 | FALSE | FALSE | TRUE |
| 0 | 1 | TN0900100 | FALSE | FALSE | TRUE |
| 0 | 1 | TN0900100 | FALSE | FALSE | TRUE |
| | Yes | TN0900100 | FALSE | FALSE | TRUE |
| | Jul 19 2022 | TN0900100 | FALSE | FALSE | TRUE |
| 1 | 0 | TN0900100 | FALSE | FALSE | TRUE |
| 223 | 2020 | TN0900100 | FALSE | FALSE | TRUE |
| 0005-0000 | 2102-0000 | TN0900100 | FALSE | FALSE | TRUE |
| 0 | 1 | TN0900100 | FALSE | FALSE | TRUE |
| 1 | 0 | TN0900100 | FALSE | FALSE | TRUE |
| 2020 | 902 | TN0900100 | FALSE | FALSE | TRUE |
| 2102-0000 | 0304 0002 | TN0900100 | FALSE | FALSE | TRUE |
| 0 | 1 | TN0900100 | FALSE | FALSE | TRUE |
| 1 | 0 | TN0900100 | FALSE | FALSE | TRUE |
| Jul 19 2022 | Mar 22 202 | TN0900100 | FALSE | FALSE | TRUE |
| 0 | 1 | TN0900100 | FALSE | FALSE | TRUE |
| 902 | 1948 | TN0900100 | FALSE | FALSE | TRUE |
| 0304 0002 | 1802-0000 | TN0900100 | FALSE | FALSE | TRUE |
| 0 | 1 | TN0900100 | FALSE | FALSE | TRUE |