

```
 1              Carolina.
 2                       MR. RADER:  I'll help you.  It's at
 3              34 Wall Street.
 4                       MS. BAEHR-JONES:  34 Wall Street.
 5              Okay.
 6                       MR. RADER:  It's a beautiful
 7              building.
 8                       THE WITNESS:  It is now.
 9              Q.       (BY MS. BAEHR-JONES) You were
10    interviewed by Gerald Ray of the TBI, correct?
11              A.       Can't remember his name, but I was
12    interviewed by the TBI.
13              Q.       What date was that?
14              A.       I'm not sure.
15              Q.       Would it have been this fall?
16              A.       Yeah.
17              Q.       Was anyone else there?
18              A.       Another representative from the TBI
19    was there.
20              Q.       Do you have any kind of immunity
21    deal?
22              A.       No.
23              Q.       Have you ever worked as a
24    confidential informant?
25              A.       No.
```