- TRUIST DIMENSION CHECKING ████65 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|



Total other withdrawals, debits and service charges = ████

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| ██9 | P██████R██████S████Y | ██9 |
| ██3 | ██T | ██0 |
| ██5 | P██████R██████S████Y | ██9 |
| ██2 | P██████R██████S████Y | ██9 |
| 01/12 | TRUIST ONLINE TRANSFER MOBILE FROM ****0939 - | 20,000.00 |
| ██6 | ██S██Y████5████31██3 | ██6 |
| ██6 | ████E████R██E██M██9 | ██0 |
| ██7 | ████E████R██E██M██9 | ██0 |
| ██9 | ████████R██████S████Y | ██9 |
| ██4 | ████E████R██E██M██9 | ██0 |
| ██5 | ████E████R██E██M██9 | ██0 |

*continued*

Case 2:23-cv-00071-TRM-JEM   Document 391-15   Filed 10/16/24   Page 1 of 2   PageID #: 9432

SPA000918




890-06-01-00 10167  2 C 001 17 S  55 004
TOMA   C  SPARKS

JOHNSON  CITY  TN   37601-1063

# Your consolidated statement
For 01/29/2024

**Contact us**

 Truist.com

 (844) 4TRUIST or
(844) 487-8478

If you are traveling outside of the USA and have concerns about accessing your account while you are traveling, please contact your Branch Banker or call us at 844-4TRUIST.

## Summary of your accounts

| ACCOUNT NAME | ACCOUNT NUMBER | BALANCE($) | DETAILS ON |
|---|---|---|---|
| TRUIST DIMENSION CHECKING | 65 | 4 | page 1 |
| PERSONAL MONEY RATE SAVINGS | 39 | 9 | page 3 |
| Total checking and money market savings accounts | | 3 | |

 Checking and money market savings accounts

■ TRUIST DIMENSION CHECKING         65

**Account summary**

| | |
|---|---|
| Your previous balance as of 12/26/2023 | 1 |
| Checks | - 21,200.00 |
| Other withdrawals, debits and service charges | 5 |
| Deposits, credits and interest | 8 |
| Your new balance as of 01/29/2024 | = 4 |

**Interest summary**

| | |
|---|---|
| Interest paid this statement period | 4 |
| 2023 interest paid year-to-date | 6 |
| Interest rate | % |
| Annual percentage yield (APY) earned | % |

**Checks**

| DATE | CHECK # | AMOUNT($) |
|---|---|---|
| 01/17 | 1023 | 20,000.00 |
| 01/24 | 1024 | 1,200.00 |
| **Total checks** | | **= $ 21,200.00** |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|

continued