**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT GREENEVILLE**

| | | |
|---|---|---|
| B.P., H.A., and S.H., individually, and on behalf of all others similarly situated, | ] ] ] | |
| Plaintiffs, | ] ] | No.: 2:23-cv-00071-TRM-JEM |
| v. | ] ] | PLAINTIFFS' DEMAND |
| | ] | JURY TRIAL |
| CITY OF JOHNSON CITY, TN., et al., | ] ] | |
| Defendants. | ] | |

---

**NOTICE OF SERVICE OF DEFENDANT CITY OF JOHNSON CITY, TENNESSEE'S RESPONSE TO PLAINTIFFS' ELEVENTH REQUEST FOR PRODUCTION OF DOCUMENTS**

---

The Defendant, Johnson City, Tennessee, hereby appears, by and through counsel and provides this Court Notice that Defendant's Response to Plaintiffs' Eleventh Requests for Production of Documents and accompanying exhibits were provided to all counsel of record via e-mail on this the 16th day of October, 2024.

RESPECTFULLY submitted this 16th day of October, 2024.

CITY OF JOHNSON CITY, TN

By: s/ Emily C. Taylor
Emily C. Taylor, BPR # 027157
**WATSON, ROACH, BATSON**
**& LAUDERBACK, P.L.C.**
P.O. Box 131
Knoxville, TN 37901-0131
Phone: (865) 637-1700
Email: etaylor@watsonroach.com

1

K. Erickson Herrin, BPR # 012110
**HERRIN, McPEAK & ASSOCIATES**
515 East Unaka Avenue
P. O. Box 629
Johnson City, TN  37605-0629
Phone: (423) 929-7113
Email: Rachel@hbm-lawfirm.com

Jonathan P. Lakey, BPR # 016788
**BURCH, PORTER & JOHNSON, PLLC**
130 North Court Avenue
Memphis, TN 38103
Phone: (901) 524-5024
Email: jlakey@bpjlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system:

Heather Moore Collins
Ashley Shoemaker Walter
HMC CIVIL RIGHTS LAW, PLLC
7000 Executive Center Drive, Suite 320
Brentwood, TN  37027
heather@hmccivilrights.com
ashley@hmccivilrights.com
*Counsel for Plaintiffs*

Kristin Ellis Berexa
Ben C. Allen
FARRAR BATES BEREXA
12 Cadillac Drive, Suite 480
Brentwood, TN 37027-5366
kberexa@fbb.law
ballen@fbb.law
*Counsel for Toma Sparks in his individual capacity*

Vanessa Baehr-Jones
ADVOCATES FOR SURVIVORS OF ABUSE, PC
4200 Park Boulevard No. 413
Oakland, CA  94602
vanessa@advocatesforsurvivors.com
*Counsel for Plaintiffs*

Daniel H. Rader III
Daniel H. Rader IV
André S. Greppin
MOORE, RADER & YORK PC
46 N. Jefferson Avenue
P.O. Box 3347
Cookeville, TN 38502-3347
danrader@moorerader.com
danny@moorerader.com
andre@moorerader.com
*Counsel for Karl Turner in his individual capacity*

2

Kevin Osborne
Elizabeth Kramer
Julie Erickson
ERICKSON KRAMER OSBORNE, LLP
44 Tehama Street
San Francisco, CA  94105
kevin@eko.law
elizabeth@eko.law
julie@eko.law
*Counsel for Plaintiffs*

Keith H. Grant
Laura Beth Rufolo
Philip Aaron Wells
ROBINSON, SMITH & WELLS, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN  37450
kgrant@rswlaw.com
lrufolo@rswlaw.com
awells@rswlaw.com
*Counsel for Jeff Legault, in his individual capacities*

Dated this 16th day of October, 2024.

*s/ Emily C. Taylor*
Emily C. Taylor, BPR # 027157
Phone: (865) 637-1700
Email: etaylor@watsonroach.com