

RE: B.P., H.A., and S.H., INDIVIDUALLY AND ON BEHALF
 OF ALL OTHERS SIMILARLY SITUATED
 v. CITY OF JOHNSON CITY, et al
 CASE NO. 2:23-cv-00071-TRM-JEM

# DOES PRESS CONFERENCE

## 2/6/24

_____

*COURT REPORTING AND VIDEO SERVICES*

P. O. Box 7481  TELEPHONE: (423) 230-8000
Kingsport, TN 37664  REBECCA@COURTREP.NET

1  MS. VANESSA BAEHR-JONES: Good afternoon. Thank you for being
2      here. I'm Vanessa Baehr-Jones, and I represent survivors
3      of Sean Williams who are suing -- corruption, negligence,
4      and gender discrimination which allowed Sean Williams to
5      rape women and children for years with impunity. On
6      August 25, 2023, the city manager for Johnson City, Cathy
7      Ball, gave a press conference. She said she was there to,
8      quote, "be transparent" about the City's response to our
9      lawsuit. She then proceeded to blame Sean Williams'
10     victims for what had happened to them. She used legal
11     terms like comparative fault to turn the focus of this
12     case away from Sean Williams, a serial rapist, and the
13     Johnson City Police Department's corruption, and instead
14     to publicly shame the survivors of his crimes. As soon as
15     she was finished with this press conference, my phone blew
16     up. I will never forget the anguish and betrayal I heard
17     in the voices of my clients that day. One of the great
18     tragedies of this case is that the very institutions and
19     individuals who are supposed to be protecting and serving
20     these women continue to fail them again and again,
21     continue to breach their trust, and instead of protecting
22     them, continue to do them harm. But even amidst the
23     anguish of that day, I also heard resolve. In just a few
24     minutes, you will hear from members of the group of
25     survivors who have come together to fight back against

these injustices, and there is power in this group. Not only are each of these individual women tremendously brave and courageous, but they are standing here together, supporting each other, and insisting on speaking the truth about what happened to them. Tragically, it was all too easy for police to silence the voices of Sean Williams' victims as they came in one by one to report his crimes. It is a lot harder to silence a chorus of voices. This is the first time since this lawsuit was filed that anyone from the Plaintiffs' team has spoken publicly. That is because there is a local court rule that prevents lawyers from facilitating public statements while a case is pending. After Cathy Ball's press conference though, we thought it was important for us to take a stand against the City's bully tactics, and we took this matter to court. We asked the court to stop Cathy Ball from blaming the victims in this case. We also asked for relief from the local rule so that we, the representatives of Sean Williams' survivors, and other survivors whom JCPD failed, could respond publicly. We won that motion. And after months of litigation, the court granted us permission to hold this press conference to respond to Ball's victim blaming. Here with me today are Heather Collins and Elizabeth Kramer, two attorneys who are part of the team of lawyers taking on Johnson City in this litigation.

Heather Collins is the founder of HMC Civil Rights Law. She has decades of experience fighting on behalf of crime victims and is a distinguished civil rights attorney in the state of Tennessee. Elizabeth Kramer is one of the founding partners of EKO Law, a national class action law firm. She brings expertise in fighting and winning large class action lawsuits against institutions on behalf of survivors of sexual violence. I am honored to lead this team. They will both share remarks.

MS. HEATHER MOORE COLLINS: Good afternoon. I'm Heather Moore Collins, and I also represent the survivors in this lawsuit. Victims of sexual violence are some of the bravest people I have ever met, and the women in this lawsuit are no exception. They have persevered despite going through the unimaginable. I've stood by women in this case when they were informed by the FBI that there were videos and images of them being raped. Some had no idea that this had happened to them. Some only had fuzzy memories. And let me tell you, when City Manager Cathy Ball stood up at a podium just like this and blamed our clients for the crimes of violence that were perpetuated against them, she continued an absolutely deplorable pattern of rape culture that has been perpetuated by the City of Johnson City for way too long. Rape culture normalizes and perpetuates sexual violence by victim

blaming and victim shaming.  Victim blaming includes
perpetuating beliefs that victims of sexual assault bear a
responsibility of the fault related to their sexual
assault.  This can include blaming them for what they
wear, whether or not they drink alcohol, whether or not
they took drugs, whether they were at a particular place
or time.  This type of victim blaming and shaming prevents
them from reporting their assaults because they think they
will not be believed or that they will be blamed for their
assaults.  Victim blaming perpetuates the very culture of
impunity that allowed Sean Williams to terrorize the
Johnson City community for years.  Victim blaming also
robs victims of the opportunity to heal.  It continues the
lie that they were at fault, and places them yet again in
a very powerless position.  Victims can't process their
trauma of the assault.  Instead, they're forced to rebut
the false and disgusting notion that they asked for it.
That is 100 percent absurd.  And that's what Cathy Ball
stood up and asked people to believe.  No one consents to
rape, whether they take drugs or alcohol, by what they
wear, or where they are, or who they hang out with.  It is
an absurd and a false notion perpetuated by rape culture,
and it has no place in public discourse.  Victim blaming
is what Cathy Ball and Johnson City are doing in this
case.  They want to do this to deflect from their own

1    actions and what they didn't do.  And make no mistake, it
2    is entirely utterly reprehensible.  They are doing this
3    against incontrovertible proof.  There's videos, there's
4    images, and Johnson City had a lot of this information in
5    their possession for a long time until the FBI obtained
6    the information again.  By doing this, Johnson City,
7    sitting on evidence for years, they ineffectively dealt
8    with a serial rapist.  And it's damaging not only to the
9    brave women that we're representing, but any other person
10   who is considering coming forward.  Our clients
11   experienced one of the most egregious violations a person
12   can experience.  They deserve justice and not blame.
13   Thank you.
14 MS. ELIZABETH KRAMER:  Good afternoon everyone.  My name is
15   Elizabeth Kramer, and I also represent the Plaintiffs in
16   this case.  Expanding on Heather's discussion of how women
17   in Johnson City had the strength and bravery to come
18   forward to report their sexual assault, I'm going to
19   discuss why the survivors in this case use pseudonyms in
20   the lawsuit and why the case is filed as a class action.
21   First, Johnson City has claimed that because our clients
22   use Jane Doe names for the lawsuit, it can't respond to
23   the public's questions about the case.  The City said it
24   would be, quote, "pure speculation" to explain what
25   happened to these Jane Does, even though the lawsuit

provides detailed accounts of how each of these women was drugged and raped by Sean Williams with no recourse by the JCPD. Are there so many reports of women being drugged and raped in Johnson City that a description of the violence and naming your attacker is not enough? Does Johnson City have so many women who have reported they were raped by Sean Williams without investigation for years that the City really does not know who the Plaintiffs are in this case? The fact is Johnson City does know, and they had evidence in graphic detail for years, but chose not to act on it. Johnson City claimed the Plaintiffs in this case want to remain anonymous for legal reasons, as if this were a strategy to gain an advantage in the lawsuit. But let's be very clear, particularly because you will be hearing from these survivors shortly, these women use pseudonyms because they have a very real threat of retaliation. After Cathy Ball gave the press conference in August promising safety for women survivors, Williams escaped custody during a prison transport and remained at large for over a month. The pending complaint in this case is filed by three women who are using their initials and prosecuting the case as representative Plaintiffs on behalf of other survivors. They may at some point reveal their identities, but that will not undercut the choice, often the necessity, for

1     women to be able to participate in this lawsuit
2     anonymously.  Evidence is clear that Sean Williams drugged
3     and raped dozens of women, and could not have done so
4     without protection from JCPD officers.  The Daigle Law
5     Group, paid for by the City itself, revealed over 250
6     instances of sexual assault reports that the JCPD
7     systematically refused to investigate, and sometimes
8     actively suppressed, all based on a practice of sex
9     discrimination.  Part of that violence is feeling alone,
10    silenced, and not believed.  This class action will be a
11    vehicle to allow many women, the dozens of Sean Williams'
12    survivors, and the hundreds of women who were harmed by
13    JCPD's discriminatory refusal to prosecute sex abuse to
14    vindicate their rights.  Thank you.
15 MS. VANESSA BAEHR-JONES:  The survivors will be joining us in
16     a moment.  Some have decided to use their first names
17     today.  Some have chosen not to identify themselves.  Each
18     of them will give prepared remarks, and they will not be
19     taking questions.  Thank you.
20         ***DOES ENTER THE PRESS CONFERENCE***
21 MS. VANESSA BAEHR-JONES:  This is truly a momentous day for
22     the women you see in front of you.  Their fight for
23     justice has already been a difficult one, and there is a
24     long road ahead.  But today is a special day, for today it
25     is finally their turn to speak.

```
 1                            ******
 2   JANE DOE:  I am a plaintiff in the lawsuit against Johnson
 3        City, and I represent the sex trafficking survivor class.
 4        I am here today to respond to what Cathy Ball said about
 5        the victims in this case.  I was working on Friday, August
 6        25th when my father called me and asked whether I had seen
 7        the news.  I had not.  He then said, it's outrageous, they
 8        are painting the victims to be drug addicts.  I was
 9        shocked, and immediately looked up the article and read it
10        for myself.  It was hurtful to read what Ms. Ball had
11        said.  After all the evidence that had come out about Sean
12        Williams, evidence proving he had raped over 50 women and
13        sexually exploited children, I thought the City might take
14        some accountability.  Instead, Ms. Ball justified their
15        lack of action by pointing fingers at us, at the victims
16        of his crimes.  I did not take any drugs before I was
17        raped.  I had been offered a beer.  My toxicology report
18        showed that I had benzos in my system, which I never would
19        have taken on my own free will, but that should not
20        matter.  Other women should not feel scared to come
21        forward just because they might have made a mistake and
22        taken drugs at his apartment.  That does not mean it's all
23        right for them to be raped or that they deserve zero
24        empathy and no accountability.  I am not just a survivor
25        of Shawn Williams, I am also a mother, I am training as a
```

```
 1       nurse, and I'm a resident of Johnson City who deserved
 2       better.  I deserved justice, and I am here today because
 3       all of the survivors in this case deserve justice.  We
 4       will not be silenced by victim blaming.  Thank you.
 5                              ******
 6  JANE DOE:  My name is Cheney, and I am here today because no
 7       survivor of sexual assault should feel alone.  There is
 8       power in standing together to demand change.  No survivor
 9       should feel ashamed.  No survivor should feel guilty or at
10       fault for the crimes that were committed against them.
11       That is why I am speaking up today.  What happened to me
12       was not my fault.  If no one speaks up, how can we ever
13       change anything?  Survivors deserve justice.  Survivors
14       deserve accountability.  No matter how much you want to
15       dehumanize me or any other survivor, I did not deserve to
16       be assaulted.  There should never be an excuse for sexual
17       assault.  Thank you.
18                              ******
19  JANE DOE:  I'm here today to respond to Cathy Ball.  Even
20       words that are so obviously untrue, like hers, can still
21       cause harm, no matter what your role is, and especially if
22       you are in a position of power, your words matter.
23       Survivors deserve to be treated with respect.  For a woman
24       in Cathy Ball's position of power to say publicly that
25       victims are at fault when we didn't have the ability to
```

1       defend ourselves was a punch in the gut.  No matter how
2       untrue or how ridiculous these words are, they still hold
3       the power to hurt.  I'm here today to replace these words
4       with the truth.  Our voices do matter and we are not at
5       fault.  Thank you.
6                                ******
7  JANE DOE:  My name is Anya, and I am here today because a
8       predator was allowed to take advantage of people in
9       vulnerable situations for far longer than should have ever
10      happened.  Sean Williams was manipulating people, people
11      who were vulnerable, who were disadvantaged, who may have
12      been struggling with addiction problems.  I was struggling
13      with addiction when he victimized me, but I did not
14      deserve to be a target, and I certainly was not at fault.
15      People were scared to report to the police because they
16      had heard the police were doing nothing or worse.  Victim
17      blaming is one of the main reasons that survivors are
18      afraid to come forward.  It perpetuates rape culture.  If
19      survivors are too scared that they will be blamed, they
20      will not be able to report their sexual assaults.  I want
21      to give a voice to those who are too scared, who have not
22      been heard or listened to, or to the ones that are no
23      longer here to speak up for themselves.  We are here to
24      get accountability.  Thank you.
25                               ******

JANE DOE:  I'm here on behalf of my sister, Laura Shea Trent. She was a victim of Sean Williams who did not survive.  If the Johnson City Police Department had done their jobs, my sister would have never met Sean Williams on the night of November 10th, 2020.  If the Johnson City Police Department had done their jobs, Sean Williams would have been in jail a long time before she met him.  Immediately after my sister died, I asked the Johnson City Police Department to investigate.  They did nothing.  My family has experienced heartache watching as the system designed to protect and serve this community has let us down time and time again.  Now we have nothing but memories of Laura.  We will miss her every day.  Law enforcement protected an evil predator at my sister's expense.  I boldly stand beside the victims today to encourage them in their fight for justice.  And if you were targeted by Sean Williams, I want you to know it was not your fault. Nothing my sister did made her at fault.  Nothing justified Sean Williams targeting her that night.  The city manager stood up and claimed it was because of an, in quote, "lack of training" that Sean Williams was allowed to terrorize our city.  My family and I do not accept that answer.  Let's be clear, we've alleged it was corruption. As citizens of this community, we expect and deserve justice so no other family should ever have to endure the

tragedy of what we have been through.  My sister's life
       mattered.  We will stand on what is right and we will not
       stop fighting on Laura's behalf.  Thank you.
                              ******
MS. VANESSA BAEHR-JONES:  I'm going to read a short statement
       on behalf of Kimberly Trent.  My daughter is so much more
       than a Jane Doe.  Her name is Laura Shea.  She was here
       and lived a life with family and friends who loved her
       dearly.  She has the most beautiful soul.  She is my baby
       girl.  Today I stand here and I ask why.  Why was this
       ever allowed to happen?  Why was this monster allowed to
       roam our streets for my child to ever meet Sean Williams
       that night?  Had Johnson City Police Department done their
       due diligence and got him off the street when they should
       have, she would never have met him.  I want to know why.
       Why was evil protected and not my beautiful baby girl?
       She deserved so much better from the ones that we look to
       protect us.  Why did they fail to protect her?  I stand
       here in solidarity with all the survivors and all the
       survivors out there who may not have yet come forward.  We
       fight on your behalf.
                              ******
JANE DOE:  I was at home when I first saw the article about
       Cathy Ball's press conference.  I read Ms. Ball's words
       that the victims were, quote-unquote, "comparatively at

fault" for their, quote-unquote, "mistaken judgment". I was outraged and I was distraught. I am one of the 52 women whom Sean Williams sexually assaulted while taking sexually explicit photographs of me. My name also appears on the raped list, which Johnson City Police Department recovered from Sean Williams' apartment. They took no action when they found that list. Instead, they dismissed credible reports made by other rape victims. The people in my community who are supposed to protect me, and the other women you see here today, failed us. I did not deserve to be victimized by Sean Williams no matter what I drank or what I consumed the evening that I was there. I was not comparatively at fault. I was not in fault in any way. When Cathy Ball said that victims may be comparatively at fault, she's participating in a very dangerous game of victim blaming. This assumes that the false idea that bad things only happen to bad people. This false narrative lets people in power off of the hook for protecting everyone, which is their civic duty. It's intended to discredit victims and discourage women from coming forward. Victims of Sean Williams deserved protection from sexual violence, regardless of whether they drank alcohol, took illicit drugs, or otherwise. No one signs up to be raped. Thank you.

******

PRESS CONFERENCE                 DOES v. CITY OF JOHNSON CITY
2/6/24
14

Case 2:23-cv-00071-TRM-JEM   Document 398-1   Filed 10/18/24   Page 14 of 16   PageID #: 9740

1    MS. VANESSA BAEHR-JONES:  I want to thank each of these women
2        for their bravery and incredible courage in speaking
3        publicly for the first time about what they've been
4        through, what their family member has been through.  What
5        tremendous voices they have.  I know they hope that their
6        words will bring healing and comfort to other survivors
7        out there who may have also been victimized by Sean
8        Williams.  Please know that we bring this case on your
9        behalf, too.  As I said, this is a long fight, but I
10       believe that what we conveyed today is our resolve in the
11       face of injustice.  We will not be deterred by victim
12       blaming or bullying.  We will stand strong.  Thank you,
13       and thank you.
14   JANE DOES:  Thank you.
15   MS. VANESSA BAEHR-JONES:  We will not take questions.

THIS CONCLUDES THE TRANSCRIPT OF

2/6/24 PRESS CONFERENCE

BY:  _____
         Rebecca Overbey
         Licensed Court Reporter

# **C E R T I F I C A T E**

I, Rebecca Overbey, Licensed Court Reporter in and for the State of Tennessee, do hereby certify that the foregoing is a true and complete

     TRANSCRIPT OF 2/6/24 PRESS CONFERENCE

the same transcribed to the best of my ability and understanding at the request of counsel from a recording provided to me. I, Rebecca Overbey, was not present, nor did I have an agent present for this press conference.

WITNESS my hand and official seal at my office in Kingsport, (Sullivan County) Tennessee on this the 10th day of May, 2024.

                                         **Rebecca Overbey**
                                    **LICENSED COURT REPORTER**
                                        **State of Tennessee**
                                              **LCR #078**

**My License Expires:**

   **June 30, 2026**

       **\*\*\*CERTIFIED ONLY IF AFFIXED SEAL IS GREEN\*\*\***