| New Factual Allegations | Supporting Evidence[1] |
|---|---|
| **Sparks & Jenkins' Bank Records:**<br>• Sparks and Jenkins made deposits for amounts above known income/sources in multiple bank & loan accounts. (TAC ¶¶ 65, 106-112)<br>• Jenkins' money laundering scheme (TAC ¶ 106)<br>• Payment to Jenkins from Female 4. (TAC ¶ 108)<br>• Cash payments to Jenkins. (TAC ¶ 110)<br>• Sparks' use of multiple bank and loan accounts. (TAC ¶ 111-112) | • Eastman Credit Union (EASTMAN0001-001412) **(8/6/24)**<br>• Appalachian Community Credit Union (no Bates) **(7/30/24)**<br>• First Bank and Trust (SPARKS000150-701; SPARKS0001261-1273) **(10/4/24)**<br>• SunTrust Bank /Truist Bank (SPARKS000702-1260) **(10/4/24)** |
| **Sparks & Jenkins' Intentional Obstruction of Crime Scene, 9/19/2020, Peters' Leadership Role:**<br>• Patrol officer deferring Sparks' and Jenkins' decisions. (TAC ¶ 67)<br>• Decisions counter to JCPD search and seizure protocol. (TAC ¶ 67)<br>• Did not test Williams' bloody hands. (TAC ¶ 68)<br>• Left Arlo video cameras pointing towards room unsecured. (TAC ¶ 69)<br>• Allowed Williams to continue manipulating his cellphone. (TAC ¶ 70)<br>• Failure to seize "Call Arlo!!!" note. (TAC ¶ 71)<br>• Sparks and Jenkins intentionally left Diaz-Vargas in unsecured apartment. (TAC ¶ 72)<br>• Hilton phone calls to Peters. (TAC ¶ 75)<br>• Arlo cameras under paper towels. (TAC ¶ 77) | • Videos of JCPD officers at Williams' apartment on 9/19/2020 (CITY-77500 - 77512) **(4/2/24)**<br>• Photographs of Williams' bloody hands on 9/19/2020 (CITY-76859-76860) **(4/2/24)**<br>• Photographs of unsecured Arlo cameras (CITY-76852, CITY-76853, CITY-76855, CITY-76856) **(4/2/24)**<br>• Photograph of Williams' retaining his cellphone (CITY-0076854, CITY-0076847) **(4/2/24)**<br>• Photograph of "Call Arlo!!!" (CITY-76858, CITY-76848) **(4/2/24)**<br>• JCPD Case File re Mikayla Evans' Attempted Homicide (CITY-0076699 - CITY-0076773) **(4/2/24)**<br>• JCPD Search and Seizure protocol (CITY0000152-CITY0000167 re seizure of property; CITY0000177 re seizure of computer) **(4/2/24)**<br>• Hilton Call Logs (CITY-VERIZON-000021-23) **(7/30/24)**<br>• Photograph of hidden Arlo cameras. (CITY-77000) **(4/2/24)** |
| **Sparks & Jenkins' Intentional Obstruction in Executing Search Warrant, 9/19/2020; Peters' Leadership Role:**<br>• Timing of executing search warrant; JCPD officers present and time of arrival/departure. (TAC ¶ 79)<br>• Fail to secure, inventory, seize rifle. (TAC ¶ 80)<br>• Fail to seize, inventory "Raped" list. (TAC ¶ 81)<br>• Peters receiving regular updates from Hilton | • JCPD Case File re Mikayla Evans' Attempted Homicide (including dispatch log and property receipts) (CITY-0076699 - CITY-0076773) **(4/2/24)**<br>• Photograph of rifle in Williams' foyer. (CITY-76878) **(4/2/24)**<br>• Photograph of "Raped" list. (CITY-77011) **(4/2/24)**<br>• Hilton Call Logs (CITY-VERIZON-000021- |

---

[1] The dates in bold indicate when Plaintiffs obtained the cited evidence.

| | |
|---|---|
| during search. (TAC ¶ 82)<br>• List of seized digital devices. (TAC ¶ 86) | 23) **(7/30/24)** |
| **Sparks and Jenkins Fail to Obtain Search Warrant for Digital Devices; Turner and Peters' Leadership Roles:**<br>• Sept. 19, 2020, Email from Hilton to JCPD leadership re need to obtain search warrant. (TAC ¶¶ 103-104)<br>• Turner discouraged Dahl from obtaining warrant. (TAC ¶¶ 105, 206, 208)<br>• Peters received updates about search warrants re Williams. (TAC ¶ 105)<br>• Evidence found in safe included baby doll with hole in the genitals, which was not inventoried. (TAC ¶ 100)<br>• In exchange for <u>not</u> obtaining search warrant, Sparks and Jenkins took hundreds of thousands in cash and a gold necklace. (TAC ¶ 101)<br>• 12/08/2020: Peters directed Dahl to work with Sparks to obtain warrant. (TAC ¶ 214)<br>• Sparks intentionally delayed obtaining search warrant. (TAC ¶ 215)<br>• 5/11/2021: Sparks attempted to return digital devices. (TAC ¶ 223) | • Hilton Email (CITY-142112) **(7/5/24)**<br>• Dahl Recordings (*Dahl v. Turner, et al.*, Case 2:22-cv-00072-KAC-JEM; ECF 66-10) **(Dahl recordings publicly filed on 1/16/24)**<br>• Sparks 12/03/20 Memo to Peters. (CITY-0075832) **(3/28/24)**<br>• Sparks forwards emails with Dahl re Williams' search warrant to Peters. (CITY-0075818) **(4/2/24)**<br>• Photographs of baby doll and dildos (CITY-77964, 77965) **(4/2/24)**<br>• Photographs of cash from safe (CITY-77962, CITY-77966) **(4/2/24)**<br>• Video of opening of safe which shows gold necklace (CITY-0077998) **(4/2/24)**<br>• Property receipts from Evans' case (see above) **(4/2/24)**<br>• Finney deposition transcript **(Finney deposition held on 7/17/24)**<br>• 5/11/2021: Sparks email to Dahl (CITY-75789) **(3/28/24)** |
| **Obstruction of B.P.'s Case:**<br>• Officer Matthew Gryder's role. (TAC ¶ 120)<br>• B.P.'s statement to Officer Proffit. (TAC ¶ 124)<br>• Turner transferred Bret Richardson. (TAC ¶ 130)<br>• Richarson' role on prior rape investigation. (TAC ¶ 130)<br>• Closure of B.P.'s case prematurely by Gryder. (TAC ¶ 131)<br>• JCPD sat on B.P.'s rape kit results. (TAC ¶ 184)<br>• Sparks asks B.P. to come to HQ to repeat her account of sexual assault. (TAC ¶ 190)<br>• Sparks' June 1, 2023, search warrant was an attempt to cover-up obstruction. (TAC ¶ 191) | • JCPD case file for B.P.'s rape investigation. (CITY-0076107 - CITY-0076183)<br>• B.P.'s rape kit results (CITY-0076255 - CITY-0076259) **(4/2/24)**<br>• Audit trails for B.P.'s case (CITY-138194) **(4/4/24)**<br>• Letter from Richardson personnel file. (CITY-0142446) **(7/5/24)**<br>• Case file for W18008735 (CITY-0064014 - CITY-0064062) **(3/19/24)**<br>• Richardson deposition testimony. **(Richardson deposition held on 8/7/24)** |
| **Obstruction of Female 2's Case:**<br>• Failure to investigate Female 2's case; premature closure. (TAC ¶¶ 133-135, 139)<br>• Daigle testimony re Female 2's case. (TAC ¶ 136)<br>• Repeated JCPD phone calls to Female 2, including Peters' call. (TAC ¶ 137) | • Female 2's JCPD case notes. (CITY-0064244)<br>• Telephonic interview with Female 2 **(Interview on 3/28/24)**<br>• Daigle deposition testimony **(Daigle vol. 2 deposition held on August 20, 2024)**<br>• Dunn deposition testimony **(Dunn deposition held on 7/18/24)** |

| | |
|---|---|
| • Dunn's requests transfer from CID. (TAC ¶ 140) | • Audit trails for Female 2's case (CITY-138195) **(4/4/24)** |
| **Obstruction of Female 12's Case:**<br>• TFO Adams alerted Gryder who called Sparks to intervene at FBI. (TAC ¶ 168)<br>• No legitimate reason to call Sparks. (TAC ¶ 169)<br>• Details of Female 12's effort to report Williams. (TAC ¶ 170-171) | • Female 12's JCPD case notes. (CITY-0076364 - CITY-0076366)<br>• Gryder deposition transcript **(Gryder deposition held on 8/7/24)** |
| **Legault's Knowledge of Dahl's Efforts to Investigate TBI Human Trafficking Case /Obstruction:**<br>• Legault was aware of Dahl's efforts to investigate Williams' rapes with TBI. (TAC ¶ 176)<br>• Legault's role in pretextual termination of Dahl. (TAC ¶ 232-233) | • Dahl recordings (see above)<br>• Email chain re Peters' canceling TBI meeting (CITY-0076015 - CITY-0076016) **(3/28/24)**<br>• Legault's 12/11/2020 email to Peters with Dahl case list (Publicly filed on 2/6/2024, *Dahl v. Turner, et al.*, Case 2:22-cv-00072-KAC-JEM) |
| **Williams' Seized Digital Devices Contained Child Sex Abuse Material & Videos/Images of Sexual Assault:**<br>• Sparks and Jenkins knew or should have known and were in reckless disregard of this evidence. (TAC ¶ 178) | • Finney deposition transcript **(Finney deposition held on 7/17/24)** |
| **Turner and Peters' Knowledge of Dahl's Efforts to Investigate Sex/Human Trafficking Case:**<br>• Summary of Turner and Peters' knowledge. (TAC ¶ 178)<br>• 12/8/2020: Dahl explained to Turner Williams' connection to TBI human trafficking investigation. (TAC ¶ 201)<br>• Dahl connected victim on "Raped" list to victim in TBI investigation from Western Carolina University. (TAC ¶ 201)<br>• Turner and Peters attended meeting with TBI in December 2020 regarding Williams' rapes. (TAC ¶ 202)<br>• Peters canceled Dahl's meeting with TBI re human trafficking case / Williams' rapes. (TAC ¶ 203)<br>• 12/8/2020: Turner told Peters that Dahl was briefing him on TBI investigation. (TAC ¶ 204)<br>• 12/8/2020: Peters discussed conduct amounting to commercial sex trafficking (TAC ¶ 205)<br>• Peters received updates from Sparks on Williams' search warrants and Williams' digital devices. (TAC ¶ 210)<br>• Turner and Peters dismissed multiple victims' accounts as uncredible. (TAC ¶ 213) | • Dahl recordings (see above)<br>• Finney deposition transcript (see above)<br>• Peters' email canceling TBI meeting. (CITY-0076015 - CITY-0076016) **(3/28/24)**<br>• Sparks 12/3/2020 memo to Peters (CITY-0075832) **(3/28/24)**<br>• Sparks forwarded to Peters emails with Dahl and draft search warrant (CITY-0075818) **(3/28/24)**<br>• 12/07/2020: Hilton – Peters texts re Williams' digital devices (CITY-0076018) **(3/28/24)**<br>• 5/5/2021: Sparks email to Turner (CITY-0075810) **(3/28/24)** |

| | |
|---|---|
| • 5/5/2021: Sparks emailed Turner excuse for not obtaining warrant nine hours before botched arrest of Williams. (TAC ¶¶ 211-15.) | |
| **Sparks Bribes Female 4:**<br>• Status of join state-federal public corruption investigation. (TAC ¶ 240)<br>• TBI agent Gerald Ray interviews Female 4 (TAC ¶ 241)<br>• Sparks interviewed in public corruption investigation. (TAC ¶ 253)<br>• Records and deposits and checks from Sparks' Truist savings and checking accounts. (TAC ¶¶ 256-59, 261, 264-265)<br>• Phone calls to Female 4. (TAC ¶¶ 257, 260) | • Finney Deposition testimony (see above) **(Finney deposition held on 7/17/24)**<br>• Female 4 deposition testimony **(Female 4 deposition held on 6/4/24)**<br>• Defendant City's Response to Plaintiffs' Second Set of Interrogatories (Served 6/19/2024)<br>• SunTrust Bank / Truist Bank (SPARKS000702-1260) **(10/4/24)**<br>• Luxury Label records **(7/8/24)**<br>• Female 4's cellphone records. **(4/4/24)** |
| **Cathy Ball Attempts to Purchase Williams' Penthouse Apartment:**<br>• Ball – S.C. and S.C.-Williams text messages regarding Ball's purchase of Williams' apartment. (TAC ¶¶ 268-270, 273-275278-289)<br>• Ball – Turner texts re Ball's purchase of Williams' apartment. (TAC ¶ 272)<br>• Turner's knowledge that this was Williams' apartment. (TAC ¶ 271-272) | • Ball deposition testimony **(Ball deposition held on 6/3/24)**<br>• S.C. deposition testimony **(S.C. deposition held on 8/9/24)**<br>• Ball/ Williams contract (S.C.0161-S.C.0183) **(7/24/24)**<br>• Turner/Ball text messages (Turner000017-19) **(6/28/24)**<br>• 9/19/2020 Hilton email (See above) |