

**From:** Sparks, Toma
**Sent:** Tuesday, January 26, 2021 7:27 AM
**To:** Peters, Kevin
**Subject:** Kat Dahl email
**Attachments:** RE: [EXTERNAL] Re: Search Warrant

Investigator Toma Sparks
Johnson City Police Department



City of Johnson City, Tennessee
423.434.6108 o. / 423.930-4120 c. / 423-434-6127 f.
tsparks@johnsoncitytn.org