
K. Turner
DEPOSITION
EXHIBIT
# 52

From: LeGault, Jeff
Sent: Friday, December 11, 2020 12:24 PM
To: Turner, Karl
Cc: Peters, Kevin
Subject: 2019-2020 Federal Cases
Attachments: Federal Cases for 2019.docx

Chief here is a list of the cases that SIS has either given to Kat and she has all the materials or sent her reports of cases we wanted prosecuted. I'm certain that I am missing a few but these are the ones that I discussed with SIS and am certain of at this time. If you need anything else just let me know.

Sergeant Jeff Legault
Johnson City Police Department
601 E. Main St.
Johnson City, T.N. 37601

Office Phone 423-434-6110
Cell Phone 423-557-4200

Think green: Only print this e-mail and any attachment if necessary.

# Federal Cases for 2019-2020

\*\*\*Current Cases that SAUSA Kat Dahl has files on

-W20007121- Gun case, 6/18/20

-I-190039- Meth and Gun conspiracy case, 11/15/19

-W20007526- Meth case, 6/26/20

-W20011539- Meth and Gun case, 9/24/20

-W20004593- Meth case- 4/23/20

-W20004702- Meth Case- 4/26/20

-W20012240- Gun and Meth case- 10/09/20

-I-200001- Meth and Gun- 1/29/20

-W20014774- Gun and Meth case- 12/09/20


\*\*\* Cases that SAUSA Kat Dahl received the reports for prosecution via email

W19005438- Gun case- 5/14/19

W20001928- Gun case- 2/15/20

W20002527- Gun case- 2/25/20

W20002798- Gun case- 3/06/20

W20006010- Gun Case- 5/24/20

W20006053- Gun Case- 5/25/20

W20007567- Gun case- 6/27/20


\*\*\*Cases we stopped sending that could be prosecuted

I-200009- Meth and Gun Case- 9/10/20

W20010717- Gun Case- 9/04/20

W20002297- Gun Case- 2/25/20

W20006962- Gun Case- 6/15/20

W20007578- Gun Case- 6/27/20

W20013730- Gun Case- 11/12/20