UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JANE DOE, *et. al.*, | ) |
|     *Plaintiffs*, | ) Case No. 2:23-cv-71 |
| v. | ) Judge Travis R. McDonough |
| JOHNSON CITY, TENNESSEE, *et al.*, | ) Magistrate Judge Jill E. McCook |
|     *Defendants*. | ) |

## ORDER

Before the Court is Plaintiffs' motion for class certification. (Doc. 391.) Pursuant to the Court's most recent scheduling order (Doc. 418), Plaintiffs are to file a renewed motion for class certification on or before January 31, 2025. Accordingly, Plaintiffs' motion (Doc. 391) is **DENIED AS MOOT**. Plaintiffs may file their renewed motion for class certification following the Court's resolution of their motion for leave to amend their complaint (Doc. 419).

    SO ORDERED.

                                                    /s/ *Travis R. McDonough*
                                                  **TRAVIS R. MCDONOUGH**
                                                  **UNITED STATES DISTRICT JUDGE**