IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE GREENEVILLE DIVISION

| | |
|---|---|
| B.P., H.A., and S.H., individually, and on Behalf of all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| VERSUS | ) No. 2:23-cv-00071-TRM-CRW ) |
| CITY OF JOHNSON CITY, TENNESSEE, *et al* | ) ) |
| Defendants. | ) |

## MOTION TO FILE UNDER SEAL

COME NOW the Defendants, and move to file the attached excerpts of the Deposition of District Attorney General Steven Finney under seal in this cause. The substance of the excerpts involving the testimony of General Finney have been designated as confidential by the Tennessee Attorney General, to the extent that the excerpts may relate to ongoing or anticipated prosecution by the District Attorney's Office. The material is nevertheless relevant to Plaintiff's attorney Ms. Baehr-Jones's interactions with General Finney and others relating to prosecution of Sean Williams as discussed more fully in Defendants' Motion (DE 414), and Plaintiffs' (by and through their attorney) failure to cooperate with the prosecutors. This information is being filed in support of Defendants' Motion for Leave to Depose Ms. Baehr-Jones concerning her interactions with General Finney (DE 414), and as may relate to other discovery motions which are pending.

Undersigned has met and conferred with Plaintiffs' counsel concerning their position on filing publicly or under seal, who has responded simply: "The confidentiality

and privacy protections implicated in the Finney depo transcript and the OIG letter stem from others, not plaintiffs."

This Court has previously entered a special protective order concerning testimony from personnel of the District Attorney General's office. (DE 260). Information relating to the prosecution of crimes by the District Attorney General's office is appropriate for sealing, as release of such information could be seen to impair such prosecution. (See, e.g., DE 278 (approving the sealing of material significant in connection with the potential prosecution of Sean Williams)).

WHEREFORE, premises considered, Defendants request that the exceprts filed contemporaneously herewith be filed under seal.

> Respectfully submitted,
>
> MOORE, RADER AND YORK, P. C.
>
> By <u>DANIEL H. RADER IV, BPR 025998</u>
> DANIEL H. RADER IV, BPR 025998
> ANDRE S. GREPPIN, BPR 036706
> P. O. Box 3347
> Cookeville, TN  38502
> Phone: (931) 526-3311
> Fax: (931) 526-3092
> danny@moorerader.com
> Attorneys for Karl Turner in his
> individual capacity

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Heather Moore Collins
Ashley Walter
HMC Civil Rights Law, PLLC
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996
Email: heather@hmccivilrights.com
Email: ashley@hmccivilrights.com
*Attorney for Plaintiffs*

Emily C. Taylor
Reid A. Spaulding
Watson Roach Batson & Lauderback
P. O. Box 131
Knoxville, TN 37901-0131
865-637-1700
Email: etaylor@watsonroach.com
Email: rspaulding@watsonroach.com
*Attorneys for the City of Johnson City, Tennessee, and Karl Turner, in his individual capacity*

Keith H. Grant
Laura Beth Rufolo
Philip Aaron Wells
Robinson, Smith & Wells, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
423-756-5051
Email: kgrant@rswlaw.com
Email: lrufolo@rswlaw.com
Email: awells@rswlaw.com
*Attorneys for Justin Jenkins, in his individual capacity*

Jonathan P. Lakey
Burch, Porter & Johson, PLLC
130 N. Court Avenue

Kevin Osborne
Elizabeth Kramer
Julie C. Erickson
44 Tehama St.
San Francisco, CA 94105
Email: kevin@eko.law
Email: elizabeth@eko.law
Email: julie@eko.law
*Pro Hac Vice Attorneys for Plaintiffs*

Vanessa Baehr-Jones
Advocates for Survivors of Abuse
4200 Park Blvd., No. 413
Oakland, CA 94602
Email: vanessa@advocatesforsurvivors.com
*Pro Hac Vice Attorney for Plaintiffs*

K. Erickson Herrin
Herrin McPeak & Associates
515 E. Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
423-929-7113
Email: lisa@hbm-lawfirm.com
*Attorney for the City of Johnson City, Tennessee, Karl Turner, in his individual and official capacity, Toma Sparks, in his official capacity, and, Kevin Peters, in his official capacity*

Kristin E. Berexa
Benjamin C. Allen
Farrar Bates Berexa
12 Cadillac Drive, Suite 480
Brentwood, TN 37027
615-254-3060
Email: kberexa@fbb.law
Email: ballen@fbb.law
*Attorneys for Toma Sparks*

Memphis, TN  38103
901-524-5000
Email:  jlakey@bpjlaw.com
*Attorney for City of Johnson City, Tennessee*

    This the <u>6th</u> day of <u>November</u>, 2024.

                MOORE, RADER AND YORK, P. C.

                By <u>DANIEL H. RADER IV, BPR 025998</u>
                    DANIEL H. RADER IV, BPR 025998
                    P. O. Box 3347
                    Cookeville, TN  38502
                    Phone: (931) 526-3311
                    Fax: (931) 526-3092
                    danny@moorerader.com
                    Attorneys for Karl Turner in his individual capacity