IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE GREENEVILLE DIVISION

| | |
|---|---|
| B.P., H.A., and S.H., individually, and on Behalf of all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| VERSUS | ) No. 2:23-cv-00071-TRM-CRW ) |
| CITY OF JOHNSON CITY, TENNESSEE, *et al* | ) ) |
| Defendants. | ) |

## NOTICE OF FILING

COME NOW the Defendants, and give notice that they have filed excerpts of the Deposition of District Attorney General Steven Finney (DE 426) in support of their Motion for Leave to Depose Attorney Baehr-Jones (DE 414).

In addition, Defendants further give notice of filing the attached letter from Attorney Baehr-Jones, reflecting her interactions with authorities concerning the underlying facts of this matter (See DE 414), far outside the auspices of this civil litigation and her *pro hac vice* admission in this Court. The names of the federal employees to whom Attorney Baehr-Jones refers have been redacted. An unredacted version will be filed under seal.

Respectfully submitted,

MOORE, RADER AND YORK, P. C.

By <u>DANIEL H. RADER IV, BPR 025998</u>
    DANIEL H. RADER IV, BPR 025998
    ANDRE S. GREPPIN, BPR 036706
    P. O. Box 3347
    Cookeville, TN 38502
    Phone: (931) 526-3311
    danny@moorerader.com
    Attorneys for Karl Turner in his
    individual capacity

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Heather Moore Collins
Ashley Walter
HMC Civil Rights Law, PLLC
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996
Email: heather@hmccivilrights.com
Email: ashley@hmccivilrights.com
*Attorney for Plaintiffs*

Emily C. Taylor
Reid A. Spaulding
Watson Roach Batson & Lauderback
P. O. Box 131
Knoxville, TN 37901-0131
865-637-1700
Email: etaylor@watsonroach.com
Email: rspaulding@watsonroach.com
*Attorneys for the City of Johnson City, Tennessee, and Karl Turner, in his individual capacity*

Keith H. Grant
Laura Beth Rufolo
Philip Aaron Wells
Robinson, Smith & Wells, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
423-756-5051
Email: kgrant@rswlaw.com
Email: lrufolo@rswlaw.com
Email: awells@rswlaw.com
*Attorneys for Justin Jenkins, in his individual capacity*

Jonathan P. Lakey
Burch, Porter & Johson, PLLC
130 N. Court Avenue

Kevin Osborne
Elizabeth Kramer
Julie C. Erickson
44 Tehama St.
San Francisco, CA 94105
Email: kevin@eko.law
Email: elizabeth@eko.law
Email: julie@eko.law
*Pro Hac Vice Attorneys for Plaintiffs*

Vanessa Baehr-Jones
Advocates for Survivors of Abuse
4200 Park Blvd., No. 413
Oakland, CA 94602
Email: vanessa@advocatesforsurvivors.com
*Pro Hac Vice Attorney for Plaintiffs*

K. Erickson Herrin
Herrin McPeak & Associates
515 E. Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
423-929-7113
Email: lisa@hbm-lawfirm.com
*Attorney for the City of Johnson City, Tennessee, Karl Turner, in his individual and official capacity, Toma Sparks, in his official capacity, and, Kevin Peters, in his official capacity*

Kristin E. Berexa
Benjamin C. Allen
Farrar Bates Berexa
12 Cadillac Drive, Suite 480
Brentwood, TN 37027
615-254-3060
Email: kberexa@fbb.law
Email: ballen@fbb.law
*Attorneys for Toma Sparks*

Memphis, TN 38103
901-524-5000
Email: jlakey@bpjlaw.com
*Attorney for City of Johnson City, Tennessee*

 This the 6th day of November, 2024.

          MOORE, RADER AND YORK, P. C.

          By DANIEL H. RADER IV, BPR 025998
           DANIEL H. RADER IV, BPR 025998
           P. O. Box 3347
           Cookeville, TN 38502
           Phone: (931) 526-3311
           Fax: (931) 526-3092
           danny@moorerader.com
           Attorneys for Karl Turner in his individual capacity