IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| B.P., H.A., and S.H., individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | No. 2:23-cv- 00071-KAC-JEM |
| v. | ) ) | |
| CITY OF JOHNSON CITY, et al., | ) ) | |
| Defendants. | ) | |

### NOTICE OF THE DISTRICT ATTORNEY GENERAL FOR THE FIRST JUDICIAL DISTRICT REGARDING EXCERPTS OF THE DEPOSITION OF DISTRICT ATTORNEY GENERAL FINNEY

Pursuant to the Court's Orders of November 14 and 15, 2024 (DE 441, 449), the Office of the District Attorney General for the First Judicial District notifies the Court of its position relative to the excerpts from the deposition transcript of District Attorney General Finney that are the subject of these Orders. The DA's Office has reviewed the excerpts contained in Docket Entries 426 and 446 and has no objection to the deposition excerpts being filed in the public record.

Respectfully submitted,

JONATHAN SKRMETTI
ATTORNEY GENERAL AND REPORTER

By: */s/ Mary Elizabeth McCullohs*
Mary Elizabeth McCullohs, TN BPR No. 026467
Senior Assistant Attorney General
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-8126
mary.mccullohs@ag.tn.gov
*Attorney for Non-Party, the District Attorney General's Office for the First Judicial District*

## CERTIFICATE OF SERVICE

      I hereby certify that, on November 27, 2024, a true and correct copy of the forgoing *Notice of the DAG Regarding Finney Deposition Excerpts* was served via CM/ECF upon the following:

**Vanessa Baehr-Jones**
Advocates for Survivors of Abuse
4200 Park Blvd. No. 413
Oakland, CA94602

**Julie C. Erickson**
**Elizabeth A. Kramer**
**Kevin M. Osborne**
Erickson Kramer Osborne, LLP
44 Tehama Street
San Francisco, CA 94105

**Heather Moore Collins**
**Ashley Shoemaker Walter**
HMC Civil Rights Law, PLLC
7000 Executive Center Dr. Suite 320
Brentwood, TN 37027
*Attorneys for the Plaintiffs and the Proposed Classes*

**Keith H. Grant**
**Laura Beth Rufolo**
**Philip Aaron Wells**
Robinson, Smith & Wells, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
*Attorneys for Jeff Legault, in his individual capacity*

**K. Erickson Herrin**
Herrin, Booze & McPeak
P.O. Box 629
Johnson City, TN 37605-0629

**Emily C. Taylor**
**Reid Spaulding**
Watson, Roach, Batson, & Lauderback, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
*Attorneys for Johnson City, TN, Karl Turner, Kevin Peters and Toma Sparks*

| | |
|---|---|
| **Kristin Ellis Berexa**<br>**Ben C. Allen**<br>Farrar Bates Berexa<br>12 Cadillac Drive, Suite 480<br>Brentwood, TN 37027-5366<br>*Attorneys for Toma Sparks in his individual capacity* | **Jonathan Lakey**<br>Burch, Porter & Johnson, PLLC<br>130 North Court Avenue<br>Memphis, TN 38103<br>*Attorney for Johnson City, TN* |
| **Daniel H. Rader, III**<br>**Daniel H. Rader, IV**<br>**Andre S. Greppin**<br>Moore, Rader, Fitzpatrick and York, P.C.<br>P.O. Box 3347<br>Cookeville, TN 38502<br>*Attorneys for Kevin Peters* | |

          */s/ Mary Elizabeth McCullohs*