IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

B.P., et al.,

    **Plaintiffs,**

v.                                                                      No: 2:23-cv-00071-TRM-JEM

CITY OF JOHNSON CITY, TENNESSEE, et al.,

    **Defendants.**
_____/

## STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES TO FILE REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT (ECF 419) AND CITY'S RESPONSES TO PLAINTIFFS' SIXTH SET OF INTERROGATORIES AND TWELFTH SET OF REQUESTS FOR PRODUCTION

Plaintiffs, B.P., H.A., and S.H., individually and on behalf of all others similarly situated, and Defendant City of Johnson City, Tennessee, Karl Turner, Toma Sparks, and Jeff Legault in their individual capacities, and non-Parties Justin Jenkins and Kevin Peters in their individual capacities, by and through their respective counsel of record, hereby enter into the stipulation below with reference to the following facts:

WHEREAS, Plaintiffs are currently scheduled to file their Reply in support of their Motion for Leave to File Third Amended Complaint (ECF 419) ("Reply") on December 16, 2024;

WHEREAS, the City of Johnson City is currently scheduled to file its Responses to Plaintiffs' Sixth Set of Interrogatories and Twelfth Set of Requests for Production ("Discovery Responses") on December 20, 2024;

WHEREAS, due to the upcoming holiday and counsels' travel schedules this month, the above Parties agree to extend both deadlines for seven (7) days; and

1

THEREFORE, the above Parties, by and through their undersigned counsel of record, hereby STIPULATE and request the Court enter an order:

1. Extending Plaintiffs' deadline to file their Reply in support of their Motion for Leave to File Third Amended Complaint until December 23, 2024.

2. Extending the City's deadline to respond to Plaintiffs' Sixth Set of Interrogatories and Twelfth Set of Requests for Production until December 27, 2024.

IT IS SO STIPULATED.

Dated December 16, 2024.                     Respectfully submitted,

/s/ Julie C. Erickson
Julie C. Erickson (*pro hac vice*)
Elizabeth A. Kramer (*pro hac vice*)
Kevin M. Osborne (*pro hac vice*)
Erickson Kramer Osborne LLP
44 Tehama St.
San Francisco, CA 94105
415-635-0631
julie@eko.law
elizabeth@eko.law
kevin@eko.law


/s/ Vanessa Baehr-Jones
Vanessa Baehr-Jones (*pro hac vice*)
Advocates for Survivors of Abuse PC
4200 Park Boulevard No. 413
Oakland, CA 94602
510-500-9634
vanessa@advocatesforsurvivors.com

/s/ Heather Moore Collins
Heather Moore Collins (# 026099)
Ashley Shoemaker Walter (#037651)
HMC Civil Rights Law, PLLC
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX

heather@hmccivilrights.com
ashley@hmccivilrights.com

*Attorneys for Plaintiffs and the Proposed Classes*

K. Erickson Herrin
HERRIN, McPEAK & ASSOCIATES
515 East Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
rachel@hbm-lawfirm.com

Emily C. Taylor
WATSON, ROACH, BATSON &
LAUDERBACK, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
etaylor@watsonroach.com

*Attorneys to Defendants Johnson City, Tennessee, Karl Turner, in his individual and official capacity, Investigator Toma Sparks, in his official capacity, and Jeff Legault in his official capacity*

Jonathan P. Lakey
Burch, Porter, & Johnson, PLLC
130 N. Court Ave.
Memphis, TN 38103
901-524-5000
jlakey@bpjlaw.com
mchrisman@bpjlaw.com

*Attorney to Defendant City of Johnson City, Tennessee*

Kristin Ellis Berexa
Ben C. Allen
FARRAR BATES BEREXA
12 Cadillac Drive, Suite 480
Brentwood, TN 37027-5366
kberexa@fbb.law
ballen@fbb.law
jdowd@fbb.law
msutton@fbb.law
gpatton@fbb.law

*Counsel for Toma Sparks in his individual Capacity*

3

Keith H. Grant
Laura Beth Rufolo
Robinson, Smith & Wells, PLLC
633 Chestnut Street, Suite 700
Chattanooga, TN 37450
kgrant@rswlaw.com
lrufolo@rswlaw.com
awells@rswlaw.com

*Counsel for Jeff Legault in his individual capacity and non-Party Justin Jenkins*

Daniel H. Rader IV
MOORE, RADER & YORK PC
46 North Jefferson Avenue
P. O. Box 3347
Cookeville, TN 38501
danny@moorerader.com

*Counsel for Non-Party Kevin Peters in his individual Capacity*

## [PROPOSED] ORDER

Pursuant to the foregoing Stipulation and for the good cause shown, it is hereby

ORDERED:

1. Plaintiffs' deadline to file their Reply in support of their Motion for Leave to File Third Amended Complaint is extended until December 23, 2024.

2. The City's deadline to respond to Plaintiffs' Sixth Set of Interrogatories and Twelfth Set of Requests for Production is extended until December 27, 2024.

IT IS SO ORDERED.

Date: _____    By: _____
                                           The Honorable Travis R. McDonough

# CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been filed and served via the court's electronic filing system on December 16, 2024 to counsel of record:

| | |
|---|---|
| K. Erickson Herrin<br>HERRIN, McPEAK & ASSOCIATES<br>515 East Unaka Avenue<br>P. O. Box 629<br>Johnson City, TN 37605-0629<br>rachel@hbm-lawfirm.com<br><br>Emily C. Taylor<br>Maria Ashburn<br>WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.<br>P.O. Box 131<br>Knoxville, TN 37901-0131<br>etaylor@watsonroach.com<br>mashburn@watsonroach.com<br><br>*Attorneys to Defendants Johnson City, Tennessee, Karl Turner, in his individual and official capacity, Investigator Toma Sparks, in his official capacity, and Jeff Legault in his official capacity*<br><br>Jonathan P. Lakey<br>Burch, Porter, & Johnson, PLLC<br>130 N. Court Ave.<br>Memphis, TN 38103<br>901-524-5000<br>jlakey@bpjlaw.com<br>mchrisman@bpjlaw.com<br><br>*Attorney to Defendant City of Johnson City, Tennessee* | Kristin Ellis Berexa<br>Ben C. Allen<br>FARRAR BATES BEREXA<br>12 Cadillac Drive, Suite 480<br>Brentwood, TN 37027-5366<br>kberexa@fbb.law<br>ballen@fbb.law<br>jdowd@fbb.law<br>msutton@fbb.law<br>gpatton@fbb.law<br><br>*Counsel for Toma Sparks in his individual Capacity*<br><br>Keith H. Grant<br>Laura Beth Rufolo<br>Robinson, Smith & Wells, PLLC<br>633 Chestnut Street, Suite 700<br>Chattanooga, TN 37450<br>kgrant@rswlaw.com<br>lrufolo@rswlaw.com<br>awells@rswlaw.com<br><br>*Counsel for Jeff Legault in his individual capacity and non-party Justin Jenkins in his individual capacity*<br><br>Daniel H. Rader IV<br>MOORE, RADER & YORK PC<br>46 North Jefferson Avenue<br>P. O. Box 3347<br>Cookeville, TN 38501<br>danny@moorerader.com<br><br>*Counsel for Non-Party Kevin Peters in his individual Capacity and Karl Turner in his individual capacity* |

/s Julie C. Erickson
Julie C. Erickson