# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## GREENEVILLE DIVISION

**B.P., et al.,**

       **Plaintiffs,**

**v.**                          **No: 2:23-cv-00071-TRM-JEM**

**CITY OF JOHNSON CITY, TENNESSEE, et al.,**

       **Defendants.**
_____/

### AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES TO FILE (1) REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT (ECF 419); (2) CITY'S RESPONSES TO PLAINTIFFS' SIXTH SET OF INTERROGATORIES AND TWELFTH SET OF REQUESTS FOR PRODUCTION; AND (3) PLAINTIFFS' OPPOSITION TO, AND SPARKS' REPLY IN SUPPORT OF, SPARKS' MOTION FOR PROTECTIVE ORDER (ECF 469)

Plaintiffs, B.P., H.A., and S.H., individually and on behalf of all others similarly situated, and Defendant City of Johnson City, Tennessee, Karl Turner, Toma Sparks, and Jeff Legault in their individual capacities, and non-Party Kevin Peters and non-Party Justin Jenkins in their individual capacities, by and through their respective counsel of record, hereby enter into the stipulation below with reference to the following facts:

WHEREAS, Plaintiffs are currently scheduled to file their Reply in support of their Motion for Leave to File Third Amended Complaint (ECF 419) ("Reply") on December 23, 2024;

WHEREAS, the City of Johnson City is currently scheduled to file its Responses to Plaintiffs' Sixth Set of Interrogatories and Twelfth Set of Requests for Production ("Discovery Responses") on December 27, 2024;

WHEREAS, Plaintiffs are currently scheduled to file their Opposition to Sparks' Motion for Protective Order and/or Motion to Quash (ECF 469) on December 20, 2024, and Sparks is scheduled to file his Reply on December 27, 2024;

WHEREAS, due to ongoing settlement negotiations, the upcoming holiday, and counsels' travel schedules this month, the above Parties agree to extend all deadlines; and

THEREFORE, the above Parties, by and through their undersigned counsel of record, hereby STIPULATE and request the Court enter an order:

1. Extending Plaintiffs' deadline to file their Reply in support of their Motion for Leave to File Third Amended Complaint until January 6, 2025.

2. Extending the City's deadline to respond to Plaintiffs' Sixth Set of Interrogatories and Twelfth Set of Requests for Production until January 10, 2025.

3. Extending Plaintiffs' deadline to file their Opposition to Sparks' Motion for Protective Order and/or Motion to Quash (ECF 469) until January 10, 2025, and extending Sparks' deadline to file his Reply in support of his motion to January 17, 2025.

IT IS SO STIPULATED.

Dated December 20, 2024.                    Respectfully submitted,

*/s/ Julie C. Erickson*
Julie C. Erickson (*pro hac vice*)
Elizabeth A. Kramer (*pro hac vice*)
Kevin M. Osborne (*pro hac vice*)
Erickson Kramer Osborne LLP
44 Tehama St.
San Francisco, CA 94105
415-635-0631
julie@eko.law
elizabeth@eko.law
kevin@eko.law

2

*/s/ Vanessa Baehr-Jones*
Vanessa Baehr-Jones (*pro hac vice*)
Advocates for Survivors of Abuse PC
4200 Park Boulevard No. 413
Oakland, CA 94602
510-500-9634
vanessa@advocatesforsurvivors.com

*/s/ Heather Moore Collins*
Heather Moore Collins (# 026099)
Ashley Shoemaker Walter (#037651)
HMC Civil Rights Law, PLLC
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com

*Attorneys for Plaintiffs and the Proposed Classes*

K. Erickson Herrin
HERRIN, McPEAK & ASSOCIATES
515 East Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
rachel@hbm-lawfirm.com

Emily C. Taylor
WATSON, ROACH, BATSON &
LAUDERBACK, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
etaylor@watsonroach.com

*Attorneys to Defendants Johnson City,*
*Tennessee, Karl Turner, in his individual and official*
*capacity, Investigator Toma Sparks, in his official*
*capacity, and Jeff Legault in his official capacity*

Jonathan P. Lakey
Burch, Porter, & Johnson, PLLC
130 N. Court Ave.
Memphis, TN 38103
901-524-5000
jlakey@bpjlaw.com
mchrisman@bpjlaw.com

3

*Attorney to Defendant City of Johnson City, Tennessee*

Kristin Ellis Berexa
Ben C. Allen
FARRAR BATES BEREXA
12 Cadillac Drive, Suite 480
Brentwood, TN 37027-5366
kberexa@fbb.law
ballen@fbb.law
jdowd@fbb.law
msutton@fbb.law
gpatton@fbb.law

*Counsel for Toma Sparks in his individual Capacity*

Keith H. Grant
Laura Beth Rufolo
Robinson, Smith & Wells, PLLC
633 Chestnut Street, Suite 700
Chattanooga, TN 37450
kgrant@rswlaw.com
lrufolo@rswlaw.com
awells@rswlaw.com

*Counsel for Jeff Legault in his individual capacity and non-Party Justin Jenkins*

Daniel H. Rader IV
MOORE, RADER & YORK PC
46 North Jefferson Avenue
P. O. Box 3347
Cookeville, TN 38501
danny@moorerader.com

*Counsel for Karl Turner in his individual capacity and Non-Party Kevin Peters in his individual Capacity*

4

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation and for the good cause shown, it is hereby

ORDERED:

1. Plaintiffs' deadline to file their Reply in support of their Motion for Leave to File Third Amended Complaint is extended until January 6, 2025.

2. The City's deadline to respond to Plaintiffs' Sixth Set of Interrogatories and Twelfth Set of Requests for Production is extended until January 10, 2025.

3. Plaintiffs' deadline to file their Opposition to Sparks' Motion for Protective Order and/or Motion to Quash (ECF 469) is extended until January 10, 2025, and Sparks' deadline to file his Reply in support of his motion is extended to January 17, 2025.

IT IS SO ORDERED.

Date: _____          By: _____
                                              The Honorable Travis R. McDonough

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been filed and served via the court's electronic filing system on December 20, 2024 to counsel of record:

| | |
|---|---|
| K. Erickson Herrin<br>HERRIN, McPEAK & ASSOCIATES<br>515 East Unaka Avenue<br>P. O. Box 629<br>Johnson City, TN 37605-0629<br>rachel@hbm-lawfirm.com<br><br>Emily C. Taylor<br>Maria Ashburn<br>WATSON, ROACH, BATSON &<br>LAUDERBACK, P.L.C.<br>P.O. Box 131<br>Knoxville, TN 37901-0131<br>etaylor@watsonroach.com<br>mashburn@watsonroach.com<br><br>*Attorneys to Defendants Johnson City, Tennessee, Karl Turner, in his individual and official capacity, Investigator Toma Sparks, in his official capacity, and Jeff Legault in his official capacity*<br><br>Jonathan P. Lakey<br>Burch, Porter, & Johnson, PLLC<br>130 N. Court Ave.<br>Memphis, TN 38103<br>901-524-5000<br>jlakey@bpjlaw.com<br>mchrisman@bpjlaw.com<br><br>*Attorney to Defendant City of Johnson City, Tennessee* | Kristin Ellis Berexa<br>Ben C. Allen<br>FARRAR BATES BEREXA<br>12 Cadillac Drive, Suite 480<br>Brentwood, TN 37027-5366<br>kberexa@fbb.law<br>ballen@fbb.law<br>jdowd@fbb.law<br>msutton@fbb.law<br>gpatton@fbb.law<br><br>*Counsel for Toma Sparks in his individual Capacity*<br><br>Keith H. Grant<br>Laura Beth Rufolo<br>Robinson, Smith & Wells, PLLC<br>633 Chestnut Street, Suite 700<br>Chattanooga, TN 37450<br>kgrant@rswlaw.com<br>lrufolo@rswlaw.com<br>awells@rswlaw.com<br><br>*Counsel for Jeff Legault in his individual capacity and non-party Justin Jenkins in his individual capacity*<br><br>Daniel H. Rader IV<br>MOORE, RADER & YORK PC<br>46 North Jefferson Avenue<br>P. O. Box 3347<br>Cookeville, TN 38501<br>danny@moorerader.com<br><br>*Counsel for Non-Party Kevin Peters in his individual Capacity and Karl Turner in his individual capacity* |

*/s Julie C. Erickson*
Julie C. Erickson

6