IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

B.P., et al.,

    **Plaintiffs,**

v.                                                        No: 2:23-cv-00071-TRM-JEM

CITY OF JOHNSON CITY, TENNESSEE, et al.,

    **Defendants.**

_____/

## STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES TO FILE REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT (ECF 419) AND RESPONSE TO NON-PARTY KEVIN PETERS' SUPPLEMENTAL BRIEFING PURSUANT TO DE 450 (ECF 465)

Plaintiffs, B.P., H.A., and S.H., individually and on behalf of all others similarly situated, and Defendants City of Johnson City, Tennessee, Karl Turner, Toma Sparks, and Jeff Legault in their individual capacities, and Non-Parties Kevin Peters and Justin Jenkins (collectively, the "Parties"), by and through their respective counsel of record, hereby enter into the stipulation below with reference to the following facts:

WHEREAS, the Parties are continuing to engage in settlement negotiations;

WHEREAS, Plaintiffs are currently scheduled to file their Reply in support of their Motion for Leave to File Third Amended Complaint (ECF 419) ("Reply") on January 6, 2025 and their Response in Opposition to Sparks' Motion for a Protective Order and/or Motion to Quash (ECF 469) ("Response") on January 10, 2025;

WHEREAS, Defendant Sparks is currently scheduled to file his Reply in Support of his Motion for a Protective Order and/or Motion to Quash on January 17, 2025;

1

WHEREAS, Defendant City of Johnson City is currently scheduled to file its Responses to Plaintiffs' Sixth Set of Interrogatories and Twelfth Set of Requests for Production on January 10, 2025;

WHEREAS, the Parties are currently scheduled to disclose expert testimony on January 13, 2025 and rebuttal expert testimony on February 10, 2025;

WHEREAS, in light of the continued settlement negotiations in this matter, the Parties agree to stay these deadlines for twenty-one (21) days; and

WHEREAS, the Parties propose to provide an update to the Court by way of a status report filed no later than January 21, 2025, advising on the status of the settlement and proposal for revised case deadlines as appropriate based on that status;

THEREFORE, the Parties, by and through their undersigned counsel of record, hereby STIPULATE and request the Court enter an order:

1. All deadlines in this matter are stayed for twenty-one days (21):

    a. Plaintiffs' Reply in support of their Motion for Leave to File Third Amended Complaint (ECF 419) is extended to January 27, 2025.

    b. Plaintiffs' Response in Opposition to Sparks' Motion for a Protective Order and/or Motion to Quash (ECF 469) is extended to January 31, 2025.

    c. Defendant Sparks's Reply in Support of his Motion for a Protective Order and/or Motion to Quash is extended to February 7, 2025.

    d. Defendant City of Johnson City Responses to Plaintiffs' Sixth Set of Interrogatories and Twelfth Set of Requests for Production are extended to January 31, 2025.

e. Parties disclosure of expert testimony is extended to February 3, 2025 and rebuttal expert testimony is extended to March 3, 2025.

f. The matter will be otherwise stayed for 21 days.

2. The Parties will file a status report no later than January 21, 2025, advising on the status of the settlement and proposal for revised case deadlines as appropriate based on that status.

IT IS SO STIPULATED.

Dated January 3, 2025.  Respectfully submitted,

*/s/ Julie C. Erickson*
Julie C. Erickson (*pro hac vice*)
Elizabeth A. Kramer (*pro hac vice*)
Kevin M. Osborne (*pro hac vice*)
Erickson Kramer Osborne LLP
44 Tehama St.
San Francisco, CA 94105
415-635-0631
julie@eko.law
elizabeth@eko.law
kevin@eko.law

*/s/ Vanessa Baehr-Jones*
Vanessa Baehr-Jones (*pro hac vice*)
Advocates for Survivors of Abuse PC
4200 Park Boulevard No. 413
Oakland, CA 94602
510-500-9634
vanessa@advocatesforsurvivors.com

*/s/ Heather Moore Collins*
Heather Moore Collins (# 026099)
Ashley Shoemaker Walter (#037651)
HMC Civil Rights Law, PLLC
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX

heather@hmccivilrights.com
ashley@hmccivilrights.com

*Attorneys for Plaintiffs and the Proposed Classes*

K. Erickson Herrin
HERRIN, McPEAK & ASSOCIATES
515 East Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
rachel@hbm-lawfirm.com

Emily C. Taylor
WATSON, ROACH, BATSON &
LAUDERBACK, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
etaylor@watsonroach.com

*Attorneys to Defendants Johnson City, Tennessee,
Karl Turner, in his individual and official capacity,
Investigator Toma Sparks, in his official capacity, and
Investigator Jeff Legault in his official capacity*

Jonathan P. Lakey
Burch, Porter, & Johnson, PLLC
130 N. Court Ave.
Memphis, TN 38103
901-524-5000
jlakey@bpjlaw.com
mchrisman@bpjlaw.com

*Attorney to Defendant City of Johnson City, Tennessee*

Kristin Ellis Berexa
Ben C. Allen
FARRAR BATES BEREXA
12 Cadillac Drive, Suite 480
Brentwood, TN 37027-5366
kberexa@fbb.law
ballen@fbb.law
jdowd@fbb.law
msutton@fbb.law
gpatton@fbb.law

*Counsel for Toma Sparks in his individual Capacity*

4

Keith H. Grant
Laura Beth Rufolo
Robinson, Smith & Wells, PLLC
633 Chestnut Street, Suite 700
Chattanooga, TN 37450
kgrant@rswlaw.com
lrufolo@rswlaw.com
awells@rswlaw.com

*Counsel for Defendant Jeff Legault in his individual capacity and Non-Party Justin Jenkins in his individual capacity*

Daniel H. Rader IV
MOORE, RADER & YORK PC
46 North Jefferson Avenue
P. O. Box 3347
Cookeville, TN 38501
danny@moorerader.com

*Counsel for Non-Party Kevin Peters in his individual Capacity*

## [PROPOSED] ORDER

Pursuant to the foregoing Stipulation and for the good cause shown, it is hereby ORDERED:

1. All current deadlines in this matter are stayed for twenty-one (21) days in accordance with the motion as follows:

    a. Plaintiffs' Reply in support of their Motion for Leave to File Third Amended Complaint (ECF 419) is extended to January 27, 2025.

    b. Plaintiffs' Response in Opposition to Sparks' Motion for a Protective Order and/or Motion to Quash (ECF 469) is extended to January 31, 2025.

    c. Defendant Sparks's Reply in Support of his Motion for a Protective Order and/or Motion to Quash is extended to February 7, 2025.

    d. Defendant City of Johnson City Responses to Plaintiffs' Sixth Set of Interrogatories and Twelfth Set of Requests for Production are extended to January 31, 2025.

    e. Parties disclosure of expert testimony is extended to February 3, 2025 and rebuttal expert testimony is extended to March 3, 2025.

    f. The matter will be otherwise stayed for 21 days.

2. The Parties are to file a status report no later than January 21, 2025, advising on the status of the settlement and proposal for revised case deadlines as appropriate based on that status.

    IT IS SO ORDERED.

Date: _____  By: _____
                                         District Judge Travis R. McDonough
                                           or Magistrate Judge Jill E. McCook

6

Case 2:23-cv-00071-TRM-JEM   Document 483   Filed 01/03/25   Page 6 of 7   PageID #: 11267

# CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been filed and served via the court's electronic filing system on January 3, 2025 to counsel of record:

| | |
|---|---|
| K. Erickson Herrin<br>HERRIN, McPEAK & ASSOCIATES<br>515 East Unaka Avenue<br>P. O. Box 629<br>Johnson City, TN 37605-0629<br>rachel@hbm-lawfirm.com<br><br>Emily C. Taylor<br>Maria Ashburn<br>WATSON, ROACH, BATSON &<br>LAUDERBACK, P.L.C.<br>P.O. Box 131<br>Knoxville, TN 37901-0131<br>etaylor@watsonroach.com<br>mashburn@watsonroach.com<br><br>*Attorneys to Defendants Johnson City, Tennessee, Karl Turner, in his individual and official capacity, Investigator Toma Sparks, in his official capacity, and Investigator Jeff Legault in his official capacity*<br><br>Jonathan P. Lakey<br>Burch, Porter, & Johnson, PLLC<br>130 N. Court Ave.<br>Memphis, TN 38103<br>901-524-5000<br>jlakey@bpjlaw.com<br>mchrisman@bpjlaw.com<br><br>*Attorney to Defendant City of Johnson City, Tennessee* | Kristin Ellis Berexa<br>Ben C. Allen<br>FARRAR BATES BEREXA<br>12 Cadillac Drive, Suite 480<br>Brentwood, TN 37027-5366<br>kberexa@fbb.law<br>ballen@fbb.law<br>jdowd@fbb.law<br>msutton@fbb.law<br>gpatton@fbb.law<br><br>*Counsel for Toma Sparks in his individual Capacity*<br><br>Keith H. Grant<br>Laura Beth Rufolo<br>Robinson, Smith & Wells, PLLC<br>633 Chestnut Street, Suite 700<br>Chattanooga, TN 37450<br>kgrant@rswlaw.com<br>lrufolo@rswlaw.com<br>awells@rswlaw.com<br><br>*Counsel for Jeff Legault and Non-PartyJustin Jenkins in their individual capacity*<br><br>Daniel H. Rader IV<br>MOORE, RADER & YORK PC<br>46 North Jefferson Avenue<br>P. O. Box 3347<br>Cookeville, TN 38501<br>danny@moorerader.com<br><br>*Counsel for Non-Party Kevin Peters in his individual Capacity* |

*/s Julie C. Erickson*
Julie C. Erickson
