# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| JANE DOE, *et. al.*, | Case No. 2:23-cv-71 |
| *Plaintiffs*, | |
| | Judge Travis R. McDonough |
| v. | |
| | Magistrate Judge Jill E. McCook |
| JOHNSON CITY, TENNESSEE, *et al.*, | |
| *Defendants*. | |

**ORDER**

Before the Court is the parties' stipulation requesting that the Court stay all deadlines in this matter for 21 days. (Doc. 483.) The parties agree that a 21-day stay is necessary due to ongoing settlement negotiations. (*See id.* at 2.) The Court, however, finds that a 21-day stay of all deadlines is not warranted. Instead, the Court will **GRANT** the parties a 21-day extension on the deadlines they identify. The parties are hereby **ON NOTICE** that further extensions will not be granted to allow for additional settlement negotiations unless the parties provide good cause for such extension. It is hereby **ORDERED** that:

1. Plaintiffs shall file a reply in support of their motion for leave to file a third amended complaint on or before **January 27, 2025**.

2. Plaintiffs shall file a Response in opposition to Sparks's motion for a protective order and/or motion to quash on or before **January 31, 2025**.

3. Defendant Sparks shall file a reply in support of his motion for a protective order and/or motion to quash on or before **February 7, 2025.**

1

4. Defendant Johnson City shall file their responses to Plaintiffs' sixth set of interrogatories and twelfth set of requests for production on or before **January 31, 2025**.

5. Disclosure of any expert testimony any party seeks to use to meet its burden of proof shall be made on or before **February 3, 2025**. Disclosure of rebuttal expert testimony shall be made by the parties on or before **March 3, 2025**.

6. The parties shall file a status report on or before **January 21, 2025**, advising the Court on the status of the settlement and proposing any potential changes they find appropriate to the current schedule.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**