UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JANE DOE, *et. al*, | ) |
|     *Plaintiffs*, | ) Case No. 2:23-cv-71 |
| v. | ) Judge Travis R. McDonough |
| JOHNSON CITY, TENNESSEE, *et al.*, | ) Magistrate Judge Jill E. McCook |
|     *Defendants*. | ) |

## ORDER

This matter is before the Court for case-management purposes. Considering the parties' stipulation filed on January 21, 2025 (Doc. 485), and the parties' discussion during the telephonic case-management conference held on January 28, 2025 (Doc. 486), the Court hereby **STAYS** all pending deadlines in this case until **February 20, 2025**.

    SO ORDERED.

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**