IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE GREENEVILLE DIVISION

| | | |
|---|---|---|
| B.P., H.A., and S.H., individually, and on Behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| VERSUS | ) ) | No. 2:23-cv-00071-TRM-CRW |
| CITY OF JOHNSON CITY, TENNESSEE, *et al* | ) ) ) | |
| Defendants. | ) | |

## NOTICE BY PREVAILING PARTY KEVIN PETERS
## TO STRIKE MOTION FOR § 1988 ATTORNEY FEES (DE 323)

COMES NOW Kevin Peters, by and through counsel, in consideration of Plaintiffs' Motion and Notice of Withdrawal (DE 488), to withdraw their improvident attempt to reinstitute suit against him and others (DE 419) <u>after the Court dismissed the case against him on the merits, with prejudice</u> (DE 301), hereby gives notice that as prevailing party in this matter pursuant to 42 U.S.C. § 1988, he nevertheless strikes his Motion for Attorney Fees (DE 323). The Court may deny same as moot.[1] This Defendant further gives notice to strike his Bill of Costs (DE 320), which may also be denied as moot.

This suit, as it relates to Defendant Peters, was groundless from the very beginning. It further became very clear quickly in the litigation that there were <u>no facts</u> to support Plaintiffs' claims against Mr. Peters. Both Plaintiffs suing him testified as such. (See, DE 323-1 and 323-2). **The Court dismissed all of Plaintiffs' claims against Defendant Peters on the merits.** Nevertheless, as Plaintiffs have abandoned further improvident attempts to sue him after the Court's dismissal on the merits, Defendant Peters is content to let this suit end.

---

[1] Defendant Peters has filed other requests for attorneys' fees due to Plaintiffs' and their counsel's conduct (see, e.g. DE 196), which the Court has already addressed (see, e.g., 460). For clarity, Defendant Peters no longer intends to pursue any motion for recovery of attorney fees or costs, now that the case has been finally dismissed.

Respectfully submitted,

MOORE, RADER AND YORK, P. C.


By <u>DANIEL H. RADER IV, BPR 025998</u>
    DANIEL H. RADER IV, BPR 025998
    P. O. Box 3347
    Cookeville, TN 38502
    Phone: (931) 526-3311
    Fax: (931) 526-3092
    danny@moorerader.com
    Attorneys for Kevin Peters in his
    individual capacity

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Ashley Walter
HMC Civil Rights Law, PLLC
7000 Executive Center Dr.
Brentwood, TN  37027
615-724-1996
Email:  ashley@hmccivilrights.com

Heather Moore Collins
HMC Civil Rights Law, PLLC
7000 Executive Center Dr.
Suite 320
Brentwood, TN  37027
615-724-1996
Email:  heather@hmccivilrights.com

Ms. Elizabeth A. Kramer
Mr. Kevin M. Osborne
Erickson, Kramer Osborne LLP
44 Tehama Street
San Francisco CA  94105
(415-635-0631)
Email:  elizabeth@eko.law
Email:  kevin@eko.law

Emily C. Taylor
Watson Roach Batson & Lauderback
P. O. Box 131
Knoxville, TN  37901-0131
865-637-1700
Email:  etaylor@watsonroach.com
*Attorney for the City of Johnson City, Tennessee, and Karl Turner, in his Individual Capacity*

Caroline Drinnon
HMC Civil Rights Law, PLLC
7000 Executive Center Dr.
Brentwood, TN  37027
615-724-1996
Email:  caroline@hmccivilrights.com

Vanessa Baehr-Jones
Advocates for Survivors of Abuse
4200 Park Blvd., No. 413
Oakland, CA  94602
Email: vanessa@advocatesforsurvivors.com
*Pro Hac Vice Attorney for Plaintiff*

Mr. Keith H. Grant
Mr. Philip Aaron Wells
Ms. Laura Beth Rufolo
Robinson, Smith & Wells
633 Chestnut Street
Suite 700 Republic Centre
Chattanooga, TN  37450
Email:  kgrant@rswlaw.com
Email:  awells@rswlaw.com
Email:  lrufolo@rswlaw.com

K. Erickson Herrin
Herrin McPeak & Associates
515 E. Unaka Avenue
P. O. Box 629
Johnson City, TN  37605-0629
(423-929-7113)
*Attorney for the City of Johnson City, Tennessee, Karl Turner, in his individual and official capacities, Toma Sparks, in his official capacity, and Kevin Peters, in his official capacity*

Thomas J. Garland, Jr.
Milligan & Coleman, PLLP
230 W Depot St.
Greeneville, TN  37743
Email:  tgarland@milligancoleman.com
*Attorney for the City of Johnson City,
Tennessee, and Karl Turner, in his
Individual capacity*

Ms. Kristin E. Berexa
Mr. Benjamin C. Allen
Farrar Bates Berexa
12 Cadillac Drive, Suite 480
Brentwood, TN  37027
615-254-3060
Email:  kberexa@fbb.law
ballen@fbb.law
*Attorneys for Toma Sparks*

Vanessa Baehr-Jones
Advocates for Survivors of Abuse PC
4200 Park Boulevard No. 413
Oakland, CA  94602
510-500-9634
Email: vanessa@advocatesforsurvivors.com

This the 14th day of February, 2025.

                              MOORE, RADER AND YORK, P. C.

                              s/DANIEL H. RADER IV, BPR 025998
                              DANIEL H. RADER IV / BPR #025998
                              P. O. Box 3347
                              Cookeville, TN  38502
                              (931-526-3311)
                              danny@moorerader.com