UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| B.P., H.A. & S.H.,<br><br>　　Plaintiffs,<br><br>v.<br><br>CITY OF JOHNSON CITY, TENNESSEE et al.,<br><br>　　Defendants.<br><br>C.S.,<br><br>　　Plaintiff in Intervention. | CIVIL ACTION FILE<br><br>NO. 2:23-cv-71-TRM-JEM |

### RESPONSE AND NOTICE OF OPPOSITION TO MOTION TO DISMISS

Plaintiff in Intervention C.S. moved to intervene on February 17, 2025. In doing so, she asked the Court to consider that motion before considering Plaintiffs' motion to dismiss (Doc. 489). In that respect, C.S. opposes Plaintiffs' motion.

Respectfully submitted on February 17, 2025.

　　　　　　　　　　　　　　　　　　ANDERSEN, TATE & CARR, P.C.

　　　　　　　　　　　　　　　　　　*/s/ Rory A. Weeks*
　　　　　　　　　　　　　　　　　　PATRICK J. MCDONOUGH
　　　　　　　　　　　　　　　　　　Georgia Bar No. 489855
　　　　　　　　　　　　　　　　　　pmcdonough@atclawfirm.com
　　　　　　　　　　　　　　　　　　JONATHAN S. TONGE
　　　　　　　　　　　　　　　　　　Georgia Bar No. 303999
　　　　　　　　　　　　　　　　　　jtonge@atclawfirm.com
　　　　　　　　　　　　　　　　　　RORY A. WEEKS
　　　　　　　　　　　　　　　　　　Georgia Bar No. 113491
　　　　　　　　　　　　　　　　　　rweeks@atclawfirm.com

JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com
***Counsel for C.S.*** [1]

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

---

[1] Counsel for C.S. will apply for *pro hac vice* admission to this Court as soon as possible.