UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

B.P., H.A. & S.H.,

        Plaintiff,

v.

City of Johnson City, Tennessee et al.,

        Defendant.

Case No. 2:23-cv-71-TRM-JEM

## MOTION FOR ADMISSION PRO HAC VICE

      The undersigned, counsel for C.S.                                                  ,

moves for admission to appear in this action *pro hac vice*.

      Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $150.00**

[✔]   I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    Georgia

[✔]   **AND** I am a member in good standing of another U.S. District Court.  <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

## OR

      Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C).  **NO FILING FEE REQUIRED.**

[ ]   An application for my admission to practice in this Court is currently pending.

      I declare under penalty of perjury that the foregoing is true and correct.

Date: 02.18.2025

                  (Signature–hand signed)

Name: Rory A. Weeks

Firm: Andersen, Tate & Carr, P.C.

Address:

    1960 Satellite Blvd., Suite 4000, Duluth, GA, 30097

Email address: rweeks@atclawfirm.com

<span style="color:red">Once your motion is granted, you must register as an E-Filer with this Court.  For instructions visit the Court's website.</span>

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

**NORTHERN DISTRICT OF GEORGIA**

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **RORY ALLEN WEEKS, Georgia Bar No. 113491,** was duly admitted to practice in said Court on October 08, 2015 and is in good standing as a member of the bar of said Court.

Dated at Gainesville, Georgia, this 18th day of February, 2025.

KEVIN P. WEIMER
CLERK OF COURT

By: _____
Deputy Clerk