UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

B.P., H.A. & S.H.,

    Plaintiff,

v.

Case No. 2:23-cv-71-TRM-JEM

City of Johnson City, Tennessee et al.,

    Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for C.S.,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $150.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

Georgia

[✔] **AND** I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ).

## OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 02.18.2025

*/s/ Jennifer M. Webster*
(Signature–hand signed)

Name: Jennifer M. Webster
Firm: Andersen, Tate & Carr, P.C.
Address:
    1960 Satellite Blvd., Suite 4000, Duluth, GA, 30097

Email address: jwebster@atclawfirm.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

**NORTHERN DISTRICT OF GEORGIA**

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JENNIFER WEBSTER, Georgia Bar No. 760381,** was duly admitted to practice in said Court on November 09, 2023 and is in good standing as a member of the bar of said Court.

Dated at Gainesville, Georgia, this 18th day of February, 2025.

KEVIN P. WEIMER
CLERK OF COURT

By: _[signature]_
Deputy Clerk