IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

B.P., et al.,

    Plaintiffs,

v.                                               No: 2:23-cv-00071-TRM-JEM

CITY OF JOHNSON CITY, TENNESSEE, et al.,

    Defendants.
_____/

## DECLARATION OF VANESSA BAER-JONES IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO DISMISS

**TO THE COURT AND ITS ATTORNEYS OF RECORD:**

I, Vanessa Baehr-Jones, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct:

1. I am over twenty-one years of age and am competent in all respects to give this Declaration. This Declaration is given freely and voluntarily. I have personal knowledge of the matters herein and could, and would, testify competently thereto under penalty of perjury.

2. I am lead counsel for Plaintiffs B.P., et al., in the above-referenced case. I am a licensed attorney in good standing in the State of California (CABN 281715) and admitted to appear *pro hac vice* in this District.

3. On February 15, 2025 (a Saturday), Plaintiffs' counsel received an email from Rory Weeks, counsel for C.S. Mr. Weeks asked a number of questions which concerned confidential settlement agreements between Plaintiffs' counsel's clients, survivors of Sean Williams, and Johnson City. Mr. Weeks provided his cellphone number and

1

Case 2:23-cv-00071-TRM-JEM    Document 500-1    Filed 02/24/25    Page 1 of 3
PageID #: 11507

asked Plaintiffs' counsel to call him back over the holiday weekend (Monday was a federal holiday).

4. On February 17, 2025, Plaintiffs' counsel replied and indicated they were unavailable over the holiday weekend and asked for Mr. Weeks' availability the following week. Mr. Weeks indicated that he would not wait to speak with Plaintiffs' counsel.

Respectfully submitted this 24th day of February 2025,

*/s/ Vanessa Baehr-Jones*
Vanessa Baehr-Jones

**CERTIFICATE OF SERVICE**

  I HEREBY certify that a copy of the foregoing has been filed and served via the court's electronic filing system on February 24, 2025, to counsel of record:

| | |
|---|---|
| K. Erickson Herrin<br>HERRIN, McPEAK & ASSOCIATES<br>515 East Unaka Avenue<br>P. O. Box 629<br>Johnson City, TN 37605-0629<br>rachel@hbm-lawfirm.com<br><br>Emily C. Taylor<br>Maria Ashburn<br>WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.<br>P.O. Box 131<br>Knoxville, TN 37901-0131<br>etaylor@watsonroach.com<br>mashburn@watsonroach.com<br><br>*Attorneys to Defendants, Johnson City, Tennessee, Karl Turner, in his individual and official capacities, and Investigator Toma Sparks, in his official capacity*<br><br>Jonathan P. Lakey<br>Burch, Porter, & Johnson, PLLC<br>130 N. Court Ave.<br>Memphis, TN 38103<br>901-524-5000<br>jlakey@bpjlaw.com<br>mchrisman@bpjlaw.com<br><br>*Attorney to Defendant City of Johnson City, Tennessee* | Kristin Ellis Berexa<br>Ben C. Allen<br>FARRAR BATES BEREXA<br>12 Cadillac Drive, Suite 480<br>Brentwood, TN 37027-5366<br>kberexa@fbb.law<br>ballen@fbb.law<br>jdowd@fbb.law<br>msutton@fbb.law<br>gpatton@fbb.law<br><br>*Counsel for Toma Sparks in his individual Capacity*<br><br>Keith H. Grant<br>Laura Beth Rufolo<br>Robinson, Smith & Wells, PLLC<br>633 Chestnut Street, Suite 700<br>Chattanooga, TN 37450<br>kgrant@rswlaw.com<br>lrufolo@rswlaw.com<br>awells@rswlaw.com<br><br>*Counsel for Justin Jenkins and Jeff Legault in their individual capacity*<br><br>Daniel H. Rader IV<br>MOORE, RADER & YORK PC<br>46 North Jefferson Avenue<br>P. O. Box 3347<br>Cookeville, TN 38501<br>danny@moorerader.com<br><br>*Counsel for Defendant Karl Turner in his individual Capacity* |

                */s/ Vanessa Baehr-Jones*
                Vanessa Baehr-Jones