UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| B.P., H.A., and S.H., individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No: 2:23-cv-00071-TRM-JEM |
| | ) | JURY DEMAND |
| CITY OF JOHNSON CITY, TENNESSEE, a government entity, et al., | ) ) ) | |
| Defendants. | ) | |

**DEFENDANT CITY OF JOHNSON CITY'S REPLY TO PLAINTIFF IN INTERVENTION C.S.'S RESPONSE AND OPPOSITION TO MOTION TO DISMISS [Doc. 494]**

The City of Johnson City, Tennessee ("Johnson City") hereby appears, by and through counsel, and submits the following reply to Plaintiff in Intervention C.S.'s Response and Notice of Opposition to Motion to Dismiss [Doc. 494]. For the reasons set forth by Plaintiffs in their Reply in Support of Plaintiffs' Unopposed Motion to Dismiss [Doc. 500], the City agrees that the Motion to Dismiss [Doc. 489] should be granted, and the referenced claims dismissed.

Regarding the Motion for Intervention filed by C.S. [Doc. 493], the City intends to file a Response to the Motion within the time allotted by the Local Rules and the Federal Rules of Civil Procedure.

RESPECTFULLY submitted this 24th day of February, 2025.

                                                                             CITY OF JOHNSON CITY

                                                                             *s/ K. Erickson Herrin*
                                                                             K. Erickson Herrin, BPR # 012110
                                                                             **HERRIN, McPEAK & ASSOCIATES**
                                                                             515 East Unaka Avenue
                                                                             P. O. Box 629
                                                                             Johnson City, TN 37605-0629

Phone: (423) 929-7113
Fax: (423) 929-7114
Email: rachel@hbm-lawfirm.com


*s/ Emily C. Taylor*
Emily C. Taylor, BPR # 027157
Reid Spaulding, BPR #
**WATSON, ROACH, BATSON
& LAUDERBACK, P.L.C.**
P.O. Box 131
Knoxville, TN  37901-0131
Phone: (865) 637-1700
Email: etaylor@watsonroach.com
Email: rspaulding@watsonroach.com


*s/ Jonathan P. Lakey*
Jonathan P. Lakey, BPR # 016788
**BURCH, PORTER & JOHNSON, PLLC**
130 North Court Avenue
Memphis, TN 38103
Phone: (901) 524-5024
Email: jlakey@bpjlaw.com

*Counsel for Johnson City, Tennessee*

2

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail.

Heather Moore Collins
Ashley Shoemaker Walter
HMC CIVIL RIGHTS LAW, PLLC
7000 Executive Center Drive, Suite 320
Brentwood, TN 37027
heather@hmccivilrights.com
ashley@hmccivilrights.com

Vanessa Baehr-Jones
ADVOCATES FOR SURVIVORS OF ABUSE PC
4200 Park Boulevard, No. 413
Oakland, CA 94602
vanessa@advocatesforsurvivors.com

Julie C. Erickson
Elizabeth A. Kramer
Kevin M. Osborne
ERICKSON KRAMER OSBORNE LLP
44 Tehama Street
San Francisco, CA 94105
julie@eko.law
elizabeth@eko.law
kevin@eko.law

*Counsel for Plaintiffs*

Kristin Ellis Berexa
Ben C. Allen
FARRAR BATES BEREXA
12 Cadillac Drive, Suite 480
Brentwood, TN 37027-5366
kberexa@fbb.law
ballen@fbb.law

*Counsel for Toma Sparks in his individual capacity*

Daniel H. Radar III
Daniel H. Radar IV
MOORE, RADAR & YORK PC
46 N. Jefferson Avenue
P.O. Box 3347
Cookeville, TN 38502-3347
danradar@mooreradar.com
danny@mooreradar.com
andre@mooreradar.com

*Counsel for Kevin Peters in his individual capacity*

Keith H. Grant
Laura Beth Rufolo
ROBINSON, SMITH & WELLS, PLLC
633 Chestnut Street, Suite 700
Chattanooga, TN 37450
kgrant@rswlaw.com
lrufolo@rswlaw.com
awells@rswlaw.com

*Counsel for Justin Jenkins in his individual capacity, Jeff Legault in his individual capacity and Brady Higgins in his individual capacity*

3

Rory A. Weeks
Patrick J. McDonough
Jonathan S. Tonge
Jennifer M. Webster
ANDERSON, TATE & CARR, P.C.
1960 Satellite Blvd., Suite 4000
Duluth, GA 30097
rweeks@atclawfirm.com
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com

*Counsel for Plaintiff in Intervention C.S.*

    Dated this 24th day of February, 2025.

                                             *s/ Jonathan P. Lakey*
                                             Jonathan P. Lakey

4

Case 2:23-cv-00071-TRM-JEM   Document 501   Filed 02/24/25   Page 4 of 4   PageID #: 11513