UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| B.P., H.A. & S.H., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF JOHNSON CITY, TENNESSEE et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 2:23-cv-71-TRM-JEM |
| C.S., <br><br> Plaintiff in Intervention. | |

## WITHDRAWAL OF MOTION TO INTERVENE

Plaintiff in Intervention C.S. filed a motion to intervene and proposed complaint in intervention on February 17, 2025. Docs. 493 & 493-1. Now, in this filing, and before Defendants' deadline to respond, C.S. withdraws her motion to intervene and her proposed complaint in intervention. Accordingly, C.S. asks the Court to deny her motion to intervene as withdrawn or as moot or to enter any other appropriate order that will resolve the question of intervention in favor of Defendants and against C.S.

Respectfully submitted on March 2, 2025.

ANDERSEN, TATE & CARR, P.C.

*/s/ Rory A. Weeks*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
RORY A. WEEKS
Georgia Bar No. 113491

rweeks@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile