UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| B.P., H.A. & S.H.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>CITY OF JOHNSON CITY, TENNESSEE et al.,<br><br>　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 2:23-cv-71-TRM-JEM |
| C.S.,<br><br>　　　Plaintiff in Intervention. | |

## WITHDRAWAL OF OPPOSITION TO MOTION TO DISMISS

On February 17, 2025, Plaintiff in Intervention C.S. filed a response and notice of opposition to Plaintiffs' motion to dismiss. Doc. 494. The basis for that opposition was C.S.'s motion to intervene, which she had asked the Court to consider before ruling on Plaintiffs' motion to dismiss. But C.S. has this day withdrawn her motion to intervene. And having withdrawn her motion to intervene, she thus withdraws her opposition to the Plaintiffs' motion to dismiss.

Respectfully submitted on March 2, 2025.

　　　　　　　　　　　　　　　　　　ANDERSEN, TATE & CARR, P.C.

　　　　　　　　　　　　　　　　　*/s/ Rory A. Weeks*
　　　　　　　　　　　　　　　　　PATRICK J. MCDONOUGH
　　　　　　　　　　　　　　　　　Georgia Bar No. 489855
　　　　　　　　　　　　　　　　　pmcdonough@atclawfirm.com
　　　　　　　　　　　　　　　　JONATHAN S. TONGE
　　　　　　　　　　　　　　　　Georgia Bar No. 303999
　　　　　　　　　　　　　　　　jtonge@atclawfirm.com
　　　　　　　　　　　　　　　　RORY A. WEEKS
　　　　　　　　　　　　　　　　Georgia Bar No. 113491
　　　　　　　　　　　　　　　　rweeks@atclawfirm.com
　　　　　　　　　　　　　　　　JENNIFER M. WEBSTER

Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile