UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JANE DOE, *et. al*, ) | |
| ) | Case No. 2:23-cv-71 |
| *Plaintiffs*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Jill E. McCook |
| JOHNSON CITY, TENNESSEE, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

# ORDER

Before the Court is Plaintiffs' unopposed motion to allow for excess pages in their briefing responding to Defendants' motions to dismiss. (Doc. 173.) Plaintiffs filed their response on May 1, 2024 (*see* Doc. 176), and the Court ruled on Defendants' motions to dismiss on August 21, 2024. (*See* Doc. 301.) Accordingly, Plaintiffs' motion (Doc. 173) is **DENIED AS MOOT**.

SO ORDERED.

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**