# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| JANE DOE, *et. al.*, | Case No. 2:23-cv-71 |
| *Plaintiff*, | |
| | Judge Travis R. McDonough |
| v. | |
| | Magistrate Judge Jill E. McCook |
| JOHNSON CITY, TENNESSEE, *et al.*, | |
| *Defendants*. | |

## ORDER

Before the Court are Plaintiffs' motions to withdraw their motion for leave to amend their complaint (Doc. 488), to dismiss portions of their operative complaint (Doc. 489), and for leave to file an amended complaint (Doc. 490). Also before the Court is Kevin Peters's notice of his intent to withdraw his motion for attorney fees and his bill of costs (Doc. 492), C.S.'s motion to intervene (Doc. 493) and C.S.'s subsequent notice informing the Court of her intent to withdraw the motion to intervene (Doc. 502).

Plaintiffs filed their motion to dismiss pursuant to Federal Rule of Civil Procedure 21 on February 13, 2025. (Doc. 489.) Plaintiffs intend to dismiss all claims and parties in the complaint except for Count V, which alleges Defendant Johnson City, Tennessee engaged in an unconstitutional pattern or practice as to women reporters of sexual assault. (*See id.* at 4.) Plaintiffs intend to bring the sole remaining claim "on behalf of the Reporter Survivor Class." (*Id.*) Plaintiffs filed this motion following the Johnson City Commission's approval of a settlement agreement in this matter. (*See id.* at 3.) No current or former Defendants to this

1

action oppose the motion. (*See id.* at 1.) Plaintiffs filed a motion for leave to amend their complaint in conjunction with their motion to dismiss. (*See* Doc. 490.)

C.S. filed a motion to intervene (Doc. 493) and a response in opposition to Plaintiffs' motion to dismiss (Doc. 494) on February 17, 2025. (Docs. 493–94.) C.S. filed a notice of intent to withdraw the motion to intervene (Doc. 502) and a notice of intent to withdraw the response in opposition to Plaintiffs' motion to dismiss (Doc. 503) on March 2, 2025. (Docs. 502–03.) As such, Plaintiffs' motion to dismiss remains unopposed.

For good cause shown, Plaintiffs' motion to dismiss portions of their operative complaint (Doc. 489) is **GRANTED**. Plaintiffs' motion to withdraw their previous motion for leave to amend (Doc. 488) is **GRANTED**; their prior motion for leave to amend (Doc. 419) is **DENIED AS MOOT**. Plaintiffs' present motion for leave to amend their complaint (Doc. 490) is **GRANTED**.

Per the notice filed with the Court, Kevin Peters's bill of costs (Doc. 320) and motion for attorney fees (Doc. 323) are **DENIED AS MOOT**. Plaintiffs' motion to stay the bill of costs (Doc. 357) is **DENIED AS MOOT**.

C.S.'s motion to intervene (Doc. 493) is also **DENIED AS MOOT**.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**