UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JANE DOE, *et. al.*, | ) |
|     *Plaintiff*, | ) Case No. 2:23-cv-71 |
| v. | ) Judge Travis R. McDonough |
| JOHNSON CITY, TENNESSEE, *et al.*, | ) Magistrate Judge Jill E. McCook |
|     *Defendants*. | ) |

## ORDER

This matter is before the Court for case-management purposes. The parties have represented to the Court that a settlement agreement has been reached. (*See* Doc. 489, at 3.) Accordingly, the parties **SHALL** move for the Court's preliminary approval of such settlement on or before **March 24, 2025**. The parties may request an extension of this deadline upon a showing of good cause.

    **SO ORDERED.**

                                                    /s/ *Travis R. McDonough*
                                                  **TRAVIS R. MCDONOUGH**
                                                  **UNITED STATES DISTRICT JUDGE**