UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JANE DOE, *et. al*, | ) |
|     *Plaintiffs*, | ) Case No. 2:23-cv-71 |
| v. | ) Judge Travis R. McDonough |
| JOHNSON CITY, TENNESSEE, *et al.*, | ) Magistrate Judge Jill E. McCook |
|     *Defendants*. | ) |

## ORDER

Before the Court is Plaintiff S.H.'s unopposed motion for an extension of time to file a motion for preliminary approval of the parties' settlement and for a stay of all other deadlines. (Doc. 509.) For good cause shown, Plaintiff's motion (*id.*) is **GRANTED**. The parties **SHALL** file a motion for preliminary approval of their settlement on or before **May 5, 2025**. All other deadlines are hereby **STAYED** pending the resolution of such motion.

    **SO ORDERED.**

                                          /s/*Travis R. McDonough*
                                          **TRAVIS R. MCDONOUGH**
                                          **UNITED STATES DISTRICT JUDGE**