UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JANE DOE, *et. al*, | ) |
|     *Plaintiffs*, | ) Case No. 2:23-cv-71 |
| v. | ) Judge Travis R. McDonough |
| JOHNSON CITY, TENNESSEE, *et al.*, | ) Magistrate Judge Jill E. McCook |
|     *Defendants*. | ) |

## ORDER

Before the Court is Plaintiff's unopposed motion for an extension of time to file a motion for preliminary approval of the class action settlement in this matter (Doc. 511). Plaintiff represents that all material terms to the proposed settlement agreement have been agreed upon, but that additional time is needed to finalize the few remaining matters. (*Id.* at 2.) Plaintiff seeks a 14-day extension to resolve these pending matters. (*Id.*) For good cause shown, the Court **GRANTS** Plaintiff's motion for an extension (Doc. 511). Plaintiff **SHALL** file a motion for preliminary approval of the proposed settlement on or before **May 19, 2025**.

    **SO ORDERED.**

                                                                     /s/*Travis R. McDonough*
                                                                      **TRAVIS R. MCDONOUGH**
                                                                      **UNITED STATES DISTRICT JUDGE**