# Exhibit B

# **ALLOCATION PLAN**

*Eligibility*

The Class is defined as all women, including minors, who reported a sexual assault[1] by any person to JCPD from January 1, 2018 to December 31, 2022. Class membership will be determined by the existence of an incident number in the JCPD records management system (the number assigned when a crime is reported) for all sex-related crimes: Forcible Rape, Forcible Sodomy, Sex Assault with Object, Forcible Fondling, Incest, and Statutory Rape.

*Distribution*

Every Settlement Class Member is eligible for an equal pro rata payment from the Settlement Fund. Settlement Fund means the Settlement Amount of $4,200,000 together with any interest and accretions thereto, which may be reduced by payments or deductions as provided in the Settlement or by Court order, including, but not limited to, administrative expenses, and any Court-approved attorney's fees and costs, and a service award.

*Additional Payment / Potential Cy Pres*

If the sum of the settlement payments made is less than the balance in the Settlement Fund (for example, due to uncashed checks), and the balance is large enough to feasibly distribute, the Settlement Administrator will cause to be paid a pro rata additional payment to all Settlement Class Members who accepted payment. If the Parties, in consultation with the Settlement Administrator, determine that the balance is too low to feasibly distribute, the Parties will agree upon, and move the Court to approve, a *cy pres* distribution to an appropriate recipient.

---

[1] For purposes of this Allocation Plan and the definition of "Class" or "Class Member" as part of the settlement, sexual assault is defined to include the following crimes: rape; sodomy; sex assault w/ object; forcible fondling; incest; and statutory rape.