# Exhibit 2



ADVOCATES FOR SURVIVORS OF ABUSE

# Firm Resumé

# 2024

4200 Park Boulevard, No. 413

Oakland, CA 94602



## VANESSA BAEHR-JONES

*Founder and Principal*

Vanessa spent nearly a decade prosecuting child sex offenders and human traffickers as an Assistant United States Attorney before opening her own law practice to represent survivors. A skilled trial and appellate attorney, she brings the unique experience of representing survivors of sexual violence in both criminal and civil proceedings. She runs a national practice, representing clients throughout the country in bringing claims under Masha's Law and the Trafficking Victims Protection Act.

### Significant Casework:

• Extensive experience conducting jury trials in federal court, including three international child sexual exploitation trials involving dozens of foreign witnesses and the presentation of complex computer forensic evidence.

• Presented testimony at trial from computer forensic experts regarding encryption, chain of custody, EXIF data, evidence demonstrating possession, among other highly technical computer forensic issues.

• Indicted multi-defendant child exploitation enterprise case resulting from yearlong international investigation into darknet website; charges led to the identification and apprehension of numerous perpetrators across the United States and the world.

For her work advocating on behalf of victims, Vanessa was twice awarded the U.S. Attorney's Office Victim Service Award, twice nominated for a Director's Award, and received the Assistant Attorney General Award for Exceptional Service, one of the Justice Department's highest honors. In 2019, she was selected to serve on the trial team in the prosecution of Elizabeth Holmes, authoring and arguing the government's case-dispositive motions. She is a recognized appellate expert, having briefed and argued numerous appeals before the Ninth Circuit Court of Appeals.

As a federal prosecutor, Vanessa served for years as the Project Safe Childhood Coordinator in the Central District of California, where she was responsible for all federal child exploitation prosecutions in the seven-county district with a population of approximately 18 million. In this role, she served as the lead federal representative to Los Angeles County's Internet Crimes Against Children Task Force, working with supervisory officers and agents in LAPD, FBI, and other federal agencies to train law enforcement on best practices in child exploitation investigations and to develop federal cases. She also reviewed and edited the Justice Department's proposed protocol for U.S. Attorneys' Offices on the possession and review of CSAM during criminal investigation and prosecution.

In her civil practice, Vanessa has quickly built a reputation as an expert in the use of CSAM forensic evidence. She has been retained as a consulting expert by the Plaintiffs' Steering Committee in the multi-district litigation, *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation* (MDL No. 3047), advising on the forensic review, retention, and presentation of CSAM for purposes of litigation. She served as a non-testifying expert for plaintiffs in *Amy, et al. v. Curtis*, advising on the forensic presentation of CSAM at trial and related evidentiary issues. Most recently, she was noticed as a testifying expert in *Elden v. Nirvana, et al.*, to provide testimony regarding the application of the *Dost* factors in determining whether an image constitutes CSAM under 18 U.S.C. § 2256(2)(A)(v).

Since opening her firm in 2021, Vanessa has succeeded in obtaining record-setting restitution awards for her clients in criminal proceedings, including six-figure restitution orders awarding *all* prospective mental health and rehabilitation costs to victims of CSAM production. She successfully leverages her expertise in the federal criminal system to obtain civil settlements in conjunction with restitution awards, maximizing the amount her clients can recover at the end of a criminal case. Representative matters include *United States v. Singh*, Case 4:21-cr-00123-HSG (NDCA), and *United States v. Pelton, et al.*, Case No. 21-CR-351 JSW (NDCA).

Outside of her legal work, Vanessa is an award-winning writer and composer. Her new musical, "In Justice," was selected for the Emerging Artists Theatre's Fall 2024 Spark Theatre Festival NYC.

Vanessa earned her B.A. *summa cum laude* from Tufts University, and then served as an intelligence officer for the Defense Intelligence Agency. She holds a law degree from UCLA School of Law. She clerked for the Honorable Virginia A. Phillips of the Central District of California, and the Honorable Dorothy W. Nelson of the Ninth Circuit Court of Appeals.



*3*