UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JANE DOE, *et. al*, | ) | |
| | ) | Case No. 2:23-cv-71 |
| *Plaintiffs*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Jill E. McCook |
| JOHNSON CITY, TENNESSEE, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**ORDER**

Before the Court is Plaintiffs' motion for preliminary approval of the parties' proposed settlement agreement in this matter (Doc. 515). In the motion, Plaintiffs argue that (1) their counsel and class representative, S.H., have adequately represented the class (*see id.* at 10–11), (2) the proposed settlement agreement was negotiated at arm's length and in non-collusive fashion (*see id.* at 11–13), (3) the proposed settlement provides adequate relief to class members (*see id.* at 13–17), (4) the proposed settlement treats all class members equally (*see id.* at 17), (5) the Court is likely to certify the settlement class under Federal Rule of Civil Procedure 23 (*see id.* at 18–21), and (6) Plaintiffs' plan to notify class members of the settlement will adequately inform class members of their rights and options (*see id.* at 21–23).

The Court finds that a telephonic hearing will aid in the resolution of Plaintiffs' pending motion for preliminary approval. Accordingly, a hearing is **SET** for **June 24, 2025, at 3:00 PM ET**. Dial-in instructions will be circulated via email. The parties should be prepared to discuss their settlement agreement (Doc. 514) and Plaintiffs' motion for preliminary approval (Doc. 515).

1

**SO ORDERED.**

*/s/Travis R. McDonough*
**TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE**