IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

S.H., individually, and on behalf
of all others similarly situated,

    Plaintiffs,

v.                                      No: 2:23-cv-00071-TRM-JEM

CITY OF JOHNSON CITY, TENNESSEE,

    Defendant.

_____/

## NOTICE OF ERRATA

Plaintiffs, by and through counsel, hereby submit this Notice of Errata to correct a clerical error in the Motion for Preliminary Approval of Class Action Settlement filed on May 19, 2025 (ECF 515).

In that motion, Plaintiffs' counsel incorrectly stated that they will seek reimbursement of litigation costs in an amount not to exceed $20,000. *See id*. at 22. The correct amount is $50,000. This amount is an estimated maximum for purposes of seeking preliminary approval. In their motion for attorneys' fees and costs, which would be filed concurrently with the motion for final approval, Plaintiffs' counsel will seek reimbursement only for costs actually incurred.

The correct costs figure does not affect any other terms of the settlement or the relief sought in the motion. If preliminary approval is granted, the notice to the Class will reflect the correct amount. Defendant City has been advised of the error and does not object to the filing of this Errata. Plaintiffs respectfully request that the Court consider this corrected amount in evaluating the motion.

1

Respectfully submitted,

Date: June 20, 2025

/s/ Elizabeth A. Kramer
Elizabeth A. Kramer (California Bar # 293129)
Julie C. Erickson (California Bar # 293111)
Kevin M. Osborne (California Bar #261367)
*Pro Hac Vice*
Erickson Kramer Osborne LLP
44 Tehama St.
San Francisco, CA 94105
415-635-0631
elizabeth@eko.law
julie@eko.law
kevin@eko.law

/s/ Heather Moore Collins
Heather Moore Collins (# 026099)
Ashley Shoemaker Walter (#037651)
HMC Civil Rights Law, PLLC
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com

/s/ Vanessa Baehr-Jones
Vanessa Baehr-Jones (California Bar # 281715)
*Pro Hac Vice*
Advocates for Survivors of Abuse PC
4200 Park Boulevard No. 413
Oakland, CA 94602
510-500-9634
vanessa@advocatesforsurvivors.com

*Attorneys for Plaintiff and the Proposed Class*

2

## **CERTIFICATE OF SERVICE**

   I HEREBY certify that a copy of the foregoing has been filed and served via the court's electronic filing system on June 20, 2025 to counsel of record:

K. Erickson Herrin
HERRIN, McPEAK & ASSOCIATES
515 East Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
erick@hbm-lawfirm.com
rachel@hbm-lawfirm.com

Emily C. Taylor
Maria Ashburn
WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
etaylor@watsonroach.com
mashburn@watsonroach.com

*Attorneys to Defendant Johnson City, Tennessee*

Jonathan P. Lakey
Burch, Porter, & Johnson, PLLC
130 N. Court Ave.
Memphis, TN 38103
901-524-5000
jlakey@bpjlaw.com
mchrisman@bpjlaw.com

*Attorney to Defendant City of Johnson City, Tennessee*

          */s/ Elizabeth A. Kramer*
          Elizabeth A. Kramer

3

Case 2:23-cv-00071-TRM-JEM  Document 519  Filed 06/20/25  Page 3 of 3  PageID #: 11766