IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

S.H., individually, and on behalf
of all others similarly situated,

    Plaintiff,

v.                                                      No: 2:23-cv-00071-TRM-JEM

CITY OF JOHNSON CITY, TENNESSEE,

    Defendant.

_____/

## UNOPPOSED MOTION FOR EXTENSION OF DATE FOR SETTLEMENT ADMINISTRATOR TO SEND CLASS NOTICE

    COMES NOW Plaintiff S.H., individually and as a proposed class representative for all those similarly situated ("Plaintiff"), through her undersigned counsel, to request an extension of the date for the Settlement Administrator, JND Legal Administration ("JND"), to send class notice. The original date set in the Order granting preliminary approval is July 16, 2025. ECF 521 at 8. JND has advised that additional time is needed to complete mailing address verification procedures and quality assurance testing for the settlement website. Accordingly, Plaintiff respectfully requests an additional nine (9) days for JND to send notice, up to and including July 25, 2025. Counsel for the parties have met and conferred and Defendant City of Johnson City, Tennessee ("City") consents to this extension.

    The additional time will not require any other change to the timeline set forth in the Order, and there is no evidence of delay by the Parties, their counsel, or JND. The sole purpose of the extension is ensuring an effective notice program and well-run settlement website. For the reasons described herein, Plaintiff respectfully submits that good cause exists for allowing JND

1

to send notice on or before July 25, 2025. If the extension is granted, JND will launch the settlement website on the same day it transmits notice.

Date: July 15, 2025

/s/ Elizabeth A. Kramer
Julie C. Erickson (California Bar # 293111)
Elizabeth A. Kramer (California Bar # 293129)
Kevin M. Osborne (California Bar #261367)
*Pro Hac Vice*
Erickson Kramer Osborne LLP
44 Tehama St.
San Francisco, CA 94105
415-635-0631
julie@eko.law
elizabeth@eko.law
kevin@eko.law

/s/ Heather Moore Collins
Heather Moore Collins (# 026099)
Ashley Shoemaker Walter (#037651)
HMC Civil Rights Law, PLLC
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com

/s/ Vanessa Baehr-Jones
Vanessa Baehr-Jones (California Bar # 281715)
*Pro Hac Vice*
Advocates for Survivors of Abuse PC
4200 Park Boulevard No. 413
Oakland, CA 94602
510-500-9634
vanessa@advocatesforsurvivors.com

*Attorneys for Plaintiff and the Proposed Class*

2

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been filed and served via the Court's electronic filing system on July 15, 2025 to counsel of record:

K. Erickson Herrin
HERRIN, McPEAK & ASSOCIATES
515 East Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
erick@hbm-lawfirm.com
rachel@hbm-lawfirm.com

Emily C. Taylor
Maria Ashburn
WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
etaylor@watsonroach.com
mashburn@watsonroach.com

*Attorneys to Defendant Johnson City, Tennessee*

Jonathan P. Lakey
Burch, Porter, & Johnson, PLLC
130 N. Court Ave.
Memphis, TN 38103
901-524-5000
jlakey@bpjlaw.com
mchrisman@bpjlaw.com

*Attorney to Defendant City of Johnson City, Tennessee*

> /s/ Elizabeth A. Kramer
> Elizabeth A. Kramer