**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENEVILLE**

| | | |
|---|---|---|
| S.H., *individually, and on behalf of all others similarly situated*, | ) ) | Case No. 2:23-cv-71 |
| | ) | |
| *Plaintiffs*, | ) | Judge Travis R. McDonough |
| | ) | |
| v. | ) | Magistrate Judge Jill E. McCook |
| | ) | |
| CITY OF JOHNSON CITY, TENNESSEE, | ) | |
| | ) | |
| *Defendant*. | ) | |

---

**ORDER**

---

Before the Court is Plaintiff's unopposed motion for an extension of the deadline set for the settlement administrator to send class notice (Doc. 522). Plaintiff represents that the settlement administrator needs additional time to complete mailing address verification procedures and quality assurance testing for the settlement website. (*Id.* at 1.) Plaintiff requests an extension to July 25, 2025, and represents that no other change to the timeline set forth in the Court's prior order (Doc. 521) will be necessary. For good cause shown, Plaintiff's motion (Doc. 522) is **GRANTED**. The settlement administrator **SHALL** send notice on or before **July 25, 2025**. The other deadlines set in the Court's prior order (Doc. 521) remain the same.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**