IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

S.H., individually, and on behalf
of all others similarly situated,

    Plaintiff,

v.                                 No: 2:23-cv-00071-TRM-JEM

CITY OF JOHNSON CITY, TENNESSEE,

    Defendant.

_____/

## NOTICE OF CHANGE OF FIRM ADDRESS

TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    **PLEASE TAKE NOTICE** that effective July 24, 2025, ERICKSON KRAMER OSBORNE LLP, attorneys for Plaintiffs, will move to 959 Natoma St., San Francisco, California, 94103. The telephone and facsimile numbers shall remain the same.

    All notices, pleadings, and correspondence should be directed to counsel at the above address.

Date: July 24, 2025                                   /s/ Kevin M. Osborne
                                                        Julie C. Erickson (California Bar # 293111)
                                                        Elizabeth A. Kramer (California Bar # 293129)
                                                       Kevin M. Osborne (California Bar #261367)
                                                       *Pro Hac Vice*
                                                       Erickson Kramer Osborne LLP
                                                       44 Tehama St.
                                                       San Francisco, CA 94105
                                                       415-635-0631
                                                       julie@eko.law
                                                       elizabeth@eko.law
                                                       kevin@eko.law

                                                       *Attorneys for Plaintiff and the Proposed Class*

1

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been filed and served via the Court's electronic filing system on July 24, 2025 to counsel of record:

K. Erickson Herrin
HERRIN, McPEAK & ASSOCIATES
515 East Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
erick@hbm-lawfirm.com
rachel@hbm-lawfirm.com

Emily C. Taylor
Maria Ashburn
WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
etaylor@watsonroach.com
mashburn@watsonroach.com

*Attorneys to Defendant Johnson City, Tennessee*

Jonathan P. Lakey
Burch, Porter, & Johnson, PLLC
130 N. Court Ave.
Memphis, TN 38103
901-524-5000
jlakey@bpjlaw.com
mchrisman@bpjlaw.com

*Attorney to Defendant City of Johnson City, Tennessee*

> */s/ Kevin M. Osborne*
> Kevin M. Osborne