# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# GREENVILLE DIVISION

| | |
|---|---|
| B.P., H.A., and S.H., individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF JOHNSON CITY, TENNESSEE, a government entity, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) No: 2:23-cv-00071-TRM-JEM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF KEITH H. GRANT AS COUNSEL FOR DEFENDANTS JUSTIN JENKINS AND JEFF LEGAULT, IN THEIR INDIVIDUAL CAPACITY

Pursuant to LR 83.4(f), Keith H. Grant hereby gives notice of his withdrawal as counsel for Defendants, Justin Jenkins and Jeff Legault, in their individual capacities. Mr. Grant is leaving his employment with the law firm of Robinson, Smith & Wells, PLLC. Justin Jenkins and Jeff Legault will continue to be represented by Philip Aaron Wells.

Respectfully submitted,

ROBINSON, SMITH & WELLS, PLLC

By:     s/ *Keith H. Grant*
        Keith H. Grant, BPR# 023274
        Philip Aaron Wells, BPR# 036248
        Suite 700, Republic Centre
        633 Chestnut Street
        Chattanooga, TN 37450
        kgrant@rswlaw.com
        awells@rswlaw.com
        *Attorneys for Justin Jenkins, Brady Higgins and Jeff Legault, in their individual capacity*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was filed electronically on July 30, 2025. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Robinson, Smith & Wells, PLLC

By: s/ *Keith H. Grant*

cc: Heather Moore Collins
Ashley Walter
HMC Civil Rights Law, PLLC
7000 Executive Center Dr.
Suite 320
Brentwood, TN 37027
615-724-1996
Email: heather@hmccivilrights.com

Vanessa Baehr-Jones
Advocates for Survivors of Abuse
4200 Park Blvd., No. 413
Oakland, CA 94602
Email:vanessa@advocatesforsurvivors.com

Elizabeth A. Kramer
Kevin M Osborne
Erickson Kramer Osborne LLP
44 Tehama Street
San Francisco, CA 94105
Email: elizabeth@eko.law
Email: kevin@eko.law

K. Erickson Herrin
HERRIN, MCPEAK & ASSOCIATES
515 East Unaka Avenue
P.O. Box 629
Johnson City, TN 37605-0629
lisa@hbm-lawfirm.com

Emily C. Taylor
WATSON, ROACH, BATSON & LAURDERBACK, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
etaylor@watsonroach.com
Attorneys for Defendants, Johnson City, Tennessee, Karl Turner, Captain Kevin Peters and Investigator Toma Sparks.

Daniel H. Rader III
Daniel H. Rader IV
MOORE, RADER & YORK PC
46 N. Jefferson Avenue
P.O. Box 3347
Cookeville, TN 38502-3347
danrader@moorerader.com
danny@moorerader.com
Counsel for Kevin Peters in his individual capacity

Kristin Ellis Berexa
Ben C. Allen
FARRAR BATES BEREXA
12 Cadillac Drive, Suite 480
Brentwood, TN 37027-5366
kbrexa@fbb.law
ballen@fbb.law
Counsel for Toma Sparks in his individual capacity