# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| JANE DOE, *et. al.*, | ) |
| *Plaintiffs*, | ) Case No. 2:23-cv-71 |
| | ) |
| v. | ) Judge Travis R. McDonough |
| | ) |
| JOHNSON CITY, TENNESSEE, *et al.*, | ) Magistrate Judge Jill E. McCook |
| *Defendants*. | ) |

## ORDER

Before the Court is Plaintiff S.H.'s unopposed motion for approval of a settlement involving a minor (Doc. 526). Pursuant to 28 U.S.C. § 636(b), this motion is hereby **REFERRED** to Magistrate Judge McCook.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**