# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### GREENEVILLE – COURTROOM 400

**Case #:** 2:23-CV-71  **Date:** 9/19/2025

Doe et al  **v.**  Johnson City, TN et al

**Present Before:** Jill E. McCook, United States Magistrate Judge

**Courtroom Deputy:** Leah Kingry

**Court Reporter:** Karen Bradley

**Law Clerk:** Ashley Arnold

**Attorney(s) for Plaintiff:**
Vanessa Baehr-Jones

**Attorney(s) for Defendant:**
Jonathan Lakey
Emily C. Taylor

**Additional Attorney(s) Present:**

**Proceedings:**
Settlement hearing held.

**Dates set at this hearing:**
☐ Jury Trial  ☐ BenchTrial:
☐ Pretrial Conf.:
☐ Motion Hrng:
☐ Status Conf:

**Deadlines set at this hearing:**
☐ Status Report:
☐ Show Cause:
☐ Other:

**Time:** 1:33 p.m. **to** 2:08 p.m.

⦿ I, Leah Kingry, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Grvl-DCR_