# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | | |
|---|---|---|
| S.H., individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No: 2:23-cv-00071-TRM-JEM |
| | ) | JURY DEMAND |
| CITY OF JOHNSON CITY, TENNESSEE, a government entity, | ) ) ) | |
| Defendant. | ) ) | |

## CITY OF JOHNSON CITY'S RESPONSE TO MINOR VICTIM 1'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO APPROVE MINOR SETTLEMENT

The City of Johnson City, Tennessee ("Johnson City") hereby appears, by and through counsel, and submits the following Response to Minor Victim 1's Supplemental Brief in Support of Motion to Approve Minor Settlement (the "Supplemental Brief") [Doc. 533]. As stated in the prior filings related to the Motion to Approve the Minor Settlement (the "Motion") [Doc. 526], the City does not oppose Minor Victim 1's Motion. Counsel for the City has reviewed the Supplemental Brief, and the authority cited therein. Following the review and consideration of the Supplemental Brief, the City continues to have no objection to the Motion. Although the City denies any liability to Minor Victim 1, the City asks that the settlement be approved under the terms proposed by Minor Victim 1 in his Motion.

RESPECTFULLY submitted this 8th day of October, 2025.

CITY OF JOHNSON CITY

*s/ K. Erickson Herrin (w/permission by ECT)*
K. Erickson Herrin, BPR # 012110

1

HERRIN, McPEAK & ASSOCIATES
515 East Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
Phone : (423) 929-7113
Email : erick@hbm-lawfirm.com


*s/ Emily C. Taylor*
Emily C. Taylor, BPR # 027157
**WATSON, ROACH, BATSON
& LAUDERBACK, P.L.C.**
P.O. Box 131
Knoxville, TN 37901-0131
Phone : (865) 637-1700
Email : etaylor@watsonroach.com


*s/ Jonathan P. Lakey (w/permission by ECT)*
Jonathan P. Lakey, BPR # 016788
**BURCH, PORTER & JOHNSON, PLLC**
130 North Court Avenue
Memphis, TN 38103
Phone: (901) 524-5024
Email: jlakey@bpjlaw.com

*Attorneys for Defendant, Johnson City, Tennessee*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system:

Heather Moore Collins
Ashley Shoemaker Walter
HMC CIVIL RIGHTS LAW, PLLC
7000 Executive Center Drive, Suite 320
Brentwood, TN 37027
*Counsel for Plaintiffs*

Vanessa Baehr-Jones
ADVOCATES FOR SURVIVORS OF ABUSE, PC
4200 Park Boulevard No. 413
Oakland, CA 94602
*Counsel for Plaintiffs*

Kevin Osborne
Elizabeth Kramer
ERICKSON KRAMER OSBORNE, LLP
959 Natoma Street
San Francisco, CA 94103
*Counsel for Plaintiffs*

Kristin Ellis Berexa
FARRAR BATES BEREXA
12 Cadillac Drive, Suite 480
Brentwood, TN 37027-5366
*Counsel for Toma Sparks*

Daniel H. Rader IV
André S. Greppin
MOORE, RADER, FITZPATRICK AND YORK, P.C.
46 N. Jefferson Avenue
Cookeville, TN 38501
*Counsel for Karl Turner*

Philip Aaron Wells
ROBINSON, SMITH & WELLS, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
*Counsel for Justin Jenkins and Jeff Legault*

K. Erickson Herrin
HERRIN & MCPEAK
515 E. Unaka Avenue
P.O. Box 629
Johnson City, TN 37605-0629
*Counsel for Johnson City, Tennessee*

Jonathan P. Lakey
BURCH, PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
*Counsel for Johnson City, Tennessee*

Dated this 8th day of October, 2025.

*s/Emily C. Taylor, BPR No. 27157*
EMILY C. TAYLOR, BPR # 027157
**WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.**
P.O. Box 131
Knoxville, TN 37901-0131
Phone: (865) 637-1700
Email: etaylor@watsonroach.com