IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| B.P., H.A., and S.H, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF JOHNSON CITY, TENNESSEE, a government entity, et al<br><br>Defendants. | No. 2:23-cv-00071-TRM-JEM<br>JURY DEMANDED |

### NOTICE OF FILING DECLARATION OF SUSAN WASKIEWICZ

Defendant City of Johnson City, Tennessee, through counsel, hereby notices the filing of the Declaration of Susan Waskiewicz, which is attached hereto as **Exhibit 1**.

RESPECTFULLY submitted this 11th day of November, 2025.

          s/ Jonathan P. Lakey
          Jonathan P. Lakey, BPR #16788
          **BURCH, PORTER & JOHNSON, PLLC**
          130 North Court Avenue
          Memphis, TN 38103
          Tel: (901) 524-5000
          Fax: (901) 524-5024
          Email: jlakey@bpjlaw.com

          Emily C. Taylor, BPR #027157
          Reid A. Spaulding, BPR # 023363
          **WATSON, ROACH, BATSON,**
            **ROWELL & LAUDERBACK, PLC**
          P. O. Box 131
          Knoxville, TN 37901-0131
          etaylor@watsonroach.com
          rspaulding@watsonroach.com

K. Erickson Herrin, BPR #012110
**HERRIN, McPEAK & ASSOCIATES**
515 East Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
Tel: (423)-929-7113
Fax: (423) 929-7114
rachel@hbm-lawfirm.com

*Counsel for Johnson City, Tennessee*

# CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system:

Heather Moore Collins, Esq.
Ashley Shoemaker Walter, Esq.
HMC CIVIL RIGHTS LAW, PLLC
7000 Executive Center Drive, Suite 320
Brentwood, TN  37027
heather@hmccivilrights.com
ashley@hmccivilrights.com
*Counsel for Plaintiffs and the Proposed Classes*

Vanessa Baehr-Jones, Esq.
ADVOCATES FOR SURVIVORS OF ABUSE, PC
4200 Park Boulevard No. 413
Oakland, CA  94602
vanessa@advocatesforsurvivors.com
*Counsel for Plaintiffs and the Proposed Classes*

Julie C. Erickson, Esq.
Kevin M. Osborne, Esq.
Elizabeth A. Kramer, Esq.
ERICKSON KRAMER OSBORNE, LLP
959 Natoma St.
San Francisco, CA  94103
julie@eko.law
kevin@eko.law
elizabeth@eko.law
linda@eko.law
*Counsel for Plaintiffs and the Proposed Classes*

      Dated this 11th day of November, 2025.

s/ Jonathan P. Lakey
Jonathan P. Lakey

2