# Exhibit 1

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| B.P., H.A., and S.H, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF JOHNSON CITY, TENNESSEE, a government entity, et al <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 2:23-cv-00071-TRM-JEM <br> JURY DEMANDED |

DECLARATION OF SUSAN WASKIEWICZ

Pursuant to 28 U.S.C. §1746, I hereby declare as follows:

1.  My name is Susan Waskiewicz and I am an adult resident citizen of <u>Waukesha</u>, Wisconsin. I am the Project Manager of JND Legal Administration ("JND"), 1201 2nd Avenue, Suite 3400, Seattle, Washington 98101. This declaration is based upon my personal knowledge, as well as upon information provided to me by experienced JND employees I have supervised in regard to the matters set forth herein. If called to testify in this matter, I would do so and am competent to testify to the fact set for herein and in all respects to make this Declaration.

2.  JND was retained by Defendant the City of Johnson City, Tennessee, to administer the CAFA Notice mailing in the captioned matter. JND regularly administers such projects for parties in class action cases. Pursuant to the Class Action Fairness Act of 2005, § 1715, on May 28, 2025, JND sent on behalf of defendant the City of Johnson City, Tennessee, notices of the class action settlement, including all pertinent documents listed in 28 U.S.C. § 1715(b), in this case to the United States Attorney General and to appropriate state and territorial officials. True and

correct copy of the letter sent to federal and state officials and a list of the federal and state officials to whom letters were sent are attached hereto as **Exhibit A**.

3. JND sent the CAFA Notice with tracking and monitoring the deliverability status of each packet. Based on the delivery confirmations returned to JND, all CAFA Notices were delivered on or before June 5, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 11th day of November, 2025, in Waukesha, Wisconsin.

FURTHER DECLARANT SAYETH NOT.

*Susan Waskiewicz*
SUSAN WASKIEWICZ
JND Legal Administration
Project Manager

2

Case 2:23-cv-00071-TRM-JEM    Document 537-1    Filed 11/11/25    Page 3 of 13
PageID #: 12082

# Exhibit A

LAW OFFICES
Burch, Porter & Johnson, PLLC
130 North Court Avenue
Memphis, TN 38103
Phone: 901.524.5000
Fax: 901.524.5024
bpjlaw.com

Jonathan P. Lakey
Direct: 901.524.5140
JLakey@bpjlaw.com

May 28, 2025

United States Attorney General
and the Appropriate Officials
Identified in Attachment A

RE: CAFA Notice of Proposed Class Action Settlement

Dear Sir or Madam:

This notice is being provided to you in accordance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, in connection with, and on behalf of Defendant City of Johnson City, in the below-referenced class action ("the Action"). A Motion for Preliminary Approval of Class Action Settlement was submitted for approval to the Court on May 19, 2025 in the Action (the term "Action" shall refer to and is defined as the Case Name, Case No. and Jurisdiction set forth below). As of the date of this letter, preliminary approval has not been granted and a fairness hearing date has not been set.

| | |
|---|---|
| **Case Name**: | S.H., individually, and on behalf of all others similarly situated v. City of Johnson City, Tennessee, a government entity |
| **Case No.**: | 2:23-cv-00071-TRM-JEM |
| **Jurisdiction**: | United States District Court for the Eastern District of Tennessee, Greeneville Division |
| **Date Settlement filed with the Court**: | May 19, 2025 |

At the outset, it should be noted that the Case Name listed above references the style of the case as set forth in the Third Amended Class Action Complaint filed in the Action, which was filed in the Action on March 6, 2025 (Document No. 508) (the "Third Amended Complaint"). The Third Amended Complaint is the operative complaint. The Action initially was brought under the same Case No. on behalf of Jane Doe Plaintiffs and included individual defendants in addition to the remaining sole defendant, Defendant City of Johnson City. These precise parties are identified in the following pleadings: Complaint filed on June 21, 2023 (the "Complaint") (Document No. 1); the Amended Complaint filed on September 6, 2023 (the "Amended Complaint") (Document No. 21); and the Second Amended Class Action Complaint filed on March 1, 2024 (Document No. 121) (the "Second Amended Complaint") (collectively, referred to as the "Prior Complaints"). Copies of the Operative Complaint and Prior Complaints are enclosed herewith as described below in Folder 01.

May 28, 2025

Pursuant to 28 U.S.C. § 1715 (b), the enclosed CD contains the following documents filed in the Action:

01 - Folder Titled "Complaints", which contains the following files (by name):

- 20230621 - Complaint
- 20230906 - First Amended Complaint
- 20240301 - Second Amended Complaint
- 20250306 - Third Amended Complaint

02 - Folder Titled "Settlement Agreement and Exhibits", which contains the following files (by name):

- 20250519 - Settlement Agreement With Exhibits A-D

The "Settlement Agreement and Exhibits" folder contains the following documents. This folder includes the Settlement Agreement and Release (the "Settlement Agreement") (Document No. 514) and attached Exhibits A-D (Document Nos. 514-1, 514-2, 514-3, and 514-4), all of which were filed with the District Court on May 19, 2025. As stated, the Settlement Agreement includes four exhibits: Exhibit A, Notice of Proposed Class Action Settlement (the "Proposed Notice") (Document No. 514-1); Exhibit B, Allocation Plan ("Allocation Plan") (Document No. 514-2); Exhibit C, [Proposed] Order Granting Motion for Preliminary Approval of Class Action Settlement ("Proposed Preliminary Approval Order") (Document No. 514-3); and Exhibit D, [Proposed] Order Granting Motion for Final Approval of Class Action Settlement ("Proposed Final Approval Order") (Document No. 514-4). Collectively the Settlement Agreements and Exhibits A-D shall be referred to as "Settlement Agreement And Exhibits".

03 - Folder Titled "Motion for Preliminary Approval of Class Action Settlement and Supporting Declarations", which contains the following files (by name):

- 20250519 – Motion for Preliminary Approval
- 20250519 – Declaration of Julie C. Erickson

This folder contains the Plaintiff's Motion for Preliminary Approval of Class Action Settlement, which also was filed in the Action on May 19, 2025 ("Motion for Preliminary Approval") (Document No. 515). The Motion for Preliminary Approval seeks preliminary approval of the Settlement Agreement and Exhibits, and the Proposed Notice (Exhibit A to the Settlement Agreement), and was filed contemporaneously with these documents.

May 28, 2025

> In addition, this folder contains the Declaration of Julie C. Erickson in Support of Motion for Preliminary Approval of Class Action Settlement, ("Erickson Decl.") (Document No. 516).

The enclosed documents, including the Settlement Agreement, the Proposed Notice and the Proposed Preliminary Approval set forth when and how plaintiff and her counsel proposed to provide notice to class members of the proposed settlement, their rights to opt out or agree to the proposed settlement, and/or to submit claims related thereto, and how notice will be transmitted and/or shared with potential class members class members.

The Settlement Agreement and Exhibits are included in the CD, as referenced above. There are no additional agreements existing between class counsel and defense counsel.

The Action is pending and no final judgment has been entered or notice of dismissal filed. To date there have been no written judicial opinion(s) issued with regard to final judgment or notice of dismissal. The Court has not issued any rulings on the Motion for Preliminary Approval or set a date for a Fairness Hearing.

At the time of mailing, it is not feasible to provide a breakdown of the Settlement Class in accordance with 28 U.S.C. § 1715 (b)(7), including confidentiality laws and restrictions since the class includes juveniles and/or persons who reported being victims of sexual assaults. Plaintiffs' counsel estimates that there are approximately 400 class members. The last known addresses in the Defendant's files for most of the suspected class member are in Tennessee but we anticipate that the Settlement Class is sufficiently numerous and the dates of the events leading to potential class membership are long enough so as to include Settlement Class Members potentially residing in all 50 U.S. states, as well as the District of Columbia, and may include Settlement Class Members residing in U.S. territories and associated states.

If you have any questions regarding the details of the case and settlement, please contact Defense Counsels' representative at:

<u>Counsel for the City of Johnson City Defendants</u>:

Jonathan P. Lakey
BURCH, PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
Tel: 901-524-5140
jlakey@bpjlaw.com

and

May 28, 2025

Emily C. Taylor
WATSON, ROACH, BATSON,
  ROWELL & LAUDERBACK, PLC
P. O. Box 131
Knoxville, TN 37901-0131
Tel: 865-637-1700
etaylor@watsonroach.com

For questions regarding this notice, please contact Defendants' counsel above and/or:

JND Legal Administration
Kim Ness, Director
1201 2nd Avenue, Suite 3400, Seattle, WA 98101
206-709-6473

Sincerely,

BURCH, PORTER & JOHNSON, PLLC

Jonathan P. Lakey

JPL
Enclosures (listed in the body of the letter)

*S.H. v. City of Johnson City, Tennessee*, Case No. 2:23-cv-00071-TRM-JEM
**(United States District Court for the Eastern District of Tennessee, Greenville Division)**
**CAFA Notice – Attachment A – Service List**

| | |
|---|---|
| Treg R. Taylor<br>Office of the Attorney General<br>1031 W 4th Ave<br>Ste 200<br>Anchorage, AK 99501 | Steve Marshall<br>Attorney General's Office<br>501 Washington Ave<br>Montgomery, AL 36104 |
| Tim Griffin<br>Office of the Attorney General<br>323 Center St<br>Ste 200<br>Little Rock, AR 72201-2610 | Kris Mayes<br>Office of the Attorney General<br>2005 N Central Ave<br>Phoenix, AZ 85004-1545 |
| CAFA Coordinator<br>Office of the Attorney General<br>Consumer Protection Section<br>455 Golden Gate Ave., Ste 11000<br>San Francisco, CA 94102-7004 | Phil Weiser<br>Office of the Attorney General<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 |
| William Tong<br>Office of the Attorney General<br>165 Capitol Ave<br>Hartford, CT 06106 | Kathy Jennings<br>Delaware Department of Justice<br>Carvel State Office Building<br>820 N French Street<br>Wilmington, DE 19801-3520 |
| James Uthmeier<br>Office of the Attorney General<br>State of Florida<br>PL-01 The Capitol<br>Tallahassee, FL 32399-1050 | Chris Carr<br>Office of the Attorney General<br>40 Capitol Sq SW<br>Atlanta, GA 30334-1300 |
| Anne E. Lopez<br>Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813-2903 | Brenna Bird<br>Office of the Attorney General<br>Hoover State Office Building<br>1305 E. Walnut Street Rm 109<br>Des Moines, IA 50319-0109 |
| Raúl R. Labrador<br>Office of the Attorney General<br>700 W. Jefferson St, Suite 210<br>Boise, ID 83720 | Kwame Raoul<br>Office of the Attorney General<br>Office Services<br>115 South LaSalle, 23rd Floor<br>Chicago, IL 60603 |

***S.H. v. City of Johnson City, Tennessee*, Case No. 2:23-cv-00071-TRM-JEM**
**(United States District Court for the Eastern District of Tennessee, Greenville Division)**
**CAFA Notice – Attachment A – Service List**

| | |
|---|---|
| Todd Rokita<br>Office of the Attorney General<br>Indiana Government Center South<br>302 W Washington St 5th Fl<br>Indianapolis, IN  46204 | Kris W. Kobach<br>Office of the Attorney General<br>120 SW 10th Ave<br>2nd Fl<br>Topeka, KS  66612-1597 |
| Russell Coleman<br>Office of the Attorney General<br>Capitol Building<br>700 Capitol Ave Ste 118<br>Frankfort, KY  40601-3449 | Liz Murrill<br>Office of the Attorney General<br>1885 N. Third St<br>Baton Rouge, LA  70802 |
| CAFA Coordinator<br>General Counsel's Office<br>Office of Attorney General<br>One Ashburton Pl, 20th Floor<br>Boston, MA  02108 | Anthony G. Brown<br>Office of the Attorney General<br>200 St. Paul Pl<br>Baltimore, MD  21202 |
| Aaron Frey<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME  04333-0006 | Dana Nessel<br>Department of Attorney General<br>G. Mennen Williams Building, 7th Fl<br>525 W Ottawa St<br>Lansing, MI  48933-1067 |
| Keith Ellison<br>Office of the Attorney General<br>445 Minnesota St<br>Suite 600<br>St. Paul, MN  55101-2131 | Andrew Bailey<br>Attorney General's Office<br>Supreme Court Building<br>207 W High St<br>Jefferson City, MO  65101-1516 |
| Lynn Fitch<br>Office of the Attorney General<br>Walter Sillers Building<br>550 High St Ste 1200<br>Jackson, MS  39201 | Austin Knudsen<br>Office of the Attorney General<br>Justice Building, Third Fl<br>215 N. Sanders<br>Helena, MT  59601-4517 |
| Jeff Jackson<br>Attorney General's Office<br>114 W Edenton St<br>Raleigh, NC  27603 | Drew H. Wrigley<br>Office of the Attorney General<br>State Capitol, 600 E Boulevard Ave<br>Dept. 125<br>Bismarck, ND  58505 |

*S.H. v. City of Johnson City, Tennessee*, Case No. 2:23-cv-00071-TRM-JEM
**(United States District Court for the Eastern District of Tennessee, Greenville Division)**
**CAFA Notice – Attachment A – Service List**

| | |
|---|---|
| Mike Hilgers<br>Attorney General's Office<br>1445 K Street, Room 2115<br>Lincoln, NE  68508 | John Formella<br>Office of the Attorney General<br>NH Department of Justice<br>1 Granite Place South<br>Concord, NH  03301 |
| Matthew J. Platkin<br>Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market St 8th Fl, West Wing<br>Trenton, NJ  08611 | Raúl Torrez<br>Office of the Attorney General<br>Villagra Building<br>408 Galisteo Street<br>Santa Fe, NM  87501 |
| Aaron Ford<br>Office of the Attorney General<br>Old Supreme Court Building<br>100 N Carson St<br>Carson City, NV  89701-4717 | CAFA Coordinator<br>Office of the Attorney General<br>28 Liberty St<br>15th Fl<br>New York, NY  10005 |
| Dave Yost<br>Attorney General's Office<br>State Office Tower<br>30 E Broad St 14th Fl<br>Columbus, OH  43215-3414 | Gentner Drummond<br>Office of the Attorney General<br>313 NE 21st St<br>Oklahoma City, OK  73105-3207 |
| Dan Rayfield<br>Oregon Department of Justice<br>Justice Building<br>1162 Court St NE<br>Salem, OR  97301-4096 | Dave Sunday<br>PA Office of the Attorney General<br>Strawberry Square 16th Fl<br>Harrisburg, PA  17120 |
| Peter F. Neronha<br>Office of the Attorney General<br>150 S Main St<br>Providence, RI  02903-2907 | Alan Wilson<br>Office of the Attorney General<br>Rembert C. Dennis Bldg<br>1000 Assembly St Rm 519<br>Columbia, SC  29201 |
| Marty Jackley<br>Office of the Attorney General<br>1302 E Highway 14<br>Ste 1<br>Pierre, SD  57501-8501 | Jonathan Skrmetti<br>Office of the Attorney General<br>500 Dr Martin L King Jr Blvd<br>Nashville, TN  37219 |

*S.H. v. City of Johnson City, Tennessee*, Case No. 2:23-cv-00071-TRM-JEM
**(United States District Court for the Eastern District of Tennessee, Greenville Division)**
**CAFA Notice – Attachment A – Service List**

| | |
|---|---|
| Ken Paxton<br>Office of the Attorney General<br>300 W. 15th St<br>Austin, TX  78701 | Derek Brown<br>Office of the Attorney General<br>Utah State Capitol Complex<br>350 North State St Ste 230<br>Salt Lake City, UT  84114 |
| Jason S. Miyares<br>Office of the Attorney General<br>202 N. Ninth St.<br>Richmond, VA  23219 | Charity R. Clark<br>Attorney General's Office<br>109 State St.<br>Montpelier, VT  05609-1001 |
| Nick Brown<br>Office of the Attorney General<br>1125 Washington St SE<br>Olympia, WA  98501-2283 | Josh Kaul<br>Attorney General's Office<br>P.O. Box 7857<br>Madison, WI  53707-7857 |
| J.B. McCuskey<br>Office of The Attorney General<br>State Capitol, 1900 Kanawha Blvd E<br>Building 1 Rm E-26<br>Charleston, WV  25305-0029 | Bridget Hill<br>Office of the Attorney General<br>109 State Capitol<br>200 W 24th St Rm W109<br>Cheyenne, WY  82002-3642 |
| Brian Schwalb<br>Office of the Attorney General<br>400 6th St NW<br>Washington, DC  20001 | Pam Bondi<br>Office of the U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC  20530-0001 |
| Gwen Tauiliili-Langkilde<br>Department of Legal Affairs<br>Exec Ofc Bldg, 3rd Fl<br>P.O. Box 7<br>Utulei, AS  96799 | Douglas B. Moylan<br>Office of the Attorney General<br>134 W. Soledad Avenue<br>4th Floor, Suite 412<br>Hagatna, GU  96910 |
| Edward Manibusan<br>Office of the Attorney General<br>Administration Building<br>P.O. Box 10007<br>Saipan, MP  96950-8907 | Janet Parra Mercado<br>Dpto. de Justicia de Puerto Rico<br>Calle Teniente César González 677<br>Esq. Ave. Jesús T. Piñero<br>San Juan, PR  00918 |

*S.H. v. City of Johnson City, Tennessee*, **Case No. 2:23-cv-00071-TRM-JEM**
**(United States District Court for the Eastern District of Tennessee, Greenville Division)**
**CAFA Notice – Attachment A – Service List**

Gordon Rhea
Office of the Attorney General
3438 Kronprindsens Gade
GERS Building 2nd Fl
St. Thomas, VI  00802-5749