# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TENNESSEE
# GREENEVILLE DIVISION

S.H., individually, and on behalf of all others similarly situated,

    Plaintiffs,

v.                              No: 2:23-cv-00071-TRM-JEM

CITY OF JOHNSON CITY, TENNESSEE,

    Defendant.

_____/

## DECLARATION OF SUSAN WASKIEWICZ

1. I am a Project Manager at JND Legal Administration ("JND"). This Declaration is based on my personal knowledge and information provided to me by experienced JND employees and, if called on to do so, I could and would testify competently thereto.

2. JND is serving as the Settlement Administrator[1] in the above-captioned litigation ("Action") for the purposes of administering Settlement Agreement and Release (the "Settlement Agreement") preliminarily approved by the Court in its Order, dated May 29, 2025.

3. I submit this Declaration at the request of Counsel to confirm the implementation of the notice program.

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings given such terms in the Settlement Agreement.

## CLASS MEMBER DATA

4. On May 2, 2025, JND received spreadsheets from Class Counsel which were created by policing expert, Eric Daigle of Daigle Law Group ("DLG"), during a previous audit which analyzed Johnson City Police Department ("JCPD") and their handling of sex crimes. JND also received pdf copies of police reports created between January 1, 2018 and July 22, 2022 by JCPD, which were included in the audit. These files contained, among other information, the names, mailing addresses, incident numbers, and reporting dates of individuals who had their sexual assault reported to JCPD between January 1, 2018 and July 22, 2022. From these documents, JND was able to find identifying and contact information for 337 individuals, of which 300 qualify as unique Class Members in this Action.

5. On July 6, 2025, JND received a spreadsheet provided by JCPD containing, the names, mailing addresses, incident numbers, and reporting dates of individuals who had their sexual assault reported to Johnson City Police Department between July 1, 2022 and December 31, 2022. The spreadsheet contained contact and identifying information for 49 individuals. Of the 49 individuals, 2 were previously included in the DLG audit and 47 were new unique Class Members.

6. In total, 384 individuals were identified from the information provided in the spreadsheets and police reports. Of these, 347 met the class definition and qualified as Class Members in this Action.

7. Of the 347 identified Class Members, 73 records are believed to belong to individuals that are potentially of minority age (17 years old or less) based on their age and report date. For these individuals, additional care was taken to collect any available parent or guardian contact information. Parent or guardian information was found for 24 of the 73 potentially minor records.

8. JND updated the Class Member and parent/guardian contact information using advanced address searches and data from the National Change of Address ("NCOA") database. For two of the 347 Class Member records, no permanent addresses could be found. The updated

- 2 -
DECLARATION OF SUSAN WASKIEWICZ REGARDING SETTLEMENT ADMINISTRATION

Class Member and parent/guardian data was promptly loaded into a database established for this Action.

**DIRECT NOTICE MAILING**

9. On July 23, 2025, JND sent the Court-approved Notice of Proposed Class Action Settlement ("Notice") via U.S. Postal Service first-class mail. In total, 369 Notices were sent to the 345 Class Members with known, permanent addresses and the 24 parent/guardian addresses. A representative sample of the Notice is attached hereto as **Exhibit A**.

10. As of November 7, 2025, of the total 369 Settlement Notices mailed, JND tracked 99 Notices (representing 91 Class Members) that were returned to JND as undeliverable. Advanced address searches were completed and JND received updated address information for 58 Notices. JND re-mailed these 58 Notices (representing 56 Class Members), and 3 re-mailed Notices have been returned as undeliverable to date.

11. Of the 24 Class Members who were mailed an additional Notice to a parent/guardian address, 13 of the 48 Notices mailed were returned undeliverable, representing 10 Class Member records. Of these 10 Class Member records, 3 are confirmed to have received at least one mailing, as they have since filed online or reached out to JND.

12. One additional Class Member filed online after contacting JND after her notice mailing was returned undeliverable.

**SETTLEMENT WEBSITE**

13. On July 23, 2025, JND established a dedicated website for the Action (www.JCPDClassActionSettlement.com), which hosts downloadable copies of important case documents (including, but not limited to, the Notice, Settlement Agreement, Class Action Complaint, and Preliminary Approval Order), provides answers to frequently asked questions, and includes contact information for the Settlement Administrator. Class Members also can verify their contact information, elect a payment option, and submit their tax information electronically on the website before the filing deadline on November 20, 2025.

14. As of November 7, 2025, the website has tracked 517 unique users who registered 2,629 page views.

**TOLL-FREE TELEPHONE LINE**

15. On July 23, 2025, JND activated a case-specific toll-free number, 1-855-779-3496, for Class Members to call to obtain information about the Settlement. The telephone line is available 24 hours a day, seven (7) days a week. The telephone line also allows callers to leave voicemails and receive a call back from the Settlement Administrator.

16. As of November 7, 2025, the toll-free number has received 49 calls.

**CLASS MEMBER ATTESTATIONS**

17. Since the Notice mailing on July 23, 2025, individuals have reached out as they believe they are Class Members.

18. As of November 7, 2025, a total of 6 individuals or their guardians have come forward and attested that they are Class Members in this Action.

**REQUESTS FOR EXCLUSION**

19. The Notice informed Class Members who wanted to exclude themselves from the Settlement ("opt-out") that they must do so by submitting an exclusion request letter to the Settlement Administrator, received or postmarked on or before September 22, 2025.

20. As of November 7, 2025, one Class Member has requested exclusion. A copy of this exclusion request is attached hereto as **Exhibit B**.

**OBJECTIONS**

21. The Notice informed recipients that Class Members who would like to object to the Settlement must do so by submitting their objection letter to the Court, received or postmarked on or before September 22, 2025.

22. As of November 7, 2025, JND has not received any objections.

**SUBMITTED FORMS RECEIVED**

23. Pursuant to the terms of the Settlement Agreement, Settlement Class Members may verify their contact information, elect a payment option, and/or submit their tax information through November 20, 2025.

24. As of November 7, 2025, JND has received 69 timely submissions. Of these, 66 Class Members completed a W-9 form to provide their tax information.

- 4 -
DECLARATION OF SUSAN WASKIEWICZ REGARDING SETTLEMENT ADMINISTRATION

25. JND is continuing to receive and process submissions. JND will also coordinate deficiency letters for any incomplete submissions as needed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of November 2025, in Waukesha, Wisconsin.

*Susan Waskiewicz*
SUSAN WASKIEWICZ

DECLARATION OF SUSAN WASKIEWICZ REGARDING SETTLEMENT ADMINISTRATION