IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

S.H., individually, and on behalf
of all others similarly situated,

    Plaintiffs,

v.                                      No: 2:23-cv-00071-TRM-JEM

CITY OF JOHNSON CITY, TENNESSEE,

    Defendant.

_____/

## MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

Plaintiffs, by and through undersigned counsel, request permission to file under seal Exhibit B to the Declaration of Susan Waskiewicz, submitted on November 11, 2025 with Plaintiffs' Motion for Final Approval of Class Action Settlement, on behalf of JND Legal Administration, the Settlement Administrator in this action.

Exhibit B provides the Court the true and correct contact information of the individual who has timely and validly requested exclusion from the Class. Because membership in the Class involves the reporting of a sex crime, safety and privacy concerns establish a concrete justification for maintaining the confidentiality of this record.

Exhibit B is incorporated by reference in the Proposed Order Granting Motion for Final Approval of Class Action Settlement filed on November 11, 2025 attached to the Motion for Final Approval of Class Action Settlement, such that the exclusion is properly documented and can be verified if necessary, without requiring the name to be revealed in a public filing.

Defendant City of Johnson City consents to the request to seal Exhibit B.

Plaintiffs therefore respectfully request that confidentiality of this record be maintained, and the Court permit the above documents to be filed under seal.

Date: November 11, 2025

Respectfully submitted,

*/s/ Julie C. Erickson*
Julie C. Erickson (California Bar # 293111)
Elizabeth A. Kramer (California Bar # 293129)
Kevin M. Osborne (California Bar #261367)
*Pro Hac Vice*
Erickson Kramer Osborne LLP
959 Natoma St.
San Francisco, CA 94103
415-635-0631
julie@eko.law
elizabeth@eko.law
kevin@eko.law

*/s/ Heather Moore Collins*
Heather Moore Collins (# 026099)
Ashley Shoemaker Walter (#037651)
HMC Civil Rights Law, PLLC
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
ashley@hmccivilrights.com

*/s/ Vanessa Baehr-Jones*
Vanessa Baehr-Jones CABN # 281715
*Pro Hac Vice*
Advocates for Survivors of Abuse PC
4200 Park Boulevard No. 413
Oakland, CA 94602
510-500-9634
vanessa@advocatesforsurvivors.com

*Attorneys for Plaintiff and the Proposed Class*

# CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been filed and served via the court's electronic filing system on November 11, 2025 to counsel of record:

K. Erickson Herr
HERRIN, McPEAK & ASSOCIATES
515 East Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
erick@hbm-lawfirm.com
rachel@hbm-lawfirm.com

Emily C. Taylor
WATSON, ROACH, BATSON &
LAUDERBACK, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
etaylor@watsonroach.com

*Attorneys to Defendant Johnson City, Tennessee*

Jonathan P. Lakey
Burch, Porter, & Johnson, PLLC
130 N. Court Ave.
Memphis, TN 38103
901-524-5000
jlakey@bpjlaw.com
mchrisman@bpjlaw.com

*Attorney to Defendant City of Johnson City, Tennessee*

                */s/ Julie C. Erickson*
                Julie C. Erickson