# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF
# TENNESSEE GREENEVILLE DIVISION

**S.H., individually, and on behalf
Of all others similarly situated,**

    **Plaintiffs,**

v.                                             No: 2:23-cv-00071-TRM-JEM

**CITY OF JOHNSON CITY, TENNESSEE,**

    **Defendant.**

_____/

## DECLARATION OF S.H.

I, S.H., declare under penalty of perjury that the following is true and correct:

1.     I am over eighteen years of age and am competent in all respects to give this Declaration. This Declaration is given freely and voluntarily. I have personal knowledge of the matters stated herein and could, and would, testify competently thereto if called.

2.     In November 2021, while visiting Johnson City, Tennessee, I was sexually assaulted by an adult male in a position of trust where I was staying. He hugged me from behind, pressed himself against me, and touched my body in ways that were deeply inappropriate and traumatizing. I was left in shock and fear. I reported the assault promptly to my family, to adults in the house, and to law enforcement, seeking protection and accountability.

3.     The response I received from law enforcement was challenging and painful, as detailed in the complaint. The investigation into my case was inadequate, and my credibility was questioned due to gender-based stereotypes and my past trauma. I later learned that my experience reflected a broader pattern faced by other women who reported sexual violence to the police.

4. As a representative plaintiff, I understood it was my duty to act in the best interests of all members of the class. Throughout the litigation, I maintained close communication with my attorneys and provided information essential to the prosecution of this case.

5. I spent considerable time and effort fulfilling my responsibilities as class representative. This included providing detailed statements about my experience, actively participating in the discovery process—responding to written discovery requests and producing documents, and sitting for a full-day deposition. Document production in response to defense requests included turning over sensitive and private texts and other written communications between me and my parents regarding my sexual assault. My deposition was particularly difficult and stressful, as I was questioned by multiple defense attorneys about the most traumatic events of my life, including separate instances of sexual abuse unrelated to what I had alleged in this case.

6. There was a significant emotional toll to acting as class representative, including the stress of bringing allegations against a local police department in an area where my family and I still have ties, and the stress of raising allegations relating to my perpetrator who remains a prominent figure in communities to which I continue to have connections. While I used a pseudonym in the case, I ultimately revealed my participation in the lawsuit to family members and friends because of the amount of time I was dedicating to the case and the associated mental and emotional stress.

7. I communicated regularly with counsel regarding the progress and developments in the lawsuit, the nature of the claims asserted against the City of Johnson City, and the implications for the class. I learned about the legal issues, reviewed pleadings, and provided input on major decisions affecting the class, including the proposed settlement.

//

8. It was extremely difficult to revisit and relive the traumatic events underlying my claims. However, I felt it was important to pursue the case not just for myself but for other women who suffered similar harms and who deserve justice.

9. I am proud that my participation helped facilitate a settlement that recognizes the harm class members suffered, allows them to be acknowledged and compensated, and enables them to maintain their privacy.

10. I fully support the proposed settlement as fair, reasonable, and adequate. I believe it will provide meaningful relief to the class members and help prevent future harms.

11. At the outset, I did not believe I would be able to find an attorney willing to bring a case against the police department. I worried that I would not be believed or might even face retaliation. But I was fortunate to find compassionate and resolute attorneys who stood with me throughout this process. With their support, I came to believe that justice can work for people like me—those who often feel like outsiders in the system.

12. I understand that my attorneys are requesting a fee and reimbursement of costs, and I support that request as fair compensation for their dedicated efforts on behalf of the class.

This Declaration was executed in Concord, New Hampshire. I declare under penalty of perjury under the laws of the United States.

This is the 11th day of November, 2025.

_____