IN THE UNITED STATES DISTRICT COURT EASTERN
DISTRICT OF TENNESSEE
AT GREENEVILLE

CIVIL MINUTES: *SETTLEMENT CONFERENCE*

**JANE DOE ET AL** v. **JOHNSON CITY, TN ET AL**

CASE NUMBER: 2:23-CV-71

DATE: 1/6/26

TIME: 1:08 p.m. TO 2:42 p.m.

Honorable **Travis R. McDonough**, U.S. District Judge, Presiding

| Leah Kingry | DCR |
|---|---|
| Deputy Clerk | Court Reporter |

| PLAINTIFF(S) | ATTORNEY(S) |
|---|---|
| Jane Doe et al | Elizabeth Kramer, Julie C. Erickson, Heather Collins, Kevin Osborne, Vanessa Baehr-Jones |

V.

| DEFENDANT(S) | |
|---|---|
| City of Johnson City, Tennessee et al | Jonathan Lakey and Emily C. Taylor |

**PROCEEDINGS:**

**Re:** Final Approval Hearing

☑ **Opening statements by the Court** No
☑ Statement by Plaintiffs and Defendants
☑ Order to enter

**I, Leah Kingry, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file:**
2-23-cv-71_20260106_123547