IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

**S.H., individually, and on behalf
of all others similarly situated,**

    **Plaintiff,**

v.                                                                  No: 2:23-cv-00071-TRM-JEM

**CITY OF JOHNSON CITY, TENNESSEE,**

    **Defendant.**

_____/

## NOTICE OF FILING OF REVISED PROPOSED ORDER GRANTING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

    Pursuant to the Court's instructions at the January 6, 2026 Fairness Hearing, Plaintiff S.H., individually and on behalf of the proposed settlement class ("Plaintiffs"), and Defendant City of Johnson City, Tennessee ("Defendant") hereby submit a revised Proposed Order Granting Motion for Final Approval of Class Action Settlement.

    **Exhibit 1** herewith is a clean, Word version of the proposed order; **Exhibit 2** herewith is a Word version reflecting the revisions in redline. Paragraph 10 of the proposed order addresses Section 6.2 of the Settlement Agreement, and, additionally, the parties have agreed to revisions in paragraph 13 of the proposed order to reflect that Class Counsel, consistent with their request at the Fairness Hearing, will promptly submit an updated exclusion list, which will be filed separately under seal to protect the individuals' privacy interests.

    Respectfully submitted this 12th day of January, 2026.

| | |
|---|---|
| **ERICKSON KRAMER OSBORNE LLP** | **BURCH PORTER & JOHNSON PLLC** |
| By: /s/ *Elizabeth A. Kramer* | By: /s/ *Jonathan P. Lakey* |
| Elizabeth A. Kramer<br>595 Natoma Street<br>San Francisco, CA 94103<br>(415) 635-0631 | Jonathan P. Lakey<br>130 N. Court Avenue<br>Memphis, TN 38103<br>(901)524-5000<br><br>*Counsel for City of Johnson City, Tennessee* |

**ADVOCATES FOR SURVIVORS OF ABUSE PC**

By: /s/ *Vanessa Baehr-Jones*

Vanessa Baehr-Jones
4200 Park Blvd. No. 413
Oakland, CA 94602
(510) 500-9634

**HMC CIVIL RIGHTS LAW PLLC**

By: /s/ *Heather Moore Collins*

Heather Moore Collins
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027

(615) 724-1996

*Class Counsel*

# CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been filed and served via the court's electronic filing system on January 12, 2026 to counsel of record:

K. Erickson Herrin
HERRIN, McPEAK & ASSOCIATES
515 East Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
erick@hbm-lawfirm.com
rachel@hbm-lawfirm.com

Emily C. Taylor
WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
etaylor@watsonroach.com

*Attorneys to Defendant*
*City of Johnson City, Tennessee*

Jonathan P. Lakey
Burch, Porter, & Johnson, PLLC
130 N. Court Ave.
Memphis, TN 38103
901-524-5000
jlakey@bpjlaw.com
mchrisman@bpjlaw.com

*Attorney to Defendant*
*City of Johnson City, Tennessee*

    /s/ *Elizabeth A. Kramer*
Elizabeth A. Kramer