IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

**S.H., individually, and on behalf
of all others similarly situated,**

    Plaintiff,

v.                                                    No: 2:23-cv-00071-TRM-JEM

**CITY OF JOHNSON CITY, TENNESSEE,**

    **Defendant.**

_____/

## UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

TO THE COURT AND ATTORNEYS OF RECORD:

Plaintiff S.H., by and through undersigned counsel, requests permission to file under seal an updated Exclusion List, filed immediately following this Motion, for the purpose of providing the Court with the identities of the individuals who have validly requested exclusion from the Class. Because membership in the Class involves the reporting of a sex crime, safety and privacy concerns establish a concrete justification for maintaining the confidentiality of this record. Defendant City of Johnson City consents to this request to seal the Exclusion List.

The Exclusion List is incorporated by reference in the Proposed Order Granting Motion for Final Approval of Class Action Settlement, filed on January 12, 2026, such that the Exclusion List is properly documented and can be verified if necessary, without requiring the indivduals' identities to be revealed in a public filing.

Plaintiff therefore respectfully requests that confidentiality of this record be maintained, and the Court permits the Exclusion List to remain sealed.

Dated: January 12, 2026　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s /Elizabeth A. Kramer*

　　　　　　　　　　　　　　　　　　　Julie C. Erickson (California Bar # 293111)
　　　　　　　　　　　　　　　　　　　Elizabeth A. Kramer (California Bar # 293129)
　　　　　　　　　　　　　　　　　　　Kevin M. Osborne (California Bar #261367)
　　　　　　　　　　　　　　　　　　　*Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　Erickson Kramer Osborne LLP
　　　　　　　　　　　　　　　　　　　959 Natoma St.
　　　　　　　　　　　　　　　　　　　San Francisco, CA 94103
　　　　　　　　　　　　　　　　　　　415-635-0631
　　　　　　　　　　　　　　　　　　　julie@eko.law
　　　　　　　　　　　　　　　　　　　elizabeth@eko.law
　　　　　　　　　　　　　　　　　　　kevin@eko.law

　　　　　　　　　　　　　　　　　　　*Class Counsel*

# CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been filed and served via the court's electronic filing system on January 12, 2026 to counsel of record:

K. Erickson Herrin
HERRIN, McPEAK & ASSOCIATES
515 East Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
erick@hbm-lawfirm.com
rachel@hbm-lawfirm.com

Emily C. Taylor
WATSON, ROACH, BATSON &
LAUDERBACK, P.L.C.
P.O. Box 131
Knoxville, TN 37901-0131
etaylor@watsonroach.com

*Attorneys to Defendant*
*City of Johnson City, Tennessee*

Jonathan P. Lakey
Burch, Porter, & Johnson, PLLC
130 N. Court Ave.
Memphis, TN 38103
901-524-5000
jlakey@bpjlaw.com
mchrisman@bpjlaw.com

*Attorney to Defendant*
*City of Johnson City, Tennessee*

> */s/ Elizabeth A. Kramer*
> Elizabeth A. Kramer