IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

S.H. individually, and on behalf
of all others similarly situated,

    Plaintiffs,

v.                                 No: 2:23-cv-00071-TRM-JEM

CITY OF JOHNSON CITY, TENNESSEE,

    Defendant.
_____/

## NOTICE OF CHANGE OF FIRM ADDRESS

The undersigned counsel for Plaintiff and the Proposed Class hereby notify the Court that their firm, HMC Civil Rights Law, PLLC, has changed its physical and mailing address to 302 Peachtree Street, Nashville, TN 37210.

Dated January 15, 2026.             Respectfully submitted,

                                          HMC Civil Rights Law, PLLC

                                          */s/ Heather Moore Collins*
                                          Heather Moore Collins (# 026099)
                                          Ashley Shoemaker (#037651)
                                          302 Peachtree St., Nashville, TN 37210
                                          615-724-1996
                                          615-691-7019 FAX
                                          heather@hmccivilrights.com
                                          ashley@hmccivilrights.com

                                          *Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

1

I HEREBY certify that a copy of the foregoing has been filed and served via the court's electronic filing system on January 15, 2026 to counsel of record:

| | |
|---|---|
| K. Erickson Herrin<br>HERRIN, McPEAK & ASSOCIATES<br>515 East Unaka Avenue<br>P. O. Box 629<br>Johnson City, TN 37605-0629<br>Email: rachel@hbm-lawfirm.com<br><br>Emily C. Taylor<br>Maria Ashburn<br>WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.<br>P.O. Box 131<br>Knoxville, TN 37901-0131<br>etaylor@watsonroach.com<br>mashburn@watsonroach.com<br><br>Jonathan P. Lakey<br>Burch, Porter, & Johnson, PLLC<br>130 N. Court Ave.<br>Memphis, TN 38103<br>901-524-5000<br>jlakey@bpjlaw.com<br>mchrisman@bpjlaw.com<br><br>*Attorney to Defendant City of Johnson City, Tennessee* | Advocates for Survivors of Abuse PC<br><br>Vanessa Baehr-Jones (*pro hac vice*)<br>4200 Park Boulevard No. 413<br>Oakland, CA 94602<br>510-500-9634<br>vanessa@advocatesforsurvivors.com<br><br><br>Erickson Kramer Osborne LLP<br><br>Julie C. Erickson (*pro hac vice*)<br>Elizabeth A. Kramer (*pro hac vice*)<br>Kevin M. Osborne (*pro hac vice*)<br>44 Tehama St.<br>San Francisco, CA 94105<br>415-635-0631<br>elizabeth@eko.law<br>kevin@eko.law<br><br>*Attorneys for Plaintiff and the Proposed Class* |

        */s/ Heather Moore Collins*
        Heather Moore Collins

2

Case 2:23-cv-00071-TRM-JEM   Document 555   Filed 01/15/26   Page 2 of 2   PageID #: 12276