IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

S.H., individually, and on behalf
of all others similarly situated,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　No: 2:23-cv-00071-TRM-JEM

CITY OF JOHNSON CITY, TENNESSEE,

    Defendant.

_____/

## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Minor Victim 2, by and through undersigned counsel and through her parent and legal guardian F.H., request permission to file certain documents under seal pursuant to L.R. 26.2 and this Court's Order. Minor Victim 2 seeks to file the following documents under seal:

    (1) The Declarations of Vanessa Baehr-Jones, Heather Collins, Elizabeth Kramer, and F.H.;

    (2) The Redacted Attorney Client Agreement between counsel and Minor Victim 2 (Exh. 1 to the Declaration of Vanessa Baehr-Jones;

    (3) The Confidential Settlement Agreement between Minor Victim 2 and Defendants (Exh. 2 to the Declaration of Vanessa Baehr-Jones); and

    (4) The Attachment to Petition and/or Order for Minor's Compromise (Exh. 3 to the Declaration of Vanessa Baehr-Jones).

1

Additionally, Minor Victim 2 requests that the Court permit Exhibit 2 to the Declaration of Vanessa Baehr-Jones be filed under seal in a redacted form given that this document represents the confidential and privileged attorney client contract between Minor Victim 2's guardian and undersigned counsel. This document is provided for the limited purpose of judicial review of the Minor's Settlement. It is appropriate that an otherwise attorney-client privileged document remain confidential and be filed under seal and in a redacted form.

While there is a strong presumption that court files will be open to the public, this presumption may be overcome when an individual's interest in privacy outweighs the public interest in the disclosure. *Smith v. S.E.C.*, 129 F.3d 356, 358 n.1 (6th Cir. 1987). Local Rule 26.2 permits the Court to place documents under seal for good cause shown. This Court has previously found it is in the best interest of minors in a minor settlement to keep their financial information confidential and not publicly known, specifically the amount contained in a settlement agreement. *Wood v. Cindy Van Over*, No. 3:18-CV-380-TRM-DCP, Doc. 106 (E.D. Tenn. Nov. 15, 2019). Minor Victim 2 seeks to file settlement documentation as exhibits in support of Minor Victim 2's Petition to Approve Minor Settlement. The parties have agreed to maintain the terms of this settlement contained in the settlement documentation as confidential as part of their settlement agreement. Confidentiality of the terms and specifics of the settlement agreement in this case is in the best interest of Minor Victim 2, as well as is the continued protection of Minor Victim 2's identity.

//
//

Minor Victim 2 therefore respectfully request that confidentiality of these records be maintained, and the Court permits the above documents to be filed under seal.

Respectfully submitted,

HMC Civil Rights Law, PLLC

*s/ Heather Moore Collins*
Heather Moore Collins (# 026099)
Caroline Drinnon (#037016)
Ashley Shoemaker Walter (#037651)
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@hmccivilrights.com
caroline@hmccivilrights.com
ashley@hmccivilrights.com

Advocates for Survivors of Abuse PC

*/s Vanessa Baehr-Jones*
Vanessa Baehr-Jones CABN # 281715
*Pro Hac Vice*
**Advocates for Survivors of Abuse PC**
4200 Park Boulevard No. 413
Oakland, CA 94602
(510) 500-9634
vanessa@advocatesforsurvivors.com


*s/ Elizabeth Kramer*
Julie Erickson (California Bar # 293111)
Elizabeth Kramer (California Bar # 293129)
Kevin Osborne (California Bar #261367)
Pro Hac Vice
Erickson Kramer Osborne LLP
44 Tehama St.
San Francisco, CA 94105
415-635-0631
julie@eko.law
elizabeth@eko.law
kevin@eko.law

Attorneys for Plaintiffs and Proposed Class

3

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been filed and served via the court's electronic filing system on February 4, 2026, to counsel of record:

> K. Erickson Herrin
> HERRIN, McPEAK & ASSOCIATES
> 515 East Unaka Avenue
> P. O. Box 629
> Johnson City, TN 37605-0629
> rachel@hbm-lawfirm.com
>
> Emily C. Taylor
> Maria Ashburn
> WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.
> P.O. Box 131
> Knoxville, TN 37901-0131
> etaylor@watsonroach.com
> mashburn@watsonroach.com
>
> Jonathan P. Lakey
> Burch, Porter, & Johnson, PLLC
> 130 N. Court Ave.
> Memphis, TN 38103
> 901-524-5000
> jlakey@bpjlaw.com
> mchrisman@bpjlaw.com
>
> *Attorneys to Defendant City of Johnson City, Tennessee*

/s/ Vanessa Baehr-Jones
Vanessa Baehr-Jones