# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| S.H., *individually, and on behalf of all others similarly situated*, | Case No. 2:23-cv-71 |
| *Plaintiffs*, | Judge Travis R. McDonough |
| v. | Magistrate Judge Jill E. McCook |
| CITY OF JOHNSON CITY, TENNESSEE, | |
| *Defendant*. | |

## ORDER

Before the Court is Plaintiffs' motion for approval of a minor settlement (Doc. 556). A telephonic hearing is hereby **SET** for **February 17, 2026, at 2:00 PM ET**. Dial-in instructions will be circulated via email. The parties should be prepared to discuss the motion at the hearing.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**