UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| S.H., individually, and on behalf of all other similarly situated, | Case No. 2:23-cv-71 |
| *Plaintiff*, | Judge Travis R. McDonough |
| v. | Magistrate Judge Jill E. McCook |
| CITY OF JOHNSON CITY, TENNESSEE, | |
| *Defendant*. | |

## ORDER

Before the Court is Minor Victim 2's petition for approval of a minor settlement (Doc. 556). The Court held a telephonic hearing on February 17, 2026, during which Minor Victim 2's counsel and guardian discussed the settlement with the Court. (*See* Doc. 560.) Having considered these discussions, the Petition, the Declarations of Vanessa Baehr-Jones, Heather Collins, Elizabeth Kramer, F.H., together with all exhibits and attachments thereto, and the record in this matter, the Court finds that approval of the settlement is in the best interests of Minor Victim 2. As such, the Court **GRANTS** Minor Victim 2's Petition (Doc. 556); and the Court incorporates the Attachment to Petition and/or Order for Minor's Compromise, filed as Exhibit 3 to the Declaration of Vanessa Baehr-Jones (Doc. 558-3), into this Order.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**