# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| S.H., *individually, and on behalf of all others similarly situated*, | Case No. 2:23-cv-71 |
| Plaintiffs, | Judge Travis R. McDonough |
| v. | Magistrate Judge Jill E. McCook |
| CITY OF JOHNSON CITY, TENNESSEE, | |
| Defendant. | |

## JUDGMENT ORDER

Consistent with the contemporaneously filed order granting Plaintiff's motion to approve the settlement agreement, this action is hereby **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **CLOSE** the case.

**SO ORDERED**.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT:**
*/s/ LeAnna R. Wilson*
**CLERK OF COURT**